UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                **CIVIL ACTION**

                                                         **No. 12-859**
**VERSUS**                                               **c/w 12-138**
                                                         **REF: 12-859**

**MARLIN GUSMAN, ET AL.**                                **SECTION I**

## ORDER

**IT IS ORDERED** that the trial scheduled for February 19, 2013, will additionally encompass the Title VI claims filed by intervenor plaintiff, the United States of America.

**IT IS FURTHER ORDERED** that the City respond to plaintiffs' motion (R. Doc. No. 2) for class certification on or before **Friday, December 28, 2012**.

**IT IS FURTHER ORDERED** that the City respond to the joint motion (R. Doc. No. 101) for preliminary approval of the proposed consent judgment on or before **Friday, December 28, 2012**.

**IT IS FURTHER ORDERED** that a status conference is scheduled for **Thursday, January 3, 2013, at 7:30 a.m.**

New Orleans, Louisiana, December 11, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE