**MINUTE ENTRY**
**AFRICK, J.**
**April 16, 2013**
**JS-10 00:35**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                    **CIVIL ACTION**

                                                                  **No. 12-859**
**VERSUS**                                                   **c/w 12-138**
                                                                  **REF:  12-859**

**MARLIN GUSMAN, ET AL.**                                **SECTION I**


### ORDER

A telephone status conference was held on this date with counsel for all parties participating. The parties discussed issues relative to the May 28, 2013 and July 1, 2013 hearings. Counsel shall continue to prepare for these proceedings, although they may prove unnecessary if the Court rejects the proposed amended consent judgment.

The parties agreed that the May 28 hearing will encompass the following issues: the Orleans Parish Sheriff's sources of revenue, legal issues associated with the funding available to the Orleans Parish Sheriff, and any Orleans Parish Sheriff's expenses with which the City of New Orleans ("City") takes issue or contends can be diverted and used to implement the proposed amended consent judgment.

The Court advised the parties of its expectation that, by the conclusion of the July 1 hearing, the Court will have received sufficient evidence and legal briefing to determine the funding required to implement the amended proposed consent judgment both initially and over the next year.

**IT IS ORDERED** that on or before **Tuesday, April 23, 2013**, the Orleans Parish Sheriff ("Sheriff") shall file a memorandum addressing its contention that the May 28 trial should additionally encompass the City's budget and available funds. The City shall file a response on or before **Tuesday, April 30, 2013**.

**IT IS FURTHER ORDERED** that on or before **Wednesday, April 24, 2013**, the Sheriff and the City shall each file a memorandum of law identifying and addressing any legal issues that need to be resolved relative to the May 28 hearing. The Sheriff and the City shall file responses on or before **Wednesday, May 1, 2013**. To avoid unnecessary briefing, the Sheriff and the City are encouraged to work together to identify which party will initially raise a particular issue.

**IT IS FURTHER ORDERED** that all documents to be introduced at the May 28 hearing shall be exchanged on or before **Friday, May 17, 2013**. These documents shall also be made available to the U.S. Department of Justice and Southern Poverty Law Center.

**IT IS FURTHER ORDERED** that the parties shall submit a proposed pre-trial order on or before **Friday, May 17, 2013**.

**IT IS FURTHER ORDERED** that the deadline for the United States of America and LaShawn Jones et al. to revise their proposed findings of fact and conclusions of law to include record citations is continued from Thursday, April 18, 2013 to **Tuesday, April 30, 2013.**

**IT IS FURTHER ORDERED** that the deadline for the City to submit additional record citations and/or to revise its proposed findings of fact and conclusions of law to include record citations is continued from Thursday, April 25, 2013 to **Tuesday, May 7, 2013.**

**IT IS FURTHER ORDERED** that the United States of America and LaShawn Jones et al. shall respond to the City and Sheriff's motion[1] for a scheduling order on or before **Monday, April 22, 2013**.

New Orleans, Louisiana, April 16, 2013.

_____

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1]R. Doc. No. 396.