UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and UNITED STATES OF AMERICA Plaintiffs in Intervention | |
| v. | Civil Action No. 2:12-cv-00859 Section I, Division 1 |
| MARLIN N. GUSMAN, ET AL, Defendants | Judge Lance M. Africk Magistrate Judge Chasez |
| MARLIN N. GUSMAN, Third-Party Plaintiff | |
| v. | |
| THE CITY OF NEW ORLEANS, Third-Party Defendant | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING IN SUPPORT OF THE AMENDED PROPOSED CONSENT JUDGMENT**

NOW INTO COURT come Plaintiff Class and the United States (hereinafter "Plaintiffs") seeking leave of Court to file a supplemental pleading in support of the Amended Proposed Consent Judgment, pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

This Court presently has under advisement a joint motion for entry of an Amended Consent Judgment. The parties are scheduled for a hearing regarding implementation of the proposed Consent Judgment on August 5, 2013. (R. 426). In anticipation of that hearing, the Plaintiffs conducted a site visit to OPP the week of May 13, 2013. During that visit, Plaintiffs learned that the new jail facility as presently

designed will not be compliant with City ordinance, the proposed Consent Judgment, or the Constitution.

This matter is relevant to the pending joint motion for entry of the proposed Consent Judgment before this Court, because one of the City's primary arguments at the April 1 hearing was that certain provisions of the Consent Decree would be unnecessary when the new jail facility became operational. This matter is also relevant to this Court because the parties are preparing for an August 5 hearing at which this Court will make determinations about implementation of the proposed Consent Judgment, should the Court enter that Judgment.

Construction of the new jail facility is moving forward daily, and if there is the opportunity to modify the construction to comply with the proposed Consent Judgment, presumptively such a modification would need to begin immediately. Plaintiffs are conducting discovery on the potential for such modification immediately, but also seek to bring this matter to the Court's attention and request supplemental briefing from Defendant OPSO as to how it intends to comply with the proposed Consent Judgment and the City ordinance.

The judiciary has broad discretion to grant or deny leave to file supplemental pleadings in accordance with the Federal Rules of Civil Procedure. Federal Rule of Civil Procedure 15(d) provides, "[o]n motion and reasonable notice, the court may on just terms, permit a party to serve a supplemental pleading." Fifth Circuit case law acknowledges that leave to file supplemental pleading is "within the sound discretion of the court." *Gentilello v. Rege*, 627 F. 3d 540 (5th Cir. 2010).

Plaintiffs seek to file their supplemental brief well in advance of the August 5, 2013 hearing. Raising this matter to the Court and all parties now will give each party time to address Plaintiffs' concerns and maximize the efficiency of the August 5, 2013 hearing.

For the foregoing reasons, Plaintiffs request this Court to grant their Motion for Leave to File a Supplemental Pleading in Support of the Amended Consent Decree and consider the Plaintiffs' proposed pleading.

Respectfully Submitted,

**FOR THE PLAINTIFFS CLASS:**

/s/ Katie Schwartzmann
KATIE SCHWARTZMANN, La. Bar No. 30295
ELIZABETH CUMMING, La. Bar No. 31685
Southern Poverty Law Center
4431 Canal Street
New Orleans, LA 70119
504-486-8982 (telephone)
504-486-8947 (facsimile)
katie.schwartzmann@splcenter.org

**FOR THE UNITED STATES:**

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division


ROY L. AUSTIN, JR.
Deputy Assistant Attorney General


/s/ Laura L. Coon
JONATHAN M. SMITH, Chief

        LAURA L. COON, Special Counsel
        COREY M. SANDERS
        MATTHEW DONNELLY
        KERRY KRENTLER DEAN, Attorneys
        United States Department of Justice
        Civil Rights Division
        Special Litigation Section
        950 Pennsylvania Avenue, N.W.
        Washington, DC  20530
        (202) 514-6255

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Memorandum has been served upon all counsel of record by notice from the Court's CM/ECF system, this 23rd day of May, 2013.

        /s/ Katie M. Schwartzmann
        Katie Schwartzmann