1                 UNITED STATES DISTRICT COURT

2                 EASTERN DISTRICT OF LOUISIANA

3

4

5    LASHAWN JONES, ET AL          *    Docket 12-CV-859
                                    *
6    versus                        *    Section "I"
                                    *
7    MARLIN N. GUSMAN, ET AL        *    August 6, 2013
     * * * * * * * * * * * * * * *

8

9                   FUNDING HEARING BEFORE THE
                   HONORABLE LANCE M. AFRICK
10                 UNITED STATES DISTRICT JUDGE

11

     APPEARANCES:
12

13   For the Plaintiffs:          Southern Poverty Law Center
                                  BY:  KATHARINE SCHWARTZMANN, ESQ.
14                                4431 Canal Street
                                  New Orleans, Louisiana  70119
15

16
     For the Plaintiffs:          ELIZABETH CUMMING, ESQ.
17                                316 South Dorgenois Street
                                  New Orleans, Louisiana  70119
18

19
     For the United States        U.S. Department of Justice
20   of America:                  Civil Rights Division
                                  BY:  COREY M. SANDERS, ESQ.
21                                BY:  LAURA COON, ESQ.
                                  BY:  KERRY DEAN, ESQ.
22                                950 Pennsylvania Avenue, N.W.
                                  Washington, D.C.  20530
23

24

25

             JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
                      *** DAILY TRANSCRIPT ***

1   APPEARANCES:

2   For the Orleans Parish          Usry Weeks & Matthews, APLC
    Sheriff's Office:               BY:  FREEMAN R. MATTHEWS, ESQ.
3                                   BY:  BLAKE J. ARCURI, ESQ.
                                    1615 Poydras Street
4                                   Suite 1250
                                    New Orleans, Louisiana  70112
5

6
    For the City of                 Phelps Dunbar
7   New Orleans:                     BY:  HARRY ROSENBERG, ESQ.
                                     BY:  BRYAN E. BOWDLER, ESQ.
8                                    365 Canal Street
                                     Suite 2000
9                                    New Orleans, Louisiana 70130

10

11  For the City of                 Capitelli & Wicker
    New Orleans:                     BY:  RALPH CAPITELLI, ESQ.
12                                   1100 Poydras Street
                                     Suite 2950
13                                   New Orleans, Louisiana 70163

14

15  For the City of                 City Attorney's Office
    New Orleans:                     BY:  SHARONDA R. WILLIAMS, ESQ.
16                                   1300 Perdido Street
                                     5th Floor
17                                   New Orleans, Louisiana  70112

18

19  Official Court Reporter:         Jodi Simcox, RMR, FCRR
                                     500 Poydras Street
20                                   Room HB-406
                                     New Orleans, Louisiana 70130
21                                   (504) 589-7780

22  Proceedings recorded by mechanical stenography, transcript

23  produced by computer.

24

25

1                              <u>I N D E X</u>

2                                                        <u>Page</u>

3

DAVID PARRISH
4          Direct Examination By Ms. Dean:              6
           Cross-Examination By Mr. Rosenberg:         52
5          Cross-Examination By Mr. Matthews:          92
           Redirect Examination By Ms. Dean:           93
6          Recross-Examination By Mr. Rosenberg:       96

7   BRUCE CARLSON GAGE
           Direct Examination By Mr. Sanders:          98
8          Cross-Examination By Mr. Rosenberg:        144
           Redirect Examination By Mr. Sanders:       159
9
    JEREMY ROSE
10         Direct Examination By Mr. Sanders:         162

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    <u>**PROCEEDINGS**</u>

2                    **(August 6, 2013)**

3                    **(MORNING SESSION)**

4                         ******

5          (OPEN COURT)

6          **THE COURT:**  Thank you.  Good morning.  All right.

7    Let's call the case.

8          **THE DEPUTY CLERK:**  Civil Matter 2012-859, *Lashawn*

9    *Jones, et. al., versus Marlin N. Gusman, et al.*  This matter is

10   set for a funding hearing.

11         **THE COURT:**  Okay.  Counsel, let's make your

12   appearance, again, please.

13         **MS. COON:**  Good morning.  Laura Coon on behalf of the

14   United States.

15         **MS. DEAN:**  Good morning, Your Honor.  Kerry Dean on

16   behalf of the United States.

17         **MR. SANDERS:**  Good morning, Your Honor.

18   Corey Sanders, United States.

19         **MS. SCHWARTZMAN:**  Katie Schwartzman and Elizabeth

20   Cumming for the plaintiffs.

21         **MR. MATTHEWS:**  Your Honor, Freeman Matthews and Blake

22   Arcuri appearing for Sheriff Gusman.

23         **MR. ROSENBERG:**  Good morning, Your Honor.

24         **THE COURT:**  Good morning.

25         **MR. ROSENBERG:**  Harry Rosenberg, Bryan Bowdler,

1   Sharonda Williams and Ralph Capitelli for the City of New
2   Orleans.
3             **THE COURT:**  All right.  Fine.  Thank you.
4             Where are we?  Who's got the next witness?
5             **MS. DEAN:**  Your Honor, we are calling our expert
6   witness, David Parrish.
7             **THE COURT:**  Thank you.
8             How long have you been practicing law?
9             **MS. DEAN:**  Your Honor, 13 years.
10            **THE COURT:**  Well, we had this discussion yesterday.
11  I was betting two years. You look like a baby, so . . . I
12  didn't know you had that much mileage under you.
13            **MS. DEAN:**  Thank you, Your Honor.
14            (WHEREUPON, **DAVID PARRISH**, having been duly sworn,
15  testified as follows**:)**
16            **THE DEPUTY CLERK:**  Please state your full name and
17  correct spelling for the record.
18            **THE WITNESS:**  Good morning.  My name is David
19  Parrish, Parrish-A-R-R-I-S-H.
20            **MS. DEAN:**  For the record, we'd like to formally move
21  Mr. Parrish's report into evidence.  It is Plaintiff's Exhibit
22  387.
23            **THE COURT:**  All right.  Pursuant to the agreement
24  among counsel, it's admitted.
25

6

DAVID PARRISH - DIRECT

1              **DIRECT EXAMINATION**

2    **BY MS. DEAN:**

3    **Q.**   Good morning, Mr. Parrish.

4    **A.**   Good morning.

5    **Q.**   Could you please give a brief description of your

6    experience?

7    **A.**   Yes.  I put in a 34-and-1/2-year career with Hillsborough

8    County Sheriff's Office in Tampa, Florida.  I started off as

9    the planning, research and training officer in 1974.  I was

10   promoted to division commander and ran the administrative

11   division for several years, and ultimately the services

12   division.

13             In 1981, the second sheriff that I worked for decided

14   that he wanted me to run the jail system; and so in August of

15   1981, I was assigned to run the Hillsborough County jail

16   system, and I served in that capacity until I retired in

17   September of 2008.

18             So I ran the jail system for just a little over 27

19   years.  During that time I served as the president of the

20   American Jail Association.

21             **THE COURT:**  What is that?

22             **THE WITNESS:**  The American Jail Association is an

23   organization of probably about 5- to 6,000 members that

24   represent all of the nations 3,200 jails.

25             **THE COURT:**  What's the purpose of the organization?

DAVID PARRISH - DIRECT

1            **THE WITNESS:**  It's a professional organization, much
2    like the American Correctional Association, only ACA is the
3    umbrella organization representing jails, prisons, probations,
4    parole.  AJA is strictly dealing with jails and it has
5    training -- an annual training conference, it provides
6    technical support and things like that.
7                    I also served on the Board of Governors on two
8    occasions for the American Correctional Association.  I
9    ultimately was elected treasurer of that organization.  I was
10   appointed by Attorney General Ashcroft to serve on the National
11   Institute of Corrections Advisory Board.  And I've been
12   involved in a lot to do with accreditation over the years
13   through ACA.  I helped draft the Fourth Edition, Adult Local
14   Detention Facility Standards for jails.
15                   And I was on the committee that developed what's
16   now called the Core Jail Standards for jails.  It's the basic
17   standards that were just issued in 2010.
18   **BY MS. DEAN:**
19   **Q.**   During your tenure running the system in Tampa, what were
20   your responsibilities with regard to staffing?
21   **A.**   Well, in 1981, I took over a jail system of about 1,200
22   inmates.  By the time I retired, we peaked out with an average
23   daily census of over 4,600.  During that time, I planned for
24   the replacement of all of the existing facilities that I had,
25   and I took over four old facilities that went back to 1926.

8

DAVID PARRISH - DIRECT

1    All of them have since been closed and demolished and all
2    replaced by direct supervision facilities that have been built
3    since the late 1980s.
4            So as each phase of construction was added, a total
5    of 5,000 beds during that time frame, I had to sit down and
6    develop the staffing plan for the facility as it was being
7    conceptualized, designed, built and then operated.  And then I
8    had to justify that each year as things changed for the sheriff
9    so that we could make our budget presentations.
10           So I lived with the review and acceptance of every
11   single post and position within the entire jail system, and I
12   had 1,500 employees by the time I retired.
13   **Q.**   Have you also had experience with projecting or evaluating
14   staffing needs outside of Tampa?
15   **A.**   Yes.  For 26 years, I've done consulting work on the side
16   on my own time and since I retired five years ago, as it
17   occurs.  And I've done operational assessments of jails all
18   over the country.  I've done quite a bit of work for the
19   National Institute of Corrections.
20           So I've done work in jails in Alabama, Pennsylvania,
21   Maryland, all within the past two years.
22           **THE COURT:**  I think the question was specifically
23   about staffing.  Is that right?
24           **MS. DEAN:**  Yes, Your Honor.
25

DAVID PARRISH - DIRECT

1  BY MS. DEAN:

2  Q.    How did the operational assessments involve staffing?

3  A.    Okay.  In looking at the operation of a facility, you have

4  to decide whether the staff are being allocated appropriately,

5  whether they're actually working where they're supposed to be

6  doing -- where they're supposed to be, and whether they're

7  actually performing the duties that they're supposed to be

8  doing.

9         And that includes everything from compliance with

10 well-being checks to, I guess, levels of staff, are they

11 appropriate?  Is there proper oversight?  So that's the kind of

12 thing that I've looked at in many facilities around the

13 country.

14 Q.    Thank you.

15        Can you also describe any experience you've had with

16 budgeting for a jail?

17 A.    Yes.  I was responsible for putting together the annual

18 budget for our jail system.  And by the time I retired, the

19 total operation under my command was about $145 million a year

20 and that was about a little over a third of the sheriff's

21 operation.

22        And I had to put together the budget justification

23 each year, sit down with the sheriff and command staff, justify

24 it, take it to the Board of County Commissioners, make our

25 pitch there to try and get what we needed to keep the jail and

DAVID PARRISH - DIRECT

1    the sheriff's office running properly.

2    **Q.**   Have you been qualified as an expert before?

3    **A.**   Yes, I have, on a number of occasions over the years, in

4    both federal and state court.

5              **MS. DEAN:**  I would like to offer Mr. Parrish as an

6    expert in corrections administration, including staffing and

7    budgeting, Your Honor.

8              **THE COURT:**  Hold on one second.  An expert in the

9    field of what, I'm sorry?

10             **MS. DEAN:**  Corrections administration, including

11   staffing and budgeting.

12             **THE COURT:**  I'm looking at your synopsis of expert

13   witness service that's attached to your report.  It says:

14   "Since 2009, I've served as an expert witness on a number of

15   cases.  Of those, none required my testimony in the form of a

16   deposition or a trial."

17             And I think you just testified that you have

18   been previously qualified as an expert before.  So try to go

19   ahead and explain what's on the paper.

20             **THE WITNESS:**  Yes, sir.

21             **THE COURT:**  Tell me what's --

22             **THE WITNESS:**  Each year that gets updated for the

23   previous four years.  And the last time I was in court for --

24   this was about the year before, it just dropped off of my most

25   recent revision.

DAVID PARRISH - DIRECT

1          Very seldom does my work, does it result in
2  actually having to go to court.  Most of the time, it results
3  in a deposition or a report; in some cases, just a review of
4  files.
5          THE COURT:  So how many times have you actually been
6  qualified by a court as an expert witness in the field of
7  corrections administration?
8          THE WITNESS:  Either three or four times over the
9  past 26 years.
10          THE COURT:  State, federal courts or both?
11          THE WITNESS:  Both, sir.  Yes, sir.
12          THE COURT:  All right.  Any questions on the
13  predicate by anyone?
14          MR. MATTHEWS:  No, Your Honor.
15          MR. ROSENBERG:  No, Your Honor.  You addressed the
16  question I was going to ask.
17          THE COURT:  All right.  Thank you.
18          Any questions by Southern Poverty?
19          MS. SCHWARTZMAN:  No, Your Honor.
20          THE COURT:  All right.  I find Mr. Parrish to be an
21  expert -- well, I will permit him to offer expert testimony in
22  the field of corrections administration, including staffing and
23  budgeting.  Thank you.
24  BY MS. DEAN:
25  Q.   Mr. Parrish, were you asked to render an opinion in this

DAVID PARRISH - DIRECT

1  matter?

2  A.  Yes, I was.  I was asked to look at two things.  First,

3  the cost of implementing the conditions of the consent judgment

4  under current circumstances; that is with the existing

5  facilities in place.

6        And then secondly, the cost of implementing the

7  consent judgment as that would apply once the new jail opens

8  and some of the other ones close.

9  Q.  Did you render an opinion?

10 A.  Yes, I did, and I submitted a report, which I then amended

11 as of July the 27th.

12 Q.  What did you find to be the major cost driver of the

13 consent judgment?

14 A.  It's staffing, of course.  In a typical jail, 75 percent

15 of the operating expense each year goes towards salaries and

16 benefits, and that's normal in a jail because it's labor

17 intensive.  And in this case, because of the staffing

18 implications of the consent judgment, that's what's really

19 going to drive the costs here.

20 Q.  Were you able to make a determination as to the minimum

21 adequate staffing to comply with the consent judgment?

22 A.  Yes, I was.  As a part of the process in reviewing things,

23 I obtained documents, I came on-site, physically went through

24 all of the facilities, interviewed the sheriff, a number of his

25 command staff, and staff as we went around through the

DAVID PARRISH - DIRECT

1  facilities looking at each post and each aspect of the
2  facilities.
3  Q.   Did you request the documents you needed to make your
4  review?
5  A.   Yes, I did.  And I was able to pick up many of them when I
6  was on-site.  I obtained some later.  And that's what I used as
7  the basis for putting all of this together.
8  Q.   Did you --
9        THE COURT:  Were there any documents that you needed
10  that you did not receive?
11        THE WITNESS:  Yes, sir.  It was difficult to obtain
12  some information with regard to details on -- or to get clarity
13  with regard to budget information, actual staffing and so
14  forth.  I asked for information, for instance, on a benefits
15  package that I never did receive.  But I was able to develop,
16  because I've done work with other parishes here -- or another
17  parish here in Louisiana, and through contacts there, I was
18  able to develop some information that is incorporated in my
19  report.
20        THE COURT:  What parish is that?
21        THE WITNESS:  Lafayette.
22  BY MS. DEAN:
23  Q.   Did you receive sufficient information to make your
24  findings?
25  A.   Yes, I did.

DAVID PARRISH - DIRECT

1  **Q.**   And is this the type of information that experts in your
2  field generally rely on?
3          **MR. ROSENBERG:**  Objection, Your Honor.  How would he
4  be able to testify about what other experts rely upon?  There's
5  no foundation there, Your Honor.
6          **THE COURT:**  Well, he's an expert.  I think he can
7  testify to that.  He's an expert in the field.  Overruled.
8              Go ahead.
9          **MR. ROSENBERG:**  Thank you.
10         **THE WITNESS:**  It's the kind of information that I've
11  routinely requested when I've done work in various jails, yes.
12  **BY MS. DEAN:**
13  **Q.**   Thank you.
14             You mentioned that you did an amendment to your
15  report.  Can you explain that?
16  **A.**   Yes.  In 26 years, I've never had to amend a report; but
17  in this case, I made an arithmetic error, which came to my
18  attention just recently, and where I had tallied up a number of
19  officers that were required.  It should have come to 615 and I
20  tallied it up to 655.  So I had to make a correction to that,
21  which has been done.
22             At the same time, in my original report, I had
23  indicated that based on the information I'd gotten from the
24  sheriff's office, they had 523 employees on board at the
25  present time, and that was based on what my understanding of

DAVID PARRISH - DIRECT

1  what was in Colonel Laughlin's report.  I subsequently
2  determined that I misinterpreted something that was stated in
3  his report.
4          They work 12-hour shifts.  So you have a day shift A,
5  a day shift B, a night shift A, a night shift B and that covers
6  24 hours a day/7 days a week.
7          In his report, he was listing how many people were
8  actually on board and then what was projected, what was
9  necessary.  And then he had a statement that indicated that
10  these numbers needed to be doubled to reflect both shifts.
11  Well, I doubled everything and that's not what his intent was.
12  It was only with regard to projected, not what was existing.
13          So as a result, in my amended report, I indicated
14  that I settled on 400 as kind of the midrange from all the
15  different figures that I had seen, including the most recent
16  information that came from the sheriff's office.  And that
17  number has shifted over time, but 400 is what I used as the
18  benchmark for future planning.
19  **Q.**   And you are comfortable with the number of 400 as the
20  approximate number of existing officers at the jail?
21  **A.**   Yes.  It's in the ballpark, yes.
22  **Q.**   I'd like to --
23          **THE COURT:**  Excuse me.  When you say 400 existing
24  officers, does that include administrators.
25          **THE WITNESS:**  No, sir.  What I'm looking at is the

DAVID PARRISH - DIRECT

1   number of people actually working in the jail.  When you say

2   administrators, I don't know whether just administering the

3   jail, administering the sheriff's office or other support

4   staff.

5              I'm talking about sworn staff running the jail

6   assigned to posts.

7              **THE COURT:**  So some of those could be administrators

8   as opposed to people who are out on the tiers securing the

9   institution?

10             **THE WITNESS:**  Some of them certainly would be

11  supervisors up through the levels of sergeant, lieutenant,

12  captain, major.

13             By the time you get to a major, it's certainly

14  administrative staff, but it's still command level.  Yes, sir.

15  **BY MS. DEAN:**

16  **Q.**   And would that include deputies who are providing security

17  in the kitchen?

18  **A.**   Yes.

19  **Q.**   And deputies who are providing transport services for the

20  inmates?

21  **A.**   Yes.

22  **Q.**   Thank you.

23             I'd now like to talk about your findings regarding

24  staffing for the current jail facilities.  What did you find

25  with regard to the level of staffing at the current jail

DAVID PARRISH - DIRECT

1  facilities?

2  A.   Well, staffing in the jail system is inadequate to comply

3  with the consent judgment.  There are not enough officers on

4  post to fill all the posts; therefore, many of them are

5  unattended.  There's no relief factor built into their current

6  staffing, which means that by design they've got to pull people

7  off from their assigned duties to take care of things.

8        There's nobody really there as what I refer to as

9  escort officers to support deputies when they have to take

10  lunch breaks or when they've got to move inmates internally

11  within the system to take them to medical or that sort of

12  thing.

13        And as I went through the facilities, I mean, that

14  was obvious.  I mean, we looked at places where on their

15  schedule -- the first thing I would do is get their schedule of

16  posts when I'd go into a facility and look at, "what are you

17  supposed to have according to your schedule?"  And then as we'd

18  go around, you know, well, this one's not here, this one's in

19  the academy, and so forth as we went through the jail system.

20        And in summary, the staffing is totally inadequate to

21  get the job done.  It leaves inmates unattended.

22  Q.   What do you attribute that understaffing to?

23  A.   Well, I'm sure there are a number of reasons.  But the

24  thing that jumped out at me the most was the salary level for

25  entry level deputies.  I was amazed -- my report says based on

DAVID PARRISH - DIRECT

1    a 40-hour week, and I just took the total number, or the annual
2    salary, and I divided that out into a 40-hour week, it came out
3    to roughly $10 an hour.  And that's just not competitive.
4            I mean, the biggest problem that the jail system has
5    is the inability to recruit, hire, train and retain qualified
6    people to get the job done.  The figures that I looked at --
7    the reports that I looked at each year on turnover rate within
8    the jail system reflected for the past four years a turnover
9    rate between 20 and 24 percent.
10           So they're losing a fifth to a quarter of their
11   people every year.  And you can't continue to function when
12   you're pumping people out at that rate.  It's kind of a
13   catch-up game all the time.
14           And with the salary level where it is, when I looked
15   at the salary survey that was done of the surrounding
16   jurisdictions, I then checked with Lafayette County as to what
17   they pay, I then checked at what the benefits package was and
18   all of that.  You know, my bottom line recommendation, the
19   number one issue was they need to become competitive in the
20   workforce, in the marketplace.
21   Q.   And how do you recommend they become competitive?
22   A.   Salary for entry level officers needs to rise and they
23   need to look at where they're competing for new employees.  And
24   based on my experience, it's in your metro area.  I mean, in my
25   jurisdiction, I had to compete against the Tampa Police

DAVID PARRISH - DIRECT

1    Department, the law enforcement side of the sheriff's office,
2    surrounding jurisdictions.
3         Here, they've got to compete against the New Orleans
4    Police Department, surrounding parishes with sheriff's offices
5    and such.  So right here is where they need to be able to
6    compete.  And I said they need to be in the marketplace with
7    surrounding jurisdictions and the New Orleans Police
8    Department.
9    Q.   Is it common for the jail salaries to be competitive with
10   the police salaries in a specific jurisdiction?
11   A.   More and more so.  It's an ACA standard that corrections
12   staff -- this is if you go to the ALDF standards, the adult
13   local detention facility standards, one of the them is that the
14   compensation for people that work in the jail should be
15   commensurate with the local law enforcement.
16        Now, that's not always been the case.  Years past,
17   people that worked in corrections were paid considerably less,
18   whether they worked in prisons or in jails.  That's been
19   changing over the years.
20        When I took over my jail system, there was better
21   than a 25 percent disparity between our law enforcement
22   deputies and our detention deputies.  They're all paid exactly
23   the same right now, and that's what we had to do to stay
24   competitive.  In order for me to be able to hire people in the
25   jail system, I had to be able to offer something that made it

DAVID PARRISH - DIRECT

1  worthwhile to come work for us, and that's what they need to do
2  here.
3  Q.  In addition to raising the salary, what other changes do
4  you recommend with regard to the staffing pattern?
5  A.  I think I mentioned a moment ago that they don't currently
6  have a relief factor, and that's critical.  A jail operation is
7  fairly static.  There's very little flexibility.  I use this as
8  a means of an explanation.
9       When it's time to feed the inmates, they all need to
10  be fed, not just those that we can get to because we're short
11  of staff.  When it's time to get the inmates to court, they all
12  need to get to court, not just those that we can get to because
13  of we're short of staff.  When it's time for visitation, that
14  needs to be held for all.  And so forth.
15       And when a -- a jail has to be staffed adequately
16  around the clock to take care of the needs of the inmates at
17  all times.  That can't be done if there's no relief factor and
18  all you have is an officer assigned to each post.  And then
19  when that officer is off sick, on vacation, on military
20  training, or what have you, what happens?  It just sits there?
21  You say, "Well, today we don't supervise the inmates because
22  we're short of staff?"  That doesn't work.  So you have to
23  build in a relief factor.
24       And it's easy.  With a 12-hour shift, the standard
25  factor is it takes five people to staff one position 24 hours a

DAVID PARRISH - DIRECT

1  day/7 days a week.  Day shift A, day shift B, night shift A,

2  night shift B, and then one more person total to provide the

3  necessary support for that.  So every time you have a post that

4  has to be staffed 24 hours a day, it takes five officers.

5          And then any post that's not staffed 24 hours a day,

6  it's just the representative proportion of that that has to be

7  built in.  That's something that really needs to be put in

8  place here.  And I think one of the things that I recommended

9  was that they implement that so that they -- that has to be

10 built into the total staffing package.

11 **Q.**   You heard Dr. Austin testify yesterday; is that right?

12 **A.**   Yes, I did.

13 **Q.**   Is the relief factor you have just explained the same as

14 the 1.25 generic relief factor he mentioned?

15 **A.**   Yes, it's just a different way of stating it.

16 **Q.**   Thank you.

17          In addition to the relief factor, are there any other

18 positions that you had to take into account?

19 **A.**   Well, one of the things that they don't have in place

20 right now is escort officers.  And in my report, I recommended

21 that they plug in two escort officers for every 250 to every

22 360 inmates.  The closest that they have to that right now is

23 something called a yank deputy and a liaison deputy and they --

24 that's -- they don't have the numbers that are necessary to do

25 what I'm talking about.

DAVID PARRISH - DIRECT

1          But those positions are used to provide supplies, to
2    oversee trustees who are cleaning up and so forth.  So they may
3    have one or two assigned to a whole facility.
4          What I'm saying is on each shift, they need to have
5    two escort officers who are not assigned to the pods or to the
6    floor -- excuse me, to the post, but are assigned as support
7    officers who replace officers when they have to go take a meal
8    break, who move inmates when they have to be moved from place
9    to place.
10          So they don't do what's being done right now is
11    shutting down their post, just leaving the inmates unattended
12    and going somewhere else.
13          They do the same thing with regard to the hospital
14    and they pull officers off to go take care of people when they
15    have to go to the hospital.  Well, you never know how many
16    you're going to have there.  So there I recommended they take
17    care of that aspect of the job through overtime, leave the
18    officers in their assigned posts, where they need to be.
19    Q.   Are escort officers standard correctional practice?
20    A.   Yes.  They may be called different things.  They may be
21    called -- well, it depends on jurisdictions.  Everybody has
22    their own terminology.  I've always referred to them as *escort*
23    *deputies, escort officers*.
24    Q.   Turning to page 16 of your report.  Could you please tell
25    us how many staff you recommend for the existing facilities?

DAVID PARRISH - DIRECT

1   A.    I broke out each of the existing facilities.  The Intake
2   and Processing Center -- which I refer to as a *central*
3   *booking* -- 164; Templeman V, 130; the Old Parish Prison, 175;
4   Tents 125; Conchetta, 80, Temporary Detention Center, 100; Work
5   Release Center -- that's my terminology, once again -- that's
6   the old fire station, the Boyd Street something, I think.  I
7   used a term that I was more familiar with -- the Work Release
8   Center, and for a grand total of 809.
9   Q.    Is this the minimum staffing required to comply with the
10  consent judgment?
11  A.    Right now -- the answer is yes.  Right now, they're not
12  doing 30-minute well-being checks, and that's going to be the
13  biggest driver that they've got.
14          To make this happen, to comply with the consent
15  judgment, they're actually going to physically have to have
16  people on post and actually going out and documenting that
17  they're looking at inmates.  And if they don't have officers
18  assigned to the posts in the facilities, they can't make that
19  happen, and that's where this staffing comes from.
20  Q.    What is the total increase of deputy staff?
21  A.    That would be 409 over the 400 figure that I mentioned
22  earlier.
23  Q.    What is the total cost that you forecast for those
24  additional 409 officers?
25  A.    Well, not to confuse things, but I did things two ways

DAVID PARRISH - DIRECT

1    because of the importance of being able to hire, train and
2    retain qualified people.  So I listed first with the existing
3    salary schedule, and that would be $11.1 million; and then if
4    the recommended salary schedule is put in place, something
5    that's commensurate with what's available in this marketplace,
6    it would be $18.5 million.
7            THE COURT:  Now, this doesn't include health
8    staffing, this is just deputies, right, security-wise?
9            THE WITNESS:  Yes, sir.
10   BY MS. DEAN:
11   Q.   When should these deputies be hired?
12   A.   They need to be here right now.  So the sooner that this
13   process can start, the better, and the timeliness of doing that
14   is going to be problematic.
15   Q.   How long will it take to hire 400-some deputies?
16   A.   I don't think it's doable.  I opened up major facilities
17   and did some of them in increments over the years.  I've built
18   5,000 beds during my time with the sheriff's office.  And as
19   that occurred, we had to increase our capacity and our work
20   force.  It wasn't simply a matter of shutting down an old
21   facility and moving the staff over because we expanded our
22   capacity.
23           And my experience was that we were comfortable with
24   hiring about 30 people every 90 days, 120 people a year.  When
25   we pushed it beyond that, we had difficulty with, first, our

DAVID PARRISH - DIRECT

1  background investigators getting the jobs done, finding enough
2  qualified recruits, and we certainly didn't want to lower our
3  standards to bring people on board.
4        I'd be happy if they could hire 120 people a year
5  here and get them on board and trained.
6        THE COURT:  So your testimony is it's going to take
7  several years to comply with the staffing needed to comply with
8  the consent decree?
9        THE WITNESS:  I think so, sir, yes.  If they're going
10 to do the job right, they've got to train people; and to bring
11 people on board that meet standards, get them through the
12 training, they -- I think they mentioned yesterday that they've
13 started a field training officer program, an absolutely
14 critical component.
15       But they're not doing a lot of the training that
16 is absolutely essential for this new direct supervision jail.
17 None of that's been mentioned yet, and that's going to drive
18 their training demands or requirements even higher.
19       THE COURT:  I think Dr. Austin -- were you here in
20 the courtroom yesterday?
21       THE WITNESS:  Yes, sir.
22       THE COURT:  Okay.  You heard Dr. Austin testify about
23 this direct supervision?
24       THE WITNESS:  Yes, sir.
25       THE COURT:  And that, if I remember the testimony

DAVID PARRISH - DIRECT

 1    correctly, that it isn't enough to just go ahead and attend a

 2    seminar in Montgomery County, that you really need to have

 3    people on board, as I understand it, who are really familiar

 4    with direct supervision and work it every day.

 5                     Are you in agreement or disagreement with that?

 6              **THE WITNESS:**  Absolutely in agreement.  I couldn't

 7    agree more.  That's some of the recommendations I made for them

 8    here as to what needs to be done.  It's critical that they

 9    bring in people.  This is something that really should have

10    started a long time ago.

11              **THE COURT:**  But you recommend direct supervision?

12              **THE WITNESS:**  Absolutely.  That's the way my whole

13    jail system operates is direct supervision.  To me, it's the

14    only practical way to run a jail.

15                     And I say that because it comes down to a

16    decision that needs to be made when you run a jail.  Do you

17    want to run the whole jail; or do you just want to run the

18    hallways and the control rooms and let the inmates run 9/10s of

19    the building, the housing areas?

20                     And that's what direct supervision allows you to

21    do, to run the whole jail for the first time.  So that's why

22    there are more and more direct supervision jails being built

23    and operated that way in the United States.

24              **THE COURT:**  And explain -- I'm sorry.  Explain for

25    the record what "direct supervision" is so we have a clear

DAVID PARRISH - DIRECT

1   understanding of that.

2              **THE WITNESS:**  Yes, sir.

3                   There are 3,200 jails in the United States.  For

4   hundreds of years they were built in what's called linear

5   intermittent surveillance formats.  What you'd see on TV.  The

6   old movies of the officer walking down a catwalk, looking into

7   the bars periodically.  So inmates always know when you're

8   coming -- they can hear you -- and they always know when you've

9   gone by, and they can start and stop doing whatever they're

10  doing.

11                  And so periodically, you come by and surveil

12  them, you look at them; but you don't supervisor them, you just

13  go around and check.  That's the way jails have been built in

14  this country for well over 200 years.

15                  Then a number of years ago, they started

16  building what's called "second generation jails," podular

17  remote surveillance.  That's where an officer would sit inside

18  a control room and look out through the glass at a housing

19  area, and there may be cells out there, or it could even be a

20  dormitory, but the officer's locked in his own little cage and

21  looking out.

22                  So it's podular remote surveillance.  Once

23  again, I'm just looking at the inmates.  I can't do anything.

24  I'm not supervising them.  And if they're locked in their cells

25  and I'm in a control room, all I can see is a bunch of closed

DAVID PARRISH - DIRECT

1    doors.  So I'm not supervising or surveilling anything at that
2    point.
3                    Then in 1981, the first direct supervision jail
4    at the local level opened up in Contra Costa County in
5    California, in Martinez, California.  And it was based on a
6    model that was developed by the Federal Bureau of Prisons in
7    some metropolitan correctional centers in the late '70s.  But
8    Contra Costa was the first local jail to go this way.
9                    And in direct supervision, in the 9/10s of the
10   building, the officer is assigned inside the housing unit, or
11   pod, with the inmates, face-to-face, just like a teacher in the
12   classroom.
13                   If the teacher's in the classroom, generally the
14   kids are learning; if the teacher's down the hall on a break
15   smoking cigarettes or drinking coffee, what's going on back in
16   the classroom?  They're not learning anything.  In a jail,
17   we're dealing with a bed of -- a bunch of sometimes not so nice
18   grown-up kids; and if you leave them unattended, the toughest
19   one in the place runs it.
20                   So the decision was finally made that, "No, we
21   need to run the whole place, not just the hallways and the
22   control rooms."  Because hallways and control rooms account for
23   about 10 percent of the building, 90 percent is housing area.
24                   So the idea was, assign an officer inside the
25   pod with the inmates, face-to-face, so that you can supervise

DAVID PARRISH - DIRECT

1    them.  You can hear, see, feel, tell what's going on.  If

2    tension levels start going up and it looks like you're going to

3    have a fight, you can call for assistance.

4              If somebody doesn't abide by the rules, then the

5    officer in the pod has the authority to bounce that person out

6    of the pod and go to the 1/10th of the building which is built

7    like the old style, single cells, confinement, lockdown.

8              So, abide by the rules here, nobody's going to

9    beat you up, because I'm going to be in here with you, and

10   nobody's going to steal your meal, nobody's going to rape you,

11   because I'm here, I can supervise what's going on.

12             If you don't abide by the rules, you start

13   getting in the officer's face or not doing what you're supposed

14   to do, then the officer says, "You go to lockdown."  And it's

15   like instant repercussions for your actions.  And, quite

16   frankly, I've always said, if we'd done this from the time they

17   were little kids, maybe they wouldn't be with us today, but it

18   works.

19             And this started in 1981.  And today, 19 percent

20   of all the jails in the United States self-report as being

21   direct supervision jails, according to the American Jail

22   Association.  So it's the right way to go.  People can't really

23   understand, "My goodness.  Isn't it dangerous for that officer

24   to be in there with the inmates face-to-face?"

25             The officer has an emergency measure on his

DAVID PARRISH - DIRECT

 1  radio that says -- all you do is hit that and it says, "2 Alpha
 2  needs help," and the other officers come in; and the inmates
 3  know that, "Don't play with my officer or it's going to mess up
 4  things for me."  It holds inmates to a higher standard than
 5  they've ever been held before.
 6             I made reference earlier, it's -- I wrote an
 7  article.  It's called *Direct Supervision:  The Practical*
 8  *Innovation in Jail Operations*.  It's the right way to do
 9  things.  It's the right way to run the whole jail.
10        **THE COURT:**  I know that the U.S. Bureau of Prisons
11  has different levels of security.
12        **THE WITNESS:**  Yes.
13        **THE COURT:**  My question is:  Does the U.S. Bureau of
14  Prisons utilize direct supervision?
15        **THE WITNESS:**  They do in some places, but not in all.
16  And then prisons are different than jails in that they
17  designate a prison for a certain category of an inmate.  A jail
18  is unique in that it has to take everything that's thrown at
19  it.  That's men, women, some juveniles being tried as adults,
20  people charged with minor crimes up to mass murder.  They all
21  come to the county jail or the parish prison -- excuse me, for
22  the terminology.  And they've got to be able to separate or
23  deal with all of those people.
24             Direct supervision allows you to take all of
25  those people together and base your classification and your

DAVID PARRISH - DIRECT

1   housing assignments on behavior as opposed to charge, and it
2   really works.  In my jurisdiction, we've housed people with
3   very serious offenses in with people who don't have serious
4   offenses based on their behavior within the jail.
5             They might have done something awful out on the
6   street, but when they come with us, they're not a problem.  As
7   long as they're not a management problem, they can be housed
8   together.  That's the way things have always been stratified in
9   the past in most jails, minimum custody here, medium there, max
10  there, or depending upon the offense or the bond amount.
11  Instead, it's based on behavior.
12            **THE COURT:**  Thank you.
13  **BY MS. DEAN:**
14  **Q.**   While we're on direct supervision, can you comment on your
15  recommendations regarding training for direct supervision in
16  the new facility?
17  **A.**   The demands placed on an officer working in direct
18  supervision are completely different than in a traditional
19  jail.  And I think that's where the terms turnkey and such come
20  from in years past, an officer was responsible for opening and
21  closing doors and things like that.
22            In direct supervision, an officer has to have good
23  interpersonal communication skills.  It isn't -- you're not
24  successful based on your size.  We have female officers that
25  supervise male inmates.  We have little people, like me, who

DAVID PARRISH - DIRECT

1  are very successful as officers in direct supervision.

2          It isn't because of your muscles or size, it's your

3  ability to command respect, it's your ability to treat people

4  fairly and equitably, and it's your ability to communicate

5  effectively, and that's what's required for direct supervision.

6          Now, it's a completely different way of doing

7  business.  And for an officer who's used to working in a

8  traditional jail to go into direct supervision, there's some

9  trepidation at first.  You know, like, "Wait a minute, Jail

10 Administrator, you sit in your nice office and my life's on the

11 line out here."

12         So it takes some training, hands-on, for people to

13 understand the nine principles of direct supervision and the

14 self-fulfilling prophesy.  And that's not in place here, I know

15 from experience from walking around and asking people, and it's

16 something that needs to be done.

17         **THE COURT:**  What happens when you implement direct

18 supervision with insufficient training?

19         **THE WITNESS:**  Well, it won't work.  Direct

20 supervision is not something you learn through hands-on or

21 on-the-job training by yourself.  You can do that working with

22 somebody who's familiar with it, and then become capable of

23 taking it on.

24         Because otherwise, human nature is to retreat,

25 you know, back away from.  "We don't really know what I'm

DAVID PARRISH - DIRECT

1  dealing with," or, "I don't want to have to deal with 630
2  inmates in my face, so I back away to either a control room or
3  to an office or someplace like that, or I stay only at my work
4  station and I don't let anybody else come up near me," and
5  that's not the right way for it to work.
6              I mean, the officer has to be out and about,
7  moving with the inmates, talking to them, knowing what's going
8  on, becoming familiar with them.  Not being co-opted by them.
9  You know, I'm always Deputy Parrish, I'm never Dave, you know.
10 But inmates then become Mr. Jones, Miss Jones, not, "Hey,
11 Inmate."
12 **BY MS. DEAN:**
13 **Q.**  And to close out this topic, does direct supervision
14 require a higher level of staffing?
15 **A.**  No.  It can, or it can be considerably lower than a
16 traditional jail.  It just comes down to that decision, once
17 again:  Do you want to run the whole jail or just the hallways
18 and the control room?
19              If you leave the facility unattended and only put
20 people in control rooms somewhere, you can do it very, very
21 efficiently, very few staff, but it's not effective.  You're
22 not running the jail at all, then the inmates are running it,
23 and you're in situations like this.
24              But, on the other hand, jails that are not designed
25 with staff efficiency in mind, can become very labor intensive

DAVID PARRISH - DIRECT

1    if you have to meet the basic standard of always having every
2    inmate within sight and hearing.  And if you staff to do that
3    in an existing facility that wasn't designed properly for it,
4    it eats up manpower.  It becomes very labor intensive.  So the
5    answer is, it depends.
6              But direct supervision by itself is not necessarily
7    more labor intensive or necessarily more efficient.  But it
8    does require that you have sufficient numbers in a pod to make
9    it worthwhile, and that's why the ACA standard is 64 to a pod
10   with one officer.  The facility here for some reason being
11   designed at 60 to a pod.
12             **THE COURT:**  I assume you're not a big fan of tier
13   reps helping to secure the tier.  Is that a fair statement?
14             **THE WITNESS:**  Absolutely.  That's reminiscent of
15   building tenders in Texas and things like that all over the
16   place.  When I took over my jail system, we had cell captains.
17   And I said, "We're the only ones with rank, not the inmates."
18   So we stopped that.
19   **BY MS. DEAN:**
20   **Q.**  Thank you.
21             Circling back to your recommendations with
22   regard to the existing facilities.  You have recommended over
23   400 additional officers and you're aware that a new facility is
24   opening.  Is there any concern about starting to hire these
25   officers for the existing buildings now with the new facility

35

DAVID PARRISH - DIRECT

1    opening?

2    **A.**    Is there any concern about hiring them now?  I'm sorry?

3    **Q.**    Are you going to have to lay off officers when the new

4    building opens?

5    **A.**    That's not going to be an issue.

6            **MR. ROSENBERG:**  Your Honor, I don't know that that's

7    relevant to this issue.  Whether the sheriff is going to have

8    to lay off witnesses down the road is not before the Court as

9    part of this hearing.  And it's speculative, Your Honor, with

10   all due respect.

11           **THE COURT:**  Do you want to respond?

12           **MS. DEAN:**  I can rephrase, Your Honor.

13           **THE COURT:**  Well, it just appears to the Court we're

14   also interested in how the staffing level is going to be

15   affected when the new jail comes online, but if you want to

16   rephrase the question that's fine.  I don't particularly see a

17   problem with it, but I'll leave it up to you as far as how you

18   want to proceed.

19   **BY MS. DEAN:**

20   **Q.**    Is there any reason not to begin hiring staff for the

21   existing building now?

22   **A.**    No.  They need to start right now, and they need to go

23   full bore as quickly as they can.

24           **THE COURT:**  Any danger -- any question with respect

25   to laying off people when the new jail comes on online is being

DAVID PARRISH - DIRECT

1    tempered by the fact that you can't possibly hire enough people

2    as to what is need now according to your testimony.

3              Is that right?

4              **THE WITNESS:**  Absolutely, sir.  Yes, sir.

5              **MS. DEAN:**  Thank you, Your Honor.

6    **BY MS. DEAN:**

7    **Q.**    Now, let's turn to staffing with regard to the new

8    building.  How many staff have you recommended for the new

9    building?

10   **A.**    For the new facility, which is a 1,438 bed direct

11   supervision jail that includes central booking, the intake and

12   processing center, the total staffing for the entire facility,

13   both parts of it, booking and the housing, I've recommended 350

14   staff.

15   **Q.**    And just to clarify, you reviewed the plans for the new

16   facility when?

17   **A.**    When I was on-site in May, I sat down with the program

18   managers and reviewed the plans, and then I got a copy of them

19   to take with me to Tampa and use that in reference when I did

20   this project.

21   **Q.**    So your recommendations are in accordance with the plans

22   for the new facility as of May of this year?

23   **A.**    Yes, they are.

24   **Q.**    How does that 350 officers break down within the facility?

25   **A.**    Well, the 164 that were assigned to intake would transfer

DAVID PARRISH - DIRECT

1    over to the booking facility here.  That leaves us with about
2    186 to staff the housing area of the facility.  And what I did
3    was assign an officer to each pod of 60 inmates, then on each
4    floor.  So there are six pods on a floor.  So there's 360
5    inmates to a floor.  There are four floors.
6            Then I had two escort officers assigned to each floor
7    of 360 inmates.  And this is 24 hours a day I'm talking about.
8    And then in the design, they have three control rooms on each
9    floor.  One for each of two pods.  Personally, I really wish
10   they'd never built them because it offers them the opportunity
11   to retreat to the pods and then back away from direct
12   supervision.
13           And in a direct supervision operation, they're really
14   superfluous.  They've got a master control, which is associated
15   with booking, which could support all of the pods individually.
16   But recognizing that they have not implemented direct
17   supervision the way it's designed here in this jurisdiction up
18   until now, I gave them a starting point by staffing one of the
19   three control rooms on each floor.  That would serve as the
20   focal point for that 360-bed jail, that floor.
21           And so there would be only one of those three staffed
22   24 hours a day.  Then each floor gets a sergeant.  So that a
23   pod is a 60-bed jail run by an officer.  A floor is a 360-bed
24   jail run by a sergeant.  And you do that on each of the four
25   floors.

38

DAVID PARRISH - DIRECT


1          And then a lieutenant serves as a shift commander in
2     charge of the housing area, the same way you would do in
3     booking.  And then, ultimately, a captain serves as the
4     facility commander for the housing side, and a captain serves
5     as a facility commander for booking, and then a major is in
6     charge of the entire facility.
7          So that's staffing plan for it.
8     Q.   Thank you.
9          In addition to the new jail facility, did you
10    recommend additional buildings?
11    A.   Yes.  The way this building is -- the way the new jail is
12    designed is it's not a full-service jail in that it doesn't
13    have lockdown capability.  It has general population housing.
14    Each of the pods is 60 inmates and it -- none of them are
15    subdivided.
16         So it's not possible to take small groups of inmates
17    that need to be separate from others and assign them to one of
18    them without losing tremendous numbers of beds.  I mean, a
19    total waste of space if that's done.
20         MR. ROSENBERG:  Your Honor, if it please the Court, I
21    thought this was going to be an issue for the
22    September 30th hearing.
23         MS. DEAN:  Your Honor, we believe it's relevant to
24    get into his predictions as of the time he reviewed the plans
25    for the current facilities that -- the current plans for the

DAVID PARRISH - DIRECT

1  new jail facility and with regard to what he thinks is

2  appropriate to house the current population.

3        **MR. ROSENBERG:**  I'm not objecting to his projections

4  as to staff, Your Honor.  My objection was that he's talking

5  about the inadequacies of what he believes in the new facility,

6  and that's exactly what is fodder for the September 30th

7  hearing.

8        **THE COURT:**  All right.  I'm going to exercise my

9  discretion and allow him to testify, although I think it's

10  probably better placed at the next hearing.  But we'll hear

11  what he has to say now and we'll see if we end up spending too

12  much time on it, then we'll continue it until next time.

13  **BY MS. DEAN:**

14  **Q.**   Which buildings did you recommend stay open?

15  **A.**   That was the logic for my looking at other facilities to

16  take care of special management inmates, because I think they

17  can be handled more effectively in Templeman V than they can in

18  the new facility.

19        And so I recommended that Templeman V be kept open

20  and turned into an area that handles disciplinary confinement,

21  administrative confinement, protective custody, special groups,

22  perhaps, juveniles, medical and mental health and suicide

23  watch.  So that facility would be dedicated to those special

24  management inmates.

25        Then the temporary detention center is, I know,

DAVID PARRISH - DIRECT

1  eventually slated to be closed; but based on the current
2  population, it's essential to stay in operation to deal with
3  the population that's there.
4          If the population changes in the future, that's
5  something that's available to be closed down.  But at the
6  present time, they've got to be able to deal with the
7  population that's on hand.  So I recommended that the temporary
8  detention center be maintained.
9          And then the work release center, I looked at it as
10  kind of a wash in that the explanation that was given to me
11  when I was here was that the state paid for the people that
12  were housed there, they're reduced custody, they're going out
13  and working in the community during the day, they did something
14  productive for them.  So it didn't really have any impact on
15  the day-to-day operation of the jail system and I recommended
16  that that be retained.
17          So the grand total came to 615 staff that are
18  required.
19          **THE COURT:**  You heard Dr. Austin testify yesterday?
20          **THE WITNESS:**  Yes, I did.
21          **THE COURT:**  Okay.  Did you hear his criticism of your
22  report and that you focus on 2,400 inmates and that population
23  remains constant?
24          **THE WITNESS:**  Yes, sir.  And I have -- I fought hard
25  during my career to reduce our population through a number of

DAVID PARRISH - DIRECT

1   innovative things, some of which he touched on yesterday.  We
2   reduced our population by about 800.  It was to our benefit to
3   keep the population down.
4            I couldn't endorse anything more than whatever
5   you can do to keep the population down.  But -- once that
6   happens, that's good news; but in the meantime, the jail has to
7   function.
8            And if that doesn't happen, they can't be
9   sitting there with only two-thirds of the space they need
10  because somebody projected that we're going to be able to do
11  something.  Once it happens, by all means, close facilities
12  down, do things more efficiently and effectively.  But don't
13  leave the jail system holding the bag, so to speak.
14           **THE COURT:**  I assume persons like the Monitor could
15  go ahead and deal and make suggestions with respect to that?
16           **THE WITNESS:**  Absolutely.
17  BY MS. DEAN:
18  **Q.**   With regard to your staffing for Templeman V, you
19  suggested 130 officers; is that correct?
20  **A.**   Yes.
21  **Q.**   Is that a higher level of staffing?
22  **A.**   That's going to be the most labor intensive facility in
23  the system because it's dealing with the most problematic
24  inmates, and that requires -- what I've done is plug in two
25  officers in each of the modules on each floor so that the

DAVID PARRISH - DIRECT

1  officers have sufficient staff on-site to do 15-minute watches

2  for those that require it, to do constant observations for

3  those that require it, to do 30-minute well-being checks for

4  those that require it, to have immediate backup when necessary.

5         So they're dealing with all the specialty inmates

6  here, and that always requires more intensive staffing.  As I'd

7  referenced earlier on direct supervision, you put one officer

8  in a pod with 60, 64 inmates.  In the confinement area, the

9  staffing is generally three times as heavy.

10         If you have 64 inmates in lockdown, you assign three

11  officers.  It's just necessary to be able to keep up with the

12  physically getting around and doing all the watches and such,

13  because all those people are isolated.

14  Q.    Thank you.

15         So for your total recommendation of 615 officers,

16  what is that an increase in?

17  A.    Over the benchmark figure of 400, that's 215 additional

18  staff.

19  Q.    And what cost did you forecast?

20  A.    That came out to 5.9 million utilizing the current salary

21  scale, and 9.7 using the recommended salary scale.

22  Q.    Is there any way to decrease that cost?

23  A.    Yes.  One of the things that I would encourage the Orleans

24  Parish Sheriff's Office to consider after they've opened the

25  new facility is to look into the need for staffing those

DAVID PARRISH - DIRECT

1  control rooms on each of the four floors.  I don't think

2  they're necessary.  And as I indicated, a properly managed

3  direct supervision facility just requires a master control to

4  support all of them.  And the controls that are in place there

5  are really redundant.

6          So if they were vacated, all of them, they could save

7  20 additional officers, four more posts at five people for 24

8  hours a day, 20 officers, which is in the neighborhood of

9  500,000 to 900,000 a year depending on the basic salary

10  schedule or the recommended salary schedule.

11  Q.   And if the population were reduced to allow for a closure

12  of additional buildings, would that also reduce costs?

13  A.   Oh, absolutely.  For instance, the temporary detention

14  center could be closed and you would have tremendous savings

15  there.

16  Q.   Thank you.

17          I'd like to turn to other corrections staff who are

18  required for the consent judgment.  Did you find that there

19  were additional positions beyond those who are supervising

20  inmates?

21  A.   Yes.  The consent judgment is far reaching in requiring

22  staff to deal with compliance.  And during my interviews here

23  on-site, I met with people that provide support in various

24  areas, whether it's internal affairs or facilities maintenance,

25  medical, training, so forth, policies and procedures and from

DAVID PARRISH - DIRECT

1  that, I extrapolated some figures that I felt were appropriate

2  to expand those services to comply with the consent judgment

3  and I listed them in my report.

4  Q.   Did you make any findings with regard to internal affairs?

5  A.   Yes.  They're going to be -- their workload is going to be

6  bumped up significantly and everything is going to be going to

7  them directly and they're going to be doing all the

8  investigations and so I recommended that they have three

9  additional staff assigned.

10  Q.   Did you make any findings with regard to training?

11  A.   Yeah.  Training right now is unable to even handle annual

12  in-service training.  They're not current on that at all.  And

13  when I was here, they were not doing an FTO program -- I'm

14  pleased to hear that they're starting something like that --

15  and so I've recommended they have three additional staff

16  assigned there to get them to help gear-up.

17  Q.   Did you make any recommendations with regard to policies

18  and procedures?

19  A.   Whew, wow.  Yes.  They currently don't have a standard

20  operating procedure manual.  They do have a policies and

21  procedures manual, which was given to me as if it was a

22  standard operating procedure manual.  It's not.

23        What that covers is policies and procedures for

24  personnel, personnel issues.  It has nothing to do with the

25  day-to-day operation of the jail system, which can be done in a

DAVID PARRISH - DIRECT

1  separate book, or it can be done altogether.  But right now

2  there's a sergeant who has a part-time duty to be responsible

3  for maintaining and updating the policies and procedures

4  manual.

5          But the SOPs for the operations of the jails -- for

6  the operation of the jails are all generated independently by

7  the facility commanders.  So they're not the same.  There's no

8  consistency.  They're not comprehensive.  And it's a mess.

9          So they need to have two additional staff assigned

10 there full-time to do nothing but develop the standard

11 operating procedure manual immediately.  Because it has to be

12 in place before they open the new facility.  It should have

13 been in place years ago.

14 Q.   Are these positions in internal affairs training and

15 policies procedure required to comply with the consent

16 judgment?

17 A.   Yes, they're critical.  Yes.

18 Q.   Are they also generally accepted correctional practice?

19 A.   They're the building block on which a jail operates.  And

20 it's -- you can't function unless you have standard operating

21 procedures that spell out what you're supposed to do, a frame

22 of reference.  Yes.

23 Q.   Did you make any recommendations with regard to the

24 physical plant of the jail facilities?

25 A.   Yes.  The existing facilities are in pretty deplorable

DAVID PARRISH - DIRECT

1   condition.  They're not maintained.  Things don't function
2   right, that's besides sanitation.  That's a separate issue
3   altogether.  I mean, sanitation is pretty awful, but the
4   maintenance of the facilities is a critical issue and jails
5   take a lot of abuse.  Because the inmates are there 24 hours a
6   day.  So the buildings are not like an office building that
7   only gets used Monday through Friday during the day shift.
8           And they need additional staff to deal with this; and
9   then because of the issues that I saw, I really think the
10  sheriff's office needs to just take over total responsibility
11  for maintaining its facilities so that they are maintained.
12          **MR. ROSENBERG:**  Excuse me, Mr. Parrish.  Your Honor,
13  I only object because this has gone, one, beyond what he was
14  qualified to talk about, as the Court qualified him; and two,
15  it seems to go beyond the pale of his report.
16          **THE COURT:**  Is there a discussion in his report on
17  the maintenance issues?
18          **MS. DEAN:**  Yes, Your Honor.  He made specific
19  recommendations in his report as to maintenance staffing and as
20  to allocations to maintain the physical plant.  I'd also submit
21  that in operating a jail system, the issue of maintaining that
22  system and having staff in order to maintain that system is
23  part and parcel with his expertise.
24          **MR. ROSENBERG:**  But, Judge, he wasn't qualified for
25  that purpose.  He was qualified to talk about deputy staffing

DAVID PARRISH - DIRECT

1  and other correctional issues, but not the maintenance of the
2  plant.
3            THE COURT:  Well, he's qualified in corrections
4  administration.  He's run a jail for years, been a part of
5  these professional organizations and unless it's outside of his
6  report -- where is it in his report when he talks about the
7  staffing needed to maintain these facilities?  Do you remember
8  where it is --
9            THE WITNESS:  Page 16, Your Honor.
10           THE COURT:  Page 16?
11           MS. DEAN:  Facility maintenance is on page 16, Your
12  Honor.
13           THE WITNESS:  Page 16.
14           MS. DEAN:  And on page 17 I believe is where he
15  discusses --
16           THE COURT:  Facilities maintenance.
17           THE WITNESS:  And then subsequently I recommended
18  that they budget about a $500,000 figure for maintenance
19  issues.
20           THE COURT:  The objection's overruled.
21               Go ahead.
22           MR. ROSENBERG:  Your Honor, my only point -- I'm
23  sorry --
24           THE COURT:  Go ahead.
25           MR. ROSENBERG:  -- I understand the Court's ruling.

DAVID PARRISH - DIRECT

1    But I think all Mr. Parrish did was give numbers for staff.  He
2    didn't talked about what needs to be done to equipment or
3    anything else and that's the reason I objected, because it goes
4    beyond the scope of his report.
5            **THE COURT:**  All right.  You can explore that on
6    cross-examination.  Overruled.
7            Go ahead.
8            **MR. ROSENBERG:**  Thank you, Your Honor.
9    **BY MS. DEAN:**
10   **Q.**   Turning to page 17 of your report.  Did you include any
11   recommendations with regard to the Templeman V facility?
12   **A.**   Yes.  For it to be used for the housing of the specialized
13   management inmates, I recommended that they -- I plugged in
14   $250,000 for renovations of that facility.  It's more than a
15   sanitation issue.  It's -- they need to make sure everything
16   functions properly.
17           When I was in there, we had air conditioning issues
18   that were really significant in some housing areas, no air
19   flow.  And then if they're going to use it for housing specific
20   kinds of inmates, some of the cells are going to have to be
21   reconfigured, bunks are going to have to be removed, things
22   that are there that can be used with regard to harming one's
23   self need to be removed, and they need to put in proper
24   facilities throughout there.
25           So I felt there needed to be some renovation of that

DAVID PARRISH - DIRECT

1    building before it could be used for its intended purpose.

2            THE COURT:  How did you come up with the $250,000

3    figure and the $500,000 figure on page 17?

4            THE WITNESS:  Sir, I had to ballpark them based on

5    the kinds of things that I'd done when I was running my jail

6    system in that I wasn't here long enough and I didn't have,

7    like, a facilities maintenance expert with me to come in and do

8    a cost analysis of removing this and doing that and so forth.

9                I just know that it gets expensive to go and do

10   any kind of retro work inside an existing facility.  So that's

11   where I -- I ballparked those figures.

12           THE COURT:  All right.  So that's a rough figure --

13           THE WITNESS:  Absolutely.

14           THE COURT:  -- you don't really have an exact figure

15   with respect to either one of those.

16           THE WITNESS:  No, sir, and I can't give you an exact

17   one.

18           THE COURT:  All right.  Go ahead.

19           MR. ROSENBERG:  Thank you, Your Honor.

20   BY MS. DEAN:

21   Q.   With regard to the maintenance staff, how many did you

22   recommend added?

23   A.   I had recommended that they add 10 additional staff of --

24   and I didn't specify the specific categories -- of the various

25   categories that they're going to need.  The new facility is

DAVID PARRISH - DIRECT

1  going to be far more high-tech than anything they've dealt
2  with, so they're going to need some people with electronics
3  capabilities and things like that.
4  Q.   So the ten maintenance staff you have recommended you
5  believe will be necessary once the new facility opens?
6  A.   Yes.
7  Q.   And are they necessary for the current facilities as well?
8  A.   No.  They've got maintenance issues, but that
9  recommendation is based on the new higher-tech facility that
10 they're going to be operating.  Something like they've never
11 really had before.
12          THE COURT:  Well, is any more staffing needed at the
13 present facilities with respect to maintenance?
14          THE WITNESS:  Well, they've got maintenance issues
15 throughout.  When I talked with the facility maintenance
16 director, he said he's going to need more for the new facility,
17 but he never specified anything for right now.  So I'm not
18 really able to say, sir.
19 BY MS. DEAN:
20 Q.   Finally, turning to costs associated with actual
21 compliance with the consent judgment.  Did you make any
22 recommendations?
23 A.   Yes, I did.  One of the things that they have to do is
24 hire a jail administrator.  And then they're going to need
25 somebody to help collect, collate, maintain all the data that's

DAVID PARRISH - DIRECT

1    necessary to comply with the consent judgment, get it to the
2    Monitor to the Court.  So I recommended in addition to the jail
3    administrator that they hire two additional staff.
4    **Q.**   And did you recommend costs with regard to monitoring?
5    **A.**   For the Monitor?  For the Monitor, I recommended a total
6    of up to $200,000 for the Monitor.  This is based on roughly
7    $50,000 per person for anywhere from two to four people, based
8    on my experience.  I've served on a monitoring team for the
9    Detroit Police Department on their conditions of confinement
10   consent judgment, and then I also spoke with the Monitor who
11   works in the Chicago case.  So that's where those figures came
12   from.
13   **Q.**   Thank you.
14          And then finally, did you, in your review, look at
15   anything about how costs should be allocated between the city
16   and the sheriff?
17   **A.**   No, that's not what I was tasked with.
18          **MS. DEAN:**  Thank you.
19              That's all I have right now, Your Honor.
20          **THE COURT:**  Thank you.
21              Cross-examination?
22          **MR. MATTHEWS:**  Your Honor, the sheriff has no
23   questions.
24
25

DAVID PARRISH - DIRECT

1                        **CROSS-EXAMINATION**

2    **BY MR. ROSENBERG:**

3    **Q.**   How much time did you spend in preparing your written

4    report, sir?

5    **A.**   I think in my report it said that I put in roughly 113

6    hours at the time that I submitted it.

7    **Q.**   Well, was that 113 hours just to prepare your report?

8    **A.**   Oh, no.  There were two days that were allocated on-site

9    here.

10   **Q.**   So you only spent two days at Orleans Parish Prison?

11   **A.**   Yes, sir.  I spent two days going through the facilities

12   here, yes, sir.

13   **Q.**   And basically the information you got such as population

14   was as a result of you talking with people like Mike Laughlin

15   at the sheriff's office; is that right?

16   **A.**   I got information from talking to them, but then I also

17   got copies of various reports that were generated over the past

18   couple of years reflecting populations.

19   **Q.**   Sir, you haven't seen any report that shows a population

20   in excess or at 2,400, have you, sir, for this year?

21   **A.**   No, I don't think so.  I think the figure I used was an

22   average of somewhere in the neighborhood of 2,350 for last

23   year.

24   **Q.**   And, one, let me ask you this:  You know that the

25   population is continuing to decrease at Orleans Parish Prison,

DAVID PARRISH - CROSS

1  do you not?

2  A.   It has come down over the past few years, yes.

3  Q.   Yes, sir.

4         And you know that the bookings have continued to

5  decline; isn't that true, sir?

6  A.   Yes, sir.

7  Q.   And before we get into those issues, let me just ask you:

8  You primarily used the Hillsborough Sheriff's County's Office

9  [verbatim] as a benchmark because that's where you worked

10 virtually your entire career; is that right?

11 A.   Well, certainly my experience there bears on the work that

12 I did on this, but I've also done work in jails of various

13 sizes, ages and types all over the country, and, in fact, in

14 other countries.

15 Q.   Yes, sir.

16        But most of the experience you brought to bear comes

17 from your service at the Hillsborough County Sheriff's Office;

18 isn't that true?

19 A.   I spent 27 years as the jail commander there, yes, sir.

20 Q.   Yes, sir.

21        And just so we have some form of comparison,

22 Hillsborough County has basically got a population, according

23 to the latest census I've seen, of about 1.3 million people;

24 isn't that true, sir?

25 A.   That's correct.  It's Hillsborough County, sir.

DAVID PARRISH - CROSS

1   Q.   Hillsborough County.  Maybe I mispronounced it.  I
2   apologize.  My Tampa partners would shoot me.
3            And how many people are in the New Orleans area in
4   contrast; do you know?
5   A.   I think it was in the neighborhood of 380,000.
6   Q.   Yes, sir.
7            And do you have any idea of what the average mean
8   income is in Hillsborough County as opposed to Orleans Parish?
9            MS. DEAN:  Objection, Your Honor.  I don't see how
10  the average income in Hillsborough County is relevant.
11           MR. ROSENBERG:  Your Honor, he's talking about some
12  of the standards used for what it would take in terms of pay in
13  deputies and he's relying upon Hillsborough County.  I think
14  I'm entitled to explore that with him.
15           MS. DEAN:  Your Honor, I think the witness testified
16  that he used the current area as his benchmark for what the
17  salary should be.
18           THE COURT:  That's correct.  That's correct.
19  Sustained.
20           MR. ROSENBERG:  Okay.  Judge.
21  BY MR. ROSENBERG:
22  Q.   I'll ask you this:  Where did you get the information
23  about, for example, current salaries in Orleans Parish?
24  A.   I got the salary survey that was done by the sheriff's
25  office by Colonel Laughlin.

DAVID PARRISH - CROSS

1  **Q.**   That was the salary survey that was done by Laughlin in
2  2012; is that right?
3  **A.**   That's correct.
4  **Q.**   And that was just based upon his telephoning a group of
5  other law enforcement agencies.  Is that your understanding,
6  sir?
7  **A.**   I'm not sure how he gathered the data.
8  **Q.**   You never dug any deeper than taking Mike Laughlin's word;
9  isn't that true?
10 **A.**   I took his report, and then I got information
11 independently from Lafayette County with regard to that
12 jurisdiction and added that in.
13 **Q.**   Yes, sir.  I'm not talking about Lafayette Parish as
14 opposed to Lafayette County, but that's what you meant.
15 **A.**   Parish, yes, sir.
16 **Q.**   Yes, sir.  I understand.  I do the same thing.
17           What I'm asking you, sir, is he named a number of
18 parishes such as St. Tammany, St. Bernard, Jefferson Parish and
19 the surrounding area here in Orleans.  Did you call any of
20 those parishes for information?
21 **A.**   No, I did not.
22 **Q.**   Okay.  So the only information you have about salary is
23 based upon what Mike Laughlin told you from supposedly calling
24 these offices a year ago; is that right?
25 **A.**   I got the information from that report.

DAVID PARRISH - CROSS

1   Q.   Okay.  Where did you get the information for the
2   non-deputy salaries?  Did you get that from Mike Laughlin, too?
3   A.   For the non-deputy salaries, such as?
4   Q.   Yes, sir.  Well, such as the maintenance cost.
5   A.   I got a printout from the sheriff's office that listed
6   salaries of various categories of people who are currently on
7   board and tried to use figures from that.
8   Q.   By the way, did you read the ordinance that permitted the
9   sheriff to build this new facility?  The city ordinance, I'm
10  talking about.
11  A.   No, I've not read the ordinance.
12  Q.   And you start your report by saying that the Orleans
13  Parish Sheriff's Office is a full-service law enforcement
14  agency.  That's on the very first -- that's on page 8.  But
15  it's part of your initial findings; is that right, sir?
16  A.   Yes, sir.
17  Q.   The Orleans Parish Sheriff's Office doesn't do any
18  patrolling, does it, sir?
19  A.   No.
20  Q.   It doesn't do any investigation, does it, sir?
21  A.   No, sir.
22  Q.   And, in fact, in contrast, the Hillsborough County
23  Sheriff's Office has a dichotomy between detention deputies and
24  patrolling deputies; isn't that right, sir?
25  A.   Yes.  We have law enforcement deputies and detention

DAVID PARRISH - CROSS

1  deputies.

2  **Q.**   And there are different criteria -- if you just bear with

3  me for a moment.  There are different criteria for applying for

4  a detention deputy staff as opposed to a patrolling staff;

5  isn't that true?

6  **A.**   Yes.  They're mostly the same, but there are some

7  differences.

8  **Q.**   Such as education would be a significant difference;

9  wouldn't you agree?

10  **A.**   Yes.

11  **Q.**   Now, let me ask you this.  It was also, I think, maybe

12  raised by Judge Africk yesterday in connection with

13  Dr. Austin's testimony.  You write also in your findings that

14  the national average for major jails in the United States is

15  $100 or more.  Are we talking about New York City and Chicago,

16  sir?

17  **A.**   I don't think I said the national average, but I just said

18  it's very common for jails to be --

19         **MR. ROSENBERG:**  Well, can you pull that up, Bryan?

20  Page 8.

21  **BY MR. ROSENBERG:**

22  **Q.**   I'll be happy to show it to you if you don't have a copy.

23  **A.**   I've got my report.

24  **Q.**   Do you have a copy?

25  **A.**   Yeah.

DAVID PARRISH - CROSS

1  Q.   Sure.
2           I read it as you saying the national average --
3  A.   What page are we on, sir?
4  Q.   And I know -- well, here's the problem, I know you've got
5  an amended report, as you've told us.  So let me make sure
6  we're -- I've got the right page on the amended report.  This
7  is on -- still on page 8, No. 1, sir.
8  A.   Yeah.  No, what --
9  Q.   Did I misread that?
10  A.   Yes.  I'm not trying to say that that's a national
11  average.  I said the national average for jails is high, but
12  many jails are $100 or more.  This may be poorly worded, but
13  I'm not trying to say that the national average is $100.
14  Q.   Sir -- okay.  And those major jails that you are referring
15  to are such jails as in New York City or Chicago or maybe Los
16  Angeles.  Would that be correct, sir?
17  A.   Well, there are lots of them and some of them are large
18  and some of them are smaller.  But, generally speaking, the
19  National Institute of Corrections refers to a jail of over
20  1,000 beds as a mega jail, and so that's what I referred to.
21  Q.   Are the jails in, say, Chicago and New York, as Dr. Austin
22  testified, unionized?
23  A.   I think so, yes, sir.
24  Q.   In your experience, does that drive up the costs, sir, in
25  terms of the average cost -- daily cost that you're referring

DAVID PARRISH - CROSS


1  to in your report?

2  A.   It can.

3  Q.   Sure.

4         THE COURT:  Are there any non-union, what you

5  consider, major jails, that is more than 1,000 beds,

6  non-unionized that pay $100 per day or more for inmate care?

7         THE WITNESS:  Hillsborough County.

8         THE COURT:  Hillsborough County does.

9         THE WITNESS:  We're not unionized.

10        MR. ROSENBERG:  That's why I was trying to get into

11  the income, Your Honor, because Hillsborough County is a rich

12  county.  But if the Court doesn't want me to get --

13        THE COURT:  Well, now it may be relevant that that's

14  been brought out.  So, go ahead, you can ask the question now.

15        MR. ROSENBERG:  Fair enough.  Thank you, Judge.

16  BY MR. ROSENBERG:

17  Q.   Let me go back to it, because the -- for example, the

18  number of housing units, according to the Census Bureau, is

19  500 --

20        MR. ROSENBERG:  Your Honor, I'll put this up.  I

21  didn't make this an exhibit because I didn't think we would be

22  getting into this, but I'm happy to put it up here.

23        THE COURT:  Well, I thought what we were talking

24  about before and what the objection related to was salaries.

25        MR. ROSENBERG:  Your Honor, I was about to get to

DAVID PARRISH - CROSS


1  that because it goes to the income stream of the county or the

2  parish.  I mean, the salaries is a factor, but it also bears

3  upon what that particular county, or parish, has as a stream of

4  revenue.

5           And that's one of the issues that we've raised

6  with the Court, is that we respectfully ask the Court to

7  consider the limitations of income for the Parish of Orleans.

8  And he's talking about Hillsborough County.

9           MS. DEAN:  Your Honor, we object to this line of

10  testimony.  He responded to your question with regard to jails

11  that have a per diem of $100 a day with Hillsborough County as

12  an example.  He did not use Hillsborough County as his basis

13  for his salary projections for his report; and therefore, I

14  don't think the income of Hillsborough County is relevant to

15  his report.

16           THE COURT:  Well, in his report he states that it's

17  not uncommon to have a per diem of $100 per day and the example

18  used was Hillsborough County, so why are you going to limit it?

19  But, honestly, I'm not going into a --

20           MR. ROSENBERG:  I'm not going to get into it, but I

21  have -- I just have one -- actually one question, Judge, that

22  I'm going to try to pare it down to.

23           THE COURT:  All right.  Go ahead.

24  BY MR. ROSENBERG:

25  Q.   So if you look at what the Census Bureau says is the --

DAVID PARRISH - CROSS


1   basically the income stream from manufacture of shipments,

2   wholesale or sales, retail sales, et cetera, as I calculate it,

3   Mr. Parrish, it's somewhere in the neighborhood of about

4   $60 million.

5          Is that right, sir?

6   A.   I'm sorry, I don't -- what are we looking at?

7   Q.   Sure.  The top five --

8          MR. ROSENBERG:  Your Honor, may I approach the

9   witness and just show him?

10         THE COURT:  Yes.

11         MS. DEAN:  Objection, Your Honor.  He's never seen

12  this document, we've never seen this document.  We don't know

13  what it is.

14         MR. ROSENBERG:  We haven't seen a lot of documents,

15  Your Honor, but --

16         THE COURT:  Well, that doesn't answer the question.

17         MR. ROSENBERG:  Your Honor, this is a matter -- I'm

18  asking him as a matter -- it's a public record.  That's all I'm

19  asking him is if he's aware of this income that Hillsborough

20  County has compared to Orleans Parish, which has a fraction of

21  it.

22         MS. DEAN:  Is this document an exhibit?

23         MR. ROSENBERG:  It will be.

24         THE COURT:  All right.  Answer the question.

25         THE WITNESS:  I'm not familiar with any of this, sir.

DAVID PARRISH - CROSS

1          **THE COURT:**  Okay.

2    **BY MR. ROSENBERG:**

3    **Q.**    Okay.  So you have no idea how it compares to Orleans?

4    **A.**    No, sir.

5          **MR. ROSENBERG:**  Your Honor, then we would just --

6    we'll mark it -- Bryan, what's the next number -- we'll mark it

7    as 118, globo, the census information for Hillsborough County

8    and for Orleans Parish based upon the last census.

9          **MS. DEAN:**  Your Honor, we object to the admission of

10   this exhibit.  It hasn't been authenticated.  It wasn't on the

11   exhibit list.  We've never seen it before.

12         **MR. ROSENBERG:**  Judge, it came off the U.S. Census

13   Bureau.  If the United States Government wants to question the

14   United States Census Bureau, they can have it.  But I'm going

15   to represent to the Court as an officer of the court, this came

16   from the U.S. Census Bureau on the Internet; and if they want

17   to check it and prove me wrong, that's fine, and I'll accept

18   the error.

19         **MR. ARCURI:**  Judge, the sheriff objects to this

20   mentality that because it's a public record, we should have

21   printed everything that's public record and known about it.  We

22   weren't provided with it.  We didn't have an opportunity to

23   review it.

24         **THE COURT:**  All right.  I'm going to allow it to be

25   admitted.  Although, quite frankly, that's not tremendously

DAVID PARRISH - CROSS

1    helpful to the Court as far as what my job is.

2                    Now, let me say this to you.  All this issue

3    with respect to per diems at other jails, I guess it was sort

4    of interesting, I guess, and it may raise a red flag if there's

5    a large disparity.  But the point is, in addition to the

6    inherent problems that the per diem system has, what I'm

7    focused on is what is the actual figure that's going to be

8    needed to get us through the end of the year.

9                    So, really, whether Hillsborough County or

10   anywhere else is $100 a day or $20 a day, I really don't care.

11   I want to know the revenue needed to keep the jail

12   constitutionally maintained through the end of the year.

13   That's what I'm interested in.

14            MR. ROSENBERG:  Your Honor, I understood that from

15   the very beginning, that that was the Court's mission.  But

16   that was not the questions that the DOJ lawyers asked

17   their expert witness.

18                    For example, his expert report includes the OPSO

19   costs per day as unusually low, and then he went on for all the

20   other reasons.  So that's the reason that we're now required to

21   ask him about some of these issues.

22                    Your Honor said, "We're going to look from this

23   day forward to December 31st to see what it takes."  That's not

24   what this witness has been talking about, Your Honor.  If the

25   Court is going to recognize that, that a lot of what he said

DAVID PARRISH - CROSS

1  this morning is extraneous, I'll eliminate these questions.

2          THE COURT:  Well, I'm not going to recognize a lot of

3  what he said is extraneous.  What I'm telling you is that all

4  this information on per diem is not helpful to me.  So I

5  allowed them to ask some questions.  It's in his report.  I

6  understand that, and you have to go ahead and feel like it's

7  appropriate to go ahead and ask some questions on

8  cross-examination.

9          But I just want everybody to know that I really

10 don't care what the per diem rate is anywhere else.  It doesn't

11 make a difference to me.

12         MR. ROSENBERG:  Well, Your Honor, I'm not asking him

13 about the per diem rate.  What I'm asking him about generally

14 what it's costing to run the facilities, and he is saying that

15 we're, one, unusually low; and two, we're unable to compete in

16 the local labor markets, but he hasn't compared it to the local

17 labor markets.  So I understand what the Court's --

18         THE COURT:  Well, that's not exactly correct, because

19 he did get information about the adjoining parishes from his --

20         MR. ROSENBERG:  He got it from Mr. Laughlin's oral --

21 supposedly oral survey done a year ago, Judge.

22         THE COURT:  Well, Mr. Laughlin's report is in

23 evidence and part of that deals with adjoining parishes and

24 salaries, so I do have that chart in front of me and that

25 testimony.

DAVID PARRISH - CROSS


 1          **MR. ROSENBERG:**  Yes, sir.  And there's no -- well,
 2   I'm not going to argue with the Court, but there's been no
 3   authentication about how he got it or whether it's reliable
 4   today.
 5          **THE COURT:**  It's in evidence, that's what I know.
 6          **MR. ROSENBERG:**  Well, Your Honor, we objected to it,
 7   but --
 8          **THE COURT:**  It's in evidence.
 9          **MR. ROSENBERG:**  I understand, Judge.  I'm going to
10   move on then, if it's in evidence.
11          **THE COURT:**  Okay.  I mean, I'll look at that and the
12   testimony to determine what weight to give it.
13          **MR. ROSENBERG:**  Thank you, Judge.
14   **BY MR. ROSENBERG:**
15   **Q.**   So let me move on to another topic, Mr. Parrish.  You
16   heard about -- since you sat through Dr. Austin's testimony,
17   you heard about the number of state inmates at Orleans Parish
18   Prison, did you not?
19   **A.**   Yes, I did.
20   **Q.**   And, in fact, I assume you discovered that there were a
21   large number of DOC, or state inmates, in Orleans Parish Prison
22   during your two-day visit there; is that right?
23   **A.**   Yes, sir.
24   **Q.**   Were there over 50 percent of state inmates housed at the
25   Hillsborough County jail during your time as sheriff or deputy

DAVID PARRISH - CROSS

1  sheriff?

2  **A.**   No.

3  **Q.**   Would you have accepted a state inmate from the State of

4  Florida at $26 a day if it was costing you $76 a day to house

5  that --

6          **THE COURT:**  That's argument.  That's argument.  It's

7  not relevant.

8          **MR. ROSENBERG:**  Judge, he --

9          **THE COURT:**  No.  Go ahead, say what you need to for

10  the record.  It's not relevant.

11          **MR. ROSENBERG:**  Well, Your Honor, I'm not going to

12  say anything for the record, other than I'm trying to explore

13  with this witness whether he would agree, and which is what

14  we're getting to, the reduction of inmates -- I know he said

15  that already -- but the reduction of state inmates, in

16  particular.

17          **THE COURT:**  But that's not the way you phrased it.

18  It was an argumentative question.  So if you can rephrase your

19  question --

20          **MR. ROSENBERG:**  I'll rephrase it, Judge.

21  **BY MR. ROSENBERG:**

22  **Q.**   Would you believe that it is fiscally responsible to

23  accept inmates from the State of Florida at $26 per day if it

24  was costing you while you were the deputy sheriff $76 a day to

25  house them, sir?

DAVID PARRISH - CROSS


1  **A.**   The answer is no.  But in Florida, we don't get paid
2  anything for taking state inmates.  There's no compensation.
3  **Q.**   So there's -- it's zero.
4  **A.**   Zero.  The county has to absorb everything.
5  **Q.**   Are you aware that -- did you look into -- well, let me
6  come back to that a second.
7         Let me ask you this, sir.  I thought you said that
8  you believe that the reduction of inmates makes sense; is that
9  right?
10 **A.**   Anything that can be done to manage the inmate population
11 is a positive step, yes, sir.
12 **Q.**   Yes, sir.
13        And as you heard Dr. Austin say -- well, let me ask
14 you this:  Do you agree with Dr. Austin's opinion that jail
15 administrators do not look to increase population?
16 **A.**   Do not look to increase population?
17 **Q.**   Yes, sir.  There's no desire on the part of a jail
18 administrator to increase population, is there, sir?
19 **A.**   No, sir.
20 **Q.**   Okay.  And, in fact, the national trend is going just the
21 other way, which is the reduction of population in municipal
22 jails; isn't that true?
23 **A.**   That's basically a given.  Anything that can be done to
24 manage the population helps to control costs.
25 **Q.**   Sure.

DAVID PARRISH - CROSS

1          And, in fact, one of the controls of the cost when
2  you reduce population in the context of Orleans Parish Prison
3  would be the closing of some of those facilities that house
4  those inmates; isn't that true?
5  A.   Yes.  Any time you can close a facility, that's to the
6  good.
7  Q.   And it would, likewise, of course, and perhaps it's common
8  sense to me and others, it would allow you to reduce the number
9  of deputies; isn't that right?
10 A.   Well, that's where the savings comes from.  It's not just
11 the facility, it's the operation.
12 Q.   Yes, sir.  Thank you.
13          Let me just go back to your report, if I might.  You
14 mentioned the absence of a relief factor during your earlier
15 testimony; that is a relief factor by the Orleans Parish
16 sheriff?
17 A.   Yes, sir.
18 Q.   Is that right?
19          Isn't the recognition of a relief factor sort of a
20 basic operational rule among sheriffs that run a jail?
21 A.   A relief factor is essential to make a jail operate
22 effectively.  So it's the standard throughout, but it requires
23 staff to do it.  I mean, they have to be built in.
24 Q.   Yes, sir.  Well, I understand it requires the staff to do
25 it.

DAVID PARRISH - CROSS

1              But you, as someone who served as a sheriff for a
2    number of years, wouldn't you expect a sheriff running a
3    municipal jail to recognize the need for a relief factor, sir?
4    A.   I think a relief factor is essential as part of the
5    operation, yes.
6    Q.   That's sort of Cardinal Rule 1; wouldn't you say?  Or
7    maybe two?
8    A.   I don't know where I would list it categorically, but it's
9    essential.
10             THE COURT:  Is there a list of Cardinal Rules in your
11   report?
12             THE WITNESS:  No, sir.
13             MR. ROSENBERG:  Okay.  Fine.  I'll stay away from the
14   cardinals, Judge, because they're sort of a shaky claim, you
15   know, at times.
16   BY MR. ROSENBERG:
17   Q.   But let me ask you this.  Is it a basic premise, in terms
18   of jail operations, to recognize the need for a relief factor?
19   A.   Yes, and I think that's what I made clear on my report,
20   that it was essential to operate effectively.
21   Q.   And, in fact, did you recognize that the absence of a
22   relief factor increased the payment of overtime significantly
23   at Orleans Parish Prison?
24   A.   Well, that's the only way to deal with it is to pay
25   overtime.  So that's what drives that, yes.

DAVID PARRISH - CROSS


 1            THE COURT:  Well, it's not only the lack of overtime,
 2    it's also a lack of security being present, if you don't have
 3    sufficient people there.  Isn't that correct?
 4            THE WITNESS:  Yes, sir.  If posts are unattended,
 5    it's critical to the operation.
 6            THE COURT:  Exactly.
 7            THE WITNESS:  And if the only way you can take care
 8    of it is through overtime, that burns through money.
 9            MR. ROSENBERG:  Yes, sir.  And I understand that,
10    Your Honor.
11    BY MR. ROSENBERG:
12    Q.   But I'm just trying to find out, sir, it's not fiscally
13    sensible to use overtime in lieu of a relief factor, is it,
14    Mr. Parrish?
15    A.   Well, by design, it should have a relief factor, yes.
16    Q.   Okay.
17    A.   Overtime is the only way you fill posts if you don't have
18    the officers there.  I mean, I've done that very thing myself.
19    When I was short of staff, I paid overtime and put officers in.
20    Q.   But going back to your original comment, you would -- your
21    druthers would be to have the relief factor in place; would it
22    not?
23    A.   It should be built in from the beginning, yes, sir.
24    Q.   Yes, sir.
25            From the very beginning?

DAVID PARRISH - CROSS

1  A.    Yeah.

2          **THE COURT:**  It doesn't appear to the Court that

3  overtime ought to be outlawed.  It's just that you want to have

4  this relief factor in, then if you have to fill it with

5  overtime, you do, but you don't want to use it to the extent

6  you don't need to.  Does that sound responsible?

7          **THE WITNESS:**  Yes, sir.  And then, as I said in my

8  report, for places where you can't project how many officers

9  you're going to need, like the hospital detail, you don't know

10 whether you're going to have one person in the hospital or

11 five, well, you don't staff five positions because you may have

12 that, do it with overtime.  That's where it maks sense.

13         **THE COURT:**  All right.

14 **BY MR. ROSENBERG:**

15 Q.    Let me ask you some other questions about your report.

16 You talked about direct supervision in your report.

17 A.    Yes, sir.

18 Q.    One of your conclusions is that key command staff are --

19 this is page 10 of your report, sir, sorry -- that key command

20 staff are not, quote, on board, quote, with direct supervision

21 operational philosophy.

22 A.    Yes, sir.

23 Q.    Did you base that conclusion upon your visits to OPP and

24 your interviews with some of the OPP staff?

25 A.    That came from my tour of the facilities and talking with

DAVID PARRISH - CROSS

1   people that were in command positions at each of them.

2   Q.   Okay.  Well, does it make sense to you to go to a direct

3   supervision mode as the sheriff plans to do if key command

4   staff are not in accord with that philosophy?

5   A.   Well, I just pointed that out because they need to be

6   brought on board.  I went through the exact same thing.  When I

7   go back to when I first looked at direct supervision, I was

8   somebody who said, "That's crazy.  That would never work in my

9   place.  My inmates would tear it apart."

10          Well, I learned.  And eventually then I had to

11  educate all of my command staff, and then all of my lower level

12  staff.  It's an educational process because it's a different

13  way of doing business, and that was my point in making that

14  comment.

15  Q.   By the way, since you mentioned the direct supervision

16  article you wrote, that was about 13 years ago, wasn't it, just

17  to put it in perspective?

18  A.   Quite possibly, because I started writing them back in the

19  '80s.

20  Q.   Yes, sir.

21          And you would agree with Dr. Austin, would you not,

22  that it does not make sense to transport 10 or 15 deputies from

23  New Orleans to another state for so many days training for

24  direct supervision; would you not?  That's not the way to do

25  it, is it, Mr. Parrish?

DAVID PARRISH - CROSS

1    **A.**    I actually, when I was on-site, I actually made a

2    recommendation that they bring people in from other

3    jurisdictions as probably the most cost-effective way of doing

4    it, and then they get to train people on-site with their

5    existing facilities; and I recommend that they use their

6    temporary detention center as a training ground for direct

7    supervision.  So that's what I've recommended.

8    **Q.**    By the way, while we're on direct supervision, have you

9    read the consent decree, sir?

10   **A.**    Yes, sir.

11   **Q.**    There's nothing in the consent decree that requires direct

12   supervision, is there, sir?

13   **A.**    No.  But I'm pleased that the sheriff's office opted to go

14   with direct supervision, because it's the right kind of

15   facility to build, to operate.

16   **Q.**    I just want to understand the governing documents here.

17   In terms of another portion of your report, I think you said

18   that you looked at salaries for New Orleans Police Department

19   officers; is that right?

20   **A.**    Yes.

21   **Q.**    Where did you get that information?

22   **A.**    The same report.

23   **Q.**    That's Mr. Laughlin's information?

24   **A.**    Yes.

25   **Q.**    Do you know how many sick days of leave a deputy receives

DAVID PARRISH - CROSS

1  in Orleans Parish?

2  A.    No, sir.

3  Q.    Do you know how many days of vacation that deputy

4  receives?

5  A.    No.

6  Q.    Do you know how many paid holidays that deputy receives?

7  A.    No.

8  Q.    So you have no idea that it's over a month for each of

9  those deputies?

10  A.    I don't know.  I don't know.

11  Q.    Do you know that the deputies can retire at the age of 50?

12  A.    I'm not familiar with the retirement system here.

13  Q.    Are you aware, sir, that after 25 years of service, there

14  is a salary increase for Orleans Parish line deputies of over

15  52 percent?

16  A.    No, sir.

17  Q.    And are you aware that during the same period for New

18  Orleans Police Department officers, there's only an increase of

19  9 percent?

20  A.    No, I'm not familiar with that.

21  Q.    Well --

22          THE COURT:  I haven't heard any testimony about that,

23  by the way.  Other than your questions, I haven't heard any

24  testimony about that.

25          MR. ROSENBERG:  I understand, Your Honor.  Except --

DAVID PARRISH - CROSS


1  well, Your Honor --

2          THE COURT:  There's no evidence about that.

3          MR. ROSENBERG:  I understand, but I'm trying to find

4  out if he's looked at those issues --

5          THE COURT:  I understand.

6          MR. ROSENBERG:  -- because it's in place.

7  BY MR. ROSENBERG:

8  Q.   And are you aware of how many employees are at the Orleans

9  Parish Sheriff's Office today?

10  A.   I think it was in the neighborhood of 700.

11  Q.   So over the 400 deputies that you now believe is a correct

12  number, there's about 300 or 300 plus of administrative and

13  clerical personnel; is that right, sir?

14  A.   Well, not necessarily administrative and clerical, but

15  that's included in it.  But my understanding was it also

16  included court security and some other areas of the civil

17  process.

18  Q.   And with respect to those deputies, you also mentioned

19  that there's a 30 percent overhead for benefits.  I know you

20  said you looked at the benefits except for the insurance and

21  then you used Lafayette Parish; is that right?

22  A.   What I think I explained to the judge was that I was

23  unable to obtain that information locally, but I knew I had to

24  have some information to plug in there.  Because when you look

25  at a salary of an employee, that's only a part of what it

DAVID PARRISH - CROSS

1    actually cost the agency.  So if it costs $30,000 to pay
2    somebody their salary, well, then there's got to be some
3    additional cost to the sheriff's office for the overhead, for
4    the benefits package.
5              And since I wasn't able to obtain that from anywhere
6    else, I went to my source in Lafayette County, got what they
7    have.  He explained that it does vary between jurisdictions.
8    So it's not uniform, guaranteed to be 100 percent the same, but
9    I used that as my ballpark figure of 30 percent for the
10   benefits package.
11   Q.   Okay.  That was another ballpark figure you used in your
12   report?
13   A.   That's the best I could come up with, yes, sir.
14   Q.   Okay.  And let's go back to your report, page 16.  You, I
15   believe at the outset of your testimony acknowledged that what
16   you testified to, as I heard, is that for the first time you
17   made an error in your report; is that right?
18   A.   I'm sure I've made errors in my report before, but it's
19   the first I've ever had to submit an amended report, I said, in
20   the time I've been doing this.
21   Q.   And you said you made one error in calculating the number
22   on page 19 of your report; is that correct, sir?
23   A.   It was on page 18.
24   Q.   I'm sorry, page 18.  I was looking at your earlier report.
25   A.   Yeah.  I came up with 655 instead of 615.  I don't know

DAVID PARRISH - CROSS

1  how I managed to do that.

2  Q.   And then the other error was the population -- excuse me,

3  the current number of deputies at Orleans Parish Prison; is

4  that right?

5  A.   Yes, sir, it was the current workforce.  And I think I had

6  a figure of 523 that I extrapolated the information from that

7  report improperly.

8  Q.   So we're going to come back to that in a moment.  Let me

9  just ask you to turn to page 16 of your report.  Do you see the

10 net increase in required officers that you propose?

11 A.   Yes, sir.

12 Q.   In your first report dated July 12th of this year, you

13 said the net increase of required officers was 286, did you

14 not?

15 A.   I don't have it in front of me, but that sounds about

16 right.

17        MR. ROSENBERG:  Your Honor, may I approach and I'll

18 show him his earlier report.  Your Honor, we're going to offer

19 that into evidence as well.

20        THE COURT:  What purpose are you offering it into

21 evidence, if he's saying --

22        MR. ROSENBERG:  Because he took it --

23        THE COURT:  He's saying he made the mistake.

24        MR. ROSENBERG:  Well, Your Honor, there are multiple

25 errors, multiple changes in it.

DAVID PARRISH - CROSS


1        **THE COURT:**  Go ahead and ask him some questions and
2    then I'll make a determination.
3        **MR. ROSENBERG:**  Okay.
4    BY MR. ROSENBERG:
5    **Q.**    Have you seen it?
6    **A.**    Yes, sir, I prepared that.
7    **Q.**    So is it right that you went within two weeks from 286 to
8    409 required officers?
9    **A.**    Yes.  As I indicated, when I had the wrong number in there
10   of 523, then that changes all of my other figures.  So it's not
11   just a single entry, and I had to go through and make
12   accounting changes throughout the rest of the report as a
13   result of changing from 523 to 400.
14   **Q.**    Yes, sir.
15        It changed all the mathematical numbers, didn't it,
16   sir?
17   **A.**    Yes, sir.
18   **Q.**    It was more than just one little change in your report;
19   isn't that true, sir?
20   **A.**    Yes.
21   **Q.**    And, in fact, if you look at -- make sure it's in your --
22   well, it's not in your amended report.  But in your original
23   report, you actually criticized Dr. Austin for using the wrong
24   figure, did you not?
25   **A.**    At the time I thought I had the correct figure and he was

DAVID PARRISH - CROSS

1    incorrect, yes, sir.

2    **Q.**   And it turns out that he's correct and you're incorrect;

3    isn't that true?

4    **A.**   That's correct.

5            **MR. ROSENBERG:**  Your Honor, I was just going to try

6    to go through all the different figures that have been changed

7    as a result of Mr. Parrish's error, but I'm happy to introduce

8    the report.  I mean, it --

9            **THE COURT:**  You can get the report in, but, I mean, I

10   don't really know what kind of weight you want the Court to

11   give it because he admits he made a mistake and the new numbers

12   are the revised numbers.  So what are you proving by putting in

13   the report?  He admits he made a mistake.

14           **MR. ROSENBERG:**  He's made more than one mistake, Your

15   Honor.

16           **THE COURT:**  But what you've shown me are a bunch of

17   numbers based on a mistake that he made which he admitted to.

18           **MR. ROSENBERG:**  Multiple mistakes, Your Honor.  And

19   as long as the Court understands that, it's not just a single

20   mistake, it's several mistakes.

21           **THE COURT:**  Well, all the numbers changed because of

22   his mistake; right?

23           **MR. ROSENBERG:**  Your Honor, there were two -- there's

24   at least two mistakes we've identified and Mr. Parrish has

25   conceded.

DAVID PARRISH - CROSS


1              One is he had the wrong number of deputies.

2              Two, he also used -- well, he miscalculated and

3    he had the wrong number of additional deputies that would be

4    needed.  So he made an arithmetical error on that, and he also

5    got the wrong information as to how many deputies were actually

6    at Orleans Parish Prison.

7              THE COURT:  Which he admits.  Go ahead and put in the

8    other report.  It doesn't amount to a hill of beans, but put it

9    in.

10             MR. ROSENBERG:  Well, if it doesn't amount to a hill

11   of beans, I'm not going to do it, Judge.

12             THE COURT:  Well, I'm not stopping you from putting

13   it in.  You know, I wish we'd be more focused on, as opposed to

14   trying to catch people on things that they've revised once they

15   acknowledge it to really seeing the big picture, but obviously

16   we're not --

17             MR. ROSENBERG:  Your Honor --

18             THE COURT:  -- obviously, we're not doing that.

19             MR. ROSENBERG:  Well, Your Honor, with all due

20   respect, we got this amended report a week ago that had a

21   significant number of changes; and you're going to hear, when

22   Dr. Gage testifies, that I got changes this morning from him

23   and DOJ lawyers changing his numbers.

24             So in fairness, Judge, I mean, you --

25             THE COURT:  I'm not interested in Dr. Gage right now.

DAVID PARRISH - CROSS


1  I'm talking about this witness.

2          MR. ROSENBERG:  I understand, Your Honor.

3          THE COURT:  All right.  I don't want to hear any

4  more.  Okay?  If you want to put in the report, you've caught

5  him, he's admitted it, good job, let's put it in.

6              Do you want to label it?  Do you want to mark it

7  and put it in?

8          MR. ROSENBERG:  I'll label it and put it in, Judge.

9          THE COURT:  What number is it?

10         MR. ROSENBERG:  I think it's 119, Your Honor.

11         THE COURT:  For the record, I think we're wasting

12 lots of time with this type of thing.

13         MR. ROSENBERG:  Okay.  Thank you, Judge.

14 BY MR. ROSENBERG:

15 Q.  Let me ask you a few other questions, then, sir.  The 120

16 deputies that you believe could be hired within a year, can

17 they all be assimilated within the Orleans Parish Sheriff's

18 Office within a year and trained?

19 A.  I think that's a reasonable number that can be done.  I

20 think they're going to be pushing it to go beyond that.

21 Q.  And have you read the reports of the other correctional

22 experts proposed by -- I mean, offered by DOJ and the

23 plaintiffs as to the ineffective training that the sheriff has

24 provided his deputies over the last eight years?

25 A.  Yes, I've read the other experts' reports.

DAVID PARRISH - CROSS

1    **Q.**   Okay.  Have you concluded that there is a need for someone

2    else besides the sheriff doing -- overseeing the training of

3    those deputies?

4    **A.**   That's not --

5           **THE COURT:**  What do you mean someone else other than

6    the sheriff?  You mean the sheriff himself?

7           **MR. ROSENBERG:**  Well, the sheriff himself or the

8    sheriff's oversight, Your Honor.  Yes, sir.

9           **THE COURT:**  Someone other than from the sheriff's

10   office?

11          **MR. ROSENBERG:**  Someone other than the sheriff

12   overseeing the training of his deputies, Your Honor, that's

13   what I'm trying to find out.

14          **THE COURT:**  Well, I don't understand the question

15   when you say the sheriff.  Are you talking about the sheriff's

16   department, the sheriff himself?  What's --

17          **MR. ROSENBERG:**  I'll be more specific then, Judge.

18   If you don't understand the question, that's my problem.

19   **BY MR. ROSENBERG:**

20   **Q.**   Mr. Parrish, are you aware that there was evidence

21   presented that the training provided the Orleans Parish

22   Sheriff's Office to its deputies was ineffective during the

23   last eight years?

24   **A.**   I think I previously answered that my knowledge was based

25   on the other experts' reports about training and the other

DAVID PARRISH - CROSS


1  aspects of the sheriff's office, yes.

2  **Q.**   Are you talking about Mr. Romero and Dr. Schwartz?  Did

3  you talk about those reports?

4  **A.**   Yes.

5  **Q.**   Okay.

6         **THE COURT:**  By the way, is that documented evidence?

7  We gave it a number?

8         **MR. ROSENBERG:**  Which document?

9         **THE COURT:**  The other report --

10         **MR. ROSENBERG:**  Yes, sir.

11         **THE COURT:**  -- that everybody knows is incorrect, the

12  one that you wanted into evidence.

13         **MR. ROSENBERG:**  Well, no, the one that's incorrect,

14  Your Honor, is -- yes, sir, it is in evidence and I gave it a

15  number, and it was 119, Your Honor.

16         **THE COURT:**  Okay.  So that was admitted, Bridget?

17         **MR. ROSENBERG:**  I haven't offered, introduced it into

18  evidence, Your Honor, yet, but I was going to do it at the end,

19  but I'll do it now.

20         **THE COURT:**  All right.  It's admitted.

21         **MR. ROSENBERG:**  Thank you.

22  **BY MR. ROSENBERG:**

23  **Q.**   Now, you talked about the need to hire staffing,

24  Mr. Parrish.  Wouldn't you agree that a quicker means of

25  complying with the consent decree would be, as I thought you

DAVID PARRISH - CROSS

1  had indicated, to reduce the population of Orleans Parish
2  Prison?
3  **A.**   If that could be done instantly, that would be the
4  preferred method.  It's been my experience that it doesn't
5  happen immediately and they need to be prepared to deal with
6  the population that's on hand now.  Once the population is
7  reduced, then they can take that into account with regard to
8  the closing of facilities and hiring of personnel.
9  **Q.**   Did you undertake any investigation or ask any questions
10 about whether the DOC inmates could be relocated from Orleans
11 Parish Prison?
12 **A.**   No.
13 **Q.**   I'm sorry, sir?
14 **A.**   No.
15          **THE COURT:**  Let me ask you something:  If the
16 Court -- and I'm not saying the Court is or isn't going to do
17 this -- but if the Court did not accept the 2,400 number inmate
18 population figure and was convinced that the figures could be
19 based on something less than that, how would that affect your
20 projections percentage-wise or otherwise as to amount of
21 staffing needed?
22          **THE WITNESS:**  Well, if anything is closed in result
23 of a reduction in the population, the first facility that
24 should be closed is the temporary detention center.  Now, we're
25 talking, I think, 500 inmates and 100 staff, if the numbers can

DAVID PARRISH - CROSS

1   come down.

2           THE COURT:  But overall, if the Court were to

3   determine, for instance, that your figure should be based on an

4   inmate population of 2,000 or 2,200 or 1,800, is there a

5   formula or a way the Court could go ahead and reduce the

6   staffing projection that you have based on the decrease in the

7   inmate population that the Court accepted?

8           THE WITNESS:  You could leave part of the building

9   open and only operate part of it.  But it has to be done in

10  increments of roughly 60 to 65 inmates because that's the size

11  of the pods.

12          And then you get certain economies that come

13  from closing a whole facility that are greater than from

14  closing a part of a facility, because you have to have certain

15  infrastructure that stays in place.

16          So the only thing that I suggest is that that be

17  done after the population drops to a certain level and there's

18  enough operational capacity.  Operational capacity being about

19  90 percent of the total number of beds.

20          So if you have 2,400 beds take 240 off and you

21  shouldn't hold more than that many inmates.

22          THE COURT:  So you can't just say that if you're

23  going to utilize an inmate population of 10 percent less than

24  2,400 inmates, you just cut your cost by 10 percent?

25          THE WITNESS:  No.  Because it's related to the

DAVID PARRISH - CROSS

1   facilities and the space that you close.  Each facility is
2   different.
3                  If you were to close a certain number of beds in
4   Templeman V, you'd have a greater savings in staff and
5   everything as in money than closing the temporary facility.
6   But then you'd have no place to house the problematic inmates.
7   So that one has to be the last to close.
8              **THE COURT:**  Okay.
9              **MR. ROSENBERG:**  Judge, were you through?
10             **THE COURT:**  Yes.
11  **BY MR. ROSENBERG:**
12  **Q.**   If I heard you right, you determined that there was no
13  standard operating manual at the Orleans Parish Sheriff's
14  Office; is that right, sir?
15  **A.**   That's correct.
16  **Q.**   And, again, is that a basic rule that in your experience
17  every sheriff running a municipal jail is aware of, to have one
18  of those types of documents to govern a municipal jail?
19  **A.**   Yes.  I've run into one other major jail that didn't have
20  an SOP in place.
21  **Q.**   Certainly, the jail you ran had an SOP, or standard
22  operating manual, didn't it?
23  **A.**   Yes, sir.
24  **Q.**   And you also gave an opinion about the number of
25  maintenance staff that would be needed for the new facility?

DAVID PARRISH - CROSS

1  A.   Yes, sir.

2  Q.   Did you walk through the new facility?

3  A.   We couldn't.  All I could do is walk through the plans,

4  the building's under construction.

5  Q.   And it's a brand new facility; isn't that right?

6  A.   Yes, sir.

7  Q.   How did you calculate, if you did, that 10 additional

8  staff were needed for a brand new facility?

9  A.   I sat down and I talked with the facility maintenance

10  director, got input from him, and then I've got experience in

11  opening up probably more jails than any jail administrator in

12  the country over the past 25 years, and even new facilities are

13  labor-intensive from a maintenance point of view.

14  Q.   Yes, sir.

15       Did the maintenance director tell you he needed 10

16  more people?

17  A.   He gave a recommendation that was in that neighborhood.  I

18  settled on 10.

19  Q.   You settled on 10?

20  A.   Yes, sir.  That's my best estimate.

21  Q.   So you haven't -- okay.  I'll leave that one alone.

22       And, likewise, is the -- just so I'm clear, sir, the

23  two to four personnel that should be inspecting facilities, is

24  that part of the Monitor's team or is that in addition to the

25  Monitor?

DAVID PARRISH - CROSS

1   A.   No, I think that was the Monitor.  If we flip to -- page
2   17?
3   Q.   Yes, sir.
4   A.   Yeah.  That was to try and deal with what the Monitor
5   would cost, and that's just my best guess on that based on my
6   experience of having served with a monitoring team from Detroit
7   and talking to the Monitor from Chicago.
8   Q.   Okay.  By the way, sir, I noticed that one of your
9   so-called operational achievements was in your résumé
10  outsourcing; is that right?
11  A.   Yes, sir.
12  Q.   And so you've had experience in outsourcing certain
13  services for municipal jails, have you not?
14  A.   For county jails, yes, sir.
15  Q.   County/parish jails; right?
16  A.   Yes, sir.
17  Q.   That's what we're talking about.  Is that right,
18  Mr. Parrish?
19  A.   Yes, sir.
20  Q.   And, in fact, you had experience in outsourcing or going
21  to privatized medical services, did you not?
22  A.   I did medical and food service.
23  Q.   And food service?
24  A.   Yes, sir.
25  Q.   And in your experience, have you found that those could be

DAVID PARRISH - CROSS

1  cost-saving measures, sir?

2  **A.**   They can be, but in my case they were not.

3  **Q.**   And what case was that?

4  **A.**   Both medical and food service.  The food service was

5  driven by a directive to do it.  Our operation in-house was

6  actually a bit cheaper than what we went with when we went with

7  a private firm, but I had an operational directive to me to

8  make that happen.

9           On the medical, we had something similar to what

10 appears to be occurring here in Louisiana.  When I took over

11 the jail system, the hospital and welfare board provided all

12 medical care for inmates who went to the hospital.  It didn't

13 cost us anything.

14          And that all got changed through legislation and

15 suddenly we had to budget for all medical care in the hospital,

16 security, everything.  And so I was sitting on like a $600,000

17 medical budget and was facing 1.8 million in medical bills that

18 year.

19          And then when Tampa General started billing me, David

20 Parrish, personally for these bills, I told the sheriff I

21 wasn't being paid enough for the job.  And that's how we ended

22 up going with private health care.  I had to come up with some

23 other alternative.

24 **Q.**   Yes, sir.  But my question was simple.  I'm looking at

25 your résumé and it refers to one of your operational

DAVID PARRISH - CROSS

1  achievements; right?

2  A.    Yes, sir.

3  Q.    And one of those is outsourcing.  And it says both

4  privatizing medical services, privatizing food services, as you

5  mentioned; right?

6  A.    Yes, sir.

7  Q.    And underneath that, if I'm reading it correctly, it says

8  it actually increased revenue; isn't that right?

9  A.    No, that's talking about something completely different.

10 That's --

11 Q.    That's a -- so you didn't increase revenue at all, sir?

12 A.    That had nothing to do with increasing revenue.  I

13 contracted with Justice Benefits Incorporated and built a day

14 care center for our employees because they work around the

15 clock and they couldn't get day care around the clock.  And I

16 paid for that with the money that we generated from housing

17 federal contract employees under INS through Justice Benefits

18 Incorporated.  It's called the SCAAP program, State Criminal

19 Alien Assistance Program.

20         And by going through this company, we were able to

21 generate a lot more money than we'd been doing directly with

22 the federal government.  And I took the money from that and

23 used it to pay for the day care center.  That didn't have

24 anything to do with food service or medical service.

25 Q.    Okay.  So you just had one experience with privatizing or

DAVID PARRISH - CROSS

1    outsourcing and it wasn't as productive as you anticipated; is
2    that right?
3    A.    Well, I did two, food service and medical service at two
4    different times, and they were for two different reasons.
5    Q.    Well, let me ask you this:  Are you aware that other jails
6    have actually saved money by outsourcing food services or
7    medical services in the United States?
8    A.    Yes, sir.
9    Q.    And just to go back a minute to the direct supervision.
10   Is it your understanding from talking to representatives at the
11   sheriff's office that they believe that direct supervision will
12   actually allow them to reduce staffing levels?
13   A.    I don't think anybody ever told me that.  But I was
14   pleased to see that they recognized that they needed to find a
15   different way to run the jail so they don't just build a brand
16   new version of exactly what they've got and then, in essence,
17   they've got a brand new antique.
18         They need to take charge of the whole jail, not just
19   the hallways.  So that's why.  But nobody ever -- nobody
20   ever -- in response to your question, nobody ever specifically
21   said that.
22   Q.    Yes, sir.
23         Did you ever talk to Sheriff Gusman directly?
24   A.    Yes.
25   Q.    Did he ever tell you that he believes that the new

DAVID PARRISH - CROSS

1  facility, coupled with direct supervision, will actually allow
2  him to reduce staff?
3  A.   I'm sorry, but I don't recall him saying that to me, no.
4  Q.   Did you ever ask him the question?
5  A.   No.
6  Q.   Thank you, sir.
7           MR. ROSENBERG:  Those are all the questions I have.
8  Thank you, Your Honor.
9           THE COURT:  All right.  Any other questions?
10              Yes, sir?
11          MR. MATTHEWS:  I just have one, please.
12                      CROSS-EXAMINATION
13 BY MR. MATTHEWS:
14 Q.   Mr. Parrish, this has to do with the relief factor.
15 A.   Yes, sir.
16 Q.   If you don't have sufficient staff to man the posts that
17 you have, can you have a relief factor?
18 A.   Well, if you can't even fill the post that you have, you
19 wouldn't have the staff there to plug in for the relief factor.
20 No.
21          MR. MATTHEWS:  That's all I have.  Thank you.
22          THE COURT:  Any other questions?
23          MS. DEAN:  Just a couple, Your Honor.
24          THE COURT:  You do agree, do you not, that attempts
25 to increase staffing and increase entry level salaries need to

DAVID PARRISH - CROSS

 1   start immediately to ensure that the jail is a safe environment
 2   for the inmates and the staff?
 3           THE WITNESS:  Absolutely.  I wish they had started
 4   some time ago.
 5                       REDIRECT EXAMINATION
 6   BY MS. DEAN:
 7   Q.   Mr. Parrish, I just want to clarify a few things.  If you
 8   turn to page 8 of your report.  Mr. Rosenberg read the first
 9   half of the first sentence.  Could you please read the complete
10   first sentence?
11   A.   "The Orleans Parish Sheriff's Office is a full-service law
12   enforcement agency.  However, it's primary function is the
13   operation of the jail system."
14   Q.   Do you agree with that statement?
15   A.   Yes.
16   Q.   In addition to using Colonel Laughlin's information
17   regarding salaries of surrounding parishes, you also talked to
18   Lafayette Parish?
19   A.   Yes, I did.
20   Q.   With regard to the direct supervision of the new facility,
21   do you understand that there have been some proposals to pull
22   the officer out of the housing unit at night?
23   A.   Yes.
24           MR. ROSENBERG:  Your Honor, that's going -- I'm
25   sorry, that's going beyond any cross-examination.  We're on a

DAVID PARRISH - REDIRECT

1    new category now.

2              THE COURT:  All right.  Overruled.

3              Go ahead.

4              MR. ROSENBERG:  Thank you.

5    BY MS. DEAN:

6    Q.   Do you agree with that proposal?

7    A.   No.  It's a bad mistake.  To maintain direct supervision,

8    the officer needs to stay in the pod 24 hours a day so that he

9    or she can properly supervise the inmates.  If you pull the

10   officer out of the pod at night and leave an officer just up in

11   the control room, all that he or she is going to be doing is

12   looking at a bunch of closed doors.  They're not going to be

13   able to supervise or even surveil or see what's going on.

14             And they can't very well leave the control room to go

15   out and start doing the well-being checks.  So that's the wrong

16   way to do business.

17   Q.   With regard to the salaries you used to do your cost

18   analysis, you focused on entry level salary; correct?

19   A.   Yes, that's what I used.

20   Q.   Why did you focus on entry level salary?

21   A.   They have to hire people.  All the benefits are long-range

22   planning.  I know when I was hired, I wasn't thinking about

23   what a great retirement package I'm going to have.  I was

24   worried about how much money I made and was I going to be able

25   to pay my bills.  And that's what you deal with in trying to

DAVID PARRISH - REDIRECT

1   recruit people.

2          Once you get them on board and they see that it's a

3   good place to work, then you're more likely to be able to keep

4   them.  But first, you have to get them through the front door.

5   **Q.**   When Judge Africk was talking to you about how to possibly

6   reduce costs with regard to a reduction in population, you

7   mentioned closing the temporary detention center.  Were you

8   focused on the facilities that would be open once the new jail

9   opens?

10  **A.**   Was I focused on them?  I'm sorry.

11  **Q.**   Let me rephrase.  If the population were to drop before

12  the new facility opens, are there other buildings that could

13  close before the temporary detention center?

14  **A.**   Before the new facility opens?  Oh, yes.  Before the new

15  facility opens, if you've got to close a facility, I would get

16  rid of Conchetta first, I'd get rid of the tents next, and then

17  the temporary detention center last.

18  **Q.**   And so in terms of the cost analysis, you could look at

19  your numbers on page 16 of your report and remove staff for

20  those facilities that could be closed?

21  **A.**   Yes.  And the reason that I say that rather than Old

22  Parish Prison, which is a facility that definitely needs to be

23  closed, is because it offers some more flexibility, just like

24  Templeman does, whereas the other facilities don't, and yet

25  they're not good facilities, and that's why I would close them

DAVID PARRISH - REDIRECT

1    first.

2              I mean, it might seem counter-intuitive at first when

3    you say, "My goodness.  You want to close the oldest place

4    first," but not necessarily in this case.

5    Q.   Will reducing the population in and of itself achieve

6    compliance with the consent judgment?

7    A.   Absolutely not.

8              MS. DEAN:  That's all I have, Your Honor.

9              THE COURT:  All right.  Thank you, sir.  You may step

10   down.

11             MR. ROSENBERG:  Your Honor?

12             THE COURT:  Yes.

13             MR. ROSENBERG:  May I ask just one question?

14             THE COURT:  Sure.

15             MR. ROSENBERG:  Thank you, Judge.

16                       RECROSS-EXAMINATION

17   BY MR. ROSENBERG:

18   Q.   Mr. Parrish, the Court has been asking about what it would

19   take to get us from today through December 31st, 2013.  You

20   didn't include in your report any amount as to what it would

21   take to operate Orleans Parish Prison consistent with the

22   consent decree from August 6th, 2013 to the end of the year,

23   did you, sir?

24   A.   I didn't plug in a specific figure for that.  It can't be

25   done without staff on board, that's the driving factor.

DAVID PARRISH - RECROSS

1   **Q.**   And certainly without --
2          **MR. ROSENBERG:**  I'm sorry, Your Honor, because I said
3   one question.
4          **THE COURT:**  Go ahead.
5   **BY MR. ROSENBERG:**
6   **Q.**   But without a jail administrator on board, would you not
7   agree, under the circumstances?
8   **A.**   With this consent judgment, they need a jail
9   administrator.  Absolutely.
10  **Q.**   That's essential; would you agree?
11  **A.**   Yes.
12  **Q.**   And, likewise, the Monitor would be needed; right, sir?
13  **A.**   You need a Monitor to be able to address the issues with
14  the consent judgment.
15         **MR. ROSENBERG:**  Thank you, Mr. Parrish.
16         **THE COURT:**  Well, it appears, Mr. Parrish, that part
17  of the problem is when you're trying to figure out exactly how
18  much money is needed -- and, again, I don't think you can
19  exactly determine how much money is needed, okay?  I don't
20  think anybody can do that, based on what I'm hearing -- but you
21  can't use a figure that would be utilized if you had the
22  optimum number of staff because you're not going to have all
23  those staff on board by the end of the year?
24         **THE WITNESS:**  Absolutely not.  They can't be hired
25  fast enough.  That can't be done.

DAVID PARRISH - RECROSS


1          THE COURT:  Yeah.  Okay.  Thank you.

2          THE WITNESS:  Thank you, Your Honor.

3          THE COURT:  All right.  I'll tell you what, we'll

4   take a ten-minute recess.  We'll start again at 5 minutes to

5   11:00.  Thank you.

6          (WHEREUPON, the Court took a recess.)

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  All right.  We're back in session.  Thank

9   you.  Have a seat.  Let's call the next witness.

10         MR. SANDERS:  Yes, Your Honor.  May it please the

11   Court, we call Dr. Bruce Gage to the stand.

12         THE COURT:  Now, Mr. Parrish's report is in evidence;

13   is that right?

14         MR. ROSENBERG:  That's correct, Your Honor.

15         THE COURT:  All right.

16         (WHEREUPON, **BRUCE CARLSON GAGE**, having been duly

17   sworn, testified as follows**:)**

18         THE DEPUTY CLERK:  Please state your full name and

19   correct spelling for the record.

20         THE WITNESS:  Bruce Carlson Gage, G-A-G-E.

21                        **DIRECT EXAMINATION**

22   BY MR. SANDERS:

23   **Q.**   Can you briefly describe your field of expertise?

24   **A.**   Yes.  I'm a forensic psychiatrist with a specialization in

25   correctional psychiatry.

BRUCE CARLSON GAGE - DIRECT

1  Q.  What is your current position?

2  A.  I am the chief of psychiatry for the Washington State

3  Department of Corrections.

4  Q.  How long --

5        MR. ROSENBERG:  I'm sorry, Counselor.

6              Your Honor, since the Court's always reminding

7  me that it's already been done, Dr. Gage has been qualified as

8  an expert in April.  We don't have any objection to him and his

9  testimony today.

10        THE COURT:  He was qualified as an expert in what

11  field previously?

12        MR. SANDERS:  Your Honor, he was qualified as an

13  expert in the field of correctional mental health care.  Today,

14  Your Honor, we're going to offer him as an expert in the field

15  of correctional mental health care as it relates to staffing

16  and cost projections.  So if the city doesn't object, then we

17  can move forward without the qualification.

18        MR. ROSENBERG:  We have no objection to it, Your

19  Honor.

20        THE COURT:  All right.  He's recognized as an expert

21  in the field of correctional mental health care as it relates

22  to staffing and cost projections.

23  BY MR. SANDERS:

24  Q.  Dr. Gage, now that you've been qualified in that area,

25  were you asked to offer an opinion in this case regarding

100

BRUCE CARLSON GAGE - DIRECT

1  staffing needs and cost projections?

2  **A.**   Yes, I was.

3  **Q.**   Do you have an opinion regarding staffing needs and cost

4  projections?

5  **A.**   Yes, I do.

6  **Q.**   And what is that opinion?

7  **A.**   Basically, the overcall cost that's needed to run the

8  mental health service in the Orleans Parish Prison is

9  approximately $1.8 million.

10         The overall staff that's needed to do that would

11  include approximately 3 FTEs, or full-time equivalence, of

12  psychiatrists, approximately 8 counselors, 9 nursing staff,

13  1.55 clerks.  And then there are additional costs that aren't

14  subsumed in this that will be incurred related to mental

15  services such as monitoring by deputies, but that's not a part

16  of the mental health costs directly.

17         **THE COURT:**  Now, you just focused on mental health,

18  not physical health; is that right?

19         **THE WITNESS:**  That's correct, sir.

20         **THE COURT:**  All right.

21  **BY MR. SANDERS:**

22  **Q.**   So it's safe to say that the major cost drive of the

23  consent decree would be staffing levels; right?

24  **A.**   Yes, staffing is primarily the main issue in mental health

25  because there's not a lot of laboratory or specialized

BRUCE CARLSON GAGE - DIRECT

1  equipment that's needed.

2  **Q.**   All right.

3           **THE COURT:**  Did you calculate any cost associated

4  with changes to present/existing facilities?

5           **THE WITNESS:**  I did look at that.  I was not asked to

6  do that at the time that I wrote the report, but I subsequently

7  reviewed that.

8  **BY MR. SANDERS:**

9  **Q.**   Dr. Gage, can you briefly summarize the major ways in

10 which you believe OPP fails to provide adequate correctional

11 mental health care staffing and costs?

12 **A.**   Pretty much top to bottom, there's inadequate initial

13 screening; initial psychiatric or mental health assessment is

14 very poor.  There are inadequate numbers of staff to provide

15 psychiatric services, inadequate staff to provide minimal

16 therapeutic services and inadequate staff to provide continuity

17 of care to the community.

18          **MR. ROSENBERG:**  Excuse me, Dr. Gage.

19               Your Honor, this was all part and parcel of the

20 April hearing where Dr. Gage testified and gave this testimony

21 to the Court that I believe led to the June 6th ruling by the

22 Court.

23          **THE COURT:**  All right.  That's a fair statement.

24               So what's new?

25          **MR. SANDERS:**  Your Honor, I think that in order for

BRUCE CARLSON GAGE - DIRECT

1   us to form a nexus between what the deficiencies are and what
2   we believe the staffing levels are, we kind of want him to walk
3   the Court through where he's made his staffing projections, and
4   that's one of the reasons.
5           THE COURT:  What I don't want to do is I just don't
6   want to repeat his testimony we've previously heard.  So if you
7   need it as a preface to something else, that's fine, but
8   otherwise let's try to shorten it.  Okay?
9           MR. SANDERS:  That's right, Your Honor.
10          THE COURT:  All right.
11  BY MR. SANDERS:
12  Q.   Dr. Gage, can you please tell us the sources you relied
13  upon in coming to your conclusions?
14  A.   Yes.  I relied on the same sources that I enumerated in my
15  previous report from my previous testimony.  In addition to
16  that -- I mean, I can enumerate those now, but the additional
17  things that I relied upon were the reports by Dr. Inglese,
18  Dr. Austin.
19          Of course, I reviewed the consent judgment and
20  certifying the settlement class in this case and the consent
21  judgment.  I also looked at OPP medical department response to
22  Dr. Inglese's request for budget information.  I believe the
23  rest of the things that I looked at were enumerated in my
24  previous report.
25  Q.   Are these the kinds of sources generally used when

BRUCE CARLSON GAGE - DIRECT

1  determining staffing needs and cost projections?

2  **A.**    Yes, and then some.  Many of the things I reviewed add

3  some detail.  They aren't all critical to staffing but help

4  flesh out of the particulars of the facility.

5  **Q.**    Now, can you please describe the methodology used in

6  evaluating OPP's correctional mental health care staffing

7  needs?

8  **A.**    Yeah.  There are several facets to this.  First, it's most

9  important to understand that you have to make judgments based

10 on the demographics and features of the population.  So you

11 have to know how many people you're going to be treating and

12 something about their general distribution, and age, sex.  And

13 then on the basis of that, you can make some conjectures about

14 the likely population of mental ill people with regard to this

15 particular question.

16         Once you have numbers of people that you're going to

17 need to be serving and an idea of what types of patients they

18 are, then you have to look at the different kinds of services

19 that you have to render.  Each sort of function requires

20 different time and staffing.

21         So, for instance, there's a screening function, an

22 assessment function, a treatment function, and a coordination

23 of care function.  Those are the essential things.  We could go

24 into more detail of that, but we did talk about that on my last

25 testimony.  But those are the main functions that have to be

BRUCE CARLSON GAGE - DIRECT

1   looked at.  And each of those, you have an idea of exactly how
2   much time it takes to do those functions.
3           Another one that's important is monitoring.  And then
4   based on the amount of time that it takes to do the various
5   assessments, monitorings, what have you, you can make
6   projections about the overall staffing needs.
7   Q.  Can you please describe how population reductions could
8   impact your conclusions?
9   A.  Certainly.  Unlike the situation with the overall jail or
10  prison where there's an economy of scale that comes with
11  cutting down with pods or whole facilities, it's not quite the
12  same with mental health.  Essentially, a linear projection is
13  reasonable to use until you get down to a much smaller size
14  facility where you begin to lose economy of scale.
15          So certainly if their population were to drop even
16  all the way down to 1,000, I think a linear projection or a
17  linear reduction of staff would be a reasonable projection.
18          THE COURT:  Well, let me make sure I understand that.
19  So if instead of using an inmate population of 2,400 inmates,
20  if you use less than that, 1,800, 1,600, 1,500, your numbers
21  will be the same?
22          THE WITNESS:  You would be able to cut it down by
23  that percentage.  So if the population were reduced by
24  25 percent, your staffing could be reduced by 25 percent.  And
25  that's going to be true in mental health until you get down to

BRUCE CARLSON GAGE - DIRECT

1  a much smaller facility.

2          **THE COURT:**  All right.

3  **BY MR. SANDERS:**

4  **Q.**   In looking at the population reduction, did you look at

5  what FTEs, or full-time equivalent, individuals at OPP needed

6  in order to comply with the consent judgment?

7  **A.**   Yes, I did.

8  **Q.**   Can you briefly tell the Court what an FTE is?

9  **A.**   An FTE is a full-time equivalent.  It's just a way of

10  speaking about a full-time position.  It's referred to as a

11  full-time equivalent because it may be occupied by more than

12  one person.  Essentially, it's a 40-hour work week.

13  **Q.**   And you were in the court and you heard the concept of a

14  relief factor.  Is a relief factor also included in looking at

15  correctional mental health care?

16  **A.**   For some positions it is.  There are some functions that

17  are critical and need to be manned as posts.  And some of those

18  functions would include, for instance, nursing staff or just

19  like custody staff.  There has to be someone there.  And other

20  essential functions where you're responding to urgencies and

21  emergencies and early in the evaluation and assessment process.

22          But for some positions, no relief is necessary and

23  it's traditional for, for instance, doctors to cover for each

24  other.

25  **Q.**   Can you please explain why utilizing FTE and relief factor

BRUCE CARLSON GAGE - DIRECT

1    in coming to your calculations, why those two concepts are very
2    important?
3    A.    Uh-huh.  The most important thing is what I just
4    mentioned, is that you have to make sure that those kinds of
5    posts that are needing to be manned 24/7 are accounted for.  So
6    that when people go on vacation or are sick, there's sufficient
7    staff to be able to cover those positions.
8    Q.    Can you now tell the Court what information you relied
9    upon in determining staffing costs?
10   A.    Now, we can start with the overall population, which I
11   used as 2,400.  Then I estimated that 15 percent of the prison
12   population would be mentally ill at the level that would
13   require some treatment.
14          As you may recall, in my previous testimony, 15 to
15   25 percent of people are expected to be mentally ill.  But I
16   used a low end number of that of 15 percent and based my
17   projections on that.
18   Q.    When we're talking about the salary levels, what
19   information did you rely upon to make those conclusions about
20   appropriate salary numbers?
21   A.    In terms of the salary numbers, what I relied upon was
22   information that was given to me by the Orleans Parish Prison
23   about their current salaries, which included benefits and
24   salary.  Then I compared that to numbers from the Bureau of
25   Labor Statistics.  In general, those numbers were very similar

BRUCE CARLSON GAGE - DIRECT

1  with the exception of RNs, where the Orleans Parish Prison

2  number was quite low and I used the Bureau of Labor Statistics

3  number for nurses' salaries, RNs.

4  **Q.**   So when looking at salaries, you relied upon OPP's numbers

5  and you also looked at BLS's projections?

6  **A.**   Yes.  I just wanted to make sure that they were in the

7  ballpark.  And those BLS projections are those actual -- they

8  do surveys and they do it by urban areas and I used the New

9  Orleans area for the comparison.

10  **Q.**   And when you compared the BLS numbers with the numbers

11  that OPP provided you, were there any significant variances

12  between those two levels?

13  **A.**   Only with regard to registered nurses.  The rest were

14  perfectly fine.

15  **Q.**   All right.  Dr. Gage, I would now like to walk you through

16  each of your opinions in detail, starting first with intake and

17  assessments.  All right?

18  **A.**   Certainly.

19  **Q.**   Can you briefly state why intake is so important?

20  **A.**   There are many reasons, but the most important is, is that

21  when first people first come into jails, it's at times very

22  high risk.  That's true psychiatrically, medically

23  behaviorally, substance abuse and so on.

24           When people come into the jail, they may be suffering

25  acute mental illness.  They may be acutely intoxicated or

BRUCE CARLSON GAGE - DIRECT

1    suffering from a condition related to their substances.  And

2    frequently people who come into the jail are not medically

3    stable or getting medical or mental health treatment and so

4    they're at high risk when they come into the jail.

5              They're also at high risk to commit suicide.  And

6    it's very important to assess people early and sufficiently to

7    make sure that people who pose some degree of risk are quickly

8    triaged to the appropriate service.

9    Q.   Were you able to determine the number of individuals who

10   were evaluated during intake at OPP?

11   A.   Uh-huh.  Again, I utilized the OPP statistics.  Their most

12   recent numbers are that they have about 80 intakes, and I used

13   that number given that that was the low end.

14   Q.   Can you briefly describe the services that you would

15   expect the medical department to perform during intake?

16   A.   Yeah.  Implicit in your question is the fact that the

17   medical department is the unit that performs those intakes.

18   They do the intake screening both for medical, mental health,

19   and also for chemical dependency.

20             The kinds of things that they need to do are to

21   provide a good medical history, a good mental health history.

22   It doesn't need to be complete, but it needs to get at basics.

23   With regard to mental health, it's important to look for a

24   history of prior treatment, of medications, of their current

25   mental status.  That needs to look at their potential for

BRUCE CARLSON GAGE - DIRECT

1  suicide and psychosis.  Those are the chief things that they
2  need to look at.
3          And that requires some interview as well as obtaining
4  history.  They also need to review medical records, pharmacy
5  data, if they can access that, achieve release of information
6  for patients who have outside records that they can obtain.
7  And it's also important that they do a basic physical
8  examination, primarily vital signs and focal examinations, such
9  as skin or other injuries or lesions.
10 Q.   And how long would you expect a typical intake screening
11 to take?
12 A.   On average, a thorough screening will take about 30
13 minutes.
14 Q.   Based on the number of projected prisoners being screened,
15 what staffing levels did you recommend?
16 A.   Well, given that there's going to be 80 intakes per day,
17 each one taking about half an hour, that's about 40 hours.  It
18 would take two people to do that at all times.  Given that it's
19 a 24/7 position, they have 12-hour shifts, that would be two
20 people on day shift, two people on night shift, and then with a
21 relief factor of 1.25, that takes us to a total of 7 FTEs.
22 Q.   Can you now explain how the quality of these screenings
23 can affect staff projections?
24 A.   If the screenings are not done well, what happens is that
25 people are missed and passed through into the jail who may have

110

BRUCE CARLSON GAGE - DIRECT

1   acute disorders and may be an imminent risk.  When that
2   happens, people harm themselves, people decompensate medically,
3   people decompensate psychiatrically.  They may also go into
4   withdrawal, and a variety of other things.
5           When you don't detect things initially, they end up
6   costing more both in terms of danger to self, danger to others,
7   and medical and psychiatric complications.
8   Q.    You mentioned a number of 7 FTEs.  What about the
9   educational level of the individuals who are performing these
10  intake screenings?
11  A.    At a bare minimum, in my opinion, those need to be at
12  least licensed practical nurses.  Even so, they will need
13  specialty training.  Most licensed practical nurses are not
14  trained, for instance, in psychiatric assessment.  With proper
15  training, I think it's reasonable to utilize them, but that
16  would be about as minimal a level of training as I would expect
17  to be adequate.
18  Q.    Let's now talk about the projected costs.  How were you
19  able to conclude what those costs would be for the intake
20  screening?
21  A.    Again, for that, I did not include that in my calculations
22  because that's provided by the medical service.  But we can use
23  the number for an LPN to get an idea of what that would be; and
24  the number for an LPN is -- I'm sorry, I can't read the table,
25  so I have to -- $52,800.  So seven times that is going to be

BRUCE CARLSON GAGE - DIRECT

1  roughly $360-, $370,000.

2  **Q.**   Are the staffing projections and the costs the minimum

3  necessary to comply with the provisions of the consent

4  judgment?

5  **A.**   Yes, they are.

6  **Q.**   Let's now discuss assessments.

7         **THE COURT:**   Where are the costs in the report, like

8  the figure that you just mentioned?

9         **THE WITNESS:**   I did not include that because it's

10  actually the medical department.  Because these are all going

11  to be under medical rather than under mental health.  But I did

12  include the number that it would take to do it since it's an

13  essential part of rendering that service to mental health in

14  preparation and triage, for moving people on to mental health

15  providers.

16  **BY MR. SANDERS:**

17  **Q.**   Can you briefly explain when prisoners should be assessed?

18  **A.**   I'm sorry?

19  **Q.**   Can you briefly explain when prisoners should be assessed?

20  **A.**   Yes.  People who should be assessed for mental health

21  purposes are those who show evidence of mental illness, who

22  have current psychotropic medications, who pose any threat of

23  harm to themselves, and people who have histories of

24  substantial mental illness.

25         In general, as I mentioned, about 15 percent of the

112

BRUCE CARLSON GAGE - DIRECT

1  population can be expected to need some level of mental health
2  treatment in the jail.  You're going to have to screen somewhat
3  more than that number to get all of them.  And an estimate of
4  20 percent of the population to achieve identification of the
5  15 percent that need services is a reasonable projection.
6  **Q.**   So you're not expecting every prisoner arrested to receive
7  a 14-day mental health assessment; right?
8  **A.**   By no means.  About one-fifth.
9  **Q.**   Can you please explain to the Court why not everyone would
10 receive this 14-day mental health assessment?
11 **A.**   Well, certainly many of the people --
12          **MR. ROSENBERG:**  Your Honor, I'm sorry to interrupt
13 the process.  But, again, this was testimony that Dr. Gage gave
14 in April.  And if the Court keeps -- and has admonished the
15 city not to cover, plow ground, we're plowing the ground again
16 with Dr. Gage.
17          **MR. SANDERS:**  Your Honor, once again, I believe that
18 in order to get this whole picture in context, he wants to
19 basically tell the Court what minimum service is necessary, how
20 many people should be offered this service, and how many staff
21 members are required to provide that service.
22          **MR. ROSENBERG:**  Well, Your Honor has said that you
23 remember the testimony from April, so we didn't cover it again.
24 I assume the Court remembers Dr. Gage's testimony equally as
25 well, so there's no reason to cover it again.

BRUCE CARLSON GAGE - DIRECT


1          **THE COURT:**  Well, I think it will make it flow easier

2     if we do it this way.  The objection's overruled.

3               Go ahead.

4          **MR. ROSENBERG:**  Thank you, Judge.

5          **MR. SANDERS:**  Thank you, Your Honor.

6     BY MR. SANDERS:

7     **Q.**   Dr. Gage, can you please explain why not everyone would

8     receive a 14-day mental health assessment?

9     **A.**   Well, certainly while many of the people who come into

10    prison have problems that could be identified as related to

11    mental health, 75 percent of the prison population will have

12    substance abuse problems, and many, many people have serious

13    personality disorders and what have you, but we're only going

14    to be treating people with serious mental illness and people

15    who pose an imminent risk to themselves or to others by virtue

16    of their mental illness.

17              And so we're trying to only identify those people who

18    seriously need services.

19    **Q.**   Were you able to determine the number of prisoners

20    assessed on a weekly basis?

21    **A.**   Yes.  If we're going to be needing to screen about

22    20 percent, it's going to be, if there are 80 per day,

23    one-fifth of that is going to be -- let's see, what is that?

24    That's 16 -- so that's going to be 16 of them per day.  And

25    then per week, 7 times that would be 112.

BRUCE CARLSON GAGE - DIRECT

1  Q.   And based on these projections, were you able to conclude

2  the staffing levels needed to address --

3  A.   Yes.

4  Q.   And what were those staffing levels?

5  A.   For the purpose of doing the initial psychological

6  assessment, that will take -- this was one of the numbers that

7  needs to be modified down to 2.5 FTEs.  The calculation that I

8  gave there at the bottom of page 7 -- perhaps you could pull

9  that up -- the 120 hours per week is more than it's supposed to

10 be.  It's supposed to be 100 hours per week, which comes to an

11 FTE total of 2.5.

12 Q.   What educational and training levels would you expect

13 staff members performing assessments to possess?

14 A.   A master's level clinician is stuff sufficient to do this.

15 That could be a master's level psychologist or social worker.

16 I don't have any particular preference.  In general, these

17 days, master's psychologists are better trained for doing

18 assessments than social workers.  But sufficiently trained

19 social workers could perform that function as well.

20 Q.   Did you make any conclusions regarding costs for providing

21 these services?

22 A.   Yes, I did.  Again, I used, since there were no numbers

23 for master's psychologists that I could track down, if you look

24 at and compare master psychologists with licensed social

25 workers, it's a similar salary.  So I used the licensed social

BRUCE CARLSON GAGE - DIRECT

1    worker salary.  The licensed social worker's salary was -- it's
2    about $68,000.  And so 2.5 FTEs times that amount would give
3    you roughly $175,000.
4    Q.   Are your staffing projections the minimum necessary to
5    comply with the provisions of the consent judgment?
6    A.   Yes.  I mean, to do an initial assessment, one of the
7    things I did not mention that I should have, is that an initial
8    assessment takes about one hour, and that's how I arrived at
9    the total number of hours.  And that's a minimal amount of time
10   to do a mental health assessment.
11          In most -- I mean, in many situations, people are
12   given up to two hours to perform those evaluations.  And,
13   again, I'm trying to go with the lowest reasonable and possible
14   and one hour was the number I used.
15          THE COURT:  Now, your costs don't take into
16   consideration the cost of necessary interpretation?
17          THE WITNESS:  That's correct.  I did not include
18   language interpretation services.
19   BY MR. SANDERS:
20   Q.   Let's now talk about sick call staffing projections.  Can
21   you please discuss the purpose of sick call?
22   A.   The purpose of sick call is for a prisoner to be able to
23   seek mental health/medical/dental care if they have a problem.
24   They can do that either by going directly to a nurse.  They
25   could potentially give sick call information to a deputy, if

116

BRUCE CARLSON GAGE - DIRECT

1  they felt comfortable doing that, or they could do it by kite.
2  But the chief purpose is for an inmate to be able to access
3  health services for a problem arising to know about.
4  Q.   And what services are typically provided during sick call?
5  A.   During sick call itself, a medical minimum triage would be
6  what would be done.  It would be mostly to determine whether
7  there is an urgency or an emergency that required an immediate
8  intervention.  Absent the immediate intervention, it would be
9  triaged to the next stage, and that would depend on the
10  particulars of the complaint.
11  Q.   Can you now explain to the Court how screenings and
12  assessments could impact sick call staffing projections?
13  A.   Uh-huh.  Again, if we do not detect problems that are
14  arising in the population, they will go to worsen.  They'll
15  ultimately cost more.  They'll drive staffing and other casts.
16      MR. ROSENBERG:  Your Honor, again, I assume we're
17  just -- Dr. Gage is just talking about mental illness and not
18  general medical, because that's all he's been qualified as an
19  expert witness for.
20      THE COURT:  Is that correct?
21      THE WITNESS:  That's correct.
22      THE COURT:  By the way, explain to me -- I thought
23  before you said you weren't including salary figures.  I may
24  have misunderstood.  But I'm looking at a part of your report
25  which does have salary figures on it towards the back.

BRUCE CARLSON GAGE - DIRECT


 1          **THE WITNESS:**  Yeah, I did not use -- do salary

 2   figures only for the LPNs that are doing the intake assessment

 3   because they're in the medical department.  I did salary

 4   projections for all of the specifically mental health staff.

 5          **THE COURT:**  Okay.  Which includes some LPNs?

 6          **THE WITNESS:**  Yes, it does, but not the LPNs who do

 7   intake.

 8          **THE COURT:**  All right.  Thank you.

 9   BY MR. SANDERS:

10   **Q.**   Does OPP currently have a sufficient number of clinicians

11   to address sick call requests?

12   **A.**   No.

13   **Q.**   And how did you come to that conclusion?

14   **A.**   There are problems getting sick call done on a daily

15   basis.  They don't have sufficient nurses to be able to go

16   through and provide the access to the prisoners on a regular

17   basis.  They don't have enough staff to be able to triage

18   written kites.  And sick calls were a serious complaint of

19   prisoners as well.

20   **Q.**   When you say "written kites," can you please explain what

21   that concept is?

22   **A.**   Yeah.  A kite is basically a name for a way of a prisoner

23   to communicate with staff in writing and usually through some

24   confidential means.

25   **Q.**   Can you please tell the Court what is necessary to ensure

BRUCE CARLSON GAGE - DIRECT

1  that sick call requests are properly screened?
2  A.   Yes.  An LPN is, again, adequate to provide basic kinds of
3  triage.  They are not able to make diagnoses or to order
4  interventions.  They can certainly contact other providers to
5  deal with the situation.  But it's important to have an RN who
6  oversees that process to make sure that you have a qualified
7  person to make a judgment about how to triage the case.
8          RNs themselves can do some additional evaluation if
9  necessary and determine whether they can handle the problem
10  themselves or it needs to be moved on, but an LPN doesn't have
11  the capacity or the licensure to make that sort of a judgment.
12  Q.   And what level of commission should oversee OPP sick call
13  requests?
14  A.   I think it should be an RN who oversees that process, at
15  least up to the stage of triage.
16  Q.   All right.  Now I want to discuss staffing projections for
17  the residential mental health care unit.  Can you please tell
18  the Court what is the residential mental health care unit and
19  where it's located?
20  A.   Yeah.  At the present time it's in Templeman V.  There's
21  about 100 to 120 people who are identified as being in those
22  residential beds.  That's been a relatively stable number, and
23  is actually a pretty reasonable number.  Again, from my
24  previous testimony, about 5 percent of the population will be
25  expected to have a pretty serious mental illness and require

BRUCE CARLSON GAGE - DIRECT

1  residential treatment.  So around 120 or so would be a

2  reasonable number.

3  Q.   Can you please give the Court a few examples of the kinds

4  of persons being treated at the residential mental health care

5  unit?

6  A.   Uh-huh.  It's a diverse population.  The two primary

7  populations that are there presently are people with serious

8  mental illness and people who are on suicide watch and

9  represent a danger to themselves.  In addition, they have

10  people with some serious affective disorders, such as severe

11  depression or mania.  But it's primarily people with psychoses

12  and people who are a danger to themselves.

13  Q.   Of the 120 that you've identified, what level of care

14  would you say is necessary for those prisoners?

15  A.   A residential level of care is what's required for this

16  population.  They do poorly in general population for many

17  reasons, and they need to be in a specialized unit where they

18  can get both regular assessment and monitoring and also

19  specialized treatment to the extent necessary to stabilize

20  them.

21  Q.   Are there any other services that you would expect these

22  individuals to receive?

23  A.   It would be good for them to receive chemical dependency

24  services as well.  Again, 75 percent of the population has a

25  chemical dependency or chemical abuse problem.  And that's a

BRUCE CARLSON GAGE - DIRECT

1   serious issue with the mentally ill because it exacerbates
2   their mental illness, and quite often is driving some of their
3   symptomology.  So having a specialist in chemical dependency
4   would also be important to have there.
5             They would also need basic psycho therapy for crisis
6   stabilization, and some minimal groups for doing medication
7   education, learning about their illness and being able to be
8   kept in activities and structures that reduce their
9   symptomology.  But those would all be very, very minimal.
10  Q.   Based on the number of persons being held at the
11  residential mental health care unit, were you able to conclude
12  the number of staff needed to address their needs?
13  A.   Yes.  With regard to the specific mental health needs, I
14  concluded that they would have to have 3.5 FTEs for counselor
15  level services.  And that they would have to have 7 -- I'm
16  sorry, 9 nursing staff.  We didn't talk about the specifics of
17  how the nursing staff would be utilized, but we could do that
18  at this point.
19  Q.   Yes.  When you talk about that 3.5, can you please explain
20  to the Court how you came to that number, Dr. Gage?
21  A.   Yes, I can.  Basically, you need one social worker who
22  provides essentially just basic social work services.  With
23  this population, you're going to have a great deal of need to
24  coordinate care with the community to get people on benefits to
25  ensure that their medications are managed properly, to get them

BRUCE CARLSON GAGE - DIRECT

1   housing, to return them into housing if they're there, and to
2   do all the work that these sorts of people cannot do for
3   themselves.
4            It's important to know that this population is really
5   essentially unable to assist in their own after-care planning.
6   And so that kind of social work function is very critical.
7   That social worker would be able to provide some additional
8   kinds of services, but would be primarily focused on placement
9   services and coordination of after-care and benefit assistance.
10  So that's one FTE for that.
11           Then there's those who are on direct observation who
12  are going to require a regular assessment by a maters or above
13  level clinician.  It is preferrable to do that, as I say in my
14  report, seven days a week, but I think it is reasonable to do
15  that on five days a week and have nursing staff do those
16  assessments over the weekend as long as there is mental health
17  back up available.  We can get back to that later.
18           So those kinds of assessments, there's going to be
19  right now 28 patients a day that are on their watches.  It
20  takes about a quarter of an hour per patient to do an
21  assessment.  And they have to do those five days a week.  That
22  amounts to about 35 hours per week, which essentially is a
23  whole FTE, so that accounts for two FTEs, one social worker.
24  And one master's level clinician that might be a psychologist
25  or a social worker.

BRUCE CARLSON GAGE - DIRECT

1          The next problem is, is providing direct service.
2    The biggest problem in Templeman V is there really are no areas
3    for providing group therapy.  So if the residential mental
4    health unit stays on Templeman V, most of the direct care will
5    have to be provided on an individual basis.
6          In order to do that, I've estimated that they would
7    be seeing each of their patients essentially weekly, which is
8    the typical rate for seeing people in a residential unit.
9    Again, only a half hour per patient, which is fairly typical.
10   So that's going to amount to 60 hours per week or 1.5 FTEs.  So
11   between those three, there's 1 plus 1 plus 1.5, for a total of
12   3.5.
13         I would also add that if they do move this to a
14   setting where they have group rooms available, that they may be
15   able to cut that number down by as much as 1 FTE.
16   Q.   All right.  You also mentioned that projected 9.0 nursing
17   staff.  Can you please explain to the Court how you came to
18   that number?
19   A.   Yeah.  It's actually slightly more than 9.  I believe -- I
20   think it's 9.125, if I remember correctly.  But that, again,
21   was based primarily on the chief function that the nursing
22   staff is serving right now, which is actually doing monitoring
23   of people who are on suicide watch.
24         Per OPP policy, the nursing staff there, the LPNs
25   right now, are doing four assessments for each 12-hour shift,

BRUCE CARLSON GAGE - DIRECT

1  or eight assessments per day.  Each of those assessments takes
2  ten minutes to basically go see the person, talk to the custody
3  staff, talk to the individual, and document that evaluation.
4       So if you have eight of those at 10 minutes, 28 per
5  day, that adds up or 2,240 minutes, or 37 hours, which is
6  roughly 1.5 FTE of the 24/7 staff.
7       In addition, they'll have to have another FTE or half
8  an FTE to render the other services that the nursing staff has
9  to do, for a total of 2 FTEs on at any one time.  So 1.5 FTE
10 just to do the suicide monitoring, and another half of an FTE
11 to do pill line, medical treatments, nursing assessments, other
12 nursing documentation, and the laboratories and the panoply of
13 things that nursing staff do.
14       So when you take that number and you recognize that
15 this has to go across 24 hours, that gets you up to 4, 2 in the
16 morning, or 2 on day, 2 on nights.  And then with the relief
17 factor and weekend coverage, that brings you up to a total of 7
18 staff for the LPNs.
19       In addition, those are going to need to be
20 supervised.  They'll need a full-time RN to supervise them.
21 That RN need only be there regularly on day shift.  So this can
22 be a Monday through Friday, full-time nurse would oversee the
23 LPNs.
24       They'll also need recourse to a nursing supervisor on
25 evenings, nights and weekends.  But that nursing supervisor

BRUCE CARLSON GAGE - DIRECT

1   could be shared with medical nursing and go in other facilities

2   within the overall Orleans Parish Prison.  So that leaves about

3   to 1.8s us with 7 LPNs, 1 psychiatric nursing supervisor.  And

4   in order to cover the whole rest of the time that the

5   supervising nurse is not there, it's about 1.125 FTEs that

6   would be shared, again, amongst other units.

7   Q.   And, Dr. Gage, you testified about nursing and counseling.

8   Can you please tell the Court if there's going to be a

9   requirement for any psychiatrists on that unit?

10  A.   Yes.  I've allocated 1 FTE psychiatrist for this

11  population.  In a hospital setting, with an acuity like this, a

12  psychiatrist would typically care for anywhere between 15 and

13  60 patients.  It is minimally acceptable for them to care for

14  120 patients.

15  Q.   In making your cost projections, what educational levels

16  did you conclude were necessary for all the individuals who

17  were performing the counseling, nursing and psychiatric

18  services at the residential mental health unit?

19  A.   As I mentioned, the nursing staff, it's reasonable for the

20  frontline nursing staff and into the LPNs, they would need

21  specialized training in mental health.  I know that some of the

22  people at Orleans Parish Prison do have that; some don't.  So

23  specialized training in mental health is necessary, but an LPN

24  can do that job.  So those 7 frontline nursing staff could be

25  LPNs.

125

BRUCE CARLSON GAGE - DIRECT

1          The nursing supervisor and the off-shift nursing
2    supervisor coverage need to be at an RN level.  The
3    psychiatrist needs to be -- the psychiatric prescriber needs to
4    be a psychiatrist.  These are the most complicated and ill
5    patients.  I think it's unreasonable to ask a mid-level
6    provider to take care of this population, so I've allocated a
7    psychiatrist to that position.
8               **THE COURT:**  I need to understand this issue involving
9    the psychiatrist.  I'm looking at page 9 of your report.  You
10   say:  "One psychiatrist is sufficient to cover 120 residential
11   patients in the presence of sufficient other mental health
12   providers to do daily assessments," and it goes on.  All right?
13              **THE WITNESS:**  Correct.
14              **THE COURT:**  Are you saying there just needs to be one
15   psychiatrist employed by the jail to deal with the mentally ill
16   population?
17              **THE WITNESS:**  Just in the residential setting.
18   There's actually a larger need for general population.
19              **THE COURT:**  Okay.
20              **THE WITNESS:**  Because in general population, or the
21   rest of the parish population -- parish prison population, many
22   of those people will be on medications alone.  So you actually
23   will need somewhat more resources to take care of that
24   population.  But one is sufficient to take care of 120 most
25   seriously ill.

BRUCE CARLSON GAGE - DIRECT

1           THE COURT:  I see.
2    BY MR. ROSENBERG:
3    Q.   Regarding the residential mental health unit, what were
4    your projected costs?
5    A.   I don't know that I split it out specifically by the
6    residential unit, but I could -- we can use the numbers for LPN
7    salaries and the RN supervisors and make an estimate of that,
8    if you would like.  Again, the LPN salaries --
9           THE COURT:  Do you have a final number for all these
10   staffing costs that you're recommending?
11          THE WITNESS:  Yes, I do, 1.8 million.
12          THE COURT:  Where is that?  What page is that?
13          THE WITNESS:  That's one of the corrections that
14   needs to be made.  The total, that I can speak to in a moment
15   if you'd like, that's down at the bottom of page 14, where
16   right now it says 1,665,599.
17          THE COURT:  And that needs to be changed to 1.8?
18          THE WITNESS:  That's going to be about 1.8 million.
19   I failed to include the 2.5 FTEs from the initial assessment
20   process.  As I mentioned earlier, I did not include the LPN
21   FTEs from intake, and in the context of excluding that, I
22   erroneously also excluded the intake mental health assessment
23   people.
24          THE COURT:  So the 1.8 figure does not include the
25   LPNs at intake, though?

BRUCE CARLSON GAGE - DIRECT

1          **THE WITNESS:**  It does not.  It includes only those

2     2.5 FTEs of master's level clinicians that do the initial

3     assessments.

4     **BY MR. ROSENBERG:**

5     **Q.**   Dr. Gage, I'm going to follow-up on a question the judge

6     asked you, and we're going to transition over to general

7     population.  Are you concluding that OPP needs a psychiatrist

8     to oversee their general population group of prisoners?

9     **A.**   They don't need a psychiatrist to provide the psychiatric

10    treatment.  I think it's reasonable in the rest of the

11    population, if you will, an outpatient level service, it's

12    reasonable to use a psychiatric mid-level provider.  So I've

13    actually used the salary of a psychiatric ARNP rather than the

14    salary of a psychiatrist for that position.

15         **THE COURT:**  Can you submit a new page 14 so that we

16    have the $1.8 million figure there?

17         **THE WITNESS:**  Indeed, I will, sir.

18         **THE COURT:**  Can you do that?

19              All right.  When can you do that by?

20         **THE WITNESS:**  I could have it, if I can get e-mail

21    access, by today.

22         **THE COURT:**  All right.  That would be great.  Just

23    give it to counsel, please, and then we'll enter it into the

24    record.  Okay?

25         **THE WITNESS:**  Yes, sir.

BRUCE CARLSON GAGE - DIRECT

1          **MR. ROSENBERG:**  Your Honor?

2          **THE COURT:**  Yes?

3          **MR. ROSENBERG:**  I'll wait, Judge.  But the only

4    reason I rose was because there's more than one correction by

5    Dr. Gage in his report.  So if the Court's looking for all of

6    the changes he's made that we got this morning, as I was trying

7    to allude to earlier, it's more than one page, and the Court

8    may want all those pages.

9          **THE COURT:**  All right.  Well, let's see what happens.

10   We'll hear what you have to say after cross-examination, then

11   I'll deal with it then.  But I would like the corrected number

12   to be in the documents itself with respect to your summary.

13         **THE WITNESS:**  Absolutely, Your Honor.

14   **BY MR. ROSENBERG:**

15   **Q.**   Dr. Gage, were you able to conclude the number of persons

16   requiring mental health services in general population?

17   **A.**   Yeah.

18         **THE COURT:**  Is this a good time to take a break?  How

19   much longer do you have with Dr. Gage?

20         **MR. SANDERS:**  Your Honor, we have probably maybe

21   about 15 to 20 minutes, maybe 30, Your Honor.

22         **THE COURT:**  All right.  Well, it's 20 to 12:00.

23   We're going to break for lunch now so everybody can attempt to

24   beat the lunch traffic and we will resume testimony at a

25   quarter to 1:00.  Okay.  We're in recess.  Thank you.

BRUCE CARLSON GAGE – DIRECT


1          **THE DEPUTY CLERK:**  All rise.

2                         **(LUNCHEON RECESS)**

3                         * * * * *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BRUCE CARLSON GAGE - DIRECT

1    **AFTERNOON SESSION**

2    **(August 6, 2013)**

3    * * * * *

4

5    THE DEPUTY CLERK:  All rise.

6    THE COURT:  All right.  Thank you.  Have a seat.

7    We're back from recess.

8    Did you take a run to the state of Washington to

9    have lunch?  Is that what the issue is?

10   THE WITNESS:  We took a little longer to get you

11   those copies.

12   THE COURT:  All right.  Just one question before I

13   forget, and I thought about it during lunch.  This additional

14   staffing that you've been talking about that's necessary for

15   mental health care, do you have any expertise which would allow

16   you to be able to advise the Court as to how long you think it

17   would take to fill all these positions that you recommended?

18   THE WITNESS:  Yeah.  That's something we actually

19   talked about.  Given that the salaries, if they change the RN

20   salaries -- but that doesn't apply so much to mental health --

21   but the salaries are reasonably competitive, so they ought to

22   be able to hire, I would say, within three to six months.

23   THE COURT:  The whole contingent, if that's what the

24   Court decided?

25   THE WITNESS:  Yeah.  Because it's not that big a

BRUCE CARLSON GAGE - DIRECT

1   number, unlike for correctional staff, where you're looking at

2   hundreds of people.  Here it's just half a dozen or so people.

3          THE COURT:  Okay.  Thank you.

4   BY MR. ROSENBERG:

5   Q.   Dr. Gage, when we left, we were talking about general

6   population.  Were you able to conclude the number of persons

7   requiring mental health services in general population?

8   A.   Yes.  If we take out the 120 from the 335, the 120 that

9   are on the residential mental health unit, you'd subtract that

10  from the 345, that is 15 percent of 2,400 -- using 2,400 for

11  now.  That leaves roughly 235 people or 225 people.

12         And then I'm estimating that not all of those people

13  will be in treatment.  Some of them will refuse treatment.

14  Some of them may not really be willing to take medications or

15  take the treatment that is indicated.  So I think that's a

16  reasonable estimate is about 200 people.

17  Q.   And what services would you expect OPP to provide to this

18  population?

19  A.   In the outpatient setting, it's going to be primarily

20  psychotropic medication, with some limited crisis and

21  supportive therapy, very brief kinds of things from one to

22  three sessions for people who are either decompensated or have

23  suffered some acute stress or a loss, something of that nature.

24  Q.   And how frequently would these individuals receive these

25  services?

BRUCE CARLSON GAGE - DIRECT

1    A.    It's actually going to be reasonably common.  Many people
2    call for crises and many people have difficulties.  About on
3    average you can guess that -- estimate that 5 percent of the
4    population or so will be requiring services on a weekly basis.
5    Q.    And how many staff have you projected are necessary to
6    provide these services?
7    A.    Well, for the number of people on psychotropic medication
8    and doing initial assessments, it's going to take about 1.5
9    FTEs of a psychiatric prescriber.  And then 2 FTEs of a
10   master's level clinician to provide the crisis and supportive
11   services and other evaluation services.
12   Q.    And are these conclusions the minimum necessary to address
13   the provisions of the consent judgment?
14   A.    In my opinion, yes.
15   Q.    All right.  I would now like to talk about on-call mental
16   health coverage.  All right?  Can you briefly describe what
17   on-call mental health coverage entails?
18   A.    It's important to have the availability of mental health
19   services around the clock.  However, in my opinion, it's not
20   necessary to have on-site mental health staff present at all
21   times as long as crisis and urgent services can be -- and
22   emergency services can be accessed timely.
23          So to that end, I have incorporated a single
24   psychiatrist being on call.  That person would not be expected
25   to respond to the facility on a regular basis, but would take

BRUCE CARLSON GAGE - DIRECT

1  calls from nursing staff and assess the cases with them; and,
2  if necessary, could come in, but if the person needed emergency
3  services, they could send the person to the emergency room, and
4  that would be minimally adequate.
5         It may be that OPP will choose to do it differently.
6  It would also be reasonable to have an on-site mental health
7  professional with still having psychiatric backup to provide
8  those services on-site.  But I don't think that that is
9  absolutely necessary.
10 Q.  Were you able to project the number of persons needing
11 these services at OPP?
12 A.  It's not really possible to project that because it's very
13 random.  It's just whenever a mental health crisis comes up
14 after hours.
15 Q.  Are you aware of the closure of Charity Hospital here in
16 New Orleans?
17 A.  Yes, I am.
18 Q.  Can you please tell the Court how that will affect your
19 projections as far as staffing needs?
20 A.  Well, I think --
21        MR. ROSENBERG:  Your Honor, there's been no
22 foundation for this witness to talk about how the closure of
23 Charity Hospital might affect the provision of medical or
24 mental health services.
25        THE COURT:  Well, what else would you like him to ask

BRUCE CARLSON GAGE - DIRECT

1  by way of foundation?

2      **MR. ROSENBERG:**  Well, Judge, I mean, he just said

3  because it was closed, how will that change the staffing?  I

4  mean, there's a big quantum leap there.  Just because it's

5  closed may not change the staffing.  The new facility provided

6  by the state may provide those staffing services as Dr. Inglese

7  testified.

8      **MR. SANDERS:**  Your Honor, if he wants me to ask all

9  these questions that we will have to plow over again as we

10  discussed in our previous hearing, I can certainly go through

11  the predicate, Your Honor.

12      **MR. ROSENBERG:**  That's not what I'm suggesting,

13  Judge.  Charity Hospital was never mentioned in the first

14  hearing.  I'm suggesting that their own witnesses testified

15  that that may or may not affect the provision of medical health

16  services.  And he's asking the witness, just assume that and

17  tell us where this shortfall is going to be.

18          That's an improper question and a lack of

19  foundation.

20      **MR. SANDERS:**  Your Honor, I can ask him questions

21  regarding in the past when there were individuals who required

22  medical coverage when the psychiatrist wasn't available, where

23  was OPP sending those individuals.

24      **MR. ROSENBERG:**  Judge, with all due respect, it's

25  nowhere in his report.

BRUCE CARLSON GAGE - DIRECT

1          **THE COURT:**  I'm going to allow him to ask that
2   question.  Go ahead.
3          **MR. ROSENBERG:**  Thank you, Judge.
4          **THE COURT:**  That last question that you just asked.
5   **BY MR. ROSENBERG:**
6   **Q.**   Dr. Gage, during your previous visit to the Orleans Parish
7   Prison, when individuals required mental health care after
8   hours, where were they treated?
9   **A.**   Generally speaking, they were sent to the emergency room.
10  **Q.**   And do you know what emergency room they were sent to?
11  **A.**   It was part of the Charity system, is my understanding.
12  **Q.**   If you were aware that Charity Hospital was closing, how
13  would that impact OPP's ability to provide individuals sent to
14  Charity Hospital care?
15  **A.**   Well, if there's no emergency room to go to, then
16  obviously they'll have to either get those services elsewhere
17  or provide them themselves.
18          The other issue is the cost.  Because if then the OPP
19  now has to pay for those emergency services, that's going to
20  put an impact on their budget which will have an indirect
21  affect on staffing, and maybe on service utilization.  And in
22  this instance, OPP may decide to render those services
23  themselves rather than paying the cost -- the much more
24  expensive cost of sending people to an emergency room.
25  **Q.**   Dr. Gage, I would now like to discuss substance abuse

BRUCE CARLSON GAGE - DIRECT

1  counselors.  Can you please describe why these services are
2  necessary?
3  A.    As I mentioned earlier, about 75 percent of the population
4  is expected to have some problem with substance abuse or
5  dependence.  There are some potentially very serious
6  complications of substance abuse, including people who come in
7  who are either acutely under the influence of drugs or alcohol,
8  or who are suffering medical and mental health problems related
9  to their substance abuse, and people who also have a variety of
10  risk associated with their substance use.
11           So in order to prevent bad outcomes related to
12  substance abuse, it's critical to evaluate people for that and
13  make sure that they receive the appropriate care and risk
14  reduction methodologies.
15  Q.    And how many chemical substance abuse counselors have you
16  concluded are necessary at OPP?
17  A.    I've estimated a total of 2.  That was .5 of an FTE for
18  the residential unit, and 1.5 for the rest of OPP.
19           THE COURT:  I think that Mr. Rosenberg before,
20  correct me if I'm wrong, was asking or objecting to any
21  testimony about Charity Hospital and emergency room services.
22  Is that right?
23           MR. ROSENBERG:  That was right, Your Honor.
24           THE COURT:  Would you take a look at the bottom of
25  page 6 of your report, top of page 7?

BRUCE CARLSON GAGE - DIRECT

1        **THE WITNESS:**  Yes, Your Honor.

2        **THE COURT:**  I know Charity Hospital isn't mentioned,

3   but could you just briefly just testify as to what you're

4   trying to advise the Court in that paragraph at the bottom of

5   page 6, top of page 7?

6        **THE WITNESS:**  Yes.  That goes to what I was trying to

7   point to a moment ago.  And the issue is, is that this

8   population is going to need some emergency psychiatric

9   services.  They either have to be provided by OPP itself, or

10   OPP will have to send them somewhere to receive those services.

11            Historically, they've sent them to the emergency

12   room.  If those services are either no longer available or now

13   will incur costs, it might be in OPP's interest to use a

14   different way of providing urgent and emergent services after

15   hours.

16            So I'm just trying to let OPP do as they see fit

17   with regard to either providing those services themselves or

18   getting them elsewhere, depending on what is more cost

19   effective and efficient for them.

20        **THE COURT:**  So the cost of that was not factored into

21   your model; is that right?

22        **THE WITNESS:**  That's because I don't know the cost of

23   it, because there is some question of that all changing.

24        **THE COURT:**  Okay.  Go ahead.

25

BRUCE CARLSON GAGE - DIRECT

1   BY MR. ROSENBERG:

2   Q.   Dr. Gage, you were discussing the number of chemical

3   dependency counselors at OPP.  Can you please finish.

4   A.   Yes.  Two chemical dependency counselors is very minimal.

5   You clearly will not be able to touch anything like the

6   75 percent of the population that's going to have chemical

7   dependency issues.

8          However, with 2 FTEs, you'll at least be able to

9   reach those people with severe problems and assure both that

10  they get appropriately evaluated and triaged to services, and

11  also link them up to after-care services as necessary.

12  Q.   And these projections, are they the minimally necessary to

13  comply with the provisions of the consent judgment?

14  A.   They're very minimally necessary.

15  Q.   Dr. Gage, I'm now going to talk about administrative staff

16  at OPP, all right, regarding mental health care.

17  A.   Yes, sir.

18  Q.   Could you please tell the Court why these staffing levels

19  are necessary?

20  A.   Uh-huh.  The administrative staff, were often called

21  clerks, are necessary to make sure that all of the paperwork

22  related to the chart, laboratories, all the mental health care

23  needs are -- that that's done.  You have to have a clerk that

24  takes care of that.  It's unreasonable to expect providers to

25  do that work.  There's a good deal of simple moving around of

BRUCE CARLSON GAGE - DIRECT

1  paper, putting in orders to the pharmacy, putting in orders to
2  the laboratory and what have you, and it's the typical job of a
3  clerk.
4           One clerk is necessary in the residential mental
5  health unit.  Because that's an essential position, I think
6  it's important to have the relief factor included for that.
7           The outpatient needs are going to be much lower and
8  will probably be piggybacked on the medical services/clerical
9  and I've estimated about .25 from the FTE for outpatient
10  services.
11  Q.   Will these clerks require specialized training?
12  A.   These will be people who need to at least have a basic
13  grounding in medical terminology and understand what it is that
14  they're ordering, and how and when it needs to be done because
15  the urgency of some things is very important.  So they'll need
16  to know things like what "stat" means and things of that
17  nature.
18           So a person untrained in medical/clerical would not
19  be able to render those services until they at least had
20  additional training in terminology at the very minimum.
21  Q.   And how many have you projected are needed?
22  A.   I believe that the total is 1.55 FTEs with the relief
23  factor included.
24  Q.   Dr. Gage, were you able to review Dr. Inglese's report
25  regarding correctional and medical care at OPP?

BRUCE CARLSON GAGE - DIRECT

1  A.   Yes, I was.

2  Q.   And comparing your conclusions regarding staffing needs

3  and his conclusions regarding staffing needs, can you please

4  tell the Court how they were different?

5  A.   They're different in some minimal sorts of ways.  If we

6  refer to the table on page 15, and I don't know if the Court

7  has the redacted or the amended copy.

8            But the first major difference is that I estimate

9  that there is .4 psych director of psychiatric services, where

10 Inglese said .5.  So I think that less is needed.

11 Parenthetically, I also don't think that that necessarily needs

12 to be a psychiatrist.  They could hire a psychologist to do

13 that at less cost.

14           Second, under prescribers, I estimate a sightly

15 larger need for that at 2.5 FTEs, whereas Inglese did 2.0 FTEs.

16 Still quite close.

17           And, again, our nursing estimate is very similar,

18 9.125 FTEs in my assessment; 9 in Inglese's.

19           The most substantial difference is the mental health

20 clinicians, those social workers or master's level

21 psychologists, where I have estimated 8, possibly 7, if we have

22 access to group rooms, whereas Inglese has estimated 6.

23           Inglese did not respond to the chemical dependency

24 issue.  So I don't know what he would say about that.

25           And lastly, I have assessed a slightly lower need for

BRUCE CARLSON GAGE - DIRECT

 1   administrative support than Inglese has.
 2              MR. SANDERS:  Your Honor, may I please approach the
 3   witness?
 4              THE COURT:  Yes.
 5                   Why don't you introduce the corrected version of
 6   the report at this time.  That would probably help us, so I
 7   know what I'm looking at.
 8              MR. SANDERS:  Yes, Your Honor.  I was about to do
 9   that.
10   BY MR. ROSENBERG:
11   Q.   Dr. Gage, I have what's been marked Plaintiff's Exhibit
12   390 and Plaintiff's Exhibit 391.  Do you have a copy of those
13   documents?
14   A.   Yes, I do.
15   Q.   Can you please describe to the Court what those documents
16   reflect?
17   A.   Yeah.  390 is the amended version without the track
18   changes included.
19              THE COURT:  Without what, I'm sorry?
20              THE WITNESS:  Track changes, the edits.
21                   So in 391, I've shown the edits so the Court and
22   counsel can see exactly where those edits occurred.
23              THE COURT:  So that's an amended version with the
24   edits?
25              THE WITNESS:  That's correct.  They're both amended

BRUCE CARLSON GAGE - DIRECT

1    versions.  One includes the edits so that those can be tracked.
2              THE COURT:  The edits are highlighted?
3              THE WITNESS:  Yeah, they have -- there will usually
4    be a bar in the margin and a strikeout and changed text.
5              THE COURT:  I see.  Okay.  Thank you.
6              MR. SANDERS:  Your Honor, would it make sense for the
7    Court to allow Dr. Gage to go through the document real quickly
8    where the edits have been reflected?
9              THE COURT:  Yeah, that's probably a good idea.  So
10   we're working off 391 now.
11              By the way, you wanted admission of both of
12   them; is that right?
13             MR. SANDERS:  That's correct, Your Honor.
14             THE COURT:  390 hasn't been admitted already?
15             MR. SANDERS:  No, Your Honor, 390 is the clean
16   version, and 391 is the red-lined version.
17             THE COURT:  Is there any objection to 390 and 391?
18             MR. ROSENBERG:  No, Your Honor.
19             THE COURT:  All right.  They're both admitted.
20              All right.  Let's go through 391 and get on the
21   record where the edits are.
22   BY MR. ROSENBERG:
23   Q.   Dr. Gage, can you please walk the Court through document
24   391 and reflect where all the redlines have been made to the
25   document?

BRUCE CARLSON GAGE - DIRECT

1  **A.**  On the bottom of page 7 is the modification that I spoke
2  about earlier from 3.0 to 2.5 FTEs for the initial mental
3  health assessment.
4          Then on page 8, under the "Summary," that number is
5  carried forward in the first paragraph.
6          Under "Residential Mental Health," I added a period
7  at the end of the first sentence.
8          I believe the next correction is on page 11 and that
9  one is just a typo.  That number is 1.5, not 1.0 FTEs
10  psychiatric prescriber.  But I should note that that number is
11  reflected in the monetary calculations and that's unchanged.
12          And then on page 14, again, correcting the FTE
13  psychiatric prescriber.
14          And then under the "Social Worker, Psychologist,
15  Chemical Dependency Counselors," those corrections reflect the
16  changes to the correct number of FTEs for the master's
17  clinicians or social workers.
18          So you'll see under "Overall costs for this
19  category," the total FTEs there is 8.  And then the amended
20  number of $624,924.
21          And then that number just is ramified through the
22  calculations of "overall costs" for the remainder of page 14.
23          And those changes are reflected in the table on page
24  15.
25          **MR. SANDERS:**  One last matter, Your Honor.  Exhibit

BRUCE CARLSON GAGE - DIRECT

1   386, we'd also like to move into evidence.

2           **THE COURT:**  What exhibit is that?

3           **MR. SANDERS:**  That's the original exert report, Your

4   Honor.

5           **THE COURT:**  All right.  That will be admitted without

6   objection.

7           **MR. SANDERS:**  Nothing further.

8           **THE COURT:**  Thank you.

9           **MR. ROSENBERG:**  Your Honor, just so the record's

10  clear, because we tried to reference this earlier in connection

11  with Mr. Parrish's testimony, we just got those changes this

12  morning for this report, too.

13          I know the Court now has the benefit of it, but

14  this was also a last-minute document.  So I just want the Court

15  to understand the dynamics here that have been going on.

16                      **CROSS-EXAMINATION**

17  **BY MR. ROSENBERG:**

18  **Q.**   Where did you get the 2,400 inmate population from, sir?

19  **A.**   It was the census at the time that I did my report,

20  roughly.

21  **Q.**   You're telling the Court that you did this -- you did this

22  report and it's dated July of 2013; is that right?

23  **A.**   That's when it was finalized.  But when I did the original

24  draft, the census was in the upper 2,300s.

25  **Q.**   When did you do the -- I don't know when you did the

BRUCE CARLSON GAGE - CROSS

1  original draft, because we haven't seen that.  When was that
2  done, sir?
3  A.   I began writing it in May.
4  Q.   In May.  Of this year?
5  A.   Yes, sir.
6  Q.   And you've seen documents to show that the population at
7  OPP was at 2,400 inmates; is that your testimony today?
8  A.   That was a rough estimate of kind of where the population
9  was.  I recognize the populations are always changing.
10 Q.   My question is, sir:  Have you seen documents from the
11 sheriff's office that show that the population was at 2,400
12 inmates in May of 2013?
13 A.   I have seen nothing that gave a precise number of 2,400.
14 Q.   Have you seen any documents that allowed you to make that
15 estimate?
16 A.   Yes, sir.
17 Q.   Which ones were those?
18 A.   The census documents provided by OPP.
19 Q.   Okay.  The documents that the Orleans Parish Sheriff's
20 Office gave you showed a population of 2,400; is that your
21 testimony?
22 A.   Approximately.
23 Q.   Approximately.  Give or take a couple of hundred?
24 A.   I don't think it was that much, but certainly jails' and
25 prisons' population fluctuates a great deal.

BRUCE CARLSON GAGE - CROSS

1   Q.   Well, I understand, sir.

2        Let me ask you:  The bookings, likewise, fluctuate,

3   do they not?

4   A.   They do.

5   Q.   And you assumed that there were 80 to 100 bookings a

6   month, but that number has been decreasing, hasn't it, sir?

7   A.   It has, which is why I took the lower number of 80.

8   Q.   Yes.

9        And it's actually lower than 80, isn't it?

10  A.   I don't know what the current numbers are.

11  Q.   You don't know what the current numbers are?

12  A.   No, I have not received that documentation from OPP.

13  Q.   Well, when you finalized this report, did you determine

14  whether the population had decreased as you anticipated it

15  would or could fluctuate as you indicated it could?

16  A.   I'm not sure I understand the question.

17  Q.   Did you update the population from May until July of this

18  year when you finalized your report?

19  A.   I had no additional information after that time.  So I did

20  not change it.

21  Q.   So when you signed off on this July 10th report, you

22  didn't know what the population was the previous month, did

23  you?

24  A.   Not precisely.

25  Q.   Yes, sir.

BRUCE CARLSON GAGE - CROSS


1           And you haven't done -- I think maybe Judge Africk

2    asked you this.  But you haven't done a projection of what

3    costs could be expended now for the end of the year to try to

4    comport with the consent decree in the context of mental

5    health, have you?

6    A.    That is what this document is.

7    Q.    Well, is this for this year?

8    A.    Yes.

9    Q.    And you're saying it all can be done by 20- -- by

10   December 31st, 2013?

11   A.    As I mentioned a little while ago, in my opinion, three to

12   six months is reasonable for hiring the small number of people

13   that would be required.

14   Q.    Okay.  And what would that number be, sir?

15   A.    I don't know exactly what the OPP staffing is presently;

16   but last I knew, there was 1 psychiatrist, 1 social worker and

17   approximately 5 LPNs.  And so that number came to a total

18   staffing value of somewhere around 600,000.

19   Q.    I'm sorry, it goes to what?

20   A.    Approximately 600,000, if the number of LPNs is roughly

21   accurate for the residential mental health unit.

22   Q.    And, by the way, you said you looked at Dr. Inglese's

23   report, did you not?

24   A.    I did.

25   Q.    And did you confer with him about the preparation of your

BRUCE CARLSON GAGE - CROSS

1   report?
2   A.   No, I did not.
3   Q.   You had no conversations with him?
4   A.   No, sir.
5   Q.   You looked at his table at the end of his report, did you
6   not?
7   A.   Yes.
8   Q.   And that's with regard to salary and staffing, is it not?
9   A.   Yes.
10  Q.   That's what we're talking about; is that right?  I'm
11  sorry, Doctor.
12  A.   Yes, sir.
13  Q.   Let me turn it this way for you.  That's what you saw at
14  the back of his report; right, sir?
15  A.   That's correct.
16  Q.   And then did you use the exact same table at the back of
17  your report?
18  A.   Actually, it was also in OPP documents that I received as
19  well and I took the copy from OPP documents.
20  Q.   Oh, so you just took it from OPP documents?
21  A.   Correct.
22  Q.   And who gave you those OPP documents?
23  A.   The Department of Justice.
24  Q.   Oh, the Department of Justice gave that to you.
25            And who prepared the salary schedule for all these

BRUCE CARLSON GAGE - CROSS

1  individuals listed on the attachment to your report and to

2  Dr. Inglese's report, was that also the Department of Justice

3  preparing that salary scale?

4  **A.**    My understanding is is that was prepared by OPP.

5  **Q.**    That was prepared by OPP?

6  **A.**    Correct.

7  **Q.**    Is that reflected anywhere in your report, sir?

8  **A.**    It is in the sense that if you note on the paragraph right

9  before that table, I mention that I -- "the following pages

10 from OPP data supplemented as noted by Dr. Inglese."

11 **Q.**    Yes, sir.

12        But the -- what did he supplement then?

13 **A.**    That, I don't know exactly.

14 **Q.**    Well, then you just took his table or you --

15 **A.**    That's correct.

16 **Q.**    And so the Department of Justice gave you his table that

17 he supposedly got from OPP; is that right?

18 **A.**    Yes.

19        **THE COURT:**  Well, as supplemented by him, but you

20 don't know the extent of that.

21        **THE WITNESS:**  That's true.

22 **BY MR. ROSENBERG:**

23 **Q.**    And so when you write in your report, for example, that

24 the annual salaries correspond to statistics from the Bureau of

25 Labor Statistics in New Orleans, did you independently look at

BRUCE CARLSON GAGE - CROSS

1   that or you just took the Department of Justice's word for it?
2   A.   I independently looked at that.
3   Q.   Okay.  And what did you look at?
4   A.   I went to the Web site that lists all the different
5   salaries for the different job classes that I was assessing.
6   Q.   Okay.  And by looking at those general categories, you
7   came up with the exact numbers that Dr. Inglese came up with?
8   A.   No.  As I mentioned previously, that if they were
9   reasonably close to the Bureau of Justice [verbatim] Statistics
10  number, I used the OPP numbers.  The only one that was
11  substantially different was for RNs.
12          THE COURT:  Was for what, I'm sorry?
13          THE WITNESS:  Registered nurses.
14          MR. ROSENBERG:  RNs, Your Honor.
15  BY MR. ROSENBERG:
16  Q.   So let me just go back, sir, to the other documents that
17  OPP gave you.  When you look at this document, is that what OPP
18  gave you for the --
19          THE COURT:  Is that in evidence?
20          MR. ROSENBERG:  Yes, sir.
21          THE COURT:  What number is it?
22          MR. ROSENBERG:  Judge, I think it was --
23          THE COURT:  117.
24          MR. ROSENBERG:  It's 117.  Sorry, Judge.  It's right
25  there.  That was introduced yesterday, Your Honor.

BRUCE CARLSON GAGE - CROSS

1  BY MR. ROSENBERG:

2  Q.   Is that the document that you got from the sheriff's

3  office showing daily inmate count?

4  A.   I can't really tell by looking at this page if it's one of

5  the ones.  I have to compare it to my own notes.

6  Q.   Well, if you saw the whole document -- I mean, does it

7  look like -- is it the same format, sir?

8  A.   I've seen it, the data in different formats.  This is not

9  the format that I'm most familiar with.  But I have seen

10 similar formats to this.

11 Q.   And those doc- -- at least --

12          MR. ROSENBERG:  Can we put up May?

13 BY MR. ROSENBERG:

14 Q.   And so, Dr. Gage, let me just ask you this:  When you say,

15 as I understood you to tell the Court earlier, that if the

16 population decreases, there's a linear decrease for staff and

17 both for medical and mental health; is that right?

18 A.   I did not speak to medical, but for mental health.

19 Q.   Let's stick with mental health.

20 A.   Yes, sir.

21 Q.   That's all you were qualified for.

22          So if there's a population decrease at OPP, there's

23 the same linear, does that mean it goes down the same way for

24 staffing needs?

25 A.   You could say for a percentage decrease in population, you

BRUCE CARLSON GAGE - CROSS

1  can use the same percentage decrease for your staffing
2  estimate.
3  Q.   And just so we're clear -- so I'm clear, maybe the Court's
4  already cognizant of it -- does Dr. Inglese's report include
5  projected costs for mental health?
6  A.   Yes, it did.
7  Q.   Okay.  And what was the aggregate amount for all of his
8  health costs projections; do you remember?
9  A.   I don't remember that number.
10  Q.   Did you ever look at Mr. Parrish's report, the
11  correctional expert?
12  A.   I did not.
13        THE COURT:  What is that column like on May the
14  1st that says 2327 and May 2nd, 2299?  What column is that?
15  What's the heading on that column?
16        MR. ROSENBERG:  That's the initial total pop, Your
17  Honor.
18        THE COURT:  That's the total population?
19        MR. ROSENBERG:  Yes, sir, I believe that it's total.
20  There it is.
21  BY MR. ROSENBERG:
22  Q.   And so let me ask you this, sir.  You've talked about
23  psychotropic medications.  Is it your experience that a number
24  of inmates refuse psychotropic medications?
25  A.   A minority of inmates will, and I've accounted for that.

BRUCE CARLSON GAGE - CROSS

1   Q.   A minority.  What percentage is that?

2   A.   It varies substantially and it depends on what population

3   you're looking at, but typically 5 to 10 percent of people.

4   Q.   5 to 10 percent?

5   A.   Uh-huh.  And some people may be placed on involuntary

6   medications as well.

7   Q.   Yes, sir.

8          But it's your experience -- do you have any knowledge

9   about what percentage of inmates at Orleans Parish Prison

10  decline psychotropic medications?

11  A.   I have not seen that data.

12  Q.   And, likewise, you talk about initial assessments of

13  inmates at the time of booking; is that right?

14  A.   Not an assessment at the time of booking, intake screening

15  at the time of booking.

16  Q.   Intake screening.  And when is that done?

17  A.   That's done within the first 24 hours.

18  Q.   The first 24 hours.  So if someone is booked and then

19  released on their own recognizance or released on a bond, then

20  they would be excluded from that class of assessment; is that

21  right?

22  A.   They would be excluded not from the intake assessment,

23  generally speaking, but they would be excluded from subsequent

24  assessment for mental health screening -- mental health

25  assessment, which I have incorporated into the model.

154

BRUCE CARLSON GAGE - CROSS

1   Q.   Well, are you saying that if someone is booked for a
2   municipal offense and they're released on their own
3   recognizance by a state judge within two hours, they still have
4   to go through an assessment?
5   A.   It depends on how they're being processed through the
6   system.
7   Q.   And that would be a cost savings and efficiency savings if
8   someone was able to recognize that they need not be assessed if
9   they're about to be released; isn't that true, sir?
10  A.   Of course.
11  Q.   Now, let me just turn, if I could, for a second, to your
12  report.  We can either put that up or have a copy in front of
13  you, sir.
14          MR. ROSENBERG:   Bryan, can you do it, on page 5?
15  BY MR. ROSENBERG:
16  Q.   Can you see that, sir?
17  A.   Yes.
18  Q.   You referred to a reduction -- a potential reduction in
19  direct observations, sir, at the end of that page.  Do you see
20  that?
21  A.   Yes, sir.
22  Q.   And you say that that reduction would allow a reduction in
23  deputy time which could provide significant savings.  Have you
24  calculated the amount of savings that would produce?
25  A.   No, I did not do deputy costs.

155

BRUCE CARLSON GAGE - CROSS

1  **Q.**   Okay.  So all you know is that there would be a
2  significant reduction in deputy time if direct observation time
3  was decreased; is that right?
4  **A.**   Yes.
5          **THE COURT:**  Well, what does that mean when you say
6  significant?  The question was significant.
7          **THE WITNESS:**  Yeah.  It depends on how they fund it.
8  If it's -- what typically happens for a lot of these
9  monitorings, is it's done by overtime staff.  If you have 28
10 people and depending on the number of staff you have monitoring
11 them, 28 people at any one time, that takes up essentially 6
12 staff members to just watch those people.
13          So if you can reduce that, you're reducing that
14 by each of those FTEs, and that's a 24/7 FTE.  So it actually
15 would amount to, you know, 12.  And if you were able to take
16 that down to zero, it would be a pretty huge number.
17 **BY MR. ROSENBERG:**
18 **Q.**   A pretty huge number of a reduction in deputies; is that
19 right, Doctor?
20 **A.**   Yes.  Because when they're doing those direct watches,
21 that's all they're really able to do.
22 **Q.**   Yes, sir.
23          So let me turn to some of these direct watches.  You
24 also mention that in page 7 of your report and you indicate
25 that video cameras could not be used for those direct

BRUCE CARLSON GAGE - CROSS

1  observations in the current facility; is that right?
2  A.   There is not adequate coverage.
3  Q.   Okay.  But there would be adequate coverage in the new
4  facility; isn't that true?
5  A.   If it's done correctly, yes.
6  Q.   Well, have you looked at the plans for the new facility to
7  determine if it could be done in the new facility?
8  A.   I'm sure it could be done; of course, then it has to be
9  done.
10 Q.   I'm sorry, you said it could be done?
11 A.   Yes, but then it has to be done.
12 Q.   Okay.  It has to be done.  I understand that.  Maybe we're
13 talking about two different things, so let me get it straight.
14        I'm talking about the ability to use video cameras
15 for that direct observation.  Can't that be done in the new
16 facility?
17 A.   My assumption is that it could be.
18 Q.   And are you certain that it could not be done in the
19 current facility?
20 A.   It might be possible to do that, but it would take a good
21 deal of retrofitting.
22 Q.   But it's certainly an appropriate substitute to have video
23 oversight rather than direct deputy oversight; isn't that true?
24 A.   Well, yes, but it doesn't save you any FTEs.  Because you
25 still have to have the same number of people watching, it's

BRUCE CARLSON GAGE - CROSS

1   just a different vehicle for watching.  And it could be easier
2   to use video because then you can monitor up to five people
3   much more readily than if you have to actually lay eyes through
4   cells to five different people.
5   Q.   So there would be -- you're saying there would be no cost
6   savings in using video?
7   A.   It would depend very much on how it was done.  If you
8   could watch up to five people reasonably well, then there
9   probably would be some savings.  Because if you have to put a
10  deputy in front of a single cell and you can only watch one
11  person, then that's going to cost you a lot more.
12  Q.   And to cover one other point, Judge Africk asked you about
13  interpretation -- interpreters being accessible in the mental
14  health unit.  Let me just ask you this.  Dr. Inglese testified
15  that that type of interpretation access is available by
16  telephone.  Are you aware of that, sir?
17  A.   Yes, I am.
18       THE COURT:  Is that something that -- this
19  interpretation by telephone, which quite frankly I haven't
20  heard of before this hearing, but is that something that's
21  practical to use on a mental health ward?
22       THE WITNESS:  Sometimes.  There are some people whose
23  psychoses will prevent them from being able to accept that.  It
24  will make them too paranoid and they won't go through with it.
25  Some will.  And it's just kind of on a case-by-case basis.

BRUCE CARLSON GAGE - CROSS

1          THE COURT:  Well, I'm just curious.  Because if you

2    have an emergency situation where somebody's not acting

3    rationally, it seems to me it might be a little difficult to

4    say, "Why don't you get on the phone and tell somebody what

5    your problem is and let them translate it back to me and then

6    we'll figure out what we're going to do."

7          THE WITNESS:  Yes, but sometimes that's what you're

8    reduced to, because you may not have access to an interpreter

9    more quickly.  So we will frequently try to use those telephone

10   services.  And if the patient will go along with it, that's

11   great; if they won't, then we have to seek in-person

12   interpretative services.

13               Sometimes we have staff who speak a particular

14   language and if we can bring them in or access them, we'll do

15   that.

16         THE COURT:  I see.

17   BY MR. ROSENBERG:

18   Q.   Just as a follow-up to the Court's question.  Now, in

19   fact, you've actually indicated that under certain needs for

20   emergent psychiatric services that telephone access is

21   appropriate, have you not?

22   A.   Yes.  It's a reasonable first attempt, especially if you

23   don't have immediate access to an interpreter on-site.

24   Q.   And I think in your report, tell me if I'm correct, sir,

25   that you actually assume that telephonic communications for

BRUCE CARLSON GAGE - CROSS

1   emergent services could be used?

2   A.   Well, I wasn't specifically thinking about that, but I

3   would see no reason they could not be.

4   Q.   Okay.

5           MR. ROSENBERG:   Those are all the questions I have

6   for Dr. Gage.  Thank you, Your Honor.

7           THE COURT:   Thank you.

8               Anybody else?

9   MR. MATTHEWS:   No, Your Honor.

10          MR. SANDERS:   Your Honor, I just have a couple

11  follow-up questions.

12          THE COURT:   Sure.

13                    REDIRECT EXAMINATION

14  BY MR. SANDERS:

15  Q.   Dr. Gage, Mr. Rosenberg was asking you questions about

16  direct observation related to suicide watch.  What is OPP's

17  current practice as it relates to utilizing video to monitor

18  individuals on suicide watch?

19  A.   They do utilize video --

20          MR. ROSENBERG:   Your Honor, that's not what I asked

21  him, and that's going far beyond my cross-examination of

22  Dr. Gage.

23          THE COURT:   Okay.  Well, I'd like to know the answer.

24  Overruled.

25              Go ahead.

BRUCE CARLSON GAGE - REDIRECT


1          **MR. ROSENBERG:**  Thank you, Judge.

2          **THE WITNESS:**  They do currently use video, but

3  it's -- there are problems with it.  When I visited, the person

4  who was monitoring the video cameras was not doing that

5  full-time.  They had other duties that was taking them away

6  from the monitoring.

7               One of the monitors was actually non-functional

8  and the sight lines were incomplete, so you could not see

9  throughout the cells.  So it was not adequate.

10          **MR. SANDERS:**  No other questions.

11          **THE COURT:**  All right.  You can step down, Dr. Gage.

12  Thank you very much.

13          **THE WITNESS:**  Thank you, Your Honor.

14          **THE COURT:**  All right.  Any further witnesses?

15          **MR. SANDERS:**  Yes, Your Honor.  We call Jeremy Rose

16  to the stand, Your Honor.

17          **THE COURT:**  I'm sorry, the name again?

18          **MR. SANDERS:**  Jeremy Rose.

19          **THE COURT:**  Is this your last witness?

20          **MR. SANDERS:**  It is, Your Honor.

21          **THE COURT:**  Do we have any other witnesses after

22  that?

23          **MR. MATTHEWS:**  No, Your Honor.

24          **THE COURT:**  No other witnesses after that?  Not that

25  I'm encouraging it, I'm just asking.  None?

BRUCE CARLSON GAGE - REDIRECT

1          **MS. COON:**  No, Your Honor.

2          **THE COURT:**  Thank you.

3          **MR. MATTHEWS:**  Your Honor, we'd like to move

4   Mr. Armbruster's expert report into evidence.  I don't think

5   I've done that yet.  It's Sheriff's Exhibit 26.

6          **THE COURT:**  Any objection to that?

7          **MR. ROSENBERG:**  No, Your Honor.  I thought we had

8   addressed it yesterday, but if we didn't, I don't have any

9   objection to it.

10         **THE COURT:**  Okay.  I think we did address it

11  yesterday.  It's admitted into evidence then, 26.  We didn't

12  have that yesterday?  We just have to make sure that we have it

13  because our courtroom deputy says we don't have it.

14         **MR. ROSENBERG:**  I'm sorry, Your Honor.  We actually

15  discussed it and I believe, just so the record's clear, and

16  Mr. Matthews and I were on the same page, that we were going to

17  have designations once we got Mr. Armbruster's deposition by

18  tomorrow or Thursday.  You gave us a deadline to designate and

19  cross-designate.

20         **THE COURT:**  Does he have a report and a deposition?

21         **MR. MATTHEWS:**  Yes, Your Honor.

22         **THE COURT:**  So the report will be in evidence, right,

23  and then the deposition will be given to me by -- when did we

24  say?

25         **MR. ROSENBERG:**  You said by Monday, Your Honor.

162

BRUCE CARLSON GAGE - REDIRECT

1            **THE DEPUTY CLERK:**  By noon on Monday, Your Honor.

2            **THE COURT:**  That's fine.  Yeah, that's fine.

3            **MR. MATTHEWS:**  When I spoke yesterday, Your Honor, I

4    didn't know if I had moved it into the record or we had taken

5    it out.

6            **THE COURT:**  That's fine.  No problem.  Thank you.

7            (WHEREUPON, **JEREMY ROSE**, having been duly sworn,

8    testified as follows:**)**

9            **THE DEPUTY CLERK:**  Please state your full name and

10   correct spelling for the record.

11           **THE WITNESS:**  My name is Jeremy Rose.  That's

12   J-E-R-E-M-Y and R-O-S-E.

13                        **DIRECT EXAMINATION**

14   BY MR. SANDERS:

15   **Q.**   Jeremy, where do you currently work?

16   **A.**   I currently work at the FEMA Louisiana Recovery Office in

17   Algiers, Louisiana.

18   **Q.**   And for how long have you worked at FEMA?

19   **A.**   I've worked there since October of 2005.

20   **Q.**   Can you please give us a brief educational background?

21   **A.**   Yes.  I graduated from Tulane University with a bachelor's

22   of science in management in 2005.

23   **Q.**   And what is your current position at FEMA?

24   **A.**   Currently, I'm the operations supervisor for the public

25   assistance branch.

JEREMY ROSE - DIRECT

1  **Q.**  Before taking this position, what other jobs have you held
2  at FEMA?
3  **A.**  I was also a task leader for the southern parishes, which
4  would be Orleans -- I'm sorry, St. Bernard, Jefferson and
5  Plaquemines Parish, implementing the public assistance program.
6          **THE COURT:**  You operate as the supervisor for what
7  branch?
8          **THE WITNESS:**  The public assistance branch, which
9  covered St. Bernard, Plaquemine and Jefferson Parishes.
10 **BY MR. SANDERS:**
11 **Q.**  As an operations lead, how many employees do you currently
12 supervise?
13 **A.**  Approximately 100.
14 **Q.**  Can you please explain your supervisory responsibilities?
15 **A.**  Yes.  I manage a group of --
16         **MR. ROSENBERG:**  Judge -- I'm sorry, Mr. Rose -- I'm
17 just going to object to the relevancy of this.  How many people
18 he supervises and what his supervisory duties are have, so far,
19 nothing to do with what's before the Court.
20         **THE COURT:**  He's not being qualified as an expert;
21 right?
22         **MR. SANDERS:**  No, Your Honor.
23         **THE COURT:**  Okay.  Well, let's move on to it then.
24 Let's get to the meat.
25

JEREMY ROSE - DIRECT

1    BY MR. SANDERS:

2    Q.    Can you please discuss FEMA's public assistance program?

3    A.    Yes.  Public assistance is a branch of FEMA that's

4    deployed if an emergency or a diaster declaration is made by

5    the President of the United States.  Public assistance provides

6    financial assistance to state and local governments and certain

7    profit/nonprofits for the response to and recovery from

8    disasters, that includes debris removal and infrastructure

9    repair.

10   Q.    Jeremy, are you familiar with the Justice Complex

11   Permanent Works grants?

12   A.    Yes, I am.

13            MR. ROSENBERG:  Excuse me.  I'm sorry, Mr. Rose.

14            Your Honor, we're going to object to this whole

15   line of testimony.  I'm sure the City of New Orleans is very

16   happy to get any money it could as a result of the catastrophe

17   following Hurricane Katrina and other natural disasters, but

18   this information has nothing to do with what it's going to cost

19   to get OPP and the sheriff's office in compliance with the

20   consent decree, nor does it bear upon any other issues before

21   the Court.

22            THE COURT:  Well, I don't know.  What is the

23   relevancy of this?  We've had some conversations -- or some

24   testimony about FEMA, so tell me why this is relevant.

25            MR. SANDERS:  Yes, Your Honor.  I think that the

JEREMY ROSE - DIRECT

1   testimony earlier was regarding the available funding that FEMA
2   has provided to both the sheriff and the City of New Orleans.
3   I believe this witness will testify to this Court that the
4   funding that's available could be used for capital
5   improvements.
6           And I suspect that at some point when we're
7   thinking about retrofitting several of the facilities and other
8   capital improvements that are necessary at OPP, FEMA is here to
9   let the Court know that those funds that they have granted to
10  both the sheriff and the city are available to address those
11  capital improvements.
12          **THE COURT:**  Is there any dispute about that?
13          **MR. ROSENBERG:**  Your Honor, I'm not sure there's a
14  dispute.  The city and the sheriff's office -- I can't speak
15  for the sheriff, but I believe they did, received FEMA funds.
16  There's no dispute that the FEMA funds were received and they
17  could be used for capital improvements.
18          **MR. SANDERS:**  Your Honor, the way I wanted to address
19  this issue was before we even came to court, I submitted an
20  affidavit on behalf of FEMA to both the city and the sheriff.
21  The sheriff certainly stipulated to and admitted it into
22  evidence.
23          So when I contacted the city's attorneys, they
24  refused to stipulate; and for that reason, Your Honor, we had
25  to bring the witness in court so we could get the information

JEREMY ROSE - DIRECT

1   for this Court.

2       **MR. ROSENBERG:**  Well, wait a minute, Your Honor.  We

3   did not agree to, or stipulate, to that affidavit, one, because

4   it was not relevant.  That's the most important issue.  Not

5   because we were trying to avoid having a witness come in, but

6   it was not relevant, and that's what we've said to the

7   Department of Justice all along.

8          If they want to have someone else come in and

9   talk about potential money that's available to the city without

10  any relevancy at all to this case and the Court's going to

11  allow it, that's up to the Court.

12         But our objection was based upon Article 403,

13  Your Honor, of the Rules of Evidence.

14      **THE COURT:**  Well, do you want to be heard, Southern

15  Poverty?

16      **MS. SCHWARTZMAN:**  I would, Your Honor.  I don't

17  understand how Mr. Rosenberg can argue that it's not relevant

18  when the city's defense this entire time is that they lack

19  funding to implement the decree.  I mean, we've heard

20  witnesses, including Mr. Kopplin very recently, talk about the

21  effect that this decree will have on the city.

22         So I think if there's counter-evidence that

23  there are funds available, then we should hear that as well.

24      **MR. ROSENBERG:**  Because, Your Honor, as the

25  Department of Justice lawyer just said, and as Mr. Rose started

JEREMY ROSE - DIRECT

1   to talk about, these are funds from FEMA for capital

2   improvements.  They're not related to the operations.  That's

3   exactly what Mr. Kopplin testified to, and Your Honor heard

4   that.

5           **MS. COON:**  Your Honor, we would point out that there

6   are a number of capital improvements that undisputedly need to

7   happen.  For example, we heard testimony from Mr. Parrish that

8   Templeman V cannot be used as it has dangerous suicide hazards,

9   it has no ventilation, and there are a number of capital

10  expenses that will be incurred as a result of the consent

11  judgment.

12          And it's relevant evidence for the Court to hear

13  the extent to which federal funding can offset what the city

14  might be liable to implement capital projects or capital

15  improvements that will be required by the consent judgment.

16          **MR. ROSENBERG:**  Judge, I didn't realize that I was

17  going to be double-teamed -- or triple-teamed, but that's okay.

18          My point is simply this:  The funding that they

19  gave to us has already been received by the city, it's already

20  been received by the sheriff's office.  It has no bearing upon

21  what the Court is considering in terms of the operations of

22  OPP.

23          **THE COURT:**  Well, I think the testimony is

24  appropriate and relevant for the purpose of demonstrating that

25  there are funds available to go ahead and provide for capital

JEREMY ROSE - DIRECT

1   improvements at the jail which are necessary to go ahead and
2   comply with the consent decree.  So I'll allow it for that
3   purpose.
4                  I mean, you're not contending that these funds
5   are available -- FEMA's not contending the funds are available
6   for operational costs; is that correct?
7           THE WITNESS:  That's correct, Your Honor.
8           THE COURT:  Okay.  Well, I'll let you do it for the
9   purpose that I stated.  Go ahead.
10          MR. SANDERS:  Thank you, Your Honor.
11  BY MR. SANDERS:
12  Q.   Jeremy, you were testifying about the Justice Complex
13  Permanent grants.  Who are the grantees under these grants?
14  A.   The grantees are the City of New Orleans and the Orleans
15  Parish Sheriff's Office.
16  Q.   And the damages under the grants relate to what hurricane?
17  A.   Hurricane Katrina.
18  Q.   I want to show you what's been marked as Government's
19  Exhibit 388.
20          MR. SANDERS:  Your Honor, may I approach?
21          THE COURT:  Have all counsel seen that document?
22          MR. SANDERS:  They have, Your Honor.
23          THE COURT:  All right.
24  BY MR. SANDERS:
25  Q.   Jeremy, do you recognize that document?

JEREMY ROSE - DIRECT

1   A.   Yes, I do.

2   Q.   Can you please tell the court what this document is?

3   A.   This document represents all the grants that FEMA has

4   obligated for Hurricane Katrina to the Orleans Parish Criminal

5   Sheriff's Office for the Justice Complex.

6   Q.   Have you reviewed that document before today?

7   A.   Yes, I have.

8   Q.   Is this document maintained in the regular course of

9   business at FEMA?

10  A.   Yes, it is.

11  Q.   Under this Justice Complex grant, how many grants were

12  awarded to the Orleans Parish Sheriff's Office?

13  A.   There were 116 awarded to the sheriff's office.

14  Q.   And how many were awarded to the City of New Orleans?

15  A.   There were approximately 12 awarded to the city.

16  Q.   Of the 116 grants awarded to the sheriff, how much funding

17  was provided?

18  A.   There was $254 million awarded.

19  Q.   And how much of that $254 million was used?

20  A.   Roughly, 200 million of 254 has been requested for

21  reimbursement by the sheriff.

22  Q.   And how much is remaining?

23  A.   54 million.

24  Q.   Of the 12 grants awarded to the city, how much funding was

25  granted to the city?

JEREMY ROSE - DIRECT


1          **MR. ROSENBERG:**  Your Honor, same objection.  Just so
2     the Court knows, but the city objects to the entire line of
3     questioning.
4          **THE COURT:**  All right.  Overruled.
5               Go ahead.
6          **MR. ROSENBERG:**  Thank you.
7          **THE WITNESS:**  There were $67 million obligated to the
8     city.
9     **BY MR. SANDERS:**
10    **Q.**   And how much was used?
11    **A.**   Roughly 17 million.
12         **THE COURT:**  Are all these funds you're talking about
13    funds for the jail or are they for other things?  You're
14    talking about the city -- funds awarded to the city or funds
15    awarded to the sheriff?
16         **THE WITNESS:**  These are all facilities that are a
17    part of the Justice Complex.  So that would be the Community
18    Correctional Center, the Orleans Parish Prison.
19         **THE COURT:**  But are these funds for anything other
20    than jail facilities?
21         **THE WITNESS:**  Well, it depends on what the applicant
22    intends to do with them.  The scope of work that FEMA has based
23    the estimates on is to restore the facilities to their
24    pre-disaster condition.  But the applicant can choose to
25    re-purpose the funds if they would like.

JEREMY ROSE - DIRECT

1            THE COURT:  So this is all for jail type facilities,
2    but there could be an application to use it for another
3    purpose?
4            THE WITNESS:  Yes, sir.
5            THE COURT:  A capital purpose, I assume; is that
6    right?
7            THE WITNESS:  Yes, sir.
8    BY MR. SANDERS:
9    Q.   Currently, how much money does the City of New Orleans
10   have to devote to capital improvements?
11   A.   Well, just based on the list of facilities that are
12   associated with the Justice Complex, they roughly have
13   50 million.
14           THE COURT:  Now, when you say "Justice Complex,"
15   we're not talking about like the police headquarters or
16   municipal court, we're talking about just the jail facility?
17           THE WITNESS:  Yes.
18           THE COURT:  Is that right.
19           THE WITNESS:  Yes.
20           THE COURT:  All right.
21   BY MR. SANDERS:
22   Q.   What, if any, restrictions are placed upon these
23   undelivered obligations?
24   A.   Well, if an applicant chooses not to execute the scope of
25   work that the estimate is based on and they would like to

JEREMY ROSE - DIRECT

1    re-purpose the funds, there are a few restrictions.  First,

2    they can't use it for any operating expenses.  They can't pay

3    off any debts or fill any budget shortfalls.

4              If they choose to re-purpose the funds and build a

5    new facility, they would have to make sure that that facility

6    would be eligible for FEMA funding in a subsequent event.  So

7    they couldn't build any private facilities, any religious

8    facilities, any agricultural land.

9              But for the most part, that's the extent of the

10   restrictions.

11             THE COURT:  Why are some of these funds dedicated to

12   the city and some of the funds dedicated to the sheriff?  Why

13   is that distinction made?

14             THE WITNESS:  It depends on who owns them or who we

15   identify as having owned them at the time of the event.

16             THE COURT:  I see.

17             THE WITNESS:  So if it's a facility that was owned by

18   the City of New Orleans, then we write the grant to the City of

19   New Orleans.

20             THE COURT:  Is there an expiration date on the

21   awarding of these funds?

22             THE WITNESS:  Not particularly.  There are regulatory

23   deadlines where an applicant has to identify what they would

24   like to do for it.  But, honestly, for Katrina and Rita, we've

25   sort of laxed on those requirements, recognizing that's such a

173

JEREMY ROSE - DIRECT

1   substantial disaster.
2              THE COURT:  Okay.
3   BY MR. SANDERS:
4   Q.   You talked about undelivered obligations.  Can you please
5   describe that concept to the Court?
6   A.   Yes.  When FEMA obligates funding to the grantee, which is
7   normally the state of the affected -- the state that's affected
8   by the event --
9              MR. ROSENBERG:  Judge -- I'm sorry, Mr. Rose --
10             THE COURT:  Yes?
11             MR. ROSENBERG:  -- again, I apologize to interrupt
12  the witness, Your Honor, but this is not relevant to any of the
13  issues here.  Even if the Court was to consider that it was
14  relevant to -- the amount of funds available was somehow
15  relevant to the consent decree and what's before the Court,
16  what we're embarking upon now is not relevant.
17             THE COURT:  What's the relevance of this testimony?
18             MR. SANDERS:  Your Honor, the additional funding that
19  both the city and the sheriff are entitled to, it's called an
20  *undelivered obligation*.
21             THE COURT:  It's called what?
22             MR. SANDERS:  An *undelivered obligation*, and I want
23  him to kind of explain that concept to the Court.
24             THE COURT:  But what difference does that make?
25  Really, all I'm interested in are the funds available for

1  capital improvements and renovations.  Once you tell me that,

2  I'm good.

3           **MR. SANDERS:**  Then, Judge, I'm fine with letting this

4  witness answer any questions that Mr. Rosenberg or Mr. Arcuri

5  may have.

6              Also, Your Honor, I would also like to move

7  Exhibit 388 into evidence.

8           **THE COURT:**  Any objection?

9           **MR. ROSENBERG:**  Yes, sir.

10          **THE COURT:**  Okay.  Overruled.

11          **MR. ROSENBERG:**  Relevance.

12          **THE COURT:**  It's admitted.

13          **MR. ROSENBERG:**  Thank you.

14          **MR. MATTHEWS:**  No questions, Your Honor.

15          **MR. ROSENBERG:**  We don't have any questions of this

16 witness.

17          **THE COURT:**  All right.  Thank you, sir.  I appreciate

18 your help.

19          **THE WITNESS:**  Thank you.

20          **THE COURT:**  All right.  Any further witnesses?

21          **MS. COON:**  No, Your Honor.

22          **THE COURT:**  All right.  Does anybody wish to make any

23 argument just briefly?  Obviously, we're going to have some

24 briefing that's going to be due.

25              All right.  We will be in recess.  I just need

1    to tell you all something on the side of the bench about

2    something that we discussed earlier.

3                        **(OFF THE RECORD)**

4            (WHEREUPON, the proceedings were concluded.)

5                            *****

6                         <u>CERTIFICATE</u>

7            I, Jodi Simcox, RMR, FCRR, Official Court Reporter

8    for the United States District Court, Eastern District of

9    Louisiana, do hereby certify that the foregoing is a true and

10   correct transcript, to the best of my ability and

11   understanding, from the record of the proceedings in the

12   above-entitled and numbered matter.

13

14

15                    *s/Jodi Simcox, RMR, FCRR*
                      Jodi Simcox, RMR, FCRR
16                    Official Court Reporter

17

18

19

20

21

22

23

24

25

**$**

$1.8 [2]  100/9 127/16
$1.8 million [1]  100/9
$10 [1]  18/3
$100 [7]  57/15 58/12 58/13 59/6 60/11
60/17 63/10
$100 per [1]  60/17
$11.1 [1]  24/3
$11.1 million [1]  24/3
$145 [1]  9/19
$145 million [1]  9/19
$175,000 [1]  115/3
$18.5 [1]  24/6
$18.5 million [1]  24/6
$20 [1]  63/10
$200,000 [1]  51/6
$250,000 [2]  48/14 49/2
$254 [2]  169/18 169/19
$254 million [2]  169/18 169/19
$26 [2]  66/4 66/23
$30,000 [1]  76/1
$360 [1]  111/1
$370,000 [1]  111/1
$50,000 [1]  51/7
$500,000 [2]  47/18 49/3
$52,800 [1]  110/25
$60 [1]  61/4
$60 million [1]  61/4
$600,000 [1]  89/16
$624,924 [1]  143/20
$67 [1]  170/7
$67 million [1]  170/7
$68,000 [1]  115/2
$76 [2]  66/4 66/24

'70s [1]  28/7
'80s [1]  72/19

.

.25 [1]  139/9
.4 [1]  140/9
.5 [2]  136/17 140/10

**1**

1,000 [3]  58/20 59/5 104/16
1,200 [1]  7/21
1,438 [1]  36/10
1,500 [2]  8/12 104/20
1,600 [1]  104/20
1,665,599 [1]  126/16
1,800 [2]  85/4 104/20
1.0 [1]  143/9
1.125 [1]  124/5
1.25 [1]  109/21
1.25 generic [1]  21/14
1.3 million [1]  53/23
1.5 [7]  122/10 122/11 123/6 123/9 132/8
136/18 143/9
1.55 [2]  100/13 139/22
1.8 [5]  89/17 126/11 126/17 126/18
126/24
1.8s [1]  124/3
1/10th [1]  29/6
10 [9]  49/23 71/19 72/22 85/23 87/7
87/15 87/18 87/19 123/4
10 percent [4]  28/23 85/24 153/3 153/4
100 [7]  23/4 76/8 84/25 114/10 118/21
146/5 163/13
10s [2]  116/18 28/9
10th [1]  29/6
11 [1]  143/8

1100 [1]  2/12
112 [1]  2/18
113 [2]  52/5 52/7
116 [2]  169/13 169/16
117 [2]  150/23 150/24
118 [1]  62/7
119 [2]  81/10 83/15
11:00 [1]  98/5
12 [3]  155/15 169/15 169/24
12-CV-859 [1]  1/5
12-hour [4]  15/4 20/24 109/19 122/25
120 [12]  24/24 25/4 81/15 114/9 118/21
119/1 119/13 124/14 125/10 125/24
131/8 131/8
125 [1]  23/4
1250 [1]  2/4
12:00 [1]  128/22
13 [2]  5/9 72/16
130 [2]  23/3 41/19
1300 [1]  2/16
14 [4]  126/15 127/15 143/12 143/22
14-day [3]  112/7 112/10 113/8
15 [7]  72/22 106/14 124/12 128/21
131/10 140/6 143/24
15 percent [4]  106/11 106/16 111/25
112/5
15-minute [1]  42/1
16 [10]  22/24 47/9 47/10 47/11 47/13
76/14 77/9 95/19 113/24 113/24
1615 [1]  2/3
164 [2]  23/3 36/25
17 [4]  47/14 48/10 49/3 88/2
17 million [1]  170/11
175 [1]  23/3
18 [2]  76/23 76/24
186 [1]  37/2
19 [1]  76/22
19 percent [1]  29/19
1926 [1]  7/25
1974 [1]  6/9
1980s [1]  8/3
1981 [5]  6/13 6/15 7/21 28/3 29/19
1:00 [1]  128/25
1st that [1]  152/14

**2**

2,000 [1]  85/4
2,200 [1]  85/4
2,240 [1]  123/5
2,300s [1]  144/24
2,350 [1]  52/22
2,400 [14]  40/22 52/20 84/17 85/20
85/24 104/19 106/11 131/10 131/10
144/18 145/7 145/11 145/13 145/20
2.0 [1]  140/15
2.5 [7]  114/7 114/11 115/2 126/19 127/2
140/15 143/2
20 [6]  18/9 43/7 43/8 128/21 128/22
147/9
20 percent [2]  112/4 113/22
200 [2]  27/14 131/16
200 million [1]  169/20
2000 [1]  2/8
2005 [2]  162/19 162/22
2008 [1]  6/17
2009 [1]  10/14
2010 [1]  7/17
2012 [1]  55/2
2012-859 [1]  4/8
2013 [8]  1/7 4/2 96/19 96/22 130/2
144/22 145/12 147/10
20530 [1]  1/22
215 [1]  42/17

225 [1]  131/11
2293 [1]  115/14
2327 [1]  152/14
235 [1]  131/11
24 [12]  15/6 20/25 21/4 21/5 37/7 37/22
43/7 46/5 94/8 123/15 153/17 153/18
24 percent [1]  18/9
24/7 [4]  106/5 109/19 123/6 155/14
240 [1]  85/20
25 [2]  74/13 87/12
25 percent [4]  19/21 104/24 104/24
106/15
250 [1]  21/21
254 [1]  169/20
26 [5]  8/15 11/9 14/16 161/5 161/11
27 [2]  6/18 53/19
27th [1]  12/11
28 [4]  121/19 123/4 155/9 155/11
286 [2]  77/13 78/7
2950 [1]  2/12
2nd [1]  152/14

**3**

3,200 [2]  6/24 27/3
3.0 [1]  143/2
30 [3]  120/14 120/19 122/12
30 [3]  24/24 109/12 128/21
30 percent [2]  75/19 76/9
30-minute [2]  23/12 42/3
300 [2]  75/12 75/12
30th [1]  39/6
316 [1]  1/17
31st [2]  96/19 147/10
335 [1]  131/8
34-and-1/2-year [1]  6/7
345 [1]  131/10
35 [1]  121/22
350 [2]  36/13 36/24
360 [3]  21/22 37/4 37/7
360-bed [2]  37/20 37/23
365 [1]  2/8
37 [1]  123/5
380,000 [1]  54/5
386 [1]  144/1
387 [1]  5/22
388 [2]  168/19 174/7
390 [5]  141/12 141/17 142/14 142/15
142/17
391 [7]  141/12 141/21 142/10 142/15
142/17 142/20 142/24

**4**

4,600 [1]  7/23
40 [1]  109/17
40-hour [3]  18/1 18/2 105/12
400 [9]  15/14 15/17 15/19 15/23 23/21
34/23 42/17 75/11 78/13
400-some [1]  24/15
403 [1]  166/12
406 [1]  2/20
409 [3]  23/21 23/24 78/8
4431 [1]  1/14

**5**

5 percent [2]  118/24 132/3
5,000 [2]  8/5 24/18
5.9 million [1]  42/20
50 [1]  74/11
50 million [1]  171/13
50 percent [1]  65/24
500 [3]  2/19 59/19 84/25
500,000 [1]  43/9
504 [1]  2/21

**5**

52 percent [1] 74/15
523 [4] 14/24 77/6 78/10 78/13
54 million [1] 169/23
589-7780 [1] 2/21
5th [1] 2/16

**6**

6,000 [1] 6/23
60 [7] 34/11 37/3 38/14 42/8 85/10
122/10 124/13
60-bed [1] 37/23
600,000 [2] 147/18 147/20
615 [4] 14/19 40/17 42/15 76/25
630 [1] 33/1
64 [3] 34/9 42/8 42/10
65 [1] 85/10
655 [2] 14/20 76/25
6th [1] 96/22

**7**

700 [1] 75/10
70112 [2] 2/4 2/17
70119 [2] 1/14 1/17
70130 [2] 2/9 2/20
70163 [1] 2/13
75 [1] 136/3
75 percent [4] 12/14 113/11 119/24
138/6
7780 [1] 2/21

**8**

80 [7] 23/4 108/12 109/16 113/22 146/5
146/7 146/9
800 [1] 41/2
809 [1] 23/8
859 [2] 1/5 4/8

**9**

9 percent [1] 74/19
9.0 [1] 122/16
9.125 [2] 122/20 140/18
9.7 [1] 42/21
9/10s [2] 26/18 28/9
90 [2] 24/24 28/23
90 percent [1] 85/19
900,000 [1] 43/9
950 [1] 1/22

**A**

abide [1] 29/4 29/8 29/12
ability [6] 32/3 32/3 32/4 135/13 156/14
175/10
able [48] 12/20 13/5 13/15 13/18 14/4
19/5 19/24 19/25 24/1 30/22 40/6 41/10
42/11 50/18 76/5 90/20 94/13 94/24
95/3 97/13 104/22 106/7 108/9 110/19
113/19 114/1 115/22 116/2 117/15
117/17 118/3 120/7 120/11 121/7
122/15 128/15 130/16 130/22 131/6
133/10 138/5 138/8 139/19 139/24
154/8 155/15 155/21 157/23
about [145] 6/23 7/21 8/23 9/19 9/20
10/24 14/4 16/5 16/23 21/25 24/24
25/22 28/23 33/6 34/24 35/2 37/1 37/7
39/5 41/2 46/14 46/25 47/6 47/18 48/2
51/15 53/23 54/11 54/23 55/13 55/22
56/10 57/15 59/24 59/25 60/8 61/3
62/21 63/21 63/24 64/13 64/13 64/19
65/3 65/16 65/17 71/15 71/16 72/16
74/22 74/24 75/2 75/12 77/15 81/1
82/15 82/25 83/2 83/3 83/23 84/10
85/18 86/24 88/17 90/9 94/22 94/24
95/5 96/18 103/12 103/13 103/24 104/6
105/20 107/6 107/23 109/3 109/11
109/12 109/17 109/17 110/8 110/16
110/18 111/25 112/8 113/21 115/2
115/8 115/20 116/3 116/17 118/7
118/21 118/24 120/7 120/16 120/19
121/20 121/22 124/2 124/5 124/7
126/18 128/21 130/13 130/14 130/19
131/5 131/16 132/2 132/8 132/15
133/22 136/3 136/21 138/15 139/9
140/24 141/8 143/2 147/25 148/10
152/22 153/9 153/12 154/9 156/13
156/14 157/12 159/2 159/15 164/24
165/7 165/12 166/9 166/20 167/1
168/12 170/12 170/14 171/15 171/16
173/4 175/1
above [2] 121/12 175/12
above-entitled [1] 175/12
absence [2] 68/14 69/21
Absent [1] 116/8
absolutely [15] 25/13 25/16 26/6 26/12
34/14 36/4 41/16 43/13 49/13 93/3 96/7
97/9 97/24 128/13 133/9
absorb [1] 67/4
abuse [10] 46/5 107/23 113/12 119/25
135/25 136/4 136/6 136/9 136/12
136/15
ACA [4] 7/2 7/13 19/11 34/9
academy [1] 17/19
accept [4] 62/17 66/23 84/17 157/23
acceptable [1] 124/13
acceptance [1] 8/10
accepted [3] 45/18 66/3 85/7
access [10] 109/5 116/2 117/16 127/21
140/22 157/15 158/8 158/14 158/20
158/23
accessed [1] 132/22
accessible [1] 157/13
accord [1] 72/4
accordance [1] 36/21
according [5] 17/17 29/21 36/2 53/22
59/18
account [3] 21/18 28/22 84/7
accounted [2] 106/5 152/25
accounting [1] 78/12
accounts [1] 121/23
accreditation [1] 7/12
accurate [1] 147/21
achieve [3] 96/5 109/5 112/4
achievements [2] 88/9 90/1
acknowledge [1] 80/15
acknowledged [1] 76/15
across [1] 123/15
acting [1] 158/2
actions [1] 29/15
activities [1] 120/8
actual [4] 13/13 50/20 63/7 107/7
actually [36] 9/5 9/7 11/2 11/5 15/8 16/1
23/15 23/16 60/21 73/1 73/1 76/1 78/23
80/5 89/6 90/8 91/6 91/12 92/1 111/10
118/23 122/19 122/22 125/18 125/22
127/13 130/18 132/1 146/9 148/18
155/14 157/3 158/19 158/25 160/7
161/14
acuity [1] 124/11
acute [3] 107/25 110/1 131/23
acutely [2] 107/25 136/7
add [3] 49/23 103/2 122/13
added [4] 8/4 49/22 55/12 143/6
addition [11] 20/3 21/17 38/9 51/2 63/5
87/24 93/16 102/15 119/9 123/7 123/19
additional [24] 23/24 34/23 38/10 42/17
43/7 43/12 43/19 44/9 44/15 45/9 46/8
49/23 51/3 76/3 80/3 87/7 100/13
109/22 116 118/11 Page 117 30/1 129/20
146/19 173/18
address [8] 97/13 114/2 117/11 120/12
132/12 161/10 165/10 165/18
addressed [2] 11/15 161/8
adds [1] 123/5
adequate [8] 12/21 101/10 110/17 118/2
133/4 156/2 156/3 160/9
adequately [1] 20/15
adjoining [2] 64/19 64/23
administering [2] 16/2 16/3
administration [5] 10/6 10/10 11/7 11/22
47/4
administrative [8] 6/10 16/14 39/21
75/12 75/14 138/15 138/20 141/1
administrator [7] 32/10 50/24 51/3 67/18
87/11 97/6 97/9
administrators [4] 15/24 16/2 16/7 67/15
admission [2] 62/9 142/11
admits [3] 79/11 79/13 80/7
admitted [12] 5/24 62/25 79/17 81/5
83/16 83/20 142/14 142/19 144/5
161/11 165/21 174/12
admonished [1] 112/14
adult [2] 7/13 19/12
adults [1] 30/19
advise [2] 130/16 137/4
Advisory [1] 7/11
affairs [3] 43/24 44/4 45/14
affect [6] 84/19 109/23 133/18 133/23
134/15 135/21
affected [3] 35/15 173/7 173/7
affective [1] 119/10
affidavit [2] 165/20 166/3
AFRICK [5] 1/9 57/12 95/5 147/1 157/12
after [13] 42/24 74/13 85/17 121/5 121/9
128/10 133/14 135/7 137/14 138/11
146/19 160/21 160/24
after-care [3] 121/5 121/9 138/11
AFTERNOON [1] 130/1
again [30] 4/12 23/5 27/23 33/17 86/16
97/18 98/4 108/11 110/21 112/13
112/15 112/17 112/23 112/25 114/22
115/13 116/13 116/16 118/2 118/23
119/24 122/9 122/20 124/6 126/8 134/9
140/17 143/12 160/17 173/11
against [2] 18/25 19/3
age [2] 74/11 103/12
agencies [1] 55/5
agency [3] 56/14 76/1 93/12
ages [1] 53/13
aggregate [1] 152/7
ago [12] 8/16 20/5 26/10 27/15 45/13
55/24 64/21 72/16 80/20 93/4 137/7
147/11
agree [12] 26/7 57/9 66/13 67/14 72/21
83/24 92/24 93/14 94/6 97/7 97/10
166/3
agreement [3] 5/23 26/5 26/6
agricultural [1] 172/8
ahead [26] 10/19 14/8 26/1 41/15 47/21
47/24 48/7 49/18 59/14 60/23 64/6 64/7
66/9 78/1 80/7 85/5 94/3 97/4 113/3
135/2 137/24 159/25 167/25 168/1
168/9 170/5
air [2] 48/17 48/18
AJA [1] 7/4
al [4] 1/5 1/7 4/9 4/9
Alabama [1] 8/20
alcohol [1] 136/7
ALDF [1] 19/12
Algiers [1] 162/17

49/23 51/3 76/3 80/3 87/7 100/13

**A**

Alien [1]  90/19
all [163]  4/6 5/3 5/23 6/24 7/24 8/1 8/1 8/17 8/21 11/12 11/17 11/20 12/24 13/7 15/14 17/4 18/13 18/18 19/22 20/9 20/11 20/14 20/17 20/18 27/25 29/20 30/1 30/15 30/20 30/23 30/24 33/22 34/15 35/10 37/15 39/8 41/11 42/5 42/12 42/13 43/4 43/6 44/7 44/12 45/6 48/1 48/5 49/12 49/18 50/25 51/19 53/13 60/23 61/18 61/24 62/24 63/2 63/19 64/3 71/13 72/11 72/11 78/10 78/15 79/6 79/21 80/19 81/3 81/17 83/20 87/3 89/11 89/14 89/15 90/11 92/7 92/9 92/21 94/2 94/11 94/21 96/8 96/9 97/22 98/3 98/7 98/8 98/15 99/20 100/20 101/2 101/19 101/23 102/10 103/3 104/16 105/2 107/15 107/17 109/18 111/10 112/3 116/18 117/4 117/8 118/16 120/9 121/2 122/16 124/16 125/12 126/9 127/19 127/22 128/5 128/8 128/9 128/22 129/1 130/5 130/6 130/12 130/17 131/12 132/15 132/16 132/20 134/8 134/24 137/23 138/16 138/21 138/22 142/19 142/20 142/24 144/5 147/9 148/25 150/4 151/21 152/7 155/1 155/21 159/5 160/11 160/14 166/7 166/10 168/21 168/23 169/3 170/4 170/12 170/16 171/1 171/20 173/25 174/17 174/20 174/22 174/25 175/1
allocated [5]  9/4 51/15 52/8 124/10 125/6
allocations [1]  46/20
allow [12]  39/9 43/11 62/24 68/8 91/12 92/1 130/15 135/1 142/7 154/22 166/11 168/2
allowed [2]  64/5 145/14
allows [2]  26/20 30/24
allude [1]  128/7
alone [2]  87/21 125/22
along [2]  158/10 166/7
Alpha [1]  30/1
already [6]  66/15 99/7 142/14 152/4 167/19 167/19
also [47]  7/7 8/13 9/15 35/14 43/12 45/18 46/20 51/10 52/16 53/12 57/11 57/13 60/2 70/2 75/15 75/18 80/2 80/4 86/24 93/17 102/21 105/14 107/5 108/5 108/19 109/4 109/7 110/3 119/18 120/4 120/5 122/13 122/16 123/24 126/22 133/6 136/9 138/11 140/11 144/1 144/14 148/18 149/2 155/24 163/3 174/6 174/6
alternative [1]  89/23
although [2]  39/9 62/25
altogether [2]  45/1 46/3
always [11]  19/16 22/22 27/7 27/8 29/16 31/8 33/9 34/1 42/6 99/6 145/9
am [4]  99/2 133/17 157/17 164/12
amazed [1]  17/25
amend [1]  14/16
amended [12]  12/10 15/13 58/5 58/6 76/19 78/22 80/20 140/7 141/17 141/23 141/25 143/19
amendment [1]  14/14
America [1]  1/20
American [5]  6/20 6/22 7/2 7/8 29/21
among [2]  5/24 68/20
amongst [1]  124/6
amount [13]  31/10 80/8 80/10 84/20 96/20 104/4 115/2 115/9 122/10 152/7

154/24 155/15 173/14
amounts [1]  123/3
analysis [3]  49/8 94/18 95/18
Angeles [1]  58/16
annual [5]  7/5 9/17 18/1 44/11 149/24
another [7]  13/16 65/15 72/23 73/17 76/11 104/3 123/7 123/10 171/2
answer [7]  23/11 34/5 61/16 61/24 67/1 159/23 174/4
answered [1]  82/24
anticipated [2]  91/1 146/14
antique [1]  91/17
any [77]  9/15 11/12 11/18 13/9 21/5 21/17 34/24 35/2 35/20 35/24 35/24 40/14 42/22 44/4 44/10 44/17 45/23 48/10 49/10 50/12 50/21 52/19 54/7 55/8 55/19 56/17 56/20 59/4 61/25 68/5 74/22 74/23 81/3 84/9 84/9 87/11 92/9 92/22 93/25 96/20 99/8 101/3 107/11 111/22 114/16 114/20 119/21 123/9 124/9 130/15 136/20 142/17 145/14 153/8 155/11 156/24 160/14 160/21 161/6 161/8 164/16 164/20 165/12 166/10 171/22 172/2 172/3 172/7 172/18 173/12 174/4 174/8 174/15 174/20 174/22
anybody [5]  33/4 91/13 97/20 159/8 174/22
anyone [1]  11/13
anything [17]  27/23 28/1 28/16 41/4 48/3 50/1 50/17 51/15 66/12 67/2 67/10 67/23 84/22 89/13 90/24 138/5 170/19
anywhere [6]  51/7 63/10 64/10 76/5 124/12 149/7
apart [1]  72/9
APLC [1]  2/2
apologize [2]  54/2 173/11
appear [1]  71/2
appearance [1]  4/12
APPEARANCES [2]  1/11 2/1
appearing [1]  4/22
appears [3]  35/13 89/10 97/16
applicant [4]  170/21 170/24 171/24 172/23
application [1]  171/2
apply [2]  12/7 130/20
applying [1]  57/3
appointed [1]  7/10
appreciate [1]  174/17
approach [4]  61/8 77/17 141/2 168/20
appropriate [10]  9/11 39/2 44/1 64/7 106/20 108/8 136/13 156/22 158/21 167/24
appropriately [2]  9/4 138/10
approximate [1]  15/20
approximately [9]  100/9 100/11 100/12 145/22 145/23 147/17 147/20 163/13 169/15
April [4]  99/8 101/20 112/14 112/23
ARCURI [3]  2/3 4/22 174/4
are [208]
area [12]  18/24 27/19 28/23 37/2 38/2 39/20 42/8 54/3 54/16 55/19 99/24 107/9
areas [6]  26/19 43/24 48/18 75/16 107/8 122/2
aren't [2]  100/13 103/3
argue [2]  65/2 166/17
argument [3]  66/6 66/6 174/23
argumentative [1]  66/18
arising [2]  116/3 116/14
arithmetic [1]  14/17
arithmetical [1]  80/4

Armbruster's [2]  161/4 161/17
army [1]  163/3
around [13]  9/12 12/25 17/18 20/16 27/13 32/15 42/12 90/14 90/15 119/1 132/19 138/25 147/18
arrested [1]  112/6
arrived [1]  115/8
article [3]  30/7 72/16 166/12
as [189]
Ashcroft [1]  7/10
ask [31]  11/16 52/24 53/7 54/22 57/11 59/14 60/6 63/21 64/5 64/7 67/7 67/13 69/17 71/15 77/9 78/1 81/15 84/9 84/15 91/5 92/4 96/13 125/5 133/25 134/8 134/20 135/1 146/2 151/14 152/22 157/14
asked [11]  11/25 12/12 13/14 63/16 99/25 101/5 127/6 135/4 147/2 157/12 159/20
asking [11]  32/15 55/17 61/18 61/19 64/12 64/13 96/18 134/16 136/20 159/15 160/25
aspect [2]  13/1 22/17
aspects [1]  83/1
assess [2]  108/6 133/1
assessed [6]  111/17 111/19 111/20 113/20 140/25 154/8
assessing [1]  150/5
assessment [25]  101/13 103/22 105/21 110/14 112/7 112/10 113/8 114/6 115/6 115/8 115/10 117/2 119/18 121/12 121/21 126/19 126/22 140/18 143/3 153/14 153/20 153/22 153/24 153/25 154/4
assessments [18]  8/17 9/2 104/5 107/17 111/6 114/13 114/18 116/12 121/16 121/18 122/25 123/1 123/1 123/11 125/12 127/3 132/8 153/12
assign [4]  28/24 37/3 38/17 42/10
assigned [15]  6/15 16/6 17/7 20/18 22/3 22/5 22/6 22/18 23/18 28/10 36/25 37/6 44/9 44/16 45/9
assignments [1]  31/1
assimilated [1]  81/17
assist [1]  121/5
assistance [10]  29/3 90/19 121/9 162/25 163/5 163/8 164/2 164/3 164/5 164/6
associated [5]  37/14 50/20 101/3 136/10 171/12
Association [5]  6/20 6/22 7/2 7/8 29/22
assume [8]  34/12 41/14 65/20 112/24 116/16 134/16 158/25 171/5
assumed [1]  146/5
assumption [1]  156/17
assure [1]  138/9
attached [1]  10/13
attachment [1]  149/1
attempt [2]  128/23 158/22
attempts [1]  92/24
attend [1]  26/1
attention [1]  14/18
Attorney [1]  7/10
Attorney's [1]  2/15
attorneys [1]  165/23
attribute [1]  17/22
August [5]  1/7 4/2 6/14 96/22 130/2
August 6th [1]  96/22
Austin [9]  21/11 25/19 25/22 40/19 58/21 67/13 72/21 78/23 102/18
Austin's [3]  57/13 65/16 67/14
authenticated [1]  62/10
authentication [1]  65/3
authority [1]  29/5

availability [1] 132/18
available [17] 24/5 40/5 121/17 122/14
134/22 137/12 157/15 165/1 165/4
165/10 166/9 166/23 167/25 168/5
168/5 173/14 173/25
Avenue [1] 1/22
average [13] 7/22 52/22 54/7 54/10
57/14 57/17 58/2 58/11 58/11 58/13
58/25 109/12 132/3
avoid [1] 166/5
awarded [9] 169/12 169/13 169/14
169/15 169/16 169/18 169/24 170/14
170/15
awarding [1] 172/21
aware [12] 34/23 61/19 67/5 74/13
74/17 75/8 82/20 86/17 91/5 133/15
135/12 157/16
away [5] 32/25 33/2 37/11 69/13 160/5
awful [2] 31/5 46/3

**B**

baby [1] 5/11
bachelor's [1] 162/21
back [24] 7/25 28/15 32/25 33/2 34/21
37/11 59/17 67/6 68/13 70/20 72/7
72/18 76/14 77/8 91/9 98/8 116/25
121/17 121/17 130/7 148/14 148/16
150/16 158/5
background [2] 25/1 162/20
backup [1] 42/4 133/7
bad [2] 94/7 136/11
bag [1] 41/13
ballpark [5] 15/21 49/4 76/9 76/11 107/7
ballparked [1] 49/11
bar [1] 142/4
bare [1] 110/11
bars [1] 27/7
base [2] 30/25 71/23
based [34] 14/23 14/25 17/25 18/24
28/5 31/4 31/11 31/24 40/1 49/4 50/9
51/6 51/7 55/4 55/23 62/8 79/17 82/24
84/19 85/3 85/6 88/5 97/20 103/9 104/4
106/16 109/14 114/1 120/10 122/21
166/12 170/22 171/11 171/25
basic [11] 7/16 34/1 43/9 68/20 69/17
86/16 109/7 118/2 120/5 120/22 139/12
basically [9] 52/13 53/22 61/1 67/23
100/7 112/19 117/22 120/21 123/2
basics [1] 108/22
basis [10] 13/7 60/12 103/13 113/20
117/15 117/17 122/5 132/4 132/25
157/25
be [305]
beans [2] 80/8 80/11
bear [3] 53/16 57/2 164/20
bearing [1] 167/20
bears [2] 53/11 60/2
beat [2] 29/9 128/24
because [80] 12/16 12/17 13/16 20/10
20/12 20/21 24/1 24/21 26/15 28/22
29/9 29/11 32/2 32/24 37/10 39/16
41/10 41/23 42/13 45/11 46/5 46/9
46/13 48/3 53/9 59/11 59/17 59/21 60/1
62/20 64/18 69/14 71/11 72/5 72/12
72/18 73/14 75/6 75/24 77/22 79/11
79/21 85/10 85/14 85/25 90/14 95/23
97/2 97/22 100/25 105/11 110/22 111/9
111/10 116/18 117/3 120/1 125/20
128/4 130/25 133/12 134/3 134/4
135/18 137/22 137/23 139/5 139/14
144/10 145/1 155/20 156/24 157/2

157/9 158/1 158/8 161/13 166/3 166/5
166/20 169/9
become [5] 18/19 18/21 32/22 33/10
33/25
becomes [1] 34/4
becoming [1] 33/8
bed [5] 28/17 36/10 37/20 37/23 37/23
beds [9] 8/5 24/18 38/18 58/20 59/5
85/19 85/20 86/3 118/22
been [6] 5/8 5/14 7/11 8/1 8/2 10/2
10/18 11/5 14/21 19/16 19/18 25/17
27/13 30/5 31/8 45/13 47/4 59/14 62/10
63/24 65/2 76/20 79/6 84/4 90/21 93/21
96/18 98/16 99/7 99/7 99/24 116/18
118/22 130/14 133/21 141/11 142/8
142/14 142/24 144/15 146/6 162/7
167/19 167/20 168/18 169/20
before [28] 1/9 10/2 10/18 10/24 30/5
35/8 45/12 49/1 50/11 53/7 59/24 62/11
76/18 95/11 95/13 95/14 95/14 116/23
130/12 136/19 149/9 157/20 163/1
163/19 164/20 165/19 169/6 173/15
began [1] 145/3
begin [2] 35/20 104/14
beginning [1] 63/15 70/23 70/25
behalf [3] 4/13 4/16 165/20
behavior [3] 31/1 31/4 31/11
behaviorally [1] 107/23
being [27] 8/6 9/4 9/10 22/10 23/12 24/1
26/22 29/20 30/19 33/8 34/10 35/25
42/3 70/2 85/18 89/21 94/15 109/14
118/21 119/4 120/7 120/10 132/24
154/5 157/13 157/23 163/20
believe [21] 38/23 47/14 50/5 66/22 67/8
75/11 76/15 81/16 91/11 101/10 101/21
102/2 102/22 112/17 122/19 139/22
143/8 152/19 161/15 165/3 165/15
believes [1] 39/5 91/25
bench [1] 175/1
benchmark [4] 15/18 42/17 53/9 54/16
benefit [3] 41/2 121/9 144/13
benefits [12] 12/16 13/14 18/17 75/19
75/20 76/4 76/10 90/13 90/17 94/21
106/23 120/24
Bernard [3] 55/18 163/4 163/9
besides [2] 46/2 82/2
best [4] 76/13 87/20 88/5 175/10
better [4] 19/20 24/13 39/10 114/17
betting [1] 5/11
between [9] 18/9 19/21 51/15 56/23
76/7 102/1 107/12 122/11 124/12
beyond [8] 24/25 43/19 46/13 46/15
48/4 81/20 93/25 159/21
big [4] 34/12 80/15 130/25 134/4
biggest [3] 18/4 23/13 122/2
billing [1] 89/19
bills [3] 89/17 89/20 94/25
bit [2] 8/18 89/6
BLAKE [2] 2/3 4/21
block [1] 45/19
BLS [2] 107/7 107/10
BLS's [1] 107/5
board [17] 7/7 7/11 9/24 14/24 15/8 25/3
25/5 25/11 26/3 56/7 71/20 72/6 89/11
95/2 96/25 97/6 97/23
bond [2] 31/10 153/19
book [1] 45/1
booked [2] 153/18 154/1
booking [10] 23/3 36/11 36/13 37/1
37/15 38/3 38/5 153/13 153/14 153/15
bookings [5] 53/4 146/2 146/5
bore [1] 35/23
both [19] 10/4 11/10 11/11 15/10 36/13

89/4 90/3 108/18 110/6 119/18 138/9
125 18/8 49/1 165/1 165/2
165/10 165/20 173/19
bottom [7] 18/18 101/12 114/8 126/15
136/24 137/4 143/1
bounce [1] 29/5
BOWDLER [2] 2/7 4/25
Boyd [1] 3/3
branch [4] 162/25 163/7 163/8 164/3
brand [4] 87/5 87/8 91/15 91/17
break [5] 22/8 28/14 36/24 128/18
128/23
breaks [1] 17/10
Bridget [1] 83/16
brief [3] 6/5 131/21 162/20
briefing [1] 174/24
briefly [10] 98/23 101/9 105/8 107/19
108/14 111/7 111/19 132/16 137/3
174/23
bring [6] 25/3 25/10 26/9 73/2 158/14
165/25
brings [1] 123/17
broke [1] 23/1
brought [3] 53/16 59/14 72/6
Bruce [3] 98/11 98/16 98/20
BRYAN [5] 2/7 4/25 57/19 62/6 154/14
budget [10] 8/9 9/18 9/22 13/13 47/18
89/15 89/17 102/22 135/20 172/3
budgeting [4] 9/16 10/7 10/11 11/23
build [6] 20/23 56/9 73/15 91/15 172/4
172/7
building [15] 26/19 27/16 28/10 28/23
29/6 34/15 35/4 35/21 36/8 36/9 38/11
45/19 46/6 49/1 85/8
building's [1] 87/4
buildings [6] 34/25 38/10 39/14 43/12
46/6 95/12
built [14] 8/2 8/7 17/5 21/7 21/10 24/17
26/22 27/4 27/13 29/6 37/10 68/23
70/23 90/13
bumped [1] 44/6
bunch [4] 27/25 28/17 79/16 94/12
bunks [1] 48/21
Bureau [12] 28/6 30/10 30/13 59/18
60/25 62/13 62/14 62/16 106/24 107/2
149/24 150/9
burns [1] 70/8
business [4] 32/7 72/13 94/16 169/9

**C**

cage [1] 27/20
calculate [3] 61/2 87/7 101/3
calculated [1] 154/24
calculating [1] 76/21
calculation [1] 114/7
calculations [4] 106/1 110/21 143/11
143/22
California [2] 28/5 28/5
call [21] 4/7 29/3 55/19 98/9 98/11
115/20 115/21 115/22 115/25 116/4
116/5 116/12 117/11 117/14 118/1
118/12 132/2 132/15 132/17 132/24
160/15
called [12] 7/16 21/23 22/20 22/21 27/4
27/16 30/7 88/9 90/18 138/20 173/19
173/21
calling [2] 5/5 55/23
calls [2] 117/18 133/1
came [17] 12/23 14/17 15/16 18/2 40/17
42/20 51/11 62/12 62/15 71/25 76/25
120/20 122/17 147/17 150/7 150/7
165/19
cameras [3] 155/25 156/14 160/4

can [132] 9/15 14/6 14/15 20/10 20/12
24/13 27/8 27/9 27/25 28/25 29/1 29/3
29/11 31/7 31/14 32/21 33/15 33/15
33/20 33/25 35/12 35/23 39/17 39/17
41/5 44/25 45/1 48/5 48/22 57/19 59/2
59/14 62/14 66/18 67/10 67/23 68/5
70/7 74/1 79/9 81/16 81/19 84/7 84/25
89/2 92/17 94/9 97/18 97/20 98/23
99/17 101/9 102/12 102/16 103/5
103/13 104/5 104/7 105/8 105/25 106/8
106/10 107/19 108/14 109/5 109/6
109/22 109/23 110/22 111/17 111/19
112/1 112/9 113/7 115/20 115/24
116/11 117/20 117/25 118/4 118/8
118/9 118/17 119/3 119/18 120/19
120/21 121/17 122/17 123/21 124/8
124/24 126/6 126/14 127/15 127/18
127/19 127/20 128/23 132/3 132/16
132/21 132/22 133/18 134/10 134/20
136/1 138/3 140/3 141/15 141/22 142/1
142/23 147/9 151/12 152/1 154/12
154/14 154/16 155/13 157/2 157/10
158/14 160/11 162/20 163/14 164/2
166/17 167/13 169/2 170/24 173/4
can't [23] 18/11 20/17 23/18 27/23 29/22
36/1 41/8 45/20 49/16 71/8 85/22 92/18
94/14 96/24 97/21 97/24 97/25 110/24
151/4 156/15 165/14 172/2 172/2
Canal [2] 1/14 2/8
cannot [2] 121/2 167/8
capabilities [1] 50/3
capability [1] 38/13
capable [1] 32/22
capacity [6] 6/16 24/19 24/22 85/18
85/18 118/11
capital [13] 165/4 165/8 165/11 165/17
167/1 167/6 167/9 167/14 167/14
167/25 171/5 171/10 174/1
Capitelli [3] 2/11 2/11 5/1
captain [3] 16/12 38/3 38/4
captains [1] 34/16
Cardinal [2] 69/6 69/10
cardinals [1] 69/14
care [48] 17/7 20/16 22/14 22/17 39/16
59/6 63/10 64/10 70/7 89/12 89/15
89/22 90/14 90/15 90/23 99/13 99/15
99/21 101/11 101/17 103/6 103/23
105/15 115/23 118/17 118/18 119/4
119/13 119/15 120/11 120/24 121/5
121/9 122/4 124/12 124/13 125/6
125/23 125/24 130/15 135/7 135/14
136/13 138/11 138/16 138/22 138/24
139/25
career [3] 6/7 40/25 53/10
CARLSON [2] 98/16 98/20
carried [1] 143/5
case [14] 4/7 12/17 14/17 19/16 51/11
89/2 89/3 96/4 99/25 102/20 118/7
157/25 157/25 166/10
case-by-case [1] 157/25
cases [3] 10/15 11/3 133/1
casts [1] 116/15
catastrophe [1] 164/16
catch [2] 18/13 80/14
catch-up [1] 18/13
categorically [1] 69/8
categories [4] 49/24 49/25 56/6 150/6
category [3] 30/17 94/1 143/19
catwalk [1] 27/6
caught [1] 81/4
cell [2] 34/16 157/10

cells [6] 27/19 27/24 29/7 48/20 157/4
160/6
census [12] 7/23 53/23 59/18 60/25 62/7
62/8 62/12 62/14 62/16 144/19 144/24
145/18
center [18] 1/13 23/2 23/4 23/5 23/8
36/12 39/25 40/8 40/9 43/14 73/6 84/24
90/14 90/23 95/7 95/13 95/17 170/18
centers [1] 28/7
central [2] 23/2 36/11
certain [9] 30/17 85/12 85/14 85/17 86/3
88/12 156/18 158/19 164/6
certainly [16] 16/10 16/13 25/2 53/11
86/21 97/1 104/9 104/15 107/18 112/11
113/9 118/4 134/10 145/24 156/22
165/21
CERTIFICATE [1] 175/6
certify [1] 175/9
certifying [1] 102/20
cetera [1] 61/2
change [5] 78/18 130/19 134/3 134/5
146/20
changed [7] 8/8 78/15 79/6 79/21 89/14
126/17 142/4
changes [14] 20/3 40/4 77/25 78/10
78/12 80/21 80/22 101/4 128/6 141/18
141/20 143/16 143/23 144/11
changing [5] 19/19 78/13 80/23 137/23
145/9
charge [4] 31/1 38/2 38/6 91/18
charged [1] 30/20
Charity [8] 133/15 133/23 134/13 135/11
135/12 135/14 136/21 136/21 137/2
chart [2] 64/24 138/22
cheaper [1] 86/9
check [2] 27/13 62/17
checked [2] 18/16 18/17
checks [4] 9/10 23/12 42/3 94/15
chemical [11] 108/19 119/23 119/25
119/25 120/3 136/15 138/2 138/4 138/6
140/23 143/15
Chicago [5] 51/11 57/15 58/15 58/21
88/7
chief [4] 99/2 109/1 116/2 122/21
choose [3] 133/5 170/24 172/4
chooses [1] 171/24
cigarettes [1] 28/15
Circling [1] 34/21
circumstances [2] 12/4 97/7
city [34] 2/6 2/11 2/15 2/15 5/1 51/15
56/9 57/15 58/15 99/16 112/15 164/15
165/2 165/10 165/14 165/20 166/9
166/21 167/13 167/19 168/14 169/14
169/15 169/24 169/25 170/2 170/8
170/14 170/14 171/9 172/12 172/18
172/18 173/19
city's [2] 165/23 166/18
civil [3] 1/20 4/8 75/16
claim [1] 69/14
clarify [2] 36/15 93/7
clarity [1] 13/12
class [2] 102/20 153/20
classes [1] 150/5
classification [1] 30/25
classroom [3] 28/12 28/13 28/16
clean [1] 142/15
cleaning [1] 22/2
clear [7] 26/25 69/19 87/22 144/10
152/3 152/3 161/15
clearly [1] 138/5
clerical [4] 75/13 75/14 139/8 139/19
clerk [3] 138/23 139/3 139/4
clerks [3] 100/13 138/21 139/11

clinician [4] 114/14 121/13 121/24
143/10
clinicians [4] 117/10 127/2 140/20
143/17
clock [4] 20/16 90/15 90/15 132/19
close [3] 12/8 33/13 41/11 68/5 86/1
86/3 86/7 95/13 95/15 95/25 96/3
140/16 150/9
closed [12] 8/1 27/25 40/1 40/5 43/14
84/22 84/24 94/12 95/20 95/23 134/3
134/5
closest [1] 21/22
closing [8] 31/21 68/3 84/8 85/13 85/14
86/5 95/7 135/12
closure [3] 43/11 133/15 133/22
co [1] 33/8
co-opted [1] 33/8
coffee [1] 28/15
cognizant [1] 152/4
collate [1] 50/25
collect [1] 50/25
Colonel [3] 15/1 54/25 93/16
column [3] 152/13 152/14 152/15
come [27] 14/19 20/1 27/11 30/2 30/21
31/6 31/19 33/4 49/2 49/7 53/2 67/6
76/13 77/8 85/1 85/12 89/22 107/21
107/24 108/2 108/4 113/9 117/13 133/2
136/6 166/5 166/8
comes [10] 23/19 26/15 33/16 35/15
35/25 53/16 68/10 104/10 114/10
133/13
comfortable [3] 15/19 24/23 116/1
coming [3] 27/8 102/13 106/1
command [10] 9/19 9/23 12/25 16/14
32/3 71/18 71/19 72/1 72/3 72/11
commander [5] 6/10 38/1 38/4 38/5
53/19
commanders [1] 45/7
commensurate [2] 19/15 24/5
comment [3] 31/14 70/20 72/14
commission [1] 118/12
Commissioners [1] 9/24
commit [1] 108/5
committee [1] 7/15
common [4] 19/9 57/18 68/7 132/1
communicate [2] 32/4 117/23
communication [1] 31/23
communications [1] 158/25
community [4] 40/13 101/17 120/24
170/17
company [1] 90/20
compare [2] 114/24 151/5
compared [4] 61/20 64/16 106/24
107/10
compares [1] 62/3
comparing [1] 140/2
comparison [2] 53/21 107/9
compensation [2] 19/14 67/2
compete [4] 18/25 19/3 19/6 64/15
competing [1] 18/23
competitive [6] 18/3 18/19 18/21 19/9
19/24 130/21
complaint [2] 116/10 117/18
complete [2] 93/9 108/22
completely [3] 31/18 32/6 90/9
Complex [7] 164/10 168/12 169/5
169/11 170/17 171/12 171/14
compliance [5] 9/9 43/22 50/21 96/6
164/19
complicated [1] 125/4
complications [2] 110/7 136/6
comply [14] 12/21 17/2 23/9 23/14 25/7
25/7 44/2 45/15 51/1 105/6 111/3 115/5

## C

comply... [2]  138/13 168/2
complying [1]  83/25
component [1]  25/14
comport [1]  147/4
comprehensive [1]  45/8
computer [1]  2/23
conceded [1]  79/25
concept [4]  105/13 117/21 173/5 173/23
concepts [1]  106/1
conceptualized [1]  8/7
concern [1]  34/24 35/2
Conchetta [2]  23/4 95/16
conclude [6]  110/19 114/1 120/11
 124/16 128/15 131/6
concluded [4]  82/1 120/14 136/16 175/4
concluding [1]  127/7
conclusion [2]  71/23 117/13
conclusions [8]  71/18 102/13 104/8
 106/19 114/20 132/12 140/2 140/3
condition [3]  46/1 108/1 170/24
conditioning [1]  48/17
conditions [2]  12/3 51/9
confer [1]  147/25
conference [1]  7/5
confidential [1]  117/24
confinement [5]  29/7 39/20 39/21 42/8
 51/9
confuse [1]  23/25
conjectures [1]  103/13
connection [2]  57/12 144/10
consent [37]  12/3 12/17 12/13 12/18
 12/21 17/3 23/10 23/14 25/8 43/18
 43/21 44/2 45/15 50/21 51/1 51/10 73/9
 73/11 83/25 96/6 96/22 97/8 97/14
 100/23 102/19 102/20 105/6 111/3
 115/5 132/13 138/13 147/4 164/20
 167/10 167/15 168/2 173/15
consider [4]  42/24 59/5 60/7 173/13
considerably [2]  19/17 33/15
consideration [1]  115/16
considering [1]  167/21
consistency [1]  45/8
consistent [1]  96/21
constant [2]  40/23 42/2
constitutionally [1]  63/12
construction [2]  8/4 87/4
consulting [1]  8/15
contact [1]  118/4
contacted [1]  165/23
contacts [1]  13/17
contending [2]  168/4 168/5
context [4]  68/2 112/18 126/21 147/4
contingent [1]  130/23
continue [2]  18/11 39/12
continued [1]  53/4
continuing [1]  52/25
continuity [1]  101/16
Contra [2]  28/4 28/8
contract [1]  90/17
contracted [1]  90/13
contrast [2]  54/4 56/22
control [16]  26/18 27/18 27/25 28/22
 28/22 33/2 33/18 33/20 37/8 37/14
 37/19 43/1 43/3 67/24 94/11 94/14
controls [2]  43/4 68/1
conversations [2]  148/3 164/23
convinced [1]  84/18
COON [2]  1/21 4/13
coordinate [1]  120/24
coordination [2]  103/22 121/9
copies [2]  52/17 130/11

copy [7]  36/18 57/22 57/24 140/7
 141/22 156/19 154/13
Core [1]  7/16
COREY [2]  1/20 4/18
Corey Sanders [1]  4/18
correct [36]  5/17 41/19 53/25 54/18
 54/18 55/3 58/16 64/18 70/3 75/11
 76/22 78/25 79/2 79/4 86/15 94/18
 98/14 98/19 100/19 115/17 116/20
 116/21 125/13 136/20 141/25 142/13
 143/16 148/15 148/21 149/6 149/15
 158/24 162/10 168/6 168/7 175/10
corrected [2]  128/11 141/5
correcting [1]  143/12
correction [3]  14/20 128/4 143/8
correctional [18]  7/2 7/8 22/19 28/7
 45/18 47/1 81/21 98/25 99/13 99/15
 99/21 101/10 103/6 105/15 131/1
 139/25 152/11 170/18
corrections [14]  7/11 8/19 10/6 10/10
 11/7 11/22 19/11 19/17 43/17 47/3
 58/19 99/3 126/13 143/15
correctly [4]  26/1 90/7 122/20 156/5
correspond [1]  149/24
cost [42]  12/3 12/6 12/12 23/23 42/19
 42/22 49/8 56/4 58/25 58/25 68/1 73/3
 76/1 76/3 85/24 88/5 89/1 89/13 94/17
 95/18 99/16 99/22 100/1 100/3 100/7
 100/22 101/3 103/1 115/16 116/15
 124/15 135/18 135/23 135/24 137/18
 137/20 137/22 140/13 154/7 157/5
 157/11 164/18
cost-effective [1]  73/3
cost-saving [1]  89/1
Costa [2]  28/4 28/8
costing [4]  64/14 66/4 66/24 110/6
costs [30]  12/19 43/12 50/20 51/4 51/15
 58/24 63/19 67/24 76/1 95/6 100/13
 100/16 101/11 106/9 110/18 110/19
 111/2 111/7 114/20 115/15 126/4
 126/10 137/13 143/18 143/22 147/3
 152/5 152/8 154/25 168/6
could [67]  6/5 8/9 16/7 22/24 25/4 27/19
 37/15 41/14 43/6 43/14 49/1 76/13
 81/16 84/3 84/10 84/18 85/5 85/8 87/3
 88/25 93/9 95/12 95/18 95/20 103/23
 104/7 104/24 113/10 114/8 114/15
 114/19 114/23 115/25 116/1 116/12
 120/17 124/1 124/24 126/6 127/20
 133/2 133/3 137/3 138/18 140/12
 146/15 146/15 147/3 151/25 154/11
 154/23 155/25 156/7 156/8 156/10
 156/17 156/18 157/1 157/8 159/1 159/3
 160/8 164/16 165/4 165/17 165/25
 171/2
couldn't [5]  26/6 41/4 87/3 90/15 172/7
counsel [5]  4/11 5/24 127/23 141/22
 168/21
counseling [2]  124/7 124/17
counselor [2]  99/5 120/14
counselors [6]  100/12 136/1 136/15
 138/3 138/4 143/15
count [1]  151/3
counter [2]  96/2 166/22
counter-evidence [1]  166/22
counter-intuitive [1]  96/2
countries [1]  53/14
country [5]  8/18 9/13 27/14 53/13 87/12
county [36]  6/8 6/15 9/24 18/16 26/2
 28/4 30/21 53/17 53/22 53/25 54/1 54/8
 54/10 54/13 55/11 55/14 56/22 59/7
 59/8 59/11 59/12 60/1 60/3 60/8 60/1
 60/12 60/14 60/18 61/20 62/7 63/9

 65/25 67/4 76/6 88/14 88/15
 County's [1]  88/10
 County/parish [1]  88/15
couple [4]  52/18 92/23 145/23 159/10
coupled [1]  92/1
course [6]  12/14 68/7 102/19 154/10
 156/8 169/8
court [88]  1/1 2/19 4/5 10/4 10/23 11/2
 11/6 20/11 20/12 35/8 35/13 38/20
 46/14 51/2 59/12 60/6 60/6 62/15 62/15
 63/1 63/25 65/2 71/2 75/16 79/10 79/19
 84/16 84/16 84/17 85/2 85/5 85/7 96/18
 98/6 98/11 101/21 101/22 102/3 105/8
 105/13 106/8 112/9 112/14 112/19
 112/24 116/11 117/25 118/18 119/3
 120/20 122/17 124/8 128/7 130/16
 130/24 133/18 137/4 138/18 140/4
 140/6 141/15 141/21 142/7 142/23
 144/13 144/14 144/21 151/15 163/19
 164/21 165/3 165/9 165/19 165/25
 166/1 166/11 167/12 167/21 169/2
 170/2 171/16 173/5 173/13 173/15
 173/23 175/7 175/8 175/16
Court's [8]  47/25 63/15 64/17 99/6 128/5
 152/3 158/18 166/10
courtroom [2]  25/20 161/13
courts [1]  11/10
cover [8]  105/23 106/7 112/15 112/23
 112/25 124/4 125/10 157/12
coverage [7]  123/17 125/2 132/16
 132/17 134/22 156/2 156/3
covered [1]  163/9
covers [2]  15/5 44/23
crazy [1]  72/8
crimes [1]  30/20
Criminal [2]  90/18 169/4
crises [1]  132/2
crisis [5]  120/5 131/20 132/10 132/21
 133/13
criteria [1]  57/2 57/3
critical [10]  20/6 25/14 26/8 45/17 46/4
 70/5 103/3 105/17 121/6 136/12
criticism [1]  40/21
criticized [1]  78/23
cross [10]  48/6 51/21 52/1 64/8 92/12
 93/25 128/10 144/16 159/21 161/19
cross-designate [1]  161/19
cross-examination [9]  48/6 51/21 52/1
 64/8 92/12 93/25 128/10 144/16 159/21
CUMMING [2]  1/16 4/20
curious [1]  158/1
current [25]  12/4 16/24 16/25 17/5 38/25
 38/25 39/2 40/1 42/20 44/12 50/7 54/16
 54/23 77/3 77/5 99/1 106/23 108/24
 111/22 146/10 146/11 156/1 156/19
 159/17 162/23
currently [10]  20/5 44/19 56/6 117/10
 160/2 162/15 162/16 162/24 163/11
 171/9
custody [5]  31/9 39/21 40/12 105/19
 123/2
cut [3]  85/24 104/22 122/15
cutting [1]  104/11
CV [1]  1/5

## D

D.C [1]  1/22
daily [5]  7/23 58/25 117/14 125/12 151/3
damages [1]  168/16
danger [5]  35/24 110/6 110/6 119/9
 119/12
dangerous [2]  29/23 167/8
data [6]  50/25 55/7 109/5 149/10 151/8

D

data... [1] 153/11
date [1] 172/20
Dave [1] 33/9
David [4] 5/6 5/14 5/18 89/19
day [47] 15/4 15/5 15/6 21/1 21/1 21/1
21/4 21/5 26/4 37/7 37/22 40/13 40/15
40/15 43/8 44/25 44/25 46/6 46/7 59/6
60/11 60/17 63/10 63/10 63/19 63/23
65/22 66/4 66/4 66/23 66/24 90/13
90/15 90/23 94/8 109/16 109/20 112/7
112/10 113/8 113/22 113/24 121/19
123/1 123/5 123/16 123/21
day-to-day [2] 40/15 44/25
day/7 [2] 15/6 21/1
days [13] 15/6 21/1 24/24 52/8 52/10
52/11 72/23 73/25 74/3 114/17 121/14
121/15 121/21
deadline [1] 161/18
deadlines [1] 172/23
deal [18] 30/23 33/1 40/2 40/6 41/15
43/22 46/8 69/24 84/5 88/4 94/25 118/5
120/23 125/15 128/11 138/25 145/25
156/21
dealing [5] 7/4 28/17 33/1 41/23 42/5
deals [1] 64/23
dealt [1] 50/1
DEAN [2] 1/21 4/15
debris [1] 164/8
debts [1] 172/3
December [3] 63/23 96/19 147/10
December 31st [2] 96/19 147/10
December 31st to [1] 63/23
decide [2] 9/4 135/22
decided [2] 6/13 130/24
decision [3] 26/16 28/20 33/16
declaration [1] 164/4
decline [2] 53/5 153/10
decompensate [2] 110/2 110/3
decompensated [1] 131/22
decrease [7] 42/22 52/25 85/6 151/16
151/22 151/25 152/1
decreased [2] 146/14 155/3
decreases [1] 151/16
decreasing [1] 146/6
decree [12] 25/8 73/9 73/11 83/25 96/22
100/23 147/4 164/20 166/19 166/21
168/2 173/15
dedicated [3] 39/23 172/11 172/12
deeper [1] 55/8
defense [1] 166/18
deficiencies [1] 102/1
definitely [1] 95/22
degree [1] 108/7
demands [2] 25/18 31/17
demographics [1] 103/10
demolished [1] 8/1
demonstrating [1] 167/24
dental [1] 115/23
department [21] 1/19 19/1 19/4 19/8
51/9 73/18 74/18 82/16 99/3 102/21
108/15 108/17 111/10 117/3 148/23
148/24 149/2 149/16 150/1 166/7
166/25
depend [2] 116/9 157/7
dependence [1] 136/5
dependency [9] 108/19 119/23 119/25
120/3 138/3 138/4 138/7 140/23 143/15
depending [4] 31/10 43/9 137/18 155/10
depends [7] 22/21 34/5 153/2 154/5
155/7 170/21 172/14

deplorable [1] 45/25
deployed [1] 54/11
deposition [5] 10/16 11/3 161/17 161/20
161/23
depression [1] 119/11
deputies [33] 16/16 16/19 17/9 17/25
19/22 19/22 22/23 24/8 24/11 24/15
54/13 56/23 56/24 56/25 57/1 68/9
72/22 74/9 74/11 74/14 75/11 75/18
77/3 80/1 80/3 80/5 81/16 81/24 82/3
82/12 82/22 100/15 155/18
deputy [20] 21/23 21/23 23/20 33/9
46/25 56/2 56/3 57/4 65/25 66/24 73/25
74/3 74/6 115/25 154/23 154/25 155/2
156/23 157/10 161/13
describe [9] 9/15 98/23 103/5 104/7
108/14 132/16 136/1 141/15 173/5
description [1] 6/5
design [3] 17/6 37/8 70/15
designate [3] 30/17 161/18 161/19
designations [1] 161/17
designed [6] 8/7 33/24 34/3 34/11 37/17
38/12
desire [1] 67/17
detail [4] 71/9 103/3 103/24 107/16
details [1] 13/12
detect [2] 110/5 116/13
detention [15] 7/14 19/13 19/22 23/4
39/25 40/8 43/13 56/23 56/25 57/4 73/6
84/24 95/7 95/13 95/17
determination [2] 12/20 78/2
determine [9] 65/12 85/3 97/19 108/9
113/19 116/6 118/9 146/13 156/7
determined [2] 15/2 86/12
determining [2] 103/1 106/9
Detroit [2] 51/9 88/6
develop [4] 8/6 13/15 13/18 45/10
developed [2] 7/15 28/6
devote [1] 171/10
diagnoses [1] 118/3
diaster [1] 164/4
dichotomy [1] 56/23
did [123] 9/2 12/9 12/10 12/12 13/3 13/5
13/8 13/10 13/15 13/23 13/25 14/14
16/24 21/12 23/25 24/17 36/19 37/2
38/9 39/14 40/13 40/20 40/21 42/19
43/18 44/4 44/10 44/17 45/23 48/1
48/10 49/2 49/21 50/21 50/23 51/4
51/14 52/3 53/12 54/22 55/19 55/21
56/1 56/2 56/8 58/9 60/12 64/19 65/18
65/19 67/5 69/21 71/23 73/21 77/13
78/24 83/2 84/9 84/17 87/2 87/7 87/7
87/15 88/21 88/22 91/3 91/23 91/25
92/4 93/19 94/20 96/23 101/3 101/5
103/24 105/4 105/7 106/19 109/15
110/21 111/9 111/11 114/20 114/22
115/7 115/17 117/1 117/3 117/13
124/16 126/20 130/8 140/15 140/23
144/18 144/19 144/21 144/21 144/23
144/25 144/25 146/13 146/17 146/19
146/22 147/23 147/24 147/25 148/2
148/5 148/16 149/12 149/25 150/3
151/18 152/6 152/10 152/12 154/25
161/10 161/23 165/15 166/3
didn't [24] 5/12 25/2 40/14 48/2 49/6
49/24 59/21 59/21 62/22 78/15 86/19
86/22 89/12 90/11 90/23 96/20 96/24
112/23 120/16 146/22 161/8 161/11
162/4 167/16
diem [6] 60/11 60/17 63/6 64/4 64/10
64/13
diems [1] 63/3
difference [5] 57/8 64/11 140/8 140/19

173/24
different [28] 15/15 21/15 22/20 30/11
30/16 31/18 32/6 57/2 57/3 72/12 79/6
86/2 90/9 91/4 91/4 91/15 103/18
103/20 137/14 140/4 140/5 150/4 150/5
150/11 151/8 156/13 157/1 157/4
differently [1] 133/5
difficult [2] 13/11 158/3
difficulties [1] 132/2
difficulty [1] 24/25
direct [62] 6/1 8/2 25/16 25/23 26/4
26/11 26/13 26/20 26/22 26/25 28/3
28/9 29/21 30/7 30/14 30/24 31/14
31/15 31/17 31/22 32/1 32/5 32/8 32/13
32/17 32/19 33/13 34/6 36/10 37/11
37/13 37/16 42/7 43/3 71/16 71/20 72/2
72/7 72/15 72/24 73/6 73/8 73/11 73/14
91/9 91/11 92/1 93/20 94/7 98/21
121/11 122/1 122/4 154/19 155/2
155/20 155/23 155/25 156/15 156/23
159/16 162/13
directive [2] 89/5 89/7
directly [5] 44/7 90/21 91/23 100/16
115/24
director [4] 50/16 87/10 87/15 140/9
disagreement [1] 26/5
disaster [2] 170/24 173/1
disasters [2] 164/8 164/17
disciplinary [1] 39/20
discovered [1] 65/20
discretion [1] 39/9
discuss [5] 111/6 115/21 118/16 135/25
164/2
discussed [3] 134/10 161/15 175/2
discusses [1] 47/15
discussing [1] 138/2
discussion [2] 5/10 46/16
disorders [3] 110/1 113/13 119/10
disparity [2] 19/21 63/5
dispute [3] 165/12 165/14 165/16
distinction [1] 172/13
distribution [1] 103/12
DISTRICT [5] 1/1 1/2 1/10 175/8 175/8
diverse [1] 119/6
divided [1] 18/2
division [4] 1/20 6/10 6/11 6/12
do [166] 7/12 17/15 17/22 18/21 19/23
20/1 20/3 21/24 22/10 22/13 25/10
30/8 30/15 32/21 33/17 33/20 34/2
35/11 37/24 38/2 41/5 41/10 41/12 42/1
42/2 42/3 44/20 44/24 45/10 45/21 47/7
49/7 49/9 50/23 53/1 54/4 54/7 55/16
56/17 56/20 57/24 64/24 67/14 67/15
67/16 68/23 68/24 71/5 71/12 72/3
72/24 73/25 74/3 74/6 74/11 77/1 77/9
80/11 81/6 81/6 82/5 83/18 83/19 84/16
87/3 89/5 90/12 90/24 92/14 92/24
92/24 93/14 93/21 94/6 94/16 94/17
97/20 100/3 100/5 100/10 101/6 102/5
104/2 104/4 107/8 107/8 108/18 108/20
109/7 109/18 111/12 113/2 114/14
115/6 115/10 115/24 116/1 116/13
117/1 117/6 118/8 119/16 120/17 121/2
121/2 121/13 121/14 121/15 121/20
121/21 122/6 122/13 123/9 123/10
123/11 123/13 124/22 124/24 125/12
126/9 126/11 127/2 127/18 127/19
128/19 130/15 133/5 135/10 137/16
138/25 140/12 141/8 141/12 141/14
144/25 146/3 146/4 152/8 153/8 154/14
154/19 154/25 155/21 156/20 158/6

**D**

do... [15]  158/14 159/19 160/2 160/21
162/15 163/11 163/19 164/18 166/14
168/8 168/25 169/1 170/22 172/24
175/9
doable [1]  24/16
doc [3]  65/21 84/10 151/11
Docket [1]  1/5
Doctor [2]  148/11 155/19
doctors [1]  105/23
document [19]  61/12 61/12 61/22 83/8
123/3 142/7 142/23 142/25 144/14
147/6 150/17 151/2 151/6 168/21
168/25 169/2 169/3 169/6 169/8
documentation [2]  123/12 146/12
documented [1]  83/6
documenting [1]  23/16
documents [19]  12/23 13/3 13/9 61/14
73/16 86/18 128/12 141/13 141/15
145/6 145/10 145/14 145/18 145/19
148/18 148/19 148/20 148/22 150/16
does [30]  11/1 11/1 15/24 30/13 33/13
34/8 36/24 56/18 56/20 58/24 59/8 71/6
72/2 72/22 76/7 95/24 116/25 117/6
117/10 126/24 127/1 151/6 151/23
152/4 155/5 161/20 164/20 171/9
173/24 174/22
doesn't [19]  20/22 24/7 29/4 38/12 41/8
56/17 56/20 59/12 61/16 64/10 71/2
80/8 80/10 84/4 99/16 108/22 118/10
130/20 156/24
doing [31]  9/6 9/8 23/12 24/13 25/15
27/9 27/10 29/13 32/6 42/12 44/7 44/13
49/8 72/13 73/3 76/20 80/18 82/2 90/21
94/11 94/15 114/5 114/17 116/1 117/2
120/6 122/22 122/25 132/8 155/20
160/4
DOJ [3]  63/16 80/23 81/22
don't [87]  16/2 20/5 20/21 21/19 21/24
22/10 23/17 24/16 27/12 29/12 30/3
31/3 32/25 33/1 33/4 35/6 35/16 41/12
43/1 44/19 46/1 49/14 52/21 54/9 57/17
57/22 60/14 61/6 61/12 63/10 64/10
67/1 69/8 70/2 70/17 71/5 71/6 71/9
71/11 74/10 74/10 76/25 77/15 79/10
81/3 82/14 82/18 91/13 91/15 92/3
92/16 95/24 97/18 97/19 99/8 102/5
102/5 110/5 114/16 115/15 117/15
117/17 124/22 126/5 127/9 133/8
137/22 140/6 140/11 140/24 141/5
144/25 145/24 146/10 146/11 147/15
149/13 149/20 152/9 158/4 158/23
161/4 161/8 161/13 164/22 166/16
174/15
done [60]  8/15 8/17 8/18 8/20 13/16
14/11 14/21 17/21 18/6 18/15 20/17
22/10 25/1 26/8 29/16 31/5 32/16 38/19
41/24 44/25 45/1 48/2 49/5 53/12 54/24
55/1 64/21 67/10 67/23 70/18 81/19
84/3 85/9 85/17 96/25 97/25 99/7
109/24 116/6 117/14 138/23 139/14
145/2 147/1 147/2 147/9 153/16 153/17
155/9 156/5 156/7 156/8 156/9 156/10
156/11 156/12 156/15 156/18 157/7
161/5
door [1]  95/4
doors [3]  28/1 31/21 94/12
Dorgenois [1]  1/17
dormitory [1]  27/20
double [1]  167/17
double-teamed [1]  167/17
doubled [2]  15/10 15/11

down [32]  8/5 9/23 22/11 24/20 26/15
27/6 30/1 38/16 41/3 41/3 41/3 41/4
41/3 41/5 41/12 53/2 60/22 85/1 87/9
96/10 104/11 104/13 104/16 104/22
104/25 114/7 114/23 122/15 126/15
151/23 155/16 160/11
dozen [1]  131/2
Dr. [58]  21/15 25/19 25/22 40/19 57/13
58/21 65/16 67/13 67/14 72/21 78/23
80/22 80/25 83/2 98/11 99/7 99/24
101/9 101/18 101/20 102/12 102/17
102/18 102/22 102/12 112/13 112/16
112/24 113/7 116/17 120/20 124/7
127/5 128/5 128/15 128/19 131/5 134/6
135/6 135/25 138/2 138/15 139/24
139/24 141/11 142/7 142/23 147/22
149/2 149/10 150/7 151/14 152/4
157/14 159/6 159/15 159/22 160/11
Dr. Austin [9]  21/11 25/19 25/22 40/19
58/21 67/13 72/21 78/23 102/18
Dr. Austin's [3]  57/13 65/16 67/14
Dr. Bruce [1]  98/11
Dr. Gage [33]  80/22 80/25 99/7 99/24
101/9 101/18 101/20 102/12 102/17
112/13 112/16 113/7 116/17 120/20
124/7 127/5 128/5 128/15 128/19 131/5
135/6 135/25 138/2 138/15 139/24
141/11 142/7 142/23 151/14 159/6
159/15 159/22 160/11
Dr. Gage's [1]  112/24
Dr. Inglese [5]  102/17 134/6 149/10
150/7 157/14
Dr. Inglese's [5]  102/22 139/24 147/22
149/2 152/4
Dr. Schwartz [1]  83/2
draft [3]  7/13 144/24 145/1
drinking [1]  28/15
drive [5]  12/19 25/17 58/24 100/22
116/15
driven [1]  89/5
driver [2]  12/12 23/13
drives [1]  69/25
driving [1]  96/25 120/2
drop [2]  95/11 104/15
dropped [1]  10/24
drops [1]  85/17
drugs [1]  136/7
druthers [1]  70/21
due [4]  35/10 80/19 134/24 174/24
dug [1]  55/8
duly [3]  5/14 98/16 162/7
Dunbar [1]  2/6
during [20]  6/19 7/19 7/23 8/5 24/18
40/13 42/25 43/22 46/7 65/22 65/25
68/14 74/17 82/22 108/10 108/15 116/4
116/5 130/13 135/6
duties [4]  9/7 17/7 160/5 163/18
duty [1]  45/2
dynamics [1]  144/15

**E**

e-mail [1]  127/20
each [35]  8/4 8/8 9/23 10/22 12/15 13/1
13/1 18/7 20/18 22/4 23/1 37/3 37/3
37/6 37/8 37/9 37/19 37/22 37/24 38/14
41/25 41/25 43/1 72/1 74/8 86/1 103/19
104/1 105/23 107/16 109/17 122/7
122/25 123/1 155/14
earlier [14]  23/22 30/6 42/7 68/14 76/24
77/18 126/20 128/7 136/3 143/2 144/10
151/15 165/1 175/2
early [2]  105/21 108/6
easier [2]  113/1 157/1

EASTERN [2]  1/2 175/8
eats [1]  34/4
economies [1]  85/12
economy [2]  104/10 104/14
Edition [1]  7/13
edits [8]  141/20 141/21 141/22 141/24
142/1 142/2 142/8 142/21
educate [1]  72/11
education [2]  57/8 120/7
educational [5]  72/12 110/9 114/12
124/15 162/20
effect [1]  166/21
effective [3]  33/21 73/3 137/19
effectively [5]  32/5 39/17 41/12 68/22
69/20
efficiency [2]  33/25 154/7
efficient [2]  34/7 137/19
efficiently [2]  33/21 41/12
eight [4]  81/24 82/23 123/1 123/4
either [11]  11/8 33/2 49/15 115/24
131/22 135/16 136/7 137/9 137/12
137/17 154/12
elected [1]  7/9
electronics [1]  50/2
eligible [1]  172/6
eliminate [1]  64/1
ELIZABETH [2]  1/16 4/19
else [12]  22/12 33/4 48/3 63/10 64/10
76/6 82/2 82/5 102/7 133/25 159/8
166/8
elsewhere [2]  135/16 137/18
embarking [1]  173/16
emergencies [1]  105/21
emergency [15]  29/25 116/7 132/22
133/2 133/3 135/9 135/10 135/15
135/19 135/24 136/21 137/8 137/11
158/2 164/4
emergent [3]  137/14 158/20 159/1
employed [1]  125/15
employee [1]  75/25
employees [7]  8/12 14/24 18/23 75/8
90/14 90/17 163/11
encourage [1]  42/23
encouraging [1]  160/25
end [14]  39/11 63/8 63/12 83/18 96/22
97/23 106/16 108/13 110/5 132/23
143/7 147/3 148/5 154/19
ended [1]  89/21
endorse [1]  41/4
enforcement [7]  19/1 19/15 19/21 55/5
56/13 56/25 93/12
enough [10]  17/3 25/1 26/1 36/1 49/6
59/15 85/18 89/21 97/25 117/17
ensure [3]  93/1 117/25 120/25
entails [1]  132/17
enter [1]  127/23
entire [6]  8/11 36/12 38/6 53/10 166/18
170/2
entitled [3]  54/14 173/19 175/12
entry [6]  17/25 18/22 78/11 92/25 94/18
94/20
enumerate [1]  102/16
enumerated [2]  102/14 102/23
environment [1]  93/1
equally [1]  112/24
equipment [2]  48/2 101/1
equitably [1]  32/4
equivalence [1]  100/11
equivalent [3]  105/5 105/9 105/11
erroneously [1]  126/22
error [7]  14/17 62/18 76/17 76/21 77/2
79/7 80/4

Case 2:12-cv-00859-LMA-MBN Document 1343 Filed 08/20/13 Page 184 of 202

errors [2]  76/18 77/25
escort [8]  17/9 21/20 21/21 22/5 22/19 22/22 22/23 37/6
especially [1]  158/22
ESQ [11]  1/13 1/16 1/20 1/21 1/21 2/2 2/3 2/7 2/7 2/11 2/15
essence [1]  91/16
essential [11]  25/16 40/2 68/21 69/4 69/9 69/20 97/10 103/23 105/20 111/13 139/5
essentially [7]  104/12 105/12 120/22 121/5 121/22 122/7 155/11
estimate [12]  87/20 112/3 126/7 131/16 132/3 140/8 140/14 140/17 145/8 145/15 152/2 171/25
estimated [6]  106/11 122/6 136/17 139/9 140/21 140/22
estimates [1]  170/23
estimating [1]  131/12
et [5]  1/5 1/7 4/9 4/9 61/2
evaluate [1]  136/12
evaluated [2]  108/10 138/10
evaluating [2]  8/13 103/6
evaluation [4]  105/21 118/8 123/3 132/11
evaluations [1]  115/12
even [10]  25/18 27/19 44/11 87/12 92/18 94/13 104/15 110/12 165/19 173/13
evenings [1]  123/25
event [3]  172/6 172/15 173/8
eventually [2]  40/1 72/10
ever [10]  30/5 76/19 91/13 91/19 91/20 91/20 91/23 91/25 92/4 152/10
every [10]  8/10 18/11 21/3 21/21 21/21 24/24 26/4 34/1 86/17 112/6
everybody [4]  22/21 64/9 83/11 128/23
everyone [2]  112/9 113/7
everything [9]  9/9 15/11 30/18 44/6 48/15 62/21 67/4 86/5 89/16
evidence [25]  5/21 64/23 65/5 65/8 65/10 75/2 77/19 77/21 82/20 83/6 83/12 83/14 83/18 98/12 111/21 144/1 150/19 161/4 161/11 161/22 165/22 166/13 166/22 167/12 174/7
exacerbates [1]  120/1
exact [5]  49/14 49/16 72/6 148/16 150/7
exactly [12]  19/22 39/6 64/18 70/6 91/16 97/17 97/19 104/1 141/22 147/15 149/13 167/3
examination [16]  6/1 48/6 51/21 52/1 64/8 92/12 93/5 93/25 96/16 98/21 109/8 128/10 144/16 159/13 159/21 162/13
examinations [1]  109/8
example [7]  54/23 59/17 60/12 60/17 63/18 149/23 167/7
examples [1]  119/3
except [2]  74/25 75/20
exception [1]  107/1
excess [1]  52/20
excluded [4]  126/22 153/20 153/22 153/23
excluding [1]  126/21
excuse [7]  15/23 22/6 30/21 46/12 77/2 101/18 164/13
execute [1]  171/24
exercise [1]  39/8
exert [1]  144/3
exhibit [12]  5/21 59/21 61/22 62/10 62/11 141/11 141/12 143/25 144/2

161/5 168/19 174/7
existing [4]  11/5 11/5 23/15 33/5
15/23 22/25 23/1 24/2 34/3 34/22 34/25 35/21 45/25 49/10 73/5 101/4
expand [1]  44/2
expanded [1]  24/21
expect [8]  69/2 108/15 109/10 110/16 114/12 119/21 131/17 138/24
expected [5]  106/15 112/1 118/25 132/24 136/4
expecting [1]  112/6
expended [1]  147/3
expense [1]  12/15
expenses [2]  167/10 172/2
expensive [2]  49/9 135/24
experience [20]  6/6 8/13 9/15 18/24 24/23 32/15 51/8 53/11 53/16 58/24 84/4 86/16 87/10 88/6 88/12 88/20 88/25 90/25 152/23 153/8
expert [24]  5/5 10/2 10/6 10/8 10/12 10/14 10/18 11/6 11/21 11/21 14/6 14/7 49/7 63/17 63/18 99/8 99/10 99/13 99/14 99/20 116/19 152/11 161/4 163/20
expertise [3]  46/23 98/23 130/15
experts [3]  14/1 14/4 81/22
experts' [2]  81/25 82/25
expiration [1]  172/20
explain [17]  10/19 14/15 26/24 26/24 105/25 109/22 111/17 111/19 112/9 113/7 116/11 116/22 117/20 120/19 122/17 163/14 173/23
explained [3]  21/13 75/22 76/7
explanation [2]  20/8 40/10
explore [3]  48/5 54/14 66/12
extent [5]  71/5 119/19 149/20 167/13 172/9
extraneous [2]  64/1 64/3
extrapolated [2]  44/1 77/6
eyes [1]  157/3

F

face [8]  28/11 28/11 28/25 28/25 29/13 29/24 29/24 33/2
face-to-face [3]  28/11 28/25 29/24
facets [1]  103/8
facilities [54]  7/24 7/25 8/2 9/12 12/5 12/24 13/1 13/2 16/24 17/1 17/13 22/25 23/1 23/18 24/16 34/22 38/25 39/15 41/11 43/24 45/24 45/25 46/4 46/11 47/7 47/16 48/24 49/7 50/7 50/13 52/11 64/14 68/3 71/25 73/5 84/8 86/1 87/12 87/23 95/8 95/20 95/24 95/25 101/4 104/11 124/1 165/7 170/16 170/20 170/23 171/1 171/11 172/7 172/8
facility [78]  7/14 8/6 9/3 17/16 19/13 22/3 24/21 31/16 33/19 34/3 34/10 34/23 34/25 36/10 36/12 36/16 36/22 36/24 37/1 37/2 38/4 38/5 38/6 38/9 39/1 39/5 39/18 39/23 41/22 42/25 43/3 45/7 45/12 47/11 48/11 48/14 49/10 49/25 50/5 50/9 50/15 56/6 56/9 68/5 68/11 73/15 84/23 85/13 85/14 86/1 86/5 86/25 87/2 87/5 87/8 87/9 92/1 93/20 95/12 95/14 95/15 95/15 95/22 103/4 104/14 105/1 132/25 134/5 156/1 156/4 156/6 156/7 156/16 156/19 156/23 157/5 172/17
facing [1]  89/17
fact [11]  36/1 53/13 56/22 65/20 67/20 68/1 69/21 78/21 88/20 108/16 158/19
factor [32]  17/5 20/6 20/17 20/23 20/25 21/13 21/14 21/17 60/2 68/14 68/15

68/19 68/21 69/3 69/4 69/18 69/22 70/3 70/4 70/24 84/1 92/17
92/19 96/25 105/14 105/14 105/25 109/21 123/17 139/6 139/23
factored [1]  137/20
failed [1]  126/19
fails [1]  101/10
fair [3]  34/13 59/15 101/23
fairly [3]  20/7 32/4 122/9
fairness [1]  80/24
familiar [9]  23/7 26/3 32/22 33/8 61/25 74/12 74/20 151/9 164/10
fan [1]  34/12
far [7]  35/17 43/21 50/1 63/1 133/19 159/21 163/18
fast [1]  97/25
FCRR [4]  2/19 175/7 175/15 175/15
features [1]  103/10
fed [1]  20/10
federal [6]  10/4 11/10 28/6 90/17 90/22 167/13
feed [1]  20/9
feel [2]  29/1 64/6
felt [3]  44/1 48/25 116/1
FEMA [17]  162/16 162/18 162/23 163/2 164/3 164/24 165/1 165/8 165/15 165/16 165/20 167/1 169/3 169/9 170/22 172/6 173/6
FEMA's [2]  164/2 168/5
female [1]  31/24
few [6]  33/21 53/2 81/15 93/7 119/3 172/1
field [11]  10/9 11/6 11/22 14/2 14/7 25/13 98/23 99/11 99/13 99/14 99/21
fifth [3]  18/10 112/8 113/23
fight [1]  29/3
figure [23]  23/21 42/17 47/18 49/3 49/3 49/12 49/14 52/21 63/7 76/9 76/11 77/6 78/24 78/25 84/18 85/3 96/24 97/17 97/21 111/8 126/24 127/16 158/6
figures [12]  15/15 18/6 44/1 49/11 51/11 56/7 78/10 79/6 84/18 116/23 116/25 117/2
files [1]  11/4
fill [6]  17/4 70/17 71/4 92/18 130/17 172/3
final [1]  126/9
finalized [3]  144/23 146/13 146/18
finally [3]  28/20 50/20 51/14
financial [1]  164/6
find [8]  11/20 12/12 16/24 43/18 70/12 75/3 82/13 91/14
finding [1]  25/1
findings [6]  13/24 16/23 44/4 44/10 56/15 57/13
fine [10]  5/3 35/16 62/17 69/13 102/7 107/14 162/2 162/2 162/6 174/3
finish [1]  138/3
fire [1]  23/6
firm [1]  89/7
first [34]  12/2 17/15 24/2 24/25 26/21 28/3 28/8 32/9 56/14 72/7 76/16 76/19 77/12 84/23 93/8 93/9 93/10 95/4 95/16 96/1 96/2 96/4 103/8 107/16 107/21 107/21 134/13 140/8 143/5 143/7 153/17 153/18 158/22 172/1
fiscally [2]  66/22 70/12
fit [1]  137/16
five [12]  8/16 20/25 21/4 43/7 61/7 71/11 71/11 121/15 121/21 157/2 157/4 157/8
flag [1]  63/4
flesh [1]  103/4

**F**

flexibility [2]  20/7 95/23
flip [1]  88/1
floor [12]  2/16 22/6 37/4 37/4 37/5 37/6
37/9 37/19 37/20 37/22 37/23 41/25
floors [3]  37/5 37/25 43/1
Florida [4]  6/8 66/4 66/23 67/1
flow [2]  48/19 113/1
fluctuate [2]  146/2 146/15
fluctuates [1]  145/25
focal [2]  37/20 109/8
focus [2]  40/22 94/20
focused [7]  63/7 80/13 94/18 95/8 95/10
100/17 121/8
fodder [1]  39/6
follow [3]  127/5 158/18 159/11
follow-up [3]  127/5 158/18 159/11
following [2]  149/9 164/17
follows [3]  5/15 98/17 162/8
food [8]  88/22 88/23 89/4 89/4 90/4
90/24 91/3 91/6
force [1]  24/20
forecast [2]  23/23 42/19
foregoing [1]  175/9
forensic [1]  98/24
forget [1]  130/13
form [3]  10/15 53/21 102/1
formally [1]  5/20
format [2]  151/7 151/9
formats [3]  27/5 151/8 151/10
formula [1]  85/5
forth [6]  13/14 17/19 20/14 22/2 43/25
49/8
forward [3]  63/23 99/17 143/5
fought [1]  40/24
found [1]  88/25
foundation [4]  14/5 133/22 134/1 134/19
four [11]  7/25 10/23 11/8 18/8 37/5
37/24 43/1 43/7 51/7 87/23 122/25
Fourth [1]  7/13
fraction [1]  61/20
frame [2]  8/5 45/21
frankly [3]  29/16 62/25 157/19
FREEMAN [2]  2/4 4/21
frequently [1]  108/2 131/24 158/9
Friday [2]  46/7 123/22
front [5]  64/24 77/15 95/4 154/12 157/10
frontline [2]  124/20 124/24
FTE [17]  105/8 105/9 105/25 114/11
121/10 121/23 122/15 123/6 123/7
123/8 123/9 123/10 124/10 136/17
139/9 143/12 155/14
FTEs [27]  100/11 105/5 109/21 110/8
114/7 115/2 120/14 121/23 122/10
123/9 124/5 126/19 126/21 127/2 132/9
132/9 138/8 139/22 140/15 140/15
140/18 143/2 143/9 143/16 143/19
155/14 156/24
FTO [1]  44/13
fulfilling [1]  32/14
full [16]  5/16 35/23 38/12 45/10 56/13
93/11 98/18 100/11 105/5 105/9 105/10
105/11 123/20 123/22 160/5 162/9
full-service [3]  38/12 56/13 93/11
full-time [7]  45/10 100/11 105/5 105/9
105/10 105/11 123/20 123/22 160/5
function [13]  18/11 41/7 45/20 46/1
93/12 103/19 103/21 103/22 103/22
103/23 114/19 121/6 122/21
functional [1]  160/7
functions [6]  48/16 103/25 104/2 105/16
105/18 105/20

fund [1]  155/7
funding [30]  154/25 155/1 155/4
166/19 167/13 167/18 169/16 169/24
172/6 173/6 173/18
funds [21]  165/9 165/15 165/16 166/23
167/1 167/25 168/4 168/5 170/12
170/13 170/14 170/14 170/19 170/25
172/1 172/4 172/11 172/12 172/21
173/14 173/25
further [3]  144/7 160/14 174/20
future [2]  15/18 40/4

**G**

G-A-G-E [1]  98/20
Gage [36]  80/22 80/25 98/11 98/16
98/20 99/7 99/24 101/9 101/18 101/20
102/12 107/15 112/13 112/16 113/7
116/17 120/20 124/7 127/5 128/5
128/15 128/19 131/5 135/6 135/25
138/2 138/15 139/24 141/11 142/7
142/23 151/14 159/6 159/15 159/22
160/11
Gage's [1]  112/24
game [1]  18/13
gathered [1]  55/7
gave [17]  37/18 83/7 83/14 86/24 87/17
101/20 112/13 114/8 145/13 145/20
148/22 148/24 149/16 150/17 150/18
161/18 167/19
gear [1]  44/16
gear-up [1]  44/16
general [17]  7/10 38/13 89/19 103/12
106/25 111/25 116/7 116/18 119/16
125/18 125/20 127/6 127/8 128/16
131/5 131/7 150/6
generally [14]  14/2 28/13 42/9 45/18
58/18 64/13 102/25 135/9 153/23
generate [1]  90/21
generated [3]  45/6 52/17 90/16
generation [1]  27/16
generic [1]  21/14
get [58]  9/25 13/12 16/13 17/15 17/21
18/6 20/10 20/11 20/12 20/12 25/5
25/11 38/24 44/16 51/1 53/7 54/22 56/1
56/2 59/10 59/12 59/25 60/20 63/8
64/19 67/1 73/4 73/21 79/9 85/12 90/15
95/2 95/4 95/15 95/16 96/19 104/13
104/25 108/22 110/23 112/3 112/18
119/18 120/24 120/25 121/17 127/20
130/10 135/16 138/10 142/20 144/18
156/13 158/4 163/24 164/16 164/19
165/25
gets [5]  10/22 37/22 46/7 49/9 123/15
getting [8]  25/1 29/13 42/12 59/22 66/14
108/3 117/14 137/18
give [11]  6/5 48/1 49/16 65/12 79/11
115/2 115/25 119/3 127/23 145/23
162/20
given [10]  40/10 44/21 67/23 106/22
108/13 109/16 109/18 115/12 130/19
161/23
glass [1]  27/18
globo [1]  62/7
go [70]  10/18 11/2 14/8 17/16 17/18
19/12 22/7 22/14 22/15 26/1 27/13 28/8
29/6 29/14 29/22 32/8 35/22 41/15
46/15 47/21 47/24 48/7 49/9 49/18
59/14 59/17 60/23 64/6 64/7 66/9 68/13
72/2 72/7 73/13 76/14 78/1 78/11 79/6
80/7 81/20 85/5 91/9 94/3 94/14 97/4
103/23 106/6 110/3 113/3 115/13
116/14 117/15 123/2 123/15 124/1
134/10 135/2 135/15 137/24 142/7

142/20 150/16 154/4 157/24 158/10
159/25 162/6 163/16 164/9 165/13
goes [7]  12/15 48/3 60/1 125/12 137/6
147/19 151/23
going [129]  11/16 12/19 22/12 22/16
23/12 23/15 23/16 24/14 25/6 25/9
25/17 28/15 29/1 29/2 29/2 29/8 29/9
29/10 29/10 29/11 30/3 33/7 35/3 35/5
35/7 35/14 38/21 39/8 40/12 41/10
41/22 44/5 44/5 44/6 44/6 44/7 48/19
48/20 48/21 49/25 50/1 50/2 50/10
50/16 50/24 52/11 60/18 60/19 60/20
60/22 62/14 62/24 63/7 63/22 63/25
64/2 65/2 65/9 66/11 67/20 70/20 71/9
71/10 77/8 77/18 79/5 80/11 80/21
81/20 83/18 84/16 85/23 88/20 89/22
90/20 93/24 93/25 94/11 94/12 94/13
94/23 94/24 97/22 99/14 103/11 103/16
104/25 109/16 110/25 111/10 112/2
113/13 113/21 113/22 113/23 113/24
115/24 120/23 121/12 121/18 122/10
123/19 124/8 126/18 127/5 127/6
128/23 131/19 132/1 132/8 134/17
135/1 135/19 137/8 138/6 138/15 139/7
144/15 157/11 158/6 159/21 161/16
163/17 164/14 164/18 166/10 167/17
174/23 174/24
gone [2]  27/9 46/13
good [23]  4/6 4/13 4/15 4/17 4/23 4/24
5/18 6/3 6/4 17 22/2 41/6 68/6 81/5 95/3
95/25 108/21 108/21 119/23 128/18
138/25 142/9 156/20 174/2
goodness [2]  29/23 96/3
got [41]  5/4 17/6 17/10 19/3 23/13 25/10
30/22 36/18 37/14 40/6 50/8 50/14
52/13 52/16 52/17 53/22 54/24 55/10
55/25 56/5 57/23 58/4 58/6 64/20 65/3
76/2 76/6 80/5 80/20 80/22 87/10 87/10
89/14 91/16 91/17 95/15 128/6 144/11
149/17 151/2 161/17
gotten [1]  14/23
govern [1]  86/18
governing [1]  73/16
government [2]  62/13 90/22
Government's [1]  168/18
governments [1]  164/6
Governors [1]  7/7
graduated [1]  162/21
grand [2]  23/8 40/17
grant [2]  169/11 172/18
granted [2]  165/9 169/25
grantee [1]  173/6
grantees [2]  168/13 168/14
grants [8]  164/11 168/13 168/13 168/16
169/3 169/11 169/16 169/24
great [5]  94/23 120/23 127/22 145/25
158/11
greater [2]  85/13 86/4
ground [3]  73/6 112/15 112/15
grounding [1]  139/13
group [6]  55/4 122/3 122/14 127/8
140/22 163/15
groups [3]  38/16 39/21 120/6
grown [1]  28/18
grown-up [1]  28/18
guaranteed [1]  76/8
guess [5]  9/10 63/3 63/4 88/5 132/3
GUSMAN [4]  1/7 4/9 4/22 91/23

**H**

had [60]  5/10 5/12 7/24 8/5 8/8 8/12
8/13 9/15 9/22 14/16 14/18 14/20 14/22
14/24 15/9 15/15 18/25 19/23 19/25

Case 2:12-cv-00859-LMA-MBN Document 1283-3 Filed 08/20/13 Page 186 of 202

had... [41] 21/18 24/19 24/25 34/16 37/6
48/17 49/4 49/23 50/11 72/10 75/23
76/19 77/5 78/9 78/11 78/25 80/1 80/3
80/20 84/1 86/21 88/12 88/20 89/7 89/9
89/15 89/22 90/12 90/25 93/3 97/21
139/19 146/14 146/19 148/3 160/5
161/7 162/4 162/4 164/23 165/24
half [6] 93/9 109/17 122/9 123/7 123/10
131/2
hall [1] 28/14
hallways [5] 26/18 28/21 28/22 33/17
91/19
hand [3] 33/24 40/7 84/6
handle [2] 44/11 118/9
handled [1] 39/17
handles [1] 39/20
hands [2] 32/12 32/20
hands-on [2] 32/12 32/20
happen [6] 23/14 23/19 41/8 84/5 89/8
167/7
happens [8] 20/20 32/17 41/6 41/11
109/24 110/2 128/9 155/8
happy [5] 25/4 57/22 59/22 79/7 164/16
hard [1] 40/24
harm [2] 110/2 111/23
harming [1] 48/22
HARRY [2] 2/7 4/25
has [65] 7/4 14/21 15/17 18/4 20/15
21/4 21/6 21/9 22/21 29/5 29/25 30/11
30/18 31/22 33/6 38/13 39/11 41/6
44/24 45/2 45/11 46/13 51/22 53/2
53/22 56/23 60/3 61/20 61/20 63/6
63/24 67/4 79/24 81/23 85/9 86/7 92/14
96/18 99/7 105/19 112/14 112/22
119/24 123/8 123/15 135/19 140/7
140/22 141/1 144/13 146/6 146/7 156/8
156/11 156/12 164/18 165/2 167/8
167/9 167/19 167/20 169/3 169/20
170/22 172/23
hasn't [4] 62/10 64/16 142/14 146/6
have [280]
haven't [10] 52/19 61/14 74/22 74/23
83/17 87/21 145/1 147/1 147/2 157/19
having [1] 5/14 11/2 34/1 46/22 88/6
98/16 120/3 133/7 162/7 166/5 172/15
hazards [1] 167/8
HB [1] 2/20
HB-406 [1] 2/20
he [70] 6/14 14/3 14/6 15/7 15/9 21/14
38/24 39/1 39/5 39/11 41/1 46/13 46/18
46/24 46/25 47/6 47/14 48/1 50/16
50/17 54/16 55/7 55/17 60/10 60/12
60/16 63/19 63/25 64/3 64/14 64/16
64/19 64/20 65/3 66/8 66/13 66/14 76/7
77/22 77/23 78/25 79/11 79/11 79/13
79/13 79/17 79/17 80/1 80/2 80/2 80/3
80/4 80/4 80/7 87/15 87/17 91/25 91/25
94/8 94/11 99/10 99/12 112/18 134/2
134/8 140/24 149/12 149/17 161/20
163/18
he's [23] 14/6 14/7 39/4 47/3 47/4 50/16
54/11 54/13 60/8 61/11 61/19 75/4
77/21 77/23 79/2 79/14 81/5 99/20
102/3 116/18 128/6 134/16 163/20
heading [1] 152/15
headquarters [1] 171/15
health [79] 24/7 39/22 89/22 99/13
99/15 99/21 100/8 100/16 100/17
100/18 100/24 101/11 101/13 103/6
104/12 104/25 105/15 108/3 108/18
108/21 108/23 111/11 111/13 111/14

111/20 112/1 112/7 112/10 113/8
113/17 113/19 115/23 116/3 116/7
118/17 118/18 119/4 120/11 120/13
121/16 122/4 124/18 124/21 124/23
125/11 126/3 126/22 128/16 130/15
130/20 131/7 131/9 132/16 132/17
132/18 132/20 133/6 133/13 133/24
134/15 135/7 136/8 138/16 138/22
139/5 140/19 143/3 143/6 147/5 147/21
151/17 151/18 151/19 152/5 152/8
153/24 153/24 157/14 157/21
health/medical/dental [1] 115/23
hear [10] 27/8 29/1 39/10 40/21 44/14
80/21 81/3 128/10 166/23 167/12
heard [17] 21/11 25/22 40/19 65/16
65/17 67/13 74/22 74/23 76/16 86/12
102/6 105/13 157/20 166/14 166/19
167/3 167/7
hearing [12] 1/9 4/10 34/2 35/9 38/22
39/7 39/10 97/20 101/20 134/10 134/14
157/20
heavy [1] 42/9
held [4] 20/14 30/5 120/10 163/1
help [6] 30/2 44/16 50/25 103/3 141/6
174/18
helped [1] 7/13
helpful [2] 63/1 64/4
helping [1] 34/13
helps [1] 67/24
here [38] 12/19 13/16 13/17 17/18 19/3
19/5 20/2 21/8 24/12 25/5 25/19 26/8
29/8 29/9 29/11 31/9 32/11 32/14 34/10
37/1 37/17 40/11 42/6 43/22 44/13 49/6
52/9 52/12 55/19 59/22 73/16 74/12
89/10 131/2 133/15 144/15 165/8
173/13
here's [1] 58/4
hereby [1] 175/9
Hey [1] 33/10
high [5] 50/1 58/11 107/22 108/4 108/5
high-tech [1] 50/1
higher [5] 25/18 30/4 33/14 41/21 50/9
higher-tech [1] 50/9
highlighted [1] 142/2
hill [2] 80/8 80/10
Hillsborough [28] 6/7 6/15 53/8 53/17
53/22 53/25 54/1 54/8 54/10 54/13
56/22 59/7 59/8 59/11 60/8 60/11 60/12
60/14 60/18 61/19 62/7 63/9 65/25
him [29] 11/21 39/9 46/14 54/14 61/9
61/18 61/19 63/21 64/12 64/13 77/18
78/1 80/22 81/5 87/10 92/2 92/3 92/4
99/8 99/14 102/2 133/25 134/20 135/1
147/25 148/3 149/19 159/21 173/23
himself [3] 82/6 82/7 82/16
hire [13] 18/5 19/24 24/1 24/15 25/4
34/24 36/1 50/24 51/3 83/23 94/21
130/22 140/12
hired [4] 24/11 81/16 94/22 97/24
hiring [5] 24/24 35/2 35/20 84/8 147/12
his [45] 12/24 15/3 15/7 15/11 27/20
29/25 38/24 39/3 40/21 46/15 46/16
46/19 46/23 47/5 47/6 48/4 54/16 55/4
55/10 60/12 60/13 60/15 60/16 60/16
63/18 64/5 64/19 77/18 79/22 80/23
81/24 82/12 99/8 102/3 102/6 128/5
134/25 140/3 148/5 148/5 148/14
147/14 149/16 152/7 163/18
Historically [1] 137/11
histories [1] 111/23
history [4] 108/21 108/21 108/24 109/4
hit [1] 30/1
hold [2] 10/8 85/21

holding [1] 41/13
holds [1] 90/6
holidays [1] 74/6
honestly [2] 60/19 172/24
Honor [150] 4/15 4/17 4/21 4/23 5/5 5/9
5/13 8/24 10/7 11/14 11/15 11/19 14/3
14/5 35/6 35/9 35/12 36/5 38/20 38/23
39/4 46/12 46/18 47/9 47/12 47/22 48/8
49/19 51/19 51/22 54/9 54/11 54/15
59/11 59/20 59/25 60/9 61/8 61/11
61/15 61/17 62/5 62/9 63/14 63/22
63/24 64/12 65/6 65/6 67/11 70/10 74/25
75/1 77/17 77/18 77/24 79/5 79/15
79/18 79/23 80/17 80/19 81/2 81/10
82/8 82/12 83/14 83/15 83/18 92/8
92/23 93/24 96/8 96/11 97/2 98/2 98/10
98/14 99/6 99/12 99/14 99/19 101/19
101/25 102/9 112/12 112/17 112/22
113/5 116/16 128/1 128/13 128/20
128/21 133/21 134/8 134/11 134/20
136/23 137/1 141/2 141/8 142/6 142/13
142/15 142/18 143/25 144/4 144/9
150/14 150/25 152/17 159/6 159/9
159/10 159/20 160/13 160/15 160/16
160/20 160/23 161/1 161/3 161/7
161/14 161/21 161/25 162/1 162/3
163/22 164/14 164/25 165/13 165/18
165/24 166/12 166/13 166/16 166/24
167/3 167/5 168/7 168/10 168/20
168/22 170/1 173/12 173/18 174/6
174/14 174/21
HONORABLE [1] 1/9
hospital [15] 22/13 22/15 71/9 71/10
89/11 89/12 89/15 124/11 133/15
133/23 134/13 135/12 135/14 136/21
137/2
hour [13] 15/4 18/1 18/2 18/3 20/24
105/12 109/17 109/19 115/8 115/14
121/20 122/9 122/25
hours [26] 15/6 20/25 21/4 21/5 37/7
37/22 43/8 46/5 52/6 52/7 94/8 109/17
114/9 114/10 115/9 115/12 121/22
122/10 123/5 123/15 133/14 135/8
137/15 153/17 153/18 154/3
house [6] 39/2 66/4 66/25 68/3 86/6
89/5
housed [4] 31/2 31/7 40/12 65/24
housing [18] 26/19 27/18 28/10 28/23
31/1 36/13 37/2 38/2 38/4 38/13 48/12
48/18 48/19 59/18 90/16 93/22 121/1
121/1
how [79] 5/8 9/2 11/5 14/3 15/7 18/21
22/15 22/25 24/15 35/14 35/17 36/8
36/24 49/2 49/21 51/15 52/3 54/3 54/9
55/7 62/3 65/3 71/8 73/25 74/3 74/6
75/8 77/1 80/5 84/19 87/7 89/21 94/24
95/5 97/17 97/19 99/4 103/11 104/1
104/7 109/10 109/22 110/18 112/19
112/20 115/8 116/11 117/13 118/7
120/17 120/20 122/17 128/18 130/16
131/24 132/5 133/18 133/22 134/3
135/12 136/15 139/14 139/21 140/4
154/5 155/7 157/7 162/18 163/11
163/17 166/17 166/19 169/14 169/16
169/19 169/22 169/24 170/10 171/9
However [3] 93/12 132/19 138/8
huge [2] 155/16 155/18
huh [6] 106/3 108/11 116/13 119/6
138/20 153/5
human [1] 32/24
hundred [1] 145/23
hundreds [2] 27/4 131/2
hurricane [4] 164/17 168/16 168/17

H

hurricane... [1] 169/4

I

I'd [11]  14/23 15/22 16/23 17/16 25/4
42/6 43/17 46/20 49/5 95/16 159/23
I'll [20]  35/17 54/22 57/22 59/20 62/17
64/1 65/11 66/20 69/13 77/17 78/2 81/8
82/17 83/19 87/21 98/3 128/3 128/11
168/2 168/8
I'm [120]  10/9 10/12 15/25 16/5 17/23
21/25 22/4 26/24 27/23 27/24 27/25
28/1 29/9 29/11 32/25 33/9 33/9 35/2
37/7 39/3 39/8 44/13 47/22 50/17 54/14
55/7 55/13 55/17 56/9 58/10 58/13
59/22 60/19 60/20 60/22 61/6 61/17
61/18 61/25 62/14 62/24 63/6 63/13
64/2 64/3 64/12 64/13 65/2 65/9 66/11
66/12 70/12 73/13 74/12 74/20 75/3
76/18 76/24 79/7 80/11 80/12 80/25
81/1 82/13 84/13 84/16 87/22 89/24
90/7 92/3 93/24 94/23 95/10 97/2 97/20
98/24 99/5 110/24 111/18 112/12
115/13 116/24 120/15 125/9 127/5
131/12 134/12 134/14 135/1 136/20
137/16 138/15 141/7 141/19 146/16
147/19 148/10 152/12 151/9 152/3
156/8 156/10 156/14 158/1 158/24
160/17 160/25 161/14 162/24
163/4 163/16 163/16 164/13 164/15
165/13 173/9 173/25 174/2 174/3
I've [42]  7/11 8/15 8/17 8/18 8/20 9/12
10/14 13/16 14/10 14/11 14/16 22/22
24/17 29/16 36/13 41/24 44/15 51/8
53/12 53/23 56/11 57/23 58/6 70/18
73/7 76/18 76/19 76/20 81/25 86/19
87/10 122/6 124/10 125/6 127/12
136/17 139/9 141/21 151/8 152/25
161/5 162/19
idea [8]  28/24 54/7 62/3 74/8 103/17
104/1 110/23 142/9
identification [1]  112/4
identified [4]  79/24 113/10 118/21
119/13
identify [3]  113/17 172/15 172/23
ill [7]  103/14 106/12 106/15 120/1 125/4
125/15 125/25
illness [10]  107/25 111/21 111/24
113/14 113/16 116/17 118/25 119/8
120/2 120/7
immediate [4]  42/4 116/7 116/8 158/23
immediately [3]  45/11 84/5 93/1
imminent [2]  110/1 113/15
impact [5]  40/14 104/8 116/12 135/13
135/20
implement [4]  21/9 32/17 166/19 167/14
implemented [1]  37/16
implementing [3]  12/3 12/6 163/5
implications [1]  12/18
Implicit [1]  108/16
importance [1]  24/1
important [16]  103/9 104/3 106/2 106/3
107/19 107/20 108/6 108/23 109/7
118/5 120/4 121/4 132/18 139/6 139/15
166/4
improper [1]  134/18
improperly [1]  77/7
improvements [10]  165/5 165/8 165/11
165/17 167/2 167/6 167/15 168/1
171/10 174/1
in-house [1]  89/5
in-person [1]  158/11

in-service [1]  44/12
inability... [1]  44/4
inadequacies [1]  39/5
inadequate [6]  17/2 17/20 101/12
101/14 101/15 101/16
include [15]  15/24 16/16 24/7 48/10
96/20 100/11 105/18 110/21 111/9
111/12 115/17 126/19 126/20 126/24
152/4
included [7]  75/15 75/16 105/14 106/23
139/6 139/23 141/18
includes [7]  9/9 36/11 63/18 117/5 127/1
142/1 164/8
including [7]  10/6 10/10 11/22 15/15
116/23 136/6 166/20
income [8]  54/8 54/10 59/11 60/1 60/7
60/14 61/1 61/19
incomplete [1]  160/8
incorporated [5]  13/18 90/13 90/18
132/23 153/25
incorrect [4]  79/1 79/2 83/11 83/13
increase [13]  23/20 24/19 42/16 67/15
67/16 67/18 74/14 74/18 77/10 77/13
90/11 92/25 92/25
increased [2]  69/22 90/8
increasing [1]  90/12
increments [2]  24/17 85/10
incur [1]  137/13
incurred [2]  100/14 167/10
Indeed [1]  127/17
independently [4]  45/6 55/11 149/25
150/2
indicate [1]  155/24
indicated [9]  14/23 15/9 15/13 43/2 78/9
84/1 131/15 146/15 158/19
indirect [1]  135/20
individual [2]  122/5 123/3
individually [1]  37/15
individuals [12]  105/5 108/9 110/9
119/22 124/16 131/24 134/21 134/23
135/7 135/13 149/1 159/18
ineffective [2]  81/23 82/22
influence [1]  136/7
information [36]  13/12 13/13 13/14
13/18 13/23 14/1 14/10 14/23 15/16
52/13 52/16 54/20 55/10 55/20 55/22
55/25 56/1 62/7 64/4 64/19 73/21 73/23
75/23 75/24 77/6 80/5 93/16 102/22
106/8 106/19 106/22 109/5 115/25
146/19 164/18 165/25
infrastructure [2]  85/15 164/8
Inglese [10]  102/17 134/6 140/10
140/15 140/22 140/23 141/1 149/10
150/7 157/14
Inglese's [6]  102/22 139/24 140/18
147/22 149/2 152/4
inherent [1]  63/4
initial [12]  56/15 101/12 101/13 114/5
115/6 115/7 126/19 127/2 132/8 143/2
152/16 153/12
initially [1]  110/5
injuries [1]  109/9
inmate [14]  30/17 33/11 34/2 59/6 66/3
67/10 84/17 85/4 85/7 85/23 104/19
116/2 144/18 151/3
inmates [68]  7/22 16/20 17/10 17/21
20/9 20/11 20/16 20/21 21/22 22/8
22/11 23/17 26/18 27/7 27/23 28/1 28/11
28/25 29/24 30/2 30/4 31/25 33/2 33/7
33/10 33/22 34/17 37/3 37/5 37/7 38/14
38/16 39/16 39/24 40/22 41/24 42/5
42/8 42/10 43/20 46/5 48/13 48/20
65/17 65/21 65/24 66/14 66/15 66/23

67/2 67/8 68/4 72/9 84/10 84/25 85/10
95/21 85/16 86/15 87/13 87/19 94/9
104/19 145/7 145/12 152/24 152/25
153/9 153/13
Innovation [1]  30/8
innovative [1]  41/1
input [1]  87/10
INS [1]  90/17
inside [4]  27/17 28/10 28/24 49/10
inspecting [1]  87/23
instance [8]  13/14 43/13 85/3 103/21
105/18 105/23 110/14 135/22
instant [1]  29/15
instantly [1]  84/3
instead [3]  31/11 76/25 104/19
Institute [3]  7/11 8/19 58/19
institution [1]  16/1
insufficient [1]  32/18
insurance [1]  75/20
intake [19]  23/1 36/11 36/25 107/16
107/19 108/10 108/15 108/18 109/10
110/10 110/19 117/2 117/7 126/21
126/22 126/25 153/14 153/16 153/22
intakes [3]  108/12 108/17 109/16
intended [1]  49/1
intends [1]  170/22
intensive [7]  12/17 33/25 34/4 34/7
41/22 42/6 87/13
intent [1]  15/11
interest [1]  137/13
interested [4]  35/14 63/13 80/25 173/25
interesting [1]  63/4
intermittent [1]  27/5
internal [3]  43/24 44/4 45/14
internally [1]  17/10
Internet [1]  62/16
interpersonal [1]  31/23
interpretation [5]  115/16 115/18 157/13
157/15 157/19
interpretative [1]  158/12
interpreter [2]  158/8 158/23
interpreters [1]  157/13
interrupt [2]  112/12 173/11
intervention [2]  116/8 116/8
interventions [1]  118/4
interview [1]  109/3
interviewed [1]  12/24
interviews [2]  43/22 71/24
intoxicated [1]  107/25
introduce [2]  79/7 141/5
introduced [2]  83/17 150/25
intuitive [1]  96/2
investigation [2]  56/20 84/9
investigations [1]  44/8
investigators [1]  25/1
involuntary [1]  153/5
involve [1]  9/2
involved [1]  7/12
involving [1]  125/8
is [407]
isn't [25]  26/1 29/23 31/23 32/2 53/5
53/18 53/24 55/9 56/24 57/5 67/22 68/4
68/9 68/19 70/3 78/19 79/3 84/16 87/5
90/8 137/2 146/9 154/9 156/4 156/23
isolated [1]  42/13
issue [18]  18/19 35/5 35/7 38/21 46/2
46/4 46/21 48/15 63/2 100/24 120/1
125/8 130/9 135/18 137/7 140/24
165/19 166/4
issued [1]  7/17
issues [16]  44/24 46/9 46/17 47/1 47/19
48/17 50/8 50/14 53/7 60/5 63/21 75/4
97/13 138/7 164/20 173/13

## I

it [385]
it's [178]
its [3]  46/11 49/1 82/22
itself [5]  34/6 96/5 116/5 128/12 137/9

## J

J-E-R-E-M-Y [1]  162/12
jail [109]  6/14 6/15 6/18 6/20 6/22 7/16
7/21 8/11 9/16 9/18 9/25 12/7 12/14
12/16 15/20 16/1 16/3 16/5 16/24 16/25
17/2 17/19 18/4 18/8 19/9 19/14 19/20
19/25 20/6 20/15 25/16 26/13 26/14
26/16 26/17 26/21 28/3 28/8 28/16
29/21 30/8 30/9 30/17 30/21 31/4 31/19
32/8 32/9 33/16 33/17 33/22 34/16
35/15 35/25 36/11 37/20 37/23 37/24
38/9 38/11 38/12 39/1 40/15 41/6 41/13
44/25 45/19 45/24 46/21 47/4 49/5
50/24 51/2 53/19 58/19 58/20 63/11
65/25 67/14 67/17 68/20 68/21 69/3
69/18 86/17 86/18 86/19 86/21 87/11
89/11 91/15 91/18 93/1 93/13 95/8 97/6
97/8 104/9 107/24 108/2 108/4 109/25
112/2 125/15 168/1 170/13 170/20
171/1 171/16
jails [39]  6/24 7/3 7/4 7/14 7/16 8/17
8/20 14/11 19/18 26/22 27/3 27/13
27/16 29/20 29/21 30/16 31/9 33/24
45/5 45/6 46/4 53/12 57/14 57/18 58/11
58/12 58/14 58/15 58/21 59/5 60/10
63/3 67/22 87/11 88/13 88/14 88/15
91/5 107/21
jails' [1]  145/24
Jefferson [3]  55/18 163/4 163/9
Jeremy [8]  160/15 160/18 162/7 162/11
162/15 164/10 168/12 168/25
job [11]  17/21 18/6 22/17 25/10 32/21
63/1 81/5 89/21 124/24 139/2 150/5
jobs [2]  25/1 163/1
Jodi [4]  2/19 175/7 175/15 175/15
JONES [4]  1/5 4/9 33/10 33/10
judge [40]  1/10 46/24 54/20 57/12 59/15
60/21 62/12 62/19 64/21 65/9 65/13
66/8 66/20 69/14 75/22 80/11 80/24
81/8 81/13 82/17 86/9 95/5 96/15 113/4
127/5 128/3 134/2 134/13 134/24 135/3
147/1 150/22 150/24 154/3 157/12
160/1 163/16 167/16 173/9 174/3
judgment [29]  12/3 12/7 12/13 12/18
12/21 17/3 23/10 23/15 43/18 43/21
44/2 45/16 50/21 51/1 51/10 96/6 97/8
97/14 102/19 102/21 105/6 111/4 115/5
118/7 118/11 132/13 138/13 167/11
167/15
judgments [1]  103/9
July [5]  12/11 77/12 144/22 146/17
146/21
July 10th report [1]  146/21
July 12th of [1]  77/12
July the [1]  12/11
jumped [1]  17/24
June [1]  101/21
June 6th ruling [1]  101/21
jurisdiction [5]  18/25 19/10 31/2 37/17
55/12
jurisdictions [6]  18/16 19/2 19/7 22/21
73/7 76/7
just [121]  6/18 7/17 10/17 10/24 11/3
14/18 16/2 18/1 18/3 20/10 20/12 20/20
21/6 21/13 21/15 22/11 24/8 26/1 26/17
27/12 27/23 28/11 28/21 33/16 33/17

35/13 36/15 42/11 43/3 46/10 49/9 52/7
53/7 55/11 57/23 57/17 61/11 61/16
62/5 64/9 67/20 68/10 68/13 70/12 71/3
72/5 72/16 73/16 77/9 78/11 78/18 79/5
79/19 85/22 85/24 87/22 88/5 90/25
91/9 91/15 91/18 92/11 92/23 93/7
94/10 95/23 96/13 100/17 102/5 105/9
105/18 106/3 107/6 111/8 116/17
116/17 120/22 123/10 125/14 125/17
127/22 130/12 131/2 133/13 134/2
134/4 134/16 135/4 137/3 137/3 137/16
143/9 143/21 144/9 144/11 144/14
148/20 149/14 150/1 150/16 151/14
152/3 154/11 155/12 157/1 157/14
157/25 158/1 158/18 159/10 160/25
161/12 161/15 163/17 166/25 170/1
171/11 171/16 174/23 174/25
Justice [17]  1/19 90/13 90/17 148/23
148/24 149/2 149/16 150/9 164/10
166/7 166/25 168/12 169/5 169/11
170/17 171/12 171/14
Justice's [1]  150/1
justification [1]  9/22
justify [2]  8/8 9/23
juveniles [1]  30/19 39/22

## K

KATHARINE [1]  1/13
Katie [1]  4/19
Katrina [4]  164/17 168/17 169/4 172/24
keep [6]  9/25 41/3 41/5 42/11 63/11
95/3
keeps [1]  112/14
kept [2]  39/19 120/8
KERRY [2]  1/13
key [3]  71/18 71/19 72/3
kids [3]  28/14 28/18 29/17
kind [13]  9/11 14/10 15/14 18/12 40/10
49/10 73/14 79/10 102/2 121/6 145/8
157/25 173/23
kinds [11]  48/20 49/5 102/25 103/18
106/4 108/20 118/2 119/3 121/8 121/18
131/21
kitchen [1]  16/17
kite [2]  116/1 117/22
kites [2]  117/18 117/20
knew [2]  75/23 147/16
know [68]  5/12 16/2 17/18 18/18 22/15
27/7 27/8 30/3 30/10 32/9 32/14 32/25
32/25 33/9 33/9 35/6 39/25 49/9 52/24
53/4 54/4 58/4 58/4 61/12 63/11 64/9
65/5 66/14 69/8 69/15 71/9 73/25 74/3
74/6 74/10 74/10 74/11 75/19 76/25
79/10 80/13 94/22 103/11 116/3 121/4
124/21 126/5 135/10 137/2 137/22
139/16 140/6 140/24 141/7 144/13
144/25 146/10 146/11 146/22 147/15
149/13 149/20 155/1 155/15 159/23
162/4 164/22 165/9
knowing [1]  33/7
knowledge [2]  82/24 153/8
known [1]  62/21
knows [2]  83/11 170/2
Kopplin [2]  166/20 167/3

## L

label [1]  81/6 81/8
labor [11]  12/16 33/25 34/4 34/7 41/22
64/16 64/17 87/13 106/25 107/2 149/25
labor-intensive [1]  87/13
laboratories [2]  123/12 138/22
laboratory [2]  100/25 139/2
lack [4]  70/1 70/2 134/18 166/18

Lafayette [8]  13/21 18/16 55/11 55/13
55/23 75/14 75/22 143/13
LANCE [1]  1/9
land [1]  172/8
language [2]  115/18 158/14
large [3]  58/17 63/5 65/21
larger [2]  125/18 140/15
LASHAWN [2]  1/5 4/8
last [13]  10/23 52/22 62/8 81/24 82/23
86/7 95/17 103/24 135/4 143/25 144/14
147/16 160/19
last-minute [1]  144/14
lastly [1]  140/25
late [2]  8/3 28/7
later [2]  13/6 121/17
latest [1]  53/23
Laughlin [5]  52/14 54/25 55/1 55/23
56/2
Laughlin's [6]  15/1 55/8 64/20 64/22
73/23 93/16
LAURA [2]  1/21 4/13
law [9]  1/13 5/8 19/1 19/15 19/21 55/5
56/13 56/25 93/11
lawyer [1]  166/25
lawyers [2]  63/16 80/23
laxed [1]  172/25
lay [1]  35/3 35/8 157/3
laying [1]  35/25
lead [1]  163/11
leader [1]  163/3
leap [1]  134/4
learn [1]  32/20
learned [1]  72/10
learning [3]  28/14 28/16 120/7
least [7]  79/24 110/12 118/15 138/8
139/12 139/19 151/11
leave [10]  22/17 28/18 33/19 35/17
41/13 73/25 85/8 87/21 94/10 94/14
leaves [4]  17/21 37/1 124/2 131/11
leaving [1]  22/11
led [1]  101/21
left [1]  131/5
legislation [1]  89/14
lesions [1]  109/9
less [6]  19/17 84/19 85/23 104/20
140/10 140/13
let [34]  26/18 33/4 52/24 53/7 57/11
58/5 59/17 63/2 65/15 67/5 67/7 67/13
68/13 69/17 71/15 77/8 81/15 84/15
91/5 95/11 104/18 137/16 146/2 148/13
150/16 151/14 152/22 154/11 155/23
156/13 157/14 158/5 165/9 168/8
let's [16]  4/7 4/11 36/7 76/14 81/5 98/9
102/8 110/18 111/6 113/23 115/20
128/9 142/20 151/19 163/23 163/24
letting [1]  174/3
level [34]  16/14 16/25 17/24 17/25 18/14
18/22 28/4 33/14 35/14 41/21 72/11
85/17 92/25 94/18 94/20 106/12 110/9
110/16 112/1 114/14 114/15 118/12
119/13 119/15 120/15 121/13 121/24
122/5 125/5 127/2 127/11 127/12
132/10 140/20
levels [15]  9/10 16/11 29/2 30/11 91/12
100/23 102/2 106/18 107/12 109/15
114/2 114/4 114/12 124/15 138/18
liable [1]  167/14
liaison [1]  21/23
licensed [5]  110/12 110/13 114/24
114/25 115/1
licensure [1]  118/11
lieu [1]  70/13
lieutenant [2]  16/11 38/1

L
life's [1]  32/10
like [51]  5/11 5/20 7/2 7/6 10/5 15/22
16/23 28/11 29/2 29/7 29/15 31/21
31/25 32/9 33/3 33/23 34/15 41/14
43/17 44/14 46/6 49/7 50/3 50/10 52/14
64/6 71/9 89/16 95/23 105/19 107/15
111/7 124/11 126/8 126/15 128/11
132/15 133/25 135/25 138/5 139/16
144/1 151/7 152/13 159/23 161/3
170/25 171/15 171/25 172/24 174/6
likely [2]  95/3 103/14
likewise [5]  68/7 87/22 97/12 146/2
153/12
limit [1]  60/18
limitations [1]  60/7
limited [1]  131/20
line [7]  18/18 32/11 60/9 74/14 123/11
164/15 170/2
linear [6]  27/4 104/12 104/16 104/17
151/16 151/23
lined [1]  142/16
lines [1]  160/8
link [1]  138/11
list [4]  62/11 69/8 69/10 171/11
listed [4]  24/2 44/3 56/5 149/1
listing [1]  15/7
lists [1]  150/4
little [10]  6/18 9/20 20/7 27/20 29/17
31/25 78/18 130/10 147/11 158/3
lived [1]  8/10
local [8]  7/13 19/13 19/15 28/4 28/8
64/16 64/16 164/6
locally [1]  75/23
located [1]  118/19
lockdown [4]  29/7 29/14 38/13 42/10
locked [2]  27/20 27/24
logic [1]  39/15
long [13]  5/8 24/15 26/10 31/7 49/6
79/19 94/21 99/4 109/10 121/16 130/16
132/21 162/18
long-range [1]  94/21
longer [3]  128/19 130/10 137/12
look [30]  5/11 12/2 17/16 18/23 27/12
27/18 42/25 51/14 60/25 63/22 65/11
67/5 67/15 67/16 75/24 78/21 95/18
101/5 103/18 105/4 108/23 108/25
109/2 114/23 136/24 149/25 150/3
150/17 151/7 152/10
looked [18]  9/12 17/14 18/6 18/7 18/14
40/9 72/7 73/18 75/4 75/20 102/21
102/23 104/1 107/5 147/22 148/5 150/2
156/6
looking [24]  9/3 10/12 13/1 15/25 23/17
27/6 27/21 27/23 39/15 61/6 76/24
89/24 94/12 105/4 105/14 107/4 116/24
125/9 128/5 131/1 141/7 150/6 151/4
153/3
looks [1]  29/2
Los [1]  58/15
lose [1]  104/14
losing [2]  18/10 38/18
loss [1]  131/23
lot [10]  7/12 25/15 46/5 61/14 63/25
64/2 90/21 100/25 155/8 157/11
lots [2]  58/17 81/12
LOUISIANA [13]  1/2 1/14 1/17 2/4 2/9
2/13 2/17 2/20 13/17 89/10 162/16
162/17 175/9
low [5]  63/19 64/15 106/16 107/2 108/13
lower [7]  25/2 33/15 72/11 139/7 140/25
146/7 146/9

lowest [1]  115/13
LPN [2]  117/23 118/4
124/23 126/6 126/8 126/20
LPNs [12]  117/2 117/5 117/6 122/24
123/18 123/23 124/3 124/20 124/25
126/25 147/17 147/20
lunch [5]  17/10 128/23 128/24 130/9
130/13
LUNCHEON [1]  129/2

M
made [25]  14/17 19/25 26/7 26/16 28/20
30/6 46/18 69/19 73/1 76/17 76/18
76/21 77/23 79/11 79/13 79/14 79/17
80/4 94/24 102/3 126/14 128/6 142/24
164/4 172/13
mail [1]  127/20
main [2]  100/24 103/25
maintain [5]  46/20 46/22 47/7 50/25
94/7
maintained [5]  40/8 46/1 46/11 63/12
169/8
maintaining [3]  45/3 46/11 46/21
maintenance [20]  43/24 46/4 46/17
46/19 47/1 47/11 47/16 47/18 49/7
49/21 50/4 50/8 50/13 50/14 50/15 56/4
86/25 87/9 87/13 87/15
major [12]  12/12 16/12 16/13 24/16 38/5
57/14 58/14 59/5 86/19 100/22 101/9
140/8
make [51]  4/11 8/9 9/24 12/20 13/3
13/23 14/20 23/14 23/18 34/8 41/15
44/4 44/10 44/17 45/23 48/15 50/21
58/5 59/21 64/11 68/21 72/2 72/22 78/2
78/11 78/21 89/8 103/9 103/13 104/5
104/18 106/4 106/19 107/6 108/7 113/1
114/20 118/3 118/6 118/7 118/11 126/7
136/13 138/21 142/6 145/14 157/24
161/12 172/5 173/24 174/22
makes [1]  67/8
making [2]  72/13 124/15
maks [1]  71/12
male [1]  31/25
man [1]  92/16
manage [3]  67/10 67/24 163/15
managed [3]  43/2 77/1 120/25
management [5]  31/7 39/16 39/24 48/13
162/22
managers [1]  36/18
mania [1]  119/11
manned [2]  105/17 106/5
manpower [1]  34/4
manual [7]  44/20 44/21 44/22 45/4
45/11 86/13 86/22
manufacture [1]  61/1
many [40]  9/12 11/5 13/5 15/7 17/4
22/15 22/25 36/8 49/21 54/3 58/8 71/8
72/23 73/25 74/3 74/6 75/8 80/5 85/21
103/2 103/11 107/20 112/11 112/20
112/20 113/9 113/12 113/12 115/11
119/16 125/21 132/1 132/2 132/5
136/15 139/21 163/11 163/17 169/11
169/14
margin [1]  142/4
mark [3]  62/6 62/6 81/6
marked [2]  141/11 168/18
marketplace [3]  18/20 19/6 24/5
markets [2]  64/16 64/17
MARLIN [2]  1/7 4/9
Martinez [1]  28/5
Maryland [1]  8/21
mass [1]  30/20
master [3]  37/14 43/3 114/24

master's [9]  114/14 114/15 114/17
114/23 114/24 116/4 136/17 140/20
143/16
maters [1]  121/12
mathematical [1]  78/15
matter [8]  4/8 4/9 12/1 24/20 61/17
61/18 143/25 175/12
Matthews [4]  2/2 2/2 4/21 161/16
max [1]  31/9
may [44]  22/2 22/20 22/20 27/19 36/17
36/22 58/12 59/13 61/8 63/4 71/11
77/17 96/9 96/13 98/10 105/11 106/14
107/24 107/25 109/25 110/1 110/3
116/23 122/14 128/8 131/14 133/5
134/5 134/6 134/15 134/15 135/22
141/2 145/3 145/4 145/12 146/17
151/12 152/13 152/14 153/5 158/8
168/20 174/5
May 2nd [1]  152/14
maybe [11]  29/17 54/1 57/11 58/15 69/7
128/20 128/21 135/21 147/1 152/3
156/12
me [72]  6/14 10/21 15/23 17/24 19/24
22/6 26/13 30/4 30/21 31/25 33/4 36/19
40/10 44/21 46/12 49/7 52/24 53/7 54/2
57/3 57/11 58/5 59/12 59/17 62/17 63/2
64/4 64/11 64/24 65/15 67/5 67/7 67/13
68/8 68/13 69/17 71/15 77/2 77/8 77/15
79/16 81/15 84/15 89/7 89/19 91/5
91/13 92/3 95/11 99/7 101/18 104/18
106/22 116/22 134/8 136/20 146/2
148/13 150/16 151/14 152/22 154/11
155/23 156/13 157/16 158/3 158/5
158/24 161/23 164/13 164/24 174/1
meal [2]  22/7 29/10
mean [29]  17/13 17/14 18/4 18/24 33/6
38/18 46/3 54/7 60/2 65/11 68/23 70/18
79/8 79/9 80/24 81/22 82/5 82/6 96/2
102/16 115/6 115/11 134/2 134/4 151/6
151/23 155/5 166/19 168/4
means [7]  17/6 20/8 41/11 83/24 112/8
117/24 139/16
meant [1]  55/14
meantime [1]  41/6
measure [1]  29/25
measures [1]  89/1
meat [1]  163/24
mechanical [1]  2/22
medical [42]  17/11 39/22 43/25 88/21
88/22 89/4 89/9 89/12 89/15 89/17
89/17 90/4 90/24 91/3 91/7 102/21
108/3 108/15 108/17 108/18 108/21
109/4 110/7 110/22 111/10 111/11
115/23 116/5 116/18 117/3 123/11
124/1 133/23 134/15 134/22 136/8
139/8 139/13 139/18 139/25 151/17
151/18
medical/clerical [1]  139/18
medically [3]  107/22 108/2 110/2
medication [3]  120/6 131/20 132/7
medications [9]  108/24 111/22 120/25
125/22 131/14 152/23 152/24 153/6
153/10
medium [1]  31/9
meet [2]  25/11 34/1
mega [1]  58/20
members [4]  6/23 112/21 114/13 155/12
men [1]  30/19
mental [85]  39/22 99/13 99/15 99/21
100/8 100/14 100/16 100/17 100/24
101/11 101/13 103/6 103/14 104/12
104/25 105/15 107/25 108/3 108/18
108/21 108/23 108/25 111/11 111/13

# M

mental... [61] 111/14 111/20 111/21
111/24 112/1 112/7 112/10 113/8
113/11 113/14 113/16 115/10 115/23
116/17 117/4 118/17 118/18 118/25
119/4 119/8 120/2 120/11 120/13
121/16 122/3 124/18 124/21 124/23
125/11 126/3 126/22 128/16 130/15
130/20 131/7 131/9 132/15 132/17
132/18 132/20 133/6 133/13 133/24
135/7 136/8 138/16 138/22 139/4
140/19 143/2 143/6 147/4 147/21
151/17 151/18 151/19 152/5 153/24
153/24 157/13 157/21
mentality [1]  62/20
mentally [4]  106/12 106/15 120/1 125/15
mention [3]  115/7 149/9 155/24
mentioned [23]  14/14 20/5 21/14 23/21
25/12 25/17 68/14 72/15 75/18 90/5
95/7 106/4 110/8 111/8 111/25 122/16
124/19 126/20 134/13 136/3 137/2
147/11 150/8
mess [2]  30/3 45/8
met [1]  43/23
method [1]  84/4
methodologies [1]  136/14
methodology [1]  103/5
metro [1]  18/24
metropolitan [1]  28/7
mid [2]  125/5 127/12
mid-level [2]  125/5 127/12
midrange [1]  15/14
might [9]  31/5 68/13 96/2 121/24 133/23
137/13 156/20 158/3 167/14
Mike [4]  52/14 55/8 55/23 56/2
mileage [1]  5/12
military [1]  20/19
million [18]  9/19 24/3 24/6 42/20 53/23
61/4 89/17 100/9 126/11 126/18 127/16
169/18 169/19 169/20 169/23 170/7
170/11 171/13
mind [1]  33/25
minimal [7]  101/15 110/16 115/9 120/6
120/9 138/4 140/5
minimally [4]  124/13 133/4 138/12
138/14
minimum [10]  12/20 23/9 31/9 110/11
111/2 112/19 115/4 116/5 132/12
139/20
minor [1]  30/20
minority [2]  152/25 153/1
minute [8]  23/12 32/9 42/1 42/3 91/9
98/4 144/14 166/2
minutes [6]  98/4 109/13 123/2 123/4
123/5 128/21
miscalculated [1]  80/2
misinterpreted [1]  15/2
mispronounced [1]  54/1
misread [1]  58/9
Miss [1]  33/10
Miss Jones [1]  33/10
missed [1]  109/25
mission [1]  63/15
mistake [8]  77/23 79/11 79/13 79/14
79/17 79/20 79/22 94/7
mistakes [3]  79/18 79/20 79/24
misunderstood [1]  116/24
mode [1]  72/3
model [3]  28/6 137/21 153/25
modification [1]  143/1
modified [1]  114/7
modules [1]  41/25

moment [5]  20/5 57/3 77/8 126/14 137/7
Monday [2]  137/23 161/22
monetary [1]  143/11
money [12]  70/8 86/5 90/16 90/21 90/22
91/6 94/24 97/18 97/19 164/16 166/9
171/9
monitor [14]  41/14 51/2 51/5 51/5 51/6
51/10 87/25 88/1 88/4 88/7 97/12 97/13
157/2 159/17
Monitor's [1]  87/24
monitoring [11]  51/4 51/8 88/6 100/15
104/3 119/18 122/22 123/10 155/10
160/4 160/6
monitorings [2]  104/5 155/9
monitors [1]  160/7
Montgomery [1]  26/2
month [3]  74/8 146/6 146/22
months [2]  130/22 147/12
more [48]  19/11 19/11 21/22 23/7 26/7
26/22 26/22 34/7 34/7 39/17 41/4 41/12
42/6 43/7 48/14 50/1 50/12 50/16 57/15
58/12 59/5 59/6 78/18 79/14 80/13 81/4
82/17 85/21 87/11 87/16 90/21 95/3
95/23 103/24 105/11 110/6 112/3 114/9
116/15 122/19 125/23 128/4 128/7
135/23 137/18 157/3 157/11 158/9
morning [15]  4/3 4/6 4/13 4/15 4/17 4/23
4/24 5/18 6/3 6/4 64/1 80/22 123/16
128/6 144/12
most [22]  10/24 11/2 15/15 17/24 31/9
41/22 41/23 53/16 73/3 103/8 106/3
107/20 108/11 110/13 115/11 122/4
125/4 125/24 140/19 151/9 166/4 172/9
mostly [2]  57/6 116/6
move [11]  5/20 17/10 22/8 65/10 65/15
99/17 122/13 144/1 161/3 163/23 174/6
moved [3]  22/8 118/10 162/4
movies [1]  27/6
moving [4]  24/21 33/7 111/14 138/25
Mr. [45]  5/21 6/3 10/5 11/20 11/25 33/10
46/12 48/1 61/3 64/20 64/22 65/15
70/14 72/25 73/23 79/7 79/24 82/20
83/2 83/24 88/18 92/14 93/7 93/8 96/18
97/15 97/16 98/12 136/19 144/11
152/10 159/15 161/4 161/16 161/17
163/16 164/13 166/17 166/20 166/25
167/3 167/7 173/9 174/4 174/4
Mr. Arcuri [1]  174/4
Mr. Armbruster's [2]  161/4 161/17
Mr. Jones [1]  33/10
Mr. Kopplin [2]  166/20 167/3
Mr. Laughlin's [3]  64/20 64/22 73/23
Mr. Matthews [1]  161/16
Mr. Parrish [20]  6/3 10/5 11/20 11/25
46/12 48/1 61/3 65/15 70/14 72/25
79/24 82/20 83/24 88/18 92/14 93/7
96/18 97/15 97/16 167/7
Mr. Parrish's [5]  5/21 79/7 98/12 144/11
152/10
Mr. Romero [1]  83/2
Mr. Rose [4]  163/16 164/13 166/25
173/9
Mr. Rosenberg [5]  93/8 136/19 159/15
166/17 174/4
much [26]  5/12 7/1 39/12 52/3 94/24
97/18 97/19 101/12 104/2 104/13 105/1
122/15 128/19 130/20 135/23 139/7
145/24 157/3 157/7 160/12 169/16
169/19 169/22 169/24 170/10 171/9
multiple [3]  77/24 77/25 79/18
municipal [7]  67/21 69/3 86/17 86/18
88/13 154/2 171/16
murder [1]  30/20

muscles [1]  32/2
muscular [1]  30/1
must [30]  51/16 61/9 90/9 110/24 11/1
13/18 14/17 14/22 14/25 15/13 17/25
18/18 18/24 18/24 19/20 21/20 23/5
24/18 24/23 26/12 29/23 30/3 30/13
31/2 32/10 33/2 33/3 34/16 39/4 39/8
39/15 40/25 43/22 44/3 47/22 49/5 51/8
52/5 53/11 54/2 57/23 63/1 69/19 71/7
71/25 72/8 72/9 72/11 72/11 72/13
75/15 76/6 76/9 76/18 78/10 82/18
82/24 84/4 87/20 88/5 88/5 89/2 89/24
94/25 96/3 102/14 102/15 102/23
103/24 106/14 106/16 110/11 110/21
118/23 121/13 132/14 132/19 135/11
141/8 144/19 145/10 147/11 149/4
151/5 156/17 159/21 162/11 167/18
175/10
myself [1]  70/18

# N

N.W [1]  1/22
name [7]  5/16 5/18 98/18 117/22 160/17
162/9 162/11
named [1]  55/17
national [10]  7/10 8/19 57/14 57/17 58/2
58/10 58/11 58/13 58/19 67/20
nations [1]  6/24
natural [1]  164/17
nature [3]  32/24 131/23 139/17
near [1]  33/4
necessarily [5]  34/6 34/7 75/14 96/4
140/11
necessary [36]  15/9 21/3 21/24 42/4
42/11 43/2 50/5 50/7 51/1 105/22 111/3
112/19 115/4 115/16 117/25 118/9
119/14 119/19 124/16 124/23 130/14
132/5 132/12 132/20 133/2 133/9 136/2
136/16 138/11 138/12 138/14 138/19
138/21 139/4 165/8 168/1
need [74]  18/19 18/23 19/5 19/6 20/1
20/9 20/12 22/4 22/18 24/12 26/2 28/21
35/22 35/22 36/2 38/17 41/9 42/25 45/9
46/8 48/15 48/23 48/23 49/25 50/2
50/16 50/24 66/9 69/3 69/18 71/6 71/9
72/5 82/1 83/23 84/5 91/18 92/25 97/8
97/13 102/7 103/17 105/17 108/20
108/22 109/2 109/4 110/11 110/12
112/1 112/5 113/18 119/17 120/5
120/21 120/23 123/19 123/20 123/21
123/24 124/20 125/2 125/8 125/18
125/23 127/9 137/8 139/12 139/15
140/15 140/25 154/8 167/6 174/25
needed [28]  9/25 13/3 13/9 15/10 25/7
47/7 48/25 50/12 63/8 63/11 80/4 84/21
86/25 87/8 87/15 91/14 97/12 97/18
97/19 100/7 100/10 101/1 105/5 114/2
120/12 133/2 139/21 140/10
needing [3]  106/5 113/21 133/10
needs [39]  8/14 18/22 20/14 20/16 21/7
26/8 26/16 30/2 32/16 46/10 48/2 94/8
95/22 100/1 100/3 103/1 103/7 104/6
108/22 108/25 114/7 118/10 120/12
120/13 125/3 125/3 125/14 126/14
126/17 127/3 133/19 138/23 139/7
139/14 140/2 140/3 140/11 151/24
158/19
neighborhood [6]  43/8 52/22 54/5 61/3
75/10 87/17
net [2]  77/10 77/13
never [13]  13/15 14/16 22/15 33/9 37/10
50/10 50/17 55/8 61/11 61/12 62/11
72/8 134/13
new [79]  1/14 1/17 2/4 2/7 2/9 2/11 2/13

**N**

new... [72] 2/15 2/17 2/20 5/1 12/7
18/23 19/3 19/7 25/16 31/16 34/23
34/25 35/3 35/15 35/25 36/7 36/8 36/10
36/15 36/22 38/9 38/11 39/1 39/5 39/18
42/25 45/12 49/25 50/5 50/9 50/16 54/3
56/9 57/15 58/15 58/21 72/23 73/18
74/17 79/11 86/25 87/2 87/5 87/8 87/12
91/16 91/17 91/25 93/20 94/1 95/8
95/12 95/14 95/14 101/24 107/8 127/15
133/16 134/5 149/25 156/3 156/6 156/7
156/15 164/15 165/2 168/14 169/14
171/9 172/5 172/18 172/19
news [1] 41/6
next [9] 5/4 39/10 39/12 62/6 95/16 98/9
116/9 122/1 143/8
nexus [1] 102/1
nice [2] 28/17 32/10
night [7] 15/5 15/5 21/1 21/2 93/22
94/10 109/20
nights [2] 123/16 123/25
nine [1] 32/13
no [89] 11/14 11/15 11/19 14/5 15/25
17/5 20/17 28/20 33/15 35/22 45/7
48/18 49/16 50/8 51/17 51/22 52/8
52/21 55/21 56/11 56/19 56/21 58/7
58/8 62/3 62/4 65/1 65/2 66/2 66/9 67/1
67/2 67/17 67/19 69/12 73/13 74/2 74/5
74/7 74/8 74/16 74/20 75/2 83/13 84/12
84/14 85/25 86/6 86/12 88/1 90/9 92/3
92/5 92/20 94/7 99/18 105/22 112/8
112/25 114/22 117/12 122/2 133/21
135/15 137/12 142/15 142/18 146/12
146/19 148/2 148/3 148/4 150/8 154/25
157/5 159/3 159/9 160/10 160/23
160/24 161/1 161/7 162/6 163/22
165/16 167/9 167/20 174/14 174/21
nobody [4] 17/8 91/19 91/19 91/20
nobody's [3] 29/8 29/10 29/10
non [5] 56/2 56/3 59/4 59/6 160/7
non-deputy [2] 56/2 56/3
non-functional [1] 160/7
non-union [1] 59/4
non-unionized [1] 59/6
none [4] 10/15 25/17 38/14 160/25
nonprofits [1] 164/7
noon [1] 162/1
normal [1] 12/16
normally [1] 173/7
not [202]
note [2] 143/10 149/8
noted [1] 149/10
notes [1] 151/5
nothing [8] 44/24 45/10 73/11 90/12
144/7 145/13 163/19 164/18
noticed [1] 88/8
now [69] 7/16 16/23 19/16 19/23 21/20
21/22 22/10 23/11 23/11 24/7 24/12
32/6 34/25 35/2 35/21 35/22 36/2 36/7
37/18 39/11 44/11 45/1 50/17 51/19
57/11 59/13 59/14 63/2 63/20 75/11
80/25 83/19 83/23 84/6 84/24 94/1
98/12 99/24 100/17 102/16 103/5 106/8
106/10 107/15 109/22 110/18 111/6
115/15 115/20 116/11 118/16 121/19
122/22 122/25 126/16 128/23 131/11
132/15 135/19 135/25 137/12 138/15
142/10 144/13 147/3 154/11 158/18
171/14 173/16
nowhere [1] 134/25
number [91] 10/3 10/14 12/24 14/18
15/17 15/19 15/20 16/1 17/23 18/1
18/19 27/15 40/25 55/17 59/18 62/6
65/17 66/8 69/13 75/12 75/14 78/7
78/9 80/1 80/3 80/21 81/9 81/19 83/7
83/15 84/17 85/19 86/3 86/24 97/22
106/16 107/2 107/3 108/9 108/13
109/14 110/8 110/20 110/24 111/12
112/3 113/19 115/9 115/14 117/10
118/22 118/23 119/2 120/10 120/12
120/20 122/15 122/18 123/14 126/9
128/11 128/15 131/1 131/6 132/7
133/10 138/2 143/4 143/9 143/10
143/16 143/20 143/21 143/13 146/6
146/7 147/12 147/14 147/17 147/20
150/10 150/21 152/9 152/23 155/10
155/16 155/18 156/25 167/6 167/9
numbered [1] 175/12
numbers [31] 15/10 21/24 34/8 38/18
48/1 78/15 79/11 79/12 79/17 79/21
80/23 84/25 95/19 101/14 103/16
104/20 106/20 106/21 106/24 106/25
107/4 107/10 107/10 108/12 114/6
114/22 126/6 146/10 146/11 150/7
150/10
nurse [3] 115/24 123/22 124/5
nurses [5] 107/13 110/12 110/13 117/15
150/13
nurses' [1] 107/3
nursing [25] 100/12 105/18 120/16
120/17 121/15 122/16 122/21 122/24
123/8 123/11 123/12 123/13 123/24
123/25 124/1 124/3 124/7 124/17
124/19 124/20 124/24 125/1 125/1
123/1 140/17

**O**

object [6] 46/13 60/9 62/9 99/16 163/17
164/14
objected [2] 48/3 65/6
objecting [2] 39/3 136/20
objection [14] 14/3 39/4 54/9 59/24
61/11 99/8 99/18 142/17 144/6 161/6
161/9 166/12 170/1 174/8
objection's [2] 47/20 113/2
objects [2] 62/19 170/2
obligated [2] 169/4 170/7
obligates [1] 173/6
obligation [2] 173/20 173/22
obligations [2] 173/1 173/4
observation [4] 121/11 155/2 156/15
159/16
observations [3] 42/2 154/19 156/1
obtain [4] 13/11 75/23 76/5 109/6
obtained [2] 12/23 13/6
obtaining [1] 109/3
obvious [1] 17/14
obviously [4] 80/15 80/18 135/16 174/23
occasions [2] 7/8 10/3
occupied [1] 105/11
occurred [2] 24/19 141/22
occurring [1] 89/10
occurs [1] 8/17
October [1] 162/19
off [15] 6/8 10/24 17/7 20/19 22/14 35/3
35/8 35/25 62/12 85/20 125/1 142/10
146/21 172/3 175/3
off-shift [1] 125/1
offense [2] 31/10 154/2
offenses [2] 31/3 31/4
offer [6] 10/5 11/21 19/25 77/18 99/14
99/25
offered [3] 81/22 83/17 112/20
offering [1] 77/20
offers [2] 37/10 95/23

office [43] 2/2 2/15 6/8 10/1 14/24 15/16
46/10 52/15 53/8 53/17 54/25 56/5
56/13 56/17 56/23 73/13 75/9 76/3
81/18 82/10 82/22 83/1 86/14 91/11
93/11 145/11 145/20 151/3 162/16
164/19 165/14 167/20 168/15 169/5
169/12 169/13
officer [27] 6/9 20/18 20/19 25/13 27/6
27/17 28/10 28/24 29/5 29/14 29/23
29/25 30/3 31/17 31/20 31/22 32/7 33/6
34/10 37/3 37/23 42/7 62/15 93/22 94/8
94/10 94/10
officer's [2] 27/20 29/13
officers [41] 14/19 15/20 15/24 17/3
17/9 18/22 21/4 21/20 21/21 22/5 22/7
22/7 22/14 22/18 22/19 22/23 23/17
23/24 30/2 31/24 32/1 34/23 34/25 35/3
36/24 37/6 41/19 41/25 42/1 42/11
42/15 43/7 43/8 70/18 70/19 71/8 73/19
74/18 77/10 77/13 78/8
offices [2] 19/4 55/24
Official [3] 2/19 175/7 175/16
offset [1] 167/13
often [2] 120/2 138/20
Oh [5] 43/13 52/8 95/14 148/20 148/24
okay [53] 4/11 9/3 25/22 40/21 54/20
55/22 56/1 58/14 62/1 62/3 65/11 67/20
69/13 70/16 72/2 76/11 76/14 78/3 81/4
81/13 82/1 83/5 83/16 86/8 87/21 88/8
90/25 97/19 98/1 102/8 117/5 125/19
127/24 128/25 131/3 137/24 142/5
145/19 147/14 150/3 150/6 152/7 155/1
156/3 156/12 159/4 159/23 161/10
163/23 167/17 168/8 173/2 174/10
old [7] 7/25 23/3 23/6 24/20 27/6 29/7
95/21
oldest [1] 96/3
on-call [2] 132/15 132/17
on-site [12] 12/23 13/6 36/17 42/1 43/23
52/8 73/1 73/4 132/20 133/6 133/8
158/23
on-the-job [1] 32/21
once [15] 12/7 23/5 27/22 33/16 41/5
41/11 50/5 80/14 84/6 95/2 95/8 103/16
112/17 161/17 174/1
one [79] 10/8 18/19 19/13 20/25 21/2
21/8 21/19 22/3 28/19 34/10 37/9 37/18
37/21 38/17 42/7 42/23 46/13 49/15
49/17 50/23 52/24 60/5 60/21 60/21
64/15 68/1 71/10 71/18 76/21 78/18
79/14 80/1 83/12 83/13 86/7 86/17
86/19 87/21 88/8 89/25 90/3 90/25
92/11 96/13 97/3 102/4 104/3 105/12
109/17 112/8 113/23 114/6 115/8 115/8
115/14 120/21 121/10 121/23 121/24
123/9 125/10 125/14 125/24 126/13
128/4 128/7 130/12 131/21 139/4 142/1
143/9 143/25 150/10 151/4 155/11
157/10 157/12 160/7 166/3
one's [3] 17/18 17/18 48/22
one-fifth [2] 112/8 113/23
ones [4] 12/8 34/17 145/17 151/5
online [2] 35/15 35/25
only [31] 7/2 15/12 26/14 33/3 33/19
34/17 37/21 41/9 46/7 46/13 47/22
52/10 55/22 69/24 70/1 70/7 70/17
74/18 75/25 85/9 85/16 107/13 113/13
113/17 117/2 122/9 123/21 127/1 128/3
150/10 157/10
open [6] 4/5 39/14 39/19 45/12 85/9
95/8
opened [3] 24/16 28/4 42/24

Q

opening [4] 31/20 34/24 35/1 87/11
opens [7] 12/7 35/4 50/5 95/9 95/12
95/14 95/15
operate [6] 68/21 69/20 73/15 85/9
96/21 163/6
operated [2] 8/7 26/23
operates [2] 26/13 45/19
operating [10] 12/15 44/20 44/22 45/11
45/20 46/21 50/10 86/13 86/22 172/2
operation [14] 9/3 9/19 9/21 20/6 37/13
40/2 40/15 44/25 45/6 68/11 69/5 70/5
89/5 93/13
operational [10] 8/17 9/2 68/20 71/21
85/18 85/18 88/9 89/7 89/25 168/6
operations [7] 30/8 45/5 69/18 162/24
163/11 167/2 167/21
opinion [11] 11/25 12/9 67/14 86/24
99/25 100/3 100/6 110/11 132/14
132/19 147/11
opinions [1] 107/16
OPP [45] 71/23 71/24 101/10 102/21
105/5 107/11 108/10 108/11 117/10
118/12 122/24 127/7 131/17 133/5
133/11 134/23 135/18 135/22 136/16
136/18 137/9 137/10 137/16 138/3
138/16 139/25 145/7 145/18 146/12
147/15 148/18 148/19 148/20 148/22
149/4 149/5 149/10 149/17 150/10
150/17 150/17 151/22 164/19 165/8
167/22
OPP's [5] 103/6 107/4 135/13 137/13
159/16
opportunity [2] 37/10 62/22
opposed [6] 16/8 31/1 54/8 55/14 57/4
80/13
OPSO [1] 63/18
opted [2] 33/8 73/13
optimum [1] 97/22
oral [2] 64/20 64/21
order [9] 19/24 46/22 101/25 105/6
112/18 118/3 122/6 124/4 136/11
ordering [1] 139/14
orders [2] 139/1 139/1
ordinance [3] 56/8 56/9 56/11
organization [5] 6/23 6/25 7/1 7/3 7/9
organizations [1] 47/5
original [6] 14/22 70/20 78/22 144/3
144/23 145/1
Orleans [70] 1/14 1/17 2/2 2/4 2/7 2/9
2/11 2/13 2/15 2/17 2/20 5/2 19/3 19/7
42/23 52/10 52/25 54/3 54/8 54/23
55/19 56/12 56/17 60/7 61/20 62/3 62/8
65/17 65/21 68/2 68/15 69/23 72/23
73/18 74/1 74/14 74/18 75/8 77/3 80/6
81/17 82/21 84/1 84/10 86/13 93/11
96/21 100/8 106/22 107/1 107/9 124/2
124/22 133/16 135/6 145/19 149/25
153/9 163/4 164/15 165/2 168/14
168/14 169/4 169/12 169/14 170/18
171/9 172/18 172/19
other [66] 12/8 13/16 14/4 16/3 20/3
21/17 30/2 33/24 39/15 43/17 47/1
53/14 55/5 63/3 63/20 66/12 67/21
71/15 73/2 74/23 75/16 77/2 78/10 80/8
81/15 81/21 81/25 82/5 82/9 82/11
82/25 82/25 83/9 86/19 89/23 91/5 92/9
92/22 95/12 95/24 105/19 105/24 109/9
110/4 116/15 118/4 119/21 123/8
123/11 124/11 124/6 125/11 132/11
135/18 150/16 157/12 160/5 160/10
160/21 160/24 163/1 164/17 164/20

165/7 170/13 170/19
others [6] 46/18 85/13 106/6 116/3
otherwise [3] 32/24 84/20 102/8
ought [2] 71/3 130/21
our [20] 5/5 8/9 9/18 9/24 19/21 19/22
24/19 24/19 24/21 24/25 25/2 40/25
41/2 41/2 89/5 90/14 134/10 140/17
113/12 166/12
out [35] 7/22 16/8 17/24 18/2 18/2 18/12
23/1 23/16 27/18 27/19 27/21 29/5 31/5
32/11 33/6 33/13 40/12 42/20 45/21
59/14 70/12 72/5 75/4 79/2 82/13 93/22
94/10 94/15 97/17 103/4 126/5 131/8
158/6 162/5 167/5
outcomes [1] 136/11
outlawed [1] 71/3
outpatient [4] 127/11 131/19 139/7
139/9
outset [1] 76/15
outside [3] 8/14 47/5 109/6
outsourcing [6] 88/10 88/12 88/20 90/3
91/1 91/6
over [36] 6/18 7/12 7/21 7/23 7/25 8/18
9/20 10/3 11/8 15/17 19/19 19/20 23/21
24/17 24/21 27/14 34/15 34/16 34/22
37/1 42/17 46/10 52/17 53/2 53/13
58/19 65/24 74/8 74/14 75/11 81/24
87/12 89/10 121/16 127/6 134/9
overall [8] 85/2 100/10 104/6 104/9
106/10 124/2 143/18 143/22
overcall [1] 100/7
overhead [2] 75/19 76/3
overruled [8] 14/7 47/20 48/6 94/2 113/2
159/24 170/4 174/10
oversee [4] 22/2 118/12 123/22 127/8
overseeing [2] 82/2 82/12
oversees [2] 118/6 118/14
oversight [4] 9/11 82/8 156/23 156/23
overtime [12] 22/17 69/22 69/25 70/1
70/8 70/13 70/17 70/19 71/3 71/5 71/12
155/9
own [8] 8/16 22/22 27/20 121/5 134/14
151/5 153/19 154/2
owned [2] 172/15 172/17
owns [1] 172/14

P

package [6] 13/15 18/17 21/10 76/4
76/10 94/23
page [45] 3/2 22/24 47/9 47/10 47/11
47/13 47/14 48/10 49/3 56/14 57/20
58/3 58/6 58/7 71/19 76/14 76/22 76/23
76/24 77/9 88/1 93/8 95/19 114/8 125/9
126/12 126/15 127/15 128/7 136/25
136/25 137/5 137/5 140/6 143/1 143/4
143/8 143/12 143/22 143/23 151/4
154/14 154/19 155/24 161/16
pages [2] 128/8 149/9
paid [8] 19/17 19/22 40/11 67/1 70/19
74/6 89/21 90/16
pale [1] 46/15
panoply [1] 123/12
paper [2] 10/19 139/1
paperwork [1] 138/21
paragraph [3] 137/4 143/5 149/8
paranoid [1] 157/24
parcel [2] 46/23 101/19
pare [1] 60/22
Parenthetically [1] 140/11
parish [56] 2/2 13/17 13/20 23/3 30/21
42/24 52/10 52/25 54/8 54/23 55/13
55/15 55/18 56/13 56/17 60/2 60/3 60/7
61/20 62/8 65/17 65/21 68/2 68/15

69/23 74/1 74/14 75/9 75/21 77/3 80/6
83/7 82/18 132/1 186/23 188/15
93/11 93/18 95/22 96/21 100/8 106/22
107/1 124/2 124/22 125/21 125/21
135/6 145/19 153/9 163/5 168/15 169/4
169/12 170/18
parishes [9] 13/16 19/4 55/18 55/20
64/19 64/23 163/17 163/3 163/9
parole [1] 7/4
Parrish [26] 5/6 5/14 5/19 5/19 6/3 10/5
11/20 11/25 33/9 46/12 48/1 61/3 65/15
70/14 72/25 79/24 82/20 83/24 88/18
89/20 92/14 93/7 96/18 97/15 97/16
167/7
Parrish's [5] 5/21 79/7 98/12 144/11
152/10
Parrish-A-R-R-I-S-H [1] 5/19
part [22] 12/22 35/9 45/2 46/23 47/4
56/15 64/23 67/17 69/4 75/25 85/8 85/9
85/14 87/24 97/16 100/15 101/19
111/13 116/24 135/11 170/17 172/9
part-time [1] 45/2
particular [5] 60/3 66/16 103/15 114/16
158/13
particularly [2] 35/16 172/22
particulars [2] 103/4 116/10
partners [1] 54/2
parts [1] 36/13
passed [1] 109/25
past [10] 8/21 11/9 18/8 19/16 31/9
31/20 52/17 53/2 87/12 134/21
patient [3] 121/20 122/9 158/10
patients [8] 103/17 109/6 121/19 122/7
124/13 124/14 125/5 125/11
patrolling [3] 56/18 56/24 57/4
pattern [1] 20/4
pay [9] 18/17 54/12 59/6 69/24 76/1
90/23 94/25 135/19 172/2
paying [1] 135/23
payment [1] 69/22
peaked [1] 7/22
Pennsylvania [2] 1/22 8/20
people [122] 15/7 16/1 16/8 17/6 18/6
18/11 18/12 19/14 19/17 19/24 20/25
22/14 23/16 24/2 24/24 24/24 25/3 25/4
25/10 25/11 26/3 26/9 29/22 30/20
30/23 30/25 31/2 31/3 31/25 32/3 32/12
32/15 33/20 35/25 36/1 40/11 42/13
43/7 43/23 50/2 51/7 52/14 53/23 54/3
56/6 70/3 72/1 73/2 73/4 80/14 87/16
94/21 95/1 103/11 103/14 103/16 106/6
106/15 107/21 107/24 108/2 108/6
108/7 109/18 109/20 109/20 109/25
110/2 110/2 110/3 111/14 111/20
111/23 112/11 112/20 113/9 113/12
113/14 113/14 113/17 115/11 118/21
119/7 119/8 119/10 119/11 119/12
120/24 121/2 122/8 122/23 124/22
125/22 126/23 131/2 131/2 131/11
131/11 131/12 131/16 131/22 132/1
132/2 132/7 135/24 136/6 136/9 136/12
138/9 139/12 147/12 153/3 153/5
155/10 155/11 155/12 156/25 157/2
157/4 157/8 157/22 163/17
per [25] 51/7 59/6 60/11 60/17 60/17
63/3 63/6 63/19 64/4 64/10 64/13 66/23
109/16 113/22 113/24 113/25 114/9
114/10 121/20 121/22 122/9 122/10
122/24 123/1 123/4
percent [33] 12/14 18/9 19/21 28/23
28/23 29/19 65/24 74/15 74/19 75/19
76/8 76/9 85/19 85/23 85/24 104/24
104/24 106/11 106/15 106/16 111/25

Case 2:12-cv-00859-LMA-MBN Document 1543-5 Filed 08/20/19 Page 195 of 202

percent... [12] 112/4 112/5 113/11
113/22 118/24 119/24 131/10 132/3
136/3 138/6 153/3 153/4
percentage [6] 84/20 104/23 151/25
152/1 153/1 153/9
percentage-wise [1] 84/20
Perdido [1] 2/16
perfectly [1] 107/14
perform [3] 108/15 114/19 115/12
performing [4] 9/7 110/9 114/13 124/17
performs [1] 108/17
perhaps [3] 39/22 68/7 114/8
period [2] 74/17 143/6
periodically [2] 27/7 27/11
Permanent [2] 164/11 168/13
permit [1] 11/21
permitted [1] 56/8
person [14] 21/2 29/5 51/7 71/10 105/12
118/7 123/2 132/24 133/2 133/3 139/18
157/11 158/11 160/3
personality [1] 113/13
personally [2] 37/9 89/20
personnel [5] 44/24 44/24 75/13 84/8
87/23
persons [6] 41/14 119/4 120/10 128/15
131/6 133/10
perspective [1] 72/17
pharmacy [2] 109/4 139/1
phase [1] 8/4
Phelps [1] 2/6
philosophy [2] 71/21 72/4
phone [1] 158/4
phrased [1] 66/17
physical [4] 45/24 46/20 100/18 109/7
physically [3] 12/23 23/15 42/12
pick [1] 13/5
picture [2] 80/15 112/18
piggybacked [1] 139/8
pill [1] 123/11
pitch [1] 9/25
place [21] 12/5 21/8 21/19 22/8 22/9
24/4 28/19 28/21 32/14 34/16 43/4
45/12 45/13 70/21 72/9 75/6 85/15 86/6
86/20 95/3 96/4
placed [4] 31/17 39/10 153/5 171/22
placement [1] 121/8
places [3] 17/14 30/15 71/8
Plaintiff's [3] 5/21 141/11 141/12
plaintiffs [4] 1/13 1/16 4/20 81/23
plan [2] 8/6 38/7
planned [1] 7/23
planning [4] 6/9 15/18 94/22 121/5
plans [8] 36/15 36/18 36/21 38/24 38/25
72/3 87/3 156/6
plant [3] 45/24 46/20 47/2
Plaquemine [1] 163/9
Plaquemines [1] 163/5
play [1] 30/3
please [38] 4/12 5/16 6/5 22/24 38/20
92/11 93/9 98/10 98/18 102/12 103/5
104/7 105/25 112/9 113/7 115/21
117/20 117/25 118/17 119/3 120/19
122/17 124/8 127/23 133/18 136/1
138/3 138/18 140/3 141/2 141/15
142/23 162/9 162/20 163/14 164/2
169/2 173/4
pleased [3] 44/14 73/13 91/14
plow [2] 112/15 134/9
plowing [1] 112/15
plug [5] 21/21 41/24 75/24 92/19 96/24
plugged [1] 48/13

plus [3] 75/12 122/11 122/11
pod [2] 34/11 35/5 27/23
34/9 34/11 37/3 37/23 42/8 94/8 94/10
pods [8] 22/5 37/4 37/9 37/11 37/15
38/14 85/11 104/11
podular [2] 27/16 27/22
point [13] 28/2 37/18 37/20 47/22 63/5
72/13 87/13 120/18 137/7 157/12 165/6
167/5 167/18
pointed [1] 72/5
police [8] 18/25 19/4 19/7 19/10 51/9
73/14 74/18 171/15
policies [6] 43/25 44/17 44/20 44/23
45/3 45/15
policy [1] 122/24
poor [1] 101/14
poorly [2] 58/12 119/16
pop [1] 152/16
population [89] 38/13 39/2 40/2 40/3
40/4 40/7 40/22 40/25 41/2 41/3 41/5
43/11 52/13 52/19 52/25 53/22 67/10
67/15 67/16 67/18 67/21 67/24 68/2
77/2 84/1 84/6 84/6 84/18 84/23 85/4
85/7 85/17 85/23 95/6 95/11 96/5
103/10 103/14 104/7 104/15 104/19
104/23 105/4 106/10 106/12 112/1
112/4 113/11 116/14 118/24 119/6
119/16 119/16 119/24 120/23 121/4
124/11 125/6 125/16 125/18 125/20
125/21 125/21 125/24 127/7 127/8
127/11 128/16 131/6 131/7 131/18
132/4 136/3 137/8 138/6 144/18 145/6
145/8 145/11 145/20 145/25 146/14
146/17 146/22 151/16 151/22 151/25
152/18 153/2
populations [3] 52/18 119/7 145/9
portion [1] 73/17
pose [3] 108/7 111/22 113/15
position [10] 8/11 20/25 99/1 105/10
109/19 125/7 127/14 139/5 162/23
163/1
positions [10] 21/18 22/1 43/19 45/14
71/11 72/1 105/16 105/22 106/7 130/17
positive [1] 67/11
possess [1] 114/13
possible [4] 38/16 115/13 133/12 156/20
possibly [4] 36/1 72/18 95/5 140/21
post [10] 8/11 13/1 17/4 20/18 21/3 21/5
22/6 22/11 23/16 92/18
posts [11] 16/6 17/4 17/16 22/18 23/18
43/7 70/4 70/12 92/16 105/17 106/5
potential [3] 108/25 154/18 166/9
potentially [2] 115/25 136/5
Poverty [3] 1/13 11/18 166/15
Poydras [3] 2/3 2/12 2/19
practical [5] 26/14 30/7 110/12 110/13
157/21
practice [3] 22/19 45/18 159/17
practicing [1] 5/8
pre [1] 170/24
pre-disaster [1] 170/24
precise [1] 145/13
precisely [1] 146/24
predicate [2] 11/13 134/11
predictions [1] 38/24
preface [1] 102/7
preference [1] 114/16
preferrable [1] 121/13
preferred [1] 84/4
premise [1] 69/17
preparation [2] 111/14 147/25
prepare [1] 52/7
prepared [5] 78/6 84/5 148/25 149/4

149/5
preparing [2] 52/3 149/12
prescriber [4] 125/3 132/9 143/10
143/13
prescribers [1] 140/14
presence [1] 125/11
present [7] 14/25 40/6 50/13 70/2 101/4
118/20 132/20
present/existing [1] 101/4
presentations [1] 8/9
presented [1] 82/21
presently [2] 119/7 147/15
president [2] 6/19 164/5
pretty [7] 45/25 46/3 101/12 118/23
118/25 155/16 155/18
prevent [2] 136/11 157/23
previous [10] 10/23 102/15 102/15
102/24 106/14 118/24 134/10 135/6
146/22
previously [5] 10/18 82/24 99/11 102/6
150/8
primarily [7] 53/8 100/24 109/8 119/11
121/8 122/21 131/19
primary [2] 93/12 119/6
principles [1] 32/13
printed [1] 62/21
printout [1] 56/5
prior [1] 108/24
prison [28] 23/3 30/17 30/21 52/10
52/25 65/18 65/21 68/2 69/23 77/3 80/6
84/2 84/11 95/22 96/21 100/8 104/10
106/11 106/22 107/1 113/10 113/11
124/2 124/22 125/21 135/7 153/9
170/18
prisoner [3] 112/6 115/22 117/22
prisoners [8] 109/14 111/17 111/19
113/19 117/16 117/19 119/14 127/8
prisons [6] 7/3 19/18 28/6 30/10 30/14
30/16
prisons' [1] 145/25
private [3] 89/7 89/22 172/7
privatized [1] 88/21
privatizing [3] 90/4 90/4 90/25
probably [9] 6/23 39/10 73/3 87/11
128/20 139/8 141/6 142/9 157/9
probations [1] 7/3
problem [16] 18/4 31/6 31/7 35/17 58/4
82/18 97/17 115/23 116/3 118/9 119/25
122/1 122/2 136/4 158/5 162/6
problematic [3] 24/14 41/23 86/6
problems [8] 63/6 113/10 113/12 116/13
117/14 136/8 138/9 160/3
procedure [4] 44/20 44/22 45/11 45/15
procedures [6] 43/25 44/18 44/21 44/23
45/3 45/21
proceed [1] 35/18
proceedings [4] 2/22 4/1 175/4 175/11
process [9] 12/22 24/13 72/12 75/17
105/21 112/13 118/6 118/14 126/20
processed [1] 154/5
processing [2] 23/2 36/12
produce [1] 154/24
produced [1] 2/23
productive [2] 40/14 91/1
professional [3] 7/1 47/5 133/7
profit [1] 164/7
profit/nonprofits [1] 164/7
program [7] 25/13 36/17 44/13 90/18
90/19 163/5 164/2
project [4] 36/20 71/8 133/10 133/12
projected [10] 15/8 15/12 41/10 109/14
110/18 122/16 126/4 132/5 139/21
152/5

**P**

projecting [1] 8/13
projection [6] 85/6 104/12 104/16
104/17 112/5 147/2
projections [25] 39/3 60/13 84/20 99/16
99/22 100/1 100/4 102/3 103/1 104/6
106/17 107/5 107/7 109/23 111/2 114/1
115/4 115/20 116/12 117/4 118/16
124/15 133/19 138/12 152/8
projects [1] 167/14
promoted [1] 6/10
proper [3] 9/11 48/23 110/14
properly [7] 10/1 34/3 43/2 48/16 94/9
118/1 120/25
prophesy [1] 32/14
proportion [1] 21/6
proposal [1] 94/6
proposals [1] 93/21
propose [1] 77/10
proposed [1] 81/22
protective [1] 39/21
prove [1] 62/17
provide [22] 21/2 22/1 43/23 101/10
101/14 101/15 101/16 108/21 112/21
117/16 118/2 121/7 127/9 131/17 132/6
132/10 133/7 134/6 135/13 135/17
154/23 167/25
provided [13] 62/22 81/24 82/21 89/11
107/11 110/22 114/6 122/5 134/5 137/9
145/18 165/2 169/17
provider [2] 125/6 127/12
providers [4] 111/15 118/4 125/12
138/24
provides [3] 7/5 120/22 164/5
providing [7] 16/16 16/19 114/20 122/1
122/3 137/14 137/17
proving [1] 79/12
provision [2] 133/23 134/15
provisions [4] 111/3 115/5 132/13
138/13
psych [1] 140/9
psych director [1] 140/9
psychiatric [17] 101/13 101/15 110/7
110/14 124/3 124/17 125/3 127/9
127/12 127/13 132/9 133/7 137/8 140/9
143/10 143/13 158/20
psychiatrically [2] 107/22 110/3
psychiatrist [16] 98/24 124/10 124/12
125/3 125/4 125/7 125/9 125/10 125/15
127/7 127/9 127/14 132/24 134/22
140/12 147/16
psychiatrists [2] 100/12 124/9
psychiatry [2] 98/25 99/2
psycho [1] 120/5
psychological [1] 114/5
psychologist [4] 114/15 121/24 140/12
143/14
psychologists [4] 114/17 114/23 114/24
140/21
psychoses [2] 119/11 157/23
psychosis [1] 109/1
psychotropic [6] 111/22 131/20 132/7
152/23 152/24 153/10
public [9] 61/18 62/20 62/21 162/24
163/5 163/8 164/2 164/3 164/5
pull [6] 17/6 22/14 57/19 93/21 94/9
114/8
pumping [1] 18/12
purpose [16] 6/25 46/25 49/1 77/20
114/5 115/21 115/22 116/2 167/24
168/3 168/9 170/25 171/3 171/5 172/1
172/4

purposes [1] 111/21
Pursuant [1] 1/23
pushed [1] 24/25
pushing [1] 81/20
put [22] 6/7 9/22 21/7 24/4 33/19 42/7
48/23 52/5 59/20 59/22 70/19 72/17
80/7 80/8 81/4 81/5 81/7 81/8 135/20
151/12 154/12 157/9
putting [6] 9/17 13/7 79/12 80/12 139/1
139/1

**Q**

qualification [1] 99/17
qualified [19] 10/2 10/18 11/6 18/5 24/2
25/2 46/14 46/14 46/24 46/25 47/3 99/7
99/10 99/12 99/24 116/18 116/8 151/21
163/20
quality [1] 109/22
quantum [1] 134/4
quarter [3] 18/10 121/20 128/25
question [32] 8/22 11/16 30/13 35/16
35/24 59/14 60/10 60/21 61/16 61/24
62/13 66/18 66/19 82/14 82/18 89/24
91/20 92/4 96/13 97/3 103/15 108/16
127/5 130/12 134/18 135/2 135/4
137/23 145/10 146/16 155/6 158/18
questioning [1] 170/3
questions [24] 11/12 11/18 51/23 63/16
64/1 64/5 64/7 71/15 74/23 78/1 81/15
84/9 92/7 92/9 92/22 134/9 134/20
159/5 159/11 159/15 160/10 174/4
174/14 174/15
quicker [1] 83/24
quickly [4] 35/23 108/7 142/7 158/9
quite [9] 8/18 29/15 62/25 72/18 104/11
107/2 120/2 140/16 157/19
quote [2] 71/20 71/20

**R**

R-O-S-E [1] 162/12
radio [1] 30/1
raise [1] 63/4
raised [2] 57/12 60/5
raising [1] 20/3
RALPH [2] 2/11 5/1
ramified [1] 143/21
ran [3] 6/10 6/18 86/21
random [1] 133/13
range [1] 94/21
rank [1] 34/17
rape [1] 29/10
rate [6] 18/7 18/9 18/12 64/10 64/13
122/8
rather [5] 95/21 111/11 127/13 135/23
156/23
rationally [1] 158/3
re [3] 170/25 172/1 172/4
re-purpose [3] 170/25 172/1 172/4
reach [1] 138/9
reaching [1] 43/21
read [9] 56/8 56/11 58/2 73/9 81/21
81/25 93/8 93/9 110/24
readily [1] 157/3
reading [1] 90/7
real [1] 142/7
realize [1] 167/16
really [30] 12/18 17/8 21/7 26/2 26/3
26/9 29/22 31/2 32/25 37/9 37/13 40/14
43/5 46/9 48/18 49/14 50/11 50/18 63/9
63/10 64/9 79/10 80/15 121/4 122/2
131/14 133/12 151/4 155/21 173/25
reason [9] 34/10 35/20 48/3 63/20 95/21
112/25 128/4 159/3 165/24

reasonable [16] 81/19 104/13 104/17
115 15 115/19 116/5 119/2 119/2
121/14 124/19 127/10 127/12 131/16
133/6 147/12 158/22
reasonably [4] 130/21 132/1 150/9
157/8
reasons [6] 17/23 63/20 91/4 102/4
107/20 119/17
recall [2] 92/3 106/14
receive [3] 13/10 13/15 13/23 112/6
112/10 113/8 119/22 119/23 131/24
136/13 137/10
received [6] 146/12 148/18 165/15
165/16 167/19 167/20
receives [3] 73/25 74/4 74/6
recent [3] 10/25 15/15 108/12
recently [2] 14/18 166/20
recess [6] 98/4 98/6 128/25 129/2 130/7
174/25
recognition [1] 68/19
recognizance [2] 153/19 154/3
recognize [9] 63/25 64/2 69/3 69/18
69/21 123/14 145/9 154/8 168/25
recognized [2] 91/4 99/20
recognizing [2] 37/16 172/25
recommend [10] 18/21 20/4 22/25 26/11
38/10 39/14 49/22 51/4 73/5 109/15
recommendation [5] 18/18 42/15 50/9
73/2 87/17
recommendations [9] 26/7 31/15 34/21
36/21 44/17 45/23 46/19 48/11 50/22
recommended [22] 21/8 21/20 22/16
24/4 34/22 36/8 36/13 39/19 40/7 40/15
42/21 43/10 44/8 44/15 47/17 48/13
49/23 50/4 51/2 51/5 73/7 130/17
recommending [1] 126/10
reconfigured [1] 48/21
record [16] 5/17 5/20 26/25 61/18 62/20
62/21 66/10 66/12 81/11 98/19 127/24
142/21 162/4 162/10 175/3 175/11
record's [2] 144/9 161/15
recorded [1] 2/22
records [2] 109/4 109/6
recourse [1] 123/24
recovery [2] 162/16 164/7
RECROSS [1] 96/16
RECROSS-EXAMINATION [1] 96/16
recruit [2] 18/5 95/1
recruits [1] 25/2
red [2] 63/4 142/16
red-lined [1] 142/16
redacted [1] 140/7
REDIRECT [2] 93/5 159/13
redlines [1] 142/24
reduce [11] 40/25 43/12 68/2 68/8 84/1
85/5 91/12 92/2 95/6 120/8 155/13
reduced [7] 40/12 41/2 43/11 84/7
104/23 104/24 158/8
reducing [2] 96/5 155/13
reduction [15] 66/14 66/15 67/8 67/21
84/23 95/6 104/17 105/4 136/14 154/18
154/18 154/22 154/22 155/2 155/18
reductions [1] 104/7
redundant [1] 43/5
refer [3] 17/8 23/2 140/6
reference [4] 30/6 36/19 45/22 144/10
referenced [1] 42/7
referred [4] 22/22 58/20 105/10 154/18
referring [2] 58/14 58/25
refers [2] 58/19 89/25
reflect [4] 15/10 141/16 142/24 143/15
reflected [5] 18/8 142/8 143/11 143/23
149/7

R

reflecting [1] 52/18
refuse [2] 113/13 152/24
refused [1] 165/24
regard [31] 7/20 13/12 13/13 15/12
16/25 20/4 22/13 34/22 36/7 39/1 41/18
44/4 44/10 44/17 45/23 48/11 48/22
49/21 51/4 55/11 60/10 84/7 93/20
94/17 95/6 103/14 107/13 108/23
120/13 137/17 148/8
regarding [13] 16/23 31/15 93/17 99/25
100/3 114/20 126/3 134/21 138/16
139/25 140/2 140/3 165/1
registered [2] 107/13 150/13
regular [5] 117/16 119/18 121/12 132/25
169/8
regularly [1] 123/21
regulatory [1] 172/22
reimbursement [1] 169/21
relate [1] 168/16
related [10] 59/24 85/25 100/14 108/1
113/10 136/8 136/11 138/22 159/16
167/2
relates [3] 99/15 99/21 159/17
relatively [1] 118/22
release [4] 23/5 23/7 40/9 109/5
released [4] 153/19 153/19 154/2 154/9
relevance [2] 173/17 174/11
relevancy [3] 163/17 164/23 166/10
relevant [17] 35/7 38/23 54/10 59/13
60/14 66/7 66/10 164/24 166/4 166/6
166/17 167/12 167/24 173/12 173/14
173/15 173/16
reliable [1] 65/3
relied [6] 102/12 102/14 102/17 106/8
106/21 107/4
relief [30] 17/5 20/6 20/17 20/23 21/13
21/14 21/17 68/14 68/15 68/19 68/21
69/3 69/4 69/18 69/22 70/13 70/15
70/21 71/4 92/14 92/17 92/19 105/14
105/14 105/22 105/25 109/21 123/16
139/6 139/22
religious [1] 172/7
relocated [1] 84/10
rely [3] 14/2 14/4 106/19
relying [1] 54/13
remainder [1] 143/22
remaining [1] 169/22
remains [1] 40/23
remember [6] 25/25 47/7 112/23 122/20
152/8 152/9
remembers [1] 112/24
reminding [1] 99/6
reminiscent [1] 34/14
remote [2] 27/17 27/22
removal [1] 164/8
remove [1] 95/19
removed [2] 48/21 48/23
removing [1] 49/8
render [6] 11/25 12/9 103/19 123/8
135/22 139/19
rendering [1] 111/13
renovation [1] 48/25
renovations [2] 48/14 174/1
repair [1] 164/9
repeat [1] 102/6
repercussions [1] 29/15
rephrase [5] 35/12 35/16 66/18 66/20
95/11
replace [1] 22/7
replaced [1] 8/2
replacement [1] 7/24

report [113] 5/21 10/13 11/3 12/10 13/19
14/19 14/22 15/3 15/3 16/18 16/22 17/4
17/25 21/20 22/24 29/20 40/22 44/3
46/15 46/16 46/19 47/6 47/6 48/4 48/10
52/4 52/5 52/7 52/19 55/10 55/25 56/12
57/23 58/5 58/6 59/1 60/13 60/15 60/16
63/18 64/5 64/22 68/13 69/11 69/19
71/8 71/15 71/16 71/19 73/17 73/22
76/12 76/14 76/17 76/18 76/19 76/22
76/24 77/7 77/9 77/12 77/18 78/12
78/18 78/22 78/23 79/8 79/9 79/13 80/8
80/20 81/4 83/9 93/8 95/19 96/20 98/12
101/6 102/15 102/24 111/7 116/24
121/14 125/9 128/5 134/25 136/25
139/24 141/6 144/3 144/12 144/19
144/22 146/13 146/18 146/21 147/23
148/1 148/5 148/14 148/17 149/1 149/2
149/7 149/23 152/4 152/10 154/12
155/24 158/24 161/4 161/20 161/22
Reporter [3] 2/19 175/7 175/16
reports [7] 18/7 52/17 81/21 81/25 82/25
83/3 102/17
represent [3] 6/24 62/15 119/9
representative [1] 21/6
representatives [1] 91/10
representing [1] 7/12
represents [1] 169/3
reps [1] 34/13
request [2] 13/3 102/22
requested [2] 14/11 169/20
requests [3] 117/11 118/1 118/13
require [9] 33/14 34/8 42/2 42/3 42/4
106/13 118/25 121/12 139/11
required [10] 10/15 14/19 23/9 32/5
40/18 43/18 45/15 63/20 77/10 77/13
78/8 112/21 116/7 119/15 134/21 135/7
147/13 167/15
requirement [1] 124/9
requirements [2] 25/18 172/25
requires [8] 41/24 42/6 43/3 68/22 68/24
73/11 103/19 109/3
requiring [4] 43/21 128/16 131/7 132/4
research [6] 6/9
residential [19] 118/17 118/18 118/22
119/1 119/4 119/15 120/11 122/3 122/8
124/18 125/10 125/17 126/3 126/6
131/9 136/18 139/4 143/6 147/21
resources [1] 125/23
respect [11] 32/3 35/10 35/24 41/15
49/15 50/13 63/3 75/18 80/20 128/12
134/24
respectfully [1] 60/6
respond [3] 35/11 132/25 140/23
responded [1] 60/10
responding [1] 105/20
response [3] 91/20 102/21 164/7
responsibilities [2] 7/20 163/14
responsibility [1] 46/10
responsible [5] 9/17 31/20 45/2 66/22
71/6
rest [7] 78/12 102/23 107/13 124/4
125/21 127/10 136/18
restore [1] 170/23
restrictions [3] 171/22 172/1 172/10
result [8] 11/1 15/13 52/14 78/13 79/7
84/22 164/16 167/10
results [1] 11/2
resume [1] 128/24
retail [1] 61/2
retain [2] 18/5 24/2
retained [1] 40/16
retire [1] 74/11
retired [5] 6/16 7/22 8/12 8/16 9/18

retirement [2] 74/12 94/23
retro [1] 49/10
retrofitting [2] 156/21 165/7
return [1] 121/1
revenue [5] 60/4 63/11 90/8 90/11 90/12
review [7] 8/10 11/3 13/4 51/14 62/23
109/4 139/24
reviewed [7] 36/15 36/18 38/24 101/7
102/19 103/2 169/6
reviewing [1] 12/22
revised [2] 79/12 80/14
revision [1] 10/25
rich [1] 59/11
rid [2] 95/16 95/16
right [140] 4/6 5/3 5/23 8/23 11/12 11/17
11/20 19/5 19/23 21/11 21/20 21/22
22/10 23/11 23/11 24/8 24/12 25/10
29/22 30/8 30/9 33/5 35/22 36/3 39/8
44/11 45/1 46/2 48/5 49/12 49/18 50/17
51/19 52/15 53/10 55/2 55/24 56/15
56/24 58/6 60/23 61/5 61/24 62/24
65/22 67/9 68/9 68/18 71/13 73/14
73/19 75/13 75/21 76/17 77/4 77/16
78/7 79/22 80/25 81/3 83/20 86/12
86/14 87/5 88/10 88/15 88/17 90/1 90/5
90/8 91/2 92/9 94/2 96/9 97/12 98/3
98/8 98/13 98/15 99/20 100/18 100/20
100/23 101/2 101/23 102/9 102/10
105/2 107/15 107/17 112/7 117/8
118/16 121/19 122/16 122/22 122/25
125/12 126/16 127/19 127/22 128/9
128/22 130/6 130/12 132/15 132/16
136/22 136/23 137/21 138/16 142/12
142/19 142/20 144/5 144/22 148/10
148/14 149/8 149/17 150/24 151/17
153/13 153/21 155/3 155/19 156/1
160/11 160/14 161/22 163/21 168/23
170/4 171/6 171/18 171/20 174/17
174/20 174/22 174/25
Rights [1] 1/20
rise [4] 18/22 98/7 129/1 130/5
risk [8] 107/22 108/4 108/5 108/7 110/1
113/15 136/10 136/13
Rita [1] 172/24
RMR [4] 2/19 175/7 175/15 175/15
RN [7] 118/5 118/14 123/20 123/21
125/2 126/7 130/19
RNs [5] 107/1 107/3 118/8 150/11
150/14
road [1] 35/8
Romero [1] 83/2
room [14] 2/20 27/18 27/25 33/2 33/18
94/11 94/14 133/3 135/9 135/10 135/15
135/24 136/21 137/12
rooms [9] 26/18 28/22 28/22 33/20 37/8
37/19 43/1 122/14 140/22
rose [9] 128/4 160/15 160/18 162/7
162/11 163/16 164/13 166/25 173/9
ROSENBERG [7] 2/7 4/25 93/8 136/19
159/15 166/17 174/4
rough [2] 49/12 145/8
roughly [13] 18/3 51/6 52/5 85/10 111/1
115/3 123/6 131/11 144/20 147/20
169/20 170/11 171/12
routinely [1] 14/11
rule [3] 68/20 69/6 86/16
rules [5] 29/4 29/8 29/12 69/10 166/13
ruling [2] 47/25 101/21
run [20] 6/14 6/15 26/14 26/16 26/17
26/17 26/18 26/21 28/21 30/9 33/17
37/23 37/24 47/4 64/14 68/20 86/19
91/15 100/7 130/8

R

running [8]  7/19 10/1 16/5 33/22 33/22 49/5 69/2 86/17
runs [1]  28/19
résumé [2]  88/9 89/25

S

s/Jodi [1]  175/15
safe [2]  93/1 100/22
said [31]  19/6 29/16 34/17 50/16 52/5 57/17 57/17 58/11 63/22 63/25 64/3 66/14 67/7 71/7 72/8 73/17 75/20 76/19 76/21 77/13 91/21 97/2 112/22 116/23 134/2 140/10 147/22 156/10 161/25 166/6 166/25
salaries [24]  12/15 19/9 19/10 54/23 56/2 56/3 56/6 59/24 60/2 64/24 73/18 92/25 93/17 94/17 106/23 107/3 107/4 126/7 126/8 130/19 130/20 130/21 149/24 150/5
salary [38]  17/24 18/2 18/14 18/15 18/22 20/3 24/3 24/4 42/20 42/21 43/9 43/10 54/17 54/24 55/1 55/22 60/13 74/14 75/25 76/2 94/18 94/20 106/18 106/20 106/21 106/24 114/25 115/1 115/1 116/23 116/25 117/1 117/3 127/13 127/14 148/8 148/25 149/3
sales [2]  61/2 61/2
same [23]  14/22 19/23 21/13 22/13 38/2 45/7 55/16 57/6 72/6 73/22 74/17 76/8 102/14 104/12 104/21 148/16 151/7 151/23 151/23 152/1 156/25 161/16 170/1
SANDERS [2]  1/20 4/18
sanitation [3]  46/2 46/3 48/15
sat [3]  36/17 65/16 87/9
save [2]  43/6 156/24
saved [1]  91/6
saving [1]  89/1
savings [9]  43/14 68/10 86/4 154/7 154/7 154/23 154/24 157/6 157/9
saw [3]  46/9 148/13 151/6
say [33]  15/23 16/1 20/21 26/15 39/11 50/18 58/10 58/13 58/21 63/2 66/9 66/12 67/13 69/6 82/15 85/22 95/21 96/3 100/22 117/20 119/14 121/13 125/10 128/10 130/22 140/24 151/14 151/25 154/22 155/5 158/4 161/24 171/14
saying [12]  22/4 56/12 58/2 64/14 77/21 77/23 84/16 92/3 125/14 147/9 154/1 157/5
says [11]  10/13 17/25 29/14 30/1 30/1 60/25 90/3 90/7 126/16 152/14 161/13
SCAAP [1]  90/18
scale [5]  42/21 42/21 104/10 104/14 149/3
schedule [8]  17/15 17/15 17/17 24/3 24/4 43/10 43/10 148/25
Schwartz [1]  83/2
Schwartzman [1]  4/19
SCHWARTZMANN [1]  1/13
science [1]  162/22
scope [3]  48/4 170/22 171/24
screen [2]  112/2 113/21
screened [2]  109/14 118/1
screening [9]  101/13 103/21 108/18 109/10 109/12 110/20 153/14 153/16 153/24
screenings [4]  109/22 109/24 110/10 116/11
seat [2]  98/9 130/6

second [6]  6/13 10/8 27/16 67/6 140/14
secondly [1]  12/6
Section [1]  1/6
secure [1]  34/13
securing [1]  16/8
security [6]  16/16 24/8 30/11 70/2 75/16 89/16
security-wise [1]  24/8
see [25]  27/5 27/25 29/1 35/16 39/11 54/9 63/23 77/9 91/14 94/13 95/2 113/23 123/2 126/1 128/9 137/16 141/22 142/5 143/18 154/16 154/19 158/16 159/3 160/8 172/16
seeing [3]  80/15 122/7 122/8
seek [2]  115/23 158/11
seem [1]  96/2
seems [2]  46/15 158/3
seen [17]  15/15 52/19 53/23 61/11 61/12 61/14 62/11 78/5 145/1 145/6 145/10 145/13 145/14 151/8 151/9 153/11 168/21
seldom [1]  11/1
self [4]  29/20 32/14 48/23 110/6
self-fulfilling [1]  32/14
self-report [1]  29/20
seminar [1]  26/2
send [2]  133/3 137/10
sending [1]  134/23 135/24
sense [7]  67/8 68/8 71/12 72/2 72/22 142/6 149/8
sensible [1]  70/13
sent [4]  135/9 135/10 135/13 137/11
sentence [3]  93/9 93/10 143/7
separate [4]  30/22 38/17 45/1 46/2
September [6]  6/17 38/22 39/6
September 30th [1]  39/6
September 30th hearing [1]  38/22
sergeant [4]  16/11 37/22 37/24 45/2
serious [10]  31/3 31/3 113/12 113/14 117/18 118/25 119/7 119/10 120/1 136/5
seriously [2]  113/18 125/25
serve [2]  7/10 37/19
served [6]  6/16 6/19 7/7 10/14 51/8 69/1 88/6
serves [3]  38/1 38/3 38/4
service [25]  10/13 38/12 44/12 53/17 56/13 74/13 88/22 88/23 89/4 89/4 90/24 90/24 91/3 91/3 93/11 100/8 108/8 110/22 111/13 112/19 112/20 112/21 122/1 127/11 135/21
services [65]  6/11 16/19 44/2 88/13 88/21 90/4 90/4 91/6 91/7 100/15 101/15 101/16 103/18 108/14 112/5 113/18 114/21 115/18 116/3 116/4 119/21 119/24 120/15 120/22 121/8 121/9 123/8 124/18 128/16 131/7 131/17 131/25 132/4 132/6 132/11 132/11 132/19 132/21 132/22 133/3 133/8 133/11 133/24 134/6 134/16 135/16 135/19 135/22 136/1 136/21 137/9 137/10 137/12 137/14 137/17 138/10 138/11 139/8 139/10 139/19 140/9 158/10 158/12 158/20 159/1
services/clerical [1]  139/8
serving [2]  103/17 122/22
session [3]  4/3 98/8 130/1
sessions [1]  131/22
set [1]  4/10
setting [4]  122/14 124/11 125/17 131/19
settled [3]  15/14 87/18 87/19
settlement [1]  102/20

seven [2]  110/25 121/14
several [5]  24/2 90/19 127/8 127/8 165/7
severe [2]  119/10 138/9
sex [1]  103/12
shaky [1]  69/14
shared [2]  124/1 124/6
SHARONDA [2]  2/15 5/1
she [2]  94/9 94/11
sheriff [38]  4/22 6/13 8/8 9/23 12/24 35/7 51/16 51/22 56/9 62/19 65/25 66/1 66/24 68/16 69/1 69/2 72/3 81/23 82/2 82/6 82/6 82/7 82/11 82/15 82/16 86/17 89/20 91/23 165/2 165/10 165/15 165/20 165/21 169/16 169/21 170/15 172/12 173/19
sheriff's [43]  2/2 6/8 9/20 10/1 14/24 15/16 16/3 19/1 19/4 24/18 42/24 46/10 52/15 53/8 53/17 54/24 56/5 56/13 56/17 56/23 73/13 75/9 76/3 81/17 82/8 82/9 82/15 82/22 83/1 86/13 91/11 93/11 145/11 145/19 151/2 161/5 164/19 165/14 167/20 168/15 169/5 169/12 169/13
sheriffs [1]  68/20
shift [17]  15/4 15/5 15/5 15/5 20/24 21/1 21/1 21/1 21/2 22/4 38/1 46/7 109/20 109/20 122/25 123/21 125/1
shifted [1]  15/17
shifts [3]  15/4 15/10 109/19
shipments [1]  61/1
shoot [1]  54/2
short [4]  20/10 20/13 20/22 70/19
shorten [1]  102/8
shortfall [1]  134/17
shortfalls [1]  172/3
should [22]  14/19 19/14 24/11 26/9 45/12 51/15 54/17 62/20 70/15 70/23 84/24 85/3 87/23 111/17 111/19 111/20 112/20 115/7 118/12 118/14 143/10 166/23
shouldn't [1]  85/21
show [9]  57/22 61/9 77/18 111/21 145/6 145/11 168/18
showed [1]  145/20
showing [1]  151/3
shown [2]  79/16 141/21
shows [1]  52/19
shutting [2]  22/11 24/20
sick [15]  20/19 73/25 106/6 115/20 115/21 115/22 115/25 116/4 116/5 116/12 117/11 117/14 117/18 118/1 118/12
side [4]  8/15 19/1 38/4 175/1
sight [2]  34/2 160/8
sightly [1]  140/14
signed [1]  146/21
significant [8]  48/18 57/8 80/21 107/11 154/23 155/2 155/6 155/6
significantly [2]  44/6 69/22
signs [1]  109/8
Simcox [4]  2/19 175/7 175/15 175/15
similar [5]  89/9 106/25 114/25 140/17 151/10
simple [2]  89/24 138/25
simply [2]  24/20 167/18
since [11]  8/1 8/3 8/16 10/14 65/16 72/15 76/5 99/6 111/12 114/22 162/19
single [6]  8/11 29/7 78/11 79/19 132/23 157/10
sir [163]  10/20 11/11 11/11 13/11 15/25 16/14 24/9 25/9 25/21 25/24 27/2 36/4 36/4 40/24 49/4 49/16 50/18 52/4 52/11 52/12 52/19 52/20 53/3 53/5 53/6 53/15

sir... [137] 53/19 53/20 53/24 53/25 54/6
55/6 55/13 55/15 55/16 55/17 56/4
56/15 56/16 56/18 56/20 56/21 56/24
57/16 58/3 58/7 58/14 58/16 58/23
58/24 61/5 61/25 62/4 65/1 65/23 66/25
67/7 67/11 67/12 67/17 67/18 67/19
68/12 68/17 68/24 69/3 69/12 70/4 70/9
70/12 70/23 70/24 71/7 71/17 71/19
71/22 72/20 73/9 73/10 73/12 74/2
74/13 74/16 75/13 76/13 76/22 77/5
77/11 78/6 78/14 78/16 78/17 78/19
79/1 81/15 82/8 83/10 83/14 84/13
86/14 86/23 87/1 87/6 87/14 87/20
87/22 88/3 88/8 88/11 88/14 88/16
88/19 88/24 89/1 89/24 90/2 90/6 90/11
91/8 91/22 92/6 92/10 92/15 96/9 96/23
97/12 100/19 127/17 127/25 138/17
144/18 145/2 145/5 145/10 145/16
146/1 146/6 146/25 147/14 148/4
148/12 148/16 149/7 149/11 150/16
150/20 151/7 151/20 152/19 152/22
153/7 154/9 154/13 154/16 154/19
154/21 155/22 157/16 158/24 171/4
171/7 174/9 174/17
sit [4] 8/5 9/23 27/17 32/10
site [13] 12/23 13/6 36/17 42/1 43/23
52/8 73/1 73/4 132/20 133/6 133/8
150/4 158/23
sits [1] 20/20
sitting [2] 41/9 89/16
situation [3] 104/9 118/5 158/2
situations [2] 33/23 115/11
six [3] 37/4 130/22 147/12
size [4] 31/24 32/2 85/10 104/13
sizes [1] 53/10
skills [1] 31/23
skin [1] 109/9
slated [1] 40/1
slightly [2] 122/19 140/25
small [2] 38/16 147/12
smaller [3] 58/18 104/13 105/1
smoking [1] 28/15
so [235]
so-called [1] 88/9
social [16] 114/15 114/18 114/19 114/24
114/25 115/1 120/21 120/22 121/6
121/7 121/23 121/25 140/20 143/14
143/17 147/16
some [82] 11/3 12/8 13/6 13/12 13/18
16/7 16/10 24/15 24/17 26/7 28/7 30/15
30/19 32/8 32/12 34/10 41/1 44/1 48/18
48/20 48/25 50/2 53/21 54/11 57/6
58/17 58/18 63/21 64/5 64/7 68/3 71/15
71/24 75/16 75/24 76/2 78/1 89/22 93/4
93/21 95/23 103/2 103/3 103/13 105/16
105/16 105/17 105/22 106/13 108/7
109/3 112/1 117/5 117/23 118/8 119/10
120/2 120/6 121/7 124/21 124/22
131/13 131/14 131/20 131/23 136/4
136/5 137/8 137/23 139/15 140/5 153/5
155/23 157/9 157/22 157/25 164/23
164/23 165/6 172/11 172/12 174/23
somebody [7] 29/4 32/22 41/10 50/25
72/8 76/2 158/4
somebody's [1] 158/2
somehow [1] 173/14
someone [10] 69/1 82/1 82/5 82/9 82/11
105/19 153/18 154/1 154/8 166/8
someplace [1] 33/3
something [27] 15/2 19/25 21/7 21/23
23/6 24/4 26/9 31/5 32/16 32/20 40/5

40/13 41/11 44/14 50/10 84/15 84/19
89/19 90/6 102/10 113/14 119/8 120/1
157/18 157/20 175/1 175/2
sometimes [4] 28/17 157/22 158/7
158/13
somewhat [2] 112/2 125/23
somewhere [6] 22/12 33/20 52/22 61/3
137/10 147/18
sooner [1] 24/12
SOP [2] 86/20 86/21
SOPs [1] 45/5
sorry [29] 10/9 26/24 35/2 47/23 61/6
71/19 76/24 84/13 92/3 93/25 95/10
97/2 99/5 110/24 111/18 112/12 120/16
141/19 147/14 147/21 150/12 150/24
156/10 160/17 161/14 163/4 163/16
164/13 173/9
sort [8] 17/11 63/3 68/19 69/6 69/14
103/19 118/11 138/17
sorts [2] 121/2 140/5
sound [1] 71/6
sounds [1] 77/15
source [1] 76/6
sources [3] 102/12 102/14 102/25
South [1] 1/17
southern [4] 1/13 11/8 163/3 166/14
space [3] 38/19 41/9 86/1
speak [5] 41/13 126/14 151/18 158/13
165/14
speaking [4] 58/18 105/10 135/9 153/23
special [3] 39/16 39/21 39/23
specialist [1] 120/3
specialization [1] 98/24
specialized [7] 48/12 100/25 119/17
119/19 124/21 124/23 139/11
specialty [2] 42/5 110/13
specific [7] 19/10 46/18 48/19 49/24
82/17 96/24 120/13
specifically [5] 8/22 91/20 117/4 126/5
159/2
specifics [1] 120/16
specified [1] 50/17
specify [1] 49/24
speculative [1] 35/9
spell [1] 45/21
spelling [3] 5/17 98/19 162/10
spend [1] 52/3
spending [1] 39/11
spent [3] 52/10 52/11 53/19
split [1] 126/5
spoke [3] 51/10 143/1 162/3
St. [4] 55/18 55/18 163/4 163/9
St. Bernard [3] 55/18 163/4 163/9
St. Tammany [1] 55/18
stabilization [1] 120/6
stabilize [1] 119/19
stable [2] 108/3 118/22
staff [104] 9/4 9/10 9/23 12/25 12/25
16/4 16/5 16/14 19/12 20/11 20/13
20/25 20/25 22/25 23/20 24/21 33/21
33/25 34/2 35/20 36/8 36/14 37/2 39/4
40/17 42/1 42/18 43/17 43/22 44/9
44/15 45/9 46/8 46/22 48/1 49/21 49/23
50/4 51/3 57/4 57/4 68/23 68/24 70/19
71/11 71/18 71/20 71/24 72/4 72/11
72/12 84/25 86/4 86/25 87/8 92/2 92/16
92/19 93/2 95/19 96/25 97/22 97/23
100/10 100/12 101/14 101/15 101/16
104/17 105/18 105/19 106/7 109/23
112/20 114/13 117/4 117/17 117/23
120/12 120/16 120/17 121/15 122/17
122/22 122/24 123/3 123/6 123/8
123/13 123/18 124/19 124/20 124/24

131/1 132/5 132/20 133/1 138/15
133/20 151/16 157/15 158/12 155/12
158/13
staffed [2] 20/15 21/4 21/5 37/21
staffing [83] 7/20 8/6 8/14 8/23 9/2 10/6
10/11 11/22 12/14 12/17 12/21 13/13
16/24 16/25 17/2 17/6 17/20 20/4 21/10
23/9 23/19 24/8 25/7 33/14 35/14 36/7
36/12 37/18 38/7 41/18 41/21 42/6 42/9
42/25 46/19 46/25 47/7 50/12 83/23
84/21 85/6 91/12 92/25 99/15 99/22
100/1 100/3 100/23 100/24 101/11
102/2 102/3 103/1 103/3 103/6 103/20
104/6 104/24 106/9 109/15 111/2 114/2
114/4 115/4 115/20 116/12 116/15
118/16 126/10 130/14 133/19 134/3
134/5 134/6 135/21 138/18 140/2 140/3
147/15 147/18 148/8 151/24 152/1
stage [2] 116/9 118/15
stand [2] 98/11 160/16
standard [13] 19/11 20/24 22/19 30/4
34/1 34/9 44/19 44/22 45/10 45/20
68/22 86/13 86/21
standards [8] 7/14 7/16 7/17 19/12
19/13 25/3 25/11 54/12
start [10] 24/13 27/9 29/2 29/12 35/22
56/12 93/1 94/15 98/4 106/10
started [9] 6/8 25/13 26/10 27/15 29/19
72/18 89/19 93/3 166/25
starting [4] 34/24 37/18 44/14 107/16
stat [1] 139/16
state [24] 5/16 10/4 11/10 40/11 65/17
65/21 65/24 66/3 66/3 66/15 66/23 67/2
72/23 90/18 98/18 99/2 107/19 130/8
134/6 154/3 162/9 164/6 173/7 173/7
stated [2] 15/2 168/9
statement [4] 15/9 34/13 93/14 101/23
states [16] 1/1 1/10 1/19 4/14 4/16 4/18
26/23 27/3 29/20 57/14 60/16 62/13
62/14 91/7 164/5 175/8
static [1] 20/7
stating [1] 21/15
station [2] 23/6 33/4
statistics [6] 106/25 107/2 108/11
149/24 149/25 150/9
status [1] 108/25
stay [6] 19/23 33/3 39/14 40/2 69/13
94/8
stays [2] 85/15 122/4
steal [1] 29/10
stenography [1] 2/22
step [3] 67/11 96/9 160/11
stick [1] 151/19
still [6] 16/14 58/7 133/7 140/16 154/3
156/25
stipulate [2] 165/24 166/3
stipulated [1] 165/21
stop [1] 27/9
stopped [1] 34/18
stopping [1] 80/12
straight [1] 156/13
stratified [1] 31/8
stream [3] 60/1 60/3 61/1
street [9] 1/14 1/17 2/3 2/8 2/12 2/16
2/19 23/6 31/6
stress [1] 131/23
strictly [1] 7/4
strikeout [1] 142/4
structures [1] 120/8
stuff [1] 114/14
style [1] 29/7
subdivided [1] 38/15
submit [3] 46/20 76/19 127/15

S

submitted [3]  12/10 52/6 165/19
subsequent [2]  153/23 172/6
subsequently [3]  15/1 47/17 101/6
substance [9]  107/23 113/12 135/25
136/4 136/6 136/9 136/10 136/12
136/15
substances [1]  108/1
substantial [3]  111/24 140/19 173/1
substantially [2]  150/11 153/2
substitute [1]  156/22
subsumed [1]  100/14
subtract [1]  131/9
successful [2]  31/24 32/1
such [13]  19/5 31/19 42/12 52/13 55/18
56/3 56/4 57/8 58/15 100/15 109/8
119/10 172/25
suddenly [1]  89/15
suffered [1]  131/23
suffering [3]  107/24 108/1 136/8
sufficient [12]  13/23 34/8 42/1 70/3
92/16 106/6 114/14 117/10 117/15
125/10 125/11 125/24
sufficiently [2]  108/6 114/18
suggest [1]  85/16
suggested [1]  41/19
suggesting [2]  134/12 134/14
suggestions [1]  41/15
suicide [9]  39/22 108/5 109/1 119/8
122/23 123/10 159/16 159/18 167/8
Suite [3]  2/4 2/8 2/12
summarize [1]  101/9
summary [3]  17/20 128/12 143/4
superfluous [1]  37/14
supervise [8]  20/21 28/25 29/11 31/25
94/9 94/13 123/20 163/12
supervised [1]  123/20
supervises [1]  163/18
supervising [4]  27/24 28/1 43/19 124/5
supervision [48]  8/2 25/16 25/23 26/4
26/11 26/13 26/20 26/22 26/25 28/3
28/9 29/21 30/7 30/14 30/24 31/14
31/15 31/18 31/22 32/1 32/5 32/8 32/13
32/18 32/20 33/13 34/6 36/11 37/12
37/13 37/17 42/7 43/3 71/16 71/20 72/3
72/7 72/15 72/24 73/7 73/8 73/12 73/14
91/9 91/11 92/1 93/20 94/7
supervisor [8]  27/12 123/24 123/25
124/3 125/1 125/2 162/24 163/6
supervisors [2]  16/11 126/7
supervisory [2]  163/14 163/18
supplement [1]  149/12
supplemented [2]  149/10 149/19
supplies [1]  22/1
support [9]  7/6 16/3 17/9 21/3 22/6
37/15 43/4 43/23 141/1
supportive [2]  131/21 132/10
supposed [8]  9/5 9/6 9/7 17/17 29/13
45/21 114/9 114/10
supposedly [3]  55/23 64/21 149/17
sure [25]  17/23 48/15 55/7 58/1 58/5
59/3 61/7 67/25 76/18 78/21 96/14
104/18 106/4 107/6 108/7 118/6 136/13
138/21 146/16 156/8 159/12 161/12
164/15 165/13 172/5
surrounding [6]  18/15 19/2 19/4 19/7
55/19 93/17
surveil [2]  27/11 94/13
surveillance [3]  27/5 27/17 27/22
surveilling [1]  28/1
survey [4]  18/15 54/24 55/1 64/21
surveys [1]  107/8

suspect [1]  165/6
sustained [1]  5/15
sworn [4]  5/14 16/5 98/17 162/7
symptomology [2]  120/3 120/9
synopsis [1]  10/12
system [30]  6/14 6/16 6/18 7/19 7/21
8/11 9/18 17/2 17/11 17/19 18/4 18/8
19/20 19/25 26/13 34/16 40/15 41/13
41/23 44/25 46/21 46/22 46/22 49/6
63/6 74/12 89/11 93/13 135/11 154/6

T

table [8]  110/24 140/6 143/23 148/5
148/16 149/9 149/14 149/16
take [48]  9/24 17/7 17/9 17/11 20/16
21/18 22/7 22/14 22/16 24/15 25/6
30/18 30/24 36/19 38/16 39/16 46/5
46/10 54/12 70/7 84/7 85/20 91/18
96/19 96/21 98/4 109/11 109/12 109/18
111/12 114/6 115/15 123/14 125/6
125/23 125/24 128/18 130/8 130/17
131/8 131/14 131/15 132/8 132/25
136/24 145/23 155/15 156/20
taken [1]  162/4
takes [12]  20/25 21/4 32/12 63/23 104/2
104/4 109/21 115/8 121/20 123/1
138/24 155/11
taking [6]  32/23 55/8 67/2 109/17 160/5
163/1
talk [19]  16/23 46/14 46/25 83/3 91/23
103/24 110/18 115/20 120/16 120/19
123/2 123/3 132/15 133/22 138/15
153/12 166/9 166/20 167/1
talked [9]  48/2 50/15 71/16 83/23 87/9
93/17 130/19 152/22 173/4
talking [35]  16/5 21/25 33/7 37/7 39/4
52/14 52/16 54/11 55/13 56/10 57/15
59/23 60/8 63/24 71/25 81/1 82/15 83/2
84/25 88/7 88/17 90/9 91/10 95/5
106/18 116/17 130/14 131/5 148/10
156/13 156/14 170/12 170/14 171/15
171/16
talks [1]  47/6
tallied [2]  14/18 14/20
Tammany [1]  55/18
Tampa [7]  6/8 7/19 8/14 18/25 36/19
54/2 89/19
task [1]  163/3
tasked [1]  51/17
teacher [1]  28/11
teacher's [2]  28/13 28/14
team [3]  51/8 87/24 88/6
teamed [2]  167/17 167/17
tear [1]  72/9
tech [2]  50/1 50/9
technical [1]  7/6
telephone [4]  157/16 157/19 158/9
158/20
telephonic [1]  158/25
telephoning [1]  55/4
tell [25]  10/21 22/24 29/1 87/15 91/25
98/3 102/12 105/8 106/8 112/19 117/25
118/17 124/8 133/18 134/17 138/18
140/4 151/4 151/15 158/4 158/24
164/24 169/2 174/1 175/1
telling [2]  64/3 144/21
tempered [1]  36/1
Templeman [11]  23/3 39/17 39/19 41/18
48/11 86/4 95/24 118/20 122/2 122/4
167/8
temporary [10]  23/4 39/25 40/7 43/13
73/6 84/24 86/5 95/7 95/13 95/17
ten [3]  50/4 98/4 123/2

ten-minute [1]  98/4
tension [1]  29/2
tents [2]  23/4 95/16
tenure [1]  7/19
term [1]  23/7
terminology [5]  22/22 23/5 30/22 139/13
139/20
terms [9]  31/19 54/12 58/25 69/17 73/17
95/18 106/21 110/6 167/21
testified [13]  5/15 10/17 54/15 58/22
76/16 98/17 101/20 124/7 134/7 134/14
157/14 162/8 167/3
testifies [1]  80/22
testify [8]  14/4 14/7 21/11 25/22 39/9
40/19 137/3 165/3
testifying [1]  168/12
testimony [35]  10/15 11/21 25/6 25/25
36/2 57/13 60/10 64/25 65/12 65/16
68/15 74/22 74/24 76/15 99/9 101/20
102/6 102/15 103/25 106/14 112/13
112/23 112/24 118/24 128/24 136/21
144/11 145/7 145/21 164/15 164/24
165/1 167/7 167/23 173/17
Texas [1]  34/15
text [1]  142/4
than [43]  19/21 30/4 30/16 31/18 33/15
39/17 41/4 48/14 50/1 55/8 59/5 66/12
74/23 78/18 79/14 82/5 82/9 82/11
84/19 85/13 85/21 85/23 86/5 87/11
89/6 90/21 95/21 104/20 105/11 111/11
112/3 114/9 114/18 122/19 127/13
128/4 128/7 135/23 141/1 146/9 156/23
157/3 170/20
Thank [59]  4/6 5/3 5/7 5/13 9/14 11/17
11/23 14/9 14/13 16/22 21/16 31/12
34/20 36/5 38/8 42/14 43/16 48/8 49/19
51/13 51/18 51/20 59/15 65/13 68/12
81/13 83/21 92/6 92/8 92/21 94/4 96/9
96/15 97/15 98/1 98/2 98/5 98/8 113/4
113/5 117/8 128/25 130/6 131/3 135/3
142/5 144/8 159/6 159/7 160/1 160/12
160/13 161/2 162/6 168/10 170/6
174/13 174/17 174/19
that [937]
that's [209]
their [42]  17/5 17/7 17/14 17/15 18/10
22/11 22/18 22/22 25/18 27/24 31/4
44/5 51/9 63/17 73/4 73/5 76/2 103/12
104/15 106/23 108/1 108/11 108/24
108/25 113/16 120/2 120/2 120/7 120/8
120/12 120/25 121/5 121/19 122/7
127/8 134/14 135/20 136/9 136/10
153/19 154/2 170/23
their expert [1]  63/17
them [78]  8/1 13/5 16/10 17/4 17/11
19/13 22/22 24/17 25/5 25/11 26/7
27/12 27/12 27/12 27/24 28/18 29/1
33/7 33/8 33/8 35/2 36/18 37/10 37/10
37/18 38/14 38/17 38/18 40/14 43/4
43/6 44/3 44/7 44/16 49/4 52/16 58/17
58/17 58/18 64/5 66/25 72/1 72/18
91/12 95/2 95/4 95/4 95/10 95/25
110/15 112/3 113/24 119/20 119/23
120/25 121/1 123/20 124/13 131/13
131/14 133/1 137/10 137/11 137/11
137/18 137/19 138/11 142/12 155/11
157/23 157/24 158/5 158/14 158/14
160/5 170/22 172/14 172/15
themselves [11]  110/2 111/23 113/15
118/8 118/10 119/9 119/12 121/3
135/17 135/23 137/17
then [106]  8/7 8/7 12/6 12/10 15/8 15/9

then... [100]  17/17 18/16 18/17 20/18
21/2 21/5 24/3 27/15 28/3 29/4 29/14
30/16 32/22 33/10 33/22 36/18 37/3
37/6 37/8 37/11 37/22 38/1 38/3 38/5
39/12 39/25 40/9 46/9 47/17 48/19
50/24 51/10 51/14 52/16 55/10 62/5
63/19 65/10 71/4 71/7 72/10 72/11 73/4
75/21 76/2 77/2 78/2 78/10 81/15 82/17
84/7 85/12 86/6 87/10 89/19 91/16 95/3
95/16 99/16 100/13 103/2 103/13
103/18 104/3 106/11 106/24 109/20
113/25 121/11 123/16 127/23 128/10
128/11 131/12 132/9 135/15 135/18
143/4 143/12 143/14 143/19 143/21
148/16 149/12 149/14 153/18 153/19
156/8 156/11 157/2 157/8 157/11 158/5
158/11 161/11 161/23 163/23 166/23
172/18 174/3
therapeutic [1]  101/16
therapy [3]  120/5 122/3 131/21
there [127]  9/11 9/25 13/9 13/17 14/5
17/3 17/8 17/23 19/20 20/20 21/17
22/16 22/16 26/22 27/3 27/19 27/19
29/24 31/9 31/10 34/24 35/2 35/20 37/4
37/5 37/21 40/3 40/12 41/9 42/22 43/4
43/15 43/18 44/16 45/10 46/5 46/16
48/17 48/22 48/24 48/25 52/8 53/11
53/19 57/2 57/3 57/6 58/17 59/4 65/20
65/22 65/24 67/18 69/10 70/3 70/18
73/12 74/13 75/24 77/24 78/9 79/23
82/1 82/20 85/4 86/12 92/19 93/21
95/12 100/13 101/14 103/8 105/16
105/19 105/19 107/11 107/20 113/22
114/8 114/22 116/7 117/14 119/7
119/21 120/4 121/1 121/16 122/2
122/24 123/21 124/5 125/14 127/16
134/4 134/21 136/5 137/23 140/9 142/3
142/17 143/19 146/5 147/16 150/25
152/20 155/1 156/2 156/3 157/5 157/5
157/8 157/22 160/3 162/19 165/12
166/23 167/5 167/9 167/25 169/13
169/15 169/18 170/7 171/2 172/1
172/20 172/22
there's [47]  14/4 17/5 17/8 20/7 20/17
32/8 37/4 45/2 45/7 63/4 65/1 65/2 67/2
67/3 67/17 73/11 74/18 75/2 75/12
75/19 76/2 79/23 85/17 100/25 101/12
103/21 104/10 106/6 109/16 112/25
118/20 121/11 121/18 122/11 124/8
125/18 128/4 133/21 134/4 135/15
138/25 151/16 151/22 151/22 165/13
165/16 166/22
therefore [2]  17/4 60/13
these [45]  15/10 24/11 34/24 45/14 47/5
47/7 55/24 63/21 64/1 89/20 102/25
109/22 110/9 111/10 114/1 114/16
114/21 119/21 121/2 125/4 126/9
130/17 131/24 131/24 132/6 132/12
133/11 134/9 136/1 138/12 138/18
139/11 139/12 148/25 155/8 155/23
167/1 168/4 168/13 170/12 170/16
170/19 171/22 172/11 172/21
they [207]
they can't [1]  94/14
they change [1]  130/19
they'd [1]  37/10
they'll [7]  116/14 116/15 123/7 123/20
123/24 135/16 139/15
they're [57]  9/5 9/5 9/6 9/6 9/7 18/10
18/23 19/22 23/11 23/15 23/17 25/9
25/15 27/9 27/24 28/16 31/6 31/7 37/13

40/12 40/12 42/5 43/2 44/5 44/7 44/12
44/16 47/13 49/5 49/15 49/19 49/24
49/25 50/2 50/10 50/24 57/6 69/14
81/20 94/12 95/25 108/4 108/5 117/3
121/1 138/14 139/14 140/5 141/25
142/19 154/2 154/5 154/9 155/20
155/21 167/2
they've [19]  17/16 17/10 19/3 23/13 25/10
25/12 30/5 30/22 37/14 40/6 42/24 50/1
50/8 50/10 50/14 80/14 91/16 91/17
137/11
thing [11]  9/12 17/12 17/15 17/24 22/13
55/16 70/18 72/6 81/12 85/16 106/3
things [41]  7/6 8/8 12/2 12/22 17/7 21/8
21/19 22/20 23/25 23/25 30/4 30/9 31/8
31/21 34/15 41/1 41/12 42/23 46/1
48/21 49/5 50/3 50/23 80/14 93/7
102/17 102/23 103/2 103/23 108/20
109/1 110/4 115/7 115/7 123/13 131/21
139/15 139/16 139/16 156/13 170/10
think [69]  8/22 10/17 14/6 20/5 21/8
23/6 24/16 25/9 25/12 25/19 31/19 39/9
39/16 43/1 46/9 48/1 52/5 52/21 52/21
54/5 54/13 54/15 57/11 57/17 58/23
59/21 60/14 69/4 69/19 73/17 75/10
75/22 77/5 81/10 81/11 81/19 81/20
82/24 84/25 88/1 91/13 97/18 97/20
101/25 104/16 110/15 113/1 118/14
121/14 122/20 125/5 127/10 130/16
131/15 133/8 133/20 136/19 139/5
140/10 140/11 145/24 147/1 150/22
158/24 161/4 161/10 164/25 166/22
167/23
thinking [3]  94/22 159/2 165/7
thinks [1]  39/1
third [1]  9/20
thirds [1]  41/9
this [168]  4/9 5/10 10/24 11/25 12/17
13/7 14/1 14/17 17/18 17/18 19/12 20/7
23/9 23/14 23/19 24/5 24/7 24/8 24/12
25/16 25/23 26/9 27/14 28/8 29/16
29/19 33/13 33/23 35/7 35/9 36/20
36/22 37/7 37/17 38/11 38/21 46/8
46/13 49/8 51/6 52/20 52/24 53/12
54/22 56/9 57/11 58/6 58/12 59/20
59/21 59/22 60/9 61/12 61/12 61/17
61/19 61/22 61/25 62/10 62/15 62/19
63/2 63/22 63/24 64/1 64/4 66/13
67/7 67/14 69/17 71/4 71/19 76/20
77/12 80/20 80/22 81/1 81/12 84/17
90/20 91/5 92/14 96/4 97/8 99/25
100/14 101/19 101/20 102/20 103/8
103/14 112/10 112/13 112/18 112/20
113/2 114/6 114/14 119/15 120/18
120/23 121/4 122/13 123/15 123/21
124/10 124/11 125/6 125/8 128/6
128/18 130/13 131/17 133/22 134/17
135/22 137/7 141/6 143/18 144/10
144/11 144/12 144/14 144/21 144/21
145/4 146/13 146/17 146/21 147/2
147/6 147/7 147/7 148/13 150/17 151/4
151/8 151/10 151/14 152/22 157/14
157/18 157/20 160/19 163/1 163/17
164/14 164/18 164/23 164/24 165/3
165/3 165/19 166/1 166/10 166/18
166/21 167/18 169/2 169/3 169/8
169/11 171/1 173/12 173/17 174/3
174/15
thorough [1]  109/12
those [107]  10/15 16/7 20/10 20/12 22/1
23/23 30/23 30/25 37/21 39/23 42/2
42/3 42/4 42/13 42/25 43/19 44/2 49/11
49/15 51/11 53/7 55/20 58/14 68/3 68/4

74/9 75/4 75/18 82/3 83/3 86/18 88/25
90/3 92/7 95/20 97/9 102/1
103/25 104/1 104/2 105/17 106/1 106/4
106/7 106/19 106/25 107/7 107/7
107/12 108/17 109/1 110/11 110/19
111/21 113/17 114/4 115/12 118/21
119/14 120/9 121/11 121/15 121/18
121/21 122/11 123/1 123/4 123/19
124/24 125/22 127/1 128/8 130/11
131/12 133/8 134/6 134/23 135/16
135/19 135/22 137/10 137/12 137/17
138/9 139/19 140/20 141/12 141/15
141/22 142/1 143/15 143/23 144/11
145/17 148/22 150/6 151/11 155/12
155/14 155/20 155/25 158/9 159/5
165/9 165/10 172/25
though [1]  126/25
thought [8]  38/21 59/23 67/7 78/25
83/25 116/22 130/13 161/7
threat [1]  111/22
three [12]  11/8 37/8 37/19 37/21 42/9
42/10 44/8 44/15 122/11 130/22 131/22
147/11
through [45]  7/13 12/23 12/25 13/17
16/11 17/13 17/19 22/17 25/11 27/18
32/20 40/25 46/7 52/11 63/8 63/12
65/16 70/8 70/8 72/6 78/11 79/6 86/9
87/2 87/3 89/14 90/17 90/20 95/4 96/19
102/3 107/15 109/25 117/16 117/23
123/22 134/10 142/7 142/20 142/23
143/21 154/4 154/5 157/3 157/24
throughout [5]  48/24 50/15 68/22 78/12
160/9
thrown [1]  30/18
Thursday [1]  161/18
tier [2]  34/12 34/13
tiers [1]  41/8
time [66]  6/19 7/22 7/23 8/5 8/12 8/16
9/18 10/23 11/2 14/22 14/25 15/17
16/13 18/13 20/9 20/11 20/13 21/3
24/18 26/10 26/21 29/16 38/24 39/12
39/12 40/6 45/2 45/10 52/3 52/6 65/25
68/5 76/16 76/20 78/25 81/12 93/4
100/11 101/6 103/20 104/2 104/4 105/5
105/9 105/10 105/11 115/9 118/20
123/9 123/20 123/22 124/4 128/18
141/6 144/19 146/19 153/13 153/14
153/15 154/23 155/2 155/2 155/11
160/5 166/18 172/15
timeliness [1]  24/13
timely [1]  132/22
times [12]  11/5 11/8 20/17 42/9 69/15
91/4 107/21 109/18 110/25 113/25
115/2 132/21
today [11]  20/21 29/17 29/19 65/4 75/9
96/19 99/9 99/13 127/21 145/7 169/6
together [5]  9/17 9/22 13/7 30/25 31/13
told [4]  55/23 58/5 89/20 91/13
tomorrow [1]  161/18
too [4]  39/11 56/2 144/12 157/24
took [16]  7/21 7/25 18/1 19/20 34/16
55/10 77/22 89/10 90/22 98/6 130/10
146/7 148/19 148/20 149/14 150/1
top [4]  61/7 101/12 136/25 137/5
topic [2]  33/13 65/15
total [29]  8/4 9/19 18/1 21/2 21/10 23/8
23/20 23/23 36/12 38/19 40/17 42/15
46/10 51/5 85/19 109/21 114/11 115/9
122/11 123/9 123/17 126/14 136/17
139/22 143/19 147/17 152/16 152/18
152/19
totally [1]  17/20
touch [1]  138/5

**T**

touched [1]  41/1
toughest [1]  28/18
tour [1]  71/25
towards [2]  12/15 116/25
track [3]  114/23 141/17 141/20
tracked [1]  142/1
traditional [4]  31/18 32/8 33/16 105/23
traffic [1]  128/24
train [4]  18/5 24/1 25/10 73/4
trained [5]  25/5 81/18 110/14 114/17
  114/18
training [32]  6/9 7/5 7/5 20/20 25/12
  25/13 25/15 25/18 31/15 32/12 32/18
  32/21 43/25 44/10 44/11 44/12 45/14
  72/23 73/6 81/23 82/2 82/12 82/21
  82/25 110/13 110/15 110/16 114/12
  124/21 124/23 139/11 139/20
transcript [2]  2/22 175/10
transfer [1]  36/25
transition [1]  127/6
translate [1]  158/5
transport [2]  16/19 72/22
treasurer [1]  7/9
treat [1]  32/3
treated [2]  119/4 135/8
treating [2]  103/11 113/14
treatment [11]  103/22 106/13 108/3
  108/24 112/2 119/1 119/19 127/10
  131/13 131/13 131/15
treatments [1]  123/11
tremendous [2]  38/18 43/14
tremendously [1]  62/25
trend [1]  67/20
trepidation [1]  32/9
triage [6]  111/14 116/5 117/17 118/3
  118/7 118/15
triaged [3]  108/8 116/9 138/10
trial [1]  10/16
tried [3]  30/19 56/7 144/10
triple [1]  167/17
triple-teamed [1]  167/17
true [16]  53/5 53/18 53/24 55/9 57/5
  67/22 68/4 78/19 79/3 104/25 107/22
  149/21 154/9 156/4 156/23 175/9
trustees [1]  22/2
try [8]  9/25 10/18 60/22 79/5 88/4 102/8
  147/3 158/9
trying [17]  58/10 58/13 59/10 66/12
  70/12 75/3 80/14 82/13 94/25 97/17
  113/17 115/13 128/6 137/4 137/6
  137/16 166/5
Tulane [1]  162/21
turn [7]  36/7 43/17 77/9 93/8 148/13
  154/11 155/23
turned [1]  39/20
turning [3]  22/24 48/10 50/20
turnkey [1]  31/19
turnover [2]  18/7 18/8
turns [1]  79/2
TV [1]  27/5
two [41]  5/11 7/7 8/21 12/2 21/21 22/3
  22/5 23/25 37/6 37/9 41/9 41/24 45/9
  46/14 51/3 51/7 52/8 52/10 52/11 64/15
  65/22 69/7 78/7 79/24 80/22 87/23
  91/3 91/3 91/4 106/1 107/12 109/18
  109/19 109/20 115/12 119/6 121/23
  138/4 154/3 156/13
two-day [1]  65/22
two-thirds [1]  41/9
type [4]  14/1 81/12 157/15 171/1
types [3]  53/13 86/18 103/17

typical [5]  12/14 109/10 122/8 122/9
  139/21
typically [4]  116/4 124/12 153/2 155/8
typo [1]  143/9

**U**

U.S [5]  1/19 30/10 30/13 62/12 62/16
Uh [6]  106/3 108/11 116/13 119/6
  138/20 153/5
Uh-huh [6]  106/3 108/11 116/13 119/6
  138/20 153/5
ultimately [4]  6/11 7/9 38/3 116/15
umbrella [1]  7/3
unable [4]  44/11 64/15 75/23 121/5
unattended [6]  17/5 17/21 22/11 28/18
  33/19 70/4
unchanged [1]  143/11
uncommon [1]  60/17
undelivered [4]  171/23 173/4 173/20
  173/22
under [18]  5/12 9/19 12/4 87/4 90/17
  97/7 111/11 111/11 136/7 140/14 143/4
  143/6 143/14 143/18 158/19 168/13
  168/16 169/11
underneath [1]  90/7
understaffing [1]  17/22
understand [27]  26/3 29/23 32/13 47/25
  55/16 64/6 64/17 65/9 68/24 70/9 73/16
  74/25 75/3 75/5 81/2 82/14 82/18 93/21
  103/9 104/18 125/8 139/13 144/15
  146/1 146/16 156/12 166/17
understanding [8]  14/25 27/1 55/5 75/15
  91/10 135/11 149/4 175/11
understands [1]  79/19
understood [2]  63/14 151/15
undertake [1]  84/9
undisputedly [1]  167/6
uniform [1]  76/8
union [1]  59/4
unionized [3]  58/22 59/6 59/9
unique [1]  30/18
unit [19]  28/10 93/22 108/17 118/17
  118/18 119/5 119/17 120/11 122/4
  122/8 124/9 124/18 126/3 126/6 131/9
  136/18 139/5 147/21 157/14
UNITED [15]  1/1 1/10 1/19 4/14 4/16
  4/18 26/23 27/3 29/20 57/14 62/13
  62/14 91/7 164/5 175/8
units [2]  59/18 124/6
University [1]  162/21
unless [2]  45/20 47/5
unlike [2]  104/9 131/1
unreasonable [2]  125/5 138/24
until [7]  6/16 37/18 39/12 104/13 104/25
  139/19 146/17
untrained [1]  139/18
unusually [2]  63/19 64/15
up [54]  13/5 14/18 14/20 16/11 18/13
  22/2 24/16 28/4 28/18 29/2 29/9 30/3
  30/20 33/4 34/4 35/17 37/17 39/11
  42/11 44/6 44/16 49/2 51/6 57/19 58/24
  59/20 59/22 76/13 76/25 77/8 77/21
  89/22 94/10 110/5 114/9 115/12 118/15
  121/17 123/15 123/15 123/17 127/5
  133/13 138/11 150/7 150/7 151/12
  154/12 155/11 157/2 157/8 158/18
  159/11 166/11
update [1]  146/17
updated [1]  10/22
updating [1]  45/3
upon [19]  14/1 31/10 54/13 55/4 55/23
  60/3 62/8 71/23 102/13 102/17 106/9
  106/19 106/21 107/4 164/20 166/12

167/20 171/22 173/16
urban [1]  107/8
urgencies [1]  105/20
urgency [2]  116/7 139/15
urgency of [1]  139/15
urgent [2]  132/21 137/14
us [18]  20/1 22/25 29/17 31/6 37/1 58/5
  63/8 89/13 96/19 102/1 102/12 109/21
  124/3 134/17 141/6 161/18 162/20
  167/19
use [26]  20/7 36/19 48/19 56/7 60/12
  70/13 71/5 73/5 97/21 104/13 104/20
  110/22 117/1 126/6 127/12 136/10
  137/13 148/16 152/1 156/14 157/2
  157/21 158/9 160/2 171/2 172/2
used [40]  13/6 15/17 22/1 23/7 32/7
  46/7 48/12 48/22 49/1 52/21 53/8 54/12
  54/16 60/18 75/21 76/9 76/11 80/2
  90/23 94/17 94/19 102/25 103/5 106/11
  106/16 107/2 107/8 108/12 114/22
  114/25 115/14 127/13 150/10 155/25
  159/1 165/4 165/17 167/8 169/19
  170/10
using [6]  42/21 78/23 93/16 104/19
  131/10 157/6
Usry [1]  2/2
usually [2]  117/23 142/3
utilization [1]  135/21
utilize [4]  30/14 85/23 110/15 159/19
utilized [3]  97/21 108/11 120/17
utilizing [3]  42/20 105/25 159/17

**V**

vacated [1]  43/6
vacation [3]  20/19 74/3 106/6
value [1]  147/18
variances [1]  107/11
varies [1]  153/2
variety [2]  110/4 136/9
various [7]  14/11 43/23 49/24 52/17
  53/12 56/6 104/4
vary [1]  76/7
vehicle [1]  157/1
ventilation [1]  167/9
verbatim [2]  53/9 150/9
version [6]  91/16 141/5 141/17 141/23
  142/16 142/16
versions [1]  142/1
versus [2]  1/6 4/9
very [35]  11/1 20/7 31/3 32/1 33/20
  33/20 33/21 33/25 34/4 56/14 57/18
  63/15 70/18 70/25 94/14 101/14 106/1
  106/25 107/21 108/6 120/9 120/9 121/6
  131/21 133/12 136/5 138/4 138/14
  139/15 139/20 140/17 157/7 160/12
  164/15 166/20
video [9]  155/25 156/14 156/22 157/2
  157/6 159/17 159/19 160/2 160/4
view [1]  87/13
virtually [1]  53/10
virtue [1]  113/15
visit [2]  65/22 135/6
visitation [1]  20/13
visited [1]  160/3
visits [1]  71/23
vital [1]  109/8

**W**

wait [3]  32/9 128/3 166/2
walk [5]  87/2 87/3 102/2 107/15 142/23
walking [2]  27/6 32/15
want [32]  25/2 26/17 26/17 33/1 33/17

want... [27]  35/11 35/15 35/18 59/12
62/16 63/11 64/9 71/3 71/5 73/16 79/10
81/3 81/4 81/6 81/6 93/7 96/3 102/2
102/5 102/6 118/16 128/8 144/14 166/8
166/14 168/18 173/22
wanted [5]  6/14 83/12 107/6 142/11
165/18
wants [3]  62/13 112/18 134/8
ward [1]  157/21
was [205]
wash [1]  40/10
Washington [3]  1/22 99/2 130/8
wasn't [12]  24/20 34/3 46/24 49/6 62/10
72/16 76/5 89/21 91/1 94/22 134/22
159/2
waste [1]  38/19
wasting [1]  81/11
watch [8]  39/23 119/8 122/23 155/12
157/8 157/10 159/16 159/18
watches [5]  42/1 42/12 121/19 155/20
155/23
watching [2]  156/25 157/1
way [46]  21/15 26/12 26/14 26/23 27/13
28/8 29/22 30/8 30/9 31/8 32/6 33/5
37/17 38/2 38/11 38/11 42/22 56/8
66/17 67/21 69/24 70/7 70/17 72/13
72/15 72/24 73/3 73/8 74/23 83/6 85/5
88/8 91/15 94/16 104/16 105/9 113/2
116/22 117/22 134/1 137/14 142/11
147/22 148/13 151/23 165/18
ways [3]  23/25 101/9 140/5
we [126]  5/4 5/5 5/10 7/22 8/9 9/25
12/25 17/14 17/19 19/23 20/10 20/12
20/21 24/19 24/21 24/23 24/25 24/25
25/2 26/25 28/20 31/24 31/25 32/25
34/16 34/18 38/23 39/11 41/1 48/17
53/7 53/21 56/25 57/15 58/3 59/21
59/23 60/6 60/9 61/6 61/12 61/14 62/5
62/9 62/20 62/21 62/22 65/6 67/1 80/20
83/7 87/3 88/1 89/6 89/6 89/9 89/15
89/21 90/16 90/20 98/11 99/8 99/16
99/18 102/2 102/2 103/23 103/24
106/10 110/22 112/23 113/2 116/13
120/16 120/17 121/17 126/6 127/15
128/6 128/20 128/24 130/10 130/18
131/5 131/5 131/8 134/9 134/9 140/5
140/21 144/10 144/11 145/1 151/12
154/12 158/9 158/11 158/13 158/14
160/15 160/21 161/7 161/8 161/10
161/11 161/12 161/12 161/13 161/14
161/16 161/17 161/23 162/4 165/19
165/24 165/25 166/2 166/5 166/23
167/5 167/7 172/14 172/18 174/15
174/25 175/2
we'd [7]  5/20 17/17 29/16 80/13 90/21
144/1 161/3
we'll [11]  39/10 39/11 39/12 62/6 62/6
98/3 98/4 127/23 128/10 158/6 158/14
we're [47]  20/10 20/13 20/22 28/17
31/14 34/17 35/13 41/10 58/6 59/9
63/20 63/22 64/15 64/15 66/14 73/8
77/8 77/18 80/16 80/18 81/11 84/24
88/17 93/25 98/8 99/14 106/18 112/15
113/13 113/17 113/21 116/16 127/6
128/23 128/25 130/7 142/10 148/10
152/3 156/12 158/6 164/14 165/6
171/15 171/16 173/16 174/23
we've [10]  31/2 60/5 61/12 62/11 79/24
102/6 164/23 166/6 166/19 172/24
Web [1]  150/4
week [14]  15/6 18/1 18/2 21/1 80/20

105/12 113/25 114/9 114/10 121/14
121/16 122/1 122/11 122/24 123/9
weekend [2]  121/16 123/17
weekends [1]  123/25
weekly [3]  113/20 122/7 132/4
weeks [2]  2/2 78/7
weight [2]  65/12 79/10
welfare [1]  89/11
well [119]  5/10 7/21 9/10 11/21 14/6
15/11 17/12 17/18 17/23 20/21 21/19
22/15 22/21 23/12 23/25 27/14 32/19
35/13 36/25 42/3 47/3 50/7 50/12 50/14
52/7 53/11 56/4 57/19 58/4 58/17 59/13
59/23 60/16 61/16 64/2 64/12 64/18
64/22 65/1 65/6 66/11 67/5 67/13 68/10
68/24 69/24 70/1 70/15 71/11 72/2 72/5
72/10 74/21 75/1 75/14 76/2 77/19
77/24 78/22 79/21 80/2 80/10 80/12
80/19 82/7 82/14 83/13 84/22 91/3 91/5
92/18 94/14 94/15 97/16 104/18 109/3
109/16 109/24 112/11 112/22 112/25
113/1 113/9 114/19 117/19 119/24
128/9 128/22 132/7 133/20 133/25
134/2 135/15 146/1 146/13 147/7
148/19 149/14 149/19 151/6 153/6
154/1 155/5 156/6 156/24 157/8 158/1
159/2 159/23 163/23 164/22 166/2
166/14 166/23 167/23 168/8 170/21
171/11 171/24
well-being [4]  9/10 23/12 42/3 94/15
went [13]  7/25 12/23 12/25 17/13 17/19
63/19 72/6 76/6 78/7 89/6 89/6 89/12
150/4
were [91]  7/17 7/19 11/25 12/20 13/9
14/19 15/7 19/17 24/23 25/19 27/4
29/17 36/25 40/12 43/6 43/11 43/19
44/1 44/13 48/18 52/8 52/8 52/17 59/23
65/20 65/24 66/24 72/1 79/23 80/5 85/2
86/3 86/9 87/8 89/2 90/20 91/4 95/7
95/11 99/25 102/17 102/23 104/15
104/23 105/13 106/25 107/6 107/11
107/13 108/9 108/10 110/18 113/19
114/1 114/4 114/22 117/18 120/11
124/16 124/17 126/3 128/15 131/5
131/6 133/10 134/21 135/8 135/9
140/4 145/17 146/5 150/8 151/21
155/15 160/8 161/16 161/16 165/16
166/5 168/12 169/11 169/13 169/14
169/15 170/7 175/4
weren't [2]  62/22 116/23
what [212]
what's [25]  6/25 7/15 10/19 10/21 12/18
22/10 24/5 27/4 27/16 28/15 29/1 29/11
32/5 33/7 62/6 82/16 94/13 101/24
119/15 141/11 152/15 163/19 168/18
173/15 173/17
whatever [2]  27/9 41/4
when [98]  13/5 14/11 15/23 16/1 17/9
17/10 17/16 18/11 18/14 19/20 20/9
20/11 20/13 20/15 20/19 22/7 22/8
22/14 24/1 24/24 26/16 27/7 27/8 31/6
32/17 34/16 35/3 35/15 35/25 36/16
36/17 36/19 40/11 42/4 44/13 47/6
48/17 49/5 50/15 68/1 70/19 72/6 72/7
73/1 75/24 78/9 80/21 82/15 89/6 89/10
89/19 94/22 95/5 96/2 97/17 102/25
106/6 106/18 107/4 107/10 107/21
107/24 108/4 110/1 110/5 111/17
111/19 117/20 120/19 123/14 127/19
131/5 134/21 134/22 135/7 139/14
144/23 144/23 144/25 144/25 145/1
146/13 146/18 146/21 149/23 150/17

151/14 152/16 155/5 155/20 160/3
155/23 156/23 162/20 165/4 166/18
171/14 173/6
whenever [1]  133/13
where [52]  5/4 9/5 9/6 14/18 17/14
18/14 18/23 19/5 22/18 23/19 27/17
31/19 47/6 47/8 47/14 49/11 51/11 53/9
54/22 56/1 68/10 69/8 71/8 71/12 73/21
101/20 102/3 104/10 104/14 105/20
107/1 111/7 118/19 119/17 122/14
126/12 126/15 131/1 134/17 134/22
135/8 140/9 140/21 141/22 142/8
142/21 142/24 144/18 145/8 158/2
162/15 172/23
whereas [3]  95/24 140/15 140/22
WHEREUPON [5]  5/14 98/6 98/16
162/7 175/4
whether [15]  9/4 9/5 9/6 16/2 19/18 35/7
43/24 63/9 65/3 66/13 71/10 84/10
116/6 118/9 146/14
Whew [1]  44/19
which [45]  12/10 14/17 14/21 17/6 23/2
29/6 36/10 37/14 37/15 39/14 41/1 43/8
44/21 44/25 45/19 61/20 66/13 67/21
79/17 80/7 83/8 95/22 101/10 106/10
106/23 114/10 116/25 117/5 121/22
122/7 122/9 122/22 123/5 130/15
135/20 145/17 146/7 153/25 154/23
157/19 163/3 163/8 167/13 168/1 173/6
while [5]  31/14 66/24 73/8 113/9 147/11
who [57]  16/8 16/16 16/19 22/2 22/5
22/7 22/8 26/3 31/3 31/25 43/17 43/19
45/2 51/10 56/6 69/1 72/8 89/12 108/2
108/7 108/9 109/6 109/25 110/9 111/20
111/21 111/21 111/22 111/23 113/9
113/15 113/17 117/6 118/5 118/14
118/21 119/8 119/12 120/21 121/11
121/11 122/23 124/16 131/22 134/21
136/6 136/7 136/8 136/9 139/12 148/22
148/25 158/13 160/4 168/13 172/14
172/14
who's [3]  5/4 32/7 32/22
whole [16]  22/3 26/12 26/17 26/21 28/21
30/9 33/17 85/13 91/18 104/11 112/18
121/23 124/4 130/23 151/6 164/14
wholesale [1]  61/2
whose [1]  157/22
why [20]  26/21 34/9 59/10 60/18 91/19
94/20 95/25 105/25 106/1 107/19 112/9
113/7 136/1 138/18 141/5 146/7 158/4
164/24 172/11 172/12
Wicker [1]  2/11
will [51]  11/21 24/15 50/5 61/23 91/11
92/1 96/5 100/14 104/21 109/12 110/12
113/1 113/11 114/6 116/14 118/24
122/4 125/22 125/23 127/11 127/17
128/24 131/13 131/13 132/4 133/5
133/18 134/3 134/9 135/20 137/10
137/13 138/5 139/8 139/11 139/12
142/3 144/5 152/25 157/23 157/24
157/25 158/9 158/10 161/22 161/23
163/3 166/21 167/10 167/15 174/25
WILLIAMS [2]  2/15 5/1
willing [1]  131/14
wise [2]  24/8 84/20
wish [4]  37/9 80/13 93/3 174/22
withdrawal [1]  110/4
within [15]  8/11 8/21 17/11 18/7 31/4
34/2 36/24 78/7 81/16 81/17 81/18
124/2 130/22 153/17 154/3
without [9]  38/18 96/25 97/1 97/6 99/17
141/17 141/19 144/5 166/9
witness [23]  5/4 5/6 10/13 10/14 11/6

# W

witness... [18]  54/15 61/9 63/17 63/24
66/13 81/1 98/9 116/19 133/22 134/16
141/3 160/19 165/3 165/25 166/5
173/12 174/4 174/16
witnesses [7]  35/8 134/14 160/14
160/21 160/24 166/20 174/20
women [1]  30/19
won't [3]  32/19 157/24 158/11
word [2]  55/8 150/1
worded [1]  58/12
work [33]  8/15 8/18 8/20 11/1 13/16
14/11 15/4 19/14 20/1 20/22 23/4 23/7
24/19 26/4 32/19 33/3 33/5 40/9 49/10
53/11 53/12 72/8 90/14 95/3 105/12
120/22 121/2 121/6 138/25 162/15
162/16 170/22 171/25
worked [6]  6/13 19/17 19/18 53/9
162/18 162/19
worker [8]  114/15 115/1 120/21 121/7
121/23 121/25 143/14 147/16
worker's [1]  115/1
workers [5]  114/18 114/19 114/25
140/20 143/17
workforce [2]  18/20 77/5
working [7]  9/5 16/1 31/17 32/7 32/21
40/13 142/10
workload [1]  44/5
works [4]  29/18 31/2 51/11 164/11
worried [1]  94/24
worsen [1]  116/14
worthwhile [2]  20/1 34/9
would [149]  10/5 12/7 14/3 16/10 16/16
17/15 23/21 24/3 24/6 27/17 36/25
37/19 37/21 38/2 39/23 42/23 43/12
43/14 54/2 54/12 57/8 58/16 59/21 62/5
66/3 66/13 66/22 68/3 68/7 68/8 69/8
70/20 70/21 70/21 72/8 72/9 72/21
72/21 72/24 80/3 83/25 84/3 84/19
86/25 88/5 95/8 95/15 95/25 96/18
96/20 97/6 97/10 97/12 97/21 100/10
100/23 104/17 104/22 105/18 106/12
106/12 107/15 108/14 109/10 109/18
109/19 110/16 110/16 110/19 110/23
111/12 112/9 113/7 113/25 114/12
115/2 116/5 116/6 116/6 116/8 116/9
119/1 119/14 119/21 119/23 120/4
120/5 120/9 120/14 120/15 120/17
121/7 121/8 122/6 122/13 123/22 124/6
124/12 124/20 126/8 127/22 128/11
130/15 130/17 130/22 131/17 131/24
132/15 132/24 132/25 133/4 133/6
133/25 135/13 135/25 136/24 139/18
140/24 141/6 142/6 146/15 147/13
147/14 153/20 153/22 153/23 154/7
154/22 154/24 155/1 155/15 155/16
156/3 156/20 157/5 157/5 157/7 157/9
159/3 163/4 166/16 167/5 170/17
170/25 171/25 172/5 172/6 172/23
174/6
would also [1]  120/5
wouldn't [6]  29/17 57/9 69/2 69/6 83/24
92/19
wow [1]  44/19
write [3]  57/13 149/23 172/18
writing [3]  72/18 117/23 145/3
written [3]  52/3 117/18 117/20
wrong [8]  62/17 78/9 78/23 80/1 80/3
80/5 94/15 136/20
wrote [3]  30/6 72/16 101/6

# Y

yank [1]  21/23

Yeah [21]  44/11 57/25 58/8 71/1 76/25
88/4 98/1 102/8 117/7 117/19 117/23
118/20 122/19 128/17 130/18 130/25
141/17 142/3 142/9 155/7 162/2
year [29]  6/7 8/8 9/19 9/23 10/22 10/24
12/15 18/7 18/11 24/24 25/4 36/22 43/9
52/20 52/23 55/24 63/8 63/12 64/21
77/12 81/16 81/18 89/18 96/22 97/23
145/4 146/18 147/3 147/7
years [32]  5/9 5/11 6/11 6/19 7/12 8/15
8/16 8/21 10/3 10/23 11/9 14/16 18/8
19/16 19/19 24/17 25/7 27/4 27/14
27/15 31/20 45/13 47/4 52/18 53/2
53/19 69/2 72/16 74/13 81/24 82/23
87/12
yes [215]
yesterday [12]  5/10 21/11 25/12 25/20
40/19 41/1 57/12 150/25 161/8 161/11
161/12 162/3
yet [4]  25/17 83/18 95/24 161/5
York [3]  57/15 58/15 58/21
you [698]
you'd [5]  27/5 86/4 86/6 126/15 131/9
you'll [2]  138/8 143/18
you're [38]  18/12 22/16 27/7 29/2 29/13
31/23 33/21 33/23 34/12 34/23 45/21
58/25 71/9 71/10 79/2 80/21 85/22 95/3
97/17 97/22 103/11 103/16 105/20
112/2 112/6 120/23 126/10 131/1 137/3
144/21 147/9 153/3 155/13 157/5 158/7
168/4 170/12 170/13
you've [14]  9/15 27/8 58/4 58/5 79/16
81/4 88/12 95/15 99/24 119/13 130/14
145/6 152/22 158/19
your [282]
yourself [1]  32/21

# Z

zero [3]  67/3 67/4 155/16