UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
)
LASHAWN JONES, ET AL., )
Plaintiffs; and )
UNITED STATES OF AMERICA )
Plaintiffs in Intervention )
)
v. ) Civil Action No. 2:12-cv-00859
) Section I, Division 1
MARLIN N. GUSMAN, ET AL., ) Judge Lance M. Africk
Defendants ) Magistrate Judge Chasez
_____ )
)
MARLIN N. GUSMAN, )
Third-Party Plaintiff )
)
v. )
)
THE CITY OF NEW ORLEANS, )
Third-Party Defendant )
_____)

## ORDER

**IT IS ORDERED** that the Plaintiff Class' and Sheriff Marlin Gusman's joint motion to enter consent judgment is hereby **GRANTED**. The Consent Judgment will be entered as an Order of the Court.

New Orleans, Louisiana, October 10, 2013.

_____
**HON. LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**