MINUTE ENTRY
AFRICK, J.
January 16, 2014
JS-10 00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859**<br>**c/w 12-138**<br>**REF: 12-859** |
| **MARLIN GUSMAN ET AL.** | **SECTION I** |

### ORDER

A status conference was held on this date with the following individuals participating by telephone:

Blake J. Arcuri
Sharon Brett
Laura Coon
Elizabeth Cumming
Kerry Dean
Margo Frasier
Susan McCampbell
Cory Sanders
Katharine Murphy Schwartzmann
Michael Tidwell
Jerry Ursin
Sharonda Williams

The Court was advised that the Sheriff of Orleans Parish ("Sheriff") and the City of New Orleans ("City") are engaging in negotiations to ensure adequate funding for the remainder of the fiscal year, including compliance with the Consent Judgment. The Court was further advised that, in light of these negotiations, neither the City nor the Sheriff foresees a budgetary shortfall in the next 10 weeks. When asked to provide a conservative estimate, the City and the Sheriff agreed that

they should reach an agreement within 2 weeks.

The Court advised the parties that any agreement between the Sheriff and the City could be subject to challenge by the Plaintiff Class and the United States of America if the agreement did not provide for adequate funding to implement the Consent Judgment.

The Court proposed that the Sheriff and the City split the costs associated with the design, implementation, and validation of a classification system. The Sheriff and the City agreed to do so.

**IT IS ORDERED** that a status conference is scheduled for **Thursday, January 30, 2014**, **at 7:30 a.m.** for the purpose of advising the Court and the other parties of the details of any agreement reached by the City and the Sheriff. Counsel may participate by telephone if the Court is provided with a telephone number two business days in advance.

**IT IS FURTHER ORDERED** that, with the consent of the parties, on or before **Wednesday, January 22, 2014**, the Sheriff and the City shall each provide $25,000.00 for the purpose of paying the costs associated with designing, implementing, and validating a classification system. These funds shall be segregated in an account, established and maintained by the Sheriff, that will be used <u>solely</u> for expenses and reimbursements related to the design, implementation, and validation of a classification system.

**IT IS FURTHER ORDERED** that funds may only be disbursed from this account with the prior concurrence of the Sheriff and the City. The parties shall immediately inform the Court of any disagreement over a potential disbursement.

**IT IS FURTHER ORDERED** that the Court reserves ruling on the proper disposition of any funds that remain in the account after the design, implementation, and validation of a classification system. The Court also reserves ruling on which party or parties will be responsible

for providing any additional funds that may be needed to design, implement, and validate the classification system, notwithstanding the preliminary estimate of $50,000.

**IT IS FURTHER ORDERED** that each of the parties, the Monitor, and the Court shall have the ability to review any account activity.

New Orleans, Louisiana, January 16, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**