

**Norix Group, Inc**
1800 W. Hawthorne Lane Suite N - West Chicago, IL  60185-
Phone: 630-231-1331 - Fax: 630-231-4343 - Email: furniture@norix.com

# Q U O T E

| Date | Quote # |
|---|---|
| 6/27/2014 | LA0614-03 |

| | |
|---|---|
| **To:** | Mary Goodwin |
| | Orleans Parish Sheriff's-Gravier |
| | 3240 Gravier St |
| | New Orleans, LA 70119 |
| **Phone:** | 504-822-5522  Ext. |
| **Fax:** | 504-827-6758 |
| **Email:** | goodwin@opso.us |
| **Re:** | Orleans Parish Sheriff's-Gravier |

| Terms | Quoted By | Ship Via |
|---|---|---|
| Subject to Credit Approval | Melanie Elliott | Custom |

| Qty | Item ID / Item Name / Description | | Unit Net Price | Ext. Price |
|---|---|---|---|---|
| 1 | ATN101<br>Attenda Floor Mount Bed<br>Flat deck size: 36"W x 80"L<br>Polyethylene -Foam Filled /Hardware Not Included<br>Color Selections:<br>____ Pinecone   ____Sawgrass<br>____ Lagoon      ____Golden Wheat<br>____ Mulberry    ____River Rock<br>United States Patents Issued and Pending U.S. Patent No. 8,007,059B2<br>**BED OPTIONS:**<br>**Headboard-$99.00**<br>**Restraints-$216.00**<br>**Norix Blue Mattress-$249.75**<br>**Sliver Secure Mattress-$324.90**<br>**Black Max Mattress-$399.60** | | $972.45 | $972.45 |

**Shipping and Handling:** FOB Origin (FREIGHT IS ADDITIONAL)

| | TOTAL | $972.45 |
|---|---|---|

**Does not include applicable taxes.**

**Lead-time: 6 weeks ARO, or sooner.**

**Your Local Representative:**  TJ Sales & Assoc., LLC, Tommy Jernigan, 205-910-0201, tommy@tjsalesassociates.com

**This Quotation is valid for 30 days and subject to the Standard Terms and Conditions stated in the Norix Group Price List.**

**Thank you for allowing Norix the privilege of quoting your requirements.**

| | |
|---|---|
| **Ship To:** _____ | **Accepted By:** _____ |
| **Address:** _____ | **P.O. Number:** _____ |
| _____ | **Tax Exempt? (please circle)   Yes  or  No** |
| **Contact:** _____ | **Tax Exempt #:** _____ |
| **Phone:** _____ | **Requested Delivery Date:** _____ |

**Bill To (if different from above):** _____

**Address:** _____

**Contact:** _____

**Phone:** _____



## Attenda® Floor Mount Bed

TOP



84"
80"
36"
40"

FRONT

15 1/2"



Model #:  ATN101
ATN101B (Bed with bottom enclosure)

Note: Dimensional tolerances are
±1% due to manufacturing process.

### Overview
Floor mounted bed. Engineered for intensive use durability and proven suitable for continuous daily use in challenging environments. Raised lip around bed deck retains fluid for easy clean-up. Proven suitable for continuous daily use in a healthcare or correctional environment. Impact resistant.

### Fabrication:
Slightly textured maintenance free surface allows for easy cleaning.

### Material:
Rotationally molded, specially formulated, fire-retardant, high-impact polyethylene with ultraviolet light stabilizers (to reduce fading). Chemically resistant to blood, vinegar, urine, feces, salt solution and chlorine solution. Premium material is fully compounded for superior color, fire retardancy and quality assurance. Unit is filled with rigid, structural polyurethane foam for increased durability and sound absorption.

### Patents:
U.S. Mechanical Patents Issued and Pending. US Patent No. 8,007,059 B2

### Flammability:
Compliant with the following flammability standards:
- State of California, Technical Bulletin No. 133, Flammability Test Procedure for Seating Furniture for Use in Public Occupancies.
- UL1056 Fire Test of Upholstered Furniture
- ASTM E1537 Test Method for Fire Testing of Real Scale Upholstered Furniture Items
- NFPA 261 Cigarette Ignition Resistance of Upholstered Furniture
- British Standard BS 7176: 2007, High Hazard Occupancy (BS EN 1012-1: 2006, BS EN 1012-2: 2006, BS 5852: 2006)

### Color:
Mulberry, Sawgrass, Pine Cone, Golden Wheat, Lagoon, River Rock.

### Weight:
ATN101: 110 lbs.
ATN101B: 115 lbs.

### Assembly:
None required.

### Options:
Restraint rings. Wall mount headboard. Bottom closure panel. Floor glides.

### Installation:
Wedge anchors and $^3/_8$" bolts required for permanently attaching to floor. Anchors and bolts not supplied by Norix. Groove along underside edge for caulk application (caulk not supplied by Norix).

