UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| | **No. 12-859** |
| **VERSUS** | **c/w 12-138** |
| | **REF: 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

The Court has received a request[1] filed by the City of New Orleans for oral argument on its motion[2] to invalidate contract or alternatively to terminate contract. The Court will be unable to hear oral argument at the time requested. If, at a later date, the Court finds that oral argument will be helpful, counsel will be notified.

New Orleans, Louisiana, March 24, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 792.
[2] R. Doc. No. 791.

1