MINUTE ENTRY
AFRICK, J.
MARCH 26, 2015

JS10 - 01:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

**STATUS HEARING**

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER: Karen Ibos

APPEARANCES:   Katie Shwartzmann, Elizabeth Cumming, Counsel for plaintiffs
Laura Coon, Sharon Brett, Corey Sanders (by telephone), Counsel for intervenor plaintiff United States of America
James Williams, Freeman Matthews, Blake Arcuri, Inemesit O'Boyle, Counsel for defendant/third party plaintiff Orleans Parish Sheriff's Office
Sharonda Williams, Bryan Bowdler, Counsel for third party defendant City of New Orleans

Court begins.
Case called.
All present and ready.
Court addressed counsel for the Sheriff regarding the motion[1] to issue order directing the city to fund jail operations.
**IT IS ORDERED** that the motion is **WITHDRAWN,** for reasons stated orally on the record.
Susan McCampbell, lead monitor, addressed the Court regarding status of compliance with the consent judgment.
Dr. Raymond F. Patterson, mental healthcare submonitor, addressed the Court (by telephone).
Tommy Vassell, chair of the budgetary working group, addressed the Court.
Margo L. Frasier, correctional practices submonitor, addressed the Court.
Dr. Robert B. Greifinger, medical care submonitor, addressed the Court.
Court adjourned.

---

[1] Rec. Doc. No. 793