MINUTE ENTRY
AFRICK, J.
March 26 2015
JS-10 00:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| | **No. 12-859** |
| **VERSUS** | **c/w 12-138** |
| | **REF:  12-859** |
| **MARLIN GUSMAN ET AL.** | **SECTION I** |

### ORDER

The Court met in chambers before the status conference with counsel for the parties, lead monitor Susan McCampbell, sub-monitors Margo Frasier, and Dr. Robert Greifinger, budget working group chair Tommie Vassel, New Orleans City Councilmember Susan Guidry, and representatives of Correct Care Solutions, Inc. ("CCS").  As discussed at the conference in chambers and at the status conference:

With respect to outstanding informal document requests from the City, the Sheriff will provide the presently available materials on or before Wednesday, April 1, 2015, and the balance of the requested materials on Monday, April 6, 2015.

Counsel for the City and for the Sheriff agreed to work with Tommie Vassel to project the Sheriff's funding needs and to develop a proposed framework for averting last-minute emergency requests for funding. The City and the Sheriff will submit a proposed order regarding the dates on which the Sheriff can expect to receive funds from the City which are necessary for continued jail operations.

On or before Friday, March 27, 2015, the Sheriff shall submit to the Monitor a letter detailing its progress relative to the solicitation of proposals for youth programming. On or before Friday, April 3, 2015, the Sheriff shall consult with Superintendent Holt regarding this issue. On or before Friday, April 10, 2015, the Sheriff shall submit a follow-up letter to the Monitor.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**