UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| | **No. 12-859** |
| **VERSUS** | **c/w 12-138** |
| | **REF:  12-859** |
| **MARLIN GUSMAN ET AL.** | **SECTION I** |

## ORDER

**IT IS ORDERED** that a status conference will be held in the undersigned's courtroom on **Thursday, June 25 2015, at 8:30 a.m. CST**.  DOJ counsel may participate by telephone if the Court is provided with a telephone number prior to the conference.

New Orleans, Louisiana, March 30, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE