# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| | |
| | **No. 12-859** |
| **VERSUS** | **c/w 12-138** |
| | **REF:  12-859** |
| | |
| **MARLIN GUSMAN ET AL.** | **SECTION I** |

## ORDER

**IT IS ORDERED** that a telephone status conference will be held on **Tuesday, April 14, at 7:30 a.m. CST** with the Monitor and counsel for DOJ, plaintiffs, the Sheriff, and the City. The conference will address the status of the Sheriff's compliance with the reporting requirements and other provisions of the Consent Judgment[1] and the February 11, 2015 stipulated order.[2] Counsel shall provide the Court with a telephone number prior to the conference.

New Orleans, Louisiana, April 9, 2015.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 466.

[2] R. Doc. No. 787.