UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | CIVIL ACTION NO. 12-859<br>C/W 12-138 |
| **VERSUS** | SECTION "I" (1) |
| **MARLIN GUSMAN, ET AL.** | REF: 12-859 |

The Court has been advised of a request for funds directed to the City of New Orleans from the Orleans Parish Sheriff's Office. The Court reiterates what it has previously stated on multiple occasions regarding such untimely last-minute requests which are not sent through proper channels.

Mr. Vassel must be copied on budget communications. Furthermore, the Sheriff's funding needs should be presented in a timely manner in order to ensure necessary funding and to allow for proper consideration by the City of New Orleans.

The Sheriff's failure to follow basic rules designed to secure timely funding and proper consideration by the City of New Orleans has resulted in a waste of the Monitor's time, associated expenses, and inconvenience to the Court and the City of New Orleans. Further transgressions related to this issue will not be tolerated.

New Orleans, Louisiana this 30th day of April, 2015.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE