MINUTE ENTRY
NORTH, M.J.
MAY 13, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

**HEARING ON MOTION**

COURT REPORTER:   Jodi Simcox

APPEARANCES:      Katie Schwartzmann, Liz Cumming, Laura Coon, Blake Arcuri

MOTION:

(1)   Plaintiffs' Motion to Compel (Rec. doc. 805).

\_\_\_\_\_ :      Continued to

\_\_\_\_\_ :      No opposition

\_\_1\_\_ :      Opposition

**ORDERED**

\_\_\_\_\_ :      Dismissed as moot.

\_\_\_\_\_ :      Dismissed for failure of counsel to appear.

\_\_1\_\_ :      Granted.  The reasons proffered by Plaintiffs in their motion papers satisfy the "reasonably necessary" standard in the Consent Judgment sufficient to warrant the production of incident reports (in paper form only, with no videos or DVDs).

\_\_\_\_\_ :      Denied.

MJSTAR(00:10)

\_\_\_\_\_:     Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE