UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| | **No. 12-859** |
| **VERSUS** | **c/w 12-138** |
| | **REF:  12-859** |
| **MARLIN GUSMAN ET AL.** | **SECTION I** |

## ORDER

**IT IS ORDERED** that a status conference will be held on **Monday, June 8, at 8:00 a.m. CST**. The Conference will address funding issues. Counsel for the City of New Orleans and the Sheriff shall attend in person. Counsel for plaintiffs and DOJ may attend in person or participate by telephone, in which case they shall provide the Court with a telephone number prior to the conference.

New Orleans, Louisiana, June 5, 2015.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE