**MINUTE ENTRY**
**AFRICK, J.**
**June 8, 2015**
**JS-10 01:00**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LASHAWN JONES ET AL.**                                  **CIVIL ACTION**

                                                          **No. 12-859**
**VERSUS**                                                **c/w 12-138**
                                                          **REF:  12-859**

**MARLIN GUSMAN ET AL.**                                  **SECTION I**

      The Court held a status conference in chambers with lead monitor Susan McCampbell, sub-monitor Margo Frasier, budget working group chair Tommie Vassel, Deputy Mayor Andy Kopplin, and counsel for all parties participating. The Court and the parties discussed funding issues between the City of New Orleans and the Orleans Parish Sheriff's Office.

      The City confirmed its understanding that it has an obligation to fund a constitutional jail that complies with the Consent Judgment. In addition, the Sheriff expressed that he has no objection to the City reviewing any non-privileged document, record, or information with respect to funding. The parties agreed to use Mr. Vassel as a conduit for any requests for information with respect to funding.

      The Sheriff agreed that by Friday, June 12, 2015, he will produce to the City a list of all OPSO employees, the hours each employee worked, and where each employee worked, through the end of 2014. This list shall be in the same format as the report previously provided the City with respect to the month of April 2014. The Sheriff also agreed to produce to the City copies of all

contracts pertaining to payments listed on the monthly payable list, except for copies of contracts which have already been provided the City.

    New Orleans, Louisiana, June 8, 2015.

                                          */s/ Lance M. Africk*
                                      **LANCE M. AFRICK**
                               **UNITED STATES DISTRICT JUDGE**