MINUTE ENTRY
NORTH, M.J.
JANUARY 9, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

    Since the appointment and approval of the Compliance Director pursuant to the Stipulated Order of June 21, 2016, the undersigned has been regularly meeting with the Parties and their counsel, the court monitors and the Compliance Director to assist in the process of the development and issuance of the remedial action plan (Section D.1 of the Stipulated Order) and the special populations plan (Section D.22).  The undersigned will continue to meet and work with the parties and the Compliance Director to assist in implementation of those plans.

                                                    MICHAEL B. NORTH
                                          UNITED STATES MAGISTRATE JUDGE

MJSTAR (16:30)