MINUTE ENTRY
AFRICK, J.
JUNE 8, 2017
JS10 - 00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

**STATUS HEARING**

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER: Toni Tusa

APPEARANCES:   Elizabeth Cumming, Katharine Schwartzmann, Eric Foley and Emily Washington, Counsel for plaintiffs
Laura Cowall, Megan Marks, Theodore Carter, III and Kerry Dean (by telephone), Counsel for intervenor plaintiff United States of America
Blake Arcuri and Freeman Matthews, Counsel for defendant Orleans Parish Sheriff's Office
Rebecca Dietz, Counsel for third party defendant City of New Orleans

Case called.
Court addressed counsel and spectators in the courtroom.
Counsel for plaintiffs, USA and City of New Orleans addressed the Court.
Susan McCampbell, lead monitor, addressed the Court regarding status of compliance with the consent judgment.
Gary Maynard, Orleans Parish Jail's Independent Compliance Director, addressed the Court.
U.S. Magistrate Judge Michael B. North addressed counsel and spectators in the courtroom.
Court adjourned.