UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

————————————————————— )
)
LASHAWN JONES, ET AL,                     )
Plaintiffs; and                                    )
UNITED STATES OF AMERICA,           )
Plaintiffs in Intervention                     )
)
v.                                                          )
)
)
MARLIN N. GUSMAN, ET AL,            )
Defendants                                          )          Civil Action No. 2:12-cv-00859
————————————————————— )          Section I, Division 1
)          Judge Lance M. Africk
MARLIN N. GUSMAN,                        )          Magistrate Judge Michael North
Third-Party Plaintiff                           )
)
v.                                                          )
)
THE CITY OF NEW ORLEANS,         )
Third-Party Defendant                         )
————————————————————— )

**INITIAL REMEDIAL ACTION PLAN**

     NOW INTO COURT comes Orleans Parish Jail's Independent Compliance Director Gary D. Maynard, and Sheriff Marlin N. Gusman, who respectfully submit the following Supplemental Compliance Action Plan in accordance with the provisions of the Stipulated Order for Appointment of Independent Jail Compliance Director (R. Doc. 1082).

**Introduction**

On December 15, 2016, a draft of the initial remedial action plan was submitted to the Court in accordance with the Stipulated Order for Appointment of Independent Jail Compliance Director. After further review from the Parties and additional research performed by the Compliance Director, this submission represents a completed version of the initial remedial action plan that will bring Orleans Parish OPSO into compliance with the Consent Judgment by October 1, 2017. This initial remedial action plan contains strategies and frameworks to achieve sustainable compliance with all Consent Judgment requirements. Pursuant to the Stipulated Order, this plan will be updated every 60-Days to incorporate any substantive changes that the Compliance Director determines are appropriate. The following items respond to the various components outlined in the Stipulated Order.

**March 1, 2017 – 60-Day Update**
As required by the Stipulated Order for Appointment of Independent Jail Compliance Director (R. Doc. 1082), this 60-day update to the Remedial Compliance Plan is submitted.

**May 1, 2017 – 60-Day Update**
As required by the Stipulated Order for Appointment of Independent Jail Compliance Director (R. Doc. 1082), this 60-day update to the Remedial Compliance Plan is submitted.

**July 1, 2017 – 60-Day Update:**
As required by the Stipulated Order for Appointment of Independent Jail Compliance Director (R. Doc. 1082), this 60-day update to the Remedial Compliance Plan is submitted.

**A.)      Strategies to decrease the number of inmate-on-inmate and inmate-on-staff assaults**
**Intensive Data Analysis and Corrective Actions:** A full listing of all assaults that have taken place in the jail in the last 18 months will be generated with data points that identify the time of day, day of week, location in the jail, the demographic information for the assailant(a) and victim(s), whether the assailant (or deputy/staff member) has been involved in incidents before, the deputy or staff member involved in the incident (if applicable),the floor supervisor on duty when the incident occurred, shift supervisor on duty, the nature of the assault, and any item that may have been used as a weapon during the assault. The Compliance Director has had extensive experience in reducing serious inmate-on-inmate assaults and serious inmate-on-staff assaults. On a previous assignment, in a state whose prison and jail was considered to be one of the more violent in the country, using this data analysis and corrective action technique, he was able to reduce serious inmate-on inmate assaults by 46% and serious inmate on staff assaults by over 50% in a period of 3 years.    We are currently analyzing this data and making staff and operational adjustments, and a full analysis of this data will be performed prior to March 1, 2017. For example in the 4th quarter of 2016, the number of inmate on inmate assaults at OPSO has decreased by 24% compared to the number of assaults in the 3rd quarter of 2016. The full analysis will be used to determine patterns of behavior or frequency of incidents and what factors they may be based on. After March 1, 2017, staff resources will then be redeployed to address any areas of concern that are identified by this analysis and ensure proper training for deputies, staff members, and supervisory staff involved in all incidents.

**March 1, 2017 – 60-Day Update**
Below are examples of how the data is being analyzed by Major Carlos Louque since the appointment of the Compliance Director relative to inmate-on-inmate assaults.   The same approach is taken relative to all serious incidents.

Since October 2016 there have been a total of one hundred fifteen (115) inmate-on-inmate altercations reported in OJC.   There were thirty-three (33) in the month of October, twenty-five (25) in November, thirty-two (32) in December and twenty-six (26) for January 2017.

We experienced a 24% decrease in inmate-on-inmate altercations for the month of November versus October. We incurred a 28% percent increase in the month of December versus November, and we experienced a 22% decrease in the month of January versus the month of December.

When it comes to unreported incidents, there are a total of ten (10) altercations that went unreported in the fourth quarter.   There were three (3) in October, two (2) in November, and five (5) in December.   After researching the allegations, for those three months, three (3) were classified as undetermined.   After checking logs, reviewing video footage, and interviewing the inmates involved; there was not enough sufficient evidence to determine if the incidents ever occurred.   See Figure 1.   January Undetermined and Unreported data is not yet available.



**Figure 1, Inmate-on-Inmate**

Regarding inmate-on-staff altercations, there were twenty-four (24) reports for the OJC Facility. There were five (5) for the month of October, nine (9) for November, seven (7) for December and three (3) for the month of January. We incurred an 80% increase in the month of November versus October, a 22% decrease in the month of December versus November, and a 57% percent decrease in January versus December. This is another case where the goal is to have zero inmate-on-staff altercations; and each case is reviewed to determine if the situation would have allowed for some form of mediation or crisis intervention. The new Chief of Corrections, when hired, will be tasked with the assessment of this data, and the subsequent actions taken to reduce the assaults on inmates and staff. See Figure 2.



**Figure 2, Inmate-on-Staff Altercations**

Other strategies to reduce the inmate-on-inmate and inmate-on-staff altercations will be employed by reviewing the documentation provided by the Tour Watch system, as well as viewing active cameras, and checks by supervisors to determine how often staff are walking in the pods. We are working to increase programming for the inmate population, and reducing the lockdown time and increasing time on the yards. One of the primary ways to reduce violence will be fully staffing the jail and operating OJC as a direct supervision facility. We are anticipating meeting our staffing shortage in the Jail before the end of the second quarter of 2017. In February, our Academy graduated nine (9) new employees, started a new pre-service class of thirty (30), and will begin another class in approximately two weeks with over twenty (20) recruits. We have another potential class of fifty-six (56) and are making plans to run concurrent basic classes to accommodate the numbers of deputy and CMTs recruits.

Another way the data is being analyzed and utilized to improve performance is in the area of Use of Force.  There have been a total of ninety-five (95) reported Use of Force cases in OJC over the last four months.  A total of twenty-three (23) were collected for the month of October, twenty-seven (27) for November, twenty-one (21) for December, and twenty-four (24) for January.  We incurred a 17% increase in Use of Force reports in the month of November versus the month of October. We experienced a 22% decrease in Use of Force reports in the month of December versus the month of November.  We incurred a 14% increase in Use of Force reports for the month of January 2017 over the month of December 2016.  Lieutenant Fred Austin, Commander of the Force Investigation Team, has verified these numbers.

The next step is to break down the incidents by time of day, day of the week, and location by housing unit.  This data is analyzed to determine the most likely conditions when a Use of Force incident occurs.  The supervising staff will be identified and brought into the conversation to examine the incidents to determine if a lower Use of Force continuum could have been used and if additional training is warranted.  We are in the process of this individual analysis.

We continue to work closely with management, supervisors, and staff when it comes to unreported incidents.  A review of the data shows the number of unreported incidents is trending down; however, having one unreported incident is still too many.  We will continue to evaluate the incident reporting processes to identify areas of improvement.  The Compliance Director has made this a matter of command emphasis and has reiterated to the Majors and Captains the goal of zero unreported incidents, and has emphasized the importance of reporting all incidents.  The Command Staff were to discuss this at shift roll call meetings to all the deputies and CMTs.  The number of Use of Force incidents with the number that was unreported is shown in Figure 3. January's data is not yet available.



**Figure 3, Use of Force, with unreported cases**

The next chart illustrates the type of force used during the incidents.  Of the twenty-three (23) Use of Force incidents in October, eleven (11) resulted in chemical force and twelve (12) involved physical force.  In the month of November, there were twenty-seven (27) uses of force cases with ten (10) resulting in chemical force, and seventeen (17) resulting in physical force. December 2016 saw twenty-one (21) uses of force cases with thirteen (13) resulting in chemical use and eight (8) involving physical force.  See Figure 4.



**Figure 4, Use of Force by Type**

**May 1, 2017 60-Day Update**
The chart below represents a monthly comparison of inmate-on-inmate altercations from September 2016 through February 2017.  During this time period, there were a total of one hundred eighty-three (183) altercations within the OPSO and our out of parish population.  The out of parish population facilities used in this report are East Carroll, Catahoula, River Correctional Center, and Hunts.  The large majority of incidents occurred in OJC.  Overall, the trend for inmate-on-inmate altercations is trending in a slight downward trajectory.



The next chart is an analysis of the inmate-on-staff incidents.  The data collected is a monthly comparison from September 2016 through March 2017.  During this timeframe there were forty-one (41) inmate-on-staff incidents.  Unlike the last chart, the downward trend is more drastic.  Since November 2016, the numbers have consistently decreased each month.



The last chart illustrates a monthly comparison on use of force incidents.  As in the previous charts the timeline is from September 2016 through February 2017.  During this timeframe there were one hundred seventy-three (173) uses of force incidents.  As you examine the chart you will see a downward trend in this area as well.  From a high of forty-four (44) incidents in September 2016 to twenty (20) in February 2017, there has been a 55% decrease in use of force incidents.



There are several factors that have occurred which has caused our downward trend. First, OJC has begun to fill some of the open vacancy positions with the influx of our new recruits. HR has done a tremendous job with its community outreach imitative. OPSO continues to see large pre-service classes. As of Thursday, April 27, 2017, the OPSO graduated approximately 45 new employees in our pre-service class, and have begun another class of approximately 38 the same day. The OPSO leadership believes as we continue to "staff up" it will have a direct correlation with the reduction in violence in the jail.

Besides "staffing up", OJC has implemented the Field Training Officer (FTO) program. This new imitative allows the newly hired recruit to receive one-to-one training with a senior deputy for a minimum of three (3) weeks. This additional training will empower the recruit on operating a direct supervision pod. This program teaches fifty-three (53) subject modules designed to provide the recruit with a positive field experience at OJC while under close guidance of their training officer and builds a lasting mentoring relationship between the FTO and recruit.

Lastly is the continuous training of the line staff, supervisors, and jail leadership have been receiving through the Training Division, roll calls, and staff meetings. The OPSO is about to commence a comprehensive training cycle provided by the National Institute of Corrections (NIC) whereby staff members will receive training in the areas of first line leadership training, Crisis Intervention Team Instructor Course (CIT), and Direct Supervision.

### July 1, 2017 60-Day Update

The following chart represents the Inmate-on-Inmate altercations that have occurred at OJC from January 2017 to May 2017. There were 26 inmate-inmate altercations in January. We have seen a 26% decrease to 19, in May. The trend line represents the increase in inmate safety as the altercations are decreasing.



The following chart represents the inmate-on-staff altercations that have been reported from January 2017 to May 2017. We had 3 reported in January and have seen a 66% increase to 5, in May. After analyzing the reports submitted in May 3 of the 5 were actual contact incident where a staff member was hit, pushed and 1 was bit while restraining the inmate. The other 2 were due to inmates spitting on staff members with 1 of the inmates being on the mental health case load.



The following chart represents the suicidal ideation made by or reported by inmates to staff of OJC. As you can see we had 12 reports of suicidal ideation in January 2017 and have seen an increase of 25% to 15 in May. This increase in reports is due to better training of the OPSO staff to document and report all suicidal ideation including verbal statements and actual attempts.



The following 2 charts represent the Use of Force and Use of Force by type that have occurred at OJC from January 2017 to May 2017. There were 24 Use of Force reports in January and have decrease to 10, in May. We have seen a 58% overall decrease in Use of Force. We have seen a 70% decrease in OC use and a 28% decrease in physical force. As you can see by the trend line the safety of the inmates is increasing as the use of forces are decreasing.





**B.)   Review and Strengthening of the Classification System**

While staffing shortages at OJC result in a high incidence of assaults and violent behavior, continued incidents of violence in the jail may also be a product of errors in the application of the inmate risk level instrument. Lieutenant Michael Holliday will continue to work with Dr. Patricia Hardyman in the continuous review of the Classification system used by the intake and processing staff and make adjustments as needed to determine the proper factors for considering the appropriate risk level of inmates are being considered. Lt. Holliday will also continue to review the information from the security level separation audits on a weekly basis. With proper classification being applied on the front end, inmates who at higher risk to be involved in assaults can be better supervised so that incidents of violence and be better prevented.

**March 1, 2017 60-Day Update**

Discussed below are some major points of change initiated by the Compliance Director that stand apart from the many other changes that have recently transpired within the Classification Department.

In late December, Lieutenant Holliday, Classification Director, examined the fact that our Protective Custody (PC) population was housed in the same unit the Administrative Segregation and Maximum Security inmates.  The Classification Manager explored some alternative locations for the PC inmates, while also finding a location that would allow them to have more out of cell time.  This was not the first time this concept was explored as the department had multiple requests from the plaintiffs for such a solution.  Simultaneously, the inmate worker and kitchen worker program seemed to fluctuate in numbers weekly.  Lieutenant Holliday met with the food service contractor, the OPSO personnel in charge of the kitchen work force, and the warden in an effort to establish a housing plan for the inmate workers (yanks) and the inmate kitchen workers.  This allowed the Classification Manager to allocate a fixed number of beds to inmate and kitchen workers on the worker housing unit 1E, thus allowing a fixed number of beds to relocate the seven (7) PC inmates to and afford them a larger block of out of cell time daily. The worker housing unit is all but unoccupied during the day because the inmates are at work. This move was reviewed and approved and has resulted in a very good solution of the housing plan for the protective custody inmates.  There have been some complaints from the workers, and some from the protective custody inmates, but they are minor compared to the earlier concerns about harassment and lack of out of cell time in the previous housing environment.

Also, in January, the Classification Manager was tasked by the Compliance Director to solicit, screen, and put together a female inmate worker unit from the Jail.  This was done immediately and was a welcomed opportunity by the female inmates to be given the chance to participate in a constructive work program.  It is something the department will be able to build on in the future.

Another major accomplishment brought online is the newly implemented resource of the Gang Database within the Jail Management System.  This database is utilized by the Classification Division and the Intelligence unit to develop intelligence and provide for crucial spread loading of faction or gang members to ensure their numbers don't accumulate beyond the next faction and creates a potential environment for housing unit strong arming which has been seen before in OJC.  What makes this database unique is it is exclusive to the OPSO as the Classification Manager is the administrator of the gang tables and can edit the gangs, the members, and the level of participation.  The original database was provided by the MAG (Multi-Agency Gang) unit which is made up of multiple agencies, federal, state, and local.  It is administrated by a contracted criminal analyst and therefore the system is proprietary and cannot be manipulated by the MAG unit themselves.  The OPSO's gang database has been constructed in such a way that it

is constantly updated with intelligence from multiple sources.  It has already proven to be a valuable tool for identifying, separating, and restricting inmates that are affiliated with these established and violent street gangs of New Orleans and surrounding areas.   We are all encouraged with the movements forward, and will work to sustain the energy that has been created.

**May 1, 2017 60-Day Update**
The Classification Division continues to strive toward the department's common goal of compliance.  We have focused on the use of the ISI and require that supervisors include ISI use in the shift reports.  Mandatory use of the ISI has been added to the Post Orders for housing units.  In the last 60-Days, there have been three Pre-Service Academy classes for new hires at OPSO.  The Classification Division has trained, tested and certified 100% of the attending recruits in the use and application of the I.S.I., and conducted a class on Inmate Classification to give them a foundation of understanding as to the reasons for the ISI.

The Classification Division also conducted its first POST Academy – Classification Training in April which consists of a more in depth curriculum than the Pre-Service training and is structured so as to reference common jail scenarios involving the importance of inmate classification, since the recruits in the POST Academy already have a basic level of experience and exposure to O.J.C. jail operations.  The classes were well received and it is felt the deputies have a better understanding of the benefit of the classification system.

The Classification Manager has been working with the JMS programmer and Tiger (grievance and request system vendor) for the past month to devise a system that would communicate every inmate's current classification or custody level to the vendor, and especially anytime it changes.  This has been done without significant changes to the division and costs to the department.   The notification of the inmate's classification (or reclassification) will be displayed in a small, static window that they will see once they are logged in to their Tiger account, and will be non-interactional for the end user.  This will also include PREA classifications as well as housing assignments

**July 1, 2017 60-Day Update**
Chief Tidwell and the Classification Manager have been in constant contact with Patricia Hardyman and continue to build upon their relationship to strengthen the Classification System.  They have spoken twice since the last update, once via video conference.

**C.)     Coordinate with Outside Stakeholders to Process High Risk Cases Faster**
Although the Compliance Director has had preliminary meetings with stakeholders, he will continue to meet with the District Attorney, Public Defender, and the Judges of the Criminal District Court & Municipal & Traffic Court to identify those inmates who have been involved in multiple incidents of assault on other inmates. This is to determine if such cases in all categories can be expeditiously adjudicated through the Orleans Parish Court system. A Jail Population Facilitator (which is discussed later in this plan) will also be hired in the coming months that will report regularly to the Compliance Director on the status of such high risk cases.

**March 1, 2017 60-Day Update**
The Compliance Director had a second meeting with Mr. Leon Cannizzaro, of the District Attorney's Office, and discussed many opportunities from which both offices could benefit.  We will continue to work closely with the DAs Office in the areas of case prosecution, information sharing, security for high profile trials, and many other areas.

The Compliance Director has also met with the Orleans Public Defenders (OPD). As a result of that meeting the intake process was adjusted to allow the Public Defenders to interview inmates before their Magistrate Court appearance.  This initiative will allow the OPD to represent their clients in a more pro-active way.  They are most satisfied with the new arrangement.

### May 1, 2017 60-Day Update
The Compliance Director has continued to work with the OPD and the Probation and Parole local supervisor on difficult and high-risk cases.  He is also working with the CJC and the P&P to expedite and improve the flow for certain cases.  The Criminal Justice Administrator, funded by the McArthur Foundation, was to have begun her duties on May 1, 2017; however as late as April 27, 2017, she declined the position.  We will coordinate a plan to fill the position with the MacArthur Foundation next week.

The General Counsel deals each week with stakeholders to include the DA's office, OPD, and the Courts to expedite high-risk cases that can be moved through the system quicker.  In addition, Capt. Bierria in IPC also works with the Courts to expedite the cases.  We will continue this strategy with these staff members, and when the Criminal Justice Administrator position is filled, that person will also work with the team to expedite high risk cases through the system.

### July 1, 2017 60-Day Update
The Director is the designee for Sheriff Gusman on the Criminal Justice Committee chaired by Judge Johnson, and attends regularly.  He also attends the Population Reduction subcommittee of the CJC relative to the various factors that impact the population and the development of plans to impact the population.  Director Maynard has also presented to the Criminal Justice Committee of the City Council, chaired by CM Susan Guidry on two occasions in this update period.  On one occasion the presentation was geared to explaining the particular population at OJC relative to race, gender, age and crime.  On another occasion, the presentation was related to the mental health population and treatment strategies that were being used at this time.

