MINUTE ENTRY
AFRICK, J.
October 25, 2017
JS-10 2:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---:|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

A status conference was held on this date in the above-captioned matter with counsel participating on behalf of all parties. The Compliance Director and the Monitors also participated. The Court, the parties, the Compliance Director, and the Monitors discussed the status of the case and the progress of the consent decree. The Court also noted the priorities to be addressed, which include human resources protocol, staffing, suicide prevention, and the drafting of outstanding written policies.

Pursuant to discussions at the conference,

**IT IS ORDERED** that the Compliance Director will provide drafts of all outstanding written policies to the Monitors and the parties by **January 23, 2018**.

**IT IS FURTHER ORDERED** that plaintiffs join with Dr. Robert Greifinger, Dr. Kelly Smith, the Correct Care Solutions representative, and the City of New Orleans representative to evaluate systemic medical and mental health care issues at the Orleans Justice Center ("OJC"), and propose an action plan to address those

issues. Plaintiffs shall provide a report to the Court, the parties, the Compliance Director, and the Monitors relating to such issues by **December 8, 2017**.

**IT IS FURTHER ORDERED** that the Compliance Director provide an updated suicide prevention action plan to the Court, the parties, and the Monitors by the **fifteenth (15th) day of each month**. The Monitors and the parties shall provide the Court and the Compliance Director with a response to an updated action plan within **two (2) weeks** of receipt of it.

**IT IS FURTHER ORDERED** that the Compliance Director and the parties discuss issues regarding compliance with the Stipulated Order,[1] and regarding the setting of any benchmarks and/or deadlines related to the Stipulated Order, by **November 16, 2017**. After the meeting, the Compliance Director and the parties shall update the U.S. Magistrate Judge.

**IT IS FURTHER ORDERED** that the City of New Orleans provide the Court with a status report on the renovation of the docks by **November 1, 2017**.

New Orleans, Louisiana, October 25, 2017.

                                                      **LANCE M. AFRICK**
                                      **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1082.