UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| _____ )<br>LASHAWN JONES, ET AL, )<br>Plaintiffs; and )<br>UNITED STATES OF AMERICA, )<br>Plaintiffs in Intervention )<br>  )<br>v. )<br>  )<br>  )<br>MARLIN N. GUSMAN, ET AL, )<br>Defendants )<br>_____ )<br>  )<br>MARLIN N. GUSMAN, )<br>Third-Party Plaintiff )<br>  )<br>v. )<br>  )<br>THE CITY OF NEW ORLEANS, )<br>Third-Party Defendant )<br>_____ ) | Civil Action No. 2:12-cv-00859<br>Section I, Division 1<br>Judge Lance M. Africk<br>Magistrate Judge Michael North |

## **REPORT TO COURT RE:  ACTION PLANS FOR MEDICAL AND MENTAL HEALTH CARE COMPLIANCE**

In accordance with the Court's order of October 25, 2017, Counsel for the Plaintiff Class, the Department of Justice, the Compliance Director, Orleans Parish Sheriff's Office ("OPSO") Chief of Corrections, OPSO General Counsel, the City Attorney for the City of New Orleans, representatives from Correct Care Solutions ("CCS"), at the local and corporate level, and Court Monitors Sheriff Margo Frasier, Dr. Robert Greifinger, and Dr. Raymond Patterson, met on November 28, 2017 to "evaluate systemic medical and mental health care issues at the Orleans Justice Center ("OJC"), and propose an action plan to address those issues."  ECF No. 1134.

1

In advance of the meeting, Plaintiffs' Counsel Emily Washington circulated a list of systemic issues with the provision of medical and mental health care to Orleans Parish inmates. Plaintiffs had raised each of the identified issues previously with CCS and OPSO with regard to individuals who have experienced problems in the jail as a result.

The group met for five hours and worked collaboratively through the areas of concern and identified potential action items, necessary analysis, desired outcomes, and responsible persons. The participants focused on the importance of increased communication and collaboration, especially between CCS and OPSO. Under the direction of CCS's Chief Operating Officer, Christopher Bove, CCS agreed to prepare and circulate an outline of action plans to address each of the issues. CCS provided initial action plan outlines to the parties and monitors on December 6, 2017, which are attached as Appendix A to this report. The CCS outlines do not yet reflect input from OPSO with regard to custody's role in ensuring access to medical and mental health care. The parties and monitors have not yet had time to assess the substance of the proposed action plan outlines, but will provide comments on the outlines by December 13, 2017. CCS, in collaboration with OPSO, will utilize the comments and outlines to develop initial action plans, which CCS will circulate to the parties and monitors by December 22, 2017 for comment. We anticipate that initial action plans will be in place by January 15, 2018.

The goal is to include a high level of specificity in the action plans in order to better guide the process going forward. The parties, monitors, and CCS recognize that the action plans will be fluid documents, requiring input and revision on an ongoing basis. The parties have committed to remain engaged collaboratively with this process in order to expedite compliance.

Respectfully submitted,

| For the Plaintiff Class | For the United States of America |
|---|---|

 */s/ Emily Washington*  
EMILY WASHINGTON  
KATIE SCHWARTZMANN  
ELIZABETH CUMMING  
ERIC FOLEY  
MacArthur Justice Center  
4400 S. Carrollton Avenue  
New Orleans, LA 70119  
(504) 620-2259  
emily.washington@macarthurjustice.org  


Date:  December 8, 2017

JOHN M. GORE  
Acting Assistant Attorney General  
Civil Rights Division  

STEVEN H. ROSENBAUM  
Chief  
Special Litigation Section  

*/s/ Kerry Krentler Dean*  
LAURA COWALL, Special Counsel  
KERRY KRENTLER DEAN  
MEGAN MARKS  
Special Litigation Section  
Civil Rights Division  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, D.C.  20530  
Telephone: (202) 867-5309  
kerry.k.dean@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2017, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

    *s/ Kerry Krentler Dean*
KERRY KRENTLER DEAN (DC 474260)
Attorney for the United States
United States Department of Justice
Civil Rights Division, Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-6255
kerry.k.dean@usdoj.gov