UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                           **CIVIL ACTION**

**VERSUS**                                                                    **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                        **SECTION I**

## ORDER

**IT IS ORDERED** that an in-court status hearing with the parties, the Monitors, and the Compliance Director is scheduled for **Monday, January 29, 2018**, at **8:00 am**.

New Orleans, Louisiana, January 5, 2018.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

1