UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and <br> UNITED STATES OF AMERICA <br> Plaintiffs in Intervention <br><br> v. <br><br> MARLIN N. GUSMAN, ET AL, <br> Defendants <br><br><br> MARLIN N. GUSMAN, <br> Third-Party Plaintiff <br><br> v. <br><br> THE CITY OF NEW ORLEANS, <br> Third-Party Defendant | Civil Action No. 2:12-cv-00859 <br> Section I, Division 5 <br> Judge Lance M. Africk <br> Magistrate Judge Michael B. North |

## NOTICE OF WITHDRAWAL OF MOTION FOR A STAY OF IN-COURT STATUS HEARING AND CHAMBERS CONFERENCE IN LIGHT OF LAPSE OF APPROPRIATIONS

Currently pending before the Court is the United States' Motion for a Stay of In-Court Status Hearing and Chambers Conference in Light of Lapse of Appropriations (ECF No. 1144), filed in the above-captioned case on January 22, 2018. In light of the reinstatement of appropriations to the Department of Justice, the United States respectfully withdraws its motion.

**FOR THE UNITED STATES:**

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

_s/ Kerry Krentler Dean_
LAURA COWALL, Special Counsel (T.A.)
KERRY KRENTLER DEAN
MEGAN MARKS
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - PHB
Washington, D.C.  20530
Telephone: (202) 867-5309
kerry.k.dean@usdoj.gov

Date:  January 23, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2018, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

          *s/ Kerry Krentler Dean*
          KERRY KRENTLER DEAN (DC 474260)
          Attorney for the United States
          United States Department of Justice
          Civil Rights Division, Special Litigation Section
          950 Pennsylvania Avenue, NW
          Washington, DC 20530
          (202) 514-6255
          kerry.k.dean@usdoj.gov