**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **JUDGE LANCE M. AFRICK** |
| **MARLIN GUSMAN, ET AL.** | **MAGISTRATE MICHAEL B. NORTH** |

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE DEADLINE
SET FORTH IN MINUTE ENTRY DATED OCTOBER 25, 2017 (R. DOC. 1134)**

**MAY IT PLEASE THE COURT:**

On October, 25, 2017, following a status conference in chambers in which counsel for all parties participated, the Court ordered that the Compliance Director provide drafts of all outstanding written policies to the Monitors and the parties by January 23, 2018.  While the Sheriff's Office has made diligent efforts and has turned over a significant number of the remaining policies, though it should be noted there is dispute as to their sufficiency and adequacy, six (6) policies remain outstanding.  These were discussed briefly with the parties and the Monitors on a joint conference call today.

District Courts have broad discretion to control its docket, including enforcing its scheduling orders and other deadlines. See, e.g., *Boudreaux v. Doe*, 68 F.3d 465, at *1 (5th Cir. 1995).  The Compliance Director and the Orleans Parish Sheriff's Office respectfully suggest that this Court should continue the current January 23, 2018, deadline until February 8, 2018, by which drafts of all remaining policies will be produced to the Monitors and to the parties.  All interested personnel have been advised of this suggested deadline and agree that the agency would be in full compliance with the Court's minute entry by that date.  Counsel for the City of New Orleans has been consulted and does not oppose this continuance.  Counsel for the Plaintiffs and for the Department of Justice have indicated that they do oppose the continuance.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

   */s/Blake J. Arcuri*
BLAKE J. ARCURI (32322)
FREEMAN R. MATTHEWS (9050)
2800 Perdido Street
New Orleans, LA 70119
Tel: 504.202.9404
arcurib@opso.us

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of January, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

   */s/ Blake J. Arcuri*