MINUTE ENTRY
AFRICK, J.
JANUARY 29, 2018
JS10 - 02:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

**STATUS HEARING**

COURTROOM DEPUTY: Bridget Gregory
COURT REPORTER: Karen Ibos

APPEARANCES:   Elizabeth Cumming, Katharine Schwartzmann and Emily Washington, Counsel for plaintiffs
Megan Marks, Theodore Carter, III and Kerry Dean, Counsel for intervenor plaintiff United States of America
Blake Arcuri, Counsel for defendant Orleans Parish Sheriff's Office
Rebecca Dietz, Counsel for third party defendant City of New Orleans

Case called.
Gary Maynard, Orleans Parish Jail's Independent Compliance Director, addressed the Court.
Introduction by Margo L. Frasier of Diane Skipworth and Shane Poole, to replace Harry Grenawitzke, as sanitation & environmental conditions and fire & life safety submonitors.
Dr. Patricia Hardyman, classification submonitor, addressed the Court.
Tommie Vassell, chair of the budgetary working group, addressed the Court.
Dr. Raymond F. Patterson, mental healthcare submonitor, addressed the Court.
Dr. Robert B. Greifinger, medical care submonitor, addressed the Court.
Margo L. Frasier, lead monitor, addressed the Court.
Court adjourned.