MINUTE ENTRY
AFRICK, J.
January 29, 2018
JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | CIVIL ACTION NO. 12-859<br>C/W 12-138 |
| **VERSUS** | SECTION "I" (1) |
| **MARLIN GUSMAN, ET AL.** | REF: 12-859 |

The Court today accepted the resignation of Gary Maynard as the Independent Jail Compliance Director for the Orleans Parish Sheriff's office, with gratitude for the service he has rendered since October 2016. While there has been some improvement in compliance over the course of Director Maynard's tenure, the Court is nonetheless dissatisfied with the pace of reform and lack of compliance relating to numerous mandates of the consent decree. The level of violence at the jail, number of suicides and attempted suicides, lack of timely and meaningful healthcare, delay in completion of required written policies, incidences of incomplete reporting, and lack of accessible mental healthcare, especially among female inmates with acute mental-health issues, is unacceptable.

The problems facing the Orleans Parish Justice Center are not incapable of being remedied. The Court is firmly convinced

that, with the assistance of the monitors, dedicated corrections staff, and the parties, the outstanding compliance issues will be resolved.  The Court intends that assurances made but not yet realized will be realized sooner, as opposed to later.

Moving forward, IT IS ORDERED that Darnley R. Hodge, Sr., presently the Correctional Practice Monitor, be appointed Acting Compliance Director, effective Monday, February 19, 2018.  Mr. Hodge's wealth of experience, professional background and no nonsense approach, his more than forty years of experience in law enforcement, jail operations, military and consulting services, and his dedication to achieving compliance with the consent decree will assist the parties and the Court in reaching the compliance goal.

The Court once again expresses its sincere gratitude to the brave and dedicated correctional officers and staff who serve this community.  The Court joins them in their desire to maintain a correctional facility that meets the mandates of the U.S. Constitution.

New Orleans, Louisiana this 29th day of January, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE