UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] filed by the Orleans Parish Sheriff's office and the Compliance Director to continue the deadline by which to submit outstanding policy drafts to the Monitors and to the parties,

**IT IS ORDERED** that the motion is **GRANTED** and that the deadline by which to submit outstanding policy drafts is **CONTINUED** until **February 8, 2018**.

New Orleans, Louisiana, January 29, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1147.