UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | No. 12-859 |
| MARLIN GUSMAN, ET AL. | SECTION I |

### ORDER

**IT IS ORDERED** that a status conference shall be held in chambers on **Wednesday, February 28, 2018**, at **7:30 am**. Representatives for the parties, the Lead Monitor, and the Acting Compliance Director shall attend in person. The other Monitors and Sheriff Gusman are also welcome to participate.

New Orleans, Louisiana, February 5, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

1