MINUTE ENTRY
AFRICK, J.
February 28, 2018
JS-10 1:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

A status conference was held in chambers in this case on this date, with counsel participating on behalf of all parties. The Lead Monitor and the Acting Compliance Director also participated.

In light of conference discussions,

**IT IS ORDERED** that, in light of the recent appointment of the Acting Compliance Director, the March 1, 2018 deadline to submit a 60-day report is **SUSPENDED**. The next 60-day report shall be due on **May 1, 2018**.

**IT IS FURTHER ORDERED** that a status conference is set for **Thursday, May 24, 2018**, at **7:30 am** in chambers. In addition to counsel for the parties, the Lead Monitor and the Acting Compliance Director shall attend in person.

New Orleans, Louisiana, February 28, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**