UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** <br> **C/W 12-138** |
| **VERSUS** | **SECTION "I" (1)** |
| **MARLIN GUSMAN, ET AL.** | **REF: 12-859** |

**IT IS ORDERED** that a status conference in chambers with specified monitors, specified CCS employees, and the compliance director is scheduled on **Tuesday, June 12, 2018 at 7:30 A.M. with the undersigned.**

New Orleans, Louisiana this 20th day of April, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE