MINUTE ENTRY
AFRICK, J.
June 12, 2018
JS-10 1:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

A status conference was held in chambers today with the monitors, Sheriff Marlin Gusman, Acting Compliance Director Darnley Hodge, representatives from Correct Care Solutions ("CCS"), U.S. Magistrate Judge Michael North, and New Orleans City Attorney Sunni LeBeouf participating. The Court and the participants discussed the status of the consent decree, with particular focus on medical and mental health treatment for female inmates.

Pursuant to conference discussions, a task force shall be assembled to address the care and treatment of female inmates' medical and mental health issues. The task force will consist of: three monitors, Susan Campbell, Dr. Raymond Patterson, and Dr. Robert Greifinger; representatives from CCS; New Orleans City Attorney Sunni LeBeouf; a representative from the Compliance Director's office; a representative from the Sheriff's office; and a representative of the plaintiffs as well as from the intervenor-plaintiff, the U.S. Department of Justice. Dr. Robert Greifinger will chair the committee.

New Orleans, Louisiana, June 12, 2018.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

2