MINUTE ENTRY
AFRICK, J.
JUNE 13, 2018
JS10 - 01:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, et al                                    CIVIL ACTION

VERSUS                                                          NUMBER: 12-859

MARLIN N. GUSMAN, et al                                SECTION: I

**STATUS HEARING**

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER: Sandra Minutillo

APPEARANCES:     Elizabeth Cumming and Emily Washington, Counsel for plaintiffs
                 Megan Marks, Theodore Carter, III and Kerry Dean, Counsel for
                 intervenor plaintiff United States of America
                 Blake Arcuri and Inemesit O'Boyle, Counsel for defendant Orleans Parish
                 Sheriff's Office
                 Sunni J. LeBeouf and Cherrell S. Taplin, Counsel for third party defendant
                 City of New Orleans

Case called.
Margo L. Frasier, lead monitor, addressed the Court.
Susan W. McCampbell, correctional practices submonitor, addressed the Court.
Dr. Robert B. Greifinger, medical care submonitor, addressed the Court.
Dr. Patricia Hardyman, classification submonitor, addressed the Court.
Diane Skipworth, food service submonitor, addressed the Court.
Shane Poole, sanitation & environmental conditions and fire & life safety submonitor, addressed the Court.
Darnley R. Hodge, Sr., Orleans Parish Jail's Independent Compliance Director, addressed the Court.
Counsel for plaintiffs, USA and City of New Orleans addressed the Court.
Court adjourned.