# Orleans Justice Center
# 60 Day Update – July 2018

## Unit Management

There are approximately 3,376 jails in the United States. Approximately 2,879 of those jails contain fewer than 449 beds. 241 of those jails contain 240-449 beds and are classified as medium sized jails. A large jail is defined as a jail consisting of 500-999 beds. The Orleans Justice Center has 1,438 beds. In an effort to tackle the management problems experienced in this facility, Director Hodge has divided the main facility into smaller units. Each floor of the Orleans Justice Center is now considered and managed as a jail within a jail; this is being referred to as a unit. Each unit at OJC consists of 360 beds.

On May 21, 2018, this unit management concept was implemented in the Orleans Justice Center. While it is too soon to provide meaningful statistical data on the success or failure of this approach, it is the opinion of both the Director and the staff that is has already had a positive impact. This view appears to be shared by the federal monitors.

The facility still remains severely understaffed. However, the principles and dynamics of direct supervision are being practiced whenever possible.

OJC is significantly cleaner, with personal items being more appropriately confined to storage bags, and inmates' beds being made during the day when not in use. Inmates are operating under a cleaning schedule, set by the unit manager, after which all cleaning materials are removed from the pod and secured in the storage closets. Inmates have also begun adapting to the inspection process, whereby inmates stand by their cells as the deputy sheriffs and their supervisors inspect their uniforms and cell areas for cleanliness and safety.

The Compliance Bureau is tasked with assembling relevant data from each unit on altercations, uses of force, sanitation, grievances, adherence to classification, timeliness of meal service, medication pass, and other data which can be used to improve operations. Unit managers will be required to appear before the Compliance Bureau and executive team and discuss the

reasons for any shortfalls, the formulas for any successes, and strategies to continue progress throughout the building. Effective analysis of the data will not only allow OJC to fine-tune its policies and operations to increase the safety of the staff and the inmates, but also to continue to improve quality of life for both groups as well.

**Sustainable Hiring**

Human Resources Director Trina Bowie joined our team on May 7, 2018. Mrs. Bowie understands that recruiting and retention are OPSO's current first priorities. As she moves forward, she is conducting an analysis of her current department staff and making a determination of whether any additional staff or resources will be necessary to optimize her team. Mrs. Bowie and the Director met with contractor Segal Waters in the first week of June to review findings and strategies in advance of their report. It is the opinion of Mrs. Bowie that additional work on the report is needed, and her comments will be forwarded to the contractor for consideration.

On May 25, an orientation class with 12 deputy recruits and 3 civilian monitoring technicians was held, and training began on May 29. The agency lost 4 jail security staff and 4 CMTs in May. In June, the agency lost 8 recruits, 6 deputies, and 5 CMTs. Human Resources has aggressive hiring goals for July and intends to start an orientation class on July 27, 2018. These individuals would have an expected graduation date in early September.

Human Resources is being given a budget for additional materials to assist with effective recruiting efforts, as the agency deserves to look at least on par with the other agencies with whom we compete at job fairs.

A $1,500.00 per year pay increase goes into effect on July 1, 2018, and we hope this furthers our efforts at retention and recruiting. The final $3500 increase will go into effect in January of 2019.

The promotion process will also undergo changes, with the agency implementing a test based upon policies and procedures and a panel interview. We believe that this will increase morale agency wide and provide incentive for all staff to strive for promotion.

**Policies**

Policy Director Debra Hammons continues to work to implement the changes suggested to the last round of policies sent to the monitoring team for review. The plaintiffs and department of Justice have been actively involved in comments and suggested updates to the latest round of policies, and will comment on all existing policies at the time scheduled for annual review.

The plaintiffs and department of justice are in the process of commenting on the following policies: 801.12 Disciplinary Detention; 1601.01 Post Order General Population; 1601.04 Post Order Disciplinary Detention; 701.12 Riots; 701.0 Hostage; 801.39 Protective Custody; 801.41 Administrate Segregation Review Board.

The following have been finalized: 301.16 Administrative Reassignment; 801.11 Security Inspections; 801.17 Tool Control; 101.10 Written Directives.

The monitoring team is reviewing the following: 1501.04 Cell Extractions; 1501.09 Firearms; 1101.04 Facility cleaning. 19 policies remain to be completed and transmitted to the monitors.

Three post orders were approved and finalized by the monitors: 1601.10 Captain Post Order; 1601.11 Lieutenant Post Order; 1601.13 Sergeant Post Order.

