UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CLARIFY STIPULATED ORDER

Independent Jail Compliance Director Darnley R. Hodge, Sr., through undersigned counsel, respectfully requests that the Court clarify its Stipulated Order for Appointment of Independent Jail Compliance Director, Doc. No. 1082, to expressly provide that the court-appointed Compliance Director shares the absolute judicial immunity of the Court.

As explained in the accompanying memorandum in support, both Mr. Hodge and the former Compliance Director Gary Maynard have been sued numerous times in lawsuits arising from actions that they allegedly took in their role as Compliance Director. Such litigation distracts the Compliance Director from his essential mission of bringing the jail into compliance with the Consent Judgment and diverts essential resources into defending these suits. The Compliance Director believes that absolute immunity is both inherent in the nature and functions of the Compliance Director position and consistent with the intent of this Court. Accordingly, Mr. Hodge requests that the Court clarify the Stipulated Order to make the immunity of the Compliance Director explicit and thereby prevent the Compliance Director from being further embroiled in litigation arising from actions taken as a representative of the Court.

Respectfully submitted,

*/s/ M. Rebecca Cooper*
Richard C. Stanley, 8487
Matthew J. Paul, 37004
M. Rebecca Cooper, 37080
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
mjp@stanleyreuter.com
mrc@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class U.S. mail to any non-CM/ECF participants.

*/s/ M. Rebecca Cooper*