UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**  **CIVIL ACTION**

**VERSUS**  **No. 12-859**

**MARLIN GUSMAN, ET AL.**  **SECTION I**

**ORDER**

Before the Court is Independent Jail Compliance Director Darnley R. Hodge, Sr.'s motion[1] to clarify the Court's June 21, 2016 stipulated order[2] with respect to the Independent Jail Compliance Director's immunity from suit.

**IT IS ORDERED** that any party intending to file an opposition to the motion shall do so by **AUGUST 7, 2018.**

New Orleans, Louisiana, July 31, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1170.
[2] R. Doc. No. 1082.