UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO CLARIFY STIPULATED ORDER

Independent Jail Compliance Director Darnley R. Hodge, Sr., through undersigned counsel, respectfully submits this supplemental memorandum in support of his Motion to Clarify the Stipulated Order, Doc. No. 1170, in order to bring to the attention of the Court a relevant ruling made subsequent to the filing of that motion.

In the Motion to Clarify, Mr. Hodge noted that two suits had been brought against him and six suits had been brought against Gary Maynard, the former Compliance Director. *Id.* at 3. Mr. Hodge noted that in all but one of those cases, the Compliance Director had filed motions to dismiss arguing that those claims are barred because the position of Compliance Director is functionally equivalent to that of a court-appointed receiver and therefore protected by the same absolute judicial immunity as the appointing Court. *Id.* Mr. Hodge additionally noted that, as of the date of filing "no ruling has been made concerning the immunity of the Compliance Director." *Id.* at n.3.

On August 9, 2018, Judge Lemelle entered an order in *Crawford v. Gusman*, EDLA Case No. 17-cv-13397 (Doc. No. 48), holding that Mr. Maynard is entitled to absolute immunity with

respect to claims arising from his role as Compliance Director and granting his motion to dismiss the claims against him with prejudice.[1] Judge Lemelle held: "Here, we find the record reflects the Compliance Director to be a court-appointed receiver, entitled to derivative judicial immunity from the Plaintiff's federal and state law claims." *Crawford*, Doc. No. 48 at 7. We believe Judge Lemelle's holding to be correct, and that it may be instructive to the Court.

Respectfully submitted,

*/s/ M. Rebecca Cooper*
Richard C. Stanley, 8487
Matthew J. Paul, 37004
M. Rebecca Cooper, 37080
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
mjp@stanleyreuter.com
mrc@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of August, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class U.S. mail to any non-CM/ECF participants.

*/s/ M. Rebecca Cooper*

---

[1] A copy of the ruling is attached as Exhibit 1.