UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

**ORDER**

Before the Court is Independent Jail Compliance Director Darnley R. Hodge, Sr.'s ("Hodge") motion[1] to clarify the Court's June 21, 2016 stipulated order[2] with respect to the Independent Jail Compliance Director's alleged immunity from suit. The plaintiffs filed a response on August 14, 2018.

**IT IS ORDERED** that Hodge shall file a reply to the plaintiffs' response by **AUGUST 24, 2018.**

New Orleans, Louisiana, August 14, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1170.
[2] R. Doc. No. 1082.