UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO CLARIFY STIPULATED ORDER AND TO EXCEED PAGE LIMIT**

Independent Jail Compliance Director Darnley R. Hodge, Sr., through undersigned counsel, respectfully requests leave to file the attached reply memorandum in support of his motion seeking clarification of the Stipulated Order for Appointment of Independent Jail Compliance Director (Doc. No. 1170), in order to respond to the arguments and issues raised in the opposition memoranda filed by the Plaintiffs (Doc. No. 1178), William Short (Doc. No. 1179), and the United States (Doc. No. 1180).

Mr. Hodge also requests leave to exceed the page limit that otherwise would apply under Local Civil Rule 7.7. Rather than filing separate replies to the three opposition memoranda (which total 38 pages), Mr. Hodge has filed a single 12-page reply. Mr. Hodge submits that this approach, which has caused the reply to exceed the page limit by two pages, will reduce rather than increase the burden on this Court.

Respectfully submitted,

*/s/ Matthew J. Paul*
Richard C. Stanley, 8487
Matthew J. Paul, 37004
M. Rebecca Cooper, 37080
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
mjp@stanleyreuter.com
mrc@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of August 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class U.S. mail to any non-CM/ECF participants.

*/s/ Matthew J. Paul*

2