UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL.<br><br>    Plaintiffs,<br><br>v.<br><br>MARLIN GUSMAN, ET AL.<br><br>    Defendants. | CIVIL NO.: 2:12-cv-00859-LMA-MBN |

### WILLIAM SHORT'S MOTION FOR LEAVE TO INTERVENE[1]

Pursuant to Fed. R. Civ. P. 24(a) and (b), William D. "Daniel" Short, former Captain and 14-year veteran of the Orleans Parish Sheriff's Office, respectfully moves the Court to grant him leave to intervene in this case for the limited purpose of opposing Interim Independent Jail Compliance Director Darnley Hodge's recently filed "Motion to Clarify Stipulated Order" (Rec. No. 1170). Whether intentional or not, Director Hodge's motion constitutes a direct, collateral attack on Captain Short's pending litigation against Director Hodge (and former Director Gary Maynard) in *William D. Short v. Marlin Gusman et al.*, No. 2:18-cv-03174, Section J, Eastern District of Louisiana. The Court's ruling on Director Hodge's motion to clarify in this case may have preclusive effect in Captain Short's case, such that his ability to protect his litigation interests will be impeded or impaired. Accordingly, and as more fully set out in his attached memorandum of law, Captain Short asserts he has the right to intervene in this matter under Rule 24(a), or, alternatively, should be granted permissive leave to intervene under Rule 24(b).

---

[1] This motion relates to and is submitted for the purpose of curing the deficiency notice regarding Captain Short's previously filed opposition/motion for leave to intervene at Rec. No. 1179.

1

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, TA (Bar #32746)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A / Mandeville, LA 70448
Telephone:  (504) 275-5149
Facsimile:  (504) 910-1704
Email: vogeltanz@gmail.com

*Counsel for William D. "Daniel" Short*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, August 21, 2018, a copy of the above and foregoing motion for leave to intervene has been served upon all counsel of record via either (1) each attorney's professional e-mail address; (2) facsimile; or (3) by filing online via the Court's CM/ECF system.

/s/ Kevin S. Vogeltanz

## LOCAL RULE 7.6 CERTIFICATION

I HEREBY CERTIFY that on August 14, 2018, prior to filing this motion, I contacted all lead counsel of record with an interest to oppose it and at least one opposed.

/s/ Kevin S. Vogeltanz