UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859**<br>**C/W 12-138** |
| **VERSUS** | **SECTION "I" (1)** |
| **MARLIN GUSMAN, ET AL.** | **REF: 12-859** |

Pursuant to this Court's June 21, 2016 stipulated order relative to the appointment of an Independent Jail Compliance Director, IT IS ORDERED that on or before October 2, 2018 the plaintiff class, the U.S. Department of Justice, and the City of New Orleans shall jointly provide the Orleans Parish Sheriff with their nomination(s) of the person(s) to be appointed Compliance Director.

IT IS FURTHER ORDERED that should the parties be unable to agree on the nomination(s) to be submitted to the Orleans Parish Sheriff by said date, the parties shall immediately schedule a status conference before this Court.

New Orleans, Louisiana this 24th day of September, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE