UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                                         **CIVIL ACTION**

**VERSUS**                                                                                    **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                                        **SECTION I**

## ORDER

Pursuant to the Court's September 24, 2018 order,[1] plaintiffs' counsel has requested a status conference. Accordingly,

**IT IS ORDERED** that a status conference is set for **OCTOBER 3, 2018** at **7:30 A.M.** Counsel for the U.S. Department of Justice may participate by telephone.

New Orleans, Louisiana, October 2, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1198.