**MINUTE ENTRY**
**AFRICK, J.**
**October 3, 2018**
**JS-10 0:30**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

A status conference was held on this date in the above-captioned matter, with counsel participating on behalf of all parties. The Court and counsel discussed the appointment of the Independent Jail Compliance Director as well as other issues related to the consent decree.

The plaintiff class, the United States Department of Justice, and the City of New Orleans advised the Court that they unanimously support the nomination of one candidate for Independent Compliance Director. However, in accordance with Section A.3 of the Stipulated Order for Appointment of Independent Jail Compliance Director,[1] Orleans Parish Sheriff Marlin Gusman ("Sheriff Gusman") must also agree to the parties' nomination, which is then subject to final approval by the Court.

Accordingly,

---

[1] R. Doc. No. 1082, at 3.

2

**IT IS ORDERED** that Sheriff Gusman shall inform the Court in writing whether he agrees to the parties' nomination for Independent Jail Compliance Director by no later than **OCTOBER 5, 2018.**

New Orleans, Louisiana, October 3, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE