## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LAWSHAWN JONES, ET AL.**                                     CIVIL ACTION

**VERSUS**                                                              No. 12-859

**MARLIN GUSMAN, ET AL.**                                      SECTION I

### ORDER

Having considered Independent Jail Compliance Director Darnley R. Hodge, Sr.'s motion[1] to clarify the Court's stipulated order,[2] the record, the applicable law, the Magistrate Judge's Report and Recommendation (the "report and recommendation"),[3] and the failure of any party to file objections to the report and recommendation, the Court hereby approves the report and recommendation and adopts it as its own opinion herein.

Accordingly,

**IT IS ORDERED** that Darnley R. Hodge, Sr.'s motion is **DENIED**.

New Orleans, Louisiana, October 15, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1170.
[2] R. Doc. No. 1082.
[3] R. Doc. No. 1199.