UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                              **CIVIL ACTION**

**VERSUS**                                             **No. 12-859**

**MARLIN GUSMAN, ET AL.**                              **SECTION I**

## ORDER

Considering the Court's order denying Independent Jail Compliance Director Darnley R. Hodge, Sr.'s motion to clarify the Court's stipulated order,

**IT IS ORDERED** that William D. Short's motion[1] to intervene is **DISMISSED AS MOOT.**

New Orleans, Louisiana, October 15, 2018.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1185.