UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| | C/W 12-138 |
| VERSUS | SECTION: I |
| MARLIN GUSMAN, ET AL. | REF: 12-859 |

**IT IS ORDERED** that an in-court status hearing with the parties, the Monitors, and the Compliance Director is scheduled on **Thursday, January 17, 2019 at 8:00 A.M.** before the undersigned.

New Orleans, Louisiana this 19th day of October, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE