UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering the plaintiffs' motion[1] to withdraw counsel,

**IT IS ORDERED** that the motion is **GRANTED**. Katie M. Schwartzmann is **WITHDRAWN** as counsel of record for the plaintiffs in the above-captioned matter.

New Orleans, Louisiana, November 27, 2018.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1206.