# Orleans Justice Center
# 60 Day Update – November 2018

**Sustainable Hiring**
The facility continues to need additional staff to operate at an optimal level. Human Resources works tirelessly to hire qualified candidates capable of staffing the OPSO units, specifically the inmate housing units. Unfortunately, OPSO continues to struggle to recruit and retain qualified applicants. In September & October there were 23 new hires. In addition to the 23 new hires, there were 30 terminations, resignations, or retirements during that same time frame.

Of the 30 terminations, resignations, or retirements, six (6) were for job abandonment, four (4) for advancement opportunities, four (4) for misconduct, one (1) by mutual agreement, one (1) normal retirement, eleven (11) for personal reasons, and three (3) resigned under investigation. Of those 30, one (1) was an HR Analyst, two (2) were Associate Wardens, two (2) were Classification Specialists, seven (7) were Corrections Monitoring Technicians, eight (8) were Deputies, two (2) were IPC Clerks, one (1) was the Justice Systems Manager, six (6) were Recruits, and one (1) was a Serving Deputy.

During the month of September 110 applicants were rejected. Of those 110, 26 were rejected because of background issues, two (2) because they did not meet the minimum qualifications, six (6) for their drug usage, 18 declined to move forward in the process, 57 failed to show for their interviews, and one (1) was ineligible for rehire.

During the month of October 35 applicants were rejected. Of those 35, 11 were rejected because of background issues, one (1) that did not meet the minimum qualifications, two (2) for drug usage, seven (7) that failed their interview, two (2) that failed their CVSA, six (6) declined to move forward in the process, five (5) failed to show for their interviews, and one (1) was ineligible for rehire.

Human Resources continues to aggressively recruit in other areas of the state, as well as in Texas and Mississippi. Print advertisements in newspapers are being run in those areas. Social media has been expanded and jobs are being listed on Corrections-specific sites, Indeed.com, LAworks, LinkedIn and the American Jail Association. The Human Resources recruiters traveled to Houston in September and made stops at colleges on the return journey home. On September 5, the HR recruiters traveled to Fort Polk in an effort to recruit military personnel. The HR recruiters are aggressively recruiting at military bases and at veteran employment events, as several of our recent ex-military hires have been very successful in OJC. HR recently established a working relationship with the Houston Community College Public Safety Center in addition to working with two-year colleges and four-year universities in the State of Louisiana.

While the $3,500 annual raise scheduled for January 2019 is expected to provide our staff with some assistance, the OPSO is routinely the lowest paid agency of all present at job fairs. We anticipate that additional increases will be needed to be competitive and to properly staff OJC.

OJC-60 Day Update Nov. 2018

**Policies**
Director Hammons and the Policy & Accreditation team continue to work with the Monitors and the Plaintiffs' Class to successfully complete the OPSO policies, standard operating procedures, and post orders. As the documents are completed, OPSO will continue to forward them to the aforementioned partners for their review and feedback.

During the month of September 2018, Director Hammons and her team were successful in getting the final approval on the following policies:

- 301.17 (Sexual Harassment – Annual Review)
- 801.39 (Administrative Segregation Review Board)
- 1501.11 (Cell Extractions).

OPSO was equally successful during the month of October with the completion and approval of the following additional standard operating procedures and post orders:

- SOP 7300 (Reporting of Infection Control Occurrences)
- SOP 7400 (Juvenile Pod / Activity Operation)
- Post Order 1601.01 (General Population)
- Post Order 1601.02 (Juvenile Population)
- Policy 1401.08 (Juvenile In-custody).

**PREA Compliance**
The Compliance Unit, led by Manager Alexys Kyman and PREA Coordinator, Sergeant Hazel Bowser, continue to make strides in achieving compliance to prepare for OPSO's PREA audit. Most recently, with the assistance of the Facilities Management team, privacy partitions were installed surrounding the commodes on every open dormitory inside the Orleans Justice Center. The OPSO installed window tinting film on pod 2C to further comply with the sight separation standard between adult offenders and youthful offenders. Unfortunately the window film has begun to peel and will be reapplied. We hope to have this issue and other standards met before the next update.

**Incident Updates and Outcome Data**
An initial note about reporting:

Often, OJC's total reporting numbers are interpreted as the total number of distinct incidents which occurred in the facility during a given period of time. This is not necessarily correct, as some incidents appear more than once in the number count because of more than one action occurring during the same incident. For example, if two inmates are involved in a physical altercation, and a staff member steps in to separate them, that single incident will appear as one (1) inmate-on-inmate altercation and one (1) use of force. If, in that same example, one of the inmates pushed the staff member, that incident would be also be reflected in the numbers as 1 inmate-on-staff altercation.

OJC-60 Day Update Nov. 2018

We continue to work on accurately capturing all incidents and timely notifying the monitors of those incidents, and as was noted in the Status Conference, we believe that we have made significant progress towards capturing the accurate number of reportable incidents. The jail's leadership has been reviewing all late-reported incidents and continue to instruct the unit managers to correct these issues with staff. It is our goal to have all incidents reported in a timely manner.

