UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION REQUESTING STATUS CONFERENCE
TO ADDRESS MENTAL HEALTH HOUSING NEEDS**

Independent Jail Compliance Director Darnley R. Hodge, Sr., through undersigned counsel, respectfully requests that the Court set a status conference and, if necessary, a hearing with the City of New Orleans ("City"), the Orleans Parish Sheriff's Office ("OPSO"), and the other parties to this litigation for the purpose of discussing and developing a feasible and timely plan to address the housing needs of male and female inmates with acute and subacute mental health needs.

As explained in the accompanying memorandum in support, the OPSO's currently houses male OPSO inmates with acute and subacute mental health needs at Elayn Hunt Correctional Center ("Hunt"), a state Department of Corrections facility in St. Gabriel, Louisiana.  However, beginning on October 15, 2019, Hunt will no longer be available to house Orleans Parish inmates with mental health needs.  The upcoming loss of Hunt as a suitable facility that would be available to the OPSO to house this inmate population presents a dilemma for Director Hodge in terms of determining where and how these inmates should be housed until the Compliance Director's long-term plan for housing inmates with mental health needs has been implemented.

To address this emerging exigent circumstance, Director Hodge would like to renovate the Temporary Detention Center ("TDC") for the purpose of temporarily housing and treating both female and male inmates with acute mental illness. The City's cooperation will be needed to finance such renovations. Additionally, such renovations and the operation of TDC as a mental health facility may require a conditional use permit and/or the amendment of a zoning ordinance, which can be time-consuming and take nearly a year to complete. For this reason, Director Hodge respectfully requests that the Court order and convene a status conference, and, if needed, a hearing, to discuss and develop a plan to address the housing needs of inmates with acute and subacute mental health needs as expeditiously as possible.

Respectfully submitted,

*/s/ Richard C. Stanley*
Richard C. Stanley, 8487
Matthew J. Paul, 37004
M. Rebecca Cooper, 37080
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
mjp@stanleyreuter.com
mrc@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*