MOTION

(AS AMENDED)

NO. M-17-261

CITY HALL:   May 18, 2017

BY:   COUNCILMEMBERS RAMSEY, BROSSETT AND GRAY (BY REQUEST)

BE IT MOVED BY THE CITY COUNCIL OF THE CITY OF NEW ORLEANS,

That the City Planning Commission is directed to conduct a public hearing to consider an amendment to Ordinance No. 24,282 M.C.S (ZD 30/10), establishing a conditional use to permit a prison and related uses in a HI Heavy Industrial District, on Square 600, all Lots (excluding Lots 28 through 31), Square 615, all lots, Square 624, all lots, Square 624-A, all lots, Square 666, all lots, and Square 675, all lots, in the First Municipal District, bounded by Interstate Highway 10, South Broad Street, Perdido Street, and South Jefferson Davis Parkway, also rescinding Conditional Use Ordinances 10,428 M.C.S., 14,505 M.C.S., 14,648 M.C.S., 14,762 M.C.S., 17,274 M.C.S., and 20,101 M.C.S. (Multiple Municipal Addresses); to permit the construction of a new 89 bed facility that is limited to housing inmates needing medical treatment or inmates with mental health needs; amend the proviso requiring the decommissioning or demolition of temporary housing facilities, the 400-bed modular units referenced therein, to permit retention of temporary housing that can be activated to house work-release inmates, and any overflow needs that may arise from insufficient space at Orleans Justice Center (OJC), consistent with the housing plan presented by the Compliance Director, and to establish parameters ensuring appropriate temporary use and incremental discontinuance once OJC regains sufficient space, but to require the demolition or decommissioning of the temporary housing facilities within **two years** from adoption of the

EXHIBIT 1

ordinance effectuating this amendment (necessitating an additional amendment to the Conditional Use Ordinance to retain any temporary housing beyond the two year period).

**BE IT FURTHER MOVED,** That the City Planning Commission study the decommissioning of 89 beds in Phase II and the repurposing of that bed space when considering the commissioning of the 89 beds in Phase III (the construction of the new 89 bed facility limited to housing inmates needing medical treatment or inmates with mental health needs).

**BE IT FURTHER MOVED,** That in the process of reviewing the desired amendments, the City Planning Commission staff is directed and granted the flexibility to make all appropriate changes to the existing waivers and provisos contained in said Ordinance, to ensure consistency, continuity, and to make the appropriate adjustments deemed necessary to carry out the intent of this Motion.

**THE FOREGOING MOTION WAS READ IN FULL, THE ROLL WAS CALLED ON THE ADOPTION OF THEREOF AND RESULTED AS FOLLOWS:**

YEAS:   Brossett, Gray, Guidry, Ramsey, Williams - 5

NAYS:   Cantrell - 1

ABSENT: Head - 1

AND THE MOTION, AS AMENDED, WAS ADOPTED.

G:\DoCS\NAOMI\COUNCIL\AS AMENDED\2017\M-17-261REVISED.doc

THE FOREGOING IS CERTIFIED TO BE A TRUE AND CORRECT COPY

*Lora W. Johnson*
CLERK OF COUNCIL