# Department of Public Safety & Corrections
## State of Louisiana

**JOHN BEL EDWARDS**
GOVERNOR



**JAMES M. LE BLANC**
SECRETARY

October 22, 2018

The Honorable Marlin Gusman, Sheriff
Orleans Parish
2800 Gravier Street
New Orleans, LA 70119

Dear Sheriff Gusman:

This letter is in reference to the Cooperative Endeavor Agreement of December 1, 2014 (CFMS# 733652) to utilize the Health Services Unit - 2 at Elayn Hunt Correctional Center to provide housing of mental health offenders for Orleans Parish.

In accordance with this agreement, I am writing this to formally notify you that the Department will terminate this agreement effective October 15, 2019. As a result of the continual increase in the population of offenders remanded to the state with mental health needs and the state's projected housing capacity for this population, we are developing a long term plan to utilize this space to house state offenders.

I expect that this will give you ample notice to make accommodations for those offenders currently being housed at Elayn Hunt Correctional Center and to develop a transition plan for moving them.

Your confirmation and response is appreciated.

Thanks,

James M. Le Blanc
Secretary

cc:  Thomas Bickham, Undersecretary
     Seth Smith, DPS&C Chief of Operations
     Warden Tim Hooper, EHCC

EXHIBIT 2