## MEMORANDUM

TO: Honorable Lance M. Africk
Honorable Michael B. North
Sheriff Marlin Gusman
Sunni LeBeouf, City Attorney
Margo Frasier, Lead Monitor
Dr. Raymond Patterson, Monitor
Dr. Robert Greifinger, Monitor

FROM: Darnley R. Hodge, Sr., Compliance Director

DATE: November 26, 2018

RE: Renovation of the Temporary Detention Center (TDC)

We are in the planning process to renovate TDC for the purpose of housing and treating acute mentally ill female inmates. However, we have received notification (copy attached) that the State intends to terminate the agreement for the housing of male inmates at the Elayn Hunt Correctional Facility; termination to be effective October 15, 2019.

It is unknown to me when the construction of Phase III, also known as the Special Use Building will be completed. Therefore, I am planning to renovate TDC for the purpose of housing and treating both female and male acute mentally ill inmates.

If there are any objections, or if anyone would like to have a meeting to discuss the issue and options, please advise as soon as possible. This is a time sensitive issue.

DRH/gfc

Attachment (1)

EXHIBIT 3

## Department of Public Safety & Corrections
### State of Louisiana

JOHN BEL EDWARDS
GOVERNOR



JAMES M. LE BLANC
SECRETARY

October 22, 2018

The Honorable Marlin Gusman, Sheriff
Orleans Parish
2800 Gravier Street
New Orleans, LA  70119

Dear Sheriff Gusman:

This letter is in reference to the Cooperative Endeavor Agreement of December 1, 2014 (CFMS# 733652) to utilize the Health Services Unit - 2 at Elayn Hunt Correctional Center to provide housing of mental health offenders for Orleans Parish.

In accordance with this agreement, I am writing this to formally notify you that the Department will terminate this agreement effective October 15, 2019.  As a result of the continual increase in the population of offenders remanded to the state with mental health needs and the state's projected housing capacity for this population, we are developing a long term plan to utilize this space to house state offenders.

I expect that this will give you ample notice to make accommodations for those offenders currently being housed at Elayn Hunt Correctional Center and to develop a transition plan for moving them.

Your confirmation and response is appreciated.

Thanks,

James M. Le Blanc
Secretary

cc:     Thomas Bickham, Undersecretary
        Seth Smith, DPS&C Chief of Operations
        Warden Tim Hooper, EHCC

P. O. Box 94304 ✦ Baton Rouge, Louisiana 70804 ✦ (225) 342-6740 ✦ Fax (225) 342-3095 ✦ www.doc.la.gov
An Equal Opportunity Employer