ORDINANCE

(AS AMENDED)

(AS CORRECTED)

CITY OF NEW ORLEANS

CITY HALL: January 6, 2011

CALENDAR NO. 28,291

NO.    24282 MAYOR COUNCIL SERIES

BY:    COUNCILMEMBER HEAD (BY REQUEST)

AN ORDINANCE to provide for the establishment of a conditional use to permit a prison and related uses in an HI Heavy Industrial District, on Square 600, all Lots (excluding Lots 28 through 31), Square 615, all lots, Square 624, all lots, Square 624-A, all lots, Square 666, all lots, and Square 675, all lots, in the First Municipal District, bounded by Interstate Highway 10, South Broad Street, Perdido Street, and South Jefferson Davis Parkway; and the rescission of Conditional Use Ordinances 10,428 M.C.S., 14,505 M.C.S., 14,648 M.C.S., 14,762 M.C.S., 17,274 M.C.S., and 20,101 M.C.S. (Multiple Municipal Addresses); and otherwise to provide with respect thereto.

WHEREAS, Zoning Docket Number 30/10 was initiated by City of New Orleans, Criminal Sheriff of Parish of Orleans and Law Enforcement District of the Parish of Orleans and referred to the City Planning Commission; and

WHEREAS, the City Planning Commission held a public hearing on this zoning petition and recommended approval, in its report to the City Council dated April 29, 2010 of the conditional use and the rescission of Conditional Use Ordinances 10,428 M.C.S., 14,505 M.C.S., 14,648 M.C.S., 14,762 M.C.S., 17,274 M.C.S., and 20,101 M.C.S. presented in Zoning Docket Number 30/10; and

WHEREAS, the recommendation of the City Planning Commission was upheld and the changes were deemed necessary and in the best interest of the City of New Orleans and were granted approval, subject to subject to one (1) waiver and twenty-two (22) provisos, in Motion Number M-10-295 of the Council of the City of New Orleans on July 1, 2010; and

EXHIBIT 4

WHEREAS, the Criminal Justice Working Group, established by Executive Order 10-06, has recommended taking the following preliminary actions in an ongoing process to determine the appropriate size of the entire Orleans Parish jail facility.

1  SECTION 1. THE COUNCIL OF THE CITY OF NEW ORLEANS HEREBY
2  ORDAINS that conditional use Ordinance Numbers 10,428 M.C.S., 14,505 M.C.S., 14,648
3  M.C.S., 14,762 M.C.S., 17,274 M.C.S., and 20,101 M.C.S. are hereby rescinded.

1  SECTION 2. THE COUNCIL OF THE CITY OF NEW ORLEANS HEREBY
2  ORDAINS that a conditional use to permit a prison and related uses in an HI Heavy Industrial
3  District, on Square 600, all Lots (excluding Lots 28 through 31), Square 615, all lots, Square
4  624, all lots, Square 624-A, all lots, Square 666, all lots, and Square 675, all lots, in the First
5  Municipal District, bounded by Interstate Highway 10, South Broad Street, Perdido Street, and
6  South Jefferson Davis Parkway (Multiple Municipal Addresses); is hereby authorized and
7  approved, subject to the following waiver and provisos, as specifically set forth herein:

8  **WAIVER:**

9  1.  The applicant shall be granted a waiver of Article 15, Section 15.2.1. *Off-Street*
10  *Parking Regulations for All Districts, Except the CBD Districts and the Vieux*
11  *Carré Districts* of the Comprehensive Zoning Ordinance, which requires the
12  provision of two hundred six (206) off-street parking spaces, to permit the
13  provision of zero (0) off-street parking spaces, subject to the requirements
14  indicated in the related condition (see proviso 20) pertaining to the future
15  provision of off-street parking on the site.

16  **PROVISOS:**

17  No person shall use any of the properties described herein or permit another to use any of
18  those properties described herein for the use authorized by this ordinance, unless the following
19  requirements are met and continue to be met:

20  1.  The applicant shall resubdivide the petitioned lots into one lot of record.

21  2.  The applicant shall submit revised site plans demonstrating that no permanent
22  structure encroaches upon the Poydras Street right-of-way, absent an agreement
23  from the City.

24  3.  The surface parking lot shall be enclosed with perimeter fencing – such as a low
25  masonry chain wall with half metal picket fence above – in order to create a street

26  edge along Perdido Street and the curvilinear South Broad Street/Poydras Service
27  Drive.

28  4.  The applicant shall alter the sallyport window openings at street-level on Perdido
29  Street so that the scale appears larger, as long as security is not compromised.

