UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                           CIVIL ACTION

VERSUS                                                                    No. 12-859

MARLIN GUSMAN, ET AL.                                          SECTION I

## ORDER

Considering Independent Jail Compliance Director Darnley R. Hodge, Sr.'s motion[1] requesting a status conference in the above-captioned matter to address mental health housing needs,

**IT IS ORDERED** that a status conference shall be held in chambers on **JANUARY 25, 2019** at **7:30 A.M.**

New Orleans, Louisiana, January 7, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1213.

1