**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LASHAWN JONES, ET AL.                    CIVIL ACTION NO. 12-859
                                         C/W 12-138

VERSUS                                   SECTION "I" (1)

MARLIN GUSMAN, ET AL.                    REF: 12-859


     **IT IS ORDERED** that the status conference scheduled on **Thursday, January 17, 2019 at 8:00 A.M.** is **CANCELLED** to be rescheduled by this Court at a later date.

     New Orleans, Louisiana this 11th day of January, 2019.


LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE