UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

Considering the United States of America's motion[1] to stay the January 17 and 25, 2019 status conferences scheduled in the above-captioned matter,

**IT IS ORDERED** that, in light of the Court's order on this date cancelling the January 17th status conference, the request as to the January 17th conference is **DISMISSED AS MOOT.**

**IT IS FURTHER ORDERED** that the request as to the January 25th status conference is **DENIED**, reserving the United States' right to re-urge the motion closer to the January 25th conference.

New Orleans, Louisiana, January 11, 2019.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1216.