UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and <br> UNITED STATES OF AMERICA Plaintiffs in Intervention <br><br> v. <br><br> MARLIN N. GUSMAN, ET AL, Defendants <br><br> MARLIN N. GUSMAN, Third-Party Plaintiff <br><br> v. <br><br> THE CITY OF NEW ORLEANS, Third-Party Defendant | Civil Action No. 2:12-cv-00859 <br> Section I, Division 5 <br> Judge Lance M. Africk <br> Magistrate Judge Michael B. North |

**UNITED STATES' MOTION FOR A STAY OF THE JANUARY 25, 2019 STATUS CONFERENCE OR, IN THE ALTERNATIVE, TELEPHONIC PARTICIPATION, IN LIGHT OF THE LAPSE IN APPROPRIATIONS**

The United States hereby moves for a stay of the January 25, 2019 status conference in the above-captioned case or, in the alternative, telephonic participation.

1.  At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including

1

"emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the January 25, 2019 status conference until Congress has restored appropriations to the Department. In the alternative, the United States requests permission to participate telephonically.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5. The Plaintiff Class, Sheriff Gusman, and the Independent Jail Compliance Director, through counsel, object to a stay of the January 25, 2019 status conference but do not object to the United States participating telephonically. The City of New Orleans does not object to either request.

6. Although the United States greatly regrets any disruption caused to the Court and the other parties, the United States hereby moves for a stay of the January 25, 2019 status conference in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions or, in the alternative, permission to participate telephonically.

Dated:  January 22, 2019                     Respectfully submitted,


                                                      **FOR THE UNITED STATES:**

                                                      ERIC S. DREIBAND
                                                     Assistant Attorney General
                                                     Civil Rights Division

                                                     STEVEN H. ROSENBAUM
                                                     Chief
                                                     Special Litigation Section

                                                     *s/ Laura L. Cowall*
                                                     LAURA L. COWALL (T.A.)

                                                Special Counsel
                                                KERRY KRENTLER DEAN
                                                MEGAN R. MARKS
                                                Trial Attorneys
                                                Special Litigation Section
                                                Civil Rights Division
                                                U.S. Department of Justice
                                                950 Pennsylvania Avenue N.W.
                                                Washington, D.C. 20530
                                                (202) 514-1089
                                                Laura.Cowall@usdoj.gov

Date:  January 22, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2019, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record.

                             *s/ Laura L. Cowall*
                             LAURA L. COWALL
                             Attorney for the United States
                             Special Litigation Section
                             Civil Rights Division
                             U.S. Department of Justice
                             950 Pennsylvania Avenue N.W.
                             Washington, D.C. 20530
                             (202) 514-1089
                             Laura.Cowall@usdoj.gov