UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

Considering the United States of America's motion[1] to stay the January 25, 2019 status conference,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.** United States Department of Justice attorneys are permitted to participate telephonically. They shall provide the Court with their contact information no later than January 24, 2019 at 5:00 P.M. The Court will initiate the call.

New Orleans, Louisiana, January 22, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1219.