MINUTE ENTRY
AFRICK, J.
January 25, 2019
JS-10 0:45

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

A status conference was held on this date, with all parties represented. The monitors and Tommie Vassel also participated. The Court and the participants discussed pressing matters related to the medical and acute and subacute mental health needs of the Orleans Justice Center (the "OJC") and Elayn Hunt Correctional Center ("Hunt") prisoners.

Currently, the OJC houses its male prisoners with significant mental health issues at Hunt, a Louisiana Department of Corrections facility in St. Gabriel, Louisiana. In August 2014, the Court approved Hunt's use as *a short-term* housing solution while the Orleans Parish Sheriff's Office and the City of New Orleans (the "City"), with the assistance of the monitors, collaborated on a long-term solution. In a motion requesting today's status conference, Independent Jail Compliance Director Darnley R. Hodge, Sr. ("Director Hodge") informed the Court that, according to Louisiana Department of Public Safety and Corrections Secretary James Le Blanc, Hunt will no longer be available to house OJC prisoners beginning on October 15,

2019.[1] As another short-term solution, Director Hodge has proposed using the Temporary Detention Center ("TDC") to house and treat female and male OJC prisoners with mental health needs.

The situation facing prisoners with mental health needs—both the male prisoners at Hunt and the female prisoners at the OJC—is dire: with Hunt no longer available as of October 2019, there is no plan in place regarding housing and treatment for male prisoners with significant mental health needs. Equally as troubling is the fact that there simply *is* no facility to address the needs of female prisoners with significant mental health issues. Despite repeated assurances from the City, little progress has been made. As the Court advised the parties, action must be taken on an emergency basis to avert a crisis.

During the conference, the Court also emphasized the importance of a permanent solution designed to provide constitutionally mandated mental health treatment for all OJC prisoners. The Court reminded the City that all plans are subject to review by the monitors and, ultimately, the Court.

Lead monitor Margo Frasier advised the Court that, despite the problems discussed during the conference, substantial progress has been made since Director Hodge became Independent Jail Compliance Director.

As discussed during the conference,

---

[1] Director Hodge's motion states that, on October 22, 2018, Orleans Parish Sheriff Marlin Gusman received a letter from Secretary Le Blanc formally notifying him that, beginning on October 15, 2019, Hunt will not be available to house OJC inmates with mental health needs due to the state's long-term plan to use the facility to house state offenders with mental health needs. R. Doc. No. 1213-1, at 4–5.

**IT IS ORDERED** that the City of New Orleans, in collaboration with the Independent Jail Compliance Director Darnley R. Hodge, Sr. and after consultation with the monitors, shall submit by **FEBRUARY 25, 2019** a specific written proposal regarding a short-term solution to the mental health-related issues discussed at the conference and set forth in this order. The proposal should detail the City and the Compliance Director's short-term plan with respect to prisoners needing acute and subacute mental health treatment. It should include granular solutions and a timeline, including precisely how the City intends to renovate the Temporary Detention Center, when the renovations will begin, and when the Temporary Detention Center will be available.

**IT IS FURTHER ORDERED** that the City shall direct the architect chosen to design the permanent facility described in the Supplemental Compliance Action Plan,[2] filed into the record on January 4, 2017 (the "Phase III facility"), to begin the programming phase of the Phase III facility as soon as possible and to update the Court on the progress of those efforts at the next scheduled status conference.

**IT IS FURTHER ORDERED** that an in-chambers status conference is scheduled for **MARCH 14, 2019** at **7:30 A.M.**

New Orleans, Louisiana, January 28, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[2] R. Doc. No. 1106.