UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| | **NO. 2:12-cv-00859** |
| **VERSUS** | |
| **MARLIN GUSMAN, ET AL.** | **SECTION I, DIVISION 1** |
| | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE** |
| | **MICHAEL NORTH** |

## RESPONSE TO COURT ORDER DATED 1/25/19 (R.DOC. 1221)

The City of New Orleans (the "City"), under the new leadership of Mayor LaToya Cantrell ("Mayor Cantrell"), herby submits its response to the Court's Order of January 25, 2019 (R.Doc. 1221). The City recognizes the need and urgency to meet the requirements of the Consent Decree regarding the Orleans Parish Sheriff's Office ("OPSO"/"Sheriff's Office). Accordingly, shortly following the Mayoral transition, Mayor Cantrell and her team initiated an analysis of all options to construct Phase III of the Orleans Justice Center ("OJC"). The goal of this analysis was to ensure compliance with the stated Consent Decree obligations, and further to construct a Phase III program, cost effectively and within budget, and to do so in a manner that minimizes negative impact on the operating costs of the Sheriff's Office.

The Independent Jail Compliance Director, Darnley R. Hodge, Sr. ("Director Hodge"), provided notice of lease termination at Elayn Hunt Correctional Center ("Hunt") on November 26, 2018. On December 3, 2018, the City, along with Hill International ("Hill"), Project Manager, and Grace Hebert Architects ("Hebert"), visited OJC to determine if renovations were feasible for the temporary and permanent housing of male and female medical inmates. On January 7, 2019, the City received plans from Director Hodge that were developed by Hebert, under the direction

of Sheriff Marlin Gusman ("Sheriff Gusman") in 2014, to renovate all of the Temporary Detention Center ("TDC") buildings to accommodate 160 male and female medical inmates. Thereafter, on January 12, 2019, the City met with Director Hodge and the Sheriff, and presented three options, including both temporary and permanent solutions for medical services housing within the City's current budget. These options included[1]:

> **1.) Renovations to all TDC buildings phased to accommodate the transfer of male inmates from Hunt, the permanent, 89-bed male and female medical inmate housing, a new visitation center and laundry, and the pedestrian bridge connection to this new building and the kitchen/warehouse building;**
>
> **2.) Renovations to three TDC buildings for the permanent 89-bed male and female medical inmate housing, a new visitation center and laundry, and the pedestrian bridge connection to this new building and the kitchen/warehouse building; and**
>
> **3.) Renovations to the 4th floor of OJC for the permanent 89-bed male and female medical inmate housing, a new visitation center and laundry and the pedestrian bridge connection to this new building and the kitchen/warehouse building.**

On January 23, 2019, the City was informed by counsel for OPSO that OPSO rejected all of the above options.[2]

Thus, in response to the Court's January 25, 2019 Order (R.Doc. 1221), the City of New Orleans, in collaboration with Director Hodge and OPSO, and after consultation with the monitor – submits the following updated written proposal regarding a short-term solution to the Orleans Parish inmate mental health population.

> 1.) The renovation of two TDC buildings (four building units), for use as a temporary acute medical services facility to house 39 male inmates and 26-30 female inmates.[3]

---

[1] See detailed description of OJC medical services options attached hereto as Exhibit 1.
[2] See attached correspondence from Attorney Blake Arcuri rejecting all three options attached hereto as Exhibit 2.
[3] See detailed scope of work from Grace Hebert Architects attached hereto as Exhibit 3.

2

2.) Based on the information currently available, the project schedule estimate is noted as follows:

      a.)      Revisions to current plans – 1 mo.
      b.)      Procurement – 2 months (will require a fast track of the contract after the 30 day advertisement/bid opening period).
      c.)      Construction – 8-9 months
      d.)      Total duration – approximately 12 months

The City anticipates the proposed plan to be within a cost range of $4.5 – $5 million, for the renovation of TDC buildings one and two. OPSO has indicated agreement with this proposed temporary solution.

With the requested renovations to TDC, the City's OPSO capital investment will total **$63.4 million** (including the OPP Docks Renovation, $5.3 million; Youth Study Center 28-bed addition, $17 million; and OJC Medical Services Phase III Building, $36.1 million). Notably, the City has been informed by the leadership of FEMA Region 6 that there will be no additional FEMA funding forthcoming for this project. The City will therefore have to identify an alternate funding source for the TDC renovations.

For the purpose of transparency, it is important to note that this temporary solution, which Director Hodge / OPSO specifically requested, may be demolished following its temporary use, if the building cannot be repurposed. Nevertheless, given the historical and current posture of this Consent Decree litigation matter, along with the Hunt facility's newly asserted position that the referenced population of inmates can no longer be housed in their facility after October 2019, and given the Court's request for a solution within thirty (30) days – the City will prepare to move forward in working to fulfill Director Hodge and OPSO's specific request for the renovation of

3

TDC, a temporary facility, and will work to identify funding for same – while simultaneously continuing to explore other options which may be more feasible given the temporary nature of this very costly solution.

The City, Hill, Hebert and CCS / Wellpath, the OPSO medical services provider, are all actively working with Director Hodge, Sheriff Gusman and the monitors to program, design, and construct a Phase III project that meets the requirements of the Consent Decree, and does so in a cost-effective manner.

Respectfully submitted,

*/s/ Donesia D. Turner*_____
**SUNNI J. LEBEOUF, (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER, (LSBA #23338)**
Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL, (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for City of New Orleans*