# Jean M. Torregano

| | |
|---|---|
| **From:** | Vincent A. Smith |
| **Sent:** | Friday, January 18, 2019 2:06 PM |
| **To:** | Marshall, Isidore; Hodge, Darnley; Bruno, Sean; Ramsey J. Green; Sunni LeBeouf; James Austin; Donesia D. Turner; arcurib@opso.us |
| **Cc:** | Gusman, Marlin; Jerry Hebert; Allen Patrick |
| **Subject:** | OJC MEDICAL SERVICES BUILDING OPTIONS |
| **Attachments:** | OJC Medical Services Facility_Construction Options_F4011619.pdf; OJCMedicalServicesBldgOptions_Attachment01.pdf; OJCMedicalServicesBldgOptions_Attachment02.pdf; OJCMedicalServicesBldgOptions_Attachment03.pdf |

As a follow up to yesterday's meeting please see the attached proposed OJC Medical Services Construction Options. Also included are JFA's inmate population tables and recommended consolidations and supporting sources and uses document for the noted options.

The link to the proposed plans for the 4th floor (originally developed by Grace Hebert and modified by Allen Patrick) are at the following link:

https://www.dropbox.com/sh/u0ankgadcjlay52/AABP4idPZi0w4myqtVa8me1ca?dl=0

If you have any questions or comments it would be good if you could forward them to us prior to next Wednesday's meeting please forward prior to the meeting so we can provide a response.

Thanks.


Vincent A. Smith

Director

Capital Projects Administration/PDU

Office of Infrastructure

City Hall | 1300 Perdido Street | Suite 6E15 | New Orleans, LA 70112

T 504-658-8670 | F 504-658-8652 |

viasmith@nola.gov

1

**EXHIBIT 1**

Based on the walk thru of the 4th Floor of the Phase I and II facilities and a review of the Grace/Hebert plans for renovations to the OJC Temporary Detention Center (TDC) to accommodate 163 inmates at a cost of $8.5mil (adjusted for inflation based on the Grace Hebert cost estimate of $7.443mil developed in 2014) the following summary of additional construction options within the City's $36mil budget are as follows;

1.) OPTION #1 -
- Utilize TDC as a permanent location for mental health services by renovating 2 of the existing 4 buildings to provide a 91-bed male mental acute and sub-acute direct observation inmates; and female mental acute and sub-acute direct observation inmates facility at an estimated cost of $5mil (based on the previously noted cost estimate). The estimated construction duration is 6-8mos. Construction could be phased to open one building to allow for the relocation of the inmates at Hunt.
- The remaining funding from the City's $36mil could be applied towards the renovation of the remaining 2 TDC buildings to accommodate a new medical and mental health administrative wing, laundry and visitation center at an estimated cost of $6mil (which is 75% of the Grace Hebert new construction estimate for these spaces). Also, the bridge connection from the Jail/Admin Cntr. to the Kitchen/Warehouse could be constructed ($2.5mil based on the Grace Hebert Estimate). The estimated construction duration for this work is 9-12mos (construction work be engaged concurrently with the medical services buildout noted above), (see attachment #1/option#1 sources and uses summary).

2.) OPTION #2 -
-Renovate 3 of the existing TDC buildings to provide a permanent 91-bed male mental acute and sub-acute direct observation inmates; and female mental acute and sub-acute direct observation inmates facility w/mental and medical health administrative space at an estimated cost of $7mil (based on the previously noted cost estimate). The estimated construction duration is 6-8mos. Construction could be phased to open one building to allow for the relocation of the inmates at Hunt or the Hunt lease could be extended thru the full construction duration.
-The remaining funding from the City's $36mil could be applied towards the construction of a new visitation center, laundry and pedestrian bridge ($11mil based on the Grace Hebert Estimate). The estimated construction duration for this work is 9-12mos (construction work be engaged concurrently with the medical services buildout noted above), (see attachment #2/option#2 sources and uses summary).

