# Orleans Justice Center
# 60 Day Update – March 2019

**Sustainable Hiring**
During this 60-day period the Human Resources Division participated in eight (8) job fairs within the region.  The recruiters continue to note that OPSO is one of the lowest paid agencies present at most of the job fairs we participate in.

In addition to the job fair participation, the Human Resources Division hosted three (3) employee town hall sessions; ways to retain employees were discussed.

Human Resources continues to recruit and hire qualified candidates capable of staffing the OPSO vacancies, specifically the jail operations.

In January 2019 OPSO hired thirteen (13) new employees, of which the breakdown was: one (1) Corrections Monitoring Technician, one (1) Court Deputy, one (1) HR Manager, and ten (10) Deputy-Recruits.  In addition to the new hires in January, six (6) employees separated from OPSO during that same time frame.  The six separations were ranked: one (1) ISB Agent, one (1) Corrections Monitoring Technician, one (1) IPC Clerk, one (1) Real Estate Clerk, and two (2) Deputy-Recruits.  Of the separations, one (1) was due to his death, two (2) were due to Job Abandonment, one (1) for Misconduct, and two (2) were for Personal Reasons.

In February 2019 OPSO hired thirty-six (36) new employees, of which the breakdown was:  one (1) Administrative Assistant, one (1) Chief of Corrections, three (3) Classification Specialists, nine (9) Corrections Monitoring Technicians, one (1) Dispatcher (Facilities), two (2) IPC Clerks, sixteen (16) Deputy-Recruits, and three (3) Warehouse Clerks.  During that same time frame, OPSO separated ten (10) employees.  Of the separations, five (5) were due to Job Abandonment, four (4) for Misconduct, and one (1) for Personal Reasons.

This reporting period saw a net gain of thirty-three (33) new hires.  Upon analyzing the data, of the separations in January and February, seven (7) had less than six months of service time to OPSO, three (3) were employed between one and two years, two between two and four years, and four for greater than four years.  All four employees with greater than four years of service were separated for Misconduct.

**Policies**
The Policy & Accreditation team continues to work with the Monitors and the Plaintiffs' Class to successfully review and complete the OPSO policies, standard operating procedures, and post orders.  As the documents are completed, OPSO will continue to forward them to the aforementioned partners for their review and feedback.

During the months of January and February 2019, Director Hammons and her team's primary focus was on completing annual reviews of previously approved policies.  There

were a total of sixteen (16) policies and sixteen (16) SOP's submitted for review. In addition, the following new policies were submitted for review and approval:

- 101.04 – Food Service Review and Inspection
- 7601 – Food Service Review and Inspection Procedures
- 7001.04 – Inmate Meal Service Preparation and Transport
- 7601 – Inmate Meal Service Preparation and Transport Procedures

**PREA Compliance**
The Compliance Bureau Manager, Alexys Kyman and PREA Coordinator, Sergeant Hazel Bowser, continue to make strides in achieving compliance to prepare for OPSO's PREA audit. OPSO is currently awaiting the return of PREA policies 801.26 – 901.05 from the Federal Monitors. Sergeant Bowser has met with Chief of Corrections Byron LeCounte and Colonel G. Scott Colvin and discussed establishing a solution to PREA Standard 115.14, relative to the sight and sound separation requirement between youthful and adult offenders. In addition, they also discussed establishing guidelines for the housing of youthful female offenders upon intake.

Previously inmates being housed in Disciplinary or Administrative Segregation did not have telephone access. During the last sixty days, this practice was amended to allow inmates housed in segregation to have access to the PREA and Sexual Abuse hotlines.

The PREA Audit is tentatively scheduled to be conducted between late July and early August 2019. The PREA Coordinator is currently waiting to receive proposals from PREA auditors. Finally, PREA training continues for all new hires, re-hires, contract staff, and volunteers. Currently, all OPSO staff is up-to-date with requisite PREA training and refresher courses.

**Incident Updates and Outcome Data**
An initial note about reporting:

Often, OJC's total reporting numbers are interpreted as the total number of distinct incidents which occurred in the facility during a given period of time. This is not necessarily correct, as some incidents appear more than once in the number count because of more than one action occurring during the same incident. For example, if two inmates are involved in a physical altercation, and a staff member steps in to separate them, that single incident will appear as one (1) inmate-on-inmate altercation and one (1) use of force if force is used. If, in that same example, one of the inmates pushed the staff member, that incident would be also be reflected in the numbers as one (1) inmate-on-staff altercation.

We continue to work to accurately capture all incidents and to timely notify the monitors of those incidents; we believe that we have made significant progress towards capturing

the accurate number of reportable incidents. Our objective is to show substantial compliance during the next monitoring tour scheduled for September 2019.

*Overall Incidents 2019*



Overall Inmate-on-Inmate altercations appear to be trending downward. According to the above chart, there were forty-five (45) reported Inmate-on-Inmate Altercations in January and only twenty-eight (28) in February. This represented a 37.78% decrease in reported incidents.

In January there were thirteen (13) reported Inmate-on-Staff altercations and nineteen (19) in February. When compared, this represents a 46.15% increase in reported incidents. OPSO must continue to monitor and analyze these statistics to determine what can be done to reduce the number of incidents.

Suicide attempts between January and February nearly broke even with fifteen (15) and thirteen (13) respectively. When compared, the data shows a 13.33% decrease in suicide attempts between the two months reviewed.

We are continuing our attempts to combat housing manipulation through designed suicide attempts but it continues to be an uphill climb. We will continue to monitor these numbers for a better understanding.

**Excessive or Inappropriate Force:**
Sergeant Phares and the Force Investigation Team (FIT) continue to review all uses of force, whether reported by a deputy, other staff member, inmate, or civilian. During January and February, five (5) complaints were received alleging excessive or inappropriate force (one of these five involved a December 2018 incident – an inmate barricade on pod 2-F that was discussed in the last 60-day update). All five (5) complaints are currently open. Preliminary findings indicate one could be partially substantiated (19-00376-B).

During January and February, FIT did not close any cases with a finding of Not Justified or Excessive.

**PREA Incidents:**
During the month of January 2019, the PREA Unit investigated ten (10) PREA-related incidents. They were categorized as follows: two (2) Sexual Assault allegations; four (4) allegations of Sexual Harassment; two (2) Sexual Battery allegations; and, one (1) Sexual Misconduct allegation. All of the cases investigated in January 2019 are considered CLOSED.

During the month of February 2019, the PREA Unit investigated six (6) PREA-related incidents. They were categorized as follows: two (2) Sexual Assault allegations; and, four (4) Sexual Harassment allegations. Of those cases only one has been CLOSED and the others remain under investigation.