MINUTE ENTRY
AFRICK, J.
March 14, 2019
JS-10 1:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                                    **CIVIL ACTION**

**VERSUS**                                                                      **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                                  **SECTION I**

## ORDER

A status conference was held on this date, with all parties represented. In addition to the parties' representatives, the following persons participated: United States Magistrate Judge Michael North, lead monitor Margo Frasier and monitors Dr. Bob Greifinger and Dr. Ray Patterson; Independent Jail Compliance Director Darnley R. Hodge, Sr. and members of his staff; New Orleans City Councilmembers Jason Williams, Joseph Giarrusso, III, and Helena Moreno; and John Sousa, the project manager on behalf of the City of New Orleans (the "City").

The Court and the participants discussed ongoing matters related to the medical and acute and subacute mental health needs of the prisoners confined at the Orleans Justice Center (the "OJC") and Elayn Hunt Correctional Center ("Hunt"). Matters discussed included the emergency situation posed by the potential loss in October 2019 of Hunt as a facility available to house male OJC prisoners requiring acute and subacute mental health care. Issues surrounding a lack of constitutional

mental health care treatment for female OJC prisoners, as well as issues concerning their access to constitutional medical care, were likewise discussed at length.

Following discussions with the Court, the City agreed to move forward with the renovation of the Temporary Detention Center—which is to be used as a temporary facility intended to address the needs of prisoners discussed herein. The City also reaffirmed, once again, its commitment to building the permanent medical and mental health facility referred to as Phase III on an expedited basis.

Furthermore,

**IT IS ORDERED** that an in-chambers status conference is scheduled for **APRIL 2, 2019** at **7:30 A.M.**

New Orleans, Louisiana, March 14, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**