UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL                                    CIVIL ACTION

VERSUS                                                          NO. 12-859

MARLIN GUSMAN, ET AL                                 SECTION I

**O R D E R**

   **IT IS ORDERED** that the in-chambers status conference scheduled for **Tuesday, April 2, 2019** at **7:30 A.M**. is **CANCELLED**.

   New Orleans, Louisiana this 1ˢᵗ day of April, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE