UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                CIVIL ACTION NO. 12-859

                                                                     SECTION I, DIVISION 1
VERSUS

MARLIN GUSMAN, ET AL.                JUDGE LANCE M. AFRICK
                                                                     MAGISTRATE JUDGE NORTH

## STATUS REPORT

The City of New Orleans (the "City) hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019 (R.Doc. 1227).

Capital Projects is currently engaged in the design phase of TDC. Grace Hebert Architects ("Hebert") is scheduled to submit design documents (95%) no later than Monday, April 22, 2019. Following review as may be appropriate, a bid package will be submitted to the City's Purchasing Department. The City's goal is to post the project for advertisement by Friday, May 3, 2019. The anticipated projected construction notice to proceed date ("NTP") is Monday, July 8, 2019. Assuming no unexpected impediments, the current projected TDC construction completion date is March 2020.

The City additionally submits that meaningful progress is also being made on the Phase III permanent facility project. Programming work is currently ongoing with the City and the Orleans Parish Sheriff's Office ("OPSO"), along with Hebert and Hill International ("Hill"). Square footage reduction strategies are under review. Following programming review and input by the appropriate entities, the City is targeting completing the programming phase of the Phase III project by June 1, 2019. The current projected finish date for the Phase III facility is June 2022.

The City will update the Court and the parties of any changes to the projected dates submitted herein.

.

                                           Respectfully Submitted,

                                           */s/ Sunni J. LeBeouf*_____
                                           **SUNNI J. LEBEOUF (LSBA #28633)**
                                           CITY ATTORNEY
                                           Email: sunni.lebeouf@nola.gov
                                           **DONESIA D. TURNER (LSBA #23338)**
                                           Email: donesia.turner@nola.gov
                                           Sr. Chief Deputy City Attorney
                                           **CHURITA H. HANSELL (LSBA #25694)**
                                           Chief Deputy City Attorney
                                           Email:  chhansell@nola.gov
                                           1300 PERDIDO STREET
                                           CITY HALL-ROOM 5E03
                                           NEW ORLEANS, LOUISIANA 70112
                                           TELEPHONE:  (504) 658-9800
                                           FACSIMILE:  (504) 658-9868

                                           *Counsel for the City of New Orleans*