# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL** | **SECTION I** |

It is with profound regret that this Court accepts the resignation of Monitor Susan McCampbell. Ms. McCampbell, former Lead Monitor, notified the Court that she must resign for personal reasons.

The Court expresses its deep gratitude to Ms. McCampbell for her years of service. Through her leadership, experience, and commitment, great strides have been made in an effort to achieve the goal of a constitutional jail in Orleans Parish. Working with the other monitors, the Court, plaintiffs, the City of New Orleans, and the Orleans Parish Sheriff's Office, Ms. McCampbell was always resolute in her efforts to achieve compliance with the Consent Decree and build a foundation and infrastructure that would serve the citizens of this community in the future.

New Orleans, Louisiana this 22nd day of April, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE