UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| | **NO. 2:12-cv-00859** |
| **VERSUS** | |
| **MARLIN GUSMAN, ET AL.** | **SECTION I, DIVISION 1** |
| | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE MICHAEL NORTH** |

## STATUS REPORT

The City of New Orleans (the "City") hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019. (R.Doc. 1227).

On Thursday, April 25, 2019, Grace/Hebert Architects (GHA) submitted 100% signed design documents. (See hereto Attachment #1). On Monday, May 6, 2019, the TDC plans and schedule were presented to the major project stakeholders (i.e., Orleans Parish Sheriff's Office ("OPSO"), Federal Compliance Director and Monitors, and representatives for the Plaintiffs). No objections to moving forward were noted. The project is currently being advertised for bids. On Tuesday, May 14, 2019, there was a Pre-Bid meeting and walk through of TDC buildings 1 and 2. The anticipated bid opening date is Thursday, May 30, 2019, and the targeted construction completion date is Friday, March 13, 2020.

Additionally, on Wednesday, April 17, 2019, a meeting regarding the OJC Medical Services Building (Phase III) was held with OPSO and the City, to review and discuss the City's and OPSO's comments on the March 2019, GHA draft building program. The discussions were focused on potential areas of reduction noted by the City in their program comments. The current

target date for completion of the program phase of the Medical Services Building is June 1, 2019, and the target finish date for Phase III is June, 2022.

Lastly, as discussed after the May 7, 2019, Status Conference, a subcommittee has been established, which includes the appropriate entities, to continue the program phase discussion. Subsequently, the subcommittee met Thursday, May 16, 2019, to continue dialog regarding Phase III programming. Thus, notably the targeted completion date for programming may need adjusting due to the ongoing work of the subcommittee.

                Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF, (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER, (LSBA #23338)**
Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL, (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for City of New Orleans*