ATTACHMENT #1

# TEMPORARY ACUTE MENTAL HEALTH FACILITY
## ORLEANS PARISH SHERIFF'S OFFICE
### APRIL 18, 2019

**TEMPORARY ACUTE MENTAL HEALTH FACILITY**
ORLEANS PARISH SHERIFF'S OFFICE
3200 PERDIDO ST, NEW ORLEANS, LA 70119

COVER SHEET
T10

## DRAWING INDEX

| NUMBER | NAME |
|---|---|
| T101 | COVER SHEET |
| T102 | GENERAL INFORMATION |
| T103 | PARTITION TYPES |
| LS101 | LIFE SAFETY PLAN |
| AS101 | ARCHITECTURAL SITE PLAN |
| AD101 | DEMOLITION - BUILDINGS 1 & 2 |
| A101 | FIRST FLOOR PLAN - BUILDINGS 1 & 2 |
| A111 | ENLARGED FLOOR PLAN - 1A |
| A112 | ENLARGED FLOOR PLAN - 1B, 2A, & 2B |
| A121 | REFLECTED CEILING PLAN - BUILDINGS 1 & 2 |
| A301 | CEILING DETAILS |
| A302 | BUILDING DETAILS |
| A401 | BUILDING SECTIONS |
| A402 | WALL SECTIONS |
| A501 | WALL SECTIONS |
| A502 | INTERIOR ELEVATIONS |
| A601 | INTERIOR ELEVATIONS |
| A602 | MILLWORK |
| A611 | MILLWORK |
| A701 | DETAILS |
| A702 | DOOR SCHEDULES AND ELEVATIONS |
| A801 | DOOR DETAILS |
| | FINISH SCHEDULE AND LEGEND |
| S101 | BLDG 1 & 2 PLAN - WASTE AND VENT |
| S102 | TYPICAL DETAILS |
| SE101-D | DEMO-EXISTING SECURITY-BUILDINGS 1 & 2 |
| SE101 | SECURITY PLAN-BUILDINGS 1 & 2 |
| M100 | HVAC GENERAL NOTES, SYMBOLS AND ABBREVIATIONS |
| M101 | HVAC SCHEDULES |
| M200 | HVAC OVERALL PLAN - BUILDINGS 1 & 2 |
| M201 | HVAC ENLARGED PLAN - 1A |
| M202 | HVAC ENLARGED PLAN - 1B |
| M203 | HVAC ENLARGED PLAN - 2A |
| M204 | HVAC ENLARGED PLAN - 2B |
| M501 | HVAC SCHEMATICS AND CONTROLS |
| M502 | HVAC SCHEMATICS AND CONTROLS |
| M601 | HVAC DETAILS |
| M602 | HVAC DETAILS |
| M603 | HVAC DETAILS |
| M604 | HVAC DETAILS |
| MD200 | HVAC DEMOLITION PLAN - BUILDINGS 1 & 2 |
| P100 | GENERAL PLUMBING NOTES, SYMBOLS, AND ABBREVIATIONS |
| P101 | PLUMBING SCHEDULES |
| P201 | WASTE AND VENT ENLARGED PLAN - 1A |
| P202 | WASTE AND VENT ENLARGED PLAN - 1B |
| P203 | WASTE AND VENT ENLARGED PLAN - 2A |
| P204 | WASTE AND VENT ENLARGED PLAN - 2B |
| P301 | DOMESTIC WATER ENLARGED PLAN - 1A |
| P302 | DOMESTIC WATER ENLARGED PLAN - 1B |
| P303 | DOMESTIC WATER ENLARGED PLAN - 2A |
| P304 | DOMESTIC WATER ENLARGED PLAN - 2B |
| P401 | ISOMETRIC - WASTE AND VENT |
| P402 | ISOMETRIC - DOMESTIC WATER |
| P501 | PLUMBING DETAILS |
| PD201 | PLUMBING DEMOLITION - BUILDINGS 1 & 2 |
| FP100 | FIRE PROTECTION GENERAL NOTES AND SYSTEM REQUIREMENTS |
| FP201 | FIRE PROTECTION ENLARGED PLAN - 1A |
| FP202 | FIRE PROTECTION ENLARGED PLAN - 1B |
| FP203 | FIRE PROTECTION ENLARGED PLAN - 2A |
| FP204 | FIRE PROTECTION ENLARGED PLAN - 2B |
| E100 | ELECTRICAL NOTES & SPECIFICATIONS |
| E201 | LIGHTING ENLARGED PLAN - 1A |
| E202 | LIGHTING ENLARGED PLAN - 1B |
| E203 | LIGHTING ENLARGED PLAN - 2A |
| E204 | LIGHTING ENLARGED PLAN - 2B |
| E301 | POWER & COMMUNICATIONS ENLARGED PLAN - 1A |
| E302 | POWER & COMMUNICATIONS ENLARGED PLAN - 1B |
| E303 | POWER & COMMUNICATIONS ENLARGED PLAN - 2A |
| E304 | POWER & COMMUNICATIONS ENLARGED PLAN - 2B |
| E401 | MECHANICAL POWER ENLARGED PLAN - 1A |
| E402 | MECHANICAL POWER ENLARGED PLAN - 1B |
| E403 | MECHANICAL POWER ENLARGED PLAN - 2A |
| E404 | MECHANICAL POWER ENLARGED PLAN - 2B |
| E601 | FIRE ALARM ENLARGED PLAN - 1A |
| E602 | FIRE ALARM ENLARGED PLAN - 1B |
| E603 | FIRE ALARM ENLARGED PLAN - 2A |
| E604 | FIRE ALARM ENLARGED PLAN - 2B |
| E701 | ELECTRICAL SCHEDULES |

