UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

**IT IS ORDERED** that a status conference shall be held in chambers on **AUGUST 21, 2019** at **7:30 A.M.**

New Orleans, Louisiana, June 5, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**