UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019, (R.Doc. 1227).

As scheduled, bids for the TDC renovation project were received on Thursday, May 30, 2019. The lowest qualified bidder was Blanchard Mechanical Contractor ("BMC"). On June 6, 2019, the City issued an Intent to Award letter to BMC. On June 12, 2019, a preliminary team meeting was held with BMC to discuss and review the Front-end Specification and City Requirements. The projected construction notice to proceed ("NTP") date is Monday, July 1, 2019. The projected construction completion date for TDC is Friday, March 13, 2020.

A sub-committee was established in May 2019, comprised of members from the City, OPSO, Wellpath (OPSO's Medical Services Provider), mental-medical specialist from Tulane University (consultant to Wellpath), the Federal Monitor, DOJ and Plaintiffs' representatives, to continue the program phase discussion for Phase III.

Members of the Executive Group (Wellpath, Grace/Hebert Architects ("GHA"), and Hill International, Inc. ("Hill")) met on May 23, 2019, to further review and collaborate regarding efficiencies in the use of the Phase II and Phase III space.

The updated target date for completion of the program phase for Phase III is mid-June 2019.  Consequently programming recommendations, which may be subject to necessary adjustments, will be presented to the Executive Group on June 19th, and if accepted, the team will sign off and move forward to the schematic design phase of Phase III.  The current projected completion of the design phase is June, 2020.  The current projected start of construction is October, 2020 and the projected completion date for Phase III is June, 2022.

Respectfully submitted,

_/s/ Donesia D. Turner_____
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*