UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019, (R.Doc. 1227).

Subsequent to Blanchard Mechanical Contractor ("BMC") being selected the lowest qualified bidder for the TDC renovation project, the City, Orleans Parish Sheriff's Office ("OPSO") and FEMA began coordinating to accomplish the TDC facilities and Project Schedule extension timeline. The projected construction notice to proceed date (NTP) of July 1, 2019, has been extended pending FEMA's approval. All are aware of the urgency of the matter. The projected construction completion date for TDC is eight months from issuance of the notice to proceed.

Members of the Executive Group (City, OPSO, Monitors, Attorneys, Wellpath, Grace/Hebert Architects ("GHA"), and Hill International, Inc. ("Hill")) met on June 19, 2019, to discuss programming recommendations for Phase III. The Group agreed to review and make appropriate programming comments, if any, by June 26, 2019. Subsequently, Hill received joint comments from DOJ and Plaintiffs, and separately received comments from the monitors, all of which were reviewed by Hill and GHA, and addressed as appropriate.

Hill subsequently recommended proceeding with the Schematic Design (SD) for Phase III of OJC, and on July 8, 2019, Hill instructed GHA to begin the SD concept documents. During the past two weeks, the design team has had several concept review meetings with the City, OPSO, Wellpath, Monitors and others to establish the new Phase III concept plan. On Wednesday, July 17, 2019, the SD concept documents were presented for review and comment as we continue with plan development. The SD phase is scheduled for completion within the next thirty (30) days. The current projected completion of Phase III is June, 2022, assuming no unforeseen delays.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*