UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

### STATUS REPORT

The City of New Orleans (the "City) hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019, (R.Doc. 1227).

The City, Grace/Hebert Architects ("GHA"), and Hill International, Inc. ("Hill"), have had several meetings with the selected contractor, Blanchard Mechanical Contractor ("BMC"), to prepare the required renovation documents for TDC.

Public notice of the TDC renovations were published in the Advocate August 6 – 8, 2019, in compliance with FEMA's requirement that the City advertise for Environmental and Historic Preservation clearance. FEMA requirements have briefly delayed the renovation start date. The applicable public comment period will conclude on August 22, 2019, and the City anticipates issuing the notice to proceed ("NTP") immediately thereafter. The projected construction completion date for TDC remains at eight months from the NTP issuance. The City also anticipates that a thirty (30) day move in period will be required.

The preliminary Schematic Design ("SD") documents for Phase III have been shared with and reviewed by the Executive Group. The completion of the SD phase is on target for August 21, 2019. Following Phase III budget verification for the OJC Medical Services Building, we

anticipate a recommend from Hill that the City accept the SD documents and move forward with the Design Development ("DD") Phase of the project.

Significant progress continues to occur in moving both projects forward.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2019, a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**