UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                                                        **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                    **SECTION I**

## ORDER

Considering the motion[1] by the United States to enroll additional counsel,

**IT IS ORDERED** that the motion is **GRANTED** and that George E. Eppsteiner shall be enrolled as additional counsel of record on behalf of the United States in the above-captioned matter.

New Orleans, Louisiana, August 19, 2019.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1246.