MINUTE ENTRY
AFRICK, J.
August 21, 2019
JS-10 00:45

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

A status conference was held on this date with representatives participating on behalf of all parties. The Court discussed with the parties matters related to the ongoing progress at the Orleans Justice Center, as well as renovations of the Temporary Detention Center and development of the Phase III facility.

New Orleans, Louisiana, August 21, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE