UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019 (R.Doc. 1227).

The City received final approval from FEMA on all necessary requirements to begin renovations of TDC.  Subsequently, the City issued a construction notice to proceed ("NTP") to Blanchard Mechanical Contractor ("BMC") the week of August 23rd, with the NTP date of August 26, 2019. Thereafter, BMC began mobilization and performing light demolition of buildings #1 and #2. The team continues to meet with BMC for review of required up-front documents, (i.e.: Site Safety Plan, Base Line Project Schedule, Critical Path Submittals, etc.). BMC is expected to start plumbing and concrete demolition in mid-September. The projected timeframe for completion of TDC remains eight months from the NTP.

The Schematic Design ("SD") concept for Phase III has been presented to all parties, namely, Director Darnley Hodge, Sheriff Marlin Gusman and the City of New Orleans. The final SD documents were presented to the Executive Group on August 20, 2019.  Grace/Hebert Architects ("GHA"), and Hill International, Inc. ("Hill") prepared a SD level estimate to verify that Phase III of the Orleans Justice Center meets the established project budget. On September

10, 2019, Hill met with the City and recommended that it accept/approve the SD documents and move forward with the Design Development Phase of the project.

Noteworthy progress continues in moving both projects forward.

Respectfully submitted,

/s/ *Sunni J. LeBeouf*_____
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*