UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE NORTH** |

### STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019, (R.Doc. 1227).

Blanchard Mechanical Contractors remain on track to complete the TDC renovations by approximately April 2020, eight months from issuance of the Notice to Proceed ("NTP"), assuming there are no impediments to the project going forward.

Based on comments during the Schematic Design ("SD") Phase of the project, the City has requested JFA-Institute to review the current Orleans Justice Center Phase II Wellpath – Orleans Parish Sheriff Office's staffing & operational requirements, and to prepare a Phase III Staffing Plan.

On October 11, 2019, Hill International, Inc. issued a NTP to Grace/Hebert Architects. At present, the projected completion date for Phase III is summer 2022.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney

Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I certify that on October 18, 2019, a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification.

/s/ Sunni J. LeBeouf
**SUNNI J. LEBEOUF**