UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of Phase III of the Orleans Justice Center ("OJC") facility, in response to the Court's Order of March 18, 2019, (R.Doc. 1227).

Blanchard Mechanical Contractors remains on track to complete the TDC renovations by April 2020, eight months from the Notice to Proceed.

We are currently in the Design Development ("DD") Phase of Phase III and the estimated projected completion date remains June 2022.

Respectfully submitted,

_____
**SUNNI J. LEBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov

1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Counsel for the City of New Orleans*