UNITED STATES DISTRICT COURT
EASTEREN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL,** | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and Phase III facility, in response to the Court's Order of March 18, 2019 (R.Doc. 1227).

The Appropriate Units have been installed at TDC. Contractors remain on site, as ongoing work continues. The projected construction completion date for TDC remains at 8 months from issuance of the notice to proceed.

Grace/Hebert Architects ("GHA") is in the final stages of Design Development ("DD") for the Phase III project of the Orleans Justice Center. GHA is due to complete the DD phase of the project in January 2020. The projected completion date for Phase III is June 2022.

    Respectfully submitted

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA # 28633**
City Attorney
Email: sunnilebeour@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694**
Email: chhansel@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868
*Counsel for the City of New Orleans*