# Orleans Justice Center
# 60 Day Update – January 2020

**Sustainable Hiring**
During this 60-day period the Human Resources Division participated in two (2) job fairs within the region.  Recruitment and retention continues to be a challenge.

In November 2019 OPSO hired fourteen (14) new employees; with eleven (11) employees separating from the agency.  Of the fourteen new hires they were classified as:  one (1) HR Investigator; one (1) Electrician; one (1) Sanitation worker; two (2) Corrections Monitoring Technicians; and nine (9) Deputy-Recruits.  The reasons for the eleven separations were:  two (2) Resigned under Investigation; two (2) Misconduct; and, seven (7) for Personal Reasons.

For the month of December 2019 OPSO hired four (4) new employees, of which the breakdown was: one (1) Sanitation civilian, one (1) Teacher; one (1) File Clerk; and one (1) Kitchen Mechanic.  During that same time frame, OPSO separated thirteen (12) employees. The thirteen employees separated for the following reasons:  six (6) Personal Reasons; four (4) four Job Abandonment; one (1) Death; and, two (2) Misconduct.

This reporting period saw a net loss of six (6) employees.  However, even with the net loss of six employees for the reporting period, OPSO saw a net gain of 86 employees for 2019 calendar year.

**Policies**
Director Hammons and the Policy & Accreditation team continue to work with the Monitors and the Plaintiffs' Class to successfully complete the OPSO policies, standard operating procedures, and post orders.  As the documents are completed, OPSO continues to forward them to the aforementioned partners for their review and feedback.

During the months of November and December 2019 the team continued to focus on completing annual reviews of previously approved policies.  There were no Policy and Standard Operation Procedures (SOP) submitted to the monitors for review.

This reporting period saw two (2) policies and three (3) Standard Operating Procedures submitted to the Monitors for review; two (2) policies and three (3) Standard Operating Procedures submitted to the Plaintiffs' Class for review; twenty-nine (29) policies, five (5) Post Orders, and twenty-one (21) Standard Operating Procedures were submitted for Final Signature by OPSO staff; three (3) Policies, two (2) Standard Operating Procedures, and six (6) Post Orders went under Annual Review; and, sixteen (16) Policies, seven (7) Standard Operating Procedures, and seven (7) Post Orders were submitted to the Training Division for Lesson Plan Development.

**PREA Compliance**
The PREA Compliance Managers continue to conduct unannounced rounds checking for PREA posters, pamphlets, ensuring shower curtains are at each shower,  and ensuring the PREA video is being shown in IPC and on the units at the designated times. They also speak with random inmates during their rounds to ensure that they have knowledge of PREA and how PREA incidents can be reported.

The PREA Compliance Managers conduct random staff checks to ensure they have their first responders' cards on their person at all times and if they have any PREA related questions.  The PREA

OJC-60 Day Update January 2020

Compliance Managers work directly with the population to include assisting with inmate transports to ensure staff is compliant with the PREA regulations.

A daily report is run of all new arrests to check to ensure any new LGBTQ&I inmates have been added to the list for weekly checks. Monthly training is provided to new hires to ensure their familiarity with the PREA regulations prior to any contact with the inmate population. Reviews of OPSO PREA policies/ standards is done to ensure that PREA compliance manager are efficient when teaching staff, volunteers and contract workers about PREA.

Since the implementation of the PREA training we have trained 236 Volunteers/Chaplains, 56 Travis Hill employees, 217 WellPath employees and 32 Summit staff. The PREA Compliance Managers have also conducted 200 PREA briefings. PREA Compliance Managers will continue to conduct visual security checks throughout OJC facility to ensure that no inmates are being sexually abused in anyway and that all staff members are being professional and are not violating any PREA standards.

**Incident Updates and Outcome Data**
The latter portion of 2019 has shown a slight upward trend in Inmate-on-Inmate incidents. November 2019 saw a significant increase in Inmate-on-Inmate Assaults which is currently being reviewed to determine why the increase occurred. In December 2019, the number of Inmate-on-Inmate Assaults fell back to levels consistent with the monthly average that was seen throughout the other months of 2019.

Prior to December 2019, Inmate-on-Staff altercations had been trending downward throughout the year. In December 2019, there were a total of 36 Inmate-on-Staff altercations, which was 62% higher than the second highest month of the year. The OPSO staff is reviewing the data to determine the cause of the increase but believes the numbers will fall for 2020.

Suicide Attempts within the Orleans Parish Sheriff's Office facilities has continued to trend downward.

Overall, during this two-month reporting period there were 149 incidents tracked in the below charts. When compared to the previous two-month reporting period in which there were 89 incidents tracked, there was an increase in incidents by 50.40%.

OJC-60 Day Update January 2020



When compared to the 2018 Suicide Attempts tracked, OPSO saw a 46.91% decrease in Suicide Attempts in 2019.



3

OJC-60 Day Update January 2020

When compared to the 2018 Inmate-on-Staff altercations tracked, OPSO saw a 7.31% increase in incidents reported.



When compared to the 2018 Inmate-on-Inmate altercations tracked, OPSO saw a 10.73% decrease in incidents reported.



4

OJC-60 Day Update January 2020

*NOTE:*
*Often, OJC's total reporting numbers are interpreted as the total number of distinct incidents which occurred in the facility during a given period of time. This is not necessarily correct, as some incidents appear more than once in the number count because of more than one action occurring during the same incident. For example, if two inmates are involved in a physical altercation, and a staff member steps in to separate them, that single incident will appear as one (1) inmate-on-inmate altercation and one (1) use of force if force is used. If, in that same example, one of the inmates pushed the staff member, that incident would also be reflected in the numbers as one (1) inmate-on-staff altercation.*

*We continue to work to accurately capture all incidents and to timely notify the monitors of those incidents; we believe that we have made significant progress towards capturing the accurate number of reportable incidents.*

**Excessive or Inappropriate Force:**
Sergeant Phares and the Force Investigation Team (FIT) continue to review all use of force complaints, whether reported by a deputy, other staff member, inmate, or civilian. During November and December, nine (9) complaints were received alleging excessive or inappropriate force. Two (2) grievances were closed as Unfounded. seven (7) grievances are currently open. One grievance appears to be partially Substantiated. Preliminary findings indicate the force was justified in four grievances.

During November and December 2019, FIT closed two (2) cases with a finding of Not Justified, and one (1) case with a finding of Excessive.

**PREA Incidents**
In November 2019, six (6) PREA investigations were conducted. Those cases were categorized as: four (4) Sexual Harassment allegations, and one (1) Sexual Assault allegation, and one (1) Sexual Battery allegation. All of the November 2019 cases were closed with the following dispositions: two (2) Sexual Harassment allegations were Substantiated; two (2) Sexual Harassment allegations were classified as Duplicates; and, the Sexual Assault and Sexual Battery allegations were Unfounded.

In December 2019, three (3) PREA Investigations were conducted. All three of the cases were allegations of Sexual Harassment and all have been closed. The three cases were disposed of as: two (2) Unsubstantiated and one (1) as a Duplicate.