# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL**               **CIVIL ACTION NO. 12-859**

**VERSUS**                              **SECTION I, DIVISION 1**

**MARLIN GUSMAN, ET AL**               **JUDGE LANCE M. AFRICK**
                                        **MAGISTRATE JUDGE NORTH**

## STATUS REPORT

The City of New Orleans (the "City), hereby submits a Status Report on the progress of the Temporary Detention Center (TDC) renovation and Phase III facility, in response to the Court's Order of March 18, 2019 (R.Doc.1227).

Work continues on buildings 1 and 2 of TDC. The projected construction completion date remains eight (8) months from the issuance of the notice of proceed.

On January 8, 2020, a final Design Development (DD) meeting was held with Director Darnley Hodge, Sheriff Marlin Gusman, and Wellpath staff to review design requirements, and Security Electronics and Equipment planning regarding Phase III. The City awaits final DD documents, (Architectural, Civil, MEP and Structural, Sec. Electronics and building system narratives) from Grace Hebert Architects. The projected completion date for Phase III is Summer 2022.

Respectfully submitted,

/*s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338**
Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694**
Chief Deputy City Attorney

Email: chhansel@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I certify that on January 17, 2020, a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**