UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL** | **SECTION I** |

## O R D E R

**IT IS ORDERED** that an **in-chambers** status conference shall be held on **Tuesday, March 3, 2020** at **8:30 A.M**.  Any Monitor that intends to participate by telephone shall contact chambers at (504) 589-7605 no later than Monday, March 2, 2020 and provide a phone number . The Court will initiate the call.

New Orleans, Louisiana this 5th day of February, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE