MINUTE ENTRY
AFRICK, J.
March 3, 2020
JS-10 01:00

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

An in-chambers conference was held on this date with representatives participating on behalf of all parties. The Court discussed with the parties the progress on renovations at the Temporary Detention Center and issues relating to the special needs facility. Discussions were also had regarding medical and mental health care of inmates at the Orleans Justice Center ("OJC").[1] As expressed during the conference, there is a need for improved communications between the parties, which will be addressed by US Magistrate Judge Michael North.

---

[1] The Court commends the Tulane Department of Psychiatry for providing improved psychiatric services for inmates at the OJC.

New Orleans, Louisiana, March 3, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**