UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | CIVIL ACTION |
| | * | No. 12-00859 |
| **VERSUS** | * | |
| | * | HON. LANCE M. AFRICK |
| **MARLIN GUSMAN, ET AL.** | * | SECTION: I |
| | * | |
| | * | MAG. MICHAEL B. NORTH |
| | * | SECTION: 5 |

* * * * * * * * * * * * * * * * * * *

## MOTION FOR STATUS CONFERENCE

**NOW INTO COURT,** through undersigned counsel, comes Marlin N. Gusman, Sheriff of the Parish of Orleans, who respectfully moves this Honorable Court to schedule a status conference pursuant to Section E(2) of the Stipulated Order for Appointment of Independent Jail Compliance Director (R. Doc. 1082).

**WHEREFORE**, Marlin N. Gusman, Sheriff of the Parish of Orleans, prays that this Motion for Status Conference be granted and that a status conference be scheduled on a date and time convenient with this Court.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM
& HAYES, LLP**

_/s/ James M. Williams_____
JAMES M. WILLIAMS, BAR NO. 26141
INEMSIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

-and-

**ORLEANS PARISH SHERIFF'S OFFICE**
BLAKE J. ARCURI, BAR NO. 32322
LAURA C. RODRIGUE, BAR NO. 30428
FREEMAN R. MATTHEWS, BAR NO. 9050
2800 Perdido Street
New Orleans, LA 70119
Tel: 504.202.9404 Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of March, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

_/s/ James M. Williams_
James M. Williams