UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | **CIVIL ACTION** |
| | * | **No. 12-00859** |
| **VERSUS** | * | |
| | * | **HON. LANCE M. AFRICK** |
| **MARLIN GUSMAN, ET AL.** | * | **SECTION: I** |
| | * | |
| | * | **MAG. MICHAEL B. NORTH** |
| | * | **SECTION: 5** |
| * * * * * * * * * * * * * * * * * * * | * | |

## MEMORANDUM IN SUPPORT OF MOTION FOR STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

Section E(2) of the Stipulated Order for Appointment of Independent Jail Compliance Director. (R. Doc. 1082) provides in pertinent part:

> *No sooner than nine months after the appointment of the Compliance Director, the Sheriff may file a **motion to terminate the Compliance Directorship** on the basis that the Compliance Director has enabled the Orleans Parish Jail to achieve material progress with substantial compliance with all provisions of the Consent Judgment, as defined in Paragraph A.2.* ***Prior to filing such a motion, the moving Party shall request a status conference with the Court****. The other parties shall have an opportunity to respond to or oppose that motion. The Court will order an evidentiary hearing and permit all reasonable discovery associated with the Motion.*(emphasis added)

Pursuant to this provision, Sheriff Marlin N. Gusman respectfully requests that this Court schedule a status conference on a date and time convenient with this Court and its agents, the parties, and their attorneys.

[**SIGNATURE BLOCK ON FOLLOWING PAGE**.]

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM
& HAYES, LLP**

 /s/ James M. Williams
JAMES M. WILLIAMS, BAR NO. 26141
INEMSIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

-and-

**ORLEANS PARISH SHERIFF'S OFFICE**
BLAKE J. ARCURI, BAR NO. 32322
LAURA C. RODRIGUE, BAR NO. 30428
FREEMAN R. MATTHEWS, BAR NO. 9050
2800 Perdido Street
New Orleans, LA 70119
Tel: 504.202.9404 Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of March, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

 /s/ James M. Williams
James M. Williams