UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering defendant Marlin N. Gusman's motion[1] for a status conference,

**IT IS ORDERED** that the motion is **GRANTED**. A status conference shall be held by telephone on **MARCH 24, 2020 at 8:45 A.M.** with all parties participating. On or before **March 23, 2020**, a party shall notify the Court's chambers if it intends to participate by telephone and it shall provide the Court with a telephone number that the Court can use to contact that party.

New Orleans, Louisiana, March 10, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1263.