UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL** | **SECTION I** |

## O R D E R

**IT IS ORDERED** that the telephone status conference presently set for **TUESDAY, MARCH 24, 2020 at 8:45 A.M.** is still going forward. The call-in number for the conference is 888-684-8852 and the access code is 4190501.

New Orleans, Louisiana this 18th day of March, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE