UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City) hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of Phase III of the Orleans Justice Center ("OJC") facility, in response to the Court's Order of March 18, 2019. R.Doc. 1227.

The Owner-Architect-Contractor ("OAC") team meets on a weekly basis to ensure all critical issues are addressed regarding TDC. The critical issue is currently the Millwork delivery. The two-week look-ahead work includes: Complete concrete pour at different toilet locations & the breezeway area; Tape/float of completed drywall; Continue plumbing fixture installation Bldgs. #1 & #2. It is the City's understanding that OPSO is preparing an operations and training plan to receive the Hunt inmates, and the City defers to OPSO as to same. While the projected construction completion date remains eight months from the notice to proceed ("NTP"), the City is currently uncertain as to what construction delays may be caused by the COVID-19 pandemic.

The City issued a March 2, 2020, NTP to Grace/Hebert Architects to start the Construction Document ("CD") Phase of OJC – Phase III. At the Court's direction, a meeting was scheduled for the Court, court appointed federal monitors and litigation parties to further review the current Phase III design status at the office of Grace/Hebert Architects on March 18, 2020. At the Court's

direction, the March 18, 2020 meeting with the Court, court appointed federal monitors and litigation parties was subsequently canceled for rescheduling at a later date due to the COVID-19 pandemic.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I certify that on March 18, 2020, a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification.

 */s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF**