MINUTE ENTRY
AFRICK, J.
March 24, 2020
JS-10 0:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

Considering Orleans Parish Sheriff Marlin N. Gusman's ("Gusman") motion[1] for a status conference, pursuant to Section E.2 of the Stipulated Order for Appointment of Independent Jail Compliance Director,[2] the Court held a telephone status conference on this date with counsel for all parties participating. Also participating in the conference were Independent Jail Compliance Director Darnley R. Hodge, Sr. and Lead Monitor Margo L. Fraiser, who provided status updates relative to the health of inmates and staff at the Orleans Justice Center ("OJC") and the measures being taken at OJC in response to COVID-19.

As discussed at the conference,

**IT IS ORDERED** that Gusman shall file his motion to terminate the Compliance Directorship by **APRIL 24, 2020**. After Gusman's motion is filed, the Court will determine a reasonable time period within which the parties shall respond.

---

[1] R. Doc. No. 1263.
[2] R. Doc. No. 1082.

1

New Orleans, Louisiana, March 24, 2020.

                                **LANCE M. AFRICK**
                        **UNITED STATES DISTRICT JUDGE**