UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

The City of New Orleans (the "City) hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of Phase III of the Orleans Justice Center ("OJC") facility, in response to the Court's Order of March 18, 2019. R. Doc. 1227.

The TDC team continues to meet weekly (via teleconference) to review critical items. The contractor continues to make progress. It is noteworthy, however, that the COVID-19 global pandemic is impacting the labor-force and material delivery. Overall the project is 82% complete. It is anticipated that by the end of April, Building 1 will be 90% complete and Building 2 will be 95% complete. The projected construction completion date is eight (**8**) months from the notice to proceed. The new anticipated substantial completion date is late-May 2020.

The architect, Grace/Hebert Architects, is currently engaged in the Construction Document ("CD") phase of Phase III. The projected project completion is summer 2022.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**

Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL-ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I certify that on April 17, 2020, a copy of the foregoing has been served upon all parties to this proceeding by CM/ECF notification.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF**