UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**     **CIVIL ACTION**

**VERSUS**     **No. 12-859**

**MARLIN GUSMAN, ET AL.**     **SECTION I**

## ORDER

Considering Orleans Parish Sheriff Marlin N. Gusman's ("Gusman") unopposed motion[1] for an extension of time to file his motion to terminate the Compliance Directorship,

**IT IS ORDERED** that the motion is **GRANTED** and that Gusman shall file his motion to terminate the Compliance Directorship by **MAY 25, 2020**.

New Orleans, Louisiana, April 24, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1240.