# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                         **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                                              **SECTION I**

## ORDER

Considering Orleans Parish Sheriff Marlin N. Gusman's motion[1] to exceed page limitations with respect to his motion to terminate the Consent Decree, pursuant to 18 U.S.C. § 3626(b), and the Stipulated Order for Appointment of Independent Jail Compliance Director,

**IT IS ORDERED** that the motion is **GRANTED**.

New Orleans, Louisiana, May 27, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1272.