UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**  **CIVIL ACTION**

**VERSUS**  **No. 12-859**

**MARLIN GUSMAN, ET AL.**  **SECTION I**

## ORDER

Considering Orleans Parish Sheriff Marlin N. Gusman's motion[1] to terminate the Consent Decree, pursuant to 18 U.S.C. § 3626(b), and the Stipulated Order for Appointment of Independent Jail Compliance Director,

**IT IS ORDERED** that any response shall be filed by **JUNE 17, 2020**. New Orleans, Louisiana, May 28, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1274.