UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] by the United States and the plaintiffs for a status conference and an extension of time to respond to Orleans Parish Sheriff Marlin N. Gusman's motion[2] to terminate the Consent Decree, pursuant to 18 U.S.C. § 3626(b), and to terminate the Stipulated Order for Appointment of Independent Jail Compliance Director,

**IT IS ORDERED** that the request for a status conference is **GRANTED**. A video conference will be held on **JUNE 10, 2020 at 9:30 A.M.** with all parties participating. The Court will provide counsel with instructions that will enable them to participate in the conference.

New Orleans, Louisiana, June 8, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1277.
[2] R. Doc. No. 1274.