UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN OPPOSITION TO MOTION TO EXPEDITE**

Independent Jail Compliance, Director Darnley R. Hodge, Sr., through undersigned counsel, respectfully submits his memorandum in opposition to the City of New Orleans' motion to expedite, Doc. No. 1282, its motion for relief from Court Order of January 25, 2019 and March 18, 2019 regarding Phase III Jail Facility, Doc. No. 1281. The motion to expedite should be denied.

**I.**

On June 10, 2020, the City issued an Updated Status Report which confirmed that it had requested the "architect suspend Phase III construction design work." Doc. No. 1279, at 2, despite several Court orders. *See, e.g.,* Doc. No. 1221 (The "City shall direct the architect chosen to design the permanent facility . . ."); Doc. No. 1227 (The "City and the Orleans Parish Sheriff's Office are directed to continue the programming phase of Phase III.").

**II.**

In the Updated Status Report, the City stated it "will submit a Motion fully outlining the City's position, as requested by the Court, and will expedite consideration for same. The City is

1

requesting seven to fourteen (7-14) business days to file the requested Motion, to ensure the City has a reasonable opportunity to gather all relevant information, for submission to the Court." *Id.*

**III.**

On June 29, 2020, nineteen days after filing its Update Status Report, the City filed its motion for relief. The motion contained four affidavits and was noticed for submission for July 22, 2020. Under the Court's normal hearing schedule, any opposition to the motion for relief will be due July 14, 2020, ten business days from the filing of the motion for relief.

**IV.**

The City also seeks to expedite hearing on the motion for relief. The Director opposes that request for expedited consideration. The motion for relief makes several arguments that need to be addressed. A "reasonable opportunity" should be afforded the parties to respond to the City's request to forgo the construction of Phase III that has been planned for years.

For the foregoing reasons, the City's request to expedite should be denied.

Respectfully submitted,

*/s/ Bryan C. Reuter*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*
