UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                                   **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                    **SECTION I**

### ORDER

Before the Court is a motion filed by the City of New Orleans requesting that this Court modify its previous orders and indefinitely suspend the programming, design, and construction of the Orleans Justice Center Phase III facility.[1] After reviewing the motion,

**IT IS ORDERED** that the motion filed by the City of New Orleans is **REFERRED** to the U.S. Magistrate Judge, pursuant to 28 U.S.C. §636 (b)(1)(B), to conduct a hearing, including an evidentiary hearing if necessary, followed by the submission to this Court of proposed findings of fact and recommendations for the disposition of said motion.

New Orleans, Louisiana July 6, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1281.