UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

### ORDER SCHEDULING STATUS CONFERENCE

A telephone status conference to set a briefing schedule and discuss the parameters of an evidentiary hearing on the City's Motion for Relief from Court Orders (rec. doc. 1281) in the above matter is hereby SCHEDULED for July 10, 2020 at 11:00 a.m. The Court will provide counsel with instructions that will enable them to participate in the conference.

New Orleans, Louisiana, this  7th  day of        July        , 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE