MINUTE ENTRY
NORTH, M.J.
JULY 13, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                    CIVIL ACTION

VERSUS                                   NUMBER:  12-0859

MARLIN N. GUSMAN, ET AL.                 SECTION:  "I"(5)


A telephone conference was conducted on July 10 in the presence of a Court Reporter (Alexis Vice), for the purpose of discussing a briefing schedule on the City's motion for relief Court Orders of January 25, 2019 and March 18, 2019.  (Rec. doc. 1281).

| PARTICIPATING: | Elizabeth Cumming | Blake Arcuri | Emily Washington |
|---|---|---|---|
| | Sunni LeBeouf | Patrick Follette | George Eppsteiner |
| | Rick Stanley | Kerry Deane | David Sinkman |
| | Ted Carter | Inemesit O'Boyle | Bryan Reuter |


Now before the Court is the motion for additional time to file a response to the City's motion for relief, filed by the Plaintiff Class and the Department of Justice.  (Rec. doc. 1286). The motion is opposed by the City, which asks the Court to either deny the motion outright or to allow it to suspend ongoing design work on the new "Phase III" special populations facility that is subject of its underlying motion.  (Rec. doc. 1289).

Upon review of the pleadings and given the nature of the relief sought by the City, the Court finds that a 14-day extension of time for the Plaintiff Class and Department of Justice to respond to the City's motion is appropriate.  And because the question whether ongoing design work on Phase III should be suspended is at the very heart of the City's

motion, the Court will not grant that relief before response memoranda are filed by the other parties, who each have a right to be heard on that question.

Accordingly, the motion for additional time is granted.  Any party wishing to respond to the City's motion shall do so no later than July 28, 2020.  Additionally, no later than July 31, 2020, the parties shall, after conferring on the matter, submit to the Court a joint proposed witness list for an evidentiary hearing that will be held on the City's motion. The parties' proposed witness list should include a brief description of each witness's expected testimony.  A date for an evidentiary hearing will be set once the Court has received and reviewed the parties' joint proposed witness list.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:30)