UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| LASHAWN JONES, ET AL | CIVIL |
| **VERSUS** | **NO: 12-859** |
| MARLIN GUSMAN, ET AL | SECTION: I (5) |

**ATTACHMENTS TO DOCUMENT NO. 1297**

    **DESCRIPTION:** Flashdrive

    **FILED BY:** Darnley R. Hodge, Sr.

    **FILE DATE:** 7/22/2020

**ARE LOCATED IN THE CLERK'S OFFICE.**