UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

**ORDER**

Independent Jail Compliance Director Darnley R. Hodge, Sr. has filed an opposition memorandum in this case which, including exhibits, is 158 pages in length. (Rec. doc. 1297). Because the submission exceeds 50 pages, counsel for Director Hodge shall make arrangements with the Court's Case Manager, Dena White, at (504) 589-7719 for delivery of a hard copy of the submission to the Court for its use. The copy must be spiral bound, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system. Counsel for the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this 23rd day of July, 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE