

| Name | Folder | DOB | Reason | Date | Transport | Day | Out | Admitted | Gender | Reason Type |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | Psychosis | 4/8/2020 | Custody | Wednesday | 1158 | No | Female | Medical |