Inmate Request System - View Request                                          Page 1 of 1

View Request                                                                  rileyp - Logout

<-- Go Back to Homepage    [Reopen]                                           Print Preview

**Request #520701**
Refresh
**Closed - 5) Mental Health Request**

▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬

Inmate Status: Open
Current Location: OJC4 4 E DRM

**Initial Request - Location**
10/22/2018 9:47 PM

Hello I spoke with Commander Mitchell today and he advised me to put in this sick call to speak with the phsyciatrist about my PTSD and nightmares and panic attacks please it is urgent thankyou and have a blessed day
[English] to [English]
Translate

P Riley, MHP
10/23/2018 7:15 AM - Recall
Good mooring Sir! You have a pending appointment in one month.
[English] to
[English]  Translate

**New Response**
[                    ]
(1,000 character limit)

[Post Response]

**Request Members**

| Member | Date | Status |
|---|---|---|
| M Trudeau, MHC | 10/22/2018 9:47 PM | Active |
| P Riley, MHP | 10/22/2018 9:47 PM | Active |
| L. Rogers, MHP | 10/22/2018 9:47 PM | Active |
| D. Dorsey, MHP | 10/22/2018 9:47 PM | Active |
| R. Apostol, RN | 10/22/2018 9:47 PM | Active |
| L. Chambliss, MHD | 10/22/2018 9:47 PM | Active |

[Edit Assignments]     PR  10/22/18

**Tags**                 Responded in grb System

| Tag | Date | User | |
|---|---|---|---|
| MED- Mental Health (Request) | 10/23/2018 7:16 AM | P Riley, MHP | Remove |

[Select a Tag ▾] [Add Tag]



## MENTAL HEALTH SERVICES

## TREATMENT PLAN

TREATMENT MODALITY: ☒ Special Needs  ☒ Group Therapy  ☐ Individual Therapy

DIAGNOSIS*: PTSD, Chronic
MDD, recurrent, UNSP.

*If patient currently under psychiatric treatment, utilize diagnoses determined by psychiatric provider.

Focus of Treatment: DEPRESSION
Goals: TO DEVELOP coping skills and Identify triggers for depression

Treatment Interventions to be Utilized: CBT + mental Health Substance abuse groups

Start Date of Treatment: 12/20/18     Anticipated Completion Date: 2/14/19

Note: For patients prescribed psychotropic medication – MHP & Psychiatrist shall review plan.
_____ (Psychiatric Provider initials)   _OB_ (MHP Initials)

***

Treatment Plan Update: Date of Update: _____   Anticipated Completion Date: _____

Progress Towards Original Goals: _____

Revised Focus of Treatment: _____

Treatment Interventions to be Utilized: _____

***

Note: For Patients Enrolled in Special Needs Program – Review Treatment Plan Every Six (6) Months and Sign Below If No Updates Needed. Treatment Plan Shall Be Updated At Least Annually.

Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____
Review Date: _____   Reviewing Staff Signature: _____

Staff Signature _____   Date 12/20/18

Patient Signature _____   Date 12/20/18
I agree to participate in this treatment plan.

Patient Name: [redacted]   ID#: [redacted]   DOB: [redacted]   Date: 12/20/18

CCS-MH07 (formerly QCS-MH003)   revised 1/1/08

Orleans Parish, LA
Orleans Justice Center
2800 Perdido St
New Orleans, LA 70119

**Behavioral Health Structured Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 8/12/2019 |

**Memory:**
☑ Intact  ☐ Immediate Impaired  ☐ Recent Impaired  ☐ Remote Impaired  ☐ Other

**Insight:**
☑ Intact  ☐ Good  ☐ Fair  ☐ Poor  ☐ Other

**Judgment:**
☐ Intact  ☑ Good  ☐ Fair  ☐ Poor  ☐ Other

**Behavior:**
☑ Appropriate  ☐ Belligerent  ☐ Agitated  ☐ Impulsive  ☐ Withdrawn  ☐ Other

### Current Status

| | |
|---|---|
| Medication Compliant? | ○ N/A  ● Yes  ○ No |
| Suicidal Ideations noted? | ○ Yes  ● No  ○ Refuses to answer |
| Homicidal Ideations noted? | ○ Yes  ● No  ○ Refuses to answer |

### Assessment and Interventions Provided (include tasks assigned to patient, if any)

Patient shared that he is in need of joining a group. Patient stated that he spoke with an MHP about group but states he has never been able to attend because the MHP he spoke with has never started up groups. He stated that he is very bored and really just wish to become more active doing something. Patient was informed that this MHP will look into the status of the group and get back with him with some feedback. Also patient stated that he feels his medications is not working. He stated that he has been feeling anxious, crying a lot, keeping to himself because he does not feel like being around anyone, sweating a lot and just not feeling himself. Patient stated that it has been a while since he last saw the doctor. Patient was informed that this MHP will look into his next doctor's appointment and if he does not have an early appointment, then he will be referred to the psychiatrist with the hopes of moving up sooner. Patient was encouraged to work on becoming more active, interact with peers, watch tv with peers, and exercise often to keep active and busy. Encouraged patient to meditate and read during the close of day to wine down to help get a good night sleep.

