UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 1 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

**STATUS REPORT**

  The City of New Orleans (the "City") hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of Phase III of the Orleans Justice Center ("OJC") facility, in response to the Court's Order of March 18, 2019.[1] TDC renovations, as ordered by the Court, remain in progress and are currently 99% complete. On July 21, 2020, the City walked the site with Grace/Hebert Architects ("GHC"), Blanchard Mechanical Contractors, and the local representative of the project manager, Hill International, to review the contractor's work on the architectural, mechanical and OPSO requests for additional items prepared by the GHC based on a July 2, 2020 walk-through of TDC Buildings #1 and #2 with OPSO.[2] The AE punch list is currently 60% complete (60/100 items complete).[3] The mechanical punch list is less than 10% complete (3/46 items).[4] OPSO's recent request for additional items (19 items) is being addressed.[5]

  Also on July 21, 2020, the City received a letter from Director Hodge, which correspondence also included Judges Africk and North, and others, requesting the installation of a

---

[1] Rec. Doc. 1227.
[2] Exhibit A-4.
[3] Exhibit A-1; Exhibit A-2.
[4] Exhibit A-3.
[5] *See* Exhibit A-4. *See also* n. 7, *infra*.

floor drain in the men's padded cell.[6]  This request was made for the first time on July 2, 2020.[7]  The City is currently evaluating Director Hodge's recent request.

The establishment of a confirmed completion date is pending the receipt of the following items: (1) delivery and installation of two cameras in the female cells (waiting on ETA from the subcontractor); (2) delivery and installation of three floor-mounted desks in the women's cell areas (waiting on the ETA from the subcontractor); (3) three loose tables and chairs for the multi-purpose areas in each wing (waiting on ETA from the subcontractor); and (4) the evaluation of OPSO's "punch list."[8]  The OPSO punch list was received on July 24, 2020, and is being evaluated to determine the timeframe for completion.

The architect, GHC, is currently at 75% with the Construction Document (CD) phase of Phase III.  The architect is currently following up with items from the Board of Building Standards and Appeals meeting on July 16, 2020.  GHC has been directed to continue value engineering exercises for additional building cost reductions.

The new construction facility for youth offenders is now complete, and the facility is ready for occupancy.  The Docks project is also complete and has been turned over to OPSO for occupancy.

Current costs for the above-mentioned projects are as follows.[9]  For Phase III (New Jail Building), the budgeted amount is $36,000,000.  The most recent cost estimate based on GHC's design development submission is $49,347,235, which is $13,347,235 over the budgeted amount. GHC has been directed to value engineer the drawings to the Schematic Design cost estimate amount of $48,697,235, which is $12,697,235 over the budgeted amount.  For the TDC

---

[6] Exhibit A-5.
[7] Exhibit A-7. This item was discussed and noted on the July 2, 2020, OPSO additional request list as items 18 & 19.
[8] Exhibit A.
[9] For each following figure, please refer to Exhibit A.

renovations (Buildings #1 & #2), the budgeted amount is $6,500,000.  Expenses to date total $6,273,108.  Work is still being performed, with additional requests having recently been received from OPSO.  For the Youth Study Center / Juvenile Justice Intervention Center (28-Bed Addition), the budgeted amount was $18,272,157.  This amount includes $17,036,750 in FEMA funds.  Final expenses are projected to be $18,163,484.  For the OPP Docks, the budgeted amount was $5,593,466.  This amount includes $5,252,055 in FEMA funds.  Final expenses are projected to be $4,965,799.  To date, the total budgeted amount is $66,365,623.

In an effort to address the City's growing concerns regarding the Court's requirement for the City of New Orleans to build a new Phase III jail building, the City filed its *Motion for Relief from Court Orders of January 25, 2019 (Rec. Doc. 1221) and March 18, 2019 (Rec. Doc. 1227) Regarding Phase III Jail Facility*[10] on June 29, 2020, which remains pending.

                                                              Respectfully submitted,

                                                              */s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email:  chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

---

[10] Rec. Doc. 1281.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 28, 2020, a copy of the foregoing was served, contemporaneously or prior, upon all parties to this proceeding via the court's CM/ECF system.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**