UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | CIVIL ACTION |
| | * | NO. 12-00859 |
| **VERSUS** | * | |
| | * | HON. LANCE M. AFRICK |
| **MARLIN GUSMAN, ET AL.** | * | SECTION: I |
| | * | |
| | * | MAG. MICHAEL B. NORTH |
| | * | SECTION: 5 |

* * * * * * * * * * * * * * * * * * * *

## JOINT WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes the City of New Orleans (the "City"), Independent Jail Compliance Director Darnley R. Hodge, Sr. (the "Compliance Director"), Marlin N. Gusman, Sheriff of the Parish of Orleans (the "Sheriff"), the Plaintiff Class and the United States Department of Justice (the "United States and Plaintiffs") who, after conferring on the matter, respectfully submit the following Joint Witness List, identifying witnesses whom they may or will call at the upcoming Evidentiary Hearing on the City's Motion for Relief from Court Orders of January 25, 2019 (Rec. Doc. 1221) and March 18, 2019 (Rec. Doc. 1227) Regarding the Phase III Jail Facility at Rec. Doc. 1281.

## CITY'S WITNESS LIST

The City may or will call the following individuals as witnesses at the evidentiary hearing on the City's Motion for Relief at Rec. Doc. 1281:

1. **William P. Kissel, Fact Witness**
   Wellpath, LLC,
   Will testify regarding the services provided by Wellpath, LLC to OPSO inmates.

2. **Dr. Carin Kottraba Expert Witness**
   Wellpath, LLC
   Will testify regarding the services provided by Wellpath LLC to OPSO inmates, and care standards.

3. **Dr. Ronald Shansky, Expert Witness**
   Will testify regarding the OPSO Consent Decree, care standards and testimony offered as part of the record.

4. **Dr. Jeffrey Rouse or Dr. John Thompson**,
   or another representative of Tulane School of Medicine, Department of Psychiatry, Expert Witness
   Will testify regarding the services provided by Tulane School of Medicine, Department of Psychiatry to OPSO Inmates and care standards.

5. **William Snowden or a Representative of the Vera Institute of Justice, Fact Witness**
   Will testify regarding community concerns and will offer a historical perspective of jail population trends and national perspectives on best practices with respect to Orleans Parish.

6. **Jonathan Wisbey, Fact Witness**
   City of New Orleans
   Will testify regarding funding and investment in the Orleans Justice Center to date, the reduced and steadily declining inmate population, and all other matters described in Jonathan Wisby Declarations submitted as part of the record.

7. **John Sousa, Fact Witness**
   Hill International, Project Manager
   Will testify regarding jail facility construction, the TDC renovation, Phase III new jail facility, TDC and proposed alternatives.

8. **Ramsey Green, Fact Witness**
   City of New Orleans
   Will testify regarding City of New Orleans infrastructure, operations, capital projects, FEMA and proposed alternatives.

9. **Gilbert Montano, Fact Witness**
   City of New Orleans
   Will testify regarding City of New Orleans budget, and negative impacts of COVID19.

10. **LaNitra Hasan, Fact Witness**
    City of New Orleans
    Will testify regarding City of New Orleans operations, and FEMA projects.

11. **Allen Patrick, Expert Witness**
    Will testify regarding criminal justice facilities and Phase III alternatives.

12. Any witness listed by any other party.

13. Any witness identified in pleadings and/or exhibits filed into the record by the parties, which the City is still reviewing.

14. Any witness needed for rebuttal of testimony introduced by another party.

15. Any witness needed for impeachment.

The City of New Orleans reserves the right to supplement and amend this witness list as may be needed to ensure that the City's interest is protected following a complete review of the three Opposition Memorandums recently filed at Rec. Docs. 1301, 1304 and 1305, which includes more than five thousand pages of exhibits for review.

## **COMPLIANCE DIRECTOR'S WITNESS LIST**

The Compliance Director, through undersigned counsel, respectfully submits the following Witness List.

The Compliance Director may call the following individuals and/or entities at the trial. If called, these witnesses are expected to testify as follows:

1. **Michael G. Gaffney, Esq.**

    Mr. Gaffney will testify on all topics covered by his affidavit and his report attached to his affidavit, including, but not limited to, the FEMA funds designated after Hurricane Katrina to rebuild facilities associated with the OPSO jail operations, the use of FEMA funds by the City of New Orleans (the "City"), the combination of various FEMA projects by the City, the FEMA funds expended by the City, including, but not limited to, funds associated with The Templeman II facility, the FEMA funds remaining in the combined projects, the use of FEMA funds to implement Phase III, the design of OJC according to FEMA regulations, and the use of temporary FEMA facilities, such as The Temporary Detention Center ("TDC").

2. **Director Hodge or senior official with the Orleans Parish Sheriff's Office ("OPSO")**

   Director Hodge or a senior official with the OPSO will testify on the operation of the jail, the factors affecting the inmate population of the jail, the effect of COVID-19 on jail operations, the difficulties and handling of inmates with medical or mental health needs, and all topics covered by Mr. Hodge's affidavit.

3. **Sean Bruno, CPA**

   Mr. Bruno will testify as to financial issues associated with jail operations, the costs for OJC and Phase III, and all topics covered by his affidavit.

