UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

## ORDER

The Court is in receipt of a reply memorandum (rec. doc. 1312) filed by the City of New Orleans in support of its Motion for Relief from Court Orders of January 25, 2019 and March 18, 2019. (Rec. doc. 1281). By previous order of this Court, that memorandum was to include the City's responses to nine separate inquiries posed by the Court. (Rec. doc. 1309). The City failed to address the last such inquiry: "To the extent the City proposes any specific, durable solution(s) as described above, has FEMA been consulted on its position on such solution(s) since February 25, 2019 and, if so, what was that agency's response?" While the City purports to suggest various alternatives to building a special needs facility, its reply memorandum is silent on this important question. Accordingly, the City of New Orleans is ordered to submit its response to this question no later than noon, August 17, 2020.

New Orleans, Louisiana, this 13th day of August, 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE