UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                CIVIL ACTION

VERSUS                                               NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                             SECTION: "I"(5)

### ORDER SCHEDULING STATUS CONFERENCE

A status conference in the above matter is hereby SCHEDULED for August 20, 2020 at 11:00 a.m. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this  17th  day of      August      , 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE