UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and UNITED STATES OF AMERICA Plaintiffs in Intervention<br><br>v.<br><br>MARLIN N. GUSMAN, ET AL, Defendants<br><br>MARLIN N. GUSMAN, Third-Party Plaintiff<br><br>v.<br><br>THE CITY OF NEW ORLEANS, Third-Party Defendant | Civil Action No. 2:12-cv-00859<br>Section I, Division 5<br>Judge Lance M. Africk<br>Magistrate Judge Michael B. North |

## ORDER

Before the Court is the United States' and Plaintiffs' Unopposed Motion for Additional Time to File a Sur-Reply.

IT IS HEREBY ORDERED that all parties filing a sur-reply shall respond to the City's reply, ECF No. 1312, no later than September 9, 2020.

New Orleans, Louisiana, this  24th  day of    August   , 2020.

_____
THE HONORABLE MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE