UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 1** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

**STATUS REPORT**

The City of New Orleans (the "City") hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of Phase III of the Orleans Justice Center ("OJC") facility, in response to the Court's Order of March 18, 2019.[1]

TDC renovations are 100% complete. On August 18, 2020, the City conducted a walk-through of the building with Director Darnley Hodge, Lead Monitor Margo Frasier, representatives from the Sheriff's Office ("OPSO"), Grace/Hebert Architects ("GHC" or the "Architect"), and Blanchard Mechanical Construction Company (the "Contractor"). Keys have been turned over to OPSO, and all remaining work items have been completed.[2] The Architect reviewed the Contractor's operation and maintenance manual submission and discovered omissions in the package. The City requested that the Contractor submit those outstanding items and awaits receipt of same. An official letter of building turnover will be issued to OPSO when the operation and maintenance manuals are submitted as required.

The Architect is currently at 75% with the Construction Document (CD) Phase for Phase III of OJC. The Architect confirmed that two of the three items requested by the Board of Building

---

[1] Rec. Doc. 1227.
[2] OPSO withdrew additional requested items on August 11, 2020.

Standard Appeals at its July 16, 2020 meeting have been incorporated into the documents. The third request (to have New Orleans Fire Department review) will be engaged when the final plans are submitted. GHC has informed the City it has completed its value engineering exercise, falling $650,000 below the targeted amount.

The new construction facility for youthful offenders is now complete, and the facility is occupied. The Docks project is also complete and has been turned over to OPSO.

Current costs for the above-mentioned projects are as follows.[3] For Phase III (New Jail Building), the budgeted amount is $36,000,000. The most recent cost estimate based on GHC's design development submission is $49,347,235, which is $13,347,235 over the budgeted amount. GHC has been directed to value engineer the drawings to the Schematic Design cost estimate amount of $48,697,235, which is $12,697,235 over the budgeted amount. For the TDC renovations (Buildings #1 & #2), the budgeted amount is $6,500,000. Expenses to date total $6,273,108. Final change orders are being assembled to reconcile final project costs. For the Youth Study Center / Juvenile Justice Intervention Center (28-Bed Addition), the budgeted amount was $18,272,157. This amount includes $17,036,750 in FEMA funds. Final expenses are now projected to be $18,165,382. For the OPP Docks, the budgeted amount was $5,593,466. This amount includes $5,252,055 in FEMA funds. Final expenses are now projected to be $5,019,054. To date, the total budgeted amount for these projects is $66,365,623.

In an effort to address the City's growing concerns regarding the Court's requirement for the City of New Orleans to build a new Phase III jail building, the City filed a ***Motion for Relief from Court Orders of January 25, 2019 (Rec. Doc. 1221) and March 18, 2019 (Rec. Doc. 1227)***

---

[3] *See* Memorandum by Vincent A. Smith, Director, City of New Orleans Capital Projects Administration, attached hereto as Exhibit A.

*Regarding Phase III Jail Facility*[4] on June 29, 2020, which is currently scheduled for hearing on October 5, 2020.[5]

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 31, 2020, a copy of the foregoing was served, contemporaneously or prior, upon all parties to this proceeding via the court's CM/ECF system.

                                          */s/ Sunni J. LeBeouf*
                                          **SUNNI J. LeBEOUF**

---

[4] Rec. Doc. 1281.
[5] Rec. Doc. 1320.