OFFICE OF INFRASTRUCTURE
CAPITAL PROJECTS ADMINISTRATION/PROJECT DELIVERY UNIT

# CITY OF NEW ORLEANS



LaTOYA CANTRELL  
MAYOR

VINCENT A. SMITH  
DIRECTOR

## MEMORANDUM

Date:     August 27, 2020

To:       Sunni LeBeouf, CNO/Law

From:     Vincent A. Smith

**SUBJECT:**   PH. III - OJC MEDICAL SERVICES BUILDING  
FEDERAL COURT SUPPLEMENTAL COMPLIANCE ACTION PLAN –  
PROJECT STATUS

---

The current status of City of New Orleans projects noted in the Federal Court Supplemental Compliance Action Plan are as follows:

**OJC/Temporary Detention Center (TDC)**

TDC renovations are at 100% complete.

Keys have been turned over to OPSO and all remaining work items have been completed. The Architect reviewed the Contractor's Operation and Maintenance manual submission and discovered omissions in the package. The City is pushing the Contractor to submit those outstanding items by Friday, August 28, 2020. An official letter of building turnover will be issued to OPSO when the Operation and Maintenance manuals are turned over.

**OJC Medical Services Building Ph. III**

The architect GHC is currently at 75% with the Construction Document (CD) Phase. The Architect confirmed that 2 of the 3 items requested by the Board of Building Standard Appeals held on July 16, 2020 have been incorporated in the documents. The 3rd request (NOFD plan review) will be engaged when the final plans are submitted. GHC has informed the City they have completed their VE exercise falling $650,000 below the targeted amount (see Phase III note below).

OJC Medical Services Building / TDC Renovations
Project Status Memo - Sunni LeBeouf
August 27, 2020
Page 2 of 2

### YSC 28- BED ADDITION

The project is complete, and the facility is occupied.

### OPP DOCKS

The project is complete and has been turned over to OPSO for occupancy.

### BUDGET

Current budges and project costs for the above-mentioned projects are as follows:

**Phase III / New Jail Building** – The budget amount is $36,000,000. The current construction cost estimate Based on the Architect's Design Development submission is $49,347,235 which it $13,347,235 over the budget amount. The Architect has been directed to value engineer the drawings to the Schematic Design cost estimate amount of 48,697,235 which is $12,697,235 over the budgeted amount.

**TDC Renovations (Bldgs. 1 & 2)** – The budget amount is $6,500,000. Expenses to date total $6,273,108.00. Final change orders are being assembled to reconcile final project costs.

**YSC / Juvenile Justice Center 28 Bed Addition** – The budget amount is $18,272,157. This amount includes $17,036,750 million in FEMA funds. Final expenses are projected to be $18,165,382.

**OPP Docks** – The budget amount is $5,593,466. This amount includes $5,252,055 million in FEMA funds). Final expenses are projected to be $5,019.054.

### TOTAL BUDGET AMOUNT: $66,365,623.00

jsvas/vas

cc:  Ramsey Green, CNO/DCAO
Donesia Turner, CNO/Law
Churita Hansell/Law
John Sousa/Hill
File: Monthly Phase III_Proj-UpdateMemo_SunniLebouf_082720f