**UNITED  STATES  DISTRICT  COURT**
**EASTERN  DISTRICT  OF  LOUISIANA**

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE NORTH** |

**THE CITY OF NEW ORLEANS' RESPONSE TO THE COURT ORDER**
**REQUIRING PRODUCTION OF A WRITTEN STATEMENT FROM**
**THE FORMER CITY ATTORNEY REBECCA DIETZ PURSUANT TO REC. DOC. 1320**

**MAY IT PLEASE THE COURT:**

The City of New Orleans (the "City") respectfully submits this Response to the Court's

Minute Entry requesting the City to provide "the Court with the written statement submitted by

former City Attorney Rebecca Dietz in connection with Motion M-17-261 on May 18, 2017."

(Rec.Doc. 1320, p. 4).

Based on a review of the associated New Orleans City Council (the "City Council") record,

there was no publicly issued written statement by Ms. Dietz that was presented to the City Council

and made part of the public record.  While Ms. Dietz did offer comments publicly,[1] any written

statement or correspondence issued by Ms. Dietz to her client, the New Orleans City Council,

arguably is subject to the attorney-client privilege.[2] *See S.E.C. v. Microtune, Inc.*, 258 F.R.D. 310,

315 (N.D. Tex. 2009).  The City reserves and does not waive the attorney-client privilege as to

Ms. Dietz and her then-client, the New Orleans City Council, and the City does not consent to

---

[1] *See* https://cityofno.granicus.com/MediaPlayer.php?view_id=42&clip_id=2641&meta_id=372678.
[2] In accordance with the Home Rule Charter, the City Attorney represents the Mayor and City Council.  *See* Home
Rule Charter, Chpt 4, Sec. 4-401(2).

submitting any written statements of former City Attorneys prepared for their client as part of a litigation matter.

Respectfully submitted,

_/s/ Sunni J. LeBeouf_
**SUNNI J. LEBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868

 - and -

_/s/ Harry Rosenberg_
**HARRY ROSENBERG (LSBA #11465)**
Email: harry.rosenberg@phelps.com
PHELPS DUNBAR, LLP
365 CANAL STREET
CANAL PLACE – SUITE 2000
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 584-9219
FACSIMILE:  (504) 568-9130

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of September 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

  */s/ Sunni J. LeBeouf*
  **SUNNI J. LEBEOUF**