UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLIANCE DIRECTOR'S DESIGNATION OF WITNESS**

Independent Jail Compliance Director Darnley R. Hodge, Sr. (the "Compliance Director"), through undersigned counsel and pursuant to Doc. No. 1332, designates Darnley R. Hodge, Sr. as the witness for the category listed as "Darnley Hodge or Senior Official with the Orleans Parish Sheriff's Office ("OPSO")."

Respectfully submitted,

/s/ Bryan C. Reuter
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on September 18, 2020, a copy of the foregoing Compliance Director's Designation of Witness was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                         */s/ Bryan C. Reuter*