UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLIANCE DIRECTOR'S ADDITIONAL EXHIBIT LIST**

Independent Jail Compliance Director Darnley R. Hodge, Sr. (the "Compliance Director"), through undersigned counsel, respectfully submits his Additional Exhibit List pursuant to the Court's Minute Entry, dated August 20, 2020, Doc. No. 1320, and Order of August 28, 2020, Doc. No. 1325, and the objections by the City of New Orleans.

**A.** **Exhibit List**

1. Report on Funding Available, prepared by Michael G. Gaffney, dated July 20, 2020;

2. Excerpts from PW 3977- Original PW for Templeman 1 & 2;

3. Excerpts from PW 21063- PW for Templeman 1 &2 after Sheriff Gusman helps City;

4. Excerpts from PW 20494- Consolidated Alternate Project;

5. Excerpts from PW 21081- OPP Docks;

6. Gaffney letter dated November 16, 2015, letter reflecting relative square footage between Templeman 1 & 2;

7. Public Records Request;

8. FEMA letter to Lynne Browning dated September 10, 2019 (w/o attachment);

9. Email dated October 18, 2018 from Trey Marino to Vincent Smith listing recipient projects;

10. FEMA correspondence and attachment dated March 15, 2018;

11. GOHSEP correspondence dated September 23, 2016;

12. FEMA November 20, 2012 letter;

13. List of Approved Recipients FEMA Correspondence Log 5637;

14. FEMA correspondence dated January 10, 2014;

15. FEMA correspondence dated June 23, 2014;

16. FEMA correspondence dated May 11, 2015;

17. FEMA correspondence dated May 20, 2015;

18. SWB correspondence dated September 7, 2016;

19. CNO Criminal Justice Alternate Project List PW 20494;

20. FEMA correspondence dated February 10, 2017;

21. CNO correspondence dated April 7, 2017;

22. FEMA correspondence dated June 28, 2017;

23. FEMA correspondence dated July 17, 2017;

24. FEMA correspondence dated July 18, 2017;

25. FEMA correspondence dated July 18, 2017;

26. FEMA correspondence dated April 6, 2018;

27. FEMA correspondence dated April 20, 2018;

28. Email from GPHSEP Custodian of Records, dated 7/7/20 (Exhibit 25);

29. Correspondence from the City, dated May 14, 2013;

30. Correspondence and estimate from The McDonnel Group/Archer Western Contractors Joint Venture, dated June 25, 2015;

31. Correspondence from the Resident Engineer, dated July 27, 2015;

32. Excel spreadsheet of RRFs processed in PW 20494;

33. Reimbursement Report from GOHSEP on PW 21081;

34. CNO advertisement to Community for Temporary Detention Center;

35. Summary of and excerpts from Project Worksheet for allocation of Central Plant Costs;

36. Letter from Project Delivery Unit Manager, dated May 14, 2013;

37. CNO letter to Mark Debosier dated December 17, 2020;

38. Letter from Grace/Hebert dated December 17, 2013;

39. Demonstrative Exhibits as to Funds Available;

40. Demonstrative Exhibits of Tables in paragraphs XI, XIII, and XIV of the Affidavit of Michael G. Gaffney, Esq.;

41. Demonstrative Exhibits as to Funds Remaining.

42. The Compliance Director will use the City Status Reports, as well as the attached summary of those reports:

| Doc. No. | |
|---|---|
| 1231 | City Status Report (4/18/2019) |
| 1234 | City Status Report (5/17/2019) |
| 1238 | City Status Report (6/18/2019) |
| 1243 | City Status Report (7/18/2019) |
| 1244 | City Status Report (8/14/2019) |
| 1249 | City Status Report (9/18/2019) |
| 1252 | City Status Report (10/18/2019) |
| 1253 | City Status Report (11/19/2019) |
| 1256 | City Status Report (12/18/2019) |
| 1258 | City Status Report (1/17/2020) |
| 1261 | City Status Report (2/21/2020) |
| 1266 | City Status Report (3/18/2020) |

| 1268 | City Status Report (4/17/2020) |
| --- | --- |
| 1276 | City Status Report (5/31/2020) |
| 1279 | City Status Report (6/10/2020) |
| 1307 | City Status Report (7/28/2020) |
| 1326 | City Status Report (8/31/2020) |

43. The Compliance Director will use the Monitor Reports, as well as the attached summary of those reports:

| Doc. No. | |
| --- | --- |
| 609 | Monitor Report No. 1 (2/13/2014) |
| 744 | Monitor Report No. 2 (8/26/2014) |
| 790 | Monitor Report No. 3 (2/25/2015) |
| 881 | Monitor Report No. 4 (9/9/2015) |
| 996 | Monitor Report No. 5 (3/18/2016) |
| 1101 | Monitor Report No. 6 (10/25/2016) |
| 1120 | Monitor Report No. 7 (5/1/2017) |
| 1143 | Monitor Report No. 8 (1/18/2018) |
| 1188 | Monitor Report No. 9 (8/29/2018) |
| 1226 | Monitor Report No. 10 (3/18/2019) |
| 1259 | Monitor Report No. 11 (1/22/2020) |
| 1303 | Monitor Report No. 12 (7/27/2020) |

