# Orleans Parish Sheriff's Office
# Report on Funding Available
# Prepared by: Michael G. Gaffney
# July 20, 2020

### Background

The City of New Orleans (hereinafter "City") has 10 relevant Hurricane Katrina Project Worksheets ("PW) which are related to the Criminal Justice facilities. These Project Worksheets are:

- PW 21063 (Donor, Additional Templeman I & II funding with OPSO assistance);
- PW 17452 (Donor, Project Management);
- PW 3977 (Donor, Templeman I & II original funding);
- PW 21057 (SRIA- Not relevant to Templeman I &II funding);
- PW 20947 (SRIA- Not relevant to Templeman I & II funding);
- PW 20494 (Recipient PW, Criminal Justice Consolidated Alternate)
- PW 21062 (From PW 3977 to Recipients NOPD Third District Renovation, NOPD Training Center)
- PW 21067 V3- Criminal Justice & Public Safety Alternate Project Youth Detention Center;
- PW 21068-Criminal Justice & Public Safety Alternate Project In Line Grinder Juvenile Justice; and
- PW 21081- OPP Docks.

The basic strategy of the City was to consolidate a large number of Project Worksheets (Donors) into a single PW wherein it could then spend the funds on other projects which it specifically identified (Recipients).[1]

This strategy was accomplished by two funding alternatives. For a specific number of projects, subject to certain conditions, and subject to restrictive time period, the City utilized the Sandy Recovery and Improvement Act (SRIA) initiative entitled the FEMA Public Assistance Alternative Procedures (PAAP) Pilot Program, Version 2 dated December 19, 2013.[2] PW 21057 and 20947 are SRIA PWs. While involving Criminal Justice facilities, neither involve OPSO facilities.

---

[1] This strategy was used. Subsequently, certain recipients were moved to new PWs. See PW 21062 for NOPD Third District and Training Center; PW 21067 for the Youth Detention Center; and PW 21068 for the In-line grinder, and PW 21081 for the docks.

[2] See PW 21063, page 2 of 10; Bates 4 of 484.

1

EXHIBIT 1

For those Hurricane Katrina damaged facilities which were criminal justice facilities, the City elected to use the Alternate Project funding alternative under 44 CFR 206.203(d)(2).[3] This Alternate Project funding election was at 100% due to Section 546 of the Consolidated Security, Disaster Assistance and Continuing Appropriations Act of 2009.[4]

## Summary – Conclusion

### Summary- Conclusion

### FEMA Funds available to fund the Mental and Medical Needs Building

We have traced the FEMA funding which is attributable to the OPSO's Templeman II funding. Our analysis reflects that the FEMA funding attributable to OPSO's Templeman II Facility is **$70,482,530.51, plus an administrative allowance of $352,412.66.** The amount of FEMA funding attributable to OPSO's Templeman II facility was determined as set forth below.

In addition, the City has received funds from CCC which are available to fund the Mental and Medical Needs Building in the amount of **$16,607,084.13 ($22,160,540.00 - $5,553,455.87)** from the improvements made by the OPSO at the CCC. In addition, there is FEMA funding for the CCC IT relocation of **$143,439.00.** There is also FEMA funding for CCC for Project Management in the estimated amounts of **$2,161,623.00 ($22,160,540.00 * 9.754%)** plus **$15,505.00.**

In addition, the OPSO has the capability to obtain funding from FEMA as a reimbursement of the Central Plant costs. This amount is **$4,183,455.45.**[5] The OPSO or City could only obtain this funding from FEMA by means of a Cooperative Endeavor Agreement ("CEA"). The City has refused to execute that portion of the CEA which would enable the OPSO to obtain these funds. Indeed, the City has discussed this with FEMA in an effort to preclude the OPSO from these funds because it could cause the City concerns with its funding for Templeman I & II.

Additionally, as noted below, there are a number of obligations due to OPSO by the City from its FEMA funding. This amount ranges up from **$2,000,000.00** with the ability to enable OPSO to recover an additional **$5,000,000.00** for temporary video visitation and temporary medical sites constructed in compliance with the Consent Decree.

### FEMA Funds remaining to fund the Mental and Medical Needs Building

---

[3] See PW 21063, Page 2 of 10; Bates 4 of 484.
[4] See PW 21063, Page 8 of 10; Bates 10 of 484.
[5] See attached schedule dated September 12, 2016.

2

The Criminal Justice PW 20494 has funding which has not been reimbursed to the City in excess of **$90,000,000.00.** However, the City has submitted recipient projects for all of this money as reflected on the attached schedule. The only funding which the City has submitted to FEMA to use for the Mental and Medical Needs building is $30,000,000.00. It does not appear that the Mental and Medical Needs facility has been approved as a recipient facility due to unanswered requests from FEMA. Thus, it does not appear that any of the $30,000,000 has been approved by FEMA for use in the Mental and Medical Needs building as a recipient project.

