UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK |
| | MAGISTRATE JUDGE NORTH |

## CITY OF NEW ORLEANS' ADDITIONAL EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes the City of New Orleans (the "City") and pursuant to the Court's August 20, 2020 Minute Entry[1] respectfully submits the following exhibit list for the hearing on the City's Motion for Relief at Rec. Doc. 1281:

## EXHIBIT LIST

1. The Court's Minute Entry stated that, "the Court considers all exhibits and documents in the record of the case to be admissible for purposes of this motion."[2] Accordingly, the City will reference relevant record documents, including, but not limited to, all documents filed into the record as part of the City's Motion for Relief (Rec. Doc. 1281), its Reply Memorandum in Support of the Motion for Relief (Rec. Doc. 1312), and its Response (Rec. Doc. 1315) to the Court's Order of August 13, 2020. The City will also reference the Court's Order and Reasons (Rec. Doc. 565).

2. All expert disclosures provided for, the curricula vitae and résumés of, the declarations of, and the reports relied upon by the witnesses to be called by the City at this evidentiary hearing:

---

[1] Rec. Doc. 1320.
[2] *Id*. at 3.

    a. *Alternatives to the Phase 3 Facility Program* report (August 14, 2020)[3]

    b. CVs and/or résumés of expert witnesses:

        i. Dr. Carin Kottraba

        ii. Dr. Ronald Shansky

        iii. Allen Patrick

        iv. James Austin

    c. OPSO 2020 Proposed Budget Template

    d. OPSO Active Management System Inmate Count report (September 1, 2020)

    e. Correspondence from National Commission on Healthcare Accreditation to OPSO (March 13, 2020)

    f. *Assessment of Quality of Medical Care in Correctional Facilities* (Audit Toolkit)

    g. City Financial Outlook presentation documents (September 9, 2020)

    h. Summary of Phase III v. OJC Renovation report[4]

    i. Photographs of TDC Renovation

    j. *Jail Release Navigator Business Case for the Orleans Parish Sheriff's Office* report[5]

    k. Correct Care Solutions Event Detail Report 1/1/19 to 1/31/19 (Hospital Recap)

3. New Orleans City Council Resolution R-20-308 (adopted September 17, 2020)[6]

---

[3] Independent Jail Compliance Director, Darnley R. Hodge, Sr. (the "Compliance Director"), and Sheriff Marlin Gusman (the "Sheriff") have objected to the admissibility of this exhibit on the grounds of hearsay and lack of foundation.

[4] The Compliance Director and the Sheriff have objected to the admissibility of this exhibit on the grounds of lack of foundation.

[5] The Compliance Director and the Sheriff have objected to the admissibility of this exhibit on the grounds of hearsay and lack of foundation.

[6] The Plaintiff Class and the United States Department of Justice object to the City's proposed addition of any exhibit which is not already on record in this case or disclosed to the parties by the September 9 deadline that the Court set in its order at Rec. Doc. 1320.  This objection applies to the New Orleans City Council Resolution, as well as the requests for judicial notice of the September 10 and September 17 council meetings.  In response, the City

4. The City respectfully requests that the Court take judicial notice of the New Orleans City Council Meetings of September 10, 2020 and September 17, 2020, discussing Phase III alternatives,[7] *available at*:

   a. September 10, 2020, 3:35:18 – 5:44:02 [*h:mm:ss*]
      http://cityofno.granicus.com/MediaPlayer.php?view_id=7&clip_id=3684

   b. September 17, 2020, 3:39:02 – 3:56:16 [*h:mm:ss*]
      http://cityofno.granicus.com/MediaPlayer.php?view_id=7&clip_id=3686

5. Any other document listed by any other party.

6. Any other document identified in pleadings and/or exhibits filed into the record by the parties, which the City is still reviewing.

7. Any other document needed for rebuttal of testimony introduced by another party.

8. Any other document needed for impeachment.

                                                 Respectfully submitted,

                                                 */s/ Sunni J. LeBeouf*
                                                 **SUNNI J. LeBEOUF (LSBA #28633)**
                                                 CITY ATTORNEY
                                                 Email: Sunni.LeBeouf@nola.gov
                                                 **DONESIA D. TURNER (LSBA #23338)**
                                                 Email: Donesia.Turner@nola.gov
                                                 **CHURITA H. HANSELL (LSBA #25694)**
                                                 Email: chhansell@nola.gov
                                                 1300 PERDIDO STREET
                                                 CITY HALL – ROOM 5E03
                                                 NEW ORLEANS, LOUISIANA 70112
                                                 TELEPHONE: (504) 658-9800
                                                 FACSIMILE:  (504) 658-9868

                                               - and -

                                               */s/ Harry Rosenberg*

---

asserts that the Mayor and New Orleans City Council are duly elected by the residents of Orleans Parish, and any statements made or actions taken by the current New Orleans City Council on September 10, 2020 and/or September 17, 2020 regarding the Phase III jail building and/or as to land use matters regarding the Phase III jail building should be recognized accordingly.

[7] See n.6, *supra*.

**HARRY ROSENBERG (LSBA #11465)**
Email: harry.rosenberg@phelps.com
PHELPS DUNBAR, LLP
365 CANAL STREET
CANAL PLACE – SUITE 2000
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 584-9219
FACSIMILE:  (504) 568-9130

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2020, a copy of the foregoing was served, contemporaneously or prior, upon all parties to this proceeding via the court's CM/ECF system.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**