# Alternatives to the Phase 3 Facility Program

**Prepared by**

**James Austin, Ph.D.**
**Allen Patrick, FAIA**
**Hill International, Inc.**

**August 14, 2020**

Exhibit
**A**

**Introduction**

On January 4, 2017, Sheriff Gusman, and the then Orleans Parish Prison Compliance Director Gary D. Maynard, submitted a Supplemental Compliance Action Plan that was accepted by Magistrate Judge Michael North and Judge Lance M. Africk.  That plan envisioned three key steps to address the mental health needs of the then Parish inmate population:

1.  Required the City to construct and operate a new facility with 89 jail beds and 14 infirmary beds for a total of 103 beds. Known as the Phase 3 facility, it would accommodate only male and female inmates with acute and sub-acute mental health disorders.  The infirmary would accommodate inmates with medical conditions that were then being treated by the UMC.

2.  The small number of juveniles (10-20) charged as adults now being housed in the Orleans Justice Center (OJC) would be transferred to a newly constructed wing at the Youth Study Center (YSC).

3.  Explore the option of using the Temporary Detention Center (TDC) to house the overflow general population.  This would be accomplished by renovating the TDC building(s) to temporarily house up to 200 minimum and medium custody if so needed due to space limitations.

In the months immediately prior to January 4, 2017, the inmate population was as high as 1,650 and the plan envisioned a decline in the inmate population to 1,400 by 2019 based on projections made by the JFA Institute.

However, since the issuance of this plan, conditions have changed within the OJC which have increased the City's compliance with the requirements of the Consent Decree as outlined below:

1.  The current jail population is about 840 or approximately 560 below the number projected for 2020 in the plan submitted to the court in 2017.

2.  With the exception of approximately 17-20 acute mental health prisoners housed at Hunt and approximately 40 work release inmates now housed in the TDC, all of the remaining inmates are now housed in OJC and receiving medical and mental health services.

3.  Significant progress has been made in reaching compliance with the Consent Decree with a major hurdle being insufficient security staff to operate the OJC.

4.  The City and its criminal justice partners (Sheriff, District Attorney, Public Defender and the Courts) have been awarded two multi-million dollar MacArthur Foundation Safety and Justice Grants (SJC) based on an application submitted by the City to further reduce the prison population.

5. That grant is also providing funding for a mental health jail navigator position which will serve to reduce the number of inmates with acute and sub-acute illnesses admitted to the jail each year by 20%. This position will be housed at the OJC and administered by the Metropolitan Human Services District. Its activities are being actively supported by the OPSO, Wellpath and Tulane School of Medicine.

6. All of the patients assigned to sub-acute and step down mental health status are now housed in the OJC and are being treated on a regular basis by the Tulane School of Medicine and the Wellpath health group.

7. The preliminary total project costs for Phase 3 facility are projected at over $51 million with an annual operating cost of over $8 million per year.[1]

8. The wing at the Juvenile detention center has been completed and can accept the juveniles now housed in the OJC.  Once this transfer occurs, the 60 bed OJC Pod 2C will be vacant.

9. The completed renovation of the TDC which will allow for the Hunt patients to be transferred to the TDC and the females with significant mental health issues to be transferred out of the 60 bed Pod 3D in OJC, once the OPSO properly staffs the facility.

10. Completion of the TDC renovation increases the total jail bed capacity to 1,731 with approximately 840 inmates (see Figure 1).  While there will be some increase in the inmate population this year, the longer term projection is that it will remain well below 900 people as additional reforms are implemented with the continued financial support of the John D. and Catherine T. MacArthur Foundation's SJC program.

---

[1] Total project costs are $51 million include so called construction and "soft" costs.



Figure 1. Orleans Parish Jail Population and Bed Capacities January 2015 - August 11, 2020

**Due to these developments, we have been asked to provide expert opinions on the previously proposed 2019 4th Floor Retrofit plan and recommend a new one that will achieve the following objectives:**

1. Reach full compliance with the seven year old Consent Decree by the close of 2021;

2. Avert $51 million in total project costs (construction and soft costs) for the Phase 3 facility; and,

3. Eliminate the estimated $8 million operating costs for the Phase 3 facility.

**Previous 2015 OJC Renovation Proposal**

The City had previously suggested in 2015 an option that would consist of renovating three pods on the 4th Floor of the OJC in lieu of constructing a Phase 3 facility. The Monitors in a document dated January 5, 2016 opined that the City should not attempt to renovate the 4th Floor claiming that it would not provide sufficient space for the then 1,500 inmate population. Rather they stated that nearly 1,827 beds would be needed since they did not believe the jail population could be reduced like it has. They also recommended that the TDC could be substituted for the proposed Phase 3.

"Do not renovate TDC to provide for acute mental health and step-down care because of the costs associated with a "temporary" building – UNLESS a Phase III is not constructed. If a Phase III is not constructed, funds to renovate TDC appear to be the only option to gain the beds space required for state and constitutional care." (2016, p.13).

