# Orleans Justice Center
# 60 Day Update – September 2020

**Sustainable Hiring**
During these 60 days, the Human Resources Division participated in zero (0) job fairs within the region due to COVID-19. The recruiters continue to note that OPSO is one of the lowest-paid agencies present at most of the job fairs we participate in. Human Resources continue to recruit and hire qualified candidates capable of staffing the OPSO vacancies, specifically the jail operations.

In July 2020, OPSO hired thirteen (13) new employees, of which the breakdown was: one (1) Part-Time Summer Recruit, three (3) Corrections Monitoring Technician, one (1) Sanitation worker, and eight (8) Deputy-Recruits.  In addition to the new hires in July, fifty (50) employees separated from OPSO during that same time frame. The fifty separations were ranked: five (5) Corrections Monitoring Technician, one (1) Assistant Chief of Corrections, one (1) Young Marine Director, one (1) Mechanic, one (1) Captain, one (1) Real Estate Clerk, fifteen (15) Civilian, two (2) Sergeant, and twenty-three (23) Deputy-Recruits. Of the separations, five (5) Retirement, one (1) Job Abandonment, one (1) Advancement, one (1) Resigned under Investigation, and forty-two (42) were for Personal Reasons.

In August 2020, OPSO hired one (1) new employee, of which the breakdown was: one (1) General Maintenance worker. During that same time frame, OPSO separated eleven (11) employees. The eleven separations were ranked: one (1) Corrections Monitoring Technician, one (1) Receptionist, one (1) Human Resources Representative, one (1) Docket Clerk, one (1) Sergeant, and six (6) Deputy-Recruits. Of the separations, nine (9) were due to Personal Reasons, one (1) Advancement, and one (1) for Misconduct.

**Policies**
Director Hammons and the Policy & Accreditation team works with the Monitors and the Plaintiffs' Class to complete the OPSO policies, standard operating procedures, and post orders. As the documents are completed, OPSO continues to forward them to the partners mentioned above for their review and feedback.

In July 2020, the team submitted sixty-three (63) policies, post orders, and standard operating procedures for the final annual review.

In August 2020, five (5) policies, post orders, and standard operating procedures were submitted to the Plaintiffs' Class and Monitors for review and approval.  Seven (7) were submitted to OPSO staff for annual review, and eighty-four (84) were sent to the Training Division and Plaintiffs' Class.

**PREA Compliance**
Due to the COVID-19 global pandemic, the PREA Compliance team has been reduced to one staff person who continues to provide the necessary services, while being supplemented by the Investigative Services Bureau's PREA team.

**Incident Updates and Outcome Data**
During this reporting period, OPSO continued to notice a downward trend in every reportable category of incidents, except Suicide Attempts, compared to the previous sixty-day reporting period. However, the Orleans Parish Sheriff's Office, on the heels of two inmate deaths in the last reporting period, suffered another inmate loss by suicide in August 2020, a 100% increase over the previous reporting

OJC-60 Day Update September 2020

periods. Unit Managers continue to receive the statistics and review them to determine the root causes to prevent further incidents.

Overall, during this two-month reporting period, there were 116 incidents tracked in the comparison charts below. Compared to the previous two-month reporting period in which 137 incidents reported, this reporting period saw a decrease in 16.60% incidents. The suicide is included in the overall incidents for 2020.



OJC-60 Day Update September 2020

Compared to the July 2018 and 2019 numbers, July 2020 saw a continued downward trend in Suicide Attempts, Inmate-on-Inmate Altercations, and Inmate-on-Staff Altercations.  Additionally, a decrease to 2018 numbers in Uses of Force – O.C. Spray and below that in Uses of Force – Physical were observed.



When compared to August 2018 and 2019, August 2020 saw a reduction in Suicide Attempts, Inmate-on-Inmate Altercations, and Uses of Force – Physical.  A slight upward trend was observed in Inmate-on-Staff Altercations and Uses of Force – O.C. Spray.  The uptick in those areas has been attributed to the continued lengthy lockdowns due to COVID-19 precautionary measures.



OJC-60 Day Update September 2020

As demonstrated in the chart below, compared to the previous reporting period of 2020, May, and June 2020, the Orleans Parish Sheriff's Office saw a 111.11% increase in suicide attempts at seven (7) compared to only two (2). There was a 17.39% decrease in Inmate-on-Inmate Altercations from fifty (50) to forty-two (42). Inmate-on-Staff Altercations decreased by 5.13% from twenty (20) to nineteen (19). Use of Force (O.C. Spray) also saw a reduction for the first time since January and February with a decrease of 52.63% from twenty-four (24) fourteen (14). Finally, Uses of Physical Force has continued its downward trend, showing an 18.67% decrease from forty-one (41) to thirty-four (34).



**Excessive or Inappropriate Force:**
The Force Investigation Team (FIT) continues to review all uses of force, whether there is a complaint of Misconduct. During the reporting period, FIT investigated four (4) new complaints alleging excessive or inappropriate force. Of those cases, one was a duplicate. All three of the incident remain open and under investigation.

During July and August 2020, FIT closed no cases with findings of Excessive, Not Justified, or Inappropriate force used.

**PREA Incidents**
In July 2020, the PREA Investigative Unit, assigned to the Investigative Services Bureau, conducted three (3) new investigations, all allegations of Sexual Harassment. Two (2) have been closed as Unsubstantiated, and one (1) remains open and under further investigation.

In August 2020, the unit conducted four (4) new investigations categorized as one (1) Inappropriate Relationship allegation, which was closed as Unsubstantiated, one (1) Sexual Battery allegation, which remains open, and two (2) Sexual Harassment allegations, which remain under investigation.

4