UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                                  CIVIL ACTION

VERSUS                                                                 NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                                               SECTION: "I"(5)

**ORDER**

The Court is in receipt of the parties' additional exhibits lists it earlier ordered to be submitted. (Rec. doc. 1320). The Court has reviewed those submissions, along with various objections lodged by the parties to certain of the exhibits listed in those submissions. Every party in this case has lodged at least one objection to their respective opponents' new exhibits. After careful review of the exhibits and objections thereto, the Court overrules each and every objection, in keeping with its previous statements concerning the nature of the proceeding in which they will be used.

This Court alone is the trier of fact in the pending matter and, based on its long experience in this case, is perfectly capable of assigning to the various exhibits and testimony the weight to which they are entitled. As for foundational concerns expressed about various third-party studies submitted by multiple parties, the Court will, as a matter of course, require the parties to lay a foundation appropriate for each document's intended use at the hearing.

Finally, the Court grants the City's request that it take judicial notice of the City Council meetings of September 10 and 17, 2020.

The Court will convene a final status conference with counsel for the parties to discuss the protocol for the hearing at 10:00 a.m. Wednesday, September 30, 2020. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, this 25th day of September, 2020.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE