UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                  CIVIL ACTION

VERSUS                                                 NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                               SECTION: "I"(5)

### ORDER RESCHEDULING STATUS CONFERENCE

The status conference scheduled for September 30, 2020 in the above matter is hereby RESCHEDULED for October 1, 2020 at 11:00 a.m. before Magistrate Judge Michael B. North.

New Orleans, Louisiana, this  28th  day of  September , 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE