UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

## STATUS REPORT

The City of New Orleans (the "City") hereby submits a Status Report on the progress of the Temporary Detention Center ("TDC") renovation and the construction of a new Phase III jail building, in response to the Court's Order of March 18, 2019.[1]

In an effort to address significantly changed circumstances in Orleans Parish, and in an effort to respond to the City's negatively impacted financial condition in response to COVID-19, the City filed a ***Motion for Relief from Court Orders of January 25, 2019 (Rec. Doc. 1221) and March 18, 2019 (Rec. Doc. 1227) Regarding Phase III Jail Facility***[2] on June 29, 2020. The City's Motion for Relief is currently scheduled for hearing on October 6, 2020.[3]

Pursuant to the Prison Litigation Reform Act ("PLRA" or the "Act"), mandating the construction of prison facilities is not contemplated under the Act.[4] The City maintains that the PRLA prohibits courts from ordering the construction of a new jail building and that the PLRA imposes other statutory limitations upon federal courts before a directive to construct a new jail facility can be issued. This should especially be the case when a municipality's financial

---

[1] Rec. Doc. 1227.
[2] Rec. Doc. 1281.
[3] Rec. Doc. 1339.
[4] *See* 18 U.S.C. § 3626 (a)(1)(C).

circumstances have drastically changed in a manner where building a new jail building to expand a jail complex will be, among other ramifications, to the detriment of Orleans Parish residents and public safety.

The TDC renovation is complete, as Ordered by the Court, and has been turned over to the Orleans Parish Sheriff's Office ("OPSO"). Operations and maintenance manuals have been provided. OPSO requested the City perform a second round of system/equipment trainings. The City worked with Blanchard Mechanical Construction Company (the "Contractor") to set up the additional training sessions.

Adhering to the Court's Orders in January and March 2019 (Rec. Docs. 1221 and 1227), the City and Hill International ("Hill") met with Grace Hebert Curtis Architects ("GHC" or the "Architect") to review the current plans and to discuss proposed next steps for plan development and current cost estimate versus budget targets. This includes scheduling a meeting with the GHC and the New Orleans Fire Department ("NOFD") to engage the NOFD review of the plans approved by the Board of Building Standard Appeals and a revisiting of the GHC cost estimate with Hill estimators to revisit building systems and materials to identify additional budget reductions.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov

1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 30, 2020, a copy of the foregoing was served, contemporaneously or prior, upon all parties to this proceeding via the court's CM/ECF system.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF**
