UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                              CIVIL ACTION

VERSUS                                             NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                           SECTION: "I"(5)

**ORDER**

As discussed at the status conference yesterday, no later than 5:00 p.m. Friday, October 2nd, the City of New Orleans shall submit to the parties and the Court its anticipated order of witnesses for the upcoming hearing.

New Orleans, Louisiana, this  2nd  day of   October   , 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE