UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

### CITY OF NEW ORLEANS' NOTICE OF ANTICIPATED ORDER OF WITNESSES

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, the City of New Orleans (the "City"), in the matter captioned above, and pursuant to the Court's Order of October 2, 2020,[1] respectfully submits the following anticipated order of witnesses to be called at the hearing on the City's Motion for Relief at Rec. Doc. 1281:

### Anticipated Order of Witnesses

1. Gilbert Montaño, Chief Administrative Officer, City of New Orleans
2. Jonathan Wisbey, OPSO Budget Liaison, City of New Orleans
3. Ramsey Green, Deputy Chief Administrative Officer, City of New Orleans
4. LaNitrah Hasan, Project Delivery Unit, City of New Orleans
5. Susan Guidry, Former City Councilmember, City of New Orleans
6. Tenisha Stevens, Criminal Justice Commission, City of New Orleans
7. William Snowden, Director, Vera Institute of Justice
8. William Kissel, Wellpath, LLC
9. Ronald Shansky
10. James Austin, JFA Institute

---

[1] Rec. Doc. 1346.

**11.** Allen Patrick, Patrick Consultants

**12.** Jeffrey Rouse, Tulane

**13.** Carin Kottraba, Wellpath, LLC

The City reserves the right to make adjustments to this list as may be needed.

                                            Respectfully submitted,

                                            ___*/s/ Sunni J. LeBeouf*_____
                                            **SUNNI J. LeBEOUF (LSBA #28633)**
                                            CITY ATTORNEY
                                            Email: Sunni.LeBeouf@nola.gov
                                            **DONESIA D. TURNER (LSBA #23338)**
                                            Email: Donesia.Turner@nola.gov
                                            **CHURITA H. HANSELL (LSBA #25694)**
                                            Email: chhansell@nola.gov
                                            1300 PERDIDO STREET
                                            CITY HALL – ROOM 5E03
                                            NEW ORLEANS, LOUISIANA 70112
                                            TELEPHONE: (504) 658-9800
                                            FACSIMILE:   (504) 658-9868

                                            - and -

                                            ___*/s/ Harry Rosenberg*_____
                                            **HARRY ROSENBERG (LSBA #11465)**
                                            Email: harry.rosenberg@phelps.com
                                            PHELPS DUNBAR, LLP
                                            365 CANAL STREET
                                            CANAL PLACE – SUITE 2000
                                            NEW ORLEANS, LOUISIANA 70130
                                            TELEPHONE: (504) 584-9219
                                            FACSIMILE:   (504) 568-9130

                                            *Counsel for the City of New Orleans*

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 2nd day of October, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                                          **/s/ Sunni J. LeBeouf**
                                                                           **SUNNI J. L**E**BEOUF**