UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LASHAWN JONES, ET AL., | * | |
| | * | CIVIL ACTION CASE |
| Plaintiffs, | * | |
| | * | NO. 2:12-cv-00859 |
| VERSUS | * | |
| | * | SECTION "I" |
| MARLIN GUSMAN, ORLEANS PARISH SHERIFF, ET AL., | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE "5" |
| Defendants. | * | MICHAEL B. NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLIANCE DIRECTOR'S ORDER OF PROOF

Independent Jail Compliance Director Darnley R. Hodge, Sr. (the "Compliance Director"), through undersigned counsel, respectfully submits the following anticipated Order of Proof to be called at the hearing on the City's Motion for Relief at Doc. No. 1281:

1. Rebecca Dietz, Esq.

2. Gary Maynard, Former Compliance Director, OPSO

3. Sean Bruno, Chief Administrative Officer

4. Darnley R. Hodge, Sr., Compliance Director, OPSO

5. Michael Laughlin, Chief of Investigations, OPSO

6. Michael G. Gaffney, Esq.

7. Alexander Calenda

8. Jeffrey Rouse, M.D., Tulane School of Medicine, Department of Psychiatry to OPSO

The Compliance Director reserves the right to make judgments to this list as may be needed.

Respectfully submitted,

/s/ Bryan C. Reuter
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
bcr@stanleyreuter.com

*Attorneys for Darnley R. Hodge, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2020, a copy of the foregoing Compliance Director's Order of Proof was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Bryan C. Reuter

2