# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK |
| | MAGISTRATE JUDGE NORTH |

## NOTICE OF SUPPLEMENTAL EXHIBITS

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant City of New Orleans (the "City"), who respectfully submits this Notice of Supplemental Exhibits and represents as follows:

During proceedings for the hearing on the City's Motion for Relief at Rec. Doc. 1281,[1] the Court heard testimony from the City's witnesses regarding the City's ability to redirect FEMA funds to support the planning, design, and construction of proposed alternatives to Phase III. The Court thereafter authorized the City to submit documentary support for the witnesses' assertions. Pursuant to the Court's instruction, the City hereby respectfully submits this Notice to supplement the record with correspondence between the City and FEMA regarding alternate uses of FEMA funds.[2] The City is also providing a related project delivery comparison schedule.[3]

Respectfully submitted,

  /s/ Sunni J. LeBeouf
**SUNNI J. LEBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: Donesia.Turner@nola.gov

---

[1] *See* Rec. Doc. 1345.
[2] Attached hereto as Exhibit A.
[3] Attached hereto as Exhibit B.

**CHURITA H. HANSELL (LSBA #25694)**
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

- and -

   /s/ Harry Rosenberg
**HARRY ROSENBERG (LSBA #11465)**
Email: harry.rosenberg@phelps.com
PHELPS DUNBAR, LLP
365 CANAL STREET
CANAL PLACE – SUITE 2000
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 584-9219
FACSIMILE: (504) 568-9130

*Counsel for the City of New Orleans*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2020, a copy of the foregoing was served, contemporaneously or prior, upon counsel to all parties to this proceeding via the court's CM/ECF system.

   */s/ Sunni J. LeBeouf*
   **SUNNI J. LeBEOUF**

2