MINUTE ENTRY
NORTH, M.J.
OCTOBER 15, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

The hearing on the City's Motion for Relief from Court Orders (rec. doc. 1281) resumed by Zoom in the presence of a Court Reporter (Karen Ibos). The hearing will resume on Monday, October 19, 2020 at 9:00 a.m. The Zoom and Webex call-in links remain the same.

PARTICIPATING:  Elizabeth Cumming    Laura Cowall
Emily Washington    George Eppsteiner
Rick Stanley    Bryan Reuter
Sunni LeBeouf    Harry Rosenberg
Blake Arcuri    Churita Hansell

New Orleans, Louisiana, this  16th  day of  October , 2020.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (02:50)