UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | **CIVIL ACTION** |
| | * | **No. 12-00859** |
| **VERSUS** | * | |
| | * | **HON. LANCE M. AFRICK** |
| **MARLIN GUSMAN, ET AL.** | * | **SECTION: I** |
| | * | |
| | * | **MAG. MICHAEL B. NORTH** |
| | * | **SECTION: 5** |

* * * * * * * * * * * * * * * * * * * *

## SHERIFF GUSMAN'S POST-HEARING BRIEF

Marlin N. Gusman, Sheriff of the Parish of Orleans (hereinafter referred to as "Sheriff Gusman"), respectfully submits this Post-Hearing Brief pursuant to R. Doc. 1359. Sheriff Gusman hereby adopts and incorporates the arguments and authorities set forth in the Post-Hearing Brief of the Independent Jail Compliance Director Darnley R. Hodge, Sr. (R. Doc. 1360). For the reasons stated therein, Sheriff Gusman agrees that the City of New Orleans has failed to carry its burden, and thus its Motion for Relief from Court Orders of January 25, 2019 (R. Doc. 1221) and March 18, 2019 (R. Doc. 1227) must be denied.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

*/s/ Patrick R. Follette*
JAMES M. WILLIAMS, BAR NO. 26141
INEMESIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

-and-

2

                                          **ORLEANS PARISH SHERIFF'S OFFICE**
                                          BLAKE J. ARCURI, BAR NO. 32322
                                          LAURA C. RODRIGUE, BAR NO. 30428
                                          FREEMAN R. MATTHEWS, BAR NO. 9050
                                          2800 Perdido Street
                                          New Orleans, LA 70119
                                          Tel: 504.202.9404 Fax: 504.202.9454
                                          arcurib@opso.us; rodriguela@opso.us

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 30th day of October 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

                                          */s/ Patrick R. Follette*_____
                                          Patrick R. Follette