# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                           **CIVIL ACTION**

**VERSUS**                                                                       **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                           **SECTION I**

## ORDER

Considering the motion[1] by the Independent Jail Compliance Director for a status conference,

**IT IS ORDERED** that the motion is **GRANTED**; the status conference shall be held before Magistrate Judge Michael North at a time to be set by his chambers.

New Orleans, Louisiana, November 13, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1370.