UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                          CIVIL ACTION

VERSUS                                         NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                       SECTION: "I"(5)

## ORDER SCHEDULING STATUS CONFERENCE

A status conference via telephone in the above matter is hereby SCHEDULED for November 23, 2020 at 11:00 a.m. The Court will provide counsel with instructions that will enable them to participate in the conference.

New Orleans, Louisiana, this 16th day of November, 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE