# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, KENT ANDERSON, STEVEN DOMINICK, ANTHONY GIOUSTAVIA, JIMMIE JENKINS, GREG JOURNEE, RICHARD LANFORD, LEONARD LEWIS, EUELL SYLVESTER, and MARK WALKER, on behalf of themselves and all other similarly situated, et al.** | **CIVIL ACTION NO.  12-859**<br><br>**JUDGE LANCE M. AFRICK**<br><br>**MAGISTRATE JUDGE NORTH** |
| **VERSUS** | |
| **MARLIN GUSMAN, Sheriff, Orleans Parish** | |

## NOTICE TO THE COURT

**MAY IT PLEASE THE COURT**:

During the status conference with the court today on November 23, 2020, the Court inquired about jail populations and specifically TDC and OJC.  The City respectfully wishes to inform the Court that as of November 19, 2020, there were zero (0) juveniles housed at OJC. In addition, the OJC inmate figures provided by OPSO are likely lower. First, the OPSO's current inmate numbers include federal inmates that are not within the jurisdiction of the OPSO. Second, there typically

PD.30316837.1

are DOC inmates at OJC that should be transferred to DOC on a regular basis. The City is requesting that the OPSO provide weekly reports describing the number of inmates that are eligible to be transferred to DOC; as the Court is aware, these transfers to DOC were not timely made several years ago which increased the number of inmates housed at OJC (then OPP).

          Respectfully submitted,

BY:   /s/Sunni J. LeBeouf
**SUNNI J. LeBEOUF** (Bar #28633)
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER** (Bar #23338)
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL** (Bar #25694)
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868


**/S/ HARRY ROSENBERG
HARRY ROSENBERG
PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130
TELEPHONE: 504-566-1311
FACSIMILE: 504-568-9130
Email:
Harry.Rosenberg@Phelps.com

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 23rd day of November 2020, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Harry Rosenberg*