UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and UNITED STATES OF AMERICA, Plaintiffs in Intervention | ) ) ) ) ) ) | |
| v. | ) ) ) | |
| MARLIN N. GUSMAN, ET AL, Defendants | ) ) ) ) | Civil Action No. 2:12-cv-00859 Section "I"(5) Judge Lance M. Africk Magistrate Judge Michael B. North |
| MARLIN N. GUSMAN, Third-Party Plaintiff | ) ) ) | |
| v. | ) ) ) | |
| THE CITY OF NEW ORLEANS, Third-Party Defendant | ) ) ) | |

## SUPPLEMENTAL NOTICE TO THE COURT

**MAY IT PLEASE THE COURT:**

The undersigned respectfully notifies the Court that for the first time since the onset of COVID-19, the number of inmates in OPSO custody has exceeded 1000 over this past weekend, with today's population being 1003 as of 7:00 a.m.

Respectfully submitted,
**ORLEANS PARISH SHERIFF'S OFFICE**
*s/Blake J. Arcuri*
BLAKE J. ARCURI, BAR NO. 32322
LAURA C. RODRIGUE, BAR NO. 30428
FREEMAN R. MATTHEWS, BAR NO. 9050
2800 Perdido Street
New Orleans, LA 70119
Tel: 504.202.9404 Fax: 504.202.9454
arcurib@opso.us; rodriguela@opso.us

**CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM
& HAYES, LLP**

JAMES M. WILLIAMS, BAR NO. 26141
INEMSIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080

## <u>CERTIFICATE</u>

I hereby certify that I have caused a copy of this pleading to be served upon all other

parties hereto through the EM/CMF filing system, this the 7thth day of December, 2020.

*/s/Blake J. Arcuri*