UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                          CIVIL ACTION

VERSUS                                          NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                       SECTION: "I"(5)

## ORDER SCHEDULING STATUS CONFERENCE

A status conference in the above matter is hereby SCHEDULED for December 14, 2020 at 9:00 a.m. A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this  9th  day of     December    , 2020.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE