**MINUTE ENTRY**
**AFRICK, J.**
**December 14, 2020**
**JS-10 00:15**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

On this date the Court and U.S. Magistrate Judge Michael North held a status conference via Zoom with counsel for all parties participating, except James Williams ("Williams"), counsel for defendant Sheriff Marlin Gusman ("Sheriff").

Pursuant to the directive of the Sheriff, the employment of the Compliance Director was terminated on November 27, 2020. The Court also advised the parties that, should the Sheriff decide to retain the former Compliance Director as a consultant, that is a decision to be made by the Sheriff.

The Court asked counsel for the City, Sunni LeBeouf ("LeBeouf"), for confirmation that work is ongoing on the proposed construction of the Phase III facility. LeBeouf responded that she would defer to the City's director of capital projects, Ramsey Green ("Green"), who was not present at the conference. LeBeouf will communicate with Green and file a letter with the Court no later than December 21, 2020 outlining the progress that has been made since June 2020 as to Phase III.

Considering the discussion at the conference,

**IT IS ORDERED** that LeBeouf confer with Green, and any other persons necessary, and file with the Court, no later than **MONDAY, DECEMBER 21, 2020 at 5:00 P.M.**, a letter confirming that work is ongoing on the proposed Phase III facility and detailing the extent of any progress.

New Orleans, Louisiana, December 14, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**