UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

This Court is in receipt of objections filed by the City of New Orleans to the U.S. Magistrate Judge's Report and Recommendation.[1] In view of the upcoming holidays,

**IT IS ORDERED** that plaintiffs class, the U.S. Department of Justice, and Sheriff Gusman file a response to said objections on or before January 8, 2021.

New Orleans, Louisiana, December 22, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 1389.