UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


LASHAWN JONES, ET AL.                                    CIVIL ACTION

VERSUS                                                          NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                           SECTION: "I"(5)

## ORDER SCHEDULING STATUS CONFERENCE

A status conference to discuss the status of Phase III in the above matter is hereby

SCHEDULED for February 3, 2021 at 11:00 a.m.  It is ordered that Gerry Hebert, John Souza,

Vince Smith, and Ramsey Green participate in the conference.  A Zoom for Government link

will be circulated to counsel of record via email.

New Orleans, Louisiana, this  27th  day of _____January_____, 2021.

_____

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE