UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 2107(b) and Federal Rules of Appellate Procedure 3 and 4, Third-Party Defendant, the City of New Orleans, hereby appeals the District Court's Order & Reasons (Rec. Doc. 1396) approving the Magistrate Judge's Report & Recommendation (Rec. Doc. 1385), denying the City of New Orleans' Motion for Relief from Court Orders of January 25, 2019 and March 18, 2019 (Rec. Doc. 1281) to the United States Court of Appeals for the Fifth Circuit. A denial of a Rule 60(b) motion is itself an appealable order. *See Browder v. Dir., Dep't of Corr. of Ill.*, 434 U.S. 257, 263 n.7 (1978); *Acadian Diagnostic Laboratories, L.L.C v. Quality Toxicology, L.L.C.*, 965 F.3d 404, 414 (5th Cir. 2020).

Respectfully submitted,

BY:  */s/ Sunni J. LeBeouf*
**SUNNI J. L**e**BEOUF** (Bar #28633)
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER** (Bar #23338)
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL** (Bar #25694)
Email: chhansell@nola.gov
1300 PERDIDO STREET

1

CITY HALL – ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

**/s/ Harry Rosenberg**
**HARRY ROSENBERG** (#11465)
**PHELPS DUNBAR LLP**
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130
TELEPHONE:  504-566-1311
FACSIMILE:  504-568-9130
Email: Harry.Rosenberg@Phelps.com

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 2nd day of February, 2021, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Sunni LeBeouf*
**Sunni J. LeBeouf**