# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, the City of New Orleans (the "City"), and hereby submits a Status Report to provide an update on the progress of the Temporary Detention Center ("TDC") renovation and the construction of a new Phase III jail building, in response to the Court's Order of March 18, 2019.[1]

TDC renovations are complete. The City reasserts its objection to the continued programming and construction of a new Phase III jail building. It remains the City's position that there has been a significant change in circumstances which makes the building of a new jail facility in Orleans Parish unwarranted and unnecessary. Moreover, a new jail building is not required by the Consent Judgment to obtain the constitutional medical and mental health care of inmates at the Orleans Justice Center ("OJC"). The directive to build a new jail facility is not narrowly drawn to accomplish the aims of the Consent Judgement, extends much further than necessary to correct the violation of constitutional rights identified in the Consent Judgment, and is much more intrusive than necessary to correct an alleged violation of those rights.[2] Moreover, a court is prohibited

---

[1] Rec. Doc. 1227.
[2] *See* 18 U.S.C. § 3626(a) (requirements for prospective relief under the Prison Litigation Reform Act).

from ordering construction of a new jail building.[3]  The City contends that this Honorable Court failed to consider a more "flexible approach" to the construction of a new jail facility.[4]  Subject to the City's Notice of Appeal,[5] the City hereby submits a Court-Ordered Status Report.[6]

The OPSO inmate population has been reported as 915 inmates as of this date.[7]  This includes 861 OPSO inmates currently in OJC, with 523 empty beds.  This also includes only 27 inmates in the newly renovated TDC,[8] with at least one newly renovated TDC unit recently reported as entirely vacant.

                                          Respectfully submitted,

                                          */s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Email: donesia.turner@nola.gov
Sr. Chief Deputy City Attorney
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:    (504) 658-9868

*Counsel for the City of New Orleans*

---

[3] 18 U.S.C. § 3626(a)(1)(C).
[4] *See Rufo v. Inmates of Suffolk Cty. Jail*, 502 U.S. 367 (1992). *See also Horne v. Flores*, 557 U.S. 433 (2009).
[5] Rec. Doc. 1399.
[6] Status Report, attached hereto as Exhibit A.
[7] Inmate Count (Feb. 2, 2021), attached hereto as Exhibit B.
[8] OPSO is currently referring to the renovated TDC units as "TMH."

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 2, 2021, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF**