MINUTE ENTRY
NORTH, M.J.
FEBRUARY 3, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN  JONES, ET AL.                                  CIVIL ACTION

VERSUS                                                            NUMBER: 12-0859

MARLIN N. GUSMAN,  ET AL.                         SECTION: "I"(5)

A status conference was conducted by Zoom in the presence of a Court Reporter

(Alexis Vice).

PARTICIPATING:     Elizabeth Cumming          George Eppsteiner
                              Emily Washington            Sunni LeBeouf
                              Harry Rosenberg             James Williams
                              Blake Arcuri                   Patrick Follette
                              Ariona Jean-Johnson      Churita  Hansell
                              Margo Frasier                 Jerry Hebert
                              Vince Smith                    Ramsey  Green
                              John Souza

The Court was advised that design  work  on Phase III  is ongoing and that  the plans

for that project have been or soon will be submitted by the City to the City Planning

Commission for its vetting of any potential zoning issues related to  the  design  of  the

project. Simultaneously, the FEMA 106 Environmental, Historic Preservation process has

been initiated by the City and FEMA. The City broadly estimated project completion within

30 months.

No later than February 12, 2021, the City shall file in the record  a  detailed

explanation of all steps involved in the remaining  design,  procuration  and  completion  of

the Phase III project, including projected dates for all major benchmark events, up to  and

MJSTAR (00:20)

including completion. This submission should be submitted in a format that can be updated monthly – at a minimum.

The Court also directed that meetings of the Phase III "Executive Committee" (as that group was designated by the City) take place more often and regularly than they have in the past and that the Monitors be kept closely involved in all aspects of planning and design. The lead Monitor, Margo Frasier, will keep the Court informed on a regular basis of the frequency and substance of those meetings.

Finally, in recognition of the City's planned appeal of the recent rulings on its Rule 60 motion (rec. doc. 1399) along with the substantial delay in completion of this project that we have already experienced in the past year, and to erase any possible thinking on the part of the City that this project can be slow-played any further, the Court announced to the City and the parties that the Court intends a zero-tolerance policy from this date forward regarding any unjustified, unreasonable, or unnecessary delays in the completion of this long-planned project. The Court will not tolerate any further "delays" in this process based upon alleged bureaucratic entanglements or processes that are entirely within the City's control.

New Orleans, Louisiana, this 4th day of _____February_____, 2021.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE