UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "I"** |

## ORDER SCHEDULING STATUS HEARING

A status hearing to receive testimony regarding Report No. 13 of the Independent Monitors dated February 8, 2021 is SCHEDULED for **Monday, March 8, 2021 at 9:00 a.m.** A Zoom for Government link will be circulated to counsel of record via email.

New Orleans, Louisiana, this 10th day of February, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE