## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                                      **CIVIL ACTION**

**VERSUS**                                                                                **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                                      **SECTION I**

### ORDER

Considering the plaintiff class's unopposed motion[1] for additional time to respond in opposition and to continue the submission date for the City of New Orleans's ("City") motion[2] to stay, which is currently set for March 10, 2021,

**IT IS ORDERED** that the motion is **GRANTED**. The submission date for the City's motion to stay is **CONTINUED** to **WEDNESDAY, APRIL 7, 2021**, and memoranda opposing the City's motion may be timely filed in reference to the new submission date.[3]

New Orleans, Louisiana, February 23, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1412. As of February 23, 2021, the date on which the plaintiffs' motion was filed, the City had purportedly not responded to the plaintiffs' inquiry as to whether the City opposed their motion. *Id.* at 1.

[2] R. Doc. No. 1410.

[3] *See* L.R. 7.5.