UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**     **CIVIL ACTION**

**VERSUS**     **No. 12-859**

**MARLIN GUSMAN, ET AL.**     **SECTION I**

## ORDER

The Court is in receipt of the City of New Orleans's (the "City") response[1] to the Court's February 25, 2021 order. The City states therein that its original notice, filed in response to the Court's February 24, 2021 order continuing the submission date for the City's motion to stay, was intended "merely to clarify the record"—*i.e.*, to show that the City's failure to respond within nearly five hours to the plaintiff class's request for consent was not "somehow unreasonable."[2] The City then states that "the Court has now made its intentions clear" as to whether the Court will grant a continuance and, presumably because of that, declines to offer any substantive opposition.[3] Paradoxically, the City cites to the order that *rescinded* this Court's prior continuance and *invited the City* to state its reasoned opposition.[4]

Apparently, according to the City, (1) the Court has already made up its mind (even though it *rescinded* its prior order), (2) the Court will therefore not consider any opposition offered by the City (even though the Court expressly *invited* the City to

---

[1] R. Doc. No. 1416.
[2] *Id.* at 2.
[3] *Id.* (citing R. Doc. No. 1415).
[4] R. Doc. No. 1415, at 3.

provide such opposition), and (3) therefore, no opposition is needed. If the City opposes a continuance, it should just come out and say so. It has not.[5]

The Court's intention, as is true of any court, was and is to rule on the motion based on the arguments before it. For whatever reason, the City decided not to share its argument with the Court. Therefore,

**IT IS ORDERED** that the plaintiff class's motion[6] to continue the submission date for the City's motion to stay is **GRANTED**, and the Court's February 24, 2021 order[7] is reinstated in full. As stated therein, the submission date for the City's motion to stay is **CONTINUED** to **WEDNESDAY, APRIL 7, 2021**.

New Orleans, Louisiana, March 2, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[5] *See* R. Doc. No. 1416, at 2–3.
[6] R. Doc. No. 1412.
[7] R. Doc. No. 1413.