MINUTE ENTRY
AFRICK, J. & NORTH, M.J.
MARCH 8, 2021
JS10 & MJSTAR - 01:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

**STATUS HEARING**
(by Video Conference)

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER:  Jodi Simcox

APPEARANCES:  Elizabeth Cumming and Emily Washington, Counsel for plaintiffs
Laura Cowall and George Eppsteiner, Counsel for intervenor plaintiff United States of America
Blake Arcuri and Patrick Follette, Counsel for defendant Orleans Parish Sheriff's Office
Sunni J. LeBeouf, Churita Hansell, Harry Rosenberg, and Donesia D. Turner, Counsel for third party defendant City of New Orleans

Case called.
Diane Skipworth, food service submonitor, addressed the Court.
Dr. Patricia Hardyman, classification submonitor, addressed the Court.
Shane Poole, sanitation & environmental conditions and fire & life safety submonitor, addressed the Court.
Dr. Robert B. Greifinger, medical care submonitor, addressed the Court.
Dr. Raymond F. Patterson, mental healthcare submonitor, addressed the Court.
Margo L. Frasier, lead monitor, addressed the Court.
Court addressed counsel.
Court appointed Tommie Vassel as the compliance submonitor.
Court adjourned.