UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**  CIVIL ACTION

**VERSUS**  No. 12-859

**MARLIN GUSMAN, ET AL.**  SECTION I

## ORDER

Before the Court are two motions filed by the City of New Orleans: (1) requesting a stay of the Court's January 25, 2021 order and reasons pending the resolution of the City's appeal,[1] and (2) an *ex parte* motion for leave to file a reply in support of the motion to stay.[2] After reviewing the motions,

**IT IS ORDERED** that the motions filed by the City of New Orleans are **REFERRED** to the U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), to conduct a hearing, including an evidentiary hearing if necessary, followed by the submission to this Court of proposed findings of fact and recommendations for the disposition of said motions.

New Orleans, Louisiana April 7, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1410.
[2] R. Doc. No. 1428.