UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who, pursuant to the Court's Orders of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Court-Ordered Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes the project timeline is subject to change.

The City reasserts its objection to the continued programming and construction of a new Phase III jail building. It remains the City's position that there has been a significant change in circumstances which makes the building of a new jail facility in Orleans Parish unwarranted and unnecessary.

The jail population in Orleans Parish continues to decrease.[4] To date the Orleans Justice Center ("OJC") houses a total of 721 inmates, a decrease of 118 from a month ago, specifically March 17, 2021.[5]

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] *See* Project Status Report (April 13, 2021), attached hereto as Exhibit A.
[4] *See* "Active Inmates by Location" Report (April 19, 2021), attached hereto as Exhibit B.
[5] *See* R. Doc. 1424-2 ("Active Inmates by Location" Report (March 17, 2021)).

TDC buildings 1 and 2 were renovated at a cost of $6.2 million to the City of New Orleans to provide "emergency" temporary housing for OPSO's acute and subacute inmate population, including OPSO's female inmate population.  Notably, however, currently at TMH (the renovated TDC buildings), there are currently only 24 inmates housed in the complex, and <u>1B remains completely vacant with 0 inmates housed</u>.

The City reasserts and reiterates that a new jail building is not required by the Consent Judgment to obtain the constitutional medical and mental health care of inmates at the OJC.  The directive to build a new jail facility is not narrowly tailored to accomplish the aims of the Consent Judgement, extends much further than necessary to correct the violation of constitutional rights identified in the Consent Judgment, and is much more intrusive than necessary to correct an alleged violation of those rights.[6]  Moreover, a court is prohibited from ordering construction of a new jail building.[7]  The City contends that this Honorable Court failed to consider a more "flexible approach" to the construction of a new jail facility.[8]  Subject to the City's Notice of Appeal,[9] the City hereby submits a Court-Ordered Status Report.

Respectfully submitted,

*/s/ Sunni J. LeBeouf*
**SUNNI J. LEBEOUF (LSBA #28633)**
CITY ATTORNEY
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
**DARREN P. TYUS (LSBA #30772)**
Assistant City Attorney

---

[6] *See* 18 U.S.C. § 3626(a) (requirements for prospective relief under the Prison Litigation Reform Act).
[7] 18 U.S.C. § 3626(a)(1)(C).
[8] *See Rufo v. Inmates of Suffolk Cty. Jail*, 502 U.S. 367 (1992). *See also Horne v. Flores*, 557 U.S. 433 (2009).
[9] R. Doc. 1399.

2

Email: darren.tyus@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2021, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Sunni J. LeBeouf*
**SUNNI J. LeBEOUF**

3