| Building | Tier | Side | Count |
|---|---|---|---|
| BKG | | | 3 |
| Total for BKG | | | 3 |
| FED | | | 17 |
| Total for FED | | | 17 |
| HNK | | | 1 |
| Total for HNK | | | 1 |
| OJC | 1 | A | 35 |
| OJC | 1 | B | 29 |
| OJC | 1 | C | 26 |
| OJC | 1 | D | 26 |
| OJC | 1 | E | 22 |
| OJC | 2 | A | 27 |
| OJC | 2 | B | 22 |
| OJC | 2 | C | 35 |
| OJC | 2 | D | 16 |
| OJC | 2 | E | 22 |
| OJC | 2 | F | 34 |
| OJC | 3 | A | 55 |
| OJC | 3 | B | 54 |
| OJC | 3 | C | 30 |
| OJC | 3 | D | 15 |
| OJC | 3 | E | 28 |
| OJC | 3 | F | 11 |
| OJC | 4 | A | 24 |
| OJC | 4 | B | 41 |
| OJC | 4 | C | 34 |
| OJC | 4 | D | 47 |
| OJC | 4 | E | 47 |
| OJC | 4 | F | 41 |
| Total for OJC | | | 721 |
| SCP | | | 1 |
| Total for SCP | | | 1 |
| TDC | B4 | E | 15 |
| TDC | B4 | W | 14 |
| Total for TDC | | | 29 |
| TMH | 1 | A | 10 |
| TMH | 2 | A | 7 |
| TMH | 2 | B | 7 |
| Total for TMH | | | 24 |

Total All Locations    796
                       ======

\* \* \* \* \* \* \* \* \* \*  End of Report  \* \* \* \* \* \* \* \* \* \*

**Exhibit**

**B**