UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                              CIVIL ACTION

VERSUS                                             NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                           SECTION: "I"(5)

**ORDER**

In its recent Court-ordered status report, the City refers to "a draft Power-Point presentation to FEMA and City Planning for inclusion in the Conditional Use and environmental, Historic Preservation (EHP) 106 public engagement meetings" and suggests that said Power Point materials are attached to its filing. (Rec. doc. 1433-1). They are not. The Court thereby directs the City to file said materials in the record no later than April 21, 2021.

New Orleans, Louisiana, this  20th  day of        April       , 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE