# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 20, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30072   Anderson v. City of New Orleans
                 USDC No. 2:12-CV-859

The court has granted the motion to supplement the record in this case with District Court docket entries 1421 – 1433.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. Blake Joseph Arcuri
Mr. Theodore R. Carter III
Mr. Thomas Evans Chandler
Ms. Elizabeth Cumming
Ms. Churita H. Hansell
Ms. Elizabeth Parr Hecker
Mrs. Sunni LeBeouf
Mr. Freeman R. Matthews
Ms. Carol L. Michel
Ms. Inemesit U. O'Boyle
Ms. Stephanie Michelle Poucher
Mrs. Laura Cannizzaro Rodrigue
Mr. Harry A. Rosenberg
Ms. Donesia D. Turner
Mr. Darren Paul Tyus
Ms. Emily M. Washington
Mr. James McClendon Williams