**Exhibit A**

# Orleans Justice Center Medical Services Building
2900 Perdido Street, between S Dupre and S Gayoso

**Perdido Street Entrance**



# Orleans Justice Center Medical Services Building Chronology

- September, 2011 – OPSO breaks ground on the new, 433,000 sq. ft. Orleans Justice Center.

- June, 2013 - a Consent Judgement was entered among and between the Plaintiff class; Department of Justice; and the Orleans Parish Sheriff.  The purpose of the agreement was to address alleged constitutional violations in the treatment of inmates at Orleans Parish Prison.  Through the provisions of this agreement, the parties would seek to ensure that the conditions in the Orleans Parish Prison (OPP) protect the constitutional rights of prisoners confined at OPP.

- December, 2014 – OPSO moves acute mental/medical male inmates to Elayn Hunt Correctional Facility in St. Gabriel, La.

- November, 2015 – OPSO opens the new, 1,438-bed, Orleans Justice Center.

- June, 2016 - The Orleans Parish Sheriff's Office (OPSO), Department of Justice and Plaintiffs signed a Stipulated Order creating the position of Independent Jail Compliance Director. The Compliance Director has final authority to operate the Orleans Justice Center (OJC) and all jail facilities.

# Orleans Justice Center Medical Services Building Chronology

- The Stipulated Order required the Compliance Director to make recommendations to the Court on three mayor topics: The youthful inmate population currently housed at OJC, the "Docks" holding area for the inmate population going to and from Criminal District Court, and a decision on a long-term solution for the inmate population affected by acute and sub-acute mental health and medical needs.

- January, 2017 - The Compliance Director submitted the supplemental compliance action plan with recommendations for the acute and sub-acute mental health and medical service needs. The Medical Services Building referred as Phase III facility would include: a housing capacity of 89 security beds and 14 infirmary beds (total of 103 beds), it would accommodate only Male and Female inmates with acute and sub-acute mental disorders. The design would also provide space for laundry service, family and attorney visitation, an infirmary and a medical clinic to provide services currently provided at OJC Phase II; administrative space for medical and mental health staff now assigned to the OJC facility.

GHC

# Orleans Justice Center Medical Services Building Chronology

- January, 2018 – The City breaks ground on new, 28-bed Juvenile Justice Center Addition.

- March, 2018 - The City hires Hill International and Grace Hebert Curtis Architects to provide Project Management and Architectural Services for the design and construction of a new 89-bed male and female mental and medical services building on the OJC campus.

- September, 2018 – City issues NTP for the renovation of the OPP 3rd floor "Docks".
- November, 2019 – City completes construction of the new, 28- bed, Juvenile Justice Center Addition.

- February, 2020 – City completes renovations of the OPP 3rd floor "Docks".

- March, 2020 – COVID-19

- June, 2020 – City asks Federal Judge to modify Phase III Plan to renovate the 2nd floor of the existing OJC Inmate Facility to accommodate the medical services scope of work.

GHC

# Orleans Justice Center Medical Services Building Chronology

- August, 2020 – The City completes the renovation of TDC buildings #1 and #2.

- September, 2020 – OPSO moves inmates from Elayn Hunt into TDC.

- January, 2021 – Federal Judge directs the City to move forward with the current Phase III design.

- February, 2021 – Capital Projects/GHC Architect begin engagements with City Planning to begin Conditional Use/NPP process.

- March, 2021 - Capital Projects/GHC begin engagements with FEMA/EHP to begin the EHP 106 process.

# Orleans Justice Center Medical Services Building

2900 Perdido Street, between S Dupre and S Gayoso






## Architectural Site Plan

We are applying for an amendment to an existing conditional use ordinance

- This would authorize the expansion of the prison in an LI Light Industrial District

We are also applying for a variance to exceed the set back of 20 feet required by Section 16.3.A.2 of the zoning ordinance

- Due to the existing utility pipes that go from the building on the lake side of the property to the jail on the river side, we can not build up to the 20' setback





# First Floor Plan

Housing that serves acute mental health inmates

- 2-story 80,500 SF facility
- 106,000 SF site

Three areas:

- 12 bed female housing unit on the 1st floor
- 39 bed male housing unit on the 1st floor
- 38 bed male housing unit on the 2nd floor

Access to outdoor fresh air and exercise space from the common Dayroom space



# Orleans Justice Center Medical Services Building
## Second Floor



## Second Floor Plan

**Nurse and security station**
- Located in the center of each dayroom
- Allows for observation of the entire housing area

**Joint male/female housing support**
- Counseling rooms
- Mental health staff work areas

**Centralized visitation**
- Attorney and family visits
- Public entry point

**Additional Spaces:**
- Infirmary
- Clinic with 6 exam rooms
- Phlebotomy
- Dental services
- Administration areas



# Orleans Justice Center Medical Services Building Project Schedule/Project Costs

- Complete Design   – September, 2021

- Start Construction  – January, 2022

- Finish Construction – August, 2023

Estimated project costs = $51 mil

GHC

# Orleans Justice Center Medical Services Building

**CITY OF NEW ORLEANS ONLINE TOOLS**

**CITY PLANNING COMMISSION WEBSITE**

nola.gov/cpc

The City Planning Commission website hosts a number of important documents and tools. CPC meeting agendas, videos, and staff reports can be viewed on the website as well as regulatory and planning documents such as the Comprehensive Zoning Ordinance and the Master Plan.

**COMPREHENSIVE ZONING ORDINANCE**

czo.nola.gov

The entire text of the Comprehensive Zoning Ordinance can be viewed on this website.

**NOTICEME**

noticeme.nola.gov/

NoticeMe is a personalized notification tool that emails citizens to inform them of opportunities for public input on proposed land-use changes. This system that offers a way for interested parties to stay informed for land use proposals in an individually selected area. Once registered, the email address will receive notices of when a public hearing is scheduled and when a report is ready. You will also be notified of the action of the City Planning Commission or Board of Zoning Adjustments.

**ONE STOP APP**

http://onestopapp.nola.gov/search.aspx

The One Stop App pulls up-to-date information directly from the City's official record. This tool is used by homeowners, businesses, licensed professionals, developers, contactors, and other interested citizens to:

- Find information about a permit, license, planning project, or violation in progress.
- Initiate an application for many types of permits and licenses without coming to City Hall.
- Pay with credit cards for permits and licenses online.
- Research what has been permitted, licensed, or cited at a particular location or during a user defined time frame.

**PROPERTY VIEWER**

property.nola.gov

The Property Viewer provides zoning and land use information for all properties within the City of New Orleans. The Property Viewer displays "layers" of information that includes the Master Plan Future Land Use Map, zoning districts, and the locations of site-specific zoning actions approved by ordinance which includes Conditional Uses, Exceptional Uses, and Planned Development Districts. Links are provided that can take the viewer to the applicable section of the Comprehensive Zoning Ordinance and Assessor records.

*Required NPP Meeting Handout # 1*

## Additional Online Tools

**City Planning Commission**

- Nola.gov/cpc

**Comprehensive Zoning Ordinance**

- Czo.nola.gov

**NoticeMe**

- Noticeme.nola.gov

**One Stop**

- Onestopapp.nola.gov

**Property Viewer**

- Property.nola.gov



# Orleans Justice Center Medical Services Building

Direct any questions or comments to

## OJCMedicalServices2900@gmail.com



# Orleans Justice Center Medical Services Building

2900 Perdido Street, between S Dupre and S Gayoso

**Perdido Street Entrance**

