UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

**ORDER**

Participation for the Public/Press Meeting Room (Listen ONLY) on Wednesday, April 28, 2021 at 11:00 a.m. is as follows:

> Join by phone
> 1-650-479-3207  Call-in toll number (US/Canada)
> Access code: 160 383 5704

New Orleans, Louisiana, this 27th day of April, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE