MINUTE ENTRY
NORTH, M.J.
APRIL 28, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

A hearing was remotely convened on this date in the presence of a court reporter (Mary Thompson) on the City's motion for stay. (Rec. doc. 1410).

PARTICIPATING:  Elizabeth Cumming    George Eppsteiner
Emily Washington    Harry Rosenberg
Blake Arcuri    Laura Cowall
Ariona Jean-Johnson    Margo Frasier
Stephanie Poucher

The City's motion is taken under advisement.

New Orleans, Louisiana, this  4th  day of         May        , 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (01:25)