UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Before the Court is the City's objection[1] to the Report and Recommendation issued by the Magistrate Judge on May 20, 2021.[2] Considering the objection,

**IT IS ORDERED** that parties to the above-captioned matter shall file their responses to the objection, if any, no later than **JUNE 21, 2021**.

New Orleans, Louisiana, June 7, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1451.
[2] R. Doc. No. 1450.