## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** |
| | **MAGISTRATE JUDGE NORTH** |

### STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who, pursuant to the Court's Orders of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Court-Ordered Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes the project timeline is subject to change.

The City reasserts its objection to the continued programming and construction of a new Phase III jail building. It remains the City's position that there has been a significant change in circumstances which makes the building of a new jail facility in Orleans Parish unwarranted and unnecessary.

As of June 21, the total number of inmates housed at the Orleans Justice Center ("OJC"), *for all locations*, is 798, an increase of 25 inmates from a month ago, specifically May 19, 2021.[4]

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] *See* Project Status Report (June 21, 2021), attached hereto as Exhibit A.
[4] *Compare* "Active Inmates by Location" Report (June 21, 2021), attached hereto as Exhibit B, *with* R. Doc. 1449-2 ("Active Inmates by Location" Report (May 19, 2021)).

OJC itself has a total of 712 inmates, an increase of 19 inmates from a month ago.[5]  The total capacity in the facility is 1,438 beds.

TDC buildings 1 and 2 were renovated at a cost of $6.2 million to the City of New Orleans to provide "emergency" temporary housing for OPSO's acute and subacute inmate population, including OPSO's female inmate population.  The population at TDC is 30 inmates, down 4 inmates from a month ago.[6]  Currently at TMH (the renovated TDC buildings), there are only 23 inmates housed in the complex, no change from a month ago.[7]

The City reasserts and reiterates that a new jail building is not required by the Consent Judgment to obtain the constitutional medical and mental health care of inmates at the OJC.  The directive to build a new jail facility is not narrowly tailored to accomplish the aims of the Consent Judgement, extends much further than necessary to correct the violation of constitutional rights identified in the Consent Judgment, and is much more intrusive than necessary to correct an alleged violation of those rights.[8]  Moreover, a court is prohibited from ordering construction of a new jail building.[9]  The City contends that this Honorable Court failed to consider a more "flexible approach" to the construction of a new jail facility.[10]  Subject to the City's Notice of Appeal,[11] the City hereby submits a Court-Ordered Status Report.

Respectfully submitted,

/s/ Donesia D. Turner

**SUNNI J. LeBEOUF (LSBA #28633)**
City Attorney
Email: sunni.lebeouf@nola.gov
**DONESIA D. TURNER (LSBA #23338)**

---

[5] *Id*.
[6] *Id*.
[7] *Id.*
[8] *See* 18 U.S.C. § 3626(a) (requirements for prospective relief under the Prison Litigation Reform Act).
[9] 18 U.S.C. § 3626(a)(1)(C).
[10] *See Rufo v. Inmates of Suffolk Cty. Jail*, 502 U.S. 367 (1992). *See also Horne v. Flores*, 557 U.S. 433 (2009).
[11] R. Doc. 1399.

Sr. Chief Deputy City Attorney
Email: donesia.turner@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney
Email: chhansell@nola.gov
**DARREN P. TYUS (LSBA #30772)**
Assistant City Attorney
Email: darren.tyus@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:    (504) 658-9868

*Counsel for the City of New Orleans*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 21, 2021, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*
**DONESIA D. TURNER**