6/21/2021       Inmate Management System       SIMMONSJOE Page 1
7:05:00       Case 2:12-cv-00859-LMA-MBN Document 1455-2 Filed 06/21/21 Page 1 of 1
      JM1_CNTPUB IM1P13

## Active Inmates by Location

| Building | Tier | Side | Count |
|---|---|---|---|
| BKG | | | 15 |
| Total for BKG | | | 15 |
| FED | | | 17 |
| Total for FED | | | 17 |
| HNK | | | 1 |
| Total for HNK | | | 1 |
| OJC | 1 | B | 32 |
| OJC | 1 | C | 38 |
| OJC | 1 | D | 41 |
| OJC | 1 | E | 42 |
| OJC | 2 | A | 33 |
| OJC | 2 | B | 19 |
| OJC | 2 | C | 41 |
| OJC | 2 | D | 37 |
| OJC | 2 | E | 29 |
| OJC | 2 | F | 24 |
| OJC | 3 | A | 29 |
| OJC | 3 | B | 37 |
| OJC | 3 | C | 27 |
| OJC | 3 | D | 15 |
| OJC | 3 | E | 15 |
| OJC | 3 | F | 28 |
| OJC | 4 | A | 21 |
| OJC | 4 | B | 27 |
| OJC | 4 | C | 35 |
| OJC | 4 | D | 56 |
| OJC | 4 | E | 45 |
| OJC | 4 | F | 41 |
| Total for OJC | | | 712 |
| TDC | B3 | E | 3 |
| TDC | B4 | E | 5 |
| TDC | B4 | W | 22 |
| Total for TDC | | | 30 |
| TMH | 1 | A | 7 |
| TMH | 1 | B | 4 |
| TMH | 2 | A | 6 |
| TMH | 2 | B | 6 |
| Total for TMH | | | 23 |

Total All Locations     798
======

\* \* \* \* \* \* \* \* \* \*   End of Report   \* \* \* \* \* \* \* \* \* \*

**Exhibit**

**B**