# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                              **CIVIL ACTION**

**VERSUS**                                                **No. 12-859**

**MARLIN GUSMAN, ET AL.**                                          **SECTION I**

## ORDER

This Court, having reviewed the U.S. Magistrate Judge's Report and Recommendation,[1] the record, the applicable law, the objection filed by the City of New Orleans (the "City"), and the numerous other filings in support of and in opposition to the City's motion[2] for a stay, hereby approves the Report and Recommendation, adopts it as its opinion in this matter, and overrules the objection. Accordingly,

**IT IS ORDERED** that the City's motion for a stay is **DENIED**.

New Orleans, Louisiana, July 21, 2021.

                                                   _____
                                                   **LANCE M. AFRICK**
                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1450.
[2] R. Doc. No. 1410.