# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30072   Anderson v. City of New Orleans
                  USDC No. 2:12-CV-859

The court has granted the unopposed motion of appellant City of New Orleans to supplement the record with documents 1459-1464 in this case. The originating court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 *Mary Stewart*
                                By: _____
                                Mary C. Stewart, Deputy Clerk
                                504-310-7694

Mr. Blake Joseph Arcuri
Mr. Theodore R. Carter III
Mr. Thomas Evans Chandler
Ms. Elizabeth Cumming
Mr. Patrick R Follette
Ms. Churita H. Hansell
Ms. Elizabeth Parr Hecker
Mrs. Sunni LeBeouf
Mr. Freeman R. Matthews
Ms. Carol L. Michel
Ms. Inemesit U. O'Boyle
Ms. Stephanie Michelle Poucher
Mrs. Laura Cannizzaro Rodrigue
Mr. Harry A. Rosenberg
Ms. Donesia D. Turner
Mr. Darren Paul Tyus
Ms. Emily M. Washington
Mr. James McClendon Williams
Mr. Walter Rimmer Woodruff Jr.

Case No. 21-30072

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

KENT ANDERSON; STEVEN DOMINICK; ANTHONY GIOUSTAVIA; JIMMIE JENKINS; GREG JOURNEE; RICHARD LANFORD; LEONARD LEWIS; EUELL SYLVESTER; LASHAWN JONES,
    *Plaintiffs-Appellees*

UNITED STATES OF AMERICA,
    *Intervenor-Plaintiff-Appellee*

MARLIN N. GUSMAN, SHERIFF, ORLEANS PARISH,
    *Defendant/Third-Party Plaintiff-Appellee*

v.

CITY OF NEW ORLEANS
    *Third-Party Defendant-Appellant*

On Appeal from the United States District Court
for the Eastern District of Louisiana
No. 12-859

## UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL BY THIRD-PARTY DEFENDANT-APPELLANT THE CITY OF NEW ORLEANS

**MAY IT PLEASE THE COURT:**

The City of New Orleans (the "City"), through undersigned counsel, respectfully moves to supplement the appellate record in this case pursuant to Federal Rule of Appellate Procedure 10(e) and Federal Rule of Appellate Procedure 27. The City seeks to supplement the record with District Court electronic court filing (ECF) entries numbered 1459 through 1464. These entries were filed after the record lodged in the instant appeal and after Plaintiffs-Appellees' two prior motions to supplement were granted, but are germane to the matter currently pending before this Court.

On February 19, 2021, the City filed a Motion for Stay in the District Court, which is included in the original record on appeal.[1] On April 19, 2021, Plaintiffs-Appellees filed a Motion to Supplement the Record with District Court ECF Nos. 1421-1433 consisting of pleadings and orders related to the City's Motion for Stay. Plaintiffs-Appellees' Motion to Supplement was granted and the record was supplemented with these docket entries on April 23, 2021. Plaintiffs-Appellees filed a Second Motion to Supplement the Record with District Court ECF Nos. 1434-1458 also consisting of pleadings and orders related to the City's Motion for Stay. The Motion was granted and the record was supplemented with these docket entries on July 19, 2021.

---

[1] ROA.16757-774.

PD.34735901.2

Since the Second Order to Supplement, subsequent pleadings, orders, and transcripts related to the City's Motion for Stay have not been included in the current record because they were not filed in the District Court until after Plaintiffs-Appellees' second motion to supplement was granted. Specifically, on July 20, 2021, the district court filed a transcript of the Status Conference held on March 8, 2021.[2] Thereafter, on July 21, 2021, the District Court issued its Order adopting the magistrate judge's Report & Recommendation regarding the City's Motion for Stay.[3] Further, on July 23, 2021, the City filed an additional status report and exhibits related to the planning and construction of the Phase III facility, which is relevant to the appeal pending before this Court.[4] Moreover, the District Court having denied the City's Motion for Stay, the City intends to move this Court for a Stay of the District Court's orders pending the outcome of the instant appeal. Because a denial by the District Court is a prerequisite for filing such a motion before this Court, the District Court's order denying the City's Motion for Stay should be included in this Court's Record on Appeal.

Federal Rule of Appellate Procedure 10(e)(2) provides "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the

---

[2] ECF Doc. No. 1462. The City's completed Transcript Order Form regarding the March 8, 2021 Status Conference transcript is attached hereto as **Exhibit 1**.
[3] ECF Doc. No. 1463.
[4] ECF Doc. No. 1464.

omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (A) on stipulation of the parties; (B) by the district court before or after the record has been forwarded; or (C) by the court of appeals."

