UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs; and<br>UNITED STATES OF AMERICA Plaintiffs in Intervention<br><br>v.<br><br>MARLIN N. GUSMAN, ET AL, Defendants<br><br>MARLIN N. GUSMAN, Third-Party Plaintiff<br><br>v.<br><br>THE CITY OF NEW ORLEANS, Third-Party Defendant | Civil Action No. 2:12-cv-00859<br>Section I, Division 5<br>Judge Lance M. Africk<br>Magistrate Judge Michael B. North |

## REQUEST FOR STATUS CONFERENCE

The Plaintiff Class and the United States (hereinafter "the Plaintiffs") file this Request for Status Conference so the City may advise the Parties and the Court of the status of the Phase III facility planning and construction processes in advance of the August 24, 2021 City Planning Commission meeting. The Plaintiffs also seek the attendance of the City Attorney's clients, the members of the New Orleans City Council, at the status conference. The City's recent status reports have not provided sufficient or complete information regarding movement toward the completion of the Phase III facility. The Plaintiffs seek the opportunity for all Parties to this litigation to confer with the Court as to the City's commitment to abide by the settlement agreement reached and memorialized in the 2016 Stipulated Order for the Appointment of Independent Jail

1

Compliance Director[1] and the 2017 Supplemental Compliance Action Plan.[2]

        Respectfully submitted,

        **FOR THE PLAINTIFF CLASS:**

        */s/ Emily Washington*
        EMILY WASHINGTON, La. Bar No. 34143
        ELIZABETH CUMMING, La. Bar No. 31685
        Roderick & Solange MacArthur Justice Center
        4400 S. Carrollton Avenue
        New Orleans, LA 70119
        (504) 620-2259
        emily.washington@macarthurjustice.org

        **FOR THE UNITED STATES:**

        KRISTEN CLARKE
        Assistant Attorney General
        Civil Rights Division

        STEVEN H. ROSENBAUM
        Chief
        Special Litigation Section

        */s/ George Eppsteiner*
        LAURA L. COWALL (DC 481379)
        Deputy Chief (T.A.)
        GEORGE EPPSTEINER (NC 42812)
        Special Litigation Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530
        Telephone: (202) 305-4044
        george.eppsteiner@usdoj.gov

Date:  August 9, 2021

---

[1] ECF No. 1082.
[2] ECF No. 1106.