UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                              CIVIL ACTION

VERSUS                                                                        No. 12-859

MARLIN GUSMAN, ET AL.                                              SECTION I

ORDER

This Court is in receipt of a request for status conference filed by the Plaintiff Class and the United States ("Plaintiffs"). The Plaintiffs are requesting a status conference so that the City of New Orleans ("the "City") may advise the parties and the Court of the status of the Phase III facility planning and construction process in advance of an August 24, 2021 City Planning Commission meeting. According to the Plaintiffs, the City's recent status reports have not provided sufficient or complete information regarding steps taken toward completion of the Phase III facility. The Plaintiffs' request is granted in part and denied in part. Considering the request,

**IT IS ORDERED** that an **in-Court** status conference with the Court's Monitors will take place on **Tuesday, September 21, 2021 at 9:00 a.m.** Any member of the New Orleans City Council, as requested by the Plaintiffs, are invited to attend.

**IT IS FURTHER ORDERED** that the City shall make Vincent Smith, Director for the City of New Orleans Capital Projects Administration, available to testify at the above scheduled hearing.

New Orleans, Louisiana August 11, 2021.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**