UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

The Plaintiff Class and the United States ("Plaintiffs") moved for a status conference, which this Court granted.[1] The City of New Orleans now moves[2] to continue that status conference. The City further moves[3] to expedite consideration of its motion to continue. Considering those motions,

**IT IS ORDERED** that the City's motions are **GRANTED**. The **in-Court** status conference with the Court's monitors is **CONTINUED** and will take place on **WEDNESDAY, NOVEMBER 3, 2021** at **9:00 A.M.** Any members of the New Orleans City Council, as requested by the Plaintiffs, are invited to attend.

**IT IS FURTHER ORDERED** that the City of New Orleans shall make Vincent Smith, Director for the City of New Orleans Capital Projects Administration, available to testify at the above-scheduled hearing.

New Orleans, Louisiana, September 14, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1470.
[2] R. Doc. No. 1471.
[3] R. Doc. No. 1472.