

# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 24, 2021

**PROJECT STATUS**

On August 12, 2021, the City received OPSO's final approval of the draft Cooperative Endeavor Agreement ("CEA").  It is anticipated that the referenced CEA will be submitted for consideration at an upcoming City Council meeting.

The third of three planned Conditional Use and FEMA EHP 106 public meetings was scheduled for Tuesday, August 24, 2021, before the City Planning Commission ("CPC"). However, because of staff shortages and a backlog of cases, the CPC moved the discussion regarding the project to its October 12, 2021, meeting agenda.

On September 10, 2021, the City issued the Notice to Proceed ("NTP") to the Architect (GHC) to begin 75%-100% Construction Documents.

The monthly Executive Stakeholder Group meeting with OPSO, Federal Monitors, Department of Justice, Plaintiffs and Wellpath representatives was held Wednesday, September 22, 2021, to continue discussing the status of the OPSO and Wellpath staffing and operations planning report.

1. **ACTIVITIES CURRENTLY IN PROGRESS**[1]

    a. Engage FEMA EHP 106 and City Conditional Use Processes (Third Public Meeting, before the City Planning Commission) – October 12, 2021
        - See the above project status update.
    b. OPSO agreed to the City's final markup of the draft CEA for construction of the Phase III building on the OJC Campus. The agreement is being advanced to the City Council for approval and is scheduled to be on its September 30, 2021, meeting for the first reading.

2. **30-DAY MILESTONES**

    a. City Council review of CNO/OPSO CEA (first reading)

    b. City Planning Commission (Conditional Use) Hearing

    c. City Council review of CNO/OPSO CEA (final vote)

    d. City Council review/consideration of Conditional Use

3. **FUTURE PROJECT MILESTONES**

    a. Complete FEMA EHP 106 Process – November 30, 2021

    b. Submit 100% Construction Documents – January 14, 2022

    c. Complete 100% Construction Documents Review/Approval – February 14, 2022

    d. Begin Procurement Phase – February 2022

    e. Bid Opening – March 2022

    f. Complete Procurement Phase – May 2022

    g. Issue Construction Notice to Proceed (NTP) – June 2022

    h. Construction Phase – December 2023

    i. Project Closeout and Turnover for Occupancy – January 2024

Exhibit A

---

[1] The City reasserts its objection to the continued, Court-ordered programming and construction of a new Phase III jail building.  The City's appeal of the Court's order is pending.