| Building | Tier | Side | Count |
|---|---|---|---|
| BKG | | | 7 |
| Total for BKG | | | 7 |
| FED | | | 13 |
| Total for FED | | | 13 |
| HNK | | | 1 |
| Total for HNK | | | 1 |
| OJC | 1 | A | 4 |
| OJC | 1 | B | 35 |
| OJC | 1 | C | 32 |
| OJC | 1 | D | 27 |
| OJC | 1 | E | 24 |
| OJC | 1 | F | 20 |
| OJC | 2 | A | 23 |
| OJC | 2 | B | 15 |
| OJC | 2 | C | 17 |
| OJC | 2 | D | 44 |
| OJC | 2 | E | 42 |
| OJC | 2 | F | 56 |
| OJC | 3 | A | 33 |
| OJC | 3 | B | 42 |
| OJC | 3 | C | 39 |
| OJC | 3 | D | 15 |
| OJC | 3 | E | 34 |
| OJC | 3 | F | 10 |
| OJC | 4 | A | 39 |
| OJC | 4 | B | 39 |
| OJC | 4 | C | 42 |
| OJC | 4 | D | 61 |
| OJC | 4 | E | 60 |
| OJC | 4 | F | 61 |
| Total for OJC | | | 814 |
| TDC | B3 | W | 6 |
| TDC | B4 | E | 6 |
| TDC | B4 | W | 17 |
| Total for TDC | | | 29 |
| TMH | 1 | A | 9 |
| TMH | 1 | B | 6 |
| TMH | 2 | B | 6 |
| Total for TMH | | | 21 |

Total All Locations　　　885
　　　　　　　　　　　　======

\* \* \* \* \* \* \* \* \* \*　End of Report　\* \* \* \* \* \* \* \* \* \*

Exhibit

**B**