# United States Court of Appeals
# for the Fifth Circuit

No. 21-30072

Kent Anderson; Steven Dominick; Anthony Gioustavia; Jimmie Jenkins; Greg Journee; Richard Lanford; Leonard Lewis; Euell Sylvester; Lashawn Jones,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor Plaintiff—Appellee*,

Marlin N. Gusman, Sheriff, Orleans Parish,

*Defendant/Third Party Plaintiff—Appellee*,

*versus*

City of New Orleans,

*Third Party Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-859

ORDER:

IT IS ORDERED that the opposed motion of appellees Mr. Jimmie Jenkins, Mr. Kent Anderson, Mr. Steven Dominick, Mr. Anthony

Gioustavia, Mr. Greg Journee, Mr. Richard Lanford, Mr. Leonard Lewis, Mr. Euell Sylvester and Mr. Lashawn Jones, to supplement the record on appeal with District Court document number 1476 is GRANTED.

                                             */s/ Leslie H. Southwick*
                                             Leslie H. Southwick
                                             *United States Circuit Judge*

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

October 13, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30072   Anderson v. City of New Orleans
                  USDC No. 2:12-CV-859

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

Mr. Blake Joseph Arcuri
Mr. Theodore R. Carter, III
Mr. Thomas Evans Chandler
Ms. Elizabeth Cumming
Mr. Patrick R Follette
Ms. Churita H. Hansell
Ms. Elizabeth Parr Hecker
Mrs. Sunni LeBeouf
Mr. Freeman R. Matthews
Ms. Carol L. Michel
Ms. Inemesit U. O'Boyle
Ms. Stephanie Michelle Poucher
Mrs. Laura Cannizzaro Rodrigue
Mr. Harry A. Rosenberg
Ms. Donesia D. Turner
Ms. Emily M. Washington
Mr. James McClendon Williams
Mr. Walter Rimmer Woodruff, Jr.

**P.S. to All Counsel**: Please be advised that District Court document number 1475 is already a part of the 4th supplemental record on appeal filed in this case. Therefore, appellees' request to have doc.# 1475 supplemented into record is moot. However, the attached order grants the request to supplement doc.# 1476 into the record on appeal.