# United States Court of Appeals
# for the Fifth Circuit

No. 21-30072

Kent Anderson; Steven Dominick; Anthony Gioustavia;
Jimmie Jenkins; Greg Journee; Richard Lanford;
Leonard Lewis; Euell Sylvester; LaShawn Jones,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor Plaintiff—Appellee*,

Marlin N. Gusman, Sheriff, Orleans Parish,

*Defendant/Third Party Plaintiff—Appellee*,

*versus*

City of New Orleans,

*Third Party Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-859

ORDER:

IT IS ORDERED that appellant's motion to supplement the record with District Court Docket Entries #1477 through #1482 is GRANTED.

No. 21-30072

       /s/ *Priscilla R. Owen*  
      Priscilla R. Owen  
      *United States Circuit Judge*

Case No. 21-30072

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

K<small>ENT</small> A<small>NDERSON</small>; S<small>TEVEN</small> D<small>OMINICK</small>; A<small>NTHONY</small> G<small>IOUSTAVIA</small>; J<small>IMMIE</small> J<small>ENKINS</small>;
G<small>REG</small> J<small>OURNEE</small>; R<small>ICHARD</small> L<small>ANFORD</small>; L<small>EONARD</small> L<small>EWIS</small>; E<small>UELL</small> S<small>YLVESTER</small>;
L<small>A</small>S<small>HAWN</small> J<small>ONES</small>,
    *Plaintiffs-Appellees*

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,
    *Intervenor-Plaintiff-Appellee*

M<small>ARLIN</small> N. G<small>USMAN</small>, S<small>HERIFF</small>, O<small>RLEANS</small> P<small>ARISH</small>,
    *Defendant/Third-Party Plaintiff-Appellee*

v.

C<small>ITY OF</small> N<small>EW</small> O<small>RLEANS</small>
    *Third-Party Defendant-Appellant*

On Appeal from the United States District Court
for the Eastern District of Louisiana
No. 12-859

**UNOPPOSED MOTION TO SUPPLEMENT RECORD ON
APPEAL BY THIRD-PARTY DEFENDANT-APPELLANT
THE CITY OF NEW ORLEANS**

**MAY IT PLEASE THE COURT:**

The City of New Orleans (the "City"), through undersigned counsel, respectfully moves to supplement the appellate record in this case pursuant to Federal Rule of Appellate Procedure 10(e) and Federal Rule of Appellate Procedure 27. The City seeks to supplement the record with district court electronic court filing (ECF) entries numbered 1477 through 1482. These entries were filed after the record lodged in the instant appeal and after the prior motions to supplement were granted, but are germane to the matter currently pending before this Court.

On February 2, 2021, the City timely filed its Notice of Appeal with the district court.[1] On April 19, 2021, Plaintiffs-Appellees filed a Motion to Supplement the Record with district court ECF Nos. 1421–1433 consisting of pleadings and notices related to the City's appeal. Plaintiffs-Appellees' Motion to Supplement was granted and the record was supplemented with these docket entries on April 23, 2021. Plaintiffs-Appellees filed a Second Motion to Supplement the Record with District Court ECF Nos. 1434–1458 also consisting of notices and orders related to the City's appeal. The Motion was granted and the record was supplemented with docket entries 1434–1458 on July 19, 2021. The City moved to supplement the record again on August 3, 2021, that motion was also granted, and the record was supplemented with docket entries 1459–1464 on August 9, 2021. On October 7,

---

[1] ROA.16616.

2021, the United States filed another motion to supplement, which the Court granted. Docket entries 1469–1474 were added to the Record on Appeal on October 11, 2021. Then, on October 11, 2021, Plaintiffs-Appellees moved to supplement the record with docket entries 1475–1476, which the Court granted on October 13, 2021. Those documents were added to the record on appeal on October 14, 2021.

Since the October 13, 2021 Order granting Plaintiffs-Appellees' Motion to Supplement, subsequent reports, memoranda, and exhibits related to the City's appeal have not been included in the current record because they were not filed in the district court until after Plaintiffs-Appellees' second motion to supplement was granted. Federal Rule of Appellate Procedure 10(e)(2) provides "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (A) on stipulation of the parties; (B) by the district court before or after the record has been forwarded; or (C) by the court of appeals."

