UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

## ORDER SCHEDULING STATUS CONFERENCE

At the request of the City of New Orleans and the Orleans Parish Sheriff's Office (rec. doc. 1482), an in-chambers status conference in the above matter is hereby SCHEDULED for December 20, 2021 at 11:00 a.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana.

An agenda shall be prepared jointly by the parties and presented to the Court no later than Thursday, December 16, 2021.

New Orleans, Louisiana, this 18th day of November, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE