MINUTE ENTRY
NORTH, M.J.
DECEMBER 20, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

A status conference in the above matter was held on this date.

PRESENT:   Blake Arcuri           Paige Sensenbrenner
           Patrick Follette       Elizabeth Cumming
           Emily Washington       George Eppsteiner
           Donesia Turner         Harry Rosenberg
           Margo Frasier

New Orleans, Louisiana, this  21st  day of  December , 2021.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (01:45)