# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                   **CIVIL ACTION**

**VERSUS**                                            **NUMBER: 12-0859**

**MARLIN N. GUSMAN, ET AL.**                               **SECTION: "I"(5)**

## ORDER

The Court will hold an in-person status conference on March 16, 2022 at 1:00 p.m. in District Court Judge Lance Africk's Courtroom, Room C427, 500 Poydras Street, New Orleans, Louisiana, to discuss with the parties the progress of Phase III, particularly the City's recent statement that the procurement phase of the project is "contingent upon" approvals by the City Planning Commission or City Council, execution of a Cooperative Endeavor Agreement, and/or appropriation of additional funds by the City Council. The Court expects someone with knowledge of these so-called contingencies, whether attorney or otherwise, to be present to answer specific and direct questions concerning the City's position on these matters. Members of the New Orleans City Council are invited to attend the conference. The City Attorney is directed to immediately share a copy of this order with every member of the City Council.

New Orleans, Louisiana, this 10th day of March, 2022.

                                                          **MICHAEL B. NORTH**
                                        **UNITED STATES MAGISTRATE JUDGE**