

# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MARCH 15, 2022

**PROJECT STATUS**

PHASE III CONSTRUCTION DOCUMENTS

On January 21, 2022, Grace, Hebert, Curtis Architects (GHC) submitted 95% plans to the City for review. On January 24, 2022, the 95% plans were sent to the Executive Group (Tommy Vassel, Federal Monitors, OPSO, Plaintiffs, Well Path and DOJ), for their review and comment; there was no response from any of the aforementioned parties. At the February 16th Executive Group meeting, the City noted that comments upon review would be submitted to GHC on February 28th. The City's comments regarding construction document plans were forwarded to the architect on February 28th. On March 10th the City, the Project Manager, Architect, Tommy Vassel, and OPSO met to discuss the location of a construction staging area for required inclusion into the plans. OPSO changed their previously held position and agreed to allow the use of green space that was currently the location of the OPSO temporary kitchen/warehouse building near the proposed Phase III site. At this meeting, the City indicated that the design team was meeting with the Project Manager to review the construction documents and review comments to incorporate into the drawings. The City asked OPSO to provide a date when they would complete their review and provide comments. Isadore Marshall, from OPSO indicated that he had not received the 95% plans. The City re-sent the plans that afternoon.

The City asked Marshall for a turnaround review date. To date that has not been provided. At the March 10th meeting, the City also inquired about the status of the operations and staffing plan because of statements made by the OPSO consultant in previous Executive Group meetings, that the report would be recommending modifications to the plans and renovations to the 2nd floor of the existing jail. OPSO stated they were completing the report but did not provide a date of distribution. Final comments from OPSO and potential recommendations for changes from the OPSO operations and staffing plan have not been received for the City and others to review (additional recommendations/comments could extend the architect's completion of the plans). GHC noted that the plans would be completed to 100% and re-submitted to the City the week of April 8, 2022. When the Architect submits 100% plans, the City will perform a final review (April 22, 2022) and then submit the plans to Safety and Permits for review and approval for permitting (May 1, 2022). The permit will be ready to pick up by the General Contractor at the start of construction.

**FEMA 106 REVIEW**

On November 29, 2021, the City met with FEMA EHP representatives to review the Planning Commission Report, to determine what additional documentation would be required to complete the 106 process. The report included the City's and Architect's public engagement efforts which is a critical component to the 106 review. At this meeting, FEMA stated that public outreach efforts needed to be broader, and because of their workload, it was recommended that the City engage the services of a 106 consultant to assist in the additional engagements and completion of the report. On December 1, 2021, the City engaged the services of Materials Management Group/Ramboll Environmental Consultant team to assist with completing the environmental outreach requirements and complete the 106 report. To date, the Consultant has been gathering project information, soliciting comments from City agencies that include: Safety and Permits, the Department of Health, Historic District and Landmark Commission, Sanitation, N.O. Recreation Department, Economic Development, Neighborhood Engagement, Department of Public Works and the Sewerage and Water Board. Federal agencies solicited include: LDEQ, LDNR, LDWF, NRCS, USACE and USFWS. Remaining work to complete includes Environmental Review Record Development (complete by 5/10/22), Submission to FEMA for review and comment (complete by 5/17/22) and submission of final report to FEMA (5/24/22). FEMA's final review includes a 30-day publication of the report for final public comment (6/30/22).

**Exhibit**

**A**



# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MARCH 15, 2022

**FUTURE PROJECT MILESTONES**

a. Architect submits 100% plans for final City review – April 8, 2022
b. City/Hill perform final plan review – April 22, 2022
c. City submits plans to Safety and Permits – May 1, 2022
d. City 106 EHP Consultant submits Environmental Review and Record Documentation to FEMA - May 10, 2022
e. FEMA review/comment – May 17, 2022
f. City 106 EHP Consultant submits final report to FEMA – May 24, 2022
g. FEMA final review and publication – June 30, 2022.
h. Begin Procurement Phase – July 1, 2022
i. Bid Opening – August 8, 2022
j. Complete Procurement Phase/Issue Construction Notice to Proceed (NTP) – September 30, 2022.
k. Construction Phase – September 30, 2024 (Estimated duration from the architect, based on current market conditions is 24 months)
l. Project Closeout and Turnover for Occupancy – December 1, 2024