UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

**CITY OF NEW ORLEANS' RESPONSE
TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who respectfully submits this response to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . . to produce to the parties and to the Court all documentation of any sort (*i.e.*, written correspondence, emails, and/or minutes of meetings or telephone conferences) of communications between the City and/or its consultants on the one hand and FEMA on the other regarding the alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional public hearings are required prior to the procurement phase being initiated." In response, the City produces the following documentation:

1.) November 17, 2021, email correspondence[3] from the City to FEMA requesting a meeting to review acquired information and documentation, in order to begin drafting the final EHP report.

---

[1] R. Doc. 1497.
[2] *Id.*
[3] Attached hereto as Exhibit A.

2.) November 24, 2021, interoffice email correspondence[4] from Vincent Smith, of the City of New Orleans, to the City's FEMA grants manager for the OJC project, forwarding the City Planning Commission's (the "CPC") final report and documentation gathered from the CPC public engagement meetings and the City's Office of Neighborhood Engagement public engagements, which was then sent to FEMA in advance of a meeting scheduled for November 29, 2021.

3.) November 30, 2021, email correspondence[5] from Vincent Smith, of the City of New Orleans, to Dr. Paul Lo, of MMG Environmental ("MMG"), requesting a proposal to assist with completion of the FEMA EHP requirements and report.

4.) December 6, 2021, email correspondence[6] from John Sousa, of Hill International, Inc., to Tommie Vassel, transmitting the final CPC report sent to FEMA and notes from the November 29, 2021, meeting with FEMA.

5.) December 16, 2021, email correspondence[7] from John Sousa, of Hill International, Inc., to Tommie Vassel, requesting assistance in acquiring the OPSO Operations and Staffing plan.

6.) January 6, 2022, email correspondence[8] from John Sousa, of Hill International, Inc., to Tommie Vassel, requesting assistance with acquiring the OPSO Phase I and II Environmental Site Assessment Study to assist the City with completing the FEMA 106 process.

---

[4] Attached hereto as Exhibit B.
[5] Attached hereto as Exhibit C.
[6] Attached hereto as Exhibit D.
[7] Attached hereto as Exhibit E.
[8] *Id.*

7.) January 17, 2022, email correspondence[9] from John Sousa, of Hill International, Inc., to FEMA representatives to schedule a meeting (on January 27, 2022) to introduce the MMG/Ramboll team and to discuss forward plans.

8.) January 27, 2022, email correspondence[10] from John Sousa, of Hill International, Inc., to Vincent Smith, of the City of New Orleans, providing meeting notes from the January 27, 2022, meeting with FEMA.

9.) All meeting summaries[11] between the City/Hill and the MMG/Ramboll team from February 3, 2022, to March 16, 2022.

10.) March 18, 2022, letter[12] from the City of New Orleans to FEMA, through the Governor's Office of Homeland Security and Emergency Preparedness, requesting an extension of the current period of performance date, from December 12, 2021, to June 30, 2022.

On November 17, 2021, the City contacted FEMA representatives to schedule a coordination meeting and review the FEMA 106 Process (namely, the CPC final report and recommendation to City Council).[13] The FEMA representatives requested, and the City provided, a summary of the CPC's final report.[14]

During the October 20, 2021, Executive Group meeting, OPSO-P/BA raised the recommendation to add additional Acute Female Cell and Beds to the Phase III design. This was discussed with FEMA at the November 29, 2021, meeting; and the City was informed that if

---

[9] Attached hereto as Exhibit F.
[10] Attached hereto as Exhibit G.
[11] Attached hereto as Exhibit H.
[12] Attached hereto as Exhibit I.
[13] Exhibit A.
[14] *See* Exhibit D (providing notes from the November 29, 2021, meeting with FEMA).

additional beds or cells were added to the design, the public engagement process would have to be redone.[15] The City immediately shared this information with Tommie Vassel.[16]

FEMA was concerned with the number of returned letters and the public responses during the public engagement process. The City provided to FEMA documentation and response from CPC (receipt of return letters, *i.e.*, those letters that were return as "undeliverable," are commonplace due to vacant properties and no forwarding addresses).

FEMA indicated that as part of the 106 process, the City is required to complete an Environmental Site Assessment report (a "NEPA"). Because OPSO had completed a NEPA report(s) for Phase I and Phase II of the OJC Campus, the City and FEMA discussed whether another Environmental study was required.[17] (FEMA ultimately concluded that it would be required.)[18] FEMA and the City discussed the use of Environmental Engineering companies specializing in preparing NEPA reports for FEMA.[19] The following day, the City engaged MMG to discuss project scope. The City also reached out to OPSO and Tommie Vassel to assist in obtaining a copy of previously completed NEPA reports.[20] (This item and request were discussed at the December 15, 2021, Executive Group meeting. To date no report has been shared with the City.)

---

[15] *See* Exhibit D (notes from the November 29, 2021, meeting with FEMA).
[16] *Id*.
[17] *See id*.
[18] *See* Exhibit G (notes from the January 27, 2022, meeting with FEMA). During the January 27, 2022, meeting, FEMA representatives addressed FEMA's process for the NEPA 106 review. The discussion centered on the past two NEPA reports completed at the OJC Campus for the Phase I and Phase II sites. The City requested from FEMA copies of these previously completed reports. FEMA explained that the Phase III project site and report will be different, as they fall under different sets of requirement and guidelines, notably because this Phase III project is adding to the bed-count of the existing jail facility campus. The other projects were considered starting from scratch clean sites. FEMA further stated that because of the public consideration, opinion, and opposition to this project, if the City were to proceed with a "retrofit" project, then FEMA would have to reconsider the NEPA process, regulations, and guidelines going forward.
[19] *See* Exhibit D (notes from the November 29, 2021, meeting with FEMA).
[20] Exhibit E.

In the Minute Entry, the Court further directed the City ". . . to provide to the Court and the parties the names and contact information of the individual FEMA representatives with whom it has been communicating on the [pending FEMA 106] issues, including but not limited to the individuals identified . . . at the status conference." The City has been in communication with the following FEMA representatives, regarding these issues:

1) John Connolly (john.connolly2@fema.dhs.gov)
   Emergency Management Specialist/Public Assistance
   Louisiana Integration and Recovery Office
   FEMA Region 6
   1500 Main Street
   Baton Rouge, LA 70802
   (225) 338-7222

2) Jeramé J. Cramer (jerame.cramer@fema.dhs.gov)
   EHP Program Lead LIRO
   EHP Advisor DR-4559/4570/4577/4590-LA
   Louisiana Integration and Recovery Office
   FEMA Region 6
   1500 Main Street
   Baton Rouge, LA 70802
   (504) 247-7771

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

        Respectfully submitted,

        */s/ Donesia D. Turner*
        **DONESIA D. TURNER (LSBA #23338)**
        City Attorney
        Email: donesia.turner@nola.gov
        **CHURITA H. HANSELL (LSBA #25694)**
        Chief Deputy City Attorney
        Email: chhansell@nola.gov
        1300 PERDIDO STREET
        CITY HALL - ROOM 5E03
        NEW ORLEANS, LOUISIANA 70112
        TELEPHONE:  (504) 658-9800
        FACSIMILE:   (504) 658-9868
        ***Counsel for the City of New Orleans***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 25, 2022</u>, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*
**DONESIA D. TURNER**
