## Re: PW 21117: Phase III Section 106 Report

Sousa, John <JohnSousa@hillintl.com>
Wed 11/17/2021 3:58 PM
To: Vincent A. Smith <viasmith@nola.gov>

> **EMAIL FROM EXTERNAL SENDER:** DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Vincent:

Ok, I'll gather the required information & forward.

John

Sent from my iPhone

> On Nov 17, 2021, at 1:56 PM, Vincent A. Smith <viasmith@nola.gov> wrote:
>
> Hi John;
> The meeting w/ the FEMA 106 team has been set for 11/29 at 9am. They would like us to send them all of the information regarding our neighborhood engagements. We need to show proof of public notices and the summaries from the meetings. Can you pull this info together?
>
> Thanks.
>
> CAPITAL PROJECTS ADMINISTRATION
> Vincent A. Smith
> Director
> (504)658-8670
> viasmith@nola.gov
>
> ---
>
> **From:** Vincent A. Smith <viasmith@nola.gov>
> **Sent:** Wednesday, November 17, 2021 1:50 PM
> **To:** LaNitrah B. Hasan <lbhasan@nola.gov>; Tiffany Spann <tiffany.spann@fema.dhs.gov>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>
> **Cc:** Joseph W. Threat Sr <Jwthreatsr@nola.gov>
> **Subject:** Re: PW 21117: Phase III Section 106 Report
>
> Will do. I am also going to invite John Sousa with Hill International, the City's project manager who will be putting the report together.

Exhibit A

FEMA Region 6
1500 Main Street
Baton Rouge, LA 70802
504-247-7771
Jerame.cramer@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



**From:** LaNitrah B. Hasan <lbhasan@nola.gov>
**Sent:** Wednesday, November 17, 2021 12:37 PM
**To:** Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Cc:** Vincent A. Smith <viasmith@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>
**Subject:** PW 21117: Phase III Section 106 Report

Hi Jerame & Tiffany,

I sincerely hope you both have been well. Vince and I met this morning and he mentioned that he believes his team is ready to begin drafting of the Section 106 report discussed several months ago. To ensure we're all on the same page, we think it would be prudent to engage you all to discuss where this project is and what the next steps are.

Are you all available, either at 9AM or 4PM on Monday, November 29th? If these times do not work, please propose a couple alternate options.

Thanks a million!

**LaNitrah B. Hasan**
Federal Grants Manager
Project Delivery Unit
City of New Orleans
1300 Perdido Street, Suite 2W84 | New Orleans, LA 70112
Office: (504) 658-8472 | Cell: (504) 655-0616 | Email: lbhasan@nola.gov