# Torey M. Rayford

| | |
|---|---|
| **From:** | Vincent A. Smith |
| **Sent:** | Thursday, December 16, 2021 5:54 PM |
| **To:** | paull |
| **Cc:** | Sousa, John |
| **Subject:** | Re: OJC MEDICAL SERVICES BUILDING |

Can you provide me with a proposal?

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Paul Lo <paull@mmgnola.com>
**Sent:** Thursday, December 16, 2021 4:02 PM
**To:** Vincent A. Smith <viasmith@nola.gov>
**Cc:** Sousa, John <johnsousa@hillintl.com>
**Subject:** Re: OJC MEDICAL SERVICES BUILDING

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Good afternoon Vincent,

We might have to start from scratch. Maybe during the ERR process, the previous documents might surface.

Paul

Sent from my iPhone

> On Dec 16, 2021, at 3:19 PM, Vincent A. Smith <viasmith@nola.gov> wrote:
>
> Hi Dr. Lo;
> Sorry for not getting back with you. I'm trying to get a copy of the NEPA(s) previously done at OJC to provide the information below. To date, I haven't received it. Do you know of any alternate way of getting this document (besides from FEMA or the OWNER)?
>
> CAPITAL PROJECTS ADMINISTRATION
> Vincent A. Smith
> Director
> (504)658-8670

Exhibit

C

viasmith@nola.gov

**From:** Paul Lo <paull@mmgnola.com>
**Sent:** Monday, December 6, 2021 11:23 AM
**To:** Vincent A. Smith <viasmith@nola.gov>
**Cc:** Sousa, John <johnsousa@hillintl.com>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this i a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Vincent,

In addition to the Phase I NEPA, can you get us the following, if possible:

A copy of the grant application and fed agency approval of the grant be provided,
Any previous Environmental Review Record of the site,
Is the property located in a floodplain? Is there flood insurance on the property/structures?
Is the site located in a historic district? Has the State Historic Preservation Office been consulted on the design? Provide records if so.

These would all be things we'd need to know prior to developing an ERR for a second phase of an existing project.

Please let me know if you have any question.

Thank you.

Paul

*Dr. C.Paul Lo, Sc.D.*
*President/Senior Environmental Health Scientist*
*Materials Management Group, Inc.*
*504-368-0568 (o)*
*504-237-5172 (c)*

**From:** Vincent A. Smith [mailto:viasmith@nola.gov]
**Sent:** Tuesday, November 30, 2021 2:57 PM
**To:** Paul Lo <paull@mmgnola.com>
**Cc:** Sousa, John <johnsousa@hillintl.com>
**Subject:** OJC MEDICAL SERVICES BUILDING

Hi Dr. Lo;

As a follow up to our meeting please see the attached presentation for information on the OJC Medical Services Building Project. I've reached out to FEMA to get a copy of the phase I NEPA. I will get it to you as soon as I receive it. I am copying John Sousa with Hill International, the City's PM Consultant to keep him informed.

Thanks.

Thanks.

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov



December 22, 2021

Mr. Vincent Smith
Director
Capital Projects Administration – City of New Orleans
1300 Perdido Street, Suite 6E15
New Orleans, LA 70112

RE: **Proposal for FEMA-Compliant Environmental Assessment Review Services - Orleans Justice Center Medical Services Building**

**MMG Project #: 8618 CNO**

Dear Mr. Smith

Materials Management Group, Inc. is pleased to provide this proposal to develop an Environmental Assessment Review and provide the necessary documentation as required for the Federal Emergency Management Agency (FEMA)-funded Orleans Justice Center Medical Services Building Project, to be located in New Orleans, Louisiana.

The Scope of Work for developing the Environmental Assessment document will include the following tasks:

- Project description review and verification of required level of review;
- Site visit to the subject property proposed for installation of the project components;
- Mapping of factors potentially affecting the project;
- Solicitation of state and federal agency comments via letter;
- Verification of floodplain status and performance of a floodplain and wetlands analysis, to include the publication of an Early Floodplain Notice and a Floodplain Explanation if necessary;
- Review of historic resources at the site and the potential for the proposed action to adversely affect said resources, and consultation with the State Historic Preservation Officer regarding protection of said resources;
- Draft documentation referred to as the Environmental Assessment; and
- Identification of potential mitigation or consultation requirements.
- Please note: It should be understood that drafting and publication of necessary notices and funding request forms will be undertaken by others.

Delivery of the Environmental Site Assessment Report is proposed to be approximately 45 days from authorization to proceed as well as provision of the information outlined within the data needs list above. The total costs for these services are estimated to be **$22,038.40**. Please refer to the cost breakdown below for additional information.

If you should have any questions, please feel free to contact me at (504) 368-0568.

Sincerely,

Dr. C. Paul Lo, Sc.D.
President/Senior Environmental Health Scientist

## PROJECT COST BREAKDOWN

### 1. Personnel Costs

| Item # | Description | Quantity | Rate | Subtotal | |
|---|---|---|---|---|---|
| 1 | Principal Scientist; Environmental Professional | 40 hours | $131.98/hour | $5,279.20 | |
| 7 | Senior Environmental Scientist | 80 hours | $110.77/hour | $8,861.60 | |
| 18 | Environmental Scientist | 80 hours | $52.61/hour | $6,044.00 | |
| 53 | Word Processor | 20 hours | $42.78/hour | $855.60 | |
| | | | | **Total Personnel Costs** | **$21,040.40** |

### 2. Equipment/Supplies Costs

| Item # | Description | Quantity | Rate | Subtotal | |
|---|---|---|---|---|---|
| 119 | Work Truck (F150 or equivalent) | 4 days | $40.00/day | $160.00 | |
| 184 | Communication Equipment – Cellular/Digital | 4 days | $10.00/day | $40.00 | |
| 197 | Black & White Copies (8.5" x 11") | 2000 units | $0.05/units | $100.00 | |
| 200 | Color Copies (8.5" x 11") | 200 units | $0.25 | $50.00 | |
| 205 | Binding 1" to 3" | 4 units | $12.00 | $48.00 | |
| 206 | Historic Aerial Photographs | 1 unit | $150.00 | $150.00 | |
| 207 | Historic Topographic Maps | 1 unit | $150.00 | $150.00 | |
| 208 | Historic Fire Insurance Maps | 1 unit | $100.00 | $100.00 | |
| 209 | ASTM ESA Database Report | 1 unit | $200.00 | $200.00 | |
| | | | | **Total Equipment/Supplies Costs** | **$998.00** |

**TOTAL ESTIMATED PROJECT COSTS   $ 22,038.40**

3