# Vincent A. Smith

| | |
|---|---|
| **From:** | Vincent A. Smith |
| **Sent:** | Monday, December 6, 2021 5:26 PM |
| **To:** | Tommie A. Vassel |
| **Cc:** | Donesia D. Turner; Sousa, John |
| **Subject:** | OJC MEDICAL SERVICES BUILDING - FEMA 106 PROCESS |
| **Attachments:** | OJC MEDICAL SERVICES BUIILDING - PLANING COMMISSION FINAL REPORT | FEMA 106 INFORMATION |

Hello Tommy;

Attached and below for your information is the final Planning Commission report send to FEMA and a summary email below from John of the conversations with FEMA/EHP regarding the 106 process. FEMA is requesting we provide additional environmental information. We've reached out to Isadore Marshall to acquire a copy of the 106 report for the previous phases of work in the hopes this will suffice. We informed them that the OPSO operations report may be recommending additional female beds. They responded by saying if we add beds to the project we will have to engage 3 additional public meetings to get additional public comments on the increase bed count.

What's a good time to contact you this week to further discuss?

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Sousa, John <JohnSousa@hillintl.com>
**Sent:** Thursday, December 2, 2021 11:20 AM
**To:** Vincent A. Smith <viasmith@nola.gov>; Donesia D. Turner <Donesia.Turner@nola.gov>
**Subject:** Highlights of Mtg between City and FEMA staff - Meeting Minutes.

> EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Vincent:

Below find the highlight of our meeting and conversation with FEMA staff this morning Monday Nov. 29, 2021.

**Exhibit D**

Due to the Thanksgiving Holiday, several FEMA staff had not reviewed the City Planning Commission Final report and requested the City provide a summary of the attached CPC report.

1. The City highlighted the final report from the City Planning Commission for the OJC Medical Services Building.
2. The final CPC staff report included recommendation of approval to the City Council (subject to 1 waiver and 31 provisos).
3. The report has a summary of the Conditional Use Recommendations and steps taken for the Public Engagement Process.
4. The Public Engagement process included the Architects project description letter, NPP Mailing list, the Office of Neighborhood Engagement brochure (& website information).
5. The report contained the Architects Power Point presentation, Q&A transcript from all 3 public meetings.
6. The City indicated the current project schedule - Architect is in the final stages of completing the building documents and should submit for City review in mid-January 2022, Bidding process, General Contractor selection and construction to start in the Summer 2022.
7. FEMA staff had several question:
    a. Have there been any changes to the building design and 89 bed count since FEMA last review? The City indicated the design has not been altered in any significant way. However, a suggestion has been made to possibly add 2 extra cells (beds) to the Acute Female housing area. **FEMA indicated that if we increase + or/add the 2 extra cells/beds, the City will have to inform the public of the change and conduct a Public Engagement process with 3 additional public meetings**.
    b. FEMA inquired as to the process taken to inform the public of the Public Engagement meetings. The City indicated the steps taken by the City and the Architect to reach the general population and highlighted the pages in the CPC report. FEMA questioned why there were approximately 124 returned letters? The City stated the neighborhood is a mix-use area with industry, people in the neighborhood moving or no longer at the address and some abandoned buildings (with no forwarding address). The City will verify the actual reasons for the returned notices.
    c. FEMA questioned if the City had the capability of or to complete the Environmental Site Assessment (ESA)? The City and FEMA discussed the availability of resources to assist if this task was required. The City indicated that an Environmental Site Assessment was completed during the prior Phase I or II and was not sure if a second ESA was required. FEMA stated that it would be likely to be required, indicating there are Engineering consulting firms specializing in ESA + site testing work and specified they have been working with a firm (such as MMG) that recently completed an ESA assignment. It would be a good idea to reach out to MMG and request a set of Specifications or a Sample of requirement to complete this task. The City acknowledged working with MMG in the past and would reach out to them.
    d. Due to the current schedule, the City and FEMA discussed working together to achieve all regulatory requirements. A second review meeting will be set at a later date.

Regards,
John

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com

