**Torey M. Rayford**

---

| | |
|---|---|
| From: | Sousa, John <JohnSousa@hillintl.com> |
| Sent: | Thursday, January 6, 2022 2:16 PM |
| To: | Tommie Vassel (tvasselcpa@aol.com) |
| Cc: | Vincent A. Smith; Donesia D. Turner; Kevin C. Hill; Ferguson, Robert |
| Subject: | RE: OPSO - P/BA Operational + Staffing Plan |

Tommie:

Happy and Healthy New Year to all.

As we discussed this afternoon, in order to keep the OJC – Med. Services Building Phase III on schedule, we appreciate your assistance in obtaining from OPSO a copy of the previously completed Phase I & Phase II Environmental Site Assessment Studies. This will assist the City in completing the FEMA 106 process.

Again, thanks!
John

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com



HILL International
CELEBRATING
**45 YEARS**
OF SUCCESS

| Exhibit |
|---|
| **E** |

From: Sousa, John
Sent: Thursday, December 16, 2021 11:44 AM
To: Tommie Vassel <tvasselcpa@aol.com>
Cc: Vincent A. Smith <viasmith@nola.gov>; Donesia D. Turner (Donesia.Turner@nola.gov) <donesia.turner@nola.gov>; Kevin C. Hill <kchill@nola.gov>; Ferguson, Robert <RobertFerguson@hillintl.com>
Subject: OPSO - P/BA Operational + Staffing Plan

Tommie, et-al:

As we discussed yesterday afternoon, the City has been requesting a "draft" copy of the Operational + Staffing plan OPSO is preparing with the assistance of P/BA consulting group. To avoid potential surprises the City has asked to see draft copy of the report at each Executive Group meeting since early summer.

During yesterday's Executive Group meeting, P/BA (Curtiss Pulitzer) provided an executive summary of the expected O + S plan. P/BA indicated the report should be completed in the next 30 days or by the end of January 2022. As you know, we heard Mr. Pulitzer state the report maybe recommending the renovation of areas of the existing OJC – Phase II

1

building!  Again, in order to prevent potential delays and surprises, the City would appreciate your assistance in obtaining from OPSO an advance O + S draft – summary of their findings.

One of the main reasons we would like a stakeholders review the O + S plan and recommendation(s) is to make sure the OPSO campus meets the Medical and Mental Health Monitors requirement(s) for inmate-patient programming services.

Lastly, based on the recent leadership changes, it may be prudent to schedule a meeting ASAP between the Judges, Sheriff (elect) and City officials.

Best regards,
John


**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com



CELEBRATING
**45 YEARS**
OF SUCCESS