**Torey M. Rayford**

| | |
|---|---|
| **Subject:** | City - FEMA NEPA Coordination |
| **Location:** | TEAMS - Zoom mtg |
| **Start:** | Thu 1/27/2022 9:30 AM |
| **End:** | Thu 1/27/2022 10:30 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | Sousa, John |

**City/FEMA:**

THURSDAY morning at 9:30 am was the best date/time for all.
The City contracted with MMG Environmental (Dr. Paul Lo) to advance the OJC PH. III NEPA.
The purpose of the meeting with you is to discuss forward steps.

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com



CELEBRATING
45 YEARS
OF SUCCESS

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Or call in (audio only)**
+1 469-208-1743,,274048403#   United States, Dallas
Phone Conference ID: 274 048 403#
Find a local number | Reset PIN

Exhibit

**F**

1

## Torey M. Rayford

| | |
|---|---|
| **From:** | Cramer, Jerame <Jerame.Cramer@fema.dhs.gov> |
| **Sent:** | Tuesday, January 18, 2022 9:38 AM |
| **To:** | Sousa, John; Vincent A. Smith; Tiffany Spann |
| **Cc:** | Joseph W. Threat Sr; LaNitrah B. Hasan; paull; Connolly, John; Fairley sr, Ronnie; Walters, Albert |
| **Subject:** | RE: OJC MEDICAL SERVICES BUILDING - NEPA |

Okay, sounds good. Looping in PA in case they wish to attend and would recommend a representative from GOHSEP.

Jeramé J. Cramer
EHP Program Lead
Louisiana Integration & Recovery Office
FEMA Region 6
1500 Main Street
Baton Rouge, LA 70802
504-247-7771
Jerame.cramer@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



**From:** Sousa, John <JohnSousa@hillintl.com>
**Sent:** Tuesday, January 18, 2022 9:27 AM
**To:** Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; Vincent A. Smith <viasmith@nola.gov>; Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Cc:** Joseph W. Threat Sr <Jwthreatsr@nola.gov>; LaNitrah B. Hasan <lbhasan@nola.gov>; paull <paull@mmgnola.com>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING - NEPA

Jeramé, et-al:

Thank you for the quick response to the meeting request.
Vincent Smith is out of the office this week, but will be reviewing emails.

I would like to tentatively secure the **Tuesday January 25th at 1:30 PM** time if available.

Best,
John

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700

1

Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com



From: Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>
Sent: Tuesday, January 18, 2022 8:08 AM
To: Vincent A. Smith <viasmith@nola.gov>; Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
Cc: Joseph W. Threat Sr <Jwthreatsr@nola.gov>; LaNitrah B. Hasan <lbhasan@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; paull <paull@mmgnola.com>
Subject: RE: OJC MEDICAL SERVICES BUILDING - NEPA

Hey Vince,
Tiffany is out of the office on Monday (1/24). Can we try Tuesday or Wednesday instead? I have meetings on Tuesday from 8 to 11am on Tuesday but can be available afterwards.
Thanks again,

Jeramé J. Cramer
EHP Program Lead
Louisiana Integration & Recovery Office
FEMA Region 6
1500 Main Street
Baton Rouge, LA 70802
504-247-7771
Jerame.cramer@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



From: Vincent A. Smith <viasmith@nola.gov>
Sent: Monday, January 17, 2022 12:28 PM
To: Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
Cc: Joseph W. Threat Sr <Jwthreatsr@nola.gov>; LaNitrah B. Hasan <lbhasan@nola.gov>; Sousa, John <johnsousa@hillintl.com>; paull <paull@mmgnola.com>
Subject: OJC MEDICAL SERVICES BUILDING - NEPA

Hi Jerame/Tiffany;
Hope your holidays were good. We've contracted with MMG Environmental (Dr. Paul Lo) to advance the OJC PH. III NEPA. We would like to have a meeting with you to discuss forward steps. Are you available on Monday, January 24th at 11am? If not, please recommend another date/time for the week of the 24th.

2