## OJC Medical Facility Environmental Assessment Project

**Description:** **Weekly Team Meeting**
**Date:** **February 3rd, 2022**
**Time:** **4:00 PM**
**Invitees:**

| Name | Organization | Email | Phone # | Able to Attend? (Y/N) |
|------|-------------|-------|---------|----------------------|
| Vincent Smith | City of New Orleans – CAP | viasmith@nola.gov | (504) 658 8670 | Y |
| John Sousa | Hill International | JohnSousa@hillintl.com | D: (469) 242 4706<br>M: (972) 523 1852 | Y |
| Alie Nicotera | Ramboll | ANicotera@ramboll.com | D: (504) 648 2125 | Y |
| Adam Goodine | Ramboll | agoodine@ramboll.com | D: (504) 648 2123<br>M: (585) 424 0322 | Y |
| Braelin Carter | MMG | braelinc@mmgnola.com | D: (504) 368 0568<br>M: (504) 715 8020 | Y |
| Olivia Whitcomb | MMG | oliviaw@mmgnola.com | D: (504) 368 0568 | Y |
| Richard Lo | MMG | richardl@mmgnola.com | D: (504) 368 0568<br>M: (504) 881 5857 | Y |
| Paul Lo | MMG | paull@mmgnola.com | D: (504) 368 0568<br>M: (504) 237 5172 | Y |

**Meeting Agenda:**
- Introduction
- Project Status Updates
  - Project Description – Draft 1 available for review
  - Ramboll is compiling a list of CNO agencies that will need to receive/return questionnaires required to complete the final EA document; MMG will forward list to CNO/Hill when available.
- Requests for Background Information
  - Documents received & available on Dropbox:
    - 95% Plans, CPC Report, & NPP Presentation docs
    - Copy of FEMA Grant Application/Approval letter
    - Copies of previously completed FONSIs and EAs
- 2-Week Look-Ahead Scheduling
  - CNO Agency Consult List and Questionnaire Distribution
  - Ramboll/FEMA consultation on specific EA requirements
  - Set re-occurring time for weekly team meeting
  - FEMA, NEPA Coordination Meeting – 2/24/22 @ 9:30 set by Hill International
- Additional Concerns/Team Updates?

**Meeting Minutes (16:00 – 16:25)**

- Project Status Updates
  - Project Description –
    - Purpose: to describe the project and use to gauge consultation with state, federal, and local agencies.
    - Status: the first draft is currently under internal review; MMG/Ramboll is compiling location maps and schematic drawings to incorporate into the document before it is sent to CNO for review.

Exhibit

H

**OJC Medical Facility Environmental Assessment Project**

- ▪ Next steps: the document will be sent to CNO (Vince) early next week for review.
  - ○ List of CNO agencies
    - ▪ Purpose: a list of CNO agencies that will need to receive/return questionnaires in order to complete the final EA document.
    - ▪ Status: the list needs to be edited to add CPC and Neighborhood Engagement.
    - ▪ Next steps: MMG will forward the agency list to CNO/Hill once finalized; Ramboll inquired about an environmental justice component to the questionnaires to be distributed. CNO (Vince) believes the information currently available from Neighborhood Engagement and CPC is sufficient but requests Ramboll send the questionnaires for him to review.
- • Requests for Background Information
  - ▪ All requests for documents have been fulfilled at this time. MMG and Ramboll stated that they need no additional documents as of date.
  - ▪ After agency questionnaires are distributed, additional review may be necessary; therefore, additional document requests may be made in coming week.
- • Action Items
  - ○ CNO Agency Consult List and Questionnaire will be finalized and sent to Vince for distribution to various agency departments.
  - ○ Ramboll will prep interagency consultation information to send to FEMA.
    - ▪ CNO (Vince) will coordinate all FEMA correspondence.
    - ▪ Hill International (John) will coordinate site visit with OPSD.
    - ▪ Interagency Consultation information will undergo internal review, review by CNO, and passed to FEMA.
  - ○ Weekly team meetings are set for Thursdays at 4:00PM between CNO (Vince), Hill (John), MMG, and Ramboll. MMG will send a recurring Outlook invitation.
  - ○ Meeting with FEMA Environmental regarding SHPO will be organized by CNO (Vince) before the monthly FEMA/NEPA Meeting on Thursday, February 24, 2022.
  - ○ MMG/Ramboll will prepare and send a deliverable schedule to Vince before the next team meeting on Thursday, February 10, 2022.

- • Additional notes
  - ○ John is to be CC'ed in all correspondence to Vince.
  - ○ Vince will facilitate and is to be CC'ed in all correspondence with FEMA.
  - ○ FEMA Contacts:
    - ▪ Tiffany Span
      - • Email: Tiffany.Spann@fema.dhs.gov
    - ▪ Jerame Cramer
      - • Jerame.Cramer@fema.dhs.gov