### Warranty:
5 year limited replacement warranty.

### Maintenance:
Easily cleaned with a damp cloth and a mild soap solution.

### Filing System:
12600 Institutional Furniture
11197 Correctional Furniture



Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2013 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 8/13





# Attenda® Headboard



Model #: ATN110

Note: Holes are not pre-drilled.



FRONT          SIDE

39 1/2"

18"

1 1/8"

**Overview**
An optional accessory for the Floor Mount Attenda Bed (Model: ATN101). Engineered for intensive use durability and proven suitable for continuous daily use in challenging environments. Natural wood-grain appearance. Impact resistant. Mounts directly to the wall.

**Fabrication & Materials:**
1 1/8" 45 lb. density M3 grade particle board with durable high-pressure laminate surface and 2mm PVC edge.

**Color:**
Wilsonart® 10776-60 Kensington Maple, Wilsonart® 7816-60 Solar Oak, Wilsonart® 7054-60 Wild Cherry.

**Weight:**
22 lbs.

**Assembly:**
None required.

**Installation:**
Anchors required for permanently attaching to wall. Anchors not supplied by Norix. Headboard should be through-bolted to wall, exposing hardware.

**Warranty:**
5 year limited replacement warranty.

**Maintenance:**
Easily cleaned with a damp cloth and a mild soap solution.

**Filing System:**
12600 Institutional Furniture
11197 Correctional Furniture

C12   Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2013 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 8/13





# Attenda® Restraint Rings


TOP


SIDE



Model #: ATN-R06N

**Overview**
An optional conversion kit for adapting an Attenda bed (ATN101) for use as a restraint bed. Conversion kit consists of six heavy-duty restraint rings that mount through hole locations in bed and through-bolt into floor. Restraint rings then serve as connector points for user-supplied restraint devices. Norix does not provide the restraint devices.

**Material:**
$1/4$" thick steel.

**Weight:**
6 Rings: 1.1 lbs.

**Assembly:**
None required.

**Installation:**
It is intended that the restraint ring is installed with the same anchors used to secure the bed. Anchors not supplied by Norix.

**Intended Use Desclaimer:**
These goods are sold by Norix for institutional use only and not as consumer products. Except for the warranty of title, NO WARRANTY OF MERCHANTABILITY, FITNESS OR OTHER WARRANT (WHETHER EXPRESSED, IMPLIED OR STATUTORY) IS MADE BY NORIX, except that Norix warrants the goods to be free from defects in materials and workmanship in normal use and service. NORIX IS NOT LIABLE FOR CONSEQUENTIAL DAMAGES.

THESE GOODS ARE NOT WARRANTED AS SUITABLE FOR ANY PARTICULAR PURPOSE PARTICULAR TO BUYER. THE SUITABILITY OF GOODS FOR ANY PURPOSE PARTICULAR TO BUYER IS FOR BUYER, IN BUYER'S SOLE JUDGEMENT, TO DETERMINE. NORIX ASSUMES NO RESPONSIBILITY FOR THE SELECTION OR FURNISHING OF GOODS SUITABLE TO THE INDIVIDUAL NEEDS AND PURPOSES OF ANY PARTICULAR BUYER.

**Warranty:**
5 year limited replacement warranty.

**Maintenance:**
Easily cleaned with a damp cloth and a mild soap solution.

**Filing System:**
12600 Institutional Furniture
11197 Correctional Furniture



Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2013 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 8/13

C13



# Comfort Shield®
Sealed Seam Mattress
Remedy | Black Max



Model #: MRX6-3675 (36" x 75" x 6" thick)
MRX6-3680 (36" x 80" x 6" thick)



TOP
75" / 80"
36"
SIDE
6"

**Overview**
Foam encased mattress suitable for healthcare environments features sealed seam with reinforced stitching for superior strength against bodily fluids, contraband and other intrusions common in intensive-use facilities. Three layer cover material with reinforcing rip-stop scrim for maximum security in critical environments.

**Fabrication & Material:**
Comfortable polyurethane foam core is encased in a fortified ripstop, fire-retardant cover with radio frequency welded seams and reinforced stitching for enhanced hygiene, security and durability. Three-ply polyurethane coated cover is highly-puncture resistant and inhibits tearing if puncture does occur. Mattress is fluid, crack, peel, abrasion and bed bug resistant, anti-microbial and anti-fungal. Provides a virus barrier and is resistant to tearing and delaminating for greater infection control. Features a breathable vent that repels oil, water, blood, urine and other fluids. Made in the U.S.A.