The Director regularly attends the Domestic Violence Working Group and participates in the discussion relative to inmates that are charged with domestic violence crimes.

### D.)    Coordinate with Parole and Probation to Expedite Revocations
Similarly with high risk cases, those who violate parole or probation conditions being held in the Jail awaiting their revocation hearings should be expedited. The Compliance Director and Jail Population Facilitator will work continuously with the Parole and Probation Office to ensure that revocations are being processed as expeditiously as possible. Current population figures of the jail show that this represents between 40-60 inmates at any given time that are only awaiting revocation hearings and not awaiting other charges in Orleans Parish.

### March 1, 2017 60-Day Update
There have been several discussions with Mr. Steven LaSalle and Mr. Toby Lamny regarding how the Probation and Parole Unit can assist the OJC with processing inmates with those specific holds.  This partnership has been working well.  Recently, Probation and Parole and the Department of Corrections (DOC) assisted the OPSO with expediting an inmate into DOC custody that was constantly causing security concerns within the Orleans Justice Center.  We will continue to work closely with Probation and Parole and assist them when needed.

Furthermore, the soon to be hired Jail Population Facilitator will assist with expediting the revocation process.  In addition to Probation and Parole holds, the facilitator will work closely

with the Courts, District Attorney's Office, and ODP to process cases along as quickly as possible. Initial telephonic interviews took place the week of February 27, 2017 and final in-person interviews are scheduled for the first week of March. Captain Djuana Bierria, Records / Booking supervisor, participated in the screening and telephone interviews. The Compliance Director will participate in the final interviews. The position should be filled no later than April 1, 2017.

**May 1, 2017 60-Day Update**

As mentioned earlier, we experienced a setback in the hiring of the Criminal Justice Administrator. We learned on Thursday, April 27, 2017, the person hired for the position has now declined to accept the job. A review of potential candidates will be conducted with all parties involved. Our General Counsel has begun meeting with the judges and the District Attorney to request that the Courts no longer continue the revocation hearings until final resolution of the new charges, as this is unnecessary under the law. This strategy will help move those cases through the system.

**July 1, 2017 60-Day Update**

The OPSO Record Room works with Probation and Parole on a daily basis. Furthermore, OPSO supplies Probation and Parole a list of inmates currently incarcerated with probation or parole holds. As of June 23, 2017, OPSO has seven inmates incarcerated with only probation and parole holds. Five of the seven inmates are on a "90-day turnaround"; meaning their release date is within 90 days. The other 2 inmates are awaiting their Revocation Hearing. The OPSO will continue to work with Probation and Parole to facilitate timely hearings and releases for our inmate population.

**E.) Strategies to accomplish sustainable hiring measures, including emergency measures if necessary**

    **a. Hiring of an HR Professional to Manage Recruitment**

The Director of Human Resources (HR) position, which had been vacant, has now been filled as of January 3, 2017. The position requires at least 6 years of experience in HR management, a bachelor's degree in Human Resources or related field, and an active membership in the Society for Human Resource Management (SHRM). The HR Director will be under the supervision of the Compliance Director and the Sheriff, and the person's main focus will be to plan, direct, and manage the jail personnel program and hiring strategy for the jail, while also handling agency wide administrative functions. The HR Director will be responsible for development and implementation of recruiting and retention strategies and programs and will work with the current public relations firm that is under contract to promote recruitment, develop branding strategies, and improve the image of the agency. The HR Director will also be responsible for updating policies, procedures, and rules; as well as initiate corrective advice and/or disciplinary measures when required. The HR Director will meet with other HR Directors in other Sheriffs' offices to become acclimated to the HR Systems used by those jurisdictions, leverage completed job descriptions, and research successful recruitment strategies. OPSO also has only one recruiter on its administrative staff, and the goal will be to add one additional recruiter by April 1, 2017.

**March 1, 2017 60-Day Update**

The recruiting and retention of qualified, professional individuals who share the vision of the OJC is the most critical immediate objective of this administration.  The Compliance Director and the newly hired Human Resources Director, Johnette Staes have had many meetings and conversations relative to the key role she plays in the accomplishment of the OJC mission.  She understands very well the priorities and complexities of her role.  She is very familiar with the Stipulated Compliance Order, and attended the initial Strategic Planning session.  As a result of the initial meeting, a Task Force for Recruiting and Retention was created and Mrs. Staes was appointed Chair of that Task Force.  Mrs. Staes has extensive experience in the development of job descriptions, and is well aware of how those descriptions guide employee training.  She is working closely with Colonel Colvin and the Training Director, Lieutenant Navarro in the coordination and development of employee training curricula.  Two recruiters were apparently designated two (2) years ago, but have not been used effectively in that capacity.  The HR Director has reinstituted the work of one recruiter and has gained approval to hire another.  Mrs. Staes has reorganized the HR Office and work processes, and is working to implement the necessary strategies and programs to promote recruitment, develop branding strategies, and improve the image of the agency.

Of particular note is the fact that in the short time that Mrs. Staes has been on board, she has reduced the time from initial application for deputies, to placing them on the payroll, from eight weeks to less than ten (10) days, and in some cases, less than a week.  This has had a great effect and substantially increases the number of students in the basic correctional training classes that we are experiencing now.

As a result of the Strategic Planning Session led by Susan McCampbell and Margo Frasier on January 5, 2017, a Recruiting and Retention Task Force was appointed by the Compliance Director.  Johnette Staes was appointed Chair of that Task Force.  One of the initial actions of that group was to integrate the PR firms on contract that were redirected by the Compliance Director to strictly working on recruiting and retention.

Following is the Recruitment Marketing plan that has been developed by the Task Force with the help of the two PR firms.

## Recruitment Marketing Plan 2017

### Victory Statement

During 2017, the Orleans Parish Sheriff's Office creates a consistent stream of deputy candidates and other needed professionals leading to improved staffing numbers, trained law enforcement professionals and increased public awareness of the OPSO as a vital law enforcement agency dedicated to the safety of its inmates, staff and the entire greater New Orleans community.

### Marketing Objectives

1.)     Drive qualified candidates to the OPSO across all job titles, with major focus on new deputy candidates.

2.)     Overcome negative or outdated public perceptions about the working conditions, training techniques and opportunities available at the Orleans Parish Sheriff's Office.

3.)     Develop messages and approaches consistent with the candidate qualities that best fit with the supervision model and overall approach to operating the facilities of the OPSO safely and effectively.

**Marketing Challenges & Opportunities**

Challenges:

1.)     Low pay scale compared to comparable agencies
2.)     Employee turnover
3.)     Long-standing perceptions that facilities are outdated and unsafe for deputies
4.)     Deputies and other staff familiarity with the inmates themselves
5.)     Specialized skills required for direct supervision approach
6.)     Length of time from application to hiring

**Opportunities**

1.)     State-of-the-art facilities
2.)     New technology and approaches to inmate supervision
3.)     More competitive benefits and opportunities for deputies and staff (pay scale, POST Certification, tuition programs, health benefits, etc.)
4.)     An entry point for a career in law enforcement

**Communication Objectives**

1.)     Position the Orleans Justice Center as a one of the most technologically advanced public safety facilities in the U.S., without many of the issues that plagued the previous Orleans Parish inmate housing facilities.
2.)     Answer the question, "Why should I work for the OPSO?" Bringing people closer to see what happens inside the OPSO.
3.)     Counter long-standing public perception and misperception through first-person accounts and images that highlight the OPSO of today and the future, not the past.

**Messaging Approach**

1.)     Embrace working at the OPSO as the best first step for a career in law enforcement and/or criminal justice.
2.)     Convey our message through first-person accounts to create greater engagement with target audiences.
3.)     Combine first-person accounts with images of the OPSO at work, showcasing new technology, diverse activities and modern, safe facilities.
4.)     Present the challenge of working with the OPSO without discouraging potential candidates. "It takes someone special to do this job."
5.)     Target messages to the candidates and their circles of influence (parents, spouses, friends, colleagues).
6.)     Create a slogan (and hash tag) which reinforces the messaging that can be used on all video and print marketing collateral.

**Target Audiences**

Candidates:

1.)     Deputy – Target 80 – 90 working deputies
a.)     African-American men and women – 25-40 years of age
b.)     Former military and reservists – All demographic categories
c.)     Some college education or higher
d.)     Entry level

2.)     Medical
3.)     Information Technology
4.)     Food Service

5.)   Deputy Influencers:
a.)   Spouses
b.)   Parents
c.)   Friends
d.)   Neighbors

**Business, Community, and Civic Organizations**
1.)   Neighborhood organizations
2.)   Faith-based organizations and churches
3.)   Business associations and chambers
4.)   New Orleans Business Council
5.)   New Orleans Chamber
6.)   New Orleans Regional Black Chamber of Commerce
7.)   New Orleans Hispanic Chamber

**Internal**
1.)   Deputies
2.)   Deputy family and friends
3.)   Administrative staff members

**Strategies & Tactics**
Ambassadors:
1.)   Identify and present OPSO ambassadors to deliver their personal stories about why they work for the OPSO.
2.)   Schedule a series of appearances at community gatherings to be recognized for their service to the community and to speak about their work at the OPSO. Potential appearances include:
a.)   Neighborhood association meetings
b.)   Church services
c.)   Community fairs and social gatherings
d.)   Community job fairs
e.)   Criminal Justice classes and information sessions/job fairs at local and regional universities
3.)   End each presentation with a call to action for OPSO recruits, encouraging citizens and interested candidates to see the OJC for themselves.
4.)   Develop standard presentation for all ambassadors, as well as informational materials.

**OPSO Directed Outreach**
1.   Quarterly Public Meetings – Utilize public meetings with Sheriff Gusman and Director Maynard to present the OPSO recruitment message. Include OPSO ambassadors, who can provide their stories.

2.   Signage – Post banners/signage at public meetings and on all tents reserved by organizations for events.

3.   Recruitment Desks – Designate an area to speak to an OPSO representative at all  OPSO sponsored events during the year, such as the Annual Easter Egg Hunt, Night Out Crime.

4.   Informational Materials – Create basic flyer outlining career opportunities and job benefits, update the OPSO website to feature ambassador stories and career opportunities.

5. Job Seeker Websites – Promote open positions on the New Orleans section of Indeed and other "help wanted" websites.

**First-Person Accounts & Third-Party Validators**
1.) Create a series of videos (90 seconds or less) showcasing:
a.) Current OPSO deputies talking about why they accepted the challenge to work with the Sheriff's Office and what their vision for their future is.
b.) Community and law enforcement leaders who began their careers at the OPSO
c.) The new OPSO, including facilities, technology, training and community interaction
2.) Utilize these videos as the basis for 30-second television commercials, videos placed online and on various social media platforms, print materials and/or radio commercials or public service announcements.

**Paid Outreach**
1.) All Paid media would be strategically placed using media buying technology to target locations/homes/TV shows/radio shows/social media channels frequented by potential employees using their preferences, likes, viewing/listening habits, education, age, income, etc.
2.) TV
3.) Radio
4.) Outdoor
a.) Billboards average $2,800 per 4 week run ($2,500 for multiple locations)
b.) Digital Posters average $2,000 per 4 week run ($1,750 for multiple locations)
c.) Bus Tails average $125 per 4 week run
d.) Bus Shelters average $250 per month, downtown is $400 per month, JP shelters are $350 per month

**Online Videos**
1.) Produce six 30-second videos and six 15-second videos for use online and on TV. Price estimated at $6500, includes script writing, HD shooting & editing, audio and announcer.

**Earned Media Outreach**
1.) Develop a series of media stories centered on recruitment, community outreach and the transformation of the OPSO from training to technology. Potential opportunities include:
a.) Media attendance at/participation in training program with deputies and other staff
b.) Accompanying deputy ambassadors as they visit neighborhoods to recruit candidates
c.) Day in the life of an OPSO deputy
d.) Trends in supervision at the OPSO, including incident trends decreasing, implementation of training, deputy achievement and awards
e.) Candidate training graduation
2.) Consider editorial meetings with key media outlets to discuss recruitment campaign launch and progress in applications and hiring.

**Social Media & Digital Engagement**
1.) Reach potential candidates through the websites they visit and apps they use. Use demographic and geographic data to identify the places that target candidates visit online, including general interest websites, social media (Facebook, Snapchat, Instagram, etc.) and apps on wireless phones/devices (Pandora, Spotify, etc.)
2.) Distribute messages to the target audience through these digital channels, including recruitment videos, still images and audio content.

3.)      Include application information in all messages (click-through ads to application page on OPSO website).

BUDGET ESTIMATE:

| Item | Estimated Cost |
|---|---|
| Paid Advertising: <br> Includes recruitment ads on some or all of the following media platforms: <br> 1.        Television <br> 2.        Radio <br> 3.        Outdoor Billboards <br> Ads negotiated as public service announcements not included in this cost. These ads will be added in addition to ads purchased. | $30,000 - $35,000 |
| Digital Outreach & Social Media Engagement <br> Includes distribution of recruitment messaging and sponsored content to potential candidates identified through websites and device apps. | $15,000 - $20,000 |
| Material Production: <br> Includes the following: <br> 1.        Copywriting <br> 2.        Video production and editing – TV and social media/web <br> 3.        Printed materials – Informational flyer, banners, etc. | $10,000 |

A budget not to exceed $60,000 was approved by the Task Force and will be utilized to implement the Recruiting Plan.

**May 1, 2017 60-Day Update**
Ms. Staes continues to professionalize the HR Department relative to the distribution of duties, and accountability on process, both quality and quantity.  Her efforts are leading us to be fully staffed this summer.  Background investigations and national database searches with the NCIC and AFIS continue. The HR department has added non-law enforcement employment verification to the hiring process. Ms. Staes has also added a form to assist during employee file reviews.  She has also initiated social media searches as a part of the background investigation. The PR firm is currently editing the 3:43 long video to be used in commercials.  We expect the television buys to go in to effect the second week of May and with billboards and bus tails.  We have started recruiting via houses of worship with great results.

**July 1, 2017 60-Day Update**
The Human Resources Department continues to focus on recruiting efforts aided by our recruiting campaign.  We continue to run local and national background screenings for all applicants, attempt employment verification for non-law enforcement, verify previous law enforcement background and conduct social media checks. The campaign has garnered attention with our featured employees being approached by friends, families and citizens.  Commercials ran from May 8, 2017 through June 18, 2017.  It should be noted that visits to houses of worship have also garnered positive results.

Online Application Count:
January 2017 – 239
February 2017 – 198
March 2017 – 198
April 2017 – 171

May 2017 – 572
June 2017 - 151

**F.)     New Orleans Business Council Support**
The New Orleans Business Council has agreed to assist the Compliance Director with developing recruitment strategies that will be effective in the Greater New Orleans area.  They have been helpful to this point, of acquainting the Director with resources and organizations in the City that have led to the utilization of the New Orleans Police Department rosters of applicants for OJC recruitment of deputies and civilians, as well as making available recruiting and personnel strategies that have been effective in their industries in the Greater New Orleans area.

**March 1, 2017 60-Day Update**
The Business Council has delivered on its promise to assist the OJC in its recruitment and retention efforts.  From the onset, the Business Council was represented at the initial Strategic Planning session and has continued to support our efforts with active participation on the Recruiting and Retention Task Force, chaired by Johnette Staes.  At the last Recruiting and Retention Task Force meeting, David Kerstein, President of the Council, facilitated the meeting of the HR Directors of three of the more prominent businesses in New Orleans with the OPSO HR Director.  The Compliance Director attended that meeting with the three HR Directors and Mrs. Staes.  It was very productive in the sense that they brought so much information and expertise in recruiting to our agency.  That relationship has continued with the HR team and has been most helpful and they will continue to meet and communicate with our HR Director.  David Kerstein also invited the Compliance Director to speak to the Business Council of New Orleans last month.  That group numbered approximately fifty (50) business leaders in the community, and the presentation to them included information on the challenges and opportunities we were facing, as well as an update on the budget process.  They were most receptive of our efforts, and requested that the Compliance Director return in a couple of months to update them on our recruiting efforts, and our budget initiatives.

**May 1, 2017 60-Day Update**
The support and assistance from the Business Council continues to pay benefits to our recruiting and retention efforts.

**July 1, 2017 60-Day Update**
The support and assistance from the Business Council continues to pay dividends to our recruiting and retention efforts.

**G.)     Recruitment from Civil Service Registry of NOPD Applicants**
The New Orleans Police Department (NOPD) has a registry of hundreds of applicants that have, at some point in the process, indicated interest in being NOPD Recruits. The New Orleans Civil Service staff has agreed to provide this list to the Compliance Director so that OPSO can reach out to those applicants and determine if any would be interested in becoming deputies or civilian staff that can work in the Jail. The HR Director and Compliance Director will work with the City to reach to the appropriate applicants and maximize the available register by February 1, 2017.

**March 1, 2017 60-Day Update**
Johnette Staes has reached out to those that were unsuccessful in obtaining employment with the New Orleans Police Department.  There have been several contacts, but the age of the list limits

the number of active job seekers. However, we will continue to utilize the contact information and propose to them that the future still holds a place for them to consider employment.

**May 1, 2017 60-Day Update**
The recruiting production from the Civil Service Register has been insignificant in comparison to the other procedures and streamlining initiatives that Ms. Staes has put in place.

**July 1, 2017 60-Day Update**
The recruiting production from the Civil Service Register has been insignificant in comparison to the other procedures and streamlining initiatives that Ms. Staes has put in place.

**H.)    Improved Use of Media Communication for Recruitment**
Previously when job fairs were organized by OPSO, there would be between 5-7 applicants who respond with interest. Recently, a new strategy of using free television and radio public service announcements, combined with a greater online presence, has resulted in more than 50 applicants from the most recent job fair that was held. OPSO will continue to use this increased media profile throughout 2017 to generate greater interest in filling deputy and civilian staff posts. In addition, the content and navigability of the OPSO website (www.opso.us) will be reviewed and by April 1, 2017, the website will have web-based forms that can be filled out online to apply to become a deputy, rather than the print out version that is currently being used. Finally, OPSO is currently under contract with public relations firms whose scope of services will be re-tasked to become exclusively used for promoting recruitment for the Jail. The new HR Director has been briefed on this strategy and will begin work on this in the coming weeks.

**March 1, 2017 60-Day Update**
The clickable "Now Hiring" box on the **www.opso.us** website now re-directs interested parties to requisitions posted on ADP. All applicants can now apply online. We are now asking our applicants that walk in with resumes to apply from home OR they can utilize the desktops set up in our HR training room. Our recruiter has been tasked with participating in a minimum of one (1) job fair every month (either by OPSO or other community partners). We are currently scheduled for the following:

OPSO In-house – March 9, 2017
City of New Orleans – March 23, 2017
Mississippi State Development Office – April 4, 2017
Delgado Community College – April 5, 2017

The two media firms on contract have been redirected to focus on the recruiting and retention efforts and have proven to be most effective. Based on the request made by Johnette Staes at a previous Recruiting and Retention Task Force, a $60,000 amount was approved by the group and the Compliance Director and made available to the two firms to work on branding and recruitment efforts. There are plans scheduled to select and film some of our role model deputies and CMTs, and take their testimonials of why they feel working for the OJC is a "great beginning for a career in criminal justice". That is the mantra for the recruiting effort and the advertisements, billboard, PSAs, and testimonials will speak to the fact that, whatever the criminal justice interest is, either law enforcement, legal, or custodial, working with the OPSO is a great place to begin. We think this public relations effort is going to pay great dividends.