**PREA Compliance**

The agency continues its efforts effort, led by the Compliance Bureau manager Alexis Kyman and Sergeant Hazel Bowser, to achieve compliance with PREA and to complete its audit. The main issue impacting compliance is the completion of mandatory PREA training. Sergeant Bowser's 180 minute PREA trainings have been conducted several times per week for the past 60 days, and progress has been realized. To illustrate the significance of their work, in 2017 there were 168 employees trained in PREA, while 2018 has seen 409 employees trained thus far. 51 OPSO employees still need to complete training, and are being scheduled immediately. The latest challenge will be completion of training of all contractor and volunteer staff.

Volunteers and CCS will train throughout the month of July, and those classes are in the process of being scheduled right now and are expected to complete training by the end of July.

**Stipulated Order Action Plan**

The parties developed a Stipulated Order Action Plan as a way to outline and provide regular updates on the provisions of the stipulated order. The Plan has provided some benefit to OPSO through required analysis of already existing data which was not previously occurring, or it if was, it was not being documented. The process of taking these types of steps and documenting the actions taken is a critical one which will be applied to many more operational areas, which we believe will lead towards increased compliance with provisions of the consent judgment.

While we believe the plan needs some modification and reworking, as some of the actions are either not useful and/or already obsolete, OPSO has continued to provide the plan as agreed upon, and the last iteration was transmitted to all parties on June 22, 2018. OPSO intends to propose modifications to the plan in the near future.

**Incident Updates and Outcome Data**

We continue to work on accurately capturing all incidents and timely notifying the monitors of those incidents, and as was noted in the Status Conference, we believe that we have made significant progress towards capturing an accurate number of reportable incidents. As was discussed at the Status Conference, we expect an uptick in incident numbers as we draw closer to capturing all data. We additionally expected a slight increase in incidents as the inmates were acclimated to unit management, and any resistance to the process was met with immediate discipline and transfer to 3-C. However, with the May 19, 2018 implementation of unit management, we are confident that incidents will, on average, drop facility-wide beginning in June. As the footnotes indicate, any June data is through June 25, 2018.

*Inmate-on-Inmate Altercations*

| Month | 2F | 3D | 3F | Pods > 3 altercations | Disciplinary |
|---|---|---|---|---|---|
| February | 4 | 5 | 5 | 6 | 358 |
| March | 3 | 5 | 6 | 10 | 408 |
| April | 0 | 3 | 5 | 5 | 236 |
| May | 5 | 1 | 9 | 3 | 378 |
| June[1] | 0 | 2 | 1 | 2 | 292 |

3F (female general population/administrative segregation) had the most altercations with 9 for May. It should be noted that these altercations were concentrated between a very small group of females housed on administrative segregation, and that two of those females have since left the facility. We expected to see, and in fact saw, a significant decline in June on 3F, with a single inmate-on-staff incident and 1 inmate-on-inmate incident which occurred on June 25. 3F's disciplinary write-ups declined significantly from April (18) and May (25), and are down to just 3 through the final week in June. This illustrates the impact that just 1 or 2 inmates can have on an entire housing pod, as well as the impact that implementing unit management has upon our housing pods.

2F is one of three units capable of holding high security general population males, and as indicated in the May 1, 2018, 60 Day Update, 2F would be aggressively targeted in an effort to reduce the facility's incidents. 2E and 2F typically hold the most dangerous inmates in the facility outside of those housed in administrative segregation, and they are often comprised of younger males facing significant sentence exposure for violent offenses. Traditionally, classification issues have plagued these units, not because of the system itself, but because many of these inmates refuse to disclose the identities of known enemies until after altercations occur, and sometimes not even after that. As incidents occur, classification uses keep-separate orders to prevent future occurrences.

---

[1] Through June 25, 2018.

Since the implementation of unit management, incidents on 2F have dramatically declined, with no inmate-on-inmate altercations through June 25. 2F also experienced a significant drop in the number of total reportable incidents, which include disciplinary write-ups, down to just 24 so far on the month. This can be compared with a total of 51 reportable incidents in March. We note that the inmates on this pod appear to have responded well to unit management and have participated in the daily inspection process, which brings order to the pod. We will continue to aggressively target 2F with an eye towards achieving similar results on 2E in coming months.

In addition to improved incident capturing and data-tracking, the facility has begun analysis to determine what extent, if any, mental health plays in the number of altercations in the facility. For instance, of all the inmates involved in inmate-on-inmate altercations in May, 45% of the males and 64% of the females involved were on the mental health caseload. Of those on the mental health caseload, 67% were prescribed medications and all of the females were prescribed medication. Within that group, 20% of the males had refused their medications and 57% of the females had refused their medications in the day leading up to the altercation. The data is very similar for inmate-on-staff altercations.