*Inmate-on-Inmate Altercations 2018*

| Month | 2F | 3D | 3F | Pods > 3 altercations | Disciplinary |
|---|---|---|---|---|---|
| February | 4 | 5 | 5 | 6 | 358 |
| March | 3 | 5 | 6 | 10 | 408 |
| April | 0 | 3 | 5 | 5 | 236 |



| May | 5 | 1 | 9 | 3 | 378 |
| June | 2 | 3 | 2 | 2 | 402 |
| July | 1 | 1 | 1 | 3 | 459 |
| August | 0 | 8 | 4 | 6 | 453 |
| September | 1 | 3 | 1 | 1 | 385 |
| October | 4 | 2 | 2 | 3 | 342 |

3

OJC-60 Day Update Nov. 2018

*Inmate-on-Staff Altercations 2018*

| Month | 2B | 3E | 2A | 3C | Pods w/Zero | Pods w/ >1 |
|---|---|---|---|---|---|---|
| February | 3 | 3 | 2 | 1 | 17 | 3 |
| March | 1 | 0 | 1 | 2 | 14 | 1 |
| April | 2 | 1 | 2 | 1 | 15 | 0 |
| May | 3 | 0 | 0 | 0 | 17 | 5 |
| June | 0 | 2 | 3 | 3 | 18 | 6 |
| July | 2 | 1 | 2 | 5 | 20 | 2 |
| August | 0 | 1 | 3 | 0 | 17 | 1 |
| September | 2 | 0 | 3 | 2 | 18 | 3 |
| October | 0 | 0 | 0 | 0 | 17 | 1 |



2018 Inmate-on-Staff Altercations

4

OJC-60 Day Update Nov. 2018

*Suicide Attempts*

| Month | 3A | 2B | 3B | 3C | 4B |
|---|---|---|---|---|---|
| May | 0 | 0 | 0 | 0 | 0 |
| June | 2 | 0 | 0 | 3 | 0 |
| July | 1 | 2 | 0 | 3 | 0 |
| August | 5 | 5 | 1 | 2 | 0 |
| September | 0 | 1 | 1 | 2 | 1 |
| October | 2 | 0 | 0 | 1 | 0 |



Incidents appear to be trending down facility-wide following the implementation of unit management. Regarding inmate-on-inmate altercations, March had 51, April had 46, May had 48, June had 51, July had 34, August had 47, September had 38, and October had 41. A lack of sufficient staffing continues to have a tremendous impact on our ability to effectively employ unit management and direct supervision.

The unit managers are meeting and analyzing each inmate-on-inmate altercation to determine the underlying causes, how the altercation could have been prevented, and are relaying those messages back to their staff in an effort to aggressively drive these numbers down. Their recent evaluation revealed that an overwhelming number of incidents in August occurred on the nightshift. In hindsight, the leadership team realizes that unlike the day shift, which has received mentoring and guidance directly from the unit managers, the night shift has not had that benefit. As such, the unit managers will be required to shift their schedules to routinely work power shifts, from mid-day to midnight, to provide that guidance and mentorship which has led to relative success on the first shift.

OJC-60 Day Update Nov. 2018

We predict that a decline in the night shift incidents will follow.

September saw 38 reports of inmate-on-inmate altercations: 26 involved adult males, five (5) involved females, and seven (7) involved youthful offenders. October saw 41 reports of inmate-on-inmate altercations: 38 involved adult males, 7 involved females, and one (1) involved youthful offenders. While it is our goal to minimize or end all inmate assaults, the reality is that a very small percentage of inmates in OJC custody are involved in, or victims to, inmate assault.

While we have seen success in the decrease in number of incidents on pods 2E and 2F, we still have work to do in other places, namely the female units and on 4B. These units will face a targeted effort in coming weeks.

OJC saw a decrease in the number of suicide attempts in September and October. However, it is too soon to say if attempts to combat housing manipulation though deigned suicide attempts has contributed to this decline. We will continue to monitor these numbers for a better understanding. We are still awaiting the completion of suicide resistant cells on 3C to solve the manipulation events on that unit. Facility wide, we are about to undertake an aggressive restructuring of programming to provide inmates with much-needed activity to avoid negative behaviors. Our current programming levels remain inadequate, and we believe that ending the idle time which is filled by basketball or television will have an impact on all incidents.

**Excessive or Inappropriate Force:**
Sergeant Phares and the Force Investigation Team (FIT) continue to do an excellent job at reviewing all uses of force, whether reported by a deputy, other staff member, inmate, or civilian. During September and October, five (5) complaints were received alleging excessive or inappropriate force. Of those five (5), one (1) was unsubstantiated, one (1) was unfounded, one (1) was determined to be justified, one (1) remains under investigation, and one (1) was determined to not be justified with a recommendation for retraining and disciplinary action.

In addition to the above mentioned cases, FIT closed two (2) cases that were reported in August. In both of the closed cases from August, the uses of force were determined to not be justified and were referred for retraining and disciplinary action.

**PREA Incidents:**
As noted in a previous report, the PREA Investigations Unit was realigned under the Criminal Investigative Division of the Investigative Services Bureau. The unit is currently being managed by Lieutenant Joseph Catalanotto.

As of the end of October 2018 there have been 92 PREA related investigations initiated. Of those, 41 are Closed, 35 remain Open, one (1) is Pending Lab Results, and 15 remain Under Review. During the months of September and October, there were 11 PREA

6

OJC-60 Day Update Nov. 2018

Incident investigations initiated. Those 11 incidents are classified as follows: six (6) Sexual Harassment; two (2) Sexual Misconduct; one (1) Sexual Assault; and, two (2) Sexual Battery.

As with much of the data out of jails, data regarding PREA is sometimes misleading. For example, we've had a number of cases where inmates filed false claims of sexual harassment against deputies as an attempt to have the deputy reassigned from the pod.