30  5.  In order for the applicant to add additional properties and to add the Templeman I
31  and II facility, the applicant shall be required to amend this Conditional Use
32  ordinance through the City Planning Commission, with Council approval, in
33  accordance with the full Conditional Use process.

34  6.  The applicant shall secure a long-term lease of servitude for existing
35  improvements made upon the Poydras Street right-of-way, including but not
36  limited to the 12-foot concrete security wall between South White and South
37  Lopez Streets, and the paved storage yard area between South Rendon Street and
38  South Jefferson Davis Parkway.

39  7.  The applicant shall include a note on amended site plans stating that all temporary
40  inmate housing, including tent city, but excluding current 400 bed modular units
41  under construction, will be removed and/or closed upon completion of the 1,438
42  bed facility at the Templeman III & IV site.

43      a.  The applicant shall ensure that upon completion, the 1,438 bed facility at
44          the Templeman III & IV site is designed to accomodate any type of
45          prisoner under any jurisdiction. This includes, but is not limited to, state
46          and federal prisoners, inmates that need substance abuse and mental health
47          treatment (except inmates that require acute mental health treatment),
48          female inmates, and prisoners participating in a re-entry program and that
49          the facility is able to provide a variety of programming aimed at reducing
50          recidivism including, but not limited to, medical care, educational
51          services, including GED preparation, vocational and job training.

52      b.  The applicant shall decommission or demolish the following Orleans
53          Parish Prison facilities upon completion of the 1,438 bed facility at the
54          Templeman III & IV site, unless other appropriate action is taken by the
55          Mayor and/or City Council that is consistent with their authority – House
56          of Detention, Community Correctional Center, Conchetta, Broad Street,
57          South White Street, Templeman V, and the original Temporary Housing
58          Units (Tents). Orleans Parish Prison (OPP) shall only be used as a holding
59          facility to transfer inmates to and from court.

60      c.  The 400-bed modular units currently being constructed shall be
61          decommissioned or demolished no later than eighteen (18) months from
62          the date of issuance of a certificate of use and occupancy for the new
63          Templeman III & IV facility.

3

8. The applicant shall remove all obstructions to automotive and pedestrian traffic, and restore the public right-of-way on Perdido and South White Streets prior to receiving a certificate of use and occupancy for the new Templeman III & IV facility from the Department of Safety and Permits. This proviso may be amended upon written recommendation by the Mayor after meeting with stakeholders and experts.

9. The applicant shall submit a phasing plan for the wall(s) and secure perimeters illustrating materials and assembly. Said wall shall be opaque, twelve (12) feet in height and match the dimensions and style of the existing wall currently installed along the Perdido Street side.

10. The applicant shall secure approval of revised site plans by the Fire Marshall and abide by applicable fire code.

11. The applicant shall submit detailed landscape plans prepared by a licensed Louisiana landscape architect indicating the items listed below. The landscape plan shall be subject to final approval by City Planning Commission staff and by the Department of Parks and Parkways for any proposed planting within a public right-of-way.

    a. Landscaping improvements within the proposed parking lot, on islands, medians and along perimeter ground not improved with asphalt paving.

    b. Shade-plantings along the Perdido Street side of the Intake and Processing Center sallyport, between the building and the sidewalk as space permits, providing a planting bed of not less than two (2) feet.

    c. The genus, species, size, location, quantity and irrigation of all proposed plant materials within both the common areas and the street rights-of-way within the site, with applicable remarks and details.

    d. There shall be aesthetic landscaping, subject to the approval of the Department of Parks and Parkways, along Broad Street between the overpass and the security gate.

12. The applicant shall submit a revised site plan showing additional green space of a sizable concentration within the Correctional Complex that can be used as an outdoor recreation area for inmates, to the extent possible.

13. The applicant shall either modify the location of dumpster berths or provide visual screening as part of the site design so that the Trash Dock at the rear of the Kitchen/Warehouse/Plant will not be visible from the public right-of-way.

102     14.     The applicant shall provide to the City Planning Commission a litter abatement
103 program letter, inclusive of the stated location of litter storage, the type and
104 quantity of trash receptacles, the frequency of litter pickup by the Department of
105 Sanitation or a contracted trash removal company, and the clearing of all litter
106 from the sidewalks and street rights-of-way. The name and phone number of the
107 owner/operator of the development shall be included in this letter to be kept on
108 file in case of any violation.

109     15.     The applicant shall submit a detailed signage plan indicating:

110        a.    The location, text and dimension of all signs posted around the perimeter of
111 the petitioned site or which are visible to the public.