3.) OPTION #3 -
-Renovate the 2nd floor pod at OJC that currently holds youthful offenders who will be relocated to the new YSC addition for the relocation of inmates from Hunt ($1.25 mil based on Hill, International estimate). The estimated construction duration is 4mos.
-The remaining funding from the City's $36mil could be applied towards the renovation of the 4th Floor of OJC to accommodate male mental acute and sub-acute direct observation inmates; female mental acute and sub-acute direct observation inmates; mental and medical administration build-out of unfinished space on the 2nd floor ($12mil based on Hill International and Allen Patrick estimates) and; construct a new visitation center, laundry and pedestrian bridge ($11mil based on the Grace Hebert Estimate). The estimated construction duration is 12 months (construction work be engaged concurrently with the medical services buildout noted above), (see attachment #3/option#3 sources and uses summary). One of the existing TDC facilities could be used as a swing space for inmates on the 4th floor during construction.

NOTE: The projected durations are for construction only and do not include durations for revisions to any current designs and/or new designs (which have to be determined), and the typical 90-day City procurement duration.

A summary table of the above noted options is listed below:

**EXHIBIT 1**

## SUMMARY TABLE OF OPTIONS 1 - 3

| Item | Option 1 | Option 2 | Option 3 |
|---|---|---|---|
| TDC Used As Permanent Facility? | Yes | Yes | No |
| Bed Capacity for Acute/Sub Acute MH Population | 91 | 91 | 132 |
| Phase 3 Building Constructed? | No | Yes | Yes |
| Visitation Area Constructed? | Yes | Yes | Yes |
| Laundry Area Constructed? | Yes | Yes | Yes |
| Bridge Constructed? | Yes | Yes | Yes |
| Construction Durations | 6-12 mos. | 9-12 mos. | 12 mos. |
| Total Project Costs (Hard/Soft/Contingency) | $21.8mil | $27.2mil | $34.8mil |
| Total Jail Bed Capacity | 1,529 | 1,529 | 1,300 |
| Current Jail Population | 1,197 | 1,197 | 1,197 |
| Projected 2021 Jail Population | 993 | 993 | 993 |
| Projected Bed Surplus | +536 | +536 | +307 |

**EXHIBIT 1**

OJC MEDICAL SERVICES BUILDING
CONSTRUCTION OPTION #1

Proposed Budget Analysis-    CNO - OJC MEDICAL SERVICES BUILDING
January 14, 2019
Prepared by: Vincent Smith

## SOURCES
### Current Available Funding
#### 3.1 FEMA / Bonds

| | Actual Value | Remarks |
|---|---|---|
| Funds available for Construction (FEMA) | $ 36,048,228.00 | |
| | $ - | |
| | $ - | |
| **GRAND TOTAL SOURCES:** | **$ 36,048,228.00** | |

## USES
### Hard Cost

| | | Budget Value | Remarks |
|---|---|---|---|
| Renovations to TDC (2 bldgs.) for a permanent (91 bed) Medical Services Building Location | | $ 5,000,000.00 | |
| Renovations to TDC (2 bldgs.) for a permanent admin., visitation center and laundry facility | | $ 6,000,000.00 | |
| Bridge Connection | | $ 2,500,000.00 | |
| | Sub-total | $ 13,500,000.00 | |
| | Escalation @ 6% | $810,000.00 | (Assumed 3% per year) |
| | Sub-total | $14,310,000.00 | |
| Construction Contingency (10%) | | $ 1,431,000.00 | |
| | **TOTAL:** | **$ 15,741,000.00** | |

### Soft Cost
#### 2.1 Soft Cost Budget

| | | Budget Value | Remarks |
|---|---|---|---|
| AE Services | | $ 2,345,882.00 | |
| PM Services | | $ 1,398,500.00 | |
| FF&E | | $ 1,400,000.00 | Allowance |
| 5% Soft Cost Contingency - testing, survey, site remediation, other | | $ 787,050.00 | |
| | **TOTAL:** | **$ 5,931,432.00** | |

| | **GRAND TOTAL USES:** | **$ 21,672,432.00** | |

| | Total Proposed Project Budget | $ 21,672,432.00 | |
| | Total Available Funding | $ 36,048,228.00 | |
| | Add'l Funding Req'd or Budget Surplus : | $ 14,375,796.00 | Budget Surplus |