## VICINITY MAP

## DIRECTORY

**ARCHITECTS:**
GRACE HEBERT ARCHITECTS
501 GOVERNMENT ST, SUITE 200
BATON ROUGE, LA 70802
PHONE: 504 522 2550

**MECHANICAL ENGINEER:**
HUSSMAN & ASSOCIATES
3925 N I-10 SERVICE RD SUITE 201B
METAIRIE, LA 70002
PHONE: 504 456 3119

**ELECTRICAL ENGINEER:**
HUSSMAN & ASSOCIATES
3925 N I-10 SERVICE RD SUITE 201B
METAIRIE, LA 70002
PHONE: 504 456 3119

**STRUCTURAL ENGINEER:**
SCHRENK ENDOM & FLANAGAN, LLC
4227 BIENVILLE AVE
NEW ORLEANS, LA 70119
PHONE: 504 482 7655

## GENERAL NOTES

1. THE GENERAL CONTRACTOR (GC) HEREAFTER) UPON SIGNING AN OWNER/GC AGREEMENT ACCEPTS THE CONSTRUCTION DOCUMENTS INCLUDING THESE DRAWINGS WITH THE INCLUDED NOTES AND SPECIFICATIONS AND AGREES TO EXECUTE & COMPLETE THE NECESSARY WORK IN A MANNER DESCRIBED HEREIN.

2. UPON EXAMINATION OF AND FAMILIARIZATION WITH CONSTRUCTION DOCUMENTS AND JOBSITE, ANY DISCREPANCIES, OMISSIONS, AMBIGUITIES AND/OR CONFLICTS NOTED SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT IN WRITING FOR CORRECTION.

3. ANY ELEMENT REQUIRED BY GENERALLY ACCEPTED CONSTRUCTION PRACTICES TO BE INCORPORATED IN CONSTRUCTION BUT NOT SPECIFIED IN THE CONSTRUCTION DOCUMENTS SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT FOR REVIEW AND ACTION.

4. NO MODIFICATIONS, REVISIONS, OR CHANGES SHALL BE UNDERTAKEN UNLESS SPECIFICALLY SO INSTRUCTED AND APPROVED BY THE OWNER AND ARCHITECT IN WRITING.

5. DURING THE COURSE OF THE PROJECT, THE GC SHALL MAKE EVERY EFFORT TO FULLY INFORM ALL CONCERNED PARTIES REGARDING DECISIONS & ACTIONS TAKEN WHICH IN ANY WAY MIGHT AFFECT ANY SAID PARTIES.

6. GC SHALL BE RESPONSIBLE FOR SECURING SPACE DURING CONSTRUCTION FOR PROTECTION OF MATERIALS, TOOLS, ETC. COORDINATE WITH OWNER FOR ALLOWABLE LOCATIONS.

7. SAFE CONSTRUCTION PRACTICES SHALL BE OBSERVED TO ASSURE WORKMEN SAFETY ON JOB AND SAFETY OF ALL PERSONNEL.

8. GC SHALL BE RESPONSIBLE FOR PROTECTING THE PREMISES AND ALL AREAS, AND OUTSIDE SPACE AGAINST DAMAGE DURING THE CONSTRUCTION PROCESS. ANY DAMAGE TO THESE AREAS SHALL BE CORRECTED TO SATISFACTION OF THE OWNER AND ARCHITECT AT THE GC'S COST.

9. GC SHALL PERMIT AND FACILITATE OBSERVATION OF WORK BY OWNER, ARCHITECT, THEIR AGENTS, AND PUBLIC AUTHORITIES AT ALL TIMES AS REQUESTED OR NEEDED.

10. GC SHALL BE RESPONSIBLE FOR ALL LOCAL BUILDING DEPARTMENT INSPECTIONS, PERMITS, APPROVAL, ETC. PAYMENT OF ALL NECESSARY FEES AS REQUIRED BY THE ABOVE AUTHORITIES FOR JOB COMPLETION AND SIGN-OFF SHALL BE INCLUDED IN PRICE.