### Plan (Please check all that apply)

☐ Treatment not indicated at this time (understands how to access services)

☐ Consulted with:

☐ Behavioral Health to follow up PRN or through sick call

☐ Behavioral Health follow-up (#days/date)

# days / date:

☑ Refer to:

Inmate Request System - Print Preview                                    Page 1 of 1

## Orleans Parish Jail
Inmate Request System
Printed: 7/6/2019 10:35:29 AM

**Request #555365**
Open - 5) Mental Health Request

Current Location: OJC1 1 E

### Initial Request
Original Location:
7/6/2019 9:58 AM
Hello im writing this grievance just to document and report that last night 5th of July 2019 i had a numbe of 6 intense nightmares and would like to inform the phsyc of these jappenings i became bery emotional and depressed (crying and non communicative with others, also extreme cold sweats and i just wanted to be left alone by everyone. Please if someone can please come and see me so i can talk to them about it thankyou and hve a blessed day.

D Burton, MHP
7/6/2019 10:35:00 AM
Mr [redacted] an MHP will see you within 24 hours.

*Meds Start 7/8*

### Request Members (9 active)
M Trudeau, MHC - 7/06/2019 9:58 AM
P Riley, MHP - 7/06/2019 9:58 AM
L. Rogers, MHP - 7/06/2019 9:58 AM
D. Dorsey, MHP - 7/06/2019 9:58 AM
R. Apostol, RN - 7/06/2019 9:58 AM
D Burton, MHP - 7/06/2019 9:58 AM
L. Chambliss, MHD - 7/06/2019 9:58 AM
Malcolm McEwen - 7/06/2019 9:58 AM
C. Wilson, MSN, RN - 7/06/2019 9:58 AM

### Tags (1 active)
MED- Mental Health (Request)
7/6/2019 10:35:00 AM
D Burton, MHP

### Activities
7/6/2019 10:35:00 AM
TagAdded
D Burton, MHP

7/6/2019 10:35:00 AM
ResponseAdded
D Burton, MHP

✓
16

Inmate Request System - View Request                                      Page 1 of 1

View Request                                                              trudeaum - Logout

<-- Go Back to        [Mark Closed]        **Request Members**                     Print Preview
Homepage

**Request #555362**                        M Trudeau, MHC      7/08/2019 8:18 AM    Active
Refresh
**Open - 2) Request**                      D Burton, MHP       7/08/2019 8:18 AM    Active

▮▮▮                                        P Riley, MHP        7/08/2019 8:18 AM    Active

Inmate Status: Open                        VANESSA CLAYTON     7/06/2019 9:53 AM    Inactive
Current Location: OJC1 1 E ▮
                                           Erin Williams       7/06/2019 9:53 AM    Inactive
**Initial Request - Location**
7/6/2019 9:53 AM                           [Edit Assignments]
Attn: Mrs. Hayes
Hello im requesting to speak to Mrs.
Hayes about some mental health
options, I used to do groups with her
that were very effective I find her
methods very sufficiant if this
message can please be fowarded to     **Tags**
her please and thankyou somuch
have a blessed day.                        MED- Mental Health
[English ▼] to [English ▼]                 (Request)         7/08/2019 8:18 AM    Erin Williams    Remove
Translate

**M Trudeau, MHC**                         [Select a Tag       ▼]  [Add Tag]
7/8/2019 8:25 AM - Recall
Mr. ▮▮▮, your request will
be forwarded to Ms. Hayes.
Moving forward, when you
need mental health
assistance, submit a "mental
health request", not just a
"request". That will allow us to
see you faster.
[English ▼] to
[English ▼] Translate


**New Response**

[                    ]
                                           *Disappointment not ranked 9/2019 Patient was*
                                           *referred to psychiatrist with hopes of*
(1,000 character limit)                    *getting an early appointment. Completely*
                                           *C/B Hayes on 7/18/2019*
[Post Response]