4. **Rebecca Dietz, Esq.**

   Ms. Dietz will testify regarding the negotiations and agreement to build the Phase III facility.  (The City objects to Rebecca Dietz being called as a witness regarding her work as a former City Attorney on behalf of her former client, the City of New Orleans.  The Compliance Director asserts that the City's objection concerning Ms. Dietz's communications to third parties is baseless.)

The Compliance Director reserves the right to supplement this Witness List in light of the witness lists of other parties and any briefing submitted by other parties.

## THE SHERIFF'S WITNESS LIST

| Name: | Brief Description of Testimony: |
|---|---|
| a) **Jeffery Rouse, M.D.**: | The number of inmates requiring acute mental health treatment in OPSO custody, needs required to comply with Consent Judgment. |
| b) **Alexander Calenda**: | The skyrocketing rate of violent crime and gang presence in the city of New Orleans, the nature of offenses, and said crime's anticipated impact on population of OJC. |
| c) Any and all rebuttal witnesses based on testimony that may be proffered by witnesses for the City, the Compliance Director, the Plaintiffs, and the DOJ. | |

d) Any witness listed or called by any other party.

## **THE UNITED STATES' AND PLAINTIFFS' WITNESS LIST**

Name:  Brief Description of Testimony:

a) **Margo L. Frasier, J.D.**: Compliance with medical and mental health care provisions at OJC, Hunt, and TDC, and current impediments to care and security of inmates.

b) **Dr. Robert Greifinger**: Compliance with medical and mental health care provisions at OJC, Hunt, and TDC, and current impediments to care and security of inmates.

c) **Catherine M. Knox**: Compliance with medical and mental health care provisions at OJC, Hunt, and TDC, and current impediments to care and security of inmates.

d) **Dr. Raymond Patterson**: Compliance with medical and mental health care provisions at OJC, Hunt, and TDC, and current impediments to care and security of inmates.

e) **Chief Byron LeCounte**: Impediments to mental health care.

f) **Jamie Lampard**: Anticipated testimony for the Facility Life Safety Officer of OPSO is related to May 2020 Virtual Jail Tour observations.

g) **Dr. Patricia Hardyman**: Classification issues related to housing of prisoners at OJC and TDC.

h) Any and all witnesses necessary for authentication of documents should the parties fail to stipulate to authenticity of documents.
   a. Plaintiffs contemplate **Lt. Latoya Armwood** to authenticate OPSO documents.
   b. Plaintiffs contemplate **Myra "Kathleen" Thatch** to authenticate Wellpath documents.

i) Any and all rebuttal witnesses based on testimony that may be proffered by witnesses for the City, OPSO, and/or the Compliance Director.

**j)** Any and all witnesses Plaintiffs deem necessary based on the City's reply briefing.

**k)** Any witnesses listed or called by any other party.

**l)** Any witnesses needed for impeachment.

Respectfully submitted,

**FOR THE CITY OF NEW ORLEANS:**

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868
*Counsel for the City of New Orleans*

**FOR INDEPENDENT JAIL COMPLIANCE DIRECTOR, DARNLEY HODGE, SR.:**

*/s/ Richard C. Stanley*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

**FOR MARLIN N. GUSMAN,**
**SHERIFF OF THE PARISH OF ORLEANS:**

                                              **CHEHARDY, SHERMAN, WILLIAMS,**
                                              **MURRAY, RECILE, STAKELUM**
                                              **& HAYES, LLP**

*/s/ James M. Williams*
JAMES M. WILLIAMS, BAR NO. 26141
INEMESIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

-and-

**ORLEANS PARISH SHERIFF'S OFFICE**
BLAKE J. ARCURI, BAR NO. 32322
LAURA C. RODRIGUE, BAR NO. 30428
FREEMAN R. MATTHEWS, BAR NO. 9050
2800 Perdido Street
New Orleans, LA 70119
Tel: 504.202.9404 Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

**FOR THE PLAINTIFF CLASS**
**AND THE UNITED STATES DEPARTMENT OF JUSTICE:**

        **FOR THE UNITED STATES:**

| | |
|---|---|
| PETER G. STRASSER | ERIC S. DREIBAND |
| U.S. Attorney | Assistant Attorney General |
| Eastern District of Louisiana | Civil Rights Division |
| | |
| | STEVEN H. ROSENBAUM |
| | Chief |
| | Special Litigation Section |
| | |
| */s/Theodore Carter III* | */s/ George Eppsteiner* |
| THEODORE CARTER III, | KERRY K. DEAN, |
| (IL 6188964) | (DC 474260) |
| Assistant United States Attorney | Acting Special Counsel (T.A.) |
| U.S. Attorney's Office | GEORGE EPPSTEINER, |
| Eastern District of Louisiana | (NC 42812) |
| 650 Poydras Street, Suite 1600 | Special Litigation Section |
| New Orleans, LA 70130 | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 305-4044 |
| | george.eppsteiner@usdoj.gov |

        **FOR THE PLAINTIFF CLASS:**

*/s/ Elizabeth Cumming*
EMILY WASHINGTON, LSBN 34143
ELIZABETH CUMMING, LSBN 31685
ERIC FOLEY, LSBN 34199
MacArthur Justice Center
4400 S. Carrollton Avenue
New Orleans, LA 70119
Telephone: (504) 620-2259
emily.washington@macarthurjustice.org

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 31st day of July 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

                                                                                                        /s/ Sunni J. LeBeouf
                                                                                                         **SUNNI J. LeBEOUF**