44. Printout of PACER entries from the Supplemental Compliance Action Plan, Doc. No. 1082 to present.

45. Email chain ending with Gary Maynard email to Eric Melancon dated December 23, 2016 at 4:41 p.m.

46. Word document "MH-Ph III-Compliance Plan-em-gm=12-23.docx" attached to Gary Maynard email of #6.

47. Screenshot showing author of document #46.

48. Screenshot showing revision history of document #46.

49. Word document of "Compliance Plan.docx" attached to Melancon email of #6.

50. Screenshot showing author of document #49.

4

51. Email chain ending with Gary Maynard email to Eric Melancon dated December 23, 2016 at 7:54 p.m.

52. Letter from Hon. Mitchell J. Landrieu, Marlin N. Gusman, and Gary Maynard to Secretary James M. LeBlanc, dated July 24, 2017.

53. Metropolitan Crime Commission Report dated August 19, 2020.

54. Doc. No. 1297-9, City of New Orleans Ordinance No. 28300.

55. Doc. No. 1297-8, Letter from Vincent Smith to Darnley Hodge, dated December 13, 2018, plus attachments.

56. Doc. No. 1297-5, Letter from Traci L. Brasher to Lynne Browning, dated September 16, 2019, plus attachments.

57. Hunt List.

58. Plaintiff Inmate List.

59. The Court's Minute Entry, dated August 20, 2020, Doc. No. 1320, stated that, "the Court considers all exhibits and documents in the record of the case to be admissible for purposes of this motion." As such, the Compliance Director will use record documents, including, but not limited to:

| Doc. No. | |
|---|---|
| 70 | DOJ Complaint |
| 465 | Order Approving Consent Judgment |
| 466 | Consent Decree |
| 738 | Order regarding Short-Term Housing |
| 1082 | Stipulated Order |
| 1106 | Supplemental Compliance Action Plan |
| 1127 | Transcript of Status Conference (6/8/17) |
| 1221 | Minute Entry dated 1/25/2019 |
| 1222 | City Reply to Minute Entry |
| 1227 | Order regarding Phase III |
| 1259 | Monitor's Report No. 11 (1/22/2019) |
| 1276 | City Status Report (5/31/2020) |

| | |
|---|---|
| 1279 | Updated City Status Report (6/10/2020) |
| 1280 | Minute Entry (6/10/2020) |
| 1281 | Motion and Memo for Relief from Court Orders |
| 1311 | Order & Reasons, dated August 5, 2020 |
| 1312 | City Reply Memo |

60. City Council video referenced in Doc. No. 1320.

61. Any exhibit needed for rebuttal.

62. Any exhibit listed by another party.

**B.** **Objections by the City of New Orleans**

The City objects as follows:

"Exhibit 2-5, 8-17, 20, 22-27, 30, 56 – hearsay; irrelevant to the City's Motion for Relief based on a significant change in circumstances; The City is requesting coordination with counsel for the Compliance Director in an effort to explore a possible stipulation as to all FEMA exhibits; confuses the issue; the number of exhibits offered by the Compliance Director regarding FEMA will consume an inordinate amount of time which will create unfair prejudice given the time limitations put in place by the Court; FEMA matters are beyond the purview of the Compliance Director.

Exhibits 39-41 – hearsay; accuracy of "demonstratives" unconfirmed; Exhibit 41 first received by the City of New Orleans on 9/18/20, and has not yet been reviewed.

Exhibits 45-51 – hearsay; documents first produced on 9/8; if the referenced emails are accepted by the Court, the City is requesting an opportunity to call a rebuttal witness.

Exhibit 53 – hearsay

The City re-urges its objection and does not consent to the former Compliance Director proceeding as if he is a party to this consent decree litigation matter, when he is not a party, but instead would more appropriately be a witness. We further object to the Compliance Director's private counsel litigating against the City, at the City's cost, without consent for same – in this

6

litigation matter – in a manner that appears to be intended to further burden the City and to confuse the record on the City's Motion for Relief based on a significant change in circumstances. The City also objects to continuing to incur cost related to the Compliance Director and his private counsel, in addition to the compensation of the duly elected Sheriff and OPSO staff, when the Court has ruled (and no party has opposed) that all requirements for termination of the Compliance Director have been met."

Respectfully submitted,

*/s/ Bryan C. Reuter*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, a copy of the foregoing Compliance Director's Additional Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Bryan C. Reuter*