The City in its Motion states that it has spent $17,300,000.00 on the Juvenile Justice Facility and $5,300,000.00 on the Docks. If we assume that this is both accurate and reasonable, then the City has spent $22,600,000.00 out of $70,482,530.51 which is available from Templeman II only. That would leave a balance of **$47,882,530.51** remaining to construct the Mental and Medical Needs building.

In addition, the City has expended more on the Docks and the Juvenile Justice facility than it budgeted and that it suggested to FEMA and the OPSO. The budget for the Docks was $5,000,000 which the City submitted to FEMA. The final cost per the City's Motion was $5,300,000.00. This is an overrun of $300,000.00. That construction overrun should not affect the amount of funding for the Mental and Medical Needs Facility. The budget for the Juvenile Justice Facility was $16,000,000.00 which the City submitted to FEMA. The final cost per the City's Motion was $17,300,000.00. This is an overrun of $1,300,000.00. That should not affect the funding for the Mental and Medical Needs Facility. Thus, there should be added to the available remaining FEMA funds the sum of $1,600,000.00 ($300,000.00 + $1,300,000.00).

The Reimbursements on the various Project Worksheets do not reflect these costs. The City may not have submitted the costs incurred for reimbursement. I do not know. The reimbursements are as follows:

| | Reimbursement | FEMA Funding | Remaining Funding |
|---|---|---|---|
| **PW 21062**-Criminal Court Phase II, NOPD Third District Renovation, and Training Center Renovation | $9,595,302.27 | $16,532,862.00 | $6,937,559.73 |
| PW 21067- Juvenile Justice | $13,447,511.90 | $16,406,506.48 | $2,958,994.58 |
| PW 21068- In line Grinder | $96,068.75 | $630,243.99 | $534,175,.24 |
| PW 20494-Templeman I and II | $31,127,780.01* | $144,784,844.00 Less Funding transferred to other PWs) | |
| PW 20081-OPP Docks | ? | $5,252,033.28 | ? |

| | |
|---|---|
| **Easy understanding Summary:** | $144,784,844.00 |
| PW 21062 Reimbursements | ($9,595,302.27) |
| PW 21067 Reimbursements | ($13,447,511.90) |
| PW 21068 Reimbursements | ($96,068.75) |
| PW 20494 Reimbursements | ($31,127,780.01) |
| NET AVAILABLE | $90,518,181.07 |

## Detailed Analysis of Project Worksheets

### PW 21063- Templeman I and II

PW 21063 relates to the <u>additional</u> funding which Sheriff Marlin N. Gusman assisted the City of New Orleans in obtaining for the replacement of the Hurricane Katrina damaged Templeman I and Templeman II jails. After years of negotiating with FEMA, the FEMA funding for both Templeman I &II both <u>design and construction</u> was a combined total of $52,671,351.43 which was provided in <u>PW 3977</u>. The City requested the assistance of Sheriff Marlin N. Gusman. At the request of Sheriff Marlin N. Gusman, the undersigned met with the City's FEMA team including Kaylen Eckert and Katy Dignan. Then, Sheriff Marlin N. Gusman authorized Jerry Hebert of Grace and Hebert to assist the City. Jerry Hebert prepared a detailed analysis of applicable codes and standards which was the basis of the significant additional FEMA funding for Templeman I & II.[6]

The assistance which Sheriff Marlin N. Gusman provided resulted in a substantial increase in FEMA funding for Templeman I & II. As a result of Sheriff Marlin N. Gusman's assistance to the City, FEMA provided the following funding for Templeman I & II:

- FEMA provided total funding for the **construction** of Templeman I & II in the amount of **$99,905,621.00** (PW 3977 and PW 21063).
- In addition, FEMA funded **Design fees** in PWs 3977 and 21063 (FEMA CEF factor H2)[7] for Templeman I & II in the total amount of **$6,723,822.00**. Thus, the FEMA funding for the combined design and construction of Templeman I & II is **$106,629,443.00**.[8]
- In addition, FEMA funded **Project Management fees** (FEMA CEF factors H1 & H3) for Templeman I & II in the total amount of **$8,991,506.00**.[9] This amount was funded into PW 17452, the City's consolidated Project Management PW.

---

[6] See PW 21063, page 3 of 10; Bates 5 of 484.

[7] CEF stands for Cost Estimating Format. This is the estimating methodology used by FEMA to better estimate the total cost of large projects. See FEMA Public Assistance Policy Digest, FEMA 321/October 2001, page 23.

[8] See PW 21063, page 7 of 10; Bates 9 of 484. The Project Management of $8,991,506 is in a separate PW, PW 17452. Therefore, FEMA added $50,495,852.57 to this PW 21063 (or PW 3977) for Templeman I & II.

[9] See PW 21063, page 7 of 10; Bates 9 of 484. Also note H1 is project management for the design phase. H3 is for project management for the construction phase. See CEF Instructional Guide.