Former Compliance Director Hodge, through his attorney, submitted a letter March 4, 2019 to Judges Africk and North rejecting the option of renovating the 4th Floor as originally proposed in 2015. The one single reason for this opposition to an OJC renovation was stated as follows:

"The City's third proposal, retrofitting the fourth floor of the OJC, is similarly problematic. Director Hodge has serious concerns that the construction activities would severely disrupt progress that has been made during his time as Compliance Director and could pose a security threat to the inmates and staff that work in the OJC".

In this report, three new options to the Phase 3 facility are presented that allow the mental health and medical requirements of the Consent Decree to be fully met within 12 months and at costs well below the Phase 3 construction and operating costs.

**Completed TDC Renovations**

In order for the Phase 3 plan to go forward, former Director Hodge believed it was necessary to renovate the TDC to temporarily house acute and sub-acute male and female patients at TDC over at least a three year period while Phase 3 was being designed and constructed. This belief was grounded in the fact that a) the contractual agreement with the Louisiana Department of Corrections (DOC) for housing the acute male patients at the Hunt facility was to end in April 2020 and b) the assumption there was no alternative space in OJC to house the 17-20 acute male patients now at Hunt within OJC while Phase 3 was constructed.

On December 5, 2019, the City Council unanimously voted to set a cap for the total inmate population at 1,250., The City also proceeded, in response to Judge Africk's order, to renovate TDC Buildings 1 and 2 to create a new, temporary 61 bed acute mental and medical services facility (see TDC drawings in Figure 2. The location of the TDC buildings and the entire jail complex is shown in Appendix A).

One side of TDC Building 1 is designated for the females and provides for 22 beds. The other portion of Building 1 and all of Building 2 are designated for the males and provides for 36 beds and 3 temporary isolation cells for a total of 39 beds.  The total number of beds for the TDC in Buildings 1 and 2 is 61. For regular housing purposes, the three isolation cells are not to be counted. So the total number of usable beds is 58.

Renovation of Buildings 1 and 2 have been completed and the 17-20 Hunt male patients can be transferred to the TDC once the OPSO, Wellpath and Tulane assign the necessary staff to safely open and operate the facility. Further, approximately 20 females with mental health issues who are now housed in the OJC (Pod 3D) will also be transferred to the TDC.  The City is also beginning

to transfer juveniles charged as adults now housed in OJC Pod 2C to the Youth Study Center (YSC). When the transfers are completed there should be two vacated Pods in the OJC).

**Figure 2. TDC Renovation Details**



**Table 1.  Renovated TDC Beds by Gender**

|  | Males | Females | Total |
|---|---|---|---|
| Building 1 |  |  |  |
|   Single | 0 | 3 | 3 |
|   Double | 6 | 2 | 8 |
|   Dorms | 0 | 15 | 15 |
|   Isolation | 1 | 0 | 1* |
| Building 2 |  |  |  |
|   Single | 0 | 0 | 0 |
|   Double | 12 | 0 | 12 |
|   Isolation | 2 | 0 | 2* |
| Total Cells | 18 | 5 | 23 |
| Total Single Cells | 0 | 3 | 3 |
| Total Double Cells | 18 | 2 | 20 |
| Dorms | 0 | 15 | 15 |
| Total Beds | 36 | 22* | 58* |
| % of Cells that are Single | 0% | 60% | 13% |
| % Beds that are Single | 0% | 14% | 5% |

*The isolation cells are not defined as regular housing beds and not included in the total count.

There have been no formal estimates provided by the Sheriff of the additional security staff that will be needed to operate these four housing units in TDC Buildings 1 and 2.  However, assuming there will be a need for three officers for each of the four units posted seven days per week, 24 hours per day, it can be estimated that at least 63 additional security staff will be required to safely operate the TDC at an estimated cost of approximately $3 million per year.

These additional security costs could be reduced only if the Sheriff closes OJC Pods 2C and 3D and transfers those assigned staff to the TDC units.  There will be no additional mental health costs as the Hunt Wellpath and Tulane positions will be simply transferred to the TDC.

The capital and estimated operating costs for the expanded use of the TDC are summarized in (Table 2).  Offsetting these costs would be the $1.1 million savings in the terminated contract with the DOC to house the Hunt inmates.

**Table 2. Renovation of TDC Construction and Estimated Operating Costs
2020-2023**

| Cost Item | Cost |
|---|---|
| Renovation Costs | |
| 1.  Construction Costs | $5.7 million one time |
| 2.  "Soft" Costs (e.g., professional fees, testing, etc.) | $800K |
| 3.  Total Project Costs | $6.5 million |
| Annual Operational Costs | |
| 4.  Additional Security Staff | $3 million per year |
| 5.  Maintenance Costs @ 5% of Budget | $200,000 per year |
| 6.  Total Annual Operational Costs | $3.2 million |

The renovation of the TDC actually allows for three options to be considered that if implemented would negate the need for the Phase 3 facility which has an estimated $43.5 million construction cost, another $7 million in "soft costs" (or a total project costs of about $51 million), an $8 million annual operating cost, and a three year timeframe to complete. What follows below are descriptions of the current acute, sub-acute, and step-down populations and the three alternatives to the Phase 3 facility programs and each options costs (construction and operating) and timeline for completion.