The appellate record is incomplete without District Court pleadings, exhibits, transcripts, and orders contained in ECF Nos. 1459-1464. These documents bear not only on the procedural and/or jurisdictional propriety of the City's appeal, but also contain party representations and argument as to the merits of the City's underlying Motion for Relief from Court Orders. Additionally, these docket entries include the City's recent representations as to the progress of the Phase III facility, which is germane to both the procedural posture of the City's Motion for Relief in the District Court, as well as the merits of the City's arguments in support of that Motion. In light of the accident of timing created by pending filing deadlines and scheduled argument in the District Court, the City anticipates an additional motion to supplement the record on similar basis may be necessary.

For the foregoing reasons, Plaintiffs-Appellees respectfully request that this Motion be granted and that the omission of relevant pleadings, orders, transcripts, and exhibits from the record on appeal be remedied by this Court through supplementation of the record with District Court ECF Nos. 1459-1464.

**[signature block on next page]**

Respectfully submitted,

 */s/ Harry Rosenberg*
**SUNNI J. LeBEOUF** (Bar #28633)
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER** (Bar #23338)
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL** (Bar #25694)
Email: Chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

**HARRY ROSENBERG (**#11465)
**STEPHANIE M. POUCHER** (#37263)
PHELPS DUNBAR LLP
365 CANAL STREET, SUITE 2000
NEW ORLEANS, LA 70130
TELEPHONE:  504-566-1311
FACSIMILE:  504-568-9130
Email: Harry.Rosenberg@Phelps.com
Stephanie.Poucher@Phelps.com

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 3, 2021, I contacted counsel for the United States of America, Sheriff Marlin N. Gusman, and the Plaintiff Class, each of whom indicated they did not oppose to the City's Motion to Supplement the Electronic Record on Appeal. Accordingly, the City files this Motion as UNOPPOSED.

/s/ Harry Rosenberg
SUNNI J. LEBEOUF
DONESIA D. TURNER
CHURITA H. HANSELL
OFFICE OF THE CITY ATTORNEY

HARRY ROSENBERG
STEPHANIE M. POUCHER
PHELPS DUNBAR LLP

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I electronically filed the above and foregoing Motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

                                              */s/ Harry Rosenberg*
                                              SUNNI J. LEBEOUF
                                              DONESIA D. TURNER
                                              CHURITA H. HANSELL
                                              OFFICE OF THE CITY ATTORNEY

                                              HARRY ROSENBERG
                                              STEPHANIE M. POUCHER
                                              PHELPS DUNBAR LLP

                                              *COUNSEL FOR:*
                                              *THE CITY OF NEW ORLEANS*

- 7 -

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATION, TYPEFACE
# REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This Motion complies with the type-volume limitation of Fed R. App. P. 27 because, excluding the accompanying documents authorized by Rule 27(a)(2)(B), it contains 686 words.

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 14-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Microsoft Word in Times New Roman 12-point font.

    /s/ Harry Rosenberg
SUNNI J. LEBEOUF
DONESIA D. TURNER
CHURITA H. HANSELL
OFFICE OF THE CITY ATTORNEY

HARRY ROSENBERG
STEPHANIE M. POUCHER
PHELPS DUNBAR LLP

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

Dated: August 3, 2021

- 8 -

**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court  U.S. District Court for the Eastern District of Louisiana   District Court Docket No. 2:12-cv-00859-LMA-MBN

Short Case Title  Jones et al v. Gusman et al

**ONLY ONE COURT REPORTER PER FORM** Court Reporter  Jodi Simcox

Date Notice of Appeal Filed in the District Court  02/02/2021         Court of Appeals No. 21-30072

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. Complete the Following:
☐No hearings ☐Transcript is unnecessary for appeal purposes ☒Transcript is already on file in the Clerk's Office
**OR**
Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| March 8, 2021 | Status Conference | Judge Lance M. Africk |
|  |  |  |
|  |  |  |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.
B. This is to certify satisfactory financial arrangements have been made. Method of Payment:
☒Private Funds;   ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;   ☐Advance Payment Waived by Reporter;   ☐U.S. Government Funds
☐Other _____

Signature  /s/ Stephanie M. Poucher       Date Transcript Ordered 8/3/2021
Print Name Stephanie M. Poucher           Phone 504-584-9210
Counsel for Third-Party Defendant-Appellant, the City of New Orleans
Address 365 Canal Street, Suite 2000
Email of Attorney: stephanie.poucher@phelps.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.
Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
         ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____     Actual Number of Volumes _____

Date _____ Signature of Reporter _____

NOLA Exhibit 1

TRANSCRIPT ORDER FORM INSTRUCTIONS

INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered. A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5. File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: <u>Contact Clerk's Office About My Case</u> or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

NOLA Exhibit 1