The appellate record is incomplete without district court pleadings, exhibits, reports, and orders contained in ECF Nos. 1477–1482. These documents bear not only on the propriety of the City's appeal, but also contain party representations and argument as to the merits of the City's underlying Motion for Relief from Court Orders. Additionally, these docket entries include the City's recent representations as to the progress of the Phase III facility, which is germane to both the procedural

posture of the City's Motion for Relief in the district court, as well as the merits of the City's arguments in support of that Motion. In light of the district court's order directing the City to file monthly status reports concerning the status of the Phase III facility, the subject of the instant appeal, the City anticipates additional motions to supplement the record on similar basis may be necessary in the future.

For the foregoing reasons, the City respectfully requests that this Motion be granted and that the omission of relevant pleadings, reports, and exhibits from the record on appeal be remedied by this Court through supplementation of the record with District Court ECF Nos. 1477–1482.

Respectfully submitted,

*/s/ Harry Rosenberg*
**SUNNI J. LEBEOUF** (Bar #28633)
CITY ATTORNEY
Email: Sunni.LeBeouf@nola.gov
**DONESIA D. TURNER** (Bar #23338)
Email: Donesia.Turner@nola.gov
**CHURITA H. HANSELL** (Bar #25694)
Email: Chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL – ROOM 5E03
NEW ORLEANS, LA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

**HARRY ROSENBERG** (#11465)
**STEPHANIE M. POUCHER** (#37263)
PHELPS DUNBAR LLP
365 CANAL STREET, SUITE 2000

NEW ORLEANS, LA 70130
TELEPHONE: 504-566-1311
FACSIMILE: 504-568-9130
Email: Harry.Rosenberg@Phelps.com
Stephanie.Poucher@Phelps.com

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

- 5 -

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 17, 2021, I contacted counsel for the United States of America, Sheriff Marlin N. Gusman, and the Plaintiff Class. Although the United States and Sheriff Gusman both indicated they had no opposition to the filing of this Motion, Plaintiffs-Appellees have not responded to the City's request for their position. Accordingly, and knowing of no opposition, the City files this Motion as UNOPPOSED.

                                              */s/ Harry Rosenberg*
                                              SUNNI J. LEBEOUF
                                              DONESIA D. TURNER
                                              CHURITA H. HANSELL
                                              OFFICE OF THE CITY ATTORNEY

                                              HARRY ROSENBERG
                                              STEPHANIE M. POUCHER
                                              PHELPS DUNBAR LLP

                                              *COUNSEL FOR:*
                                              *THE CITY OF NEW ORLEANS*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, I electronically filed the above and foregoing Motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record in this matter.

                                                        /s/ Harry Rosenberg
                                         SUNNI J. LEBEOUF
                                         DONESIA D. TURNER
                                         CHURITA H. HANSELL
                                         OFFICE OF THE CITY ATTORNEY

                                         HARRY ROSENBERG
                                         STEPHANIE M. POUCHER
                                         PHELPS DUNBAR LLP

                                         *COUNSEL FOR:*
                                         *THE CITY OF NEW ORLEANS*

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION, TYPEFACE
## REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This Motion complies with the type-volume limitation of Fed R. App. P. 27 because, excluding the accompanying documents authorized by Rule 27(a)(2)(B), it contains 605 words.

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 14-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Microsoft Word in Times New Roman 12-point font.

    /s/ Harry Rosenberg
SUNNI J. LeBEOUF
DONESIA D. TURNER
CHURITA H. HANSELL
OFFICE OF THE CITY ATTORNEY

HARRY ROSENBERG
STEPHANIE M. POUCHER
PHELPS DUNBAR LLP

*COUNSEL FOR:*
*THE CITY OF NEW ORLEANS*

Dated: November 18, 2021

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 18, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30072   Anderson v. City of New Orleans
                     USDC No. 2:12-CV-859

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Blake Joseph Arcuri
Mr. Theodore R. Carter III
Mr. Thomas Evans Chandler
Ms. Elizabeth Cumming
Mr. Patrick R Follette
Ms. Churita H. Hansell
Ms. Elizabeth Parr Hecker
Mrs. Sunni LeBeouf
Mr. Freeman R. Matthews
Ms. Carol L. Michel
Ms. Inemesit U. O'Boyle
Ms. Stephanie Michelle Poucher
Mrs. Laura Cannizzaro Rodrigue
Mr. Harry A. Rosenberg
Ms. Donesia D. Turner
Ms. Emily M. Washington
Mr. James McClendon Williams
Mr. Walter Rimmer Woodruff Jr.