**OJC Medical Facility Environmental Assessment Project**

<u>Description:</u>   **Weekly Team Meeting**
<u>Date:</u>       **February 10th, 2022**
<u>Time:</u>       **4:00 PM**
<u>Invitees:</u>

| Name | Organization | Email | Phone # | Able to Attend? (Y/N) |
|------|-------------|-------|---------|------------------------|
| Vincent Smith | City of New Orleans – CAP | viasmith@nola.gov | (504) 658 8670 | |
| John Sousa | Hill International | JohnSousa@hillintl.com | D: (469) 242 4706 M: (972) 523 1852 | |
| Alie Nicotera | Ramboll | ANicotera@ramboll.com | D: (504) 648 2125 | |
| Adam Goodine | Ramboll | agoodine@ramboll.com | D: (504) 648 2123 M: (585) 424 0322 | |
| Braelin Carter | MMG | braelinc@mmgnola.com | D: (504) 368 0568 M: (504) 715 8020 | |
| Olivia Whitcomb | MMG | oliviaw@mmgnola.com | D: (504) 368 0568 | |
| Richard Lo | MMG | richardl@mmgnola.com | D: (504) 368 0568 M: (504) 881 5857 | |
| Paul Lo | MMG | paull@mmgnola.com | D: (504) 368 0568 M: (504) 237 5172 | |

**Meeting Agenda:**
- Introduction
- Project Status Updates
  - Project Description – MMG has forwarded Draft 1 to CNO for review; clarification of the official FEMA funding amount and "primary contact" information is needed
  - CNO Agency List and Questionnaires – MMG has forwarded the list of CNO agencies and draft questionnaires to Vincent
    - Once the "primary contact" has been determined, the questionnaires will be distributed by CNO
    - Completed questionnaires will be reviewed by Ramboll/MMG and included in the final ERR document
  - Ramboll OJC Site Visit—Alie visited the OJC Site Area on February 10 at 9 AM to obtain photos for the state historic agency consultation
    - Initial impressions, questions, or concerns based on Site visit? (Ramboll)
  - Updates from FEMA/interagency communications? (CNO/Hill Int.)
- Requests for Background Information
  - All docs previously requested have been received
  - Need to discuss concerns regarding grant documents provided by CNO/FEMA (Ramboll):
    - Some information regarding description of current project scope/scale, current project cost, and funding sources seems inconsistent
      - Additional clarification on these issues will be <u>required</u> prior to submitting the final ERR

- Estimated Project Timeline Review:

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status/Points of Clarification |
|---|---|---|---|---|
| Approval of Project Description | *TBD | 2/10/22 | | Draft 1 was forwarded to CNO for review on February 10, 2022 |
| CNO Agency Questionnaire Solicitation Preparation & Site Inspection | Two weeks | | | List of agencies and questionnaires were forwarded to CNO for review on February 10, 2022 |
| Agency Review and Comment | Four Weeks | | | Does this include the time required for Ramboll to review questionnaires and follow up with individual agencies, if necessary? |
| Environmental Review Record Development | Four Weeks | | | |
| FEMA Review and Comment | One Week | | | |
| **Final ERR Issued to FEMA | One Week | | | |

*The Project Timeline may commence once the Project Description is approved by CNO
**Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.

- 2-Week Look-Ahead Scheduling
  - Update and distribute final versions of Project Description and CNO agency questionnaires ASAP
  - Ramboll/FEMA meeting coordinated by CNO/Hill International?
  - Re-occurring team meeting—2/17/22 @ 4PM
  - FEMA, NEPA Coordination Meeting – 2/24/22 @ 9:30 set by Hill International
    - Specific preparation required?
- Additional Concerns/Team Updates?

**Notes:**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# OJC Medical Facility Environmental Assessment Project

**Description:**   Weekly Team Meeting (MEETING NOTES)
**Date:**   February 17th, 2022
**Time:**   10:00 AM**

**\*\*Please Note** – Weekly team meeting was held at 10 AM in order to review and plan "next steps" based on FEMA EHP consultation held at 9 AM

**Invitees:**

| Name | Organization | Email | Phone # | Able to Attend? (Y/N) |
|------|--------------|-------|---------|------------------------|
| Vincent Smith | City of New Orleans – CAP | viasmith@nola.gov | (504) 658 8670 | Y |
| John Sousa | Hill International | JohnSousa@hillintl.com | D: (469) 242 4706 M: (972) 523 1852 | Y |
| Alie Nicotera | Ramboll | ANicotera@ramboll.com | D: (504) 648 2125 | Y |
| Adam Goodine | Ramboll | agoodine@ramboll.com | D: (504) 648 2123 M: (585) 424 0322 | N |
| Braelin Carter | MMG | braelinc@mmgnola.com | D: (504) 368 0568 M: (504) 715 8020 | Y |
| Olivia Whitcomb | MMG | oliviaw@mmgnola.com | D: (504) 368 0568 | Y |
| Richard Lo | MMG | richardl@mmgnola.com | D: (504) 368 0568 M: (504) 881 5857 | N |
| Paul Lo | MMG | paull@mmgnola.com | D: (504) 368 0568 M: (504) 237 5172 | N |

**Notes from FEMA EHP consultation at 9 AM:**

- FEMA representatives in attendance:
  - Tiffany Spann
  - Jerame Cramer
  - Ronnie Fairley Sr.
  - Leschina Holmes
  - Megan Myers
  - Kathryn Wollan
  - John Connolly
- Additional CNO representatives in attendance:
  - Joseph Threat Sr.
  - LaNitrah Hasan
- Per FEMA, "106" portion of the work (SHPO and Tribal outreach) is complete <u>unless</u> there is a significant change in design or scope of work
  - CNO/Hill International confirmed that no changes to the project are anticipated and the current scope/design is the one CNO intends to implement