**Flammability Test Standards:**
Compliant with the following flammability standards:
- Tested to ASTM F1566 Hexagonal Roller Mattress Durability Test
- 16 CFR Part 1633
- 16 CFR Part 1632

**Color:**
Black
**Weight:**
MRX6-3675: 24 lbs.
MRX6-3680: 26 lbs.
**Assembly:**
Shipped assembled in poly bag.
**Warranty:**
5 year limited prorated warranty against seam failure and cover material cracking. (Full warranty details available upon request.)
**Maintenance:**
Norix Cleaning Solutions' BioEnzyme Mattress Cleaner (M). After cleaning, dry entire surface prior to using. To avoid damage, do not lie flat against a solid surface until mattress is completely dry.
**Filing System:**
12600 Institutional Furniture
11197 Correctional Furniture




Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2014 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 3/14



# Comfort Shield®
Sealed Seam Mattress
Remedy | Norix Blue



Model #: MRB6-3675 (36" x 75" x 6" thick)
MRB6-3680 (36" x 80" x 6" thick)



TOP
75" / 80"
36"
SIDE
6"

**Overview**
Foam encased mattress suitable for healthcare environments features sealed seam protection against bodily fluids, bed bugs and other intrusions common in intensive-use facilities.

**Fabrication & Material:**
Comfortable polyurethane foam core is encased in a fire retardant polyurethane coated cover with radio frequency welded seams for enhanced hygiene, security and durability. Mattress is fluid, crack, peel, abrasion and bed bug resistant, anti-microbial, and anti-fungal. Provides a virus barrier and is resistant to delaminating for greater infection control. Features a breathable vent that repels oil, water, blood, urine and other fluids. Made in the U.S.A.

**Flammability Test Standards:**
Compliant with the following flammability standards:
• Tested to ASTM F1566 Hexagonal Roller Mattress Durability Test
• 16 CFR Part 1632.4
• 16 CFR Part 1633

**Color:**
Norix Blue
**Weight:**
MRB6-3675: 24 lbs.
MRB6-3680: 26 lbs.
**Assembly:**
Shipped assembled in poly bag.
**Warranty:**
5 year limited prorated warranty against seam failure and cover material cracking. (Full warranty details available upon request.)
**Maintenance:**
Norix Cleaning Solutions' Bio Enzyme Mattress Cleaner (M). After cleaning, dry entire surface prior to using. To avoid damage, do not lie flat against a solid surface until mattress is completely dry.
**Filing System:**
12600 Institutional Furniture
11197 Correctional Furniture



Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2014 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 3/14





# Comfort Shield®
Sealed Seam Mattress
Remedy | Silver Secure



Model #: MRS6-3675 (36" x 75" x 6" thick)
MRS6-3680 (36" x 80" x 6" thick)



TOP — 75" / 80" — 36"
SIDE — 6"

**Overview**
Foam encased mattress suitable for healthcare environments features enhanced ripstop break strength and sealed seam protection against bodily fluids, contraband and other intrusions common in intensive-use facilities.

**Fabrication & Material:**
Comfortable polyurethane foam core encased in a reinforced ripstop, fire-retardant, polyurethane coated cover with radio frequency welded seams for enhanced hygiene, security and durability. Premium cover is highly-puncture resistant and inhibits tearing if puncture does occur. Mattress is fluid, crack, peel, abrasion and bed bug resistant, anti-microbial and anti-fungal. Provides a virus barrier and is resistant to tearing and delaminating for greater infection control. Features a breathable vent that repels oil, water, blood, urine and other fluids. Made in the U.S.A.

**Flammability Test Standards:**
Compliant with the following flammability standards:
• Tested to ASTM F1566 Hexagonal Roller Mattress Durability Test
• 16 CFR Part 1633
• 16 CFR Part 1632

**Color:**
Silver

**Weight:**
MRS6-3675: 24 lbs.
MRS6-3680: 26 lbs.

**Assembly:**
Shipped assembled in poly bag.

**Warranty:**
5 year limited prorated warranty against seam failure and cover material cracking. (Full warranty details available upon request.)

**Maintenance:**
Norix Cleaning Solutions' Bio Enzyme Mattress Cleaner (M). After cleaning, dry entire surface prior to using. To avoid damage, do not lie flat against a solid surface until mattress is completely dry.

**Filing System:**
12600 Institutional Furniture
11197 Correctional Furniture




Norix Group, Inc. • 1800 W. Hawthorne Lane, Suite N, West Chicago, IL 60185
Phone: 800-234-4900 • 630-231-1331 • Fax: 630-231-4343 • Email: furniture@norix.com • www.norix.com
Specifications subject to change without notice. ©2014 Norix Group, Inc. All Rights Reserved. Printed in U.S.A. 3/14