**May 1, 2017 60-Day Update**

Those testimonials from current deputies and supervisors have been filmed and are part of our website and are getting great responses. The clip was shown at the recent Town Hall meeting and was well received. A second version is expected to come out soon.

This newest version will also be a part of the next quarterly meeting along with the update on progress and plans relative to the Consent Judgment. These quarterly meetings allow for questions from the audience. Our first meeting was a learning experience and we have made adjustments for the next one. We will announce the event much sooner and use media to get the word out so the number of participants will be greater. We had a number of staff at the first event and approximately 120 participants including our employees. We expect the next Town Hall to be much larger.

Upcoming Job Fairs:
OPSO In-house – May 4, 2017
City of New Orleans – May 17, 2017

**July 1, 2017 60-Day Update**

The clickable "Now Hiring" box on the **www.opso.us** website now re-directs interested parties to requisitions posted on ADP. All applicants can now apply online. We are now asking our applicants that walk in with resumes to apply from home or they can utilize the desktops set up in our HR training room. Our recruiter has been tasked with participating in a minimum of one (1) job fair every month (either by OPSO or other community partners). We are currently scheduled for the following:

City of New Orleans – June 14, 2017 (past)
OPSO In-house – July 6, 2017
City of New Orleans – July 12, 2017

**I.)      Updated Pay Plans and Career Progression**

Currently, hourly pay rates can vary across individuals who share the same duties, tenure, and job title. Any proposed change to the pay plan will impact not only new recruits to OPSO, but also current staff. Creating clear expectations for job duties and career progression opportunities is essential to fostering a professional working environment. Under the leadership of the HR Director, and in coordination with the Financial Liaison from the City on jail budget matters, the pay plans for all staff will be updated by April 2017.

**March 1, 2017 60-Day Update**

The Compliance Director has been involved with the budget process for 2017, along with the Chair of the Budget Work Group, Federal Monitor Tommie Vassel for the past several months. The budget was submitted to the Mayor's Office CAO as required by the Stipulated Order on February 1, 2017. That budget proposal included an extensive pay plan that will adjust the disparity in salaries of deputies in the first year and will provide for longevity pay in five year increments. It also provides, starting in the second year, a $1500 raise for deputies for the next two years. The budget presentation to the City Council is scheduled for the week of March 6th.

**May 1, 2017 60-Day Update**

The proposed budget was adopted by the City Council. The budget is being monitored by comparing actuals to budgeted figures. The first review of the January and February data revealed expense figures that are within the budget. As time goes on, the impact of increased

salary expense from filling the vacant positions will start to show up.  Also, the reduced number of inmates out of parish as budgeted will show a significant savings in the available funds.  Also, if inmates are brought back to TDC earlier than July1st, then each day prior to that date results in significant savings.  The Compliance Director feels confident that this 2017 budget will be well managed and sufficient to support the drive to constitutional conditions during this calendar year. The OPSO budget approved by the City of New Orleans budget included pay rates for the following: Recruit, Deputy 1, Deputy 2, Deputy 3, Deputy 4, Sergeant, Lieutenant, Captain, and Major.

### July 1, 2017 60-Day Plan
The pay equalization and longevity plan has been approved by the City of New Orleans. Pay equalization increases have been implemented for uniformed staff.  Longevity increases will go in to effect on July 1, 2017.

**J.)**   **Maintaining a positive, professionalized culture among all Jail staff**

   **a.  Change of the Mission Statement**
   The official mission for those working at the jail has been changed to: protect the public, protect the employees, and protect the inmates. The key component for the creation and maintenance of a positive, professional culture among all jail staff is for all employees to fully understand what the mission is and how their role in the organization helps to fulfill that mission. The employees and deputies that work in the Jail must know that their safety is important, and rests in the middle of the mission statement.  When the deputies feel safe, they are in a position to provide more professional care and custody of the inmate population.  This mission statement will become socialized throughout the jail staff beginning January 2017, and will become the cornerstone of all training efforts for new staff that are recruited for the Jail.

### March 1, 2017 60-Day Update
The mission statement of OJC has been issued to staff.  The importance and understanding of the mission statement is discussed at roll calls.  The staff is aware of its importance and has embraced it with a positive attitude.  All deputies, CMTs, front line supervisors, and Shift Supervisors all know the Mission and understand how they play a part in its accomplishment.

### May 1, 2017 60-Day Update
The Mission Statement continues to be emphasized, not only at roll call, but during the Compliance Director's visits with the correctional deputy staff and leadership.  The Vision is published and communicated to deputies, staff and individuals, and stakeholders outside the agency.  The Mission and Vision were mentioned at the POST graduation on April 22, 2017. Judge Africk mentioned in his talk with the graduates the importance of keeping them safe and protected as well as the public and the inmates.

Director Maynard appointed the Positive Culture Task Force in February, 2017. He appointed Dr. Mary Livers, corrections consultant, to act as chair of this initiative. Member of the task for are representative of the many facets of the organization, and those who are influential in helping to recognize the culture, and ultimately affect positive changes in the culture.  The first meeting was held on March 9, 2017.  The first exercise was to identify the goals of the Task Force and to build upon the already positive things that are happening to affect positive change.  A list of initiatives was created by the Task Force to recognize the work that is currently underway to

support a healthy, productive culture.  Currently, the goal of the Task Force is to identify and effectively educate the employees, persons in custody, and the public in these positive initiatives that are underway.  Communication strategies are being developed and implemented to coincide with this goal.  The Task Force met again on March 21, April 6, and April 20th.  Meetings are scheduled twice a month. The Task Force is open to more initiatives to occur after July as many operations will be "normalized" and projects will be ongoing.  The Task Force will continue to work on communication with rank and file employees and evaluate new communication strategies.

## July 1, 2017 60-Day Update

The Positive Culture Task Force is continuing to meet every other week and is currently focused on developing effective communication strategies for all staff to be informed of current and ongoing initiatives.  An expanded newsletter has been developed and is on track to be issued on the same day as pay days.  The first newsletter went out at the beginning of June.  Short articles that focus on keeping staff informed of important ongoing initiatives will be included in each of the newsletters.  The Task Force is focusing on many of the current initiatives that are currently in progress, and are building upon them as vehicles to change the culture. Those initiatives include the Crisis Intervention Training that is on-going, the Direct Supervision training that begins in June, the on-site training visits to four other jail operations and training colleges in Texas, Michigan and Florida, and the work of the juvenile in custody and the women in custody task force.  In addition, other staff-focused activities are being considered for improvement such as more emphasis on health and wellness, the improvement of gym access, and ways to get more staff input and engagement, and more computer work stations for easy staff access.  The Committee is focused on hearing the concerns of staff and modifying practices to align with the mission and vision of the OPSO.

## K.)     Development of a new Vision Statement

Another main component of establishing a positive culture is for those on the front lines to know what their leaders' vision is for the future of the organization. While obtaining compliance with the Consent Judgment is paramount, the vision for where the OPSO can and should be in the coming years needs to be focused on more than simple compliance.  The Vision Statement of an organization is the sole responsibility of the leader.  It is not a statement that is staffed and must be agreed upon by the employees.  It is the Vision of the Director, in this case and must be formulated over time considering the history, current status of the Jail, and what is determined to be possible by the Compliance Director.  By February 2017, the Compliance Director will have developed a new Vision Statement that will also be socialized across the agency that will describe what high level of functioning is possible for the organization.

## March 1, 2017 60-Day Update

The Compliance Director has issued the Vision Statement for the Orleans Justice Center.  The statement that follows has been added to the department's website, and is being communicated to staff on-line, in hard copy, and is shared with the deputies and CMT's by the Compliance Director and leadership at shift roll call.  The Compliance Director discusses it at the weekly staff meeting and the bi-weekly meeting of Majors and Captains on a regular basis.  As we know, the Vision for an organization is the leader's vision for what is possible in the future.  It is a statement of what could be, and must be communicated throughout the organization from top leadership to the front line employees.  They all must be able to see the possibilities and feel that they will play a part in realizing the Vision.  That requires constant reference to the vision and explaining how that will make the organization meaningful. The Vision must also be communicated to the public and stakeholders of the OJC.

**Orleans Justice Center**
**Vision Statement**

**The Orleans Justice Center will be**
**recognized as a model direct supervision jail.**

**We will be known as an organization that operates on**
**integrity, ethics, fiscal responsibility and professional**
**leadership.**

**Our work in the criminal justice system to reduce crime**
**in our neighborhoods and reduce the recidivism rate**
**in our community will be recognized.**

**Our leadership and employees will be seen as enhancing**
**the quality of life for the citizens of Orleans Parish and the**
**City of New Orleans.**

## May 1, 2017 60-Day Update

As was mentioned in the previous response, the Director communicated the Vision at the POST graduation on April 21st. It is obvious the opening statement of the Vision is related to the OJC becoming the model Direct Supervision Jail in the country. The portion of the Vision regarding fiscal responsibility is evidenced every day as we reduce unnecessary spending, and move the funding to staffing and resources. We will fund a Longevity plan this year along with the adjustment of disproportional salaries that will impact approximately 60% of the deputies at OJC. Our partnership with the National Institute of Corrections speaks to the fact that in the future we will be recognized for our commitment to training and leadership development.

We also feel our work with transitioning the mentally ill back into the community and back with their families will be recognized as not only reducing crime in the neighborhoods, but a significant move that will enhance the quality of life for New Orleans citizens.

As the Compliance Director continues to create fair promotion and transfer policies and practices, all employees will realize we will operate with a set of ethics and professionalism that will make their tenure with us more positive. The Compliance Director continues to communicate the Vision through staff meetings, in conversation with the Jail leadership, with pre-service deputies and newly promoted FTOs.

## July 1, 2017 60-Day Update

Orleans Justice Center continues to implement practices to achieve the VISION. To be recognized as a model direct supervision jail, the leadership and staff have initiated a broad training program inclusive of all personnel, from line staff to leaders. OPSO Leadership is scheduled for intensive NIC training "Making Direct Supervision Work", July 11-14, 2017. In addition to classroom training, select teams have conducted site visits at several direct supervision jails and a university. Our most recent site visits include Brazos County Jail, Collin County Jail, and Sam Houston State University. Additional visits are scheduled for July that include Hillsborough County Jail, Orange County Jail, and Valencia Community College. Our goal is to identify and develop best practices and implement them in OJC. Furthermore, OPSO will be working with our local colleges to develop programming that can be beneficial to both the college and our staff.

Fiscal responsibility is maintained through monthly budget reviews that include OJC leadership, representatives from the City of New Orleans, and Federal Monitor Tommy Vassel who oversees the budget for the Court.   These meetings review spending, budget forecast, and identify opportunities to cut costs when possible.

OJC and community groups continue to expand programming opportunities to the inmates, with the goal of providing applicable resources and tools upon release from OJC with the goal to reduce recidivism and the reduction of crime in the community.   All aspects of the VISION statement are an ongoing.

**L.)      Recruiting Goals Directed Above the Level of Minimally Required Positions**
While there will be many working for OPSO who will respond positively to the changes in culture that will be introduced to the Jail, it should also be expected that there may be those who will not be able to perform to the heightened professional standard that will be required of them. For this reason, our recruitment goals will not be limited to simply filling vacant positions, but to hire above that minimally required staff level, with the expectation that those who underperform will be terminated if they are not cooperative or effective, and replacement of staff will be needed. One of the strategies the HR Director will be responsible for developing by May 1, 2017, will be to develop a performance assessment policy and implementation plan.

**March 1, 2017 60-Day Update**
The plan is in the early infancy stages.   The redefined process for employee assessment and evaluation will be complete and ready for review by April 1, 2017.

**May 1, 2017 60-Day Update**
We will have sufficient funding to recruit above the level of minimally required positions, and in fact, we will be recruiting above the new levels that are established by the staffing analysis done by Rod Miller and supported by the work of Chief Laughlin.  We are finding savings on a daily basis and we feel comfortable that recruiting above our authorized level will allow us to maintain a steady work force and will also allow for increased accountability of low performing employees.

We have the ability to conduct performance assessments within ADP. Ms. Staes has a conference call with ADP the first week of May 2017 to discuss the system capabilities.  Ms. Staes will be able to forecast a roll out date after this meeting.

**July 1, 2017 60-Day Update**
Ms. Staes has met with ADP regarding the performance assessment program and will be building the assessment for each role. Upon approval of the assessment by the Compliance Director, Sheriff and Chief of Corrections, the data will be input into ADP and ready for roll out. The anticipated date of roll out is October 2017.

**M.)      Emphasis on Community College Enrollment and Completion**
A key strategy of improving professionalism is increasing the educational attainment among the staff. The Compliance Director has experience partnering with local community colleges and universities to encourage staff to obtain their associates, bachelors, or master's degree in criminal justice. In addition to the pay plan adjustment proposed above, tuition reimbursement programs and a pay incentive program similar to what NOPD currently uses will also be explored. The Compliance Director will make initial contact with the various educational entities by January

15, 2017, with the HR Director following up to establish formal arrangement with those willing to participate.

**March 1, 2017 60-Day Update**
The Compliance Director and the HR Director met with the Professors/Chairs of the Criminal Justice programs at Delgado Community College and Loyola University of New Orleans. Delgado Criminal Justice students are required to take a sixty-hour practicum prior to graduating, and Loyola University students enrolled in the Criminal Justice program are required to complete a satisfactory internship in a criminal justice agency.  The Chair and professors of the Loyola Criminal Justice Department were given a tour of the OJC by the Compliance Director and HR Director in January.  During the tour, there were numerous opportunities identified in programs, education, statistics, data analysis and case management that would be of great benefit to students, as well as providing an opportunity for their internship to benefit the OJC.  This benefit will be realized in both the potential recruitment of college graduates, but also in the special projects that will provide assistance to the operations of the OJC.  We will be able to provide a location for them to complete the practicums and internships with evaluations provided to the Delgado and Loyola Institutions. Loyola University has agreed to offer our employees up to 40% off tuition for those that enroll in the Criminal Justice program.  We will provide internships and engage in the inmate program development, as well as encouraging employees to take advantage of the college course offerings.  We are also considering an incentive program for OPSO employees for satisfactory college participation.

**May 1, 2017 60-Day Update**
We have engaged in a tuition reimbursement program with Loyola University New Orleans and Ms. Staes has been added as a member of Delgado Community College Advisory Board. Effective Fall 2017, Delgado Community College students will complete their practicum with OPSO.  Loyola University New Orleans, along with the OPSO HR department and OPSO Programs will develop programs for both the undergraduate and graduate criminal justice students. Loyola University New Orleans is also seeking to place several interns in summer 2017.  We will finalize this program in May 2017.

**July 1, 2017 60-Day Update**
Our relationship with Loyola University and Delgado Community College continue.  We will be reaching out to our educational partners to discuss the creation of a New Orleans Center of Innovation to assist in training for our employees.

**N.)    Ensure adequate and effective staff presence and deployment throughout the jail, including systems of oversight for overtime, leave, off-duty details and reserve deputies**

     **a.  Fill Vacant Chief of Corrections Position**
        Currently, the Chief of Corrections position is vacant and that role has been temporarily handled by Colonel Scott Colvin. However, that position will be filled before the middle of February 2017. Once that position has been filled, Col. Colvin will have the ability to develop improving training procedures for supervisors as it relates to effective staff deployment throughout the Jail. The Compliance Director has met with the newly selected HR Director to emphasize that hiring a Chief of Corrections is the top priority and has established the goal for HR Director to have a candidate selected by February 1, 2017. OPSO currently has multiple different shift schedules for various Jail operations, and the

incoming Chief of Corrections will research best practices to determine if changes to shift schedules are needed by March 1, 2017.

**March 1, 2017 60-Day Update**

We have conducted phone screens with the assistance of Rebecca Dietz (CNO), Emily Washington Elizabeth Cummings, Matt Frasier, (MacArthur Justice Center), Chief Laughlin, and Sean Bruno of several applicants. Based on those telephone screens, we have held in person interviews with Wendell France, Michael Tidwell, Henry Reyes, and Mark Chamberlain. We are still considering these four, however, we have opened up the application process again and have interviews set for future candidates. The Compliance Director is well aware of the need to fill this position as soon as possible; however, he is most concerned with hiring the individual who can meet the complex challenges of the OJC. It is projected that such a candidate will be found and hired no later than the first of April 2017.

**May 1, 2017 60-Day Update**

Michael Tidwell has been hired and will begin work as the Chief of Corrections on Monday, May 1, 2017. It has been an extensive search for filling this position; however, it is a key position within the agency. Some thought that the position should have been filled immediately after the Compliance Director began with the OPSO; however, it was felt that there was no need to rush the decision as it is so significant. On the positive side, the Compliance Director had the opportunity to perform a lot of the duties of the Chief of Corrections, as has the Chief of Security. Colonel Colvin has been Acting Chief and has gained a great deal of knowledge that enhances his capacity, but also will be valuable experience for him in working with Chief Tidwell. The Compliance Director feels the amount of time to fill this and other key positions is time well spent.

**July 1, 2017 60-Day Update**

Chief Tidwell has redefined the role of Chief of Security to better enable Col. Colvin to command the wardens and personnel assigned to OJC, TDC, and IPC. Day-to-day facility operations continue to improve. Continuity and sustainable systems throughout jail operations have become the primary objective of the Chief of Security post Operation Rewind.

**O.)      Recruit to Staffing Levels Consistent with Best Practices**

Staff levels that follow the guidelines for determining shift relief factors as published by the National Institute of Corrections (NIC) in Staffing Analysis – Workbook for Jail (2nd Edition) will be included in the revised 2017 Jail Budget. Proper staffing will alleviate the need for excessive overtime hours, which in addition to the financial cost, is an intangible cost of worker morale for continuously have to work overtime each week. The appendix of this document outlines, for the first time, the full time staff profiles for the various components of OPSO jail operations. This information has been developed using NIC calculations and will be used to manage recruitment, staffing, and training needs going forward. These analyses will be used for the purposes of determining staffing for direct supervision facilities as well as all other facilities and operations that may be applicable, including courts, transportation, etc. The staff numbers in the appendix are a preliminary projection of staff requirement pending Rod Miller's analysis, who is the OPSO's jail staffing consultant. This analysis began in September 2016 and Compliance Director has been awaiting a report from the consultant to make comparisons and determine final staffing figures.

**March 1, 2017 60-Day Update**
Mr. Rod Miller is currently working on the final phase of a draft report. The OPSO has submitted additional documents that Mr. Miller requested. These final document requests were completed on January 30, 2017 and February 17, 2017. The OPSO is in communication with Mr. Miller, and our hope is to have a finalized draft report completed within the next two weeks. The Compliance Director's plan is to have the report available for the Monitor's site visit of March 20, 2017 in order to discuss the report during that week.

**May 1, 2017 60-Day Update**
There have been several conversations with the Lead Monitor, Chief Laughlin, the consultant Rod Miller, and the Compliance Director. Even though we do not have a final report yet, we have determined the shift relief factor, and the majority of posts to be filled. The agency has calculated the shift relief factor to be 4.81. The consultant's calculation arrived at 4.86.