We are currently undergoing a full analysis of medication refusal and the right each inmate has to refuse his or her medication, and are working with CCS to determine ways to reduce the number of refusals and ensure that appropriate steps are taken when it does occur. While this analysis is in its early stages, we will continue to analyze and use this data to reduce incidents.

Incidents appear to be trending down facility-wide following the implementation of unit management. Regarding inmate-on-inmate altercations, March had 51, April had 46, May had 48, and June has 33 as of June 25. We expect continued average decline as we improve unit management. The unit managers are meeting and analyzing each inmate-on-inmate altercation to determine the underlying causes, what could have been done to prevent the altercation, and relaying those messages back to their staff members in an effort to aggressively drive these numbers down.

*Inmate-on-Staff Altercations*

| Month | 2B | 3E | 2A | 3C | Pods w/Zero | Pods w/ >1 |
|---|---|---|---|---|---|---|
| February | 3 | 3 | 2 | 1 | 17 | 3 |
| March | 1 | 0 | 1 | 2 | 14 | 1 |
| April | 2 | 1 | 2 | 1 | 15 | 0 |
| May | 3 | 0 | 0 | 0 | 17 | 5 |
| June[2] | 0 | 0 | 3 | 2 | 19 | 2 |

There were 16 inmate-on-staff altercations in May and 11 inmate-on-staff altercations in June, with 2A (male mental health) having 2 incidents, 2B (male administrative segregation / protective custody) having 0 incidents, and 3E (general population female) having 3 incidents.

2A's lack of inmate-on-staff incidents in May was appreciated, only to be met with 3 incidents in June. The unit does continue to present a challenge due to the presence of the mentally ill, a frequent turnover of the population, and a mix of nearly all classification levels, but the problem depicted in the June numbers are not necessarily as widespread as they seem. One inmate who spent the week of June 1 – June 7 in OJC on municipal battery charges, and who had a combination of behavioral and mental health issues, was responsible for 2 inmate-on-staff altercations, 1 chemical use of force, and 1 physical use of force.

A critical issue with getting this inmate transferred to Hunt was the inability of CCS' staff to complete the physical evaluation required prior to transport due to the inmate's extremely combative nature.  This inmate and inmates like him have caused the leadership team to begin the process of identifying and triaging inmates who are exhibiting similar issues and aggressively pursuing completion of all medical evaluations to complete the transport shortly after booking.  We are working with the unit managers, including the manager of unit 5 (IPC) and CCS to develop a process to prevent similar occurrences, and thus a spike in incidents, in the future.

---

[2] Through June 25, 2018.

*Suicide Attempts*

| Month | 2A | 2B | 3B | 3C | 4B |
|---|---|---|---|---|---|
| May | 0 | 0 | 0 | 0 | 0 |
| June[3] | 1 | 0 | 0 | 3 | 0 |

May had no suicide attempts facility-wide, and June had 4 attempts, constituting a significant decrease from the 21 reported in February. 3C did have 3 attempts, though staff familiarity with the involved inmates, along with their actions at the time of the event and subsequent behavior, have led staff to conclude that they were location-seeking events intended to result in a departure from the disciplinary housing environment. We were pleased to have gone two months with no attempts on the mental health step-down unit (3B), and will continue our goal of no attempts through a combination of treatment, programming, and identifying risk at its earliest stages through effective unit management.

8 PREA investigations were opened in February, and 11 were opened in March. As of April 20, ISB has opened 6 PREA investigations for the month. The facility's push towards PREA certification and the increased training of our staff will serve to reduce the number of the incidents leading to these investigations.

**Excessive or Inappropriate Force:**

Since April, the FIT team did find an incident in which it was concluded that inappropriate force was used. That incident, which occurred on May 12, involved a belligerent inmate who was refusing a deputy's instructions during an inmate escort. The FIT team concluded that while the use of force was justified, the type of force used was not justified.

The FIT team also recently closed out two December 2017 cases as unjustified uses of force after video review of both incidents. Both incidents involved use of pepper spray to gain compliance without any physical resistance or threat presented.

Administrative disciplinary proceedings are pending.

---

[3] Through June 25, 2018.

**PREA Incidents:**

The PREA unit has been moved from under the criminal investigative division of ISB and is now under the supervision of Lieutenant Joseph Catalanotto. The PREA unit handles investigations cover incidents ranging from inappropriate comments through sexual assaults. The division has opened 29 PREA investigations since April 1, 2018. 7 of those investigations have been closed and 1 has resulted in an arrest of the complainant inmate after it was discovered that the complaint was falsely lodged in an attempt to conceal the presence of contraband upon intake to the IPC. The remainder of the investigations are still open.

**Out of Parish:**

We are pleased to have brought back all inmates housed in both East Carroll Parish and River Correctional Center.