112        b.    Which signs will be illuminated and specifications for said signs.

113     16.     The applicant shall submit a lighting plan for the petitioned site for review and
114 approval by the staff of the City Planning Commission and the Department of
115 Public Works.

116     17.     All proposed curb cuts shall require the approval of the Department of Public
117 Works. All curbs and sidewalks along the Perdido Street frontage shall be
118 replaced and any existing and unused curb cuts along either street frontage shall
119 be restored. Approval of plans for such reconstruction shall be secured from the
120 Department of Public Works.

121     18.     The Sheriff's department shall restrict loading dock activity at night, so that no
122 truck deliveries or trash collection occurs between the hours of 10:00 p.m. and
123 6:00 a.m.

124     19.     The applicant shall secure the approval of the Department of Public Works for the
125 following:

126        a.    the location and construction of all proposed curb cuts and the
127 restoration of any existing curb cuts that are not to be utilized as
128 part of the development;

129        b.    the replacement or restoration of all sidewalks adjacent to and
130 across a street from the site as deemed necessary;

131        c.    the installation of vertical curbs along all street frontages adjacent
132 to the site;

133        d.    the installation of all subsurface drainage for the proposed
134 development; and

135      e.   a traffic impact analysis for the proposed development, including
136          any mitigation measures deemed necessary should significant
137          adverse impact to the transportation system be determined by the
138          Department of Public Works to be likely to occur as a result of the
139          proposed development.

140    20.   Upon the issuance of a certificate of use and occupancy by the City of New
141         Orleans for the new Inmate Process Center and Housing Units building, the
142         applicant shall demolish the eight existing tent prison structures within six
143         months, and shall restore the existing off-street parking lot upon which they are
144         located to use as one hundred forty-seven (147) parking spaces.

145    21.   The applicant shall work with the Sewerage and Water Board as necessary for the
146         retention or relocation of any sewer or water lines affected by the proposed
147         development.

148    22.   The Mayor may provide a written recommendation to the City Council after
149         convening meetings with stakeholders and experts.

150    **SECTION 3.**   Whoever does anything prohibited by this Ordinance or fails to do

151 anything required to be done by this Ordinance shall be guilty of a misdemeanor and upon

152 conviction shall be subject to a fine or to imprisonment or both, such fine and/or imprisonment

153 set by Section 1-13 of the 1995 Code of the City of New Orleans, or should alternatively be

154 subject to whatever civil liabilities, penalties or remedies the law may prescribe. Conviction shall

155 be cause for the immediate cancellation of the Use and Occupancy permit of the premises.

1    **SECTION 4**. This ordinance shall have the legal force and effect of authorizing this

2 conditional use only after all the provisos listed in Section 1 of this Ordinance which impose a

3 one-time obligation have been completely fulfilled and complied with, and only after all the

4 provisos listed in Section 1 which impose a continuing or on-going obligation shall have begun

5 to be fulfilled, as evidenced by the Planning Commission's approval of a final site plan, on or

6 before one year from the date of adoption of this ordinance, (which shall be incorporated into

7 this ordinance by reference) and its subsequent recordation, and no use or occupancy certificates

8 or permits (other than the building permits needed to fulfill the provisos) shall be issued until all

9 the provisos which impose a one-time obligation have been completely fulfilled and complied

6

10   with, and only after all the provisos listed in Section 1  which impose a continuing or ongoing

11   obligation shall have begun to be fulfilled, as evidenced by the Planning Commission's approval

12   of a final site plan (which shall be incorporated into this ordinance by reference) and its

13   subsequent recordation.

ADOPTED BY THE COUNCIL OF THE CITY OF NEW ORLEANS FEBRUARY 3, 2011

JACQUELYN B. CLARKSON
VICE PRESIDENT OF COUNCIL

DELIVERED TO THE MAYOR ON FEBRUARY 4, 2011

APPROVED:
~~DISAPPROVED~~:      FEBRUARY 9, 2011

MITCHELL J. LANDRIEU
MAYOR

RETURNED BY THE MAYOR ON FEBRUARY 9, 2011 AT 3:00 P.M.

PEGGY LEWIS
CLERK OF COUNCIL

ROLL CALL VOTE:

YEAS:     Clarkson, Fielkow, Gisleson Palmer, Guidry, Head, Hedge-Morrell, Johnson – 7

NAYS:     0

ABSENT: 0

*G:\DoCS\KIMBERLI\Amended ord\28291.docx*

THE FOREGOING IS CERTIFIED
TO BE A TRUE AND CORRECT COPY
*Kera W. Johnson*
CLERK OF COUNCIL

7