**EXHIBIT 1**

## OJC MEDICAL SERVICES BUILDING
## CONSTRUCTION OPTION #2

Proposed Budget Analysis-  CNO - OJC MEDICAL SERVICES BUILDING
January 14, 2019
Prepared by: Vincent Smith

### SOURCES
**Current Available Funding**

**3.1 FEMA / Bonds** | | Actual Value | | Remarks
---|---|---|---|---
Funds available for Construction (FEMA) | $ | 36,048,228.00 | |
 | $ | - | |
 | $ | - | |
**GRAND TOTAL SOURCES:** | $ | **36,048,228.00** | |

### USES
**Hard Cost**

| | | Budget Value | |
|---|---|---|---|
| Renovations to TDC (3 bldgs.) for a permanent (91 bed) Medical Services/Admin Bldg Location | $ | 7,000,000.00 | |
| New Visitation/Laundry/Pedestrian Bridge | $ | 11,000,000.00 | |
| | $ | - | |
| Sub-total | $ | 18,000,000.00 | |
| Escalation @ 6% | | $1,080,000.00 | (Assumed 3% per year) |
| Sub-total | | $19,080,000.00 | |
| Construction Contingency (10%) | $ | 1,908,000.00 | |
| **TOTAL:** | $ | **20,988,000.00** | |

**Soft Cost**
**2.1 Soft Cost Budget**

| | | Budget Value | |
|---|---|---|---|
| AE Services | $ | 2,345,882.00 | |
| PM Services | $ | 1,398,500.00 | |
| FF&E | $ | 1,400,000.00 | Allowance |
| 5% Soft Cost Contingency - testing, survey, site remediation, other | $ | 1,049,400.00 | |
| **TOTAL:** | $ | **6,193,782.00** | |

**GRAND TOTAL USES:** $ **27,181,782.00**

| | | | |
|---|---|---|---|
| Total Proposed Project Budget | $ | 27,181,782.00 | |
| Total Available Funding | $ | 36,048,228.00 | |
| Add'l Funding Req'd or Budget Surplus: | $ | **8,866,446.00** | **Budget Surplus** |

**EXHIBIT 1**

**OJC MEDICAL SERVICES BUILDING**
**CONSTRUCTION OPTION #3**

Proposed Budget Analysis-   CNO - OJC MEDICAL SERVICES BUILDING
January 14, 2019
Prepared by: Vincent Smith

## SOURCES

### Current Available Funding

#### 3.1 FEMA / Bonds

| | Actual Value | Remarks |
|---|---|---|
| Funds available for Construction (FEMA) | $ 36,048,228.00 | |
| | $ - | |
| | $ - | |
| **GRAND TOTAL SOURCES:** | **$ 36,048,228.00** | |

## USES

### Hard Cost

| | Budget Value | |
|---|---|---|
| 4th Floor Retrofit | $ 12,000,000.00 | |
| New Visitation/Laundry/Pedestrian Bridge | $ 11,000,000.00 | |
| Renovate 2nd Floor Pod for the relocation of prisoners from Hunt | $ 1,250,000.00 | |
| Sub-total | $ 24,250,000.00 | |
| Escalation @ 6% | $1,455,000.00 | |
| Sub-total | $25,705,000.00 | |
| Construction Contingency (10%) | $ 2,570,500.00 | |
| **TOTAL:** | **$ 28,275,500.00** | |

### Soft Cost

#### 2.1 Soft Cost Budget

| | Budget Value | |
|---|---|---|
| AE Services | $ 2,345,882.00 | |
| PM Services | $ 1,398,500.00 | |
| FF&E | $ 1,400,000.00 | Allowance |
| 5% Soft Cost Contingency - testing, survey, site remediation, other | $ 1,413,775.00 | |
| **TOTAL:** | **$ 6,558,157.00** | |

| | | |
|---|---|---|
| **GRAND TOTAL USES:** | **$ 34,833,657.00** | |
| Total Proposed Project Budget | $ 34,833,657.00 | |
| Total Available Funding | $ 36,048,228.00 | |
| Add'l Funding Req'd or Budget Surplus : | $ 1,214,571.00 | Budget Surplus |

**EXHIBIT 1**