11. WHERE MORE THAN ONE REGULATION APPLIES, THE MORE STRICT REGULATION SHALL GOVERN.

12. GC SHALL RE-EXECUTE ANY WORK THAT FAILS TO CONFORM TO THE DRAWINGS/DETAILS AS SHOWN ON THESE CONSTRUCTION DOCUMENTS AND ANY DEFECTS DUE TO FAULTY MATERIAL OR WORKMANSHIP WHICH APPEAR WITHIN A PERIOD OF ONE (1) YEAR FROM THE DATE OF MOVE-IN.

13. DO NOT SCALE DRAWINGS. WRITTEN DIMENSIONS TAKE PRECEDENCE OVER GRAPHIC REPRESENTATION. DETAIL DIMENSIONS TAKE PRECEDENCE OVER PLAN DIMENSIONS. ANY INCONSISTENCY SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT IMMEDIATELY FOR CLARIFICATION & COORDINATION.

14. GC SHALL BE RESPONSIBLE FOR FIELD MEASURING OF EXISTING CONDITIONS PRIOR TO START OF WORK AND DURING CONSTRUCTION AS NECESSARY.

15. GC SHALL KEEP THE PREMISES FREE FROM ACCUMULATION OF WASTE MATERIAL. AT COMPLETION OF THE PROJECT GC SHALL REMOVE FROM PREMISES ALL RUBBISH IMPLEMENTS AND SURPLUS MATERIALS AND LEAVE THE PREMISES CLEAN. PAY APPLICATIONS MAY BE WITHHELD UNTIL THIS HAS BEEN COMPLETED.

16. ALL SUBSTITUTIONS I.E. "EQUALS" MUST BE SUBMITTED TO THE ARCHITECT FOR WRITTEN APPROVAL PRIOR TO SUBSTITUTION BEING MADE. SUCH SUBSTITUTIONS WILL NOR BE CONSIDERED IF APPROVAL OR LEAD TIMES DELAY THE PROJECT.

17. THE GC SHALL BE RESPONSIBLE FOR THE PROPER STORAGE OF MATERIALS AND THE WORK SCHEDULE IN ORDER NOT TO DELAY OR INTERFERE WITH CONSTRUCTION IN THE BUILDING.

18. FURNISH AND KEEP RECORD DRAWINGS OF THE PROJECT NOTING WORK PROGRESS, CHANGES, REVISIONS, ADDITIONS TO THE WORK. RETURN TO OWNER AT CLOSE OF PROJECT AS RECORD DRAWINGS.

19. INSTRUCT THE OWNER AND OR OWNER'S PERSONNEL OF PROPER OPERATION AND MAINTENANCE OF ALL SYSTEMS AND PARTS. FURNISH/SH THE OWNERS WITH ALL OPERATION AND MAINTENANCE MANUALS AT PROJECT CLOSING. PROVIDE PRODUCT WARRANTIES FOR EACH SPECIFIC SYSTEM.

20. THE CONTRACTOR IS RESPONSIBLE FOR MEANS AND METHODS CONSTRUCTION FOR ALL PARTS OF THIS PROJECT INCLUDING ALL WORK BY SUBCONTRACTORS.

21. RENTAL CHARGES, SAFETY PROTECTION AND MAINTENANCE OF ANY EQUIPMENT SHALL BE THE CONTRACTOR'S RESPONSIBILITY. TEMPORARY FACILITIES & THE PROTECTION OF TOOLS AND EQUIPMENT SHALL CONFORM TO LOCAL REGULATIONS.

22. GC SHALL PROVIDE GENERAL CARPENTRY AS REQUIRED FOR WORK WHICH MAY NOT FALL INTO JURISDICTION OF A SPECIFIC TRADE, BUT IS REQUIRED FOR PROPER JOB EXECUTION AND COMPLETION OF CONSTRUCTION.

23. MAINTAIN A MINIMUM OF 44" CLEAR UNOBSTRUCTED EMERGENCY EXIT AISLE TOWARDS DESIGNATED EXITS.

24. FLAMESPREAD RATING FOR INTERIOR FINISHES NOT TO EXCEED AS FOLLOWS:

VERTICAL SHAFTS & ENCLOSURES    0-25
LOBBIES / CORRIDORS    25-75
ALL OTHER AREAS    200




**TEMPORARY ACUTE MENTAL HEALTH FACILITY**
ORLEANS PARISH SHERIFF'S OFFICE
3200 PERDIDO ST, NEW ORLEANS, LA 70119

LS101 — LIFE SAFETY PLAN

Case 2:12-cv-00859-LMA   Document 1234-1   Filed 05/17/19   Page 3 of 3