4

- Finally, while not mentioned in any of these PWs, there is an **administrative allowance** for Templeman I & II which is automatically added to all FEMA reimbursements in an amount of one-half of 1% (.5%). This amounts to an additional **$578,104.75** which is available for Templeman I &II replacement.[10]

Thus, the total FEMA funding which is included in PW 17452 (Project Management) and PW 21063 (Design and Construction) for the replacement of Templeman I & II is **ONE HUNDRED FIFTEEN MILLION SIX- HUNDRED TWENTY THOUSAND NINE HUNDRED AND FORTY-NINE and NO/100 ($115,620,949.00) DOLLARS**

The total available FEMA funding, **including the administrative allowance**, provided for the replacement of Templeman I & II is ONE HUNDRED SIXTEEN MILLION ONE HUNDRED NINETY-NINE THOUSAND FIFTY-THREE AND 75/100 ($116,199,053.75.) DOLLARS.

The City elected to cap the Templeman I & II funding and include the $115,620,949.00 of Templeman I & II funding from PW 3977 and PW 21063, along with the funding of 14 other Criminal Justice facilities, into a single consolidated Alternate Project Worksheet, i.e., **PW 20494**.[11] In addition, while not mentioned, the administrative allowance is available to construct the Mental and Medical Needs facility. The total available funding in PW 20494 is approximately **$144,784,844.00**.

### Allocation of funding between Templeman I & II

The replacement model used by FEMA to arrive at the funding of $115,620,949.00 was based upon square footage.[12] Thus, the allocation of the FEMA funding between Templeman 1 and Templeman II is easy to determine. One must simply use the relative square footage.

Jerry Hebert provided the information to FEMA for its calculations of the replacement model. Jerry Hebert also provided the information to OPSO for the allocation between Templeman I & Templeman II. The relative square footage is 60.96% to Templeman II and 39.04% to Templeman I. [13]

**Thus, the FEMA funding attributable to Templeman II is 60.96% of $115,620,949.00. The amount of funding attributable to OPSO's Templeman II is $70,482,530.51.** [14]

---

[10] Stafford Act Section 406(f)(1); 44 CFR 206.228(a)(2); Public Assistance Guide FEMA-322, pages 41-44.
[11] See PW 21063, page 8 of 10; Bates 10 of 484.
[12] See PW 21063, page 7 of 10; Bates 9 of 484. The CEF uses Part A costs to which Parts B-H are added in the CEF. Parts B-H are soft costs of construction.
[13] See attached letter dated November 16, 2015. The City is and has always been aware of the relative square footages between Templeman I and Templeman II.
[14] In prior communications, I used the figure of $65,000,000 because I was under the impression that the funding was only $106,000,000. That figure did not include the Project Management fees of $8,991,506 and did not include the Administrative Allowance. The correct amount attributable to OPSO's Templeman

5

### PW 17452- Consolidated Project Management

As noted above, in the formulation of PW 21063, FEMA agreed to fund Project Management fees (FEMA CEF factors H1 & H3) for the replacement of Templeman I & II in the total amount of **$8,991,506.00**.

FEMA placed the funding for the CEF Factors H1 & H3 into a consolidated Project Management Project Worksheet, PW 17452, along with its other funding for Project Management services.

While $8,991,506 of Project Management fees from Templeman I & II was placed into PW 17452, the City transferred eligible funding of only $2,523,181.50 to PW 20494 the Criminal Justice Alternate Project PW.[15] The remaining $6,468,324.50 was retained in PW 17452 or was transferred to other PWs, 21062 ($731,333), 21067 ($406,506.48), 21068 ($30,243.99), 21080 ($224,309.62), 21081 ($252,033.28), and 21112 ($4,186,934.60). The total sum of $8,354,542.47 was transferred out of this PW to these various Project Worksheets. Additionally, $628,333.70 was transferred to PW 21112V0.

The tracing or following of these funds is difficult since money is fungible. None the less, FEMA did fund $8,991,506 for damages to Templeman I & II. There is no real need to follow the money.

### PW 3977 V7- Templeman Prison Phase I (and II)

PW 3977 V2 received the obligated scope and previously obligated funds from PW 4119 (Templeman II).[16]

At the end of the City's efforts of PW 3977 formulation, in PW 3977 Version 7, FEMA obligated **(before Sheriff Marlin N. Gusman provided his assistance to the City)** the sum of $52,671,351.43 for the replacement of both Templeman I & II, plus A/E fees of $3,462,239.[17] The total of $52,671,351.43 + $3,462,239.00 = $56,133,590.43. PW 3977 was adjusted for **insurance** reductions of $5,094,000 (wind) and $500,000 (flood) resulting in transferrable funding of

---

II is $70,482,530.51. In addition, there is administrative allowance of $352,412.66. ($578,104.75 x 60.96%)

[15] See PW 20494 V5 page 58 of 114; Bates 58 of 710. This information is not present in PW 20494 V5 II.