**Current Restricted Inmate Populations**

To understand these options, one must understand the current number of patients classified as acute and sub-acute mental health mental inmates; how they are being treated and housed in OJC and Hunt; and, how the renovated TDC can be used to facilitate the renovation work with minimum disruption and within 12 months.

As of July 3, 2020 there were a total of 835 inmates in the OPSO (Appendix B).  Only 776 were housed in the 1,438 bed OJC.  All acute, and sub-acute, and step down patients were being housed and treated within the OJC with the exception of 17 acute male patients at the Hunt facility (Table 3). A more recent snapshot of the jail population taken on August 11, 2020 shows about the same inmate population but changes in the counts for some of the OJC Pods. For example, Pods 1C and 1F are vacant and Pod 2D where only a handful of juveniles were housed now has male inmates.  This would suggest that some portions of the OJC Housing Plan have been altered by the OPSO.  Adjustments may need to be made to the proposed options presented here in terms of the locations of the male sub-acute, male step-down and juveniles charged as adult populations.

As of July 3, 2020, within the OJC there were 33 sub-acute male patients in OJC Pod 2A with 30 cells and 60 beds (double bunked). This and all of the other population designations discussed throughout the report are based on the OJC Housing plan that was last provided in October 2018. The housing plan may well have changed so this analysis may need to be accordingly adjusted.

There were another 46 male patients in the 60 bed/30 cell OJC 3B Step-Down unit.  These are patients whose mental health conditions do not require any special housing restrictions but are not yet prepared to enter the general population.  The unit functions like a general population unit with a capacity of 60 beds.  Finally, there are 18 female patients in OJC Pod 3D.  These patients reflect a wide array of mental health conditions although only a few are labeled as acute (less than ten).

**Table 3. Current Housing Plan and Inmate Population as of July 3, 2020 at Hunt and OJC 2nd and 3rd Floors[1]**

| Housing Unit | Cells | Beds | Current Count | Mission[2] |
|---|---|---|---|---|
| Hunt |  |  | 17 | Male Acute |
| Floor 2 |  |  |  |  |
| A | 30 | 60 | 33 | Male Sub Acute |
| B | 30 | 60 | 18 | Male Protective Custody |
| C | 30 | 60 | 13 | Juveniles Charged as Adults |
| D | 30 | 60 | 51 | General Population/Low/Medium Security |
| E | 30 | 60 | 47 | General Population/Medium/High Security |
| F | 30 | 60 | 52 | General Population/Medium/High Security |
| Floor 3 |  |  |  |  |
| A | 30 | 60 | 53 | General Population/High Security |
| B | 30 | 60 | 46 | Mental Health Step Down |
| C | 30 | 60 | 4 | Disciplinary |
| D | 30 | 60 | 18 | Females- Mental Health and General Population |
| E | 30 | 60 | 22 | Females-General Population |
| F | 30 | 60 | 20 | Females-General Population and Discipline |

[1] Highlighted items denote the populations affected by the three Options
[2] Based on October 2018 Housing Plan Provided by OPSO

**Options to Phase 3 Program that Meet Consent Decree Requirements**

This section of the report describes the three options and the basic steps that need to be completed, and the estimated timeframe for completion.  The resulting housing plan that is envisioned for each option is also shown.

*Option 1: Retain TDC as a Long-Term Facility for Acute Males and Acute/Sub-Acute Females and Renovate OJC Pod 2C to Accommodate the Sub-Acute Males in OJC Pod 2A.*

In this option, the current renovated TDC facility will be used indefinitely. As noted earlier the Monitors have stated that this would be an acceptable option if Phase 3 could not be built.

For this to happen the City would have to purchase the TDC facility from FEMA. It is not known what that cost would be but the preliminary estimate is $2.7 million for the TDC facility which consists of five buildings.

As described above, both the acute males assigned to the Hunt facility and the acute/sub-acute females would be transferred to the TDC. What is lacking is renovated space for the 30-35 sub-acute males now assigned to Pod 2A.

To address that issue, we recommend that OJC Pod 2C be renovated. The removal of the juveniles from Pod 2C allows that vacated unit to be renovated at an estimated cost of $3 million over a six month time frame. Once that renovation is completed, the sub-acute inmates now housed in OJC Pod 2A would be relocated to Pod 2C.