- o FEMA stated they will forward the relevant supporting "106" documents to CNO/Ramboll for review and inclusion in the final draft EA
- Review of *Project Description* page and *Local Agency Questionnaires*
  - o FEMA requested an expansion of the *Project Description* prior to community publication including:
    - A more complete description of various design components
    - A more complete description of how each design component factors into the overall layout and functionality of the building
    - A more complete description of how each proposed design component supports building occupants and end-users (inmates, OPSO personnel, medical personnel, etc.)
    - A more complete description of how the proposed design affects the overall "bed count" and number of persons who may ultimately occupy the facility
  - o Ramboll/MMG clarified that the *Project Description*, as written, is for internal distribution only (local, state, and federal agencies) and confirmed the specific changes requested by FEMA will be made before the draft EA is published for general community and stakeholder review
- FEMA confirmed that the "Solicitation of Views" (SOV) may be distributed to local, state, and federal partners ASAP
  - o Tiffany (FEMA) offered to share an updated contact sheet and draft SOVs with Ramboll to help expedite SOV process
- Discussion of legal challenges and other considerations not directly related to the Environmental Assessment (EA) which still had the potential to affect the overall project timeline
  - o FEMA staff advised CNO that it may not be in the public's best interest to continue soliciting public engagement while there are ongoing legal challenges which may affect the final design and character of CNO's solution to Consent Decree requirements.
    - Public engagement is a requirement of the National Environmental Policy Act (NEPA) process. It is CNO intention to re-engage the public in accordance with all FEMA requirements; however, the overall project timeline may be significantly impacted by current legal proceedings and the issuance of a final court-ordered determination.
- Discussion of additional public engagement related to Executive Order 12898 which may be required prior to publishing the draft EA
  - o Public engagement was previously completed by CNO with multiple public meetings held within the last few years. The project design has not been revised since that time.
    - Ultimately, the question of additional public engagement to fulfill the requirements of EO 12989 will require additional clarification and input from FEMA
  - o CNO currently has no additional public outreach (public meetings, forums, online solicitations, etc.) scheduled <u>prior</u> to the 30-day comment period required after the publication of the Draft EA
- CNO requested collaboration between FEMA/Ramboll/MMG to produce a task list and/or general deliverables summary which can be used to demonstrate a good-faith effort to move forward with the project
  - o FEMA/Ramboll/MMG affirmed they can help CNO compose/compile this documentation
- The next re-occurring monthly meeting between FEMA/CNO/MMG/Ramboll on 2/24/22 at 9:30 AM was confirmed

<u>**CNO/Ramboll/MMG Meeting Minutes:**</u>

- Reviewed take-aways from FEMA EHP Meeting (see detailed notes above)

- Project Status Updates
  - Project Description, CNO Agency List and Questionnaires
    - Review of *Safety and Permits Questionnaire* complete –> cleared for distribution
      - All other questionnaires were cleared for distribution 2/16/22
    - The final *Project Description* should be distributed with all local agency questionnaires and SOVs
      - At CNO's request, Hill International will expand the *Project Description* to include the elements FEMA requested during the 9 AM meeting
      - Expanded Project Descriptions will be distributed with SOVs
        - CNO will try to distribute Local Agency Questionnaire by 2/21/22 COB
        - Ramboll will try to distribute SOV's to state and federal agencies by 2/23/22
  - FEMA has forwarded Section 106 docs to CNO/Ramboll/MMG team. Per FEMA, this part of the work can be considered complete.
- Requests for Background Information
  - All docs previously requested have been received
    - After agency questionnaire responses are received by Ramboll, additional review may be necessary; therefore, additional document requests may be made in coming weeks
  - CNO should begin forwarding historical documentation (i.e. "alternate sites considered," etc.) so that Ramboll/MMG may begin reviewing to expedite writing process

- Review of the Estimated Project Timeline:

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| Approval of Project Description | TBD | 2/10/22 | 2/21/22 | The previously approved Project Description has been withdrawn in order to incorporate changes requested by FEMA EHP on 2/17/22; Project Description currently with Hill International for editing | ONGOING |
| CNO Agency Questionnaire Solicitation Preparation & Site Inspection | Two weeks | 2/21/22 | 3/7/22 | Anticipated "Start" and "Completion" Dates have been adjusted due to withdrawal of the previously approved Project Description | ONGOING |
| Agency Review and Comment | Four Weeks | 3/7/22 | 4/4/22 | *A 30 day response period is required by law; To expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and inter-agency outreach is ongoing. | NO |

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| Environmental Review Record Development | Four Weeks | 4/4/22 | 5/2/22 | *The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary. | NO |
| FEMA Review and Comment | One Week | 5/2/22 | 5/9/22 | | NO |
| **Final ERR Issued to FEMA | One Week | 5/9/22 | 5/16/22 | | NO |

**Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.

- 2-Week Look-Ahead Scheduling
  - Re-occurring team meeting—2/24/22 @ 4PM
  - FEMA, NEPA Coordination Meeting – 2/24/22 @ 9:30 set by Hill International

February 14, 2022

Kristin Sanders, Deputy State Historic Preservation Officer
Louisiana Office of Cultural Development
P.O. Box 44247
Baton Rouge, LA 70804-4241

RE:   ORLEANS JUSTICE CENTER MEDICAL SERVICES BUILDING
      2900 PERDIDO STREET (BETWEEN S DUPRE AND S GAYOSO)
      NEW ORLEANS, ORLEANS PARISH, LOUISIANA

Dear Ms. Sanders,

Ramboll US Consulting, Inc. (Ramboll), on behalf of the City of New Orleans, is seeking comment to
project actions involving $36,000,000 in Federal Emergency Management Agency (FEMA) funding to
construct the Orleans Justice Center (OJC) Medical Services Building, to be located at 2900 Perdido
Street, New Orleans, Louisiana (coordinates 29.960766, -90.096006). Total Project Cost is estimated at
$51,000,000.