The OPSO is in the process of producing some requested documents Mr. Miller needs in order to continue his work. Mr. Miller – in the near future – is expected to begin his analysis of the Courts system.

The Compliance Director feels that even with some further adjustments, there is sufficient funding in the 2017 budget to easily cover the adjustments.

**July 1, 2016 60-Day Update**
Mr. Rod Miller was scheduled to continue his work on June 27 – 29, 2017; however, something unexpected and out of his control occurred. As a result, he re-scheduled his visit for July 10 – 14, 2017. During his visit, he plans to complete all the OJC work (which is almost complete), and work on Criminal District Court. Also during his visit, the OPSO leadership will discuss his contract and vision moving forward.

**P.)     Systematic Review of Overtime Hours**
By April 2017, the HR Manager of the OPSO will complete a full review of all overtime hours incurred in 2016 and make recommendations to the Compliance Director on how overtime hours can be reduced overall and to ensure that annual and sick leave are being used properly and that employees are not engaging in any "swap" activities where employees collude to call in sick so that their co-worker can earn overtime time. The Early Intervention System will be utilized to track, by individual deputy, the excessive use and abuse of overtime hours.

**March 1, 2017 60-Day Update**
The Finance Department has engaged in a partial overtime review. The HR Director will review and submit recommendations by April 1, 2017 of her findings.

**May 1, 2017 60-Day Update**
Overtime continues to be an opportunity. The following departments have incurred significant amounts of overtime between January 1 and March 23:

| | |
|---|---|
| Orleans Justice Complex - | $235,733.53 |
| Intake and Processing - | $200,963.97 |
| Transportation - | $75,197.75 |
| ISB Investigative Division | $53,075.50 |
| McDaniels | $52,387.53 |
| Court Security | $40,110.12 |

| Kitchen | $37,849.01 |
|---|---|
| Facility Maintenance | $31,373.59 |
| Outside Security | $30,284.45 |

Several of these departments have built in overtime which impacts the labor dollars spent. Some overtime will decrease as we staff up and change identified post to 8 hour shifts versus 12 hour shifts. Ms. Staes will work with Chief Laughlin in labor deployment to ensure that new hires are allocated based on the staffing plan in order to decrease overtime. Ms. Staes will also be speaking with each department head about their overtime approval process, scheduling and employees with significant amounts. A process for overtime approval will be implemented and reviewed monthly by department head.

Additionally, all of the leadership is looking at strategies to reduce the overtime cost in the respective departments. The second quarter should show a reduction because many of the scheduling changes occurred in the first week of March.

### July 1, 2017 60-Day Update
We have been successful in lowering turnover via scheduling adjustments and close management. Overtime reports are sent to department heads on a monthly basis and addressed as necessary.

### Q.)     Revision of Policy for Off Duty Details and Reserve Deputies
Previously, the policy was that a reserve deputy who works an 8 hour shift during a month in the Jail made a reserve deputy eligible for up to 4, 8 hour shifts during the same month. This was effectively a 1 to 4 ratio, and a time when manpower is short, this policy is no longer acceptable. Effective November 2016, the policy for reserve deputies who wish to continue working off-duty details must work an equal number of volunteer hours in the OJC facility to the number off-duty detail hours that are worked. Failure to adhere to this policy will result in reserve deputies losing eligibility in the off-duty detail program. In addition to this policy change, a full review of the OPSO detail policy will be conducted to determine if changes need to be made to improve the fairness of the system.

### March 1, 2017 60-Day Update
The Reserve policy has been rewritten and signed by the Compliance Director. The previous policy required one hour of work in the jail in return for four hours of detail work. That policy has been changed to reflect a requirement for a 1:1 ratio. That is, the reserve deputy must work four hours in the jail in return for the opportunity to work four hours of detail. That policy went into effect in March 2017. The policy on details will be reviewed by the Compliance Director and rewritten and issued by April 15, 2017.

### May 1, 2017 60-Day Update
The Compliance Director has begun review of the Detail Policy with legal representatives in order to make any changes necessary to bring the policy in compliance with best practices and to ensure that details are assigned in a fair manner. The legal team is working off of a draft of the current policy to make suggestions relative to detail coordination as well. The suggestions and legal recommendations will be presented to the Compliance Director and the policy is expected to be issued and finalized by June 1, 2017.

**July 1, 2017 60-Day Update**

Recently, the Detail Department was moved under the command of Chief Laughlin.  A revised detail policy is in its final draft form.  It was reviewed on Friday, June 16, 2017, and a final draft is expected within the next two weeks.  Once finalized, the OPSO will hold meetings with OPSO employees discussing the changes.

**R.)      Timely completion of critical policies and procedures**

Originally, there were 119 policies that were identified for revision or development at OPSO in order to comply with the Consent Judgment. The work to complete revisions of these policies will be led by Captain Bryan Peters, the primary point of contact for managing Policy & Compliance documentation at OPSO. The graph below demonstrates the rate of past progress for the completion or revision of policies and procedures at OPSO since 2014:



As of December 2016, there have been 60 critical policies revised and approved; while 51 critical policies revisions are still in draft form either pending review or approval. There are 8 critical policies that have not begun the revision process. Over the next 3 months, all 8 of these remaining policies will begin the revision process. Over the next 9 months, OPSO staff and contracted support staff will complete the revision process for all remaining critical policies based on the projected plan below:



All critical policies identified for the Consent Judgment will be developed, revised, and fully completed by October 1, 2017. The number of days to complete or revise a policy once its development has been authorized by the Compliance Director will be no more than 60-Days so that all policies can be developed and approved according to schedule above.

In addition to these critical policies, OPSO has also identified an additional 45 non-critical policies that have also been identified for revision. Of these, 4 have been completed, 26 are currently under revision, and 15 have not begun the revision process. Over the next 3 months, all 15 of these remaining policies will begin the revision process. Over the next 9 months, OPSO staff and contracted support staff will complete the revision process for all remaining policies that have been identified.

**March 1, 2017 60-Day Update**

As of February 23, 2017, an additional fifteen (15) critical policies directly related to the Consent Judgment have been completed, approved, and signed, bringing the total number of completed policies up to seventy-five (75). At this point, there are thirty-seven (37) Consent Judgment related policies in various stages of review. Many of these policies are nearing completion and are expected to be approved and signed shortly. There are eight (8) critical policies that have not begun the revision process. We have decided not to begin work on these policies until those that are currently in the review process are completed. Our focus is to complete the policies currently in the "pipeline" before beginning any additional ones. Our contracted support staff is going to be on-site during the week of February 27, 2017. The goal for this site visit is to complete some of the policies in the final review stages. Additional visits by the contracted support staff are also scheduled in the near future. We are well on track to meet the October 1, 2017 deadline.

As you can see from the chart below we have updated it from the initial report to show the progress on policy development. We have updated the chart to expand the "y" axis. See Figure 5.



**Figure 5, Policy Development Progress**

**May 1, 2017 60-Day Update**

As of April 25, 2017, seventy-eight (78) policies have been completed. Sixty-nine (69) of these policies are required by the Consent Judgment. The additional nine (9) were not directly related to the Consent Judgment but were revised to reflect new operational procedures in critical areas. Thirty-nine (39) additional policies have been drafted. These are also required by the Consent

Judgment.   Most of these are somewhere in the review process (Internal, Monitors, Plaintiffs). As mentioned in the last update, we are focusing on completing the 39 first before starting the remaining nine.   To assist us in meeting our October 2017 completion goal, our policy consultant, VRJS, has been on-site on a more frequent basis to assist Lt. Harris and others in completing these policies as expeditiously as possible.   We have found that the process has moved more rapidly when VRJS is on-site.   They are currently on-site for the entire week of April 23, 2017.   During this week, the focus is on completing the Restraint and Key Control policies.   The appointment of Michael Tidwell as the Chief of Corrections will also expedite the completion of the remaining policies.   He is already very familiar with the review process and he originally brought VRJS onboard during his prior tenure here.   We anticipate completing all of the Consent Judgment policies in advance of our self-imposed October 2017 deadline.

**July 1, 2017 60-Day Update**
Since Chief Tidwell's appointment as Chief of Corrections, he has made the completion of the remaining Consent Judgment related policies a top priority.   Weekly Compliance Task Force Meetings are held and all major stakeholders are required to attend.   Policy assignments are issued to the appropriate stakeholder with firm deadlines.   Lieutenant Harris tracks the progress of the work assignments and reports back to Chief Tidwell.   Lieutenant Harris works with the stakeholders and assists them with completing the assignments.   She also reports to Chief Tidwell any delinquent assignments.   Lieutenant Harris has created a comprehensive spreadsheet to track these assignment and due dates for each policy required by the Consent Judgment.   All of the major stakeholders as well as Chief Tidwell utilize this fluid document to track the progress of each of the remaining policies.   We are still on track to meet the imposed deadline of October 1, 2017.

**S.)**        **Ensure staff receive adequate training on policies**

     **a.  Training Curriculum Development**
     Capt. Peters will review each policy or procedure that is approved. Capt. Peters will work with Col. Colvin and Lt. Navarro to determine whether the training required would take place in a classroom, during roll call, or if it can be part of required annual online training. Training curriculum will be developed by Lt. Navarro as policies are being developed so that when policies are approved the training on those policies can be implemented. By March 2017, an official policy will be implemented that sets the process for creating new curriculum and will also achieve a 100% staff training rate in a timely fashion.

**March 1, 2017 60-Day Update**
The Policy and Compliance Unit has begun drafting lesson plans for completed and approved policies.   Sample lesson plans and training materials will be sent to the Monitors for review in the coming weeks.   The OPSO Training Division is assisting in the preparation of the training materials for the numerous policies.

The chart below shows the progress of all the policies that are currently being trained to the staff by the Training Division.    The percent defines how many employees have successfully completed the identified training class.  See Figure 6.



**Figure 6, Policy Update**

## May 1, 2017 60-Day Update

Though the current focus is on completing the remaining policies, Captain Peters has drafted lesson plans for eight policies so far.  These materials will be forwarded to the monitors for review shortly.  He will continue to draft additional lesson plans in his spare time.  Once the heavy load on the Training Division eases up, Captain Peters will solicit support from them with this large task.  Training continues on the critical policies and is in the final stages.  The chart below shows the training progress on the critical policy areas currently being completed:



## July 1, 2017 60-Day Update

Chief Tidwell has also made policy training a priority and has established a Training Steering Committee.  This committee meets frequently and has contributed to the completion of a comprehensive policy training plan document.  This document has been distributed to the

Monitors for review by Chief Tidwell.  The document describes the training type, proposed location and length of the course.  We will be utilizing various methods of training based on the complexity of the particular policy, including classroom training, online instruction, briefings and distribution.

We are also in the process of locating an online training platform and have narrowed it down to one vendor who provides a comprehensive policy distribution, tracking and online customizable training platform.  We are currently in negotiations with this vendor.

The Training Steering Committee has begun, in earnest, drafting training materials for the Consent Judgment policies.  Several individuals with experience in this area have been drafted to assist with this process including Policy and Compliance, the Training Division and other individuals around the OPSO organization.  It should also be noted that the trainings on the ten (10) major policy areas (i.e., Use of Force, Suicide Prevention, etc.) are almost complete.

**T.)      Achieving POST Certifications for All Eligible Deputies**
Deputies that serve in the Jail for more than 1 year and receive Peace Officer Standards & Training (POST) certification are eligible to receive a $6,000 annual supplement to his/her salary funded by the State of Louisiana. There are 97 recruits who have been working in the jail for more than a year, but have yet to complete POST certification and do not receive state supplemental pay. In addition to training on policies and procedures of the Orleans Parish Jail, by July 2017, all deputies will receive POST certification so that all will become eligible to receive state supplemental pay upon completing 1 year of service at OPSO.  Once all deputies are certified, the hiring, academy process, and POST certification will take place automatically in the proper time and sequence so that every deputy hired will be certified at the end of the first year and be eligible for the state supplemental pay.

**March 1, 2017 60-Day Update**
This section of the Initial Remedial Plan detailed the intent of the OJC to certify the eligible deputies in the POST certification.  All deputies who are not POST certified are scheduled in one of two 6-week classes.  We expect to meet the deadline of July 2017 to have all deputies that seek certification, qualified and POST certified.  Most will receive the state supplemental pay of $500 per month immediately upon graduation, as they have been eligible relative to length of service, lacking only the POST certification.

**May 1, 2017 60-Day Update**
The first class of POST Certification students graduated on April 21, 2017.  It was a splendid event, highlighted by Judge Africk serving as the guest speaker.  He had an opportunity to meet several deputies and spoke informally to them before the ceremony insuring them of his support of their efforts.  There were 43 students in the class, and three failed to meet the score of 70 and did not graduate.  All three were within 4 points of achieving the passing score and according to the POST testing officials; they will be allowed a retest within two weeks. The next POST Certification class of 40 students will begin on Monday, April 24th and is scheduled to complete during the first week of June.

This is very significant event and milestone for the OJC and its employees.  It is a sign that we care about them and they do make a difference.  This is the core reason that Operation Rewind was necessary, and that is to deliver on our promise that we would provide the training for them in their first year in order for them to be professionally certified and just as important, eligible to receive the $6,000 State Supplemental.  This comes at no cost to the OJC, but is a significant

amount of money for the deputies. When the Compliance Director first learned of this discrepancy in his first few weeks, he realized it had not been a priority with the OJC, the City, or the Monitors. The reason it was not being addressed is because it is almost impossible to accomplish training if there are significant vacancies. So, in order to accomplish that desired training, the Compliance Director had to move a significant number of inmates out of parish, and thus freeing up the required number of staff to place in the two 6-week POST Certification classes. Although the staff and leadership in the Jail are well aware of the need to complete this POST certification for the 97 employees, not everyone outside the Jail either understood or supported the effort. We have successfully completed the first 6-week class and the other class will begin on April 24th and complete the first week of June, 2017. At that point, the vast majority of deputies will be POST certified, and receiving their much deserved State Supplemental pay of $6,000 per year, beginning the pay period following their graduation.

**July 1, 2017 – 60-Day Update**
At the conclusion of Operation Rewind, OPSO successfully trained two (2) back-to-back POST Academy classes where 78 deputies earned their Peace Officer Standards and Training certifications, qualifying them to receive $6,000 in state incentive pay. Equally important is the OPSO's commitment to continue to professionally develop its staff to their full potential. The National Institute of Corrections delivered a week of training June 5th-9th where 30 of our staff received Crisis Intervention training (CIT). This is just an example of the robust staff development plan OPSO has in place for its deputies and civilian staff members moving forward.

**U.)     Ensure that direct supervision is consistently enforced throughout the jail, making certain that there are staff physically present on every tier in the jail**

   **a.   Incremental Implementation of Direct Supervision Procedures**
        Currently, compliance with direct supervision model is not possible in all units due to inadequate number of trained staff at OJC. Training of staff on the appropriate methods of direct supervision must take place before deputies can be expected to adhere to direct supervision standards. Before the end of July 2017, all staff will be appropriately training on direct supervision procedures. As sufficient level of staff become adequately trained enough to fill a given tier of the facility, that direct supervision method will be applied for that tier, and inmates will be returned from out of parish. As more staff is trained in direct supervision, the remaining tiers will come online, and the remaining inmates will be returned, until the full force compliment of OPSO has been fully trained.

**March 1, 2017 60-Day Update**
The staffing issues that the OJC faces are well known, and they have a noticeable effect on the professional operation of a direct supervision facility. There is one exception to this problem at OJC and it involves the Youth Offender housing unit. We are operating the Youth Offender unit guided by the principles of direct supervision, and have seen a positive change in this particular population. In October, the Youth Offender unit had issues with out of cell time, altercations, yard time and disciplinary violations. Deputy Picard began operating the unit under the direct supervision philosophy, and a positive difference was noticed. The end result is few, if any, incidents, and there are no out of cell restrictions on the unit. The youthful inmates are engaging with the Deputy and interacting with each other in a healthy manner. Deputy Picard has been permanently assigned to that unit, and takes a lot of pride in how well the unit is operating.

The Compliance Director is committed to continuing this positive change throughout all of OJC and will use this example as a cornerstone for success.

We plan to implement a Field Training Officer (FTO) Program in concert with the assigning of permanent, well trained, senior deputies as the housing unit deputies.  This would incentivize the position in the Jail and draw the best of the deputies from the total force.

The FTO/Pod Deputy would hold the rank of Deputy 3, and draw the increased pay for that position.  It is contemplated that the position would have criteria such as; at least 2 years of service as a Direct Supervision deputy, good attendance and tardiness record, no disciplinary suspensions, and recommended by Shift Supervisor and Warden.  The role of FTO and Direct Supervision Deputy would be synonymous.  The individual would receive the Deputy 3 pay as long as they were assigned as a Direct Supervision Deputy/FTO.  If they left the position, they would revert back to their previous pay level.  This program is not finalized, but will be in a short time.  It is anticipated that the training and assignments will be made during Operation Rewind.

**May 1, 2017 60-Day Update**
As has been mentioned before, the model for Direct Supervision cannot be realized until the Jail is fully staffed and trained and the management team is fully trained and experienced.  We are working with the NIC to make some site visits to some of the selected Direct Supervision jails that exemplify the model.

The Field Training Officer (FTO) Program began in early March when the first six (6) selected FTOs completed a 24 hour FTO instructor's course.  They were then assigned to train the pre-service class that reported to OJC on March 22, 2017.  On April 6, 2017 a debriefing of all Pre-service recruits and their FTOs was held by Colonel Colvin, Captain Short, and Agent Lear.

During the week of April 17-21 eleven (11) deputies were interviewed and selected as FTOs.  The second FTO School is being held April 24-26, 2017 in time for assignment to the Pre-service class graduating April 28, 2017.

**July 1, 2017 – 60-Day Update**
The FTO program is about to begin its 4th Training Cycle on July 3rd.  This (3) week program is based in part on the Travis County, TX. model and has served OPSO well thus far.  New deputies assigned to the program are evaluated in over (50) skill areas over the course of the 120 course.  Additionally, the FTO students are brought in at the program mid-point to meet with the administration and fill out an evaluation of their FTO and how well they feel they are being trained.  This evaluation is repeated at the end of the program.  The assigned Field Training Officers also meet with the administration and discuss issues related to their students, program organization and other issues related to this training initiative, in an effort to develop it to its greatest potential.  To date the FTO program has trained (55) Corrections recruits.

**V.)    Prevent undue reliance on cell confinement/lockdown throughout the jail for all populations**

      **a.  Enforcement of ACA Standards**
      OPSO follows the American Correctional Association (ACA) defined standards on the number of hours per day that inmates are allowed to circulate outside of cell confinement. Given space requirements and the security risk level of the inmates, however, for medium-high and high security units allowing more than 30 inmates to circulate when there is capacity for 60 inmates poses a risk to staff.