[16] See PW 3977 V7, page 3 of 66; Bates 380 of 484. A copy of PW 3977 V7 is included in PW 21063 as Attachment 5. FEMA considered Templeman I and Templeman II were a single building with two wings and that the combination was done for simplification of tracking costs. See Version 2 of PW 3977 V7, page 3 of 66; Bates 70 of 484. FEMA was under the impression that Templeman I & II is a City owned building. See PW 3977 V7, page 46 of 66; Bates 423 of 484.

[17] In addition, FEMA provided actual cost funding to demolish Templeman I & II of $509,328.53 ($505,856.84 plus $75,211.14 minus ($71,739.45)). FEMA also provided Project Management funds in a separate PW.

6

$50,539,590.43. This amount was increased by the demolition costs which are not transferable of $505,856.84 +$75,211.14 -$71,739.46= $509,328.52. When consolidated the FEMA funding is $56,133,590.43 - $5,094,000 -$500,000 + $509,328.52 which equals the obligated amount of $51,048,919.01.

As noted above, PW 21063 was issued to reflect the results of Sheriff Marlin N. Gusman's assistance to the City. The FEMA funding was increased by PW 21063 from the $56,133,590.43 in PW 3977 to **$106,629,443.00, an increase of $50,495,852.57.**

By letter dated December 17, 2013, the City requested that the funding from PW 3977 for both Templeman I & II be transferred to its consolidated alternate projects PW for Criminal Justice and Public Safety Programs, PW 20494.[18]

By letter dated June 23, 2014, FEMA responded to the City's request. FEMA acknowledged the City's withdrawal as to the request to consolidate PW 2048 (Juvenile and Courts) into PW 20494. FEMA, after advising the City as to the application of the Strategic Funds Management initiative, requested additional information from the City in order to process this request. The request related to the proposed Alternate Projects.[19] Attached to the letter is a list of the proposed Alternate Projects to which the Consolidated Alternate Project funding could be applied. Attachment 1 thereto lists the Recipient Facilities.[20] Noticeably missing is at this time is Phase III, the Mental and Medical Needs facility.

By letter dated December 17, 2013, the City added four projects to the recipient list in PW 20494. While this acknowledges the CCC transfer of the IT relocation, which will be discussed later, noticeably missing is Phase III.

The City did add the Mental and Medical Needs building to its request for Recipient facilities as project #32 of the 34 submitted, as noted below. **There is no evidence that FEMA has ever approved the Mental and Medical Needs facility as a recipient facility.**

### PW 3977- discussion re: Medical Facilities within Templeman I & II

The Templeman I & II facilities included 1,760 Net Square Feet for two clinic spaces for medical and mental health.[21] This amount would be grossed up for walls, columns, chases, and circulation, and HVAC mechanical. There were also 288 beds dedicated to medical facilities within Templeman I & II.

---

| | |
|---|---|
| 18 | See PW 3977 v7 Exhibit B to Version Request which is included in PW 21063; Bates 182 and 183 of 484. |
| 19 | See PW 3977 V7 Attachment 4, page 2 of 4; Bates 210-212 of 484. A copy of PW 3977 V7 is included in PW 21063 as Attachment 5. |
| 20 | See PW 3977 V7 Attachment 4, FEMA November 20, 2012 letter Attachment 1; Bates 216 of 484. A copy of PW 3977 V7 is included in PW 21063 as Attachment 5. |
| 21 | See PW 21063, page 6 of 10; Bates 8 of 484. |

Of specific importance to the Phase III funding with regard to Templeman I & II, on November 15, 2013 FEMA issued a Request for Information (RFI) concerning Templeman I & II to the City. Contained therein as RFI #2 was the following RFI:

> "At a meeting on August 14, 2013, the Sub-Grantee stated the facilities accommodated medical facilities. For medical facilities, please provide a description of the functions or procedures performed and their location as well as the number, type, and location of beds. If they are available. FEMA also requests floor plans showing these medical facilities" [22]

In response to this RFI, Grace and Hebert on December 17, 2013 responded on behalf of the City, as follows:

> "Response: In discussions with Dr. Gore of the OPSO it is apparent these buildings were the hub of the Medical and Mental Health care for the campus. The plans submitted along with the modifications to the exercise yard indicate the clinical areas. There were also eight (8) dormitories that were used for medical housing. There was no infirmary on the campus; therefore, this medical housing was used for all types of care. Surgery or major medical procedures were not done on campus.
> These components included renovated spaces within the Templeman facilities plus additional expansion areas adjacent to the facility (formerly open exercise yards)"[23]

There were 8 dormitories used for medical and mental health as noted in the City's response to the FEMA RFI. Each dormitory had 36 occupants.[24] Thus, the Templeman I & II facility had 288 beds for medical and mental health which were added by OPSO after the construction of Templeman I & II.