Pod 2A would be closed and security staff assigned to that unit would be re-assigned to Pod 2C (see Table 4 and Appendix A):

**Table 4. Option 1 Housing Plan When Completed[1]**

| Housing Unit | Cells | Beds | Mission |
|---|---|---|---|
| OJC | | | |
| Floor 2 | | | |
| A | 30 | 60 | Vacant |
| B | 30 | 60 | Male Protective Custody |
| C | 27 | 39 | Male Sub-Acute |
| D | 30 | 60 | General Population/Low/Medium Security |
| E | 30 | 60 | General Population/Medium/High Security |
| F | 30 | 60 | General Population/Medium/High Security |
| Floor 3 | | | |
| A | 30 | 60 | General Population/High Security |
| B | 30 | 60 | Male Step Down |
| C | 30 | 60 | Disciplinary |
| D | 30 | 60 | Vacant |
| E | 30 | 60 | Females-General Population |
| F | 30 | 60 | Female - General Population and Discipline |
| TDC | | | |
| Bldg. 1 | | | |
| Side A | 5 | 22 | Female Mental Health/Medical |
| Side B | 7 | 13 | Male Acute |
| Bldg. 2 | | | |
| Side A | 7 | 13 | Male Acute |
| Side B | 7 | 13 | Male Acute |
| Bldg. 3 | 0 | 60 | Vacant |

| Bldg. 4 | 0 | 60 | Trustees |
| --- | --- | --- | --- |

[1] Highlighted items denote the populations affected by the option.

Under this option additional security staff will be required as described earlier (about $3 million per year). There are no additional Wellpath or Tulane staffing requirements. However, Wellpath and Tulane staff would have to walk or be transported on a daily basis to the TDC facility from their administrative offices in OJC. This option could be completed within 9 months including analysis of design, procurement, and construction.

*Option 2: Renovate TDC Buildings 3 and 4 to Accommodate the 33 OJC Sub-Acute Males in OJC Pod 2A*

This option would also require the City to purchase TDC from FEMA at an estimated cost of $2.7 million. The City would then renovate buildings 3 and 4 in the identical manner that Building 2 was renovated to mimic the requirements for male patients. These units would be used to house the 33 male sub-acute patients now housed in OJC Pod 2A. In essence, TDC becomes a version of Phase 3 with all male and female, subacute and acute patients housing in a single facility. Again the Monitors have stated this would be an acceptable option if Phase 3 could not be constructed.

The current 25 trustees and minimum security inmates housed in the TDC would be transferred to the 4th Floor minimum security Pods in OJC.

There would be no need to renovate any portion of the OJC

Additional security staff would be needed to operate Buildings 3 and 4 similar to the staffing levels for Buildings 1 and 2 at an additional cost of $3 million per year or a total of $6 million per year. There are no additional Wellpath or Tulane staffing requirements. However, Wellpath and Tulane staff would have to walk or be transported on a daily basis to the TDC facility from their administrative offices in OJC. There may be a need to build out administrative support staff for Wellpath and Tulane staff to avoid the need to be transported back and forth between OJC and TDC.

This option could be completed within 12 months including analysis of design, procurement, and construction. (See Table 5 and Appendix A):

*Option 3: Renovate OJC Pods 2A, 2C and 2D and Close TDC When Completed*

The overall goal of this plan is to concentrate the location of all acute, sub-acute, and step-down inmates, male and female, on the 2nd Floor of the OJC. In this option Pods 2A, 2C and 2D are renovated at an estimated cost of $3 million per Pod or a total of $9 million. There is no requirement to purchase the TDC facility as it would be closed within a year. This option would place all mental health inmates on the OJC 2nd floor with the medical clinic thus allowing efficient access and treatment to the patients.

In this option there are no additional security, medical or mental health requirements as all three OJC Pods are currently staffed. Further there are no issues with staff or inmates needing to be transported between OJC and TDC.

**Table 5. Option 2 Housing Plan When Completed**

| Housing Unit | Cells | Beds | Mission[1] |
|---|---|---|---|
| OJC | | | |
| Floor 2 | | | |
| A | 30 | 60 | Vacant |
| B | 30 | 60 | Male Protective Custody |
| C | 30 | 60 | Vacant |
| D | 30 | 60 | General Population/Low/Medium Security |
| E | 27 | 60 | General Population/Low/Medium Security |
| F | 30 | 60 | General Population/Medium/High Security |
| Floor 3 | | | |
| A | 30 | 60 | General Population/High Security |
| B | 30 | 60 | Male Step-Down |
| C | 30 | 60 | Disciplinary |
| D | 30 | 60 | Vacant |
| E | 30 | 60 | Females-General Population |
| F | 30 | 60 | Female - General Population and Discipline |
| TDC | | | |
| Bldg. 1 | | | |
| Side A | 5 | 22 | Female Mental Health/Medical |
| Side B | 7 | 13 | Male Acute |
| Bldg. 2 | | | |
| Side A | 7 | 13 | Male Acute |
| Side B | 7 | 13 | Male Acute |
| Bldg. 3 | | | |
| Side A | 7 | 13 | Male Sub-Acute |
| Side B | 7 | 13 | Male Sub-Acute |
| Bldg. 4 | | | |
| Side A | 7 | 13 | Male Sub-Acute |
| Side B | 7 | 13 | Male Sub-Acute |

[1] Highlighted items denote the populations affected by the option.