The City of New Orleans intends to use the funding to complete Phase III of the plan for the OJC. The
Orleans Justice Center Medical Services Building will be a two-story 80,500 square foot (sf) facility
containing 89 new beds for inmates with acute and sub-acute mental health conditions on a 106,000-sf
site. Its primary component is to provide housing and medical + treatment (counselling) that serves acute
mental health inmates. The Housing units will consist of three areas: a 12-bed female housing unit on the
1st floor, a 39-bed male housing unit on the 1st floor, and a 38-bed male housing unit on the 2nd floor.
The housing units have access to an outdoor fresh air and exercise space from common dayroom spaces.
In the center of each dayroom, a nurse, and security station will allow for observation of the entire
housing area. Contiguous to the male housing units and across the corridor from the female housing unit
on the first floor, will be joint male/female housing support areas that contain counselling rooms of
varying sizes with adjacent mental health staff work areas.

A centralized visitation unit will address both attorney and family visitation while serving as the public
entry point to the building. A laundry will be included that will allow for fabric washing on site. The new
facility will have a bridge connection to the Warehouse/Kitchen/Central Plant on its west and a bridge
connection on its east to the existing Orleans Justice Center Facility. Additional spaces include an
infirmary that will provide care for 14 patients and a clinic that will contain 6 exam rooms, a phlebotomy
room, and space for dental services. A Medical / Mental Health Administration area will add business
space for offices, conference rooms, file storage, copy and breakroom for support staff.

To facilitate your review, the following are attached: 1) figures identifying the project location and
location in proximity to historic districts, 2) site plans, and 3) a photograph log of the site and surrounding
neighborhood.

The site is not located within an existing historic district or proposed historic extension (Figure 3: Historic
Districts). Ramboll seeks your concurrence with the determination that the construction activities at this
site as proposed will not have an adverse effect on any historic districts, historically significant properties
in the area, or archaeological resources. It was determined that the area of potential effect would not
extend beyond site lines of the property, which extend roughly one block in each direction from the site,
and it was determined that none of the properties located in the area of potential effect will be adversely
impacted by project activities. Additionally, this building will be associated with the previously
developed OJC buildings, so this structure will be in line with the elements of the surrounding buildings.

We would appreciate your timely response to this solicitation. Should you need additional information or have any questions, please do not hesitate to call FEMA rep and # or myself at (504) 648-2125. Your response may be emailed to anicotera@ramboll.com or delivered via mail to the address provided below.

Respectfully Yours,

*Alie Nicotera*

Alie Nicotera
Senior Consultant 2
1615 Poydras Street, Suite 930
New Orleans, LA 70112



ENVIRONMENT
& HEALTH

**ORLEANS JUSTICE CENTER MEDICAL SERVICES BUILDING
2900 PERDIDO STREET (BETWEEN S DUPRE AND S GAYOSO)
NEW ORLEANS, ORLEANS PARISH, LOUISIANA**

### *PROJECT DESCRIPTION*

The City of New Orleans intends to use $36,000,000 of Federal Emergency Management Agency (FEMA) funding to construct the Orleans Justice Center (OJC) Medical Services Building, to be located at 2900 Perdido Street, New Orleans, Louisiana (coordinates 29.960766, -90.096006). Total Project Cost is estimated at $51,000,000.

The City of New Orleans intends to use the funding to complete Phase III of the plan for the OJC. The Orleans Justice Center Medical Services Building will be a two-story 80,500 square foot (sf) facility containing 89 new beds for inmates with acute and sub-acute mental health conditions on a 106,000-sf site. Its primary component is to provide housing and medical + treatment (counselling) that serves acute mental health inmates. The Housing units will consist of three areas: a 12-bed female housing unit on the 1st floor, a 39-bed male housing unit on the 1st floor, and a 38-bed male housing unit on the 2nd floor. The housing units have access to an outdoor fresh air and exercise space from common dayroom spaces. In the center of each dayroom, a nurse, and security station will allow for observation of the entire housing area. Contiguous to the male housing units and across the corridor from the female housing unit on the first floor, will be joint male/female housing support areas that contain counselling rooms of varying sizes with adjacent mental health staff work areas.

A centralized visitation unit will address both attorney and family visitation while serving as the public entry point to the building. A laundry will be included that will allow for fabric washing on site. The new facility will have a bridge connection to the Warehouse/Kitchen/Central Plant on its west and a bridge connection on its east to the existing Orleans Justice Center Facility. Additional spaces include an infirmary that will provide care for 14 patients and a clinic that will contain 6 exam rooms, a phlebotomy room, and space for dental services. A Medical / Mental Health Administration area will add business space for offices, conference rooms, file storage, copy and breakroom for support staff.