Given the behavior of inmates and the "keep-separate inmates" it may not be safe for all inmates of a given pod to circulate together. In units of lower security it is possible for all inmates of a pod to circulate together. Use of the exercise yards for additional circulation capacity has been a normal practice; however, inclement weather can prevent the use of the exercise yards, which can result in populations in some tiers who were originally scheduled for circulation not being released from confinement. The number of inmates out at any given time is contingent on the unit and the situation; however, ACA standards on confinement and recreation are being followed currently and will continued to be followed and enforced going forward. OPSO will review its policies and procedures by March 2017 to ensure all populations are circulated for equal amounts of time per ACA standards.

**March 1, 2017 60-Day Update**

We are moving toward more out of cell time for all units that have general population inmates. The exception is the special population units such as administrative and disciplinary segregation, protective custody, and inmates with keep separate flags in their record. Group out of cell time has been noticeably increasing in the OJC over the past several months and unit deputies are feeling more comfortable with the increased day room activity. We will continue to increase the out of cell time, unit by unit.

In October of this past year, recreation yards were limited to being open two days per week, based on previous practices. The Compliance Director changed the policy and instructed the shift supervisors to encourage the unit deputies to open the yards every day as weather and staffing allowed. That practice has been in place for the past three months, and the positive effects have been noticed. Inmates appear to be getting along better and it adds an opportunity for some exercise in the fresh air. There have been few incidents associated with a more open yard policy. Throughout the OJC, there is substantially more out of cell time being offered, and unit deputies see it as a common activity now that when inmates are in the day rooms, the yards will be open.

We will revise the Post Orders to include an entry in the Activity Log each time the ISI groups are locked in – locked out. At this time there are no metrics by which we can measure the exact amount of out of cell time an inmate receives.

We support the model where appropriate personal conduct and positive interaction as a group earns the prisoner the highest level of privileges the facility can offer. Naturally, remaining out of cell with access to the recreation area, telephones, commissary, and entertainment or participates in unit activities such as board games or other like programming would be an inmate's best opportunity to realize a more quality institutional life. Our Youthful Offender Unit is an example of what direct supervision offers the prisoner that seeks to comply with reasonable instructions from the unit deputy and appropriately interacts with others.

**May 1, 2017 60-Day Update**

The Post Order has been revised to include documenting of ISI groups out of cell time. We continue to encourage all OJC direct supervision units to work together in order to achieve the greater degree of inmate privileges (i.e. prisoner housing units judged by the sanitation staff as having a high level of cleanliness are rewarded with a special meal). As more trained staff joins OJC the Direct Supervision model becomes stronger. Deputies will no longer be assigned randomly filling in for empty units, but instead will be assigned the same unit for a period of time (60-90 days) promoting the direct supervision management style.

<u>July 1, 2017 60-Day Update</u>
This update to the strategic plan comes at the moment when we are actively consolidating our returned prisoner population and deploying our manpower to meet this demand.  When shift manpower assignments are finalized we will begin a 90 day unit rotation plan where deputies have the ability to manage the same population each shift in a direct supervision setting.
Direct Supervision training is scheduled to be taught here at OPSO through the National Institute of Corrections in a series of (3) offerings this fall.

**W.)     Appropriate Use of Lockdown Procedures**
While lockdown procedures may be appropriate to manage incidents of violence or disturbances in the Jail, OPSO Jail Management will use lockdown procedures only when necessary, and will work to return to normal operations as soon as possible so that inmate morale is not negatively impacted or inmate/staff relationships are not impaired by long or continuous periods of confinement. In addition, OPSO will not use lockdown procedures as a punitive measure of class punishment for entire tiers or the entire OJC facility.

<u>March 1, 2017 60-Day Update</u>
We continue to use the unit lockdown only as necessary after a significant incident and work to return to normal operations as quickly as possible.  Periods of unit lockdown as a result of staffing shortages will be resolved with the filling of the vacant Deputy/CMT positions on the units, which should occur by July 1, 2017.

<u>May 1, 2017 60-Day Update</u>
As was mentioned before, when the vacant CMT and deputy positions are filled, a marked difference will be noticed in the operations of the units.  It is next to impossible to operate as a Direct Observation Jail with vacancies to the extent that the consistent assignment of the pod deputy/FTO is not made.  It must be the same deputy consistently, with a consistent alternate filling in.  Lockdown of units due to staffing shortages will be resolved with the full staffing that will come near July 1, 2017.

<u>July 1, 2017 60-Day Update</u>
The manpower deployment at OJC has improved month-by-month since the beginning of this year. We have now reached the level that all OJC units have a deputy assigned to them consistently each shift, throughout the four (4) 12-Hour platoons.  With increased staff presence in these areas, the need for extended periods of lock down in general population units has greatly decreased.

**X.)     Strategies to return inmates housed outside of Orleans Parish in a timely fashion**

    **a.   Hiring of a Jail Population Facilitator**
    The MacArthur Foundation has awarded a Safety & Justice Challenge Grant for the City of New Orleans so that the OPSO can hire a Jail Facilitator to assist with the management of the jail population. The Jail Population Facilitator will be hired by the end of February 2017. The position will be responsible for reporting to the Compliance Director the status of all inmates under the custody of the Orleans Parish Sheriff's Office, whether they are housed inside or outside of Orleans Parish. Among other responsibilities, the Facilitator will ensure that inmates whose court dates are imminent are returned to Orleans Parish promptly to be adjudicated.

**March 1, 2017 60-Day Update**

Our Operation Rewind to move inmates to out of parish housing is on track, and will see increased numbers of inmates moved out during that period from mid-March to July 2017 as the 100 deputies are being trained and POST certified.  Also during that time, it is planned to engage the National Institute of Corrections (NIC) to host no cost training for first line supervisors, to include some upper management training.  After the training and certification of the deputies and supervisors, and the staffing is brought to full force, the inmates in the out of parish housing will begin to be brought back to Orleans Parish.

We are planning to open the Temporary Detention Center (TDC) to accommodate the return of the out of parish inmates.  It is expected that by July 1, 2017, the number of out of parish inmates will be less than 300, not counting the inmates housed at the Hunt facility.  By opening three buildings of TDC, we can accommodate approximately 330 inmates.  It will be at this time the inmates can return back to Orleans Parish.  It is anticipated that all inmates will be housed in Orleans Parish, with the exception of the 39 inmates in the Hunt facility, and the small numbers of protective custody inmates in other parishes by no later than September of 2017.

**May 1, 2017 60-Day Update**

A Criminal Justice Administrator was scheduled to begin work on Monday, May 1, 2017; however, as of Thursday, April 27, 2017 she declined the position.  This position is funded through a grant from the MacArthur Foundation, Safety and Justice Challenge and will work under the supervision of the Compliance Director. This position will review the jail population on an ongoing basis to identify:

1. Detainees that may be safely released
2. Detainees with upcoming / pending court dates
3. Court matters that have been unduly delayed
4. Develop and maintain jail and system data
5. Facilitate jail population trend reports

In addition, the position will develop systems of communication and practices with outside agencies such as Probation and Parole, Municipal & Traffic Court, Public Defenders Office, District Attorney's Office, etc.

**July 1, 2017 60-Day Update**

Operation Rewind was implemented during the earlier part of the year and with the increased training and hiring of staff within the Orleans Justice Center during the past few months, it is anticipated that the vast majority of inmates being housed out of parish will decrease significantly by the end of July 2017.  In the months of May and June there was an average of 764 and 450 inmates out of parish respectively.  That number is expected to decrease to 166 by the end of July 2017.  That number would be down from a high of 839 in April 2017.

**Y.)      Activation of TDC Facilities**

The Temporary Detention Center (TDC) facilities can be activated to house any overflow needs that may arise from insufficient space at OJC. Upon review of the jail population projections provided by JFA Institute, approximately 200 beds within the TDC facilities can be activated to house overflow of low and low-medium risk inmates as an alternative to housing them out-of-parish. City engineers have assessed the facility and agree that two of the four buildings can be brought online for this purpose, and are evaluating the schedule and cost of completing such a project. As the population continues to decrease over time, use of the TDC facilities will be

incrementally discontinued; one building at a time, until all TDC facilities are closed. If population trends continue on their current direction, it will be possible to house all inmates under the custody of OPSO at facilities in Orleans Parish and eliminate the need for out-of-parish facilities.

## March 1, 2017 60-Day Update

We are currently in the process of addressing all the facility issues at TDC.  We are upgrading and updating buildings 1, 2, and 3.  The City of New Orleans has been assisting with this project.  The City has sent contractors with experience in technology and plumbing to the facility to evaluate the needs.  The OPSO is in contact with the City on cost and progress.  The expected date of completion is July 1, 2017.  Once completed, the bed capacity of buildings 1, 2, and 3 are estimated at 330 beds.  It is estimated that the renovations and reactivation details can be accomplished with a cost of under $100,000.  The Fire and Safety standards will be met, and the ACA standards will be considered in the areas of lighting, sound, and number of toilets, showers and washbasins.  Although these ACA standards are non-mandatory, we will try to meet the intent of the standards.  The specific number of showers, toilets, urinals and washbasins are not as critical when inmates have access to yards, and toilets, showers and washbasins throughout the day and evenings.  The ratio we intend operate under will be close to the standard, and perhaps exceed the standard.

## May 1, 2017 60-Day Update

Based on the review of Harry Grenawitzke at the last Monitors visit, there are sufficient showers and sufficient square footage to house 96 inmates in each pod of the TDC.  There are 8 showerheads in each pod and at the ratio of 1 shower for 12 inmates it computes to a number of 96 inmates possible to house in each pod.  Furthermore, based on the measurements taken by Mr. Grenawitzke relative to the unencumbered space in each pod (standard requires 35 square feet of unencumbered space for each inmate), each pod could house 96 inmates.  We intend to house approximately 60 inmates on each pod, although those numbers may change. We have brought all four units up to standards within the allocated funds, and have installed sufficient bunks in each pod.  That could theoretically allow adequate housing for 480 inmates; however, we are using building 4 (the westernmost building) to replace the McDaniels Building, which houses work release.  It is expected that Building 4 will house approximately 20-30 inmates.  That would leave approximately 360 beds for the out of parish population, and it is not felt that number of beds will be needed after July 1, 2017 when the out of parish inmates return to OJC.  We are anticipating using approximately 240 beds to bring the inmates back from out of parish housing.  We intend to make that transfer by June 1, 2017.

## July 1, 2017 60-Day Update

TDC was opened on April 14, 2017 when the Work Release/Community Service unit at the McDaniels Center was closed and those inmates were transferred to TDC. The facility currently houses 31 inmates with a plan to open additional units based on need.  There is a warden, two (2) lieutenants, two (2) sergeants and 14 deputies currently assigned to operate the Work Release/Community Service program.

## Z.)     Youthful Inmates Moved out of OJC

At any given time, there are between 10-20 youthful inmates that are being housed at OJC awaiting adjudication in the adult court system. These youth are placed into a single pod with capacity for sixty 60 inmates, resulting in a loss of capacity of between 40-50 beds. The long term plan for youthful inmates will be to move them all to the Youth Study Center (YSC) after its expansion is completed. However, in the interim, OPSO is coordinating with other

jurisdictions in the immediate region to determine if they can be moved to juvenile facilities instead of having them remain at OJC. If they are moved to other parishes, it is imperative that an expert in youth housing, security and programs be retained by February 1, 2017 who will follow and monitor the youth, ensure proper classification and segregation within OJC, as well as maintain contact with them if they are housed in OJC or in other facilities while awaiting the completion of the Youth Study Center modifications. This expert will also coordinate with the Youth Study Center staff relative to determining which programs that are provided to youth at YSC can be provided at OJC. If sufficient space for the youthful inmates can be identified in out-of-parish juvenile facilities, it can free up the capacity that is being lost due to housing the youth at OJC, and allow for more inmates who are being housed out of parish to be returned to Orleans Parish.

**March 1, 2017 60-Day Update**
The OPSO has checked with several parishes and facilities throughout the State; however, we have been unable to find a suitable facility to meet the needs of the Consent Judgment.  As a result, the youth population will continue at OJC until the Youth Study Center project is complete.  We have contracted with expert Dr. Mary Livers and she will monitor the Youthful inmates as they remain in OJC until the completion of the Youth Study Center expansion. Dr. Livers has over 40 years in Corrections and her Ph.D. focused on Correctional Leadership.  She also served as the Director of the Office of Juvenile Justice for the State of Louisiana for eight years.  She has already spent some time with the youth in the unit as well with Deputy Picard discussing the future plans and programs.  She will visit with the staff and tour the Youth Study Center to coordinate and mirror the programs that the youth will be moving to in the future.  She will also determine if some of the current programs at the Youth Study Center can be incorporated into the Youthful inmate unit at OJC.  The expected date of completion of the 28-bed expansion of the Youth Study Center is June 1, 2018.

**May 1, 2017 60-Day Update**
The youth offender population has stayed in OPSO custody during Operation Rewind. Although, OPSO evaluated the possibility of housing the youth population out of parish, it was decided to keep them in OJC.  Currently, Dr. Livers has been working with the youth population, Programming, and other outside resources to develop a better environment for the youth population while in OPSO custody.

Under Dr. Livers' leadership work has begun on a number of juvenile services initiatives. Chief among them is the formation of a Youth Services Unit- where vetted deputies will be assigned permanently and "up trained" in any number of contemporary juvenile corrections practices. This caliber of direct supervision deputy will play a valuable role in achieving a high degree of continuity of care and unit stability for juveniles, and be an important part of the therapeutic model established for these offenders along with educators, mental health professionals and programming staff.

Moving forward, Dr. Livers organized a youth offender committee, comprised of educators, mental health professionals, programming staff and Chief of Jail Security. This group has been tasked by Dr. Livers to; study and map the current use of program space at OJC under in an effort to underwrite the expansion of juvenile educational opportunities, collaborate on establishing a consistent and stable daily programming schedule inclusive of all unit activities. She continues to study and advise the committee on the establishment of rewards for achieving individual and unit goals, better nutrition suited to juveniles and more appropriate commissary

items, recreational advantages and other privileges and program to encourage positive growth while in OPSO custody.

The Louisiana Legislature recently modified article 305 of the Louisiana Children's Code and gave more discretion to Courts on where youthful offenders are housed. The Juvenile Court and Criminal District Court Judges have agreed that following a case's jurisdictional transfer Following those changes, the OPSO worked collaboratively with the Youth Study Center and the Criminal Justice Committee of the City Council to drastically improve efficiencies between OPSO and YSC operations in the following ways:

Youths housed at the YSC, and subsequently charged as adults (thus having jurisdiction transferred to Criminal District Court) can be remotely booked into the OPSO AS400 system as active inmates.  This allows assignment of a magistrate number, and thus scheduling of a first appearance and bond setting.  This remote booking system prevents the youth offenders from having to be physically transported to OJC for booking and/or release and will allow the Youth to remain in continuous custody.

1. The YSC was provided with access to the AS400 and our General Counsel provided a training course on use and tracking of inmates through that system and the Docket Master.

2. The YSC is now solely responsible for all transports to and from Court and also secures their own inmates while in Criminal District Court.  The OPSO has provided access to the sally port area of OPP and a parking spot for their transportation vehicle.

3. The OPSO provides YSC with the daily Court List of inmates needed the following day in Criminal District Court to provide redundancy on notifications of court dates and to reduce missed dates.

4. The OPSO and the City are working on a CEA regarding overflow of the YSC, as well a system for proposed immediate transfers of special cases, such as female youth, or a youth who is determined to have a need for transfer.

**July 1, 2017 60-Day Plan**
The Juvenile Program Task Force has continued to meet regularly every other week since March. Progress is being made regarding the educational programming for juveniles in custody as well as providing expanded educational services for youthful offenders.  Meetings with the Orleans Parish School Board have resulted in the identification of programming space in the jail to be able to provide a full school day every day, not only the juveniles in custody, but also approximately 50 youthful offenders. This will require some physical plant modifications. Drawings and cost estimates are being prepared for consideration. It is hoped this can be implemented for the new school year starting this fall. A MOU is being drafted for approval by both parties. In addition, work continues on revamping policies that reflect best practices which are age appropriate for the management of juveniles in the unit.

**AA.)   Data Sharing and Adherence to Jail Population Reduction Strategies**
OPSO will continue to actively participate in the Criminal Justice Council and its Jail Population Management Subcommittee's efforts to reduce the overall population of the Jail, which will free up capacity at OJC and allow for out-of-parish inmates to return to Orleans Parish.  The new Jail Management System (JMS) that will be procured by OPSO will also have the ability to track the

daily populations and classifications of inmates. Data reporting from the JMS will be provided to the Criminal Justice Coordinating Council to assist in their effort.

**March 1, 2017 60-Day Update**
The Compliance Director is the designee of the Sheriff for the Criminal Justice Council and its Jail Population Management Subcommittee. He is an active member and contributes to the subcommittee's efforts to reduce the overall population of the Jail. There have been three meetings of the Jail Population Subcommittee and discussions held and presentations made relative to strategies to reduce the population. The most important benefit of being a member of that subcommittee is that the population of OJC is always the focus of the discussion, and many stakeholders are engaged and communicating about ways to better manage the population.

Part of the Subcommittee's strategy includes the hiring of the Jail Facilitator, who will serve as a full time participant in communicating between the subcommittee and the Compliance Director's office. As mentioned before, Captain Bierria of IPC has been a panel member screening applicants for the Facilitator position, and the Compliance Director will be a part of the final interviews. That position should be filled no later than the end of March.

**May 1, 2017 60-Day Update**
We expected to have filled the Criminal Justice Administrator and she would have begun her duties on May 1, 2017; however, she notified us on April 27, 2017 she was declining the position. We will work with the MacArthur Foundation to expedite filling that position. It's expected that the administrator will be housed in the Intake Processing Center and work with Captain Bierria. She will report to the Compliance Director on a regular basis relative to her activities and progress in getting inmates moved efficiently through the system.

The Compliance Director continues to serve as a member on the Criminal Justice Council. On Wednesday, April 19, 2017, the Council held its second quarter meeting. At the meeting, there was a presentation and discussion on racial disparity in jails. The Compliance Director will continue to work with the Council on strategies and solutions to reduce the incarceration rate in Orleans Parish.

**July 1, 2017 60-Day Update**
The Director continues to serve as a member of the Criminal Justice Council. The JMS is in its infancy stages. There was a scheduled "kick off" meeting last week with Tyler Technologies; however, the Tropical Storm caused it to be re-scheduled. Lastly, on July 15, 2017, the newly hired Jail Facilitator will start.

**BB.)   Ensure inmates placed on suicide precautions are adequately monitored, evaluated, and treated**

  **a. Oversight of Medical Contract**
  By the end of February 2017, OPSO will hire a professional staff member with specialized experience as a medical professional to serve as a full time performance and compliance monitor for the medical and mental health services provider. This individual will report to the Compliance Director and ensure that performance of the vendor can be adequately supervised and managed. Among the primary responsibilities of this individual will be to establish and enforce and audit process to ensure inmates are being provided adequate treatment to prevent suicides.

**March 1, 2017 60-Day Update**

Two initiatives are underway in this strategy.  The first is the hiring of the Medical/Mental Health manager.  That individual's duties will be many, to include advising the Director of the adherence of the provider to the medical contract.  That manager will also report to the Director and respond to inquiries from plaintiffs and monitors relative to the treatment and care of inmates in the medical/mental health area.  The Medical Manager will also, with the Director's guidance, reach out to community providers to include the Mental Health provider network, University Hospital, and coordination with long term care facilities.