### PW 21057- SRIA Consolidated Subgrant 2- NOT RELEVANT

There are ten Project Worksheets to fund proposed work (Donors) and twelve recipient projects. There are no OPSO/LED projects included in the donors or the recipient projects. The aggregate obligated funding is $28,963,153.93.

### PW 20947- SRIA Consolidated Subgrant 1- NOT RELEVANT

---

[22] See PW 3977 V7 Exhibit B to Version Request which is included in PW 21063; Bates 302 of 484.
[23] See PW 3977 V7 Exhibit B to Version Request which is included in PW 21063; Bates 185 and 186 of 484.
[24] See PW 3977 V7 Exhibit B Attachment 2, page 4; Bates 286 of 484. A copy of PW 3977 V7 is included in PW 21063 as Attachment 5.

8

There are 21 Project Worksheets to fund proposed work (Donors) and eleven recipient projects. While this is a Criminal Justice PW, there are no OPSO/LED projects included in the donors or the recipient projects. The aggregate obligated funding is $44,865,354.94.

## PW 20494- Consolidated Alternate Project Request for Criminal Justice Facilities

$106,629,443.00 of funds from Templeman I & II (PW 3977 and PW 21063) is scheduled to go into this PW 20494. In addition, there is available an administrative allowance of $352,412.66.

The most recent version of PW 20494 is Version 5.[25] However, at this time this additional funding from PW 3977 and 21063 has not been obligated and transferred to this Project Worksheet and is not available due to the Strategic Funding Initiative which requires that the project be ready for construction within the next year. .

This PW is the consolidation of funding from various PWs into a single funding pool. The Donor PWs are as follows:

| PW 21063 | Templeman I & II | $50,495,852.57 (Not yet reflected in PW 20494) |

| PW 1050 | MTA East Draught Pit Canopy | $2,330.60 |
| PW 1057 | MTA East Apparatus Bldg | $50,469.68 |
| PW 1065 | MTA East Ladder training | $8,811.50 |
| PW 1086 | MTA East Toilet Bldg | $3,208.85 |
| PW 1118 | MTA East Burn Bldg | $11,797.50 |
| PW 1120 | MTA East Classroom | $21,663.00 |
| PW 5456 | MTA East Firing Range | $162,680.00 |
| PW 8483 | NO Police 5th Dist Station | $3,915,371.00 |
| PW 11714 | MTA East Administration B | $313,953.00 |
| PW 12206 | CNO Crime Lab | $3,146,461.01 |
| PW 13608 | Police Maintenance Wareh | $3,683,793.93 |
| PW 13923 | Community Corrections Cen | $22,160,540.00 |
| PW 13946 | Police Carpenters Shop | $438,742.72 |
| PW 19038 | NO Police Dept 7th District | $3,234,274.00 |

**Version 1:**

---

[25] See Email from GOHSEP Custodian of Records dated 7/7/20.

9

PW 13923 V1 Community Corrections IT   $143,439.00 * additional $15,505 in PW 13923

**Version 2:**

Demolition of Fire Station 22/39 relocation   $19,333.00
NOPD 1st Dist Police Station PW 9270 Will NOT be included here
1st Dist Police PW 9720 Will NOT be included here
PW 3977   Templeman I & II   **Waiting Completion of review by FEMA**
Mobile video units   $289,870.00

**Version 3:**

| PW 1051 | NOFD 3 | $976,246.56 |
| PW 1082 | NOFD Supply Shop | $276,333.15 |
| PW 2048 | Juvenile & Civil Court | $1,016,686.00 |
| PW 8744 | NOFD Station 11 | $294,834.07 |
| PW 13999 | Irish Bayou Communications | $162,942.05 |
| PW 3977 | Templeman I & II | $12,605,402.10* Eligible funding is $56,133,590.49 |

**Version 4:**

Police vehicle purchases; No overall funding change. Total is $91,470,047.25.

**Version 5:**

PW 17452   Project management   $2,523,181.50

**PW 20494 V5 I (There are 2 versions of this Version)**

75 PWs totaling $144,784,844 submitted. [26]

The City can use the funding from this consolidated PW to fund those projects which the City has submitted to FEMA for approval. In submitting the Alternate Project funding request, the City and FEMA can agree upon a cap for individual projects or can agree that there is no cap on each individual project. In this consolidated PW, there is a cap on each individual project.

The proposed or approved **Recipient alternate projects** are:

| Proposed or Approved Recipient Alternate Projects | Amount approved |
|---|---|
| 1. MTA[27] East Training Enhancements | $420,162.66 |
| 2. NOPD 5th District Station Replacement | $3,448,765.00 |
| 3. NOPD 7th District Station Replacement | $2,757,904.00 |
| 4. Criminal Evidence and Processing Complex | $11,554,473.21 |
| 5. Community Corrections Center Demolition | **$5,553,455.87** |
| 6. NOFD Station 31 | $210,081.33 |

---

[26] PW 20494 V5 II, page 5 of 126; Bates 5 of 691. See also PW 20494 V5, page 5 of 114; Bates 5 of 710.
[27] Municipal Training Academy ("MTA").