The re-purposing some cells for one-one interviews and treatment will reduce the need for security escort services but could increase the need for in-pod deputies. There may be a need for additional in-Pod deputies for OJC Pod 2D where general population people were being housed as of July 3, 2020.

This option could be completed within 12 months including analysis of design, procurement and construction. Table 6 shows the housing plan for this option when completed. Appendix A shows the affected locations of this option.

**Table 6. Option 3 Housing Plan When Completed**

| Housing Unit | Cells | Beds | Mission[1] |
|---|---|---|---|
| OJC | | | |
| Floor 2 | | | |
| A | 27 | 39 | Female – Mental Health/Medical |
| B | 30 | 60 | Male Protective Custody |
| C | 27 | 39 | Male Sub-Acute |
| D | 27 | 39 | Male Acute |
| E | 27 | 60 | Male Step-Down |
| F | 30 | 60 | General Population/Medium/High Security |
| Floor 3 | | | |
| A | 30 | 60 | General Population/High Security |
| B | 30 | 60 | General Population/Low/Medium Security |
| C | 30 | 60 | Disciplinary |
| D | 30 | 60 | General Population/Low /Medium Security |
| E | 30 | 60 | Females-General Population |
| F | 30 | 60 | Female - General Population and Discipline |
| TDC Vacant | | | |

[1] Highlighted items denote the populations affected by the option.

## Renovation Sequence

In this section of the report we describe the various steps that need to be completed and the timing of each step.

### Option 1 Sequence - Open TDC, Renovate OJC Pod 2C. Close Pod 2A

*Step 1. Open Renovated TDC and Transfer Females from OJC 3D and Hunt Inmates to TDC Buildings 1 and 2 (Completed by Summer 2020)*

Females now housed in OJC Pod 3D with mental health illnesses will be transferred from their current location to TDC.  This will vacate the OJC Pod 3D unit.  Hunt inmates will be transferred to TDC.

*Step 2. Transfer of Juveniles from OJC Pod 2C (Completed Summer 2020)*

Transfer juveniles in 2C to the Youth Study Center by July 30, 2020 to vacate the Pod and ready it for renovation.

*Step 3. Renovate Vacated OJC Pods 2C (Completed by Spring 2021)*

The renovation work on OJC Pod 2C would proceed as follows:

*Main Level*
1. Repurpose two of the 15 cells for one on one interviews and one other cell for office supplies;
2. 12 remaining cells will have double bunk capacity.
3. Install unit nurse station on the floor for direct observation.
4. Install new cell doors with top and bottom vision panels and floor-to-ceiling vision panels in the cell front walls, similar to the TDC and Phase 3 cells.

*New Capacity of 24 beds.*

*Mezzanine Level*
1. Convert 15 of 15 cells to single bed cells.
2. Install new doors with top and bottom vision panels and floor-to-ceiling vision panels in the cell-front walls, similar to the TDC and Phase 3 cells.

*New Capacity of 15 beds.*

*Install mezzanine walkway edge floor-to-ceiling jump security barrier.*

*Total OJC Pod 2C Capacity – 39 beds*

*Step 4. Transfer Male Sub Acute Patients from OJC 2A to Renovated OJC Pod 2C Spring 2021)*

Once OJC Pod 2C is renovated, the sub-acute male patients in OJC Pod 2A can be transferred to the renovated OJC Pod 2C.  At this point OJC 2A is vacant and can be closed.

**Option 2 Sequence - Renovate TDC Buildings 3 and 4. No Renovations to OJC**

*Step 1. Open Renovated TDC and Transfer Females from OJC 3D and Hunt Patients to TDC Buildings 1 and 2 (Completed by Summer 2020)*

Females now housed in OJC Pod 3D with mental health illnesses will be transferred from their current location to TDC.  This will vacate the OJC Pod 3D unit.  Hunt inmates will be transferred to TDC.

*Step 2. Renovate TDC Buildings 3 and 4 (completed by Summer 2021).*

Over the next 12 months Buildings 3 and 4 would be renovated to accommodate the 33-35 male subacute population that is now housed in OJC 2A.  Once that is completed the inmates can be transferred to TDC Buildings 3 and 4. OJC Pods 3C, 2A and 2C can be closed.

**Option 3 Sequence - Renovate OJC Pods 2A, 2C, and 2D and Close TDC**

*Step 1. Open Renovated TDC and Transfer Females from OJC 3D and Hunt Inmates to TDC Buildings 1 and 2 (Completed by Summer 2020)*

Females now housed in OJC Pod 3D with mental health illnesses will be transferred from their current location to TDC.  This will vacate the OJC Pod 3D unit.  Hunt inmates will be transferred to TDC.