All improvements and renovations will be done in conformity with the Louisiana Uniform Construction Code and all applicable New Orleans Parish codes and regulations. On behalf of the City of New Orleans and in accordance with 40 CFR Parts 1500-1508, Department of Homeland Security - Implementation of the National Environmental Policy Act (and associated laws and authorities), this document constitutes a request that your agency review the overall project plan and site location to identify standards or constraints (if any) that may impact or influence this proposed project; additional comments you may have relative to the project are also welcomed.

Should you need additional information or have questions regarding the project, please feel free to contact Alie Nicotera with Ramboll US Consulting Inc. at (504) 648-2125. Your response may be emailed to anicotera@ramboll.com or delivered to the following address: 1615 Poydras St. Suite 930, New Orleans, LA 70112.

Enclosures:   **Figure 1: Site Location Map; Figure 2: Site Layout**



**FIGURES**



**SITE LOCATION MAP**

**FIGURE 01**



KEY MAP

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

2900 PERDIDO STREET
NEW ORLEANS, LOUISIANA



**SITE LAYOUT**

**FIGURE 02**

2900 PERDIDO STREET
NEW ORLEANS, LOUISIANA

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

**RAMBØLL**

Aerial Imagery Source: Google Earth™ dated 9/10/2021

—— PROPERTY BOUNDARY (APPROXIMATE)

☐ PROPOSED SITE LAYOUT



**HISTORIC PRESERVATION**

**FIGURE 03**

☐ Project Boundary
★ Historic Register Locations
▇ Historic Districts
☐ Parish Boundary

RAMBOLL US CONSULTING, INC.
A RAMBOLL COMPANY

2900 Peridio Street,
New Orleans, Louisiana

**RAMBOLL**

# SITE PLANS



**FIRST FLOOR PLAN**

GRACE HEBERT CURTIS ARCHITECTS, APAC
OJC MEDICAL SERVICES BUILDING | FIRST FLOOR PLAN





SECOND FLOOR PLAN

EXISTING HOUSING BUILDING

INTERSTATE 10

MED / MENTAL HEALTH ADMIN

HOUSING SUPPORT

CLINIC

MALE ACUTE MENTAL HEALTH

INFIRMARY

UTILITY BRIDGE & PIPES

PROPERTY LINE

PERDIDO ST.

EXIST. UTILITY BRIDGE & PIPES

S. GAYOSO ST.

EXISTING KITCHEN/ WAREHOUSE

GRACE HEBERT CURTIS

OJC MEDICAL SERVICES BUILDING | SECOND FLOOR PLAN





GHC

OJC MEDICAL SERVICES BUILDING

City of New Orleans

A201

BUILDING ELEVATIONS

1 NORTH ELEVATION

2 EAST ELEVATION



City of New Orleans
2900 Perdido St., New Orleans, Louisiana
OJC MEDICAL SERVICES BUILDING

BUILDING ELEVATIONS

A202

1  SOUTH ELEVATION

2  WEST ELEVATION

# SITE PHOTOGRAPHS



Photo 1:    View from the center of the property looking northeast towards Perdido Street.



Photo 2:    View from the eastern portion of the property looking north towards Perdido Street.



**Site Photographs**
OJC Medical Services Building Site
2900 Perdido Street, New Orleans, LA
February, 2022

Page 1 of 4



Photo 3:   View from the eastern portion of the property looking west towards the OJC facility and Interstate 10.



Photo 4:   View from the northern portion of the site looking south towards the OJC facility and Interstate 10.



**Site Photographs**
OJC Medical Services Building Site
2900 Perdido Street, New Orleans, LA
February, 2022



Photo 5:     View of the outside of the proposed site location from Perdido Street.



Photo 6:     View from the outside of the OJC facility entrance/concrete wall looking northwest down Perdido Street.



**Site Photographs**
OJC Medical Services Building Site
2900 Perdido Street, New Orleans, LA
February, 2022

Page 3 of 4



Photo 7:   View from the outside of the OJC facility entrance/concrete wall looking north down S. Gayoso Street.



Photo 8:   View from the outside of the OJC facility entrance/concrete wall looking southeast down Perdido Street.



**Site Photographs**
OJC Medical Services Building Site
2900 Perdido Street, New Orleans, LA
February, 2022

# OJC Medical Facility Environmental Assessment Project

**Description:**     **Weekly Team Meeting (AGENDA)**
**Date:**            **March 3, 2022**
**Time:**            **4:00 PM**
**Invitees:**

| Name | Organization | Email | Phone # | Able to Attend? (Y/N) |
|------|--------------|-------|---------|------------------------|
| Vincent Smith | City of New Orleans – CAP | viasmith@nola.gov | (504) 658 8670 | |
| John Sousa | Hill International | JohnSousa@hillintl.com | D: (469) 242 4706 M: (972) 523 1852 | |
| Alie Nicotera | Ramboll | ANicotera@ramboll.com | D: (504) 648 2125 | |
| Adam Goodine | Ramboll | agoodine@ramboll.com | D: (504) 648 2123 M: (585) 424 0322 | |
| Braelin Carter | MMG | braelinc@mmgnola.com | D: (504) 368 0568 M: (504) 715 8020 | |
| Olivia Whitcomb | MMG | oliviaw@mmgnola.com | D: (504) 368 0568 | |
| Richard Lo | MMG | richardl@mmgnola.com | D: (504) 368 0568 M: (504) 881 5857 | |
| Paul Lo | MMG | paull@mmgnola.com | D: (504) 368 0568 M: (504) 237 5172 | |