In the area of suicide prevention and the steps taken relative to the monitoring, evaluation and treatment of inmates on suicide precautions, the Director has contracted with a nationally recognized expert in the area of suicide prevention, Mr. Lindsay Hayes.  That contract is in force, and Mr. Hayes is making plans to visit the OJC in the next several weeks.  The Compliance Director, when he was director of the Iowa Department of Corrections worked with Mr. Hayes in the reduction of, and actually the elimination of suicides in that system from 2004-2007.  Prior to that time frame, four inmates committed suicide in 2003, the Director's first year in that state.  It is felt that Mr. Hayes involvement with the OJC will be most beneficial.

As of January 30, 2017, OPSO has completed the installation of Suicide Resistance cells.  Below is the breakdown:

Pod 2-A – two cells
Pod 2-C – one cell
Pod 3-D – two cells
IPC – one holding cell

Regarding updates from CCS, they successfully recruited a Site Medical Director to begin on March 1, 2017; however, the candidate has since rescinded her acceptance secondary to medical issues.  CCS has escalated recruitment efforts to identify a Site Medical Director and will provide a long term onsite Medical Provider until a permanent candidate has been identified.

CCS also reports that staff safety has improved dramatically with the implementation of the OPSO post orders submitted on December 28, 2016 which provided directives for OPSO deputies to ensure safety for medical staff while attempting to care for patients.  CCS has not experienced any staff safety issues during this reporting period nor have there been any medical staff resignations secondary to safety concerns.

Lastly, CCS implemented the first phase of the EMRA on November 15, 2016 and will be implementing Phase II on March 20, 2017.  The initial ERMA implementation has allowed for electronic access of patient information, laboratory results and electronic charting.  Phase II will allow for the utilization of initial intake screening process, scheduling and medication documentation.  It is anticipated that all current patient records will be fully scanned into the ERMA system by June 1, 2017.

**May 1, 2017 60-Day Update**

A Medical / Mental Health Coordinator was hired on March 27, 2017; Beatrice Stines.  Ms. Stines is a Registered Nurse who has provided similar services at correctional facilities throughout Louisiana.  Ms. Stines reports directly to the Compliance Director and is responsible for monitoring the delivery of medical and mental health services provided by the contracted provider Correct Care Solutions. Ms. Stines reviews response time and treatment plans; medical and mental health grievances. She has been working closely with the CCS Administrator and has

visited the Catahoula and River Correctional facilities and has made adjustments in their procedures as they relate to medical and psychiatric services.

**July 1, 2017 60-Day Update**
To protect patients from harm, the Suicide Precaution Notification Process requires that patients be maintained in line of sight of an OJC deputy until seen by a QHMP and placed in a cell on a designated housing unit.

Patients at risk for suicide or self-injurious behavior are not held in isolation. An outlined process in place initiated by CCS (Suicide Precaution Notification Process) in collaboration with OPSO to ensure that suicide watch/direct observation patients are maintained in line of sight of an OJC deputy until placed in a cell on a designated housing unit.

**CC.)   Implementation of a New JMS**
OPSO is currently in the process of finalizing a contract for procurement of a new jail management system (JMS) that will replace the current system that was built on an antiquated AS/400 architecture. The current system is costly to maintain and extracting data from it is labor intensive. Migrating over to a new JMS will give the OPSO a much greater ability to manage the mental health and medical needs of the inmate population and determine proper deployment of staff resources to monitor, evaluate and treat inmates. The JMS will facilitate the medical contract monitor's ability to perform medical audits with the goal of ensuring inmates placed on suicide precautions are adequately monitored, evaluated, and treated. OPSO will retain a project coordinator familiar with jail and prison operations to supervise the installation and migration of historical data to the new JMS.

**March 1, 2017 60-Day Update**
The OPSO has contracted with the Tyler Technologies Group to provide automated, web-based systems of data management for assisting in the decision making in the OJC.  The package purchased will also include an accounting module that will enhance our current financial data management.  It will also interface with the ERMA medical records system that CCS is currently using, as well as providing a module for EIS.  The Tyler Technologies Group also provided a detailed description of how the JMS could contribute to the data needs outlined in the Consent Judgment.  The migration of data from the outdated AS400 mainframe to the new JMS will take about 9 months, and the system is expected to be online, independent and fully functional by the end of the year.

**May 1, 2017 60-Day Update**
On Wednesday, April 19, 2017, we had our first meeting/telephone conference with Tyler Technologies. We started the process of developing the teams that will work on the project. Major Carlos Louque will be the project manager for the OPSO and Mr. David Bonini will be the project manager for Tyler Technologies. We are in the planning phase of the project at this time.

On Wednesday, April 26, 2017, OPSO held a meeting with various stakeholders regarding the new JMS system.  The participants in the meeting were OPSO, City of New Orleans, Criminal Justice Council, New Orleans Police and Justice Foundation, IT Director for Criminal District Court, and IT Director for Municipal Court.  The meeting pertained to interfacing with the new JMS.  Overall, the meeting was a success, and after an upcoming conference with Tyler Technologies further meetings will be scheduled.

The next scheduled meeting will be May 7 through May 10 at the Tyler Connect Conference. The migration of data from the outdated AS400 mainframe to the new JMS will take about 9 months, and the system is expected to be online, independent and fully functional by the end of the year.

**July 1, 2017 60-Day Update**
The meeting previously scheduled for June 22, 2017 was postponed due to Tropical Storm Cindy. It will be rescheduled for the 1st or 2nd week in July.

**DD.)    Strategies to reduce incidents of suicide and self-harm**

**a.   Engagement of Expertise**
There are experts in the country who work specifically with suicide prevention and staff training relative to identifying potential inmates. The Compliance Director has had experience with such experts and has been personally involved in reducing the number of suicides in several jurisdictions. An expert will be retained no later than March 15, 2017 to evaluate the current procedures and practices, and will recommend possible policy changes and related training. Subsequent to the expert's assessment and report, policy will be developed, approved and trained to deal with this important issue.

**March 1, 2017 60-Day Update**
Suicidal Ideations is an indicator of potential suicide attempts and as such are taken into account when looking at suicide prevention strategies. Over the last four (4) months, OJC had eighty-four (84) inmate suicidal ideation incidents. There were twenty-six (26) in the month of October, thirty-four (34) in November, twelve (12) in December, and twelve (12) in January. We experienced a 30% percent increase in suicidal ideations in the month of November versus October; however, we realized a 65% decrease in the month of December versus November. In the month of January we did not see a change from December. See Figure 7.



**Figure 7, Suicidal Ideations**

As mentioned before, Lindsay M. Hayes, a well-known expert in suicide prevention in the corrections setting, has been contracted and will be engaged in the next several weeks to assist OPSO in compliance with the provisions of the Consent Judgment concerning custodial suicide prevention.

In addition, CCS provides ongoing education, training and supervision for the certified nursing assistant (CNA) staff who are assigned the responsibility of monitoring patients placed on suicide watch and direct observation.  They recently conducted a skills competency training (Dec. 14-17, 2016) for all clinical staff, to include suicide watch training and documentation.

Our healthcare provider is actively involved in providing our correctional staff Suicide Prevention Training and post training testing.  These classes are conducted weekly in the training center and documentation of staff attendance is maintained.  The training materials used to conduct these classes have been previously approved by the court monitors.  Upon completing of the training course, correctional staff is required to successfully complete post-training testing.

CCS also utilizes a training document entitled "Observing the Suicidal Offender" which details the difference between Suicide Watch and Constant/Direct Observation.  It also provides training tips on how to appropriately engage an offender on watch, along with required documentation.

The current staffing ratio of the CNA to prisoner ratio is 1:5 for regularly staggered Suicide Watch patients and no more than 1:1 or 1:2 for direct observation patients depending on the proximity of the patient cell assignment.

## May 1, 2017 60-Day Update
Mr. Lindsay Hayes will be here the 8th of May to begin his assessment of our policies and procedures.  We have provided Mr. Hayes a number of documents and data that he requested and look forward to working with him.  We continue to stress the responsibility of suicide prevention to the deputies who supervise the housing units and stress their working with the CNAs to insure proper supervision of suicide risk inmates.

The OPSO is committed to prevention of suicides both in our facilities and in the community our inmates often return to.  Mr. Lindsay Hayes, a nationally renowned expert on suicide prevention in correctional settings, has been retained as a consultant and will begin his work on the 8th of May.  We look forward to working with Mr. Hayes and will provide him with all necessary information and access.

Our healthcare provider has continued to conduct weekly trainings on Suicide Prevention, and we are actively training our in-service classes on identifying potential indicators of suicidal ideation, the differences between Suicide Watch and Direct Observation and all documentation requirements associated therewith, as well as interpersonal communication skills which can be used to engage offenders on watch.

The OPSO is also engaging community services to provide housing upon release for inmates who are identified as being homeless.  We believe that this transitory assistance will not only reduce recidivism in this population, but will serve as an additional bridge of continuation of mental health stability.

## July 1, 2017 60-Day Update
Multidisciplinary meetings/rounds are held twice weekly to identify at-risk patients. An Associate Warden is part of each MDT meeting where the team collaboratively identifies safety needs of patients and the impact of treatment.

Appropriate treatment plans are developed based on individual needs to ensure patient safety. M-F daily SW rounds are also held to identify high risk suicidal patients and the best way to

monitor patients while on SW. All patients discharged from SW are seen at multiple intervals: at 24 hours, 48 hours, 72 hours, and 7 days' post-discharge.

**EE.)   Implementation of a New JMS**
The new JMS will have the ability to track and follow up on grievances filed by inmates on a current basis. Data reporting from the JMS can be generated that will meet the criteria of the Consent Judgment and provide operational information that can be acted upon by Jail Management.

**March 1, 2017 60-Day Update**
This strategy was discussed previously.

**May 1, 2017 60-Day Update**
This strategy was discussed previously.

**July 1, 2017 60-Day Update**
This strategy was discussed previously.

**FF.)   Strategies to ensure that inmate grievances and incidents of harm to inmates and staff are thoroughly and fairly investigated in a timely manner**

      **a.   Grievance Coordinator**
      OPSO currently has in place a grievance coordinator that uses an electronic system of monitoring and tracking grievances that are filed by inmates. Data is reported out to management staff and the Court Monitors on a regular, sometime daily, basis and so that critical issues can be identified, thoroughly investigated, and oversight over the process can be enforced.

**March 1, 2017 60-Day Update**
The Grievance Coordinator continues to track electronically filed grievances by inmates on a daily basis. Each week electronic tracking sheets are placed in a shared folder for review by Court Monitors at their request. The Investigative Services Bureau is provided a weekly report of the outcome of grievances received. Grievance clerks update the electronic log weekly. The Grievance Coordinator meets with inmates at their request and works with management staff to address their issues/request. The Grievance Coordinator reports to management staff weekly, monthly and quarterly. All reports are saved in a share folder for Court Monitors to review upon request.

**May 1, 2017 60-Day Update**
The OPSO has implemented a new grievance/request tag type list which will provide for a more cohesive categorization and reporting of inmate grievances/requests. This implementation allowed the process to become streamlined and provide more accurate reporting. This change also allows the Grievance Coordinator to identify areas of concern and address those concerns immediately with the appropriate supervisor. She continues to forward any incident of harm to ISB for investigation. The Grievance Coordinator also tracks (through a spreadsheet) those grievances and communicates with each supervisor until the investigation is complete.

The Grievance Coordinator assembles a monthly report that identifies areas of accountability. These areas include whether responses are appropriate, grievances are closed without a response, correct routing / assignment, review the appeal process and closed in the acceptable timeframe.

The Grievance Coordinator is also working with the supervisors and leadership on answering the grievances with a thorough and professional response.

<u>**July 1, 2017 60-Day Update**</u>
The Grievance Coordinator assembles a monthly report that identifies areas of accountability. The Grievance Coordinator is also working with the supervisors and leadership on answering the grievances with a thorough and professional response.

**GG.)   Strategies to ensure that any staff use of force is appropriate and all uses of force are accurately recorded**

     **a.   Complete Training on Use of Force Policy**
Over 95% of deputies and supervisors have completed training in the updated use of force policy and procedures. Deputies are required to report incidents to their supervisor, which are then reduced to writing to the Administrative Warden of the facility for review. The Warden then gathers all required documentation and submits it to the Force Investigative Team for Review. Training on this process will be completed for all remaining staff by the end of January 2017. For all new staff that will be recruited in 2017, the updated use of force policy will be part of their in-service curriculum for initial training.

<u>**March 1, 2017 60-Day Update**</u>
As of February 23, 2017, 99.90% of employees have completed this training.

Over the last month, the Force Investigative Team (FIT) leadership sent Deputy Robert Lear to the POST training school.  The school certifies deputies to train staff, and is recognized by POST.  As such, Deputy Lear has been training other staff in the Use of Force policy; however, he has expanded his role to train on other policies including Report Writing.

<u>**May 1, 2017 60-Day Update**</u>
One of the aspects of POST certification is an in-depth block of instruction focused on the use of force as a Louisiana peace officer-combine this training with the use of force policy instruction and defensive tactics as evidence that we provide comprehensive use of force training instruction.

<u>**July 1, 2017 60-Day Update**</u>
All uses of physical force by OJC deputies are thoroughly scrutinized and investigated.  Our system of reporting all uses of force to the Warden or Administrative Duty Officer (ADO) if occurring at night or weekends works well. There have been additional reporting requirements added for incidents requiring emergency routes. The ADO must now notify the Director of Compliance, Chief of Corrections, Chief of Investigations and General Counsel.  Excessive force is never ignored and never tolerated at OPSO.  There are two fully staffed branches of Internal Affairs Investigators, IAD-Admin and IAD-Criminal, that reviews all uses of force at OJC, IPC or TDC.   Additionally, OJC Commanders have the responsibility to conduct cursory investigations that determine whether an incident transpired and if it was appropriate.  It is then incumbent on that commander to interview inmates and deputies, assign reports, collect them before shift's end and file their own use of force report on the incident. Commanders also do a good job of reporting policy violations to the on-duty ISB investigator who responds to the facility and conducts an independent investigation into the matter.

One unreported use of force is too many.  Staff and commanders are aware that there are dire consequences attached to not reporting a use of force on a prisoner.  We are still on paper in too many areas for 2017.  Tyler Technologies has been awarded the JMS contract for OPSO. Having a new and comprehensive system will immensely enhance our incident reporting capability and timelines.

Chief Tidwell has ordered that all use of force reports, regardless of complexity shall be filed before the end of the shift that incident occurred on as this ensures that no "lag" on reporting incidents transpires due to the 12-hour schedule and off days.

## HH.)   Use of Force Investigative Team (FIT) Review & Review Board
As part of the updated policy on the use of force, OPSO has created a Review Board who meets on a monthly basis to review all incidents and recommend actions to be taken. The Chair of the Board is the Asst. Chief of Corrections (Col. Colvin). Additional voting members of the board are the Supervisor for Policy (Capt. Peters), the Administrative Warden (Major Carlos Louque), Director of Classification (Lt. Holliday), Director of Field Operations (Colonel Melvin Howard), and the Director of Training (Lt. Navarro). In attendance, but not voting members are the Director of Investigations, the ISB Commander, the IAD Supervisors and the Use of Force Supervisor. Meetings of the Board are recorded and submitted to the Court Monitors for review on a monthly basis. In addition, the incoming Chief of Corrections would also participate in Board proceedings. The Compliance Director will review the membership of the Board to determine if additional members may be needed.

**March 1, 2017 60-Day Update**
The Use of Force Review Board continues to meet monthly without interruption.  Cases are being evaluated and referred to other departments if necessary.  We are developing a plan to "catch up" on the older cases and become more efficient and current.  We should be current with all back cases no later than March 15, 2017.

**May 1, 2017 60-Day Update**
The Use of Force Review Board continues to meet on a monthly basis.  Last week Troy Phares was promoted to the rank of Sergeant, and oversees the Force Investigation Team (FIT). Sergeant Phares held his first Use of Force Board Thursday of last week without any problems. This transition period has been seamless with the untimely death of Lieutenant Fred Austin and promotion of Sergeant Phares.

ISB is currently in the evaluation phase of the Use of Force Review Board's work for 2016.  A report will be created and shared with the monitors upon completion.

**July 1, 2017 60-Day Update**
The Use of Force Review Board continues to meet on a monthly basis.  June 2017 was Sergeant Phares' first hearing since assuming command of FIT.  The hearing went without any delays or issues.  ISB is still working on a report for the 2016 Use of Force cases.

## II.)   A Plan to Ensure the Early Intervention System is Effective

### a. Development of Additional Metrics for Measurement
Currently the Early Intervention System (EIS) only tracks a single metric, instances of use of force in a given time period. In comparison, the NOPD recently launched its Insight program to monitor officer performance that includes

18 different metrics for evaluation. By the end of May 2017, the OPSO will develop an expanded use of the EIS to include additional metrics to track deputy performance in the jail beyond use of force instances, such as overtime use, detail hours worked, leave hours taken, etc. The Administrative Warden of the Jail will review EIS data on a daily basis and provide summary reports to the FIT Review Board, HR Director, and Compliance Director of any critical issues as necessary.

## March 1, 2017 60-Day Update

The newly acquired JMS by Tyler Technologies will be an upgrade in the area of the Early Intervention System (EIS). Currently, the EIS under the Vantos System receives little to no support, and continues to experience operational issues. Moving forward, the EIS will be expanded in its use to include other areas with the goal of using data to improve and create a more efficient department. It is felt that as the JMS comes on line, several opportunities for the collection and analysis of many data elements will be explored and systems established to make decisions based on that data.

## May 1, 2017 60-Day Update

The current EIS – which is through the Vantos System – is operating properly. There was an issue during the fourth quarter of 2016; however, the issue was resolved. Since then the system has been alerting and operating properly.

On Wednesday, April 19, 2017 we had our first meeting/telephone conference with Tyler Technologies. We started the process of developing the teams that will work on the project. Major Carlos Louque will be the project manager for the OPSO and Mr. David Bonini will be the project manager for Tyler Technologies. We are in the planning phase of the project at this time. The next scheduled meeting will be May 7 through May 10 at the Tyler Connect Conference. This new system will allow for the tracking of all incident and we will be able to institute a better EIS that will be able to alert to locations inmates as well as employees. We will have a state of the art EIS.

## July 1, 2017 60-Day Update

OPSO and Tyler Technologies planned for the first "kick off" meeting to occur on June 22, 2017; however, due to Tropical Storm Cindy the meeting was cancelled. A new date has not been finalized, but is expected in the first week July. Tyler Technologies has assured the OPSO that the Early Intervention System (EIS) will meet all the Consent Judgment requirements.

**JJ.)    Strategies for maintaining acceptable sanitation and environmental conditions**

    **a.  Increase the Number of Trained Sanitation Deputies**

    Due to the shortage in available security staff, the number of deputies assigned to Sanitation duties has been reduced substantially. With a renewed focus on recruitment for the Jail, the number of deputies will increase and more deputies will be trained to handle sanitation duties to maintain acceptable sanitation and environmental conditions in the Jail. Emphasis in the training program will be placed on using the correct chemical and or materials to maintain acceptable conditions and preserve the useful life of the facilities, as well as the importance of securing chemicals so that inmates do not have access to them.