10

| | | |
|---|---|---|
| 7. | EMS Headquarters | $5,102,033.28 |
| 8. | Municipal and Traffic Court Bldg Enhancement | $2,100,813.31 |
| 9. | Police vehicles | $5,088,501.74 |
| 10. | CCC IT relocation | **$170,669.28** |
| 11. | NOFD Station 22/39 | $741,401.58 |
| 12. | NOPD 1st District Station | $120,000.00 |
| 13. | Mobile video Units | Removed |
| 14. | Municipal Traffic Court | $2,000,000.00 |
| 15. | Additional Police Vehicles | $3,531,023.09 |
| 16. | NOPD Data storage | $525,203.33 |
| 17. | Early Warning System | $210,081.33 |
| 18. | Additional Police vehicles | $1,452,475.17 |
| 19. | License plate recognition system | $525,203.33 |
| 20. | Juvenile Justice Center Complex | $6,348,119.25 (Completed) |
| 21. | Gallier Hall Preservation /restoration | $1,550,000.00 |
| 22. | NOPD 3rd District Station | PW 21062 |
| 23. | Police Training Academy | PW 21602 |
| 24. | EMD Central Maintenance Bldg | PW 21062 |
| 25. | Criminal District Court | PW 21062 |
| 26. | Youth Detention Center | PW 21067 |
| 27. | Juvenile Justice Center In-Line Grinder | PW 21068 |
| 28. | NOFD Headquarters at Naval Support Act Bldg | |
| 29. | Gallier Hall Exterior repairs | |
| 30. | Desire Florida Community Center | |
| 31. | NOPD 4th District Station | |
| 32. | **Mental and Medical needs** | |
| 33. | **Old Parish Prison Docks** | PW21081 |
| 34. | Project Management | |

## PW 21062- Criminal Justice & Public Safety Alternate Project- Criminal Court Phase II, NOPD Third District Renovation, and Training Center Renovation

This Project Worksheet includes funding **solely and entirely** from PW 3977 and/or PW 20494 (Templeman I & II).[28] The total FEMA funding in this project is $17,024,516.18. This Project Worksheet addresses projects # 22-25 in PW 20494

The City nominated the following recipient projects:

   22. NOPD 3rd District Station  $1,635,000.00

   23. Police training Academy  $5,000,000.00

---

28 PW 21062, page 10 of 41.

| | |
|---|---|
| 24. EMD Central Maintenance Bldg | $5,397,862.00 |
| 25. Criminal District Court | $4,500,000.00 |
| Total recipient Funding | $16,532,862.00 |

FEMA funded $56,642,919.01 in PW 3977 in eligible project costs for Templeman I & II. The amount of $509,328.52 is site specific costs(demolition) which are deducted from this amount. The difference of $56,133,590.49 is available for use in the CJ/PS alternate project. This amount does not include insurance deductions of $5,594,000.00 and $500,000.00.

In version 1 of this PW, the City transferred $8,354,542.47 out of the Project Management PW 17452. The transfer out included $731,333.00 (Templeman I & II money) into the PW 21062.[29]

The work was performed by Battco Construction and Maintenance, Inc. Apparently there were a series of contract amendments which added different scopes of work, Criminal Court Phase II, NOPD Third District Renovation, and Training Center Renovation.

## PW 21067 V3- Criminal Justice & Public Safety Alternate Project
## Youth Detention Center

This Project Worksheet includes funding **solely and entirely** from PW 3977 and PW 20494(Templeman I & II) and PW 17452 Project Management.[30] The total FEMA funding in this project is $16,406,506.48.This Project Worksheet addresses project # 26-27 in PW 20494

The City nominated the following recipient project in this PW:

| | |
|---|---|
| 26. Youth Detention Center | $16,406,506.48 |
| Total recipient Funding | $16,406,506.48 |

Project 27 will be added to the PW 20494 at $600,000.00. The following projects which remained under review are 27-34. Projects 32 and 33 are the Mental and Medical needs and Old Parish Prison Docks, respectively.

## PW 21068-Criminal Justice & Public Safety Alternate Project
## In Line Grinder Juvenile Justice

This Project Worksheet includes funding **solely and entirely** from PW 3977 (Templeman I & II) and PW 17452 Project Management.[31] The total FEMA funding in this project is $630,243.99. This Project Worksheet addresses project # 27 in PW 20494

---

[29]   PW 21081 V1, page 9 of 47; Bates 0009.
[30]   PW 21062, page 10 of 41.
[31]   PW 21068, page 11 of 32.