*Step 2. Transfer Male General Population Low Medium Security Inmates from OJC Pod 2D to vacated OJC Pod 3D (Complete by Summer 2020)*

In order to reach the goal of concentrating all of the acute, sub-acute and step-down inmates on the 2nd Floor we will want to transfer the current general population inmates now housed in Pod 2D to the now vacant Pod 3D. When done Pod 2D can be renovated.

*Step 3. Transfer of Juveniles from OJC Pod 2C (Completed Summer 2020)*

Transfer juveniles in 2C to the Youth Study Center by July 30, 2020 to vacate the Pod and ready it for renovation.

At this stage Pods 2C and 2D, which are side by side, are vacant and can be renovated at the same time.

*Step 4. Renovate Vacated OJC Pods 2C and 2D (Completed by Spring 2021)*

The renovation work on Pods 2C and 2D would proceed as follows:

*Main Level*
1. Repurpose two of the 15 cells for one on one interviews and one other cell for office supplies;
2. 12 remaining cells will have double bunk capacity.
3. Install unit nurse station on the floor for direct observation.
4. Install new cell doors with top and bottom vision panels and floor-to-ceiling vision panels in the cell front walls similar to the TDC and Phase 3 cells.

*New Capacity of 24 beds.*

*Mezzanine Level*
1. Convert 15 of 15 cells to single bed cells.
2. Install new doors with top and bottom vision panels and floor-to-ceiling vision panels in the cell front walls similar to the TDC and Phase 3 cells.

*New Capacity of 15 beds.*

*Install mezzanine walkway edge floor-to-ceiling jump security barrier.*

*Total OJC Pod 2C and 2D Capacity – 39 beds each or 78 beds Total*

*Step 5. Transfer Male Sub Acute Inmates from OJC 2A to Renovated OJC Pod 2C Spring 2021)*

Once OJC Pod 2C is renovated, the sub-acute male inmates in OJC Pod 2A can be transferred to the renovated OJC Pod 2C.  At this point OJC 2A is vacant and can be renovated.

*Step 6. Retrofit of vacated OJC 2A for Female Acute and Sub-Acute Inmates (Completed by Summer 2021)*

The final step would be to retrofit OJC 2A which was vacated in the Spring of 2021 The renovation would mirror the renovation of 2C and 2D that will provide 39 beds. Once completed the female acute and sub-acute patients in TDC Building 1 would be transferred to the OJC. At this point TDC would be closed.

## Summary of the Three Options

Table 7 summarizes the three options to the Phase 3 facility on a number of key dimensions.

*Option 1* is the most expedient but does require a renovation of Pod 2C in OJC and additional security staff to operate TDC Buildings 1 and 2. It also assumes the long-term use of the TDC and the costs of purchasing the TDC building from FEMA.

*Option 2* eliminates the need to renovate any portion of the OJC but it has significantly higher annual operating costs for TDC Buildings 1, 2, 3 and 4.

*Option 3* is clearly in the best interest of the City. It is superior to Options 1 and 2 as it creates a more efficient model in terms of jail operations and it is far superior to the Phase 3 plan. Option 3 consolidates all of the acute, sub-acute, and step-down patients on the 2nd Floor where the medical clinic also exists and is already staffed by OPSO, Wellpath, and Tulane.  The renovations costs are similar to Option 2 but $6 million more than Option 1.  However, no purchase of the TDC buildings is required. The renovations can be completed within a year which is much faster than the 3 years it will take to complete the design and construction of the Phase 3 building.

Most significantly, all of the necessary staff (medical, mental health, and security) are already budgeted for to the various housing units in the OJC, so there are no additional operating costs (staff or maintenance) with Option 3.  This is significant in terms of reaching compliance with the

Consent Decree which has been consistently delayed by insufficient security staff being present in the OJC.

Over a ten year horizon, the Phase 3 facility will consume an additional $85 million in operating costs (security and medical staff for the infirmary).  Similarly, Options 1 and 2 have less but considerable additional security operating costs. There are no additional medical or mental health costs with options 1, 2 or 3.  All four options provide more than sufficient bed space for the projected population of 850 as of December 2020. Even at that number, the jail incarceration rate would be about average. The U.S. Jail rate is 226 per 100,000 population while the Orleans rate is 215 per 100,000. Many SJC sites are below the 175 per 100,000 rate.