**Meeting Agenda:**

- Introduction
- Project Status Updates
    - MMG Updates:
        - Weekly team meetings set to resume post-Mardi Gras (every Thursday at 4 PM)
        - Final *2/17/22 Meeting Summary* sent to CNO on Friday (2/25/22)
            - CNO forwarded to FEMA & other project stakeholders on Wednesday (3/2/22)
    - Ramboll Updates:
        - Progress update on "Solicitation of Views" (SOVs) from Adam/Alie
    - CNO/Hill International Updates:
        - Progress update on distribution of Local Agency Questionnaires
        - Progress on expansion of the *Project Description* requested by FEMA prior to general publication (Hill International). Additional requirements included:
            - A more complete description of various design components
            - A more complete description of how each design component factors into the overall layout and functionality of the building
            - A more complete description of how each proposed design component supports building occupants and end-users (inmates, OPSO personnel, medical personnel, etc.)

- A more complete description of how the proposed design affects the overall "bed count" and number of persons who may ultimately occupy the facility
  - Proposed date of next FEMA consult
    - Based on previous schedule, next date would be 3/24/22. Confirm?
- Requests for Background Information
  - Confirm that Ramboll has received updated contact sheet & draft SOVs from FEMA (Y/N)
  - Confirm all docs previously requested from CNO/Hill Int. have been received (Y/N)
  - Additional or expanded requests for information at this time?

- Review of the Estimated Project Timeline:

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| Approval of Project Description | TBD | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22 | YES |
| CNO Agency Questionnaire Solicitation Preparation & Site Inspection | Two weeks | 2/24/22 | 3/10/22 | Anticipated "Start" and "Completion" Dates have been adjusted to account for delays associated with the Mardi Gras Holiday | ONGOING |
| Agency Review and Comment | Four Weeks | 3/10/22 | 4/10/22 | *A 30 day response period is required by law; To expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and SOV solicitation is ongoing. | NO |
| Environmental Review Record Development | Four Weeks | 4/10/22 | 5/10/22 | *The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary. | NO |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | | NO |
| **Final ERR Issued to FEMA | One Week | 5/17/22 | 5/24/22 | | NO |

**Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here.

- 2-Week Look-Ahead Scheduling
  - Next e-occurring team meeting—3/10/22 @ 4PM
  - FEMA, NEPA Coordination Meeting – 3/24/22 @ 9:30 to be confirmed by Hill International

**OJC Medical Facility Environmental Assessment Project**

<u>Description:</u>     **Weekly Team Meeting – Original Agenda plus Meeting Minutes**
<u>Date:</u>            **March 10, 2022**
<u>Time:</u>            **4:00 PM**
<u>Invitees:</u>

| Name | Organization | Email | Phone # | Able to Attend? (Y/N) |
|------|-------------|-------|---------|----------------------|
| Vincent Smith | City of New Orleans – CAP | viasmith@nola.gov | (504) 658 8670 | Y |
| John Sousa | Hill International | JohnSousa@hillintl.com | D: (469) 242 4706 M: (972) 523 1852 | Y |
| Alie Nicotera | Ramboll | ANicotera@ramboll.com | D: (504) 648 2125 | Y |
| Adam Goodine | Ramboll | agoodine@ramboll.com | D: (504) 648 2123 M: (585) 424 0322 | Y |
| Braelin Carter | MMG | braelinc@mmgnola.com | D: (504) 368 0568 M: (504) 715 8020 | Y |
| Olivia Whitcomb | MMG | oliviaw@mmgnola.com | D: (504) 368 0568 | Y |
| Richard Lo | MMG | richardl@mmgnola.com | D: (504) 368 0568 M: (504) 881 5857 | N |
| Paul Lo | MMG | paull@mmgnola.com | D: (504) 368 0568 M: (504) 237 5172 | N |

<u>Meeting Agenda:</u>

- Introduction
- Project Status Updates
  - MMG Updates:
    - Final *2/17/22 Meeting Summary* sent to CNO on Friday (2/25/22)
      - CNO forwarded to FEMA & other project stakeholders on Wednesday (3/2/22)
  - Ramboll Updates:
    - Progress update on "Solicitation of Views" (SOVs) from Ramboll
      - All federal and state SOVs have been distributed as of Monday (3/7/22)
        - Agencies include: LDEQ, LDNR, LDWF, NRCS, USACE, and USFWS
          - LDWF response received = No impacts
          - Any subsequent responses received?
  - CNO/Hill International Updates:
    - Local Agency Questionnaires (LAQs) were distributed on Thursday, February 24th
      - As of Monday (3/7/22), responses had been received from Safety and Permits, Health Department, HDLC, Department of Sanitation, and NORDC
        - Health Department noted some major impacts on the health system
        - Safety and Permits noted major impacts and requested additional information
          - Update on ongoing discussions with CNO/Hill (?)
      - Any additional updates on responses from local agencies received?
    - Progress on expansion of the *Project Description* requested by FEMA prior to general publication (Hill International). Additional requirements included:
      - A more complete description of various design components

- A more complete description of how each design component factors into the overall layout and functionality of the building
- A more complete description of how each proposed design component supports building occupants and end-users (inmates, OPSO personnel, medical personnel, etc.)
- A more complete description of how the proposed design affects the overall "bed count" and number of persons who may ultimately occupy the facility
  - Proposed date of next FEMA consult
    - Based on previous schedule, next date would be 3/24/22. Confirm?
- Requests for Background Information
  - Confirm that Ramboll has received updated contact sheet & draft SOVs from FEMA (Y/N)
  - Confirm all docs previously requested from CNO/Hill Int. have been received (Y/N)
  - Additional or expanded requests for information at this time?