**March 1, 2017 60-Day Update**

OPSO has completed four policies as they relate to Sanitation.  We are currently training staff on the Bio-hazardous / Blood-borne Pathogen Protection Kit policy.  The staff will be trained on the remaining policies per the training schedule.  Designated Sanitation Deputies will increase, as the staffing numbers increase.  The earlier chart shows 99.45% of the staff have successfully completed the Bio-hazardous training.

Six trained deputies have been assigned to Mr. Green and the Sanitation effort, along with 14 inmates who will be supervised by the six deputies.  Four deputies are on the day shift, and two on the evening shift.  This has been in response to Mr. Green's request and we feel he will be able to make a significant difference in the sanitation of the housing units and facilities.

**May 1, 2017 60-Day Update**

OJC is evaluating the idea of expanding the number of Sanitation Officers from the six (6) they currently have.  As OJC's vacancy numbers decline, the OJC leadership will have the flexibility to increase this position.  The Training Division continues to train staff with regards to the Bio-hazardous policy.

Currently, OJC has six (6) trained deputies assigned to Mr. Green and the Sanitation effort, along with fourteen (14) inmates who will be supervised by the deputies.  The deployment currently stands with four (4) deputies assigned to the first platoon (day shift) and two (2) assigned to the second platoon (night shift).  This has been in response to Mr. Green's request and we feel he will be able to make a significant difference in the sanitation of the housing units and facilities as a whole.   Furthermore, the Compliance Director is considering moving the Sanitation Department under the supervision of Facility Management.

**July 1, 2017 60-Day Update**

The department recently trained approximately 80 deputies, recruits, and CMT's in biochemical awareness.  There are currently two sanitation deputies that work during the day shift.  Inmate workers are in the process of being transferred to TDC once repairs to the facility have been completed.  Once they are transferred the necessary 14 inmate workers will be assigned from the TDC pool.  With staffing increases, work is still being done to bring on the six necessary deputies.

**KK.)   Renovation of the Docks**

The Docks represents a transfer and holding facility for inmates awaiting court appearances.  Given the current deteriorated conditions of the Docks, it is neither safe nor does it allow for timely processing of inmates for their court appearances. A contract for design of the Docks Renovation is now moving forward. Once the construction is complete, the use of the Docks facility will be restored, with all life safety, security, and environmental problems resolved.  Design services for this project have been procured by the City design and construction documents are expected to be delivered in the second quarter of 2017. The Compliance Director is scheduled to meet with the City Facilities Manager to review project requirements.

**March 1, 2017 60-Day Update**

The contract has been awarded to Moses Engineering and drawings are being produced.  The Compliance Director is part of that design group. The status of the Docks design and renovation was discussed with Monitor Margo Frasier at her visit to OJC on February 23-24, 2017.  It was decided in discussions at the Strategic Planning meeting on the 24th that Director Maynard would coordinate with the Docks Committee, along with Sheriff Frasier, Chair of that committee, to meet during the time of the Monitor's March visit.  Monitor Frasier will call a

meeting of the Docks committee, and Director Maynard will handle the logistics of meeting time, place and agenda for Ms. Frasier. Moses Engineering has been assessing the current facility and it is anticipated that the programming phase will be completed by this fourth week of February. It is anticipated that the design will be completed by July 1, 2017 and the project will be bid by August of this year. The contract should be awarded by September 2017, and substantially completed by the summer of 2018.

**May 1, 2017 60-Day Update**
In March 2017, Moses Engineering supplied the OPSO with preliminary plans for the docks. OPSO has reviewed the plans and identified changes to help streamline the daily operations of the docks. Those revisions were forwarded to Mr. Vincent Smith. OPSO is waiting to receive revised plans with our recommended changes.

**July 1, 2017 60-Day Update**
The Docks represent a transfer and holding facility for inmates awaiting court appearances. Given the current deteriorated conditions of the Docks, it is neither safe nor does it allow for timely processing of inmates for their court appearances. A contract for design of the Docks Renovation is now moving forward. Once the construction is complete, the use of the Docks facility will be restored, with all life safety, security, and environmental problems resolved. Design services for this project have been procured by the City of New Orleans. Design Development documents were submitted to OPSO on June 15th. OPSO is scheduled to meet with A/E Designers and the City of New Orleans team in July to review Design Development documents. Construction documents are expected to be delivered in the third quarter of 2017.

**LL.)  Strategies for ensuring the disciplinary system is effective and affords inmates due process**

      **a.  Updated Policies and Procedures on Discipline Have Been Implemented**
OPSO now has a full time Disciplinary Officer to handle all investigations and hearings involving inmate misconduct in the Jail. Hearings are held and disciplinary actions are resolved within 72 hours of incidents occurring. Inmate advocates or witness are available for the inmates to assist in preparing a defense if requested. Data on hearings and disciplinary actions is used to reclassify inmates as necessary, and to identify inmates with multiple disciplinary actions. Dr. Patricia Hardyman and Lt. Holliday review classification summaries on a monthly basis to ensure that time frames are being met and follow up on reclassification is completed.

**March 1, 2017 60-Day Update**
As of February 23, 2017, 16% of OPSO employees have completed the policy training related to the inmate disciplinary procedures. Training is on-going. Lieutenant Holliday continues to work with the Disciplinary Officer and OJC management to ensure the results of the disciplinary hearings are entered into the JMS for the Classifications Department. OJC management ensures the disciplinary hearing and actions are taken within the seventy-two (72) hour threshold.

**May 1, 2017 60-Day Update**
Inmate disciplinary continues to instruct formally at the academy both a Louisiana Post lesson plan and monitor approved lesson plan are taught to OPSO staff. The OPSO went from 16% to 80% in compliance of the Monitor's approved lesson plan. Dr. Hardyman and Lieutenant Holliday have worked hard to streamline a system to where disciplinary events at out of parish

locations are sent to OPSO and forwarded to the Classification Manager, who ensures the Disciplinary Officer enters the past events and adjudicatory dispositions into the objective classification instrument, and maintaining the accuracy of an inmate's classification for events that occurred at other agencies' facilities.

**July 1, 2017**
Chief Tidwell has focused on Inmate Disciplinary in an effort to achieve a sustained capacity for the timely submission of inmate disciplinary charges by OJC staff and the subsequent disposition of those charges filed.  Chief Tidwell has directed that the Disciplinary Hearing Officer notify the Chief of Security on a daily basis of all disciplinary charges filed that contain procedural errors so they may be rectified. The inmate's hearing is postponed until the proper charges are filed and policy complied with.

**MM.)  Strategies to ensure the implementation of budget control measures and competition in procurement, including but not limited to a process to ensure regular communication between the CFO for the Jail and financial liaison for the City**

> **a.  Development of a Five Year Budget Model**
> The City has contracted with Public Financial Management (PFM) to assist the Compliance Director, the Sheriff, and the CFO of the Jail with the development of a 5 year budget model that will be used to develop future appropriation requests from the City. The Financial Liaison for the City is directing the efforts of PFM and is in direct coordination with the CFO for the Jail and the Compliance Director to gather all financial, operational, and personnel data that is required to develop realistic assumptions and program goals so that future budget requests will be predictable, steady, and sufficient to provide for all operations of the Jail without the need for mid-year supplemental appropriations.

**March 1, 2017 60-Day Update**
The PFM Group has assisted in the development of the 2017 budget.  PFM has also developed a tool for the preparation of the budget that will be passed on to the OPSO for utilization.  The CFO will have financial statements prepared on a monthly basis that compares actual expenditures to the approved budget.  This will allow for proper budget monitoring and the identification of potential savings and shortfalls.   Any areas of concern will be promptly discussed with the Compliance Director and Sheriff, and forwarded to the attention of the Budget Working Group for discussion purposes.

The Compliance Director has had regular contact with the City CAO, the Budget Work Group Chair, and the Financial Liaison for the City for the past several months.  Many meetings have taken place with these officials, to include Sheriff Gusman, PFM, and the Jail's CFO and Comptroller.  The Compliance Director has facilitated these meetings at his office, and the work on the current 2017 budget has been most productive.

The Compliance Director met with Seth Williams, PFM and the City's financial liaisons on February 24th to discuss the development and implementation of the Five Year Budget Model. The current 2017 budget is in the PFM performance based model, and as such, is easily adjusted for the out years.  The discussions were related to the monitoring and assessment of the spending activities of the 2017 budget, as well as performance measures and key indicators in spending that will help predict account balances and allow opportunities to adjust spending throughout the year.

HR Director Johnette Staes was brought into the latter part of the discussion to review the current pay and salary leveling plans, and to discuss the pay plan for the next four years.

**May 1, 2017 60-Day Update**
Financial statements, which includes budget to actual reporting, have been provided to the Chairman of the Budget Working Group and Compliance Director for review and discussion. The CFO is in the process of preparing the financial statements for the first quarter and will be prepared to discuss with all parties at the quarterly budget work group meeting.  HR Director Johnette Staes is continually evaluating the current pay and will develop a pay plan for the next four years after operation rewind is completed.

**July 1, 2017 60-Day Update**
Financial statements, which include budget to actual reporting, have been provided to the Chairman of the Budget Working Group and Compliance Director for review and discussion. The CFO has prepared the financial statements for the first quarter and has convened a meeting and discussed with all parties.  The reports consisted of a budget to actual report and annual projections. The CFO is currently preparing the reports for the second quarter and will be prepared to convene a similar meeting by the end of July 2017.  HR Director Johnette Staes is continually evaluating the current pay and will develop a pay plan for the next four years after operation rewind is completed.

**NN.)   City Attorney Review of Cases Requiring Legal Settlement**
Beginning January 2017, all legal counsel for OPSO will be required to either include the City Attorney's office and the Compliance Director in negotiations for legal settlements or submit all negotiated settlements to the City Attorney for review and Compliance Director for approval prior to any settlement being authorized.

**March 1, 2017 60-Day Update**
No OPSO cases will be settled without the involvement and review of the City Attorney and approval of the Compliance Director.

**May 1, 2017 60-Day Update**
This has been accomplished.  The OPSO and City Attorney's Office discuss any and all possible liabilities, and any possible settlement before anything is final.

**July 1, 2017 60—Day Update**
This has been accomplished in previous months.

**OO.)   Budget Working Group Quarterly Meetings**
The Budget Working Group, chaired by Tommie Vassel, will continue to meet every quarter during 2017 to ensure regular communication on all budget issues among the members. The Budget Working Group also consists of three representatives from OPSO, three representatives of the City, and the Chair. The Group Members that attend are Councilmember Jason Williams, CFO of the Jail Sean Bruno; Comptroller of the Jail, Elizabeth Boyer; the Chief Administrative Officer of the City, Jeffery Hebert; the Financial Liaison of the City, Eric Melancon, and the Compliance Director. As part of these meetings, OPSO will provide to the Group detailed accounts of personnel costs and spending on materials, supplies, professional services, etc. that have been incurred throughout the year.

**March 1, 2017 60-Day Update**
The Budget Working Group will continue to meet as planned.

**May 1, 2017 60-Day Update**
The chairman of the Budget Working Group – who is Mr. Tommy Vassel – will call a meeting by the end of May to review the first quarter's budget to actual reporting.  The chairman has already reviewed the financial statements for the two months ended February 28, 2017.  The statements consisted of budget to actual reporting.

**July 1, 2016 60-Day Update**
The chairman of the Budget Working Group, Mr. Tommy Vassel, participated in a meeting to discuss the financial statements for the first quarter.  The statements consisted of budget to actual reporting.  The CFO is in constant communication with the Chairman of the Budget Working Group to keep him updated on the condition of the financial operations.  The chairman has indicated that he will call a meeting of the Budget Working Group towards the end of July 2017 to discuss and review the first two quarters.

**PP.)    Review of Procurement Practices**
By the end of April 2017, a full review of OPSO's procurement practices for all professional services will be completed by the Compliance Director and recommendations on improved policies will be developed and implemented. In the latter half of 2016, there have been two high value Requests for Proposals (RFPs) (for food services and for a new Jail Management System) that have involved selection committees that bring together stakeholders from within the user departments of OPSO and representatives from the City of New Orleans. These procurements have been successful in providing transparency in the procurement process and represent a sound policy that can be implemented for future procurements above a certain dollar threshold. The current policy at OPSO for all purchasing of goods and non-professional services is to conduct an Invitation for Bid Process to determine technical compliance and assurance that the lowest price is awarded. OPSO follows both state and federal law and regulations on purchasing, and when state and federal requirements conflict, OPSO adheres to the more stringent policy.

**March 1, 2017 60-Day Update**
OPSO will continue to utilize its procurement practices until the Compliance Director has had an opportunity to review current practices and propose any changes.  This review by the Director is expected to take place in May 2017.  Two procurements have been made under the supervision of the Compliance Director (Food Service contract and JMS) and have been compliant with State/City/Parish purchasing laws.

**May 1, 2017 60-Day Update**
All purchases made since the last report are consistent with standard procurement practices.

**July 1, 2017 60-Day Update**
All purchases made since the last report are consistent with standard procurement practices.

**QQ.)   Implementation of New Accounting System and Financial Audit of the Agency**
By February 2017, a solicitation will be issued for a new accounting system for OPSO. During that migration process, which will take 12-18 months, the agency will also undergo a full financial audit of all revenues and expenditures to ensure proper accounting practices are being upheld and that proper financial controls are put into practice under the new accounting system that will be adopted. The audit will also include a review of the inventory of all materials, assets,

equipment, and vehicles, which are owned by OPSO and all policies surrounding their management. An auditor will be put under contract for this work no later than April 1, 2017.

**March 1, 2017 60-Day Update**
In conjunction with the solicitation of our jail management system, OPSO has reviewed a new accounting system and is expected to purchase this component from Tyler Technologies by March 15, 2017, with implementation to begin May 2017.  Our 2017 single audit has commenced with an expected completion date of May 31, 2017.

**May 1, 2017 60-Day Update**
In March of 2017, OPSO signed a contract with Tyler Technologies to purchase a new Jail Management system as well as a new accounting system.  The planning phase of the implementation has begun.  It is expected that the accounting system will be fully implemented by the end of the year.  Our 2017 single audit is nearing completion and is on track to be completed by the expected completion date of May 31, 2017.

**July 1, 2017 60-Day Update**
In March of 2017, OPSO signed a contract with Tyler Technologies to purchase a new Jail Management system as well as a new accounting system.  The planning phase of the implementation has begun.  It is expected that the accounting system will be fully implemented by the end of the year.  Our 2017 single audit has been completed and issued with an unmodified opinion and no audit findings.

**RR.)   Full Review and Cost Analysis of all Legal & Professional Services Contracts**
By May 2017, the Compliance Director will have reviewed all legal and professional services agreements at OPSO and make determinations on whether services are cost effective and provide appropriate services for the agency.

**March 1, 2017 60-Day Update**
The Law firm of Stanley, Reuter, Ross, Thornton & Alford has been contracted to evaluate and monitor the current legal contracts for billing procedures and service documentation.  There have been changes in procedures from ¼ hour billing to 1/10 hour billing that has resulted in a cost reduction.  Also, the firm's Principal, Richard Stanley has met with the two larger billing firms to look at ceilings for 2017 billings and activities based on available funding in the 2017 budget.  Other contracts have been, and will continue to be evaluated for cost savings.  Projected savings from these efforts have been calculated into the 2017 budget.

**May 1, 2017 60-Day Update**
The contracted Law firm has developed the billing procedures and standards and provided that to each contracted law firm.  Rates and billing times are reviewed on each invoice by the Stanley Law firm, and if not within the guidelines, the Compliance Director is advised and he refuses payment on the invoice.  The invoice is sent back to the submitting firm for adjustment consistent with the guidelines.

**July 1, 2017 60-Day Update**
The contracted Law firm has developed the billing procedures and standards and provided that to each contracted law firm.  Rates and billing times are reviewed on each invoice by the Stanley Law firm, and if not within the guidelines, the Compliance Director is advised and he refuses payment on the invoice.  The invoice is sent back to the submitting firm for adjustment consistent with the guidelines.

**SS.)  A framework for comprehensive analysis of all individuals on OPSO's payroll and strategies to address the staffing deficiencies outlines by the Monitors' reports**

    **a.  Review and Update of Current Rates of Pay**
By the end of February 2017, the Compliance Director, in partnership with the CFO of the Jail, Financial Liaison of the City, and the team from PFM developing the budget framework, will conduct a full review of all rates of pay for current personnel. As previously mentioned, hourly pay rates can vary across individuals who share the same duties, tenure, and job title. The recommendation will create clear expectations for job duties and career progression opportunity which are essential to fostering a professional working environment that is better able to retain staff. The Compliance Director will have completed a full review of the current pay structure for deputies and recommend a feasible update of the pay plan. Given budgetary constraints, it is most likely that any update of the pay plan would need to be phased in over a 3 year period. In addition to the pay plan, a full review over the operational shift schedules of the Jail will also be completed by March 1, 2017 by the Chief of Corrections.

**March 1, 2017 60-Day Update**
The review of the rates of pay for the employees of the OPSO has been conducted by the PFM, City financial liaison, OPSO HR Director and the Compliance Director.  This review resulted in the 3-year pay plan and the salary-leveling plan, and longevity pay.  The operational shift schedules are currently being reviewed and some schedules have been adjusted to decrease the amount of scheduled overtime, resulting in significant savings.  Other reviews will be accomplished, and other shift schedule adjustments made.

**May 1, 2017 60-Day Update**
The longevity pay will take effect on July 1, 2017 as will the three year pay plan.  The salary leveling has already taken place affecting about 60% of the deputies.

**July 1, 2017 60-Day Update**
This has been completed.

**TT.)   Achieving POST Certifications for All Eligible Deputies**
As previously mentioned, there are currently 97 recruit who have been working in the jail for more than a year, but have yet to complete POST certification and do not receive State supplemental pay. Once certified, these deputies will earn an additional $6,000 per year.

**March 1, 2017 60-Day Update**
The first POST Academy for deputies is scheduled for Monday, March 13, 2017 and will last for six (6) weeks.  The second class will begin immediately, on approximately May 1st and conclude by mid-June.  The goal is after twelve (12) weeks to have approximately those one hundred (100) deputies POST certified.  This will immediately give most of the newly certified deputies a six thousand dollar ($6,000) a year pay increase through the State supplemental pay program.

**May 1, 2017 60-Day Update**
The first class of 40 graduated on April 21, 2017.  The next class will begin on April 24th and complete around the first week of June, 2017.  This will result in almost all of the deputies at OJC being POST Certified with the exception of the new hires.

**July 1, 2016 60-Day Update**
On June 6, 2017 the 2nd class of 41 deputies successfully completed their POST certification. This concluded the primary objective established during Operation Rewind to certify all employees who were not POST certified, but eligible.  Going forward coordinated groups of newly hired deputies will attend the POST Academy at the completion of their probationary period.

**UU.)   Maintaining an organization chart and job descriptions that reflect an organization structure that adequately support the jail.**

      **a.   Update of All Job Descriptions**
      By the end of May 2017, the HR Director will have completed a full review and update of all job descriptions to coordinate with the updated pay plan for the staff. Descriptions will be developed for general job titles and separate descriptions will be developed for specific postings in various departments in Jail (such as OJC Security, Intake & Processing, Transportation, Perimeter Security, etc.).