12

The City nominated the following recipient project in this PW:

| | |
|---|---|
| 27. In Line Grinder Juvenile Justice | $630,243.99 |
| Total recipient Funding | $630,243.99 |

The following projects which remained under review are 28-34. Projects 32 and 33 are the Mental and Medical needs and Old Parish Prison Docks, respectively.

## Period of Performance

The City has control since 2016 of the FEMA funding for Templeman I & II. It has missed numerous deadlines to provide information on the Mental and Medical Needs facility to FEMA so as to enable FEMA to do its Eligibility analysis including environmental review, its historical review, its review of compliance with all related Executive Orders, as it has done on every other project. It does not appear that as of this date the City has supplied FEMA with design development stage plans for the Mental and Medical Needs facility. The construction work must be completed by 8/29/23 (approximately 3 years) which is the current FEMA Period of Performance (PoP) for Hurricane Katrina. If the work is not completed by then, FEMA will not fund the project. The Citizens of New Orleans cannot afford to fund this construction without these essential FEMA funds.

## Community Correctional Center (CCC)

The CCC is a City owned building as a result of a donation by the Federal Government to the City of New Orleans. At the time of Hurricane Katrina, the CCC housed many OPSO inmates.

The CCC was also location of the OPSO administrative offices for the entire OPSO campus. The CCC housed all the OPSO computers which were used to operate the entire OPSO campus. The CCC housed all the OPSO telephone systems which were used to operate the entire OPSO campus. The CCC also housed exercise rooms. The OPSO made a multimillion-dollar investment in the tenant improvements at the CCC.

The OPSO filed a request for a Project Worksheet for the repairs to its tenant improvements. While FEMA was processing this request by OPSO, the City asked FEMA to request that OPSO withdraw its request for a PW for approximately $8,000,000 in tenant improvements. At the City's request, the OPSO agreed to withdraw its request provided that the City would fund the transfer of the computers system from CCC to its ultimate location. OPSO withdrew its request for FEMA funding. The City never funded the cost of the transfer of the computer systems to the new Administration portion of the OJC.

As noted above, FEMA in PW 13923 funded $22,160,540.00 for the repairs to CCC. The City used this PW to contribute these funds into the Criminal Justice Alternate Project PW 20494. The City then allocated $5,553,455.87 for the demolition of CCC as recipient #5. Thus, in addition to the above funds, the City benefitted by **$16,607,084.13** from the damages to this

OPSO office and inmate building and the improvements made by the OPSO at the CCC and the decision not to repair and restore the administrative offices and inmate housing units in CCC.

There is also FEMA funding for CCC for **Project Management** in the estimated amounts of **$2,161,623.00** ($22,160,540.00 * 9.754%) plus **$15,505.00** for the CCC IT transfer.

## Expenditures

## Expenditures

### PW 21063- Templeman I and II

This PW, which includes the FEMA funding which Sheriff Marlin N. Gusman assisted the City in obtaining, is a donor PW to PW 20494. All of the funding was transferred to PW 20494. However, the PW 21063 has not been obligated due to the fact that the City has never progressed with the work due to the Strategic Initiative. There are no expenditures which are relevant to the amount of available funds from Templeman I & II.

### PW 17452- Consolidated Project Management

$8,991,506.00 of Templeman I & II funds went into this PW.

The following RRFs were processed out of these funds and paid by GOHSEP to the City:

- NONE
- The City transferred all $8,991,506 of these funds into PW 20494 and/or other PWs. From there money was transferred to other PWs. However, it has not proposed using this for the Mental and Medical Needs Building.

### PW 3977 V7- Templeman Prison Phase I (and II)

This is a donor PW to PW 20494. The only funds expended are for the demolition of the Templeman I & II facilities. Demolition costs are not transferable. These expenditures are not relevant to the amount of available funds from Templeman I & II.

### PW 21057- SRIA Consolidated Subgrant 2- NOT RELEVANT

There are no funds which are relevant to the amount of available funds from Templeman I & II.

## PW 20947- SRIA Consolidated Subgrant 1

There are no funds which are relevant to the amount of available funds from Templeman I & II.

## PW 20494- Consolidated Alternate Project Request for Criminal Justice Facilities

$106,629,443.00 of funds from Templeman I & II is scheduled to go into this PW from Templeman I & II. In addition, there is available an administrative allowance of $594,412.66.

**However, at this time $50,495,852.57 of this funding remains in PW 21063 and has not been obligated transferred to this Project Worksheet and is not available, since the City has not provided a construction schedule for the Phase III which FEMA requires for obligation.**

The following RRFs were processed out of these funds and paid by GOHSEP to the City:

- See attached Excel Spreadsheet.
- There remains unexpended funding available in excess of $90,000,000.00.