. **Table 7.  Summary of Three Options to Phase 3**

| Attribute | Option 1 | Option 2 | Option 3 |
|---|---|---|---|
| TDC | No Further Renovations | Renovate Buildings #3 & #4 | No Further Renovations |
| OJC | Renovate Pod 2A | No Renovations | Renovate Pods 2A, 2C & 2D |
| Estimated TDC Purchase | $2.7 million | $2.7 million | None |
| TDC Renovation Costs | None | $6.5 million | None |
| OJC Renovation Costs | $3 million | None | $ 9 million |
| **Total Renovation Costs** | **$5.7 million** | **$9.2 million** | **$9 million** |
| Annual Operational Costs | | | |
| TDC Security Costs | $3 million | $6 million | None |
| OJC Security Costs | None | None | None |
| Wellpath/Tulane Costs | None | None | None |
| Completion Time Frame | 6 months | 12 months | 12 Months |
| Laundry | Warehouse | Warehouse | Warehouse |
| Infirmary Care | UMC | UMC | UMC |

**Table 8. Cost Comparison of Phase 3 and Options 1, 2 and 3**

| Cost Item | Phase 3 | Option 1 | Option 2 | Option 3 |
|---|---|---|---|---|
| Current Inmate Population – July 3, 2020 | 842 | 842 | 842 | 842 |
| Total Jail Bed Capacity | 1,527 | 1,475 | 1,544 | 1,375 |
| Projected Inmate Population – December 2020 | 880 | 860 | 860 | 880 |
| Current Acute and Sub-Acute Population | | | | |
|     Male | 50 | 50 | 50 | 50 |
|     Female* | 18 | 18 | 18 | 18 |
| Acute and Sub-Acute Beds | | | | |
|     Male | 77 | 105 | 116 | 78 |
|     Female | 12 | 22 | 22 | 39 |
|     Total Beds | 89 | 127 | 138 | 117 |
| Additional Costs | | | | |
|     Capital Costs | $51 mil. | $ 5.7 mil. | $ 9.2 mil. | $9 mil. |
|     Maintenance Costs | 0.5 mil. | $0.2 mil | $0.4 mil | $0.0 mil. |
|     Additional Annual Staffing Costs | $8 mil. | $3 mil. | $6 mil. | $0 mil. |
|       Security Staff | $6.6 mil. | $3 mil. | $6 mil. | $0 mil. |
|       Infirmary Staff | $1.4 mil. | $0.0 mil. | $0.0 mil. | $0.0 mil. |
| Cumulative Ten Year Additional OPSO Operating and Building Maintenance Costs | $85 mil. | $32 mil. | $64 mil. | $0 mil. |

*Assumes all females assigned to OJC 3D will need special care

**Possible Concerns to Option #3**

1. *Retrofitting the 2nd floor would cause the loss of too many beds.*

   There would be a net loss of 63 beds for the OJC building (from 1,438 to 1,375).  This number is well above the current system-wide population of 835 inmates, a desired operating capacity of 1,169 (85% of 1,375) and the City Council's population cap of 1,250.

2. *OJC was not intended for housing people with mental health issues and is not designed with appropriate sight lines, particularly for people on suicide watch.*

   The retrofitted OJC Pods 2A, 2C and/or 2D will replace the cell doors and cell fronts with vision panels that are common in other constitutional housing jail and prison units. Further, proper staffing of security and mental health staff for these units will be in place to ensure a safe and therapeutic setting.  Having a larger number of single cells in OJC Pods 2A, 2C, and 2D than in the retrofitted TDC or the proposed Phase 3 facility will offer

greater flexibility availability for single celling of acute and sub-acute patients who require such                                                                                          security.

3. *There is insufficient space for the medical/mental health staff, who would have to cross the secure perimeter multiple times per day to access the medical staff members/providers.*

There is considerable unused administrative space on the 3rd floor.  This space could be retro-fitted to make more efficient in its use. The only additional staff being added to the current OJC configuration are mental health staff now assigned to Hunt who must be transferred to the OJC. There would be some costs associated with the retro-fitting of the 3rd Floor.

4. *There would be little or no space for the infirmary.*

We recommend the continued use of fourth floor pods for ambulatory male patients.  For patients requiring more intensive care, we recommend continuing the current practice of sending patients off site. All medical care that requires such services is being handled by transferring such patients to the renowned University Medical Center (UMC). With 650 physicians and more than 2,700 employees, University Medical Center is a leading center for treating patients with a wide variety of conditions. It is the only Level 1 Trauma Center in the region.

The City's expert on medical care, Dr. Ronald Shansky, M.D. who has been an expert for the U.S. Department of Justice's Civil Rights Division in a number of cases, has opined that an infirmary is not required as long as adequate medical care is being directed and monitored by the City's Public Health Director.

5. *Concerns that the precast cell walls cannot be cut or modified at a feasible cost to allow for visibility into holding cells, which is required.*

This plan does not require any cutting or modification of precast cell walls.  Existing doors will be replaced by new doors with top and bottom vision panels.

If additional vision panels in the cell front walls are desired, this will be accomplished by temporally shoring the cell ceiling, cutting out the desired wall section then installing vision panels, up to floor-to-ceiling heights, using structural window frames of a strength equal to or more than the structural strength of the precast wall area being replaced.  The costs for this modification will be far less than the cost of a new cell with front vision panels.