- Review of the Estimated Project Timeline:

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| Approval of Project Description | TBD | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22 | YES |
| SOV (Local, State, Federal) Preparation and Solicitation | 2 weeks | 2/24/22 | 3/7/22 | Local, state, and federal SOVs distribution confirmed 3/7/22 | YES |
| Agency Review and Comment | Four Weeks | 3/7/22 | 4/8/22 | *A 30-day response period is required by law; To expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and SOV solicitation is ongoing. | ONGOING |
| Environmental Review Record Development | Four Weeks | 4/10/22 | 5/10/22 | *The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary. | NO |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | | NO |
| **Final ERR Issued to FEMA | One Week | 5/17/22 | 5/24/22 | | NO |

**Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here.

- 2-Week Look-Ahead Scheduling
  - Next re-occurring team meeting—3/17/22 @ 4PM
  - FEMA, NEPA Coordination Meeting – 3/24/22 @ 9:30 to be confirmed by Hill International

**CNO/Ramboll/MMG Meeting Minutes:**

- Project Status Updates
    - MMG Updates:
        - Final *2/17/22 Meeting Summary* sent to CNO on Friday (2/25/22) – Confirmed by MMG
            - CNO forwarded to FEMA & other project stakeholders on Wednesday (3/2/22) – Confirmed by CNO/Hill
                - CNO will formally distribute the *Meeting Summary* to other stakeholders as an attachment in coming weeks
    - Ramboll Updates:
        - Progress update on "Solicitation of Views" (SOVs) from Ramboll
            - All federal and state SOVs (except Wildlife and Fisheries) were distributed on Wednesday (3/2/22); SOV for Wildlife and Fisheries distributed on 3/7/22
                - Agencies receiving SOVs included: LDEQ, LDNR, LDWF, NRCS, USACE, and USFWS
                    - LDWF response received = No impacts
                    - LDNR has indicated that they will likely issue an exemption but require some additional information
    - CNO/Hill International Updates:
        - CNO confirmed that Local Agency Questionnaires (LAQs) were distributed on 2/24/22
            - As of Thursday (3/10/22), responses have been received from Safety and Permits, Health Department, HDLC, Department of Sanitation, NORDC, and Public Works
                - Health Department noted some major impacts on the health system
                    - In the final ERR, discussion of major impacts noted by the Health Department will be balanced with a discussion of CNO's ongoing responsibilities under the federal consent decree and the extent to which CNO is legally bound to proceed with the development of this facility
                - Safety and Permits noted potential major impacts and requested additional information
                    - Ramboll/CNO question whether the "major impacts" designation is accurate and will follow up with Safety and Permits to provide additional information addressing S&P's specific concerns
                    - Ramboll (Alie) will continue to coordinate with Safety and Permits to discuss how the additional information to be provided by CNO/Hill may change S&P's responses on the LAQ
        - Progress on expanded *Project Description* requested by FEMA prior to general publication
            - Need Best Management Practice *(BMP)* information outlined in OPSO's Operations Plan (currently under development OPSO)
                - Hill International will coordinate with OPSO to obtain as much additional information as is feasible given the nature of the facility
                - CNO/Hill will discuss confidentiality and sensitivity issues surrounding the OJC Medical Facility with FEMA at the next inter-agency meeting (3/24/22)
            - Additional requirements requested by FEMA included:
                - A more complete description of various design components
                - A more complete description of how each design component factors into the overall layout and functionality of the building

- o A more complete description of how each proposed design component supports building occupants and end-users (inmates, OPSO personnel, medical personnel, etc.)
- o A more complete description of how the proposed design affects the overall "bed count" and number of persons who may ultimately occupy the facility
  - Hill International will facilitate the FEMA consultation meeting scheduled for Thursday, 3/24/22 at 9:30 AM. Topics to be discussed include:
    - Any "oddball" feedback from any local, state, or federal agencies
    - Confidentiality and sensitivity issues surrounding the Facility as it pertains to the final ERR Project Description
    - MMG/Ramboll will prepare a Project Status Update document in table format to present to FEMA
      - o CNO requests the table include a "% complete" column and a "status update" column
      - o The Project Status Update document will be ready for review by CNO/Hill International by the next team meeting on Thursday, 3/17/22
- Requests for Background Information
  - o Hill International will collaborate with  Dr. Jim Austin and send MMG/Ramboll "alternate sites considered" information
  - o Hill International will work with OPSO to obtain Operations Plan Report to be incorporated into the Final Project Description
- Review of the Estimated Project Timeline:

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| Approval of Project Description | TBD | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22 <br><br> Work on expanded final Project Description requested by FEMA prior to general publication is ongoing. | Local – YES <br><br> Final - ONGOING |
| SOV (Local, State, Federal) Preparation and Solicitation | Two weeks | 2/24/22 | 3/7/22 | All local, state, and federal SOVs distribution between 3/2/22 - 3/7/22 | YES |
| Agency Review and Comment | Four Weeks | 3/2/22 | 4/2/22 | *A 30-day response period is required by law; To expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and inter-agency | ONGOING |
| Environmental Review Record Development | Four Weeks | 4/10/22 | 5/10/22 | *The 4-week estimated duration is a conservative estimate and leaves adequate | NO |

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | Task Complete? (YES/NO/ONGOING) |
|---|---|---|---|---|---|
| | | | | time for additional agency correspondence, if necessary. | |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | N/A | NO |
| **Final ERR Issued to FEMA | One Week | 5/14/22 | 5/24/22 | N/A | NO |

**Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.

- 2-Week Look-Ahead Scheduling
  - Confirmed Re-occurring team meeting—3/17/22 @ 4PM
  - Confirmed FEMA, NEPA Coordination Meeting – 3/24/22 @ 9:30 set by Hill International
- Additional Notes
  - CNO/Hill confirmed that a hearing regarding ongoing legal challenges associated with the facility was held on 3/7/22; CNO will update the team on rulings/outcomes as they are available

## OJC Medical Facility Environmental Assessment Project

**Description:**     **OJC Project Progress Report**
**Date:**           **March 16, 2022**

In lieu of the weekly team meeting between CNO/Hill International/MMG/Ramboll on March 17, 2022, MMG has prepared the following interim progress report summarizing significant updates for the OJC Environmental Assessment Project. Project status updates as of 3/16/22 include:

- The majority of federal and state SOVs were distributed on Wednesday (3/2/22).
  - The SOV for Wildlife and Fisheries was distributed on Monday (3/7/22).
    - Agencies which originally received SOVs included LDEQ, LDNR, LDWF, NRCS, USACE, and USFWS.
    - As of Tuesday (3/15/22), 5 out of 7 agencies had responded to their SOV.
      - Ramboll has received and verified responses from LDNR, LDWF, NRCS, USFWS, and SHPO (provided by FEMA).
- CNO distributed Local Agency Questionnaires (LAQs) on Thursday (2/24/22).
  - Agencies which originally received questionnaires included DPW, Economic Development, HDLC, Health Department, NORD, Office of Neighborhood Engagement, Sewage and Water Board,  Sanitation Department, and Safety and Permits
    - As of Tuesday (3/15/22), 6 out of 9 agencies had responded to their LAQ.
      - CNO/Ramboll have received and verified responses from HDLC, Health, NORD, Safety and Permits, Sanitation, and DPW.
- At CNO/Hill International's request, MMG/Ramboll has prepared the attached *Project Status Update Table* to present to FEMA.
  - The *Project Status Update Table* is ready for review by CNO/Hill.
    - Please don't hesitate to forward specific edits, suggestions for improvement, or other questions/concerns to braelinc@mmgnola.com or oliviaw@mmgnola.com at your earliest convenience.
- Update on additional Background Information requests as of Thursday (3/10/22)
  - Hill International has provided MMG/Ramboll with the "TDC Options" and "Alternatives to the Phase 3 Facility Program" documents requested last week.
    - These documents are under review by MMG/Ramboll.
  - Hill International has provided MMG/Ramboll with an expanded "Project Description" summary authored by Grace Hebert Curtis.
    - This document is under review by MMG/Ramboll.
- Outstanding questions
  - Given that we have received the expanded "Project Description" summary authored by Grace Hebert Curtis, is input from OPSO's Operations Plan Report necessary to incorporate in the final expanded Project Description?

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | % of Task Complete |
|---|---|---|---|---|---|
| Approval of Project Description | Two weeks | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22; CNO distributed Project Description with questionnaires to local agencies<br><br>Work on expanded final Project Description requested by FEMA prior to general publication is ongoing. | Local- 100% Complete<br><br>Final- 70% Complete |
| SOV (Local, State, Federal) Preparation and Solicitation | Two weeks | 2/24/22 | 3/7/22 | All local, state, and federal SOVs were distributed between 3/2/22 - 3/7/22 | 100% Complete |
| Agency Review and Comment | Four Weeks | 3/2/22 | 4/2/22* | **Local SOVs**<br>☒DPW<br>☐Economic Development<br>☒HDLC<br>☒Health Department<br>☒NORD<br>☐Office of Neighborhood Engagement<br>☐Sewage and Water Board<br>☒Sanitation Department<br>☒Safety and Permits<br>**Total: 6/9 responses received**<br><br>**State/Federal SOV's**<br>☒LDNR<br>☐LDEQ<br>☒LDWF<br>☒NRCS<br>☐USACE<br>☒USFWS<br>☒SHPO<br>**Total: 5/7 responses received** | 70% Complete |
| Environmental Review Record Development | Four Weeks** | 4/10/22 | 5/10.22 | N/A | TBD |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | N/A | 0% Complete |
| ***Final ERR Issued to FEMA | One Week | 5/14/22 | 5/24/22 | N/A | 0% Complete |

\* A 30-day response period is required by law; to expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and inter-agency

\*\*The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary.

*** Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.