**March 1, 2017 60-Day Update**
This work is currently in progress by HR Director Johnette Staes and will be completed by May 1, 2017 for review by the Monitors.

**May 1, 2017 60-Day Update**
The organizational charts are completed as the structure exists today.

**July 1, 2017 60-Day Update**
We are 90% complete with creating and/or compiling job descriptions.

**VV.)   Maintenance of Organizational Chart during Service of the Compliance Director**
While the position of the Compliance Director is active at OPSO, the organizational structure of jail operations will be as outlined in the appendix of this document.

**March 1, 2017 60-Day Update**
HR Director Staes will insure the organizational chart is updated and current.

**May 1, 2017 60-Day Update**
The organizational charts are completed as the structure exists today and will continue to be updated as necessary.

**July 1, 2017 60-Day Update**
The organizational charts are completed as the structure exists today and will continue to be updated as necessary.

**WW.)   Review of all Administrative Functions at OPSO**
A full review of all positions that support agency-wide administrative functions within OPSO will be conducted and completed by the HR Manager no later than April 1, 2017, in order for the Compliance Director to make determinations on whether certain administrative functions need to be consolidated.

**March 1, 2017 60-Day Update**
This review will begin in March and will be completed in April 2017.

**May 1, 2017 60-Day Update**

This review is in place and will be completed by June 1, 2017.  This will include existing job descriptions, recommended changes, and corresponding job descriptions.

**July 1, 2017 60-Day Update**

The review is 90% complete and will be complete.  The remaining job descriptions are in process.  This will include existing job descriptions, recommended changes, and corresponding job descriptions.

Respectfully submitted,

Marlin N. Gusman
Sheriff
Orleans Parish Sheriff's Office
2800 Perdido St.
New Orleans, LA 70119
Tel: 504.679.6414

Gary D. Maynard
Independent Compliance Director
Orleans Parish Jail
2800 Perdido St.
New Orleans, LA 70119
Tel: 504.493.2895

**Appendix:**

**Organizational Chart of the OPSO Criminal Division during Compliance Director Tenure**



## Summary of Current Staffing Levels by Facility:

| Facility | Colonel | Major | Captain | Lieutenant | Sergeant | Corporal | Deputy / Recruit | Civilian | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Orleans Justice Center (OJC) | 1 | 2 | 3 | 9 | 12 | 1 | 165 | 42 | 235 |
| In-Take and Processing Center (IPC) | 0 | 2 | 1 | 2 | 5 | 2 | 32 | 42 | 86 |
| Classifications | 0 | 0 | 0 | 0 | 2 | 0 | 1 | 7 | 10 |
| Transportation Division | 0 | 0 | 0 | 0 | 1 | 1 | 21 | 0 | 23 |
| Training Division | 0 | 0 | 3 | 3 | 7 | 0 | 66 | 0 | 79 |
| Kitchen & Warehouse / Outside Security | 0 | 0 | 0 | 1 | 0 | 0 | 26 | 1 | 28 |
| Investigative Services Bureau (ISB) | 0 | 1 | 0 | 5 | 4 | 0 | 37 | 2 | 49 |
| Warren McDaniels (MCD) | 0 | 1 | 1 | 0 | 3 | 1 | 14 | 0 | 20 |
| Temporary Detention Center (TDC) | Closed | | | | | | | | |
| **Totals** | **2** | **6** | **9** | **23** | **36** | **6** | **404** | **95** | **581** |

**Figures above do not account for staffing for administration, court security, subpoenas & capias, and the civil division

## Summary of Proposed Staffing Levels by Facility:

| Facility | Colonel | Major | Captain | Lieutenant | Sergeant | Corporal | Deputy / Recruit | Civilian | Totals |
|---|---|---|---|---|---|---|---|---|---|
| Orleans Justice Center (OJC) | 1 | 2 | 4 | 5 | 20 | 0 | 184 | 72 | 288 |
| In-Take and Processing Center (IPC) | 0 | 1 | 0 | 5 | 3 | 0 | 30 | 64 | 103 |
| Classifications | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 18 | 21 |
| Transportation Division | 0 | 0 | 0 | 0 | 1 | 0 | 23 | 0 | 24 |
| Training Division | 0 | 0 | 1 | 0 | 1 | 0 | 8 | 1 | 11 |
| Kitchen & Warehouse / Outside Security | 0 | 0 | 0 | 2 | 0 | 0 | 17 | 13 | 32 |
| Investigative Services Bureau (ISB) | 0 | 1 | 0 | 6 | 6 | 0 | 38 | 2 | 53 |
| Warren McDaniels (MCD) | 0 | 0 | 0 | 1 | 3 | 0 | 17 | 0 | 21 |
| Temporary Detention Center (TDC) | 0 | 0 | 0 | 3 | 3 | 0 | 46 | 0 | 52 |
| **Totals** | **1** | **4** | **6** | **22** | **38** | **0** | **364** | **170** | **605** |

**Proposed Staffing levels are based on NIC standards
**Figures above do not account staffing for administration, court security, subpoenas & capias, and the civil division

## Proposed Deputy & Officer Staff Levels at Orleans Justice Center (OJC)

| Post | Job Class | Meal Relief | # of Post for Days | Total Hours on Days | #. of Post for Nights | Total Hours on Nights | #. of Days per Week | #. of Hours per Week | #. of Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assistant Chief of Corrections | Colonel | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | 1 |
| Warden | Major | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | 1 |
| Administrative Warden | Major | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | 1 |
| Administrative Assistant | Civilian | No | 3 | 24 | 0 | 0 | 5 | 120 | 6,257 | No | 1,916 | 3 | 3 |
| Shift Commander | Captain | No | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,952 | 4 | 4 |
| Shift Lieutenant | Lieutenant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,749 | 5.01 | 5 |
| Floor Supervisor | Sergeant | Yes | 4 | 48 | 4 | 48 | 7 | 672 | 35,038 | Yes | 1,716 | 20.42 | 20 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Pod 1-A | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 1-B | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 1-C | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 1-D | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 1-E | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 1-F | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| 1st floor Rover | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 2-A | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,822 | 9.62 |  |
| Pod 2-B | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,822 | 9.62 |  |
| Pod 2-C | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 2-D | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 2-E | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 2-F | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| 2nd floor Rover | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-A | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-B | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-C | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-D | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-E | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 3-F | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| 3rd floor Rover | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-A | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-B | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-C | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-D | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-E | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Pod 4-F | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| 4th floor Rover | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Sanitation Officer | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,822 | 9.62 |  |
| Medical Clinic | Deputy | No | 2 | 24 | 0 | 0 | 6 | 144 | 7,508 | Yes | 1,822 | 4.12 |  |
| Disciplinary Officer | Deputy | Yes | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 1,822 | 1 |  |
| Jail Entrance | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,822 | 9.62 |  |
| Transport/Holding Area | Deputy | Yes | 2 | 24 | 1 | 12 | 7 | 252 | 13,139 | Yes | 1,822 | 7.21 |  |
| Laundry | Deputy | Yes | 2 | 24 | 0 | 0 | 5 | 120 | 6,257 | Yes | 1,822 | 3.27 |  |
| Programming | Deputy | Yes | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | Yes | 1,822 | 1.72 |  |
| Attorney Visitation | Deputy | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 1,822 | 2.4 |  |
| Liaison | Deputy | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 1,822 | 1 | 184 |
| **Total Staff:** |  |  | **44** |  | **35** |  |  |  |  |  |  |  | **219** |

### Proposed Civilian/Correctional Monitoring Technicians (CMTs) for OJC

| Post | Job Class | Meal Relief | # of Post for 1st. Shift | Total Hours for 1st. Shift | #. of Post for 2nd. Shift | Total Hours for 2nd. Shift | # of Post for 3rd. Shift | Total Hours for 3rd. Shift | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Central Control | Civilian | Yes | 3 | 24 | 3 | 24 | 3 | 24 | 7 | 504 | 26,279 | Yes | 1,890 | 13.9 | |
| 1st floor Pod Control 1 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 1st floor Pod Control 2 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 1st floor Pod Control 3 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 2nd floor Pod Control 1 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 2nd floor Pod Control 2 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 2nd floor Pod Control 3 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 3th floor Pod Control 1 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 3th floor Pod Control 2 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 3th floor Pod Control 3 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 4th floor Pod Control 1 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 4th floor Pod Control 2 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| 4th floor Pod Control 3 | Civilian | Yes | 1 | 8 | 1 | 8 | 1 | 8 | 7 | 168 | 8,760 | Yes | 1,890 | 4.63 | |
| **Totals:** | | | **15** | | **15** | | **15** | | | | | | | **69.46** | **69** |

## Proposed Staffing of Intake and Processing Center (IPC)

| Post | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Major | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | 1 |
| Shift Commander | Lieutenant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,685 | 3.26 | 3 |
| Shift Supervisor | Sergeant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,652 | 3.3 | 3 |
| Record Room | Lieutenant | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 2,685 | 1.63 | 2 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Deputy Post:** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Acceptance Area | Deputy | Yes | 2 | 24 | 1 | 12 | 7 | 252 | 13,139 | Yes | 2,757 | 4.77 |  |
| B of I Area | Deputy | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 2,757 | 1.59 |  |
| DOC Classifications | Deputy | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 2,757 | 1.59 |  |
| Floor | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 2,757 | 6.35 |  |
| Warrants | Deputy | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 2,757 | 1.59 |  |
| Release Area Security | Deputy | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 2,757 | 6.35 |  |
| Municipal Court Security | Deputy | Yes | 4 | 48 | 0 | 0 | 5 | 240 | 12,314 | Yes | 2,757 | 4.47 |  |
| Sanitation Officer | Deputy | No | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,757 | 3.18 |  |
|  |  |  |  |  |  |  |  |  |  |  |  | 29.89 | 30 |
| **Civilian Post:** |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Lobby | Civilian | Yes | 1 | 14 | 0 | 0 | 7 | 98 | 5,110 | Yes | 1,988 | 2.57 |  |
| Control | Civilian | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,988 | 4.41 |  |
| Record Room | Civilian | Yes | 5 | 60 | 0 | 0 | 7 | 420 | 21,899 | Yes | 1,988 | 11.02 |  |
| Release Window | Civilian | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,988 | 4.41 |  |
| CINTAP | Civilian | Yes | 1 | 12 | 2 | 24 | 7 | 252 | 13,139 | Yes | 1,988 | 6.61 |  |
| Booking | Civilian | Yes | 3 | 36 | 3 | 36 | 7 | 504 | 26,279 | Yes | 1,988 | 13.22 |  |
| Property Room | Civilian | Yes | 3 | 36 | 3 | 36 | 7 | 504 | 26,279 | Yes | 1,988 | 13.22 |  |
| Bond Window | Civilian | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,988 | 8.81 |  |
|  |  |  |  |  |  |  |  |  |  |  |  | 64.27 | 64 |
| **Total Staff** |  |  | **35** |  | **20** |  |  |  |  |  |  |  | **103** |

## Proposed Staffing of Classification Division

| Post | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Captain | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | 1 |
| Supervisor | Sergeant. | Yes | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,652 | 1 | 1 |
| Auditor | Deputy | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,757 | 1 | 1 |
| Specialist | Civilian | Yes | 3 | 36 | 3 | 36 | 7 | 672 | 35,038 | Yes | 1,988 | 17.62 | 18 |
| **Total Staff** |  |  | **6** |  | **3** |  |  |  |  |  |  | **20.62** | **21** |

### Proposed Staffing for Transportation

| | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supervisor | Sergeant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,652 | 1 | 1 |
| Medical | Deputy | Yes | 6 | 72 | 0 | 0 | 5 | 360 | 18,770 | Yes | 2,757 | 6.81 | |
| Transportation | Deputy | Yes | 6 | 72 | 4 | 48 | 7 | 840 | 43,798 | Yes | 2,757 | 15.89 | |
| | | | | | | | | | | | | 22.7 | 23 |
| **Total Staff** | | | **13** | | **4** | | | | | | | | **24** |

### Proposed Staffing for Training Division

| | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Captain | No | 1 | 10 | 0 | 0 | 5 | 50 | 2,607 | No | 2,396 | 1 | 1 |
| Admin. Assistant | Civilian | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,890 | 1 | 1 |
| | | | | | | | | | | | | | |
| Training Coordinator | Sergeant | No | 1 | 10 | 0 | 0 | 5 | 50 | 2,607 | No | 2,259 | 1 | 1 |
| Pre-Service | Deputy | No | 2 | 20 | 0 | 0 | 5 | 100 | 5,214 | No | 2,365 | 2 | 2 |
| Range | Deputy | No | 2 | 20 | 0 | 0 | 5 | 100 | 5,214 | No | 2,365 | 2 | 2 |
| POST Academy | Deputy | No | 2 | 20 | 0 | 0 | 5 | 100 | 5,214 | No | 2,365 | 2 | 2 |
| Annual In-Service | Deputy | No | 2 | 20 | 0 | 0 | 5 | 100 | 5,214 | No | 2,365 | 2 | 2 |
| **Total Staff:** | | | **11** | | **0** | | | | | | | **11** | **11** |

### Proposed Staffing of Kitchen/Warehouse & Outside Security

| | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Warehouse:** | | | | | | | | | | | | | |
| | Sergeant. | No | 1 | 10 | 0 | 0 | 5 | 50 | 2,607 | No | 2,339 | 1 | 1 |
| | Deputy | No | 3 | 10 | 0 | 0 | 5 | 150 | 7,821 | No | 2,757 | 3 | 3 |
| | Civilian | No | 1 | 10 | 0 | 0 | 5 | 50 | 2,607 | No | 1,988 | 1 | 1 |
| **Kitchen:** | | | | | | | | | | | | | |
| Supervisor | Lieutenant | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 2,685 | 1.63 | 2 |
| | Deputy | Yes | 8 | 96 | 0 | 0 | 7 | 672 | 35,038 | Yes | 2,757 | 12.71 | 13 |
| | | | | | | | | | | | | | |
| **Outside Security:** | | | | | | | | | | | | | |
| Central Control | Civilian | Yes | 2 | 24 | 2 | 24 | 7 | 336 | 17,519 | Yes | 1,988 | 8.81 | 9 |
| Scanner | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,757 | 3.18 | 3 |
| Gate House | Civilian | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,988 | 4.41 | 4 |
| Visitation | Deputy | Yes | 1 | 10 | 0 | 0 | 5 | 50 | 2,607 | No | 2,757 | 1 | 1 |
| **Total Staff** | | | **19** | | **4** | | | | | | | **36.74** | **37** |

**Proposed Staffing of Investigations and Support Bureau (ISB)**

| | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Commander | Major | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | **1** |
| Administrative Assistant | Civilian | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,890 | 1 | **1** |
| | | | | | | | | | | | | | |
| **Support Units:** | | | | | | | | | | | | | |
| Lieutenant K-9 | Lieutenant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,685 | 1 | |
| Sergeant K-9 | Sergeant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,652 | 1 | |
| Mounted | Deputy | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,757 | 1 | |
| Westbank Major Crimes Task Force | Deputy | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,822 | 1 | |
| Multi-Agency Intelligence Unit | Sergeant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,716 | 1 | |
| A-case Officer | Sergeant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,860 | 1 | |
| Admin. Supervisor | Sergeant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,652 | 1 | |
| PREA Coordinator | Sergeant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 2,652 | 1 | |
| **Investigations:** | | | | | | | | | | | | | |
| Lieutenant | Lieutenant. | No | 2 | 24 | 0 | 0 | 5 | 120 | 6,257 | No | 2,685 | 2 | |
| Investigators | Deputy | No | 10 | 120 | 4 | 48 | 5 | 840 | 43,798 | No | 2,757 | 14 | |
| **Force Investigation Team:** | | | | | | | | | | | | | |
| Lieutenant | Lieutenant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | |
| Investigators | Deputy | No | 6 | 48 | 0 | 0 | 5 | 240 | 12,514 | No | 1,818 | 6 | |
| **IAD Criminal:** | | | | | | | | | | | | | |
| Lieutenant | Lieutenant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | |
| Investigators | Agents | No | 4 | 32 | 0 | 0 | 5 | 160 | 8,342 | No | 1,818 | 4 | |
| **IAD - Admin. Division:** | | | | | | | | | | | | | |
| Lieutenant | Lieutenant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,722 | 1 | |
| Administrative Assistant | Civilian | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 1,890 | 1 | |
| Investigators | Agents | No | 6 | 48 | 0 | 0 | 5 | 240 | 12,514 | No | 2,757 | 6 | |
| **Intelligence Division:** | | | | | | | | | | | | | |
| Sergeant | Sergeant | No | 1 | 12 | 0 | 0 | 5 | 60 | 3,128 | No | 2,652 | 1 | |
| Investigators | Agents | No | 4 | 48 | 2 | 24 | 5 | 360 | 18,770 | No | 2,757 | 6 | |
| **Total Staff:** | | | **47** | | **6** | | | | | | | **53** | **53** |

## Proposed Staffing of Warren McDaniels Center

| Post | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Director | Lieutenant | No | 1 | 8 | 0 | 0 | 5 | 40 | 2,086 | No | 2,685 | 1 | 1 |
| Watch Commander | Sergeant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,652 | 3.3 | 3 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| First Floor | Dep. | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,757 | 3.18 |  |
| Second Floor | CLOSED |  |  |  |  |  |  |  |  |  |  |  |  |
| Job Delivery and Pick-Up | Deputy | Yes | 3 | 36 | 2 | 24 | 7 | 420 | 21,899 | Yes | 2,757 | 7.94 |  |
| Community Service | Deputy | Yes | 6 | 72 | 0 | 0 | 5 | 360 | 18,770 | No | 2,757 | 6 |  |
|  |  |  |  |  |  |  |  |  |  |  |  | 17.12 | 17 |
| **Total Staff** |  |  | **12** |  | **4** |  |  |  |  |  |  |  | **21** |

## Proposed Staffing of Temporary Detention Center (TDC)

| Post | Job Class | Meal Relief | No. of Post for Days | Total Hours on Days | No. of Post for Nights | Total Hours on Nights | Days per Week | Hours per Week | Hours of Coverage per Year | Is Relief Needed? | Net Annual Work Hours | Total No. of FTEs Needed | Rounded No. of FTEs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Watch Commander | Lieutenant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,685 | 3.26 | 3 |
| Assistant Watch Commander | Sergeant | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 2,652 | 3.3 | 3 |
| Bldg. 1 East Pod | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Bldg. 1 West Pod | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Bldg. 1 East & West Pod Control | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Bldg. 2 East Pod | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Bldg. 2 West Pod | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Bldg. 2 East & West Pod Control | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Sanitation Officer | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Rover | Deputy | Yes | 1 | 12 | 2 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Control Deputy | Deputy | Yes | 1 | 12 | 1 | 12 | 7 | 168 | 8,760 | Yes | 1,822 | 4.81 |  |
| Front Desk | Deputy | Yes | 1 | 12 | 0 | 0 | 7 | 84 | 4,380 | Yes | 1,822 | 2.4 |  |
|  |  |  |  |  |  |  |  |  |  |  |  | 45.69 | 46 |
| **Totals** |  |  | **12** |  | **12** |  |  |  |  |  |  |  | **52** |