## PW 21062- Criminal Court Phase II, NOPD Third District Renovation, and Training Center Renovation

As per the attached reimbursement report, the City has received $9,595,302.27 in reimbursements (plus admin of $47,976.50) of the PW's funding amount of $16,532,862.00.

## PW 21067- Juvenile Justice Center

As per the attached reimbursement report, the City has received $13,447,511.90 in reimbursements (plus admin of $67,237.58) of the PW's funding amount of $16,406,506.48.

## PW 21062- In Line Grinder

As per the attached reimbursement report, the City has received $96,068.75 in reimbursements (plus admin of $480.34) of the PW's funding amount of $630,243.99.

## Excessive Expenditures

### EXCESSIVE EXPENDITURES

The following expenditures are excessive:

The City has expended more on the Docks and the Juvenile Justice facility than it budgeted and suggested to FEMA and the OPSO. The Budget for the Docks was $5,000,000 which the City submitted to FEMA. The final cost per the City's Motion was 5.3. This is an overrun of $300,000.00. That should not affect the funding for the Mental and Medical Needs Facility. The Budget for the Juvenile Facility was $16,000,000 which the City submitted to FEMA. The final cost per the City's Motion was 17.3MM. This is an overrun of $1,300,000.00. That should not affect the funding for the Mental and Medical Needs Facility. Thus, there should be added to the available remaining funds the sum of $1,600,000.00.

## OTHER FEMA FUNDING TO CONSTRUCT A MENTAL AND MEDICAL NEEDS FACILITY

The City owes OPSO the sum of $1,471,804 for inmate meals which the City claimed to have paid on behalf of OPSO. As a result, in the OPSO FEMA Second Appeal of PWs 1320 and 15882, FEMA deobligated this amount from previously obligated funds as a duplication of benefits. The City could get reimbursed for this, if in fact it paid this amount. The City prior to the Second Appeal hearing in Washington D.C. had agreed to acknowledge that this amount was not previously paid by the City. After the hearing, despite its assurance, the City refused to sign and mail the letter to FEMA. After requesting the letter and not receiving it, FEMA denied the OPSO Second Appeal costing OPSO $1,471,804. This information has been provided to the City. It is available upon request.

HOD stabilization:

The City owes OPSO the sum of $427,000 for expenses which OPSO paid for stabilizing HOD on behalf of the City. FEMA has not reimbursed OPSO because the City has refused to execute a Cooperative Endeavor Agreement ("CEA") to enable OPSO to receive money from FEMA. Thus, neither the City nor OPSO received FEMA funding. FEMA required a CEA because the City owns the HOD building.

CCC IT relocation:

As noted above in Donor item 10, the City received from FEMA for the CCC's IT relocation the sum of $170,669.28 to relocate the OPSO IT from CCC to the new OJC. The City

received the funds but has never paid the funds to OPSO. The actual cost to OPSO was approximately $932,352.00.[32]

Landscaping on parking Lot:

To obtain the conditional use permit to enable the construction of the OJC, the City required OPSO to do extensive landscaping and to plant plants on Tulane Avenue and on Broad street. FEMA refused to fund the planting of these plants. The cost to OPSO was $93,898 plus $30,000 for landscaping on Broad street. FEMA disallowed eligibility to OPSO for these costs which the City mandated.

Stop Work Orders:

The City improperly issued stop work orders during the construction of OJC and the parking lot. At the court proceeding the City agreed to fund all costs. The General Contractor on the OJC, The Mcdonnel Group/Archer Western Contractors demanded the sum of $363,000.00.[33]

The General Contractor on the parking lot, Durr Heavy Construction, demanded the sum of $24,918.34.[34]

Temporary Medical and Mental Health:

The City insisted on the control of the Templeman I & II funds. In response to the Consent Decree, the OPSO made a temporary medical and mental health facility inside of the OJC. FEMA has not yet funded this temporary medical and mental health facility because it was not in Templeman III & IV. FEMA has argued that these functions were in Templeman I & II. The cost of these temporary facilities is approximately $1,120,255 for temporary medical and $2,133,085 for temporary video visitation in Change Order 20, $840,000 in CCD #37, along with several pending PCIs, and claims.

Grace Hebert Invoice:

The OPSO has paid $873,898.70 and has an additional invoice for $131,917.68 in Design Fees for the Mental and Medical Needs Facility. The City should be and in part is using this design as the basis for the Mental and Medical Needs Facility. Despite this fact, the City has not reimbursed the OPSO for these design fees.

*[signature]*
MICHAEL G. GAFFNEY

M:\client doc\Orleans Parish Sheriff's Office\Templeman 1 & 2\MG Report on Templeman II funds.docx

---

[32] See attached May 14, 2013 correspondence from the City.
[33] See attached correspondence and estimate from The Mcdonnel Group/Archer Western Contractors Joint Venture dated June 25, 2015. This matter is still under discussion with the General Contractor.
[34] See attached correspondence from the Project Manager dated July 27, 2015.