6. *Mechanical, electrical, plumbing, security electronic, and fire protection systems would need to be modified and some equipment would need to be changed and/or added.*

This plan will require little if any mechanical modifications. There will be electrical modifications for the installation of new nurse's stations. Plumbing modifications will be the removal of toilets and sinks in cells that are being re-purposed.  There will be modifications in the security electronics to incorporate desired controls relative to the nurse's stations.  Minor modifications of the fire protection systems will be done to incorporate the new nurse's stations.  Modifications and equipment changes will be far less than the cost of a cell and its related infrastructure in a new building.

7. *Concern that two story mental-health housing units are inconsistent with good practice.*

There is no research that shows two level mental health units are inferior to a single level unit in terms of delivery mental health services and/or inmate and staff safety. While it might be preferred to have a single level unit, there have been no incidents of serious injuries or deaths in the current subacute units at the two tiered level Hunt facility. Deployment of the appropriate number of well trained staff where patients are escorted to and from their cells will significantly mitigate this risk.

8. *Insufficient space for two single bunks in a single cell where good health-care corrections practice calls for use of double bunk cells.*

This plan to retrofit the 2nd floor housing units provides for an adequate mix of single cell and double cells.  In fact, it is providing a larger number of cells than the proposed Phase 3 facility. Not all persons with acute or sub-acute mental health conditions can or should be housed in a double bunk cell. The retrofit plan offers greater flexibility to meet the security and treatment needs of the individual inmate.

9. *Phase 3 will provide for needed laundry, lawyer visitation, and needed administration space.*

The current arrangement of utilizing a private vendor could continue or alternatively, a new laundry could be constructed in the kitchen warehouse that does have available space.

The current visitation space in OJC appears to be adequate and should not be a problem with a reduced inmate population.  The building is a temporary building paid by FEMA that may need to be purchased.

Finally, in terms of administrative space, the current space on the 3rd floor is only 2/3rds occupied. It can be built out further to accommodate additional staff although additional staff are not needed.

10. *To renovate the 2nd Floor there would be a considerable amount of disruption to the 2nd Floor causing security issues.*

21

A secure construction fence for the second-floor retrofit staging area, exterior construction elevator, and badged construction workers entry way, will be installed on the site at grade level.  A construction elevator will terminate with access into OJC through the outdoor exercise area of the pod(s) being retrofitted.

Secure wall barriers with a secure access, limited vision construction door, will be temporarily installed at the pod entry ways. No construction materials or construction workers would have access to the continuing operational area of the OJC.

Any construction activities outside the retrofit areas but within the OJC building, if needed, would be scheduled, and coordinated with OJC staff to avoid any disruption.

The exterior staging area and pod retrofit area will be provided with 24/7 manned security coverage.



Appendix A. Site Survey Plan

Option 1. Renovate OJC Pod 2C and Use TDC Renovated Buildings 1 and 2



Option 2. Option 2. Renovate TDC Buildings 3 and 4



Option 3. Renovate OJC Pods 2A, 2C and 2D. No Use of TDC



## Appendix B. OPSO Population as of July 3, 2020

```
7/03/2020                    Inmate Management System          SIMMONSJOE  Pa
7:05:00                      Active Inmates by Location        IM_CNT_PUB  IM
```

| Building | Tier | Side | Count |
|----------|------|------|-------|
| BKG | | | 3 |
| Total for BKG | | | 3 |
| | | | |
| FED | | | 13 |
| Total for FED | | | 13 |
| | | | |
| HNT | | | 17 |
| Total for HNT | | | 17 |
| | | | |
| OJC | 1 | A | 51 |
| OJC | 1 | B | 49 |
| OJC | 1 | C | 50 |
| OJC | 1 | E | 42 |
| OJC | 1 | F | 5 |
| OJC | 2 | A | 33 |
| OJC | 2 | B | 18 |
| OJC | 2 | C | 13 |
| OJC | 2 | D | 51 |
| OJC | 2 | E | 47 |
| OJC | 2 | F | 52 |
| OJC | 3 | A | 53 |
| OJC | 3 | B | 46 |
| OJC | 3 | C | 4 |
| OJC | 3 | D | 18 |
| OJC | 3 | E | 22 |
| OJC | 3 | F | 20 |
| OJC | 4 | A | 36 |
| OJC | 4 | B | 45 |
| OJC | 4 | C | 43 |
| OJC | 4 | D | 15 |
| OJC | 4 | E | 54 |
| OJC | 4 | F | 9 |
| Total for OJC | | | 776 |
| | | | |
| TDC | B4 | E | 5 |
| TDC | B4 | W | 20 |
| Total for TDC | | | 25 |
| | | | |
| TOC | | | 1 |
| Total for TOC | | | 1 |
| | | | |
| Total All Locations | | | 835 |