# PROJECT DELIVERY UNIT
## CITY OF NEW ORLEANS



LaTOYA CANTRELL
MAYOR

JOSEPH W. THREAT, SR.
DIRECTOR

March 18, 2022

Lynne Browning, Assistant Deputy Director
Governor's Office of Homeland Security
And Emergency Preparedness
State of Louisiana
7667 Independence Blvd
Baton Rouge, LA 70806

Subject: FEMA-1603-DR-LA; City of New Orleans; FIPS # 071-550000-00
Mental and Medical Needs – Inmates at OPSO
Time Extension Request - PW: 21117

Dear Mrs. Browning:

The City of New Orleans (City) is requesting a time extension for Project Worksheet 21117. This Project Worksheet represents Criminal Justice and Public Safety (CJ/PS) Alternate Project funding for permanent work associated with the Mental and Medical Needs Facility for Inmates at Orleans Parish Sheriff's Office (OPSO).

The City received an email from the Federal Emergency Management Agency (FEMA) on January 20, 2022 stating, "The current Period of Performance for this project has expired, a proposed course of action and a time extension request is necessary to meet FEMA grant compliance". (Attachment 1) The current project status is as follows:

**Project Status:**

The City is currently in the final stages of design with 100% plans scheduled to be submitted from the Architect (A/E) on April 8, 2022. The City is also currently engaging the FEMA Environmental and Historic Preservation (EHP) Section 106 process with the assistance of our Project Manager, Hill International, and their EHP Consultant, Materials Management Group (MMG)/Ramboll. The target date for the MMG/Ramboll team to submit the final ERR to FEMA is May 24, 2022.



Mrs. Browning
March 18, 2022
Page **2** of **2**

Upon completion of the A/E 100% plans, the City will submit the plans to the Safety and Permits Department to begin their review for the building permit. The 100% plans will be held by Capital Projects and submitted to the City's Purchasing Department to begin the Bid and Award Phase immediately after FEMA's final approval and completion of the EHP Section 106 process.

**Time Extension Request:**

The City would like an extension until June 30, 2022 to allow time for the completion of the EHP process. As outlined in 44 CFR 206.202 and 206.204, GOHSEP may request a time extension beyond its authority if the Applicant has not completed their project within the original work deadline. The MMG/Ramboll schedule and 95% project plans to substantiate the time extension request are attached for your review and consideration. (Attachments 2-3).

Based on the information provided herein, the City requests your support of this time extension and further requests you communicate that support to FEMA. If you should require additional information regarding this request, please contact LaNitrah Hasan at lbhasan@nola.gov for a prompt response.

Sincerely,

*Joseph W Threat Sr*

Joseph W. Threat, Sr.
Project Delivery Unit Director
City of New Orleans

CC:
Vincent Smith, Director of Capital Projects Administration
Ramsey Green, Deputy CAO of Infrastructure
LaNitrah Hasan, Federal Grants Manager
Jerry Harris, CPA Project Manager Team Lead

Attachments:
1. FEMA email dated January 20, 2022
2. MMG/Ramboll project status and schedule
3. 95% construction design plans

EMAIL NOTIFICATION

RE:  FEMA-1603-DR-LA, FIPS #071-55000-00
City of New Orleans, Project Worksheet 21117
Criminal Justice and Public Safety Alternate Project
Proposed Recipient Project: Facilities to House Mental & Medical Needs Inmates at Orleans Parish Sheriff's Office

Dear Grantee/Subgrantee:

The City of New Orleans (CNO) has expressed renewed interest to exercise the latitudes within the Consolidated Security, Disaster Assistance and Continuing Appropriations Act of 2009, Public Law 110-329[1]. In lieu of completing the design to build out a new mental and medical needs facility at the Orleans Justice Center (OJC) campus, the CNO is considering repurposing the grant for the retrofit design and build-out of a mental and medical needs function within the existing Orleans Parish Sheriff's Office (OPSO) inmate facility.

FEMA will consider the City of New Orleans request for an alternate proposed facility/solution for medical facilities that may better meet the needs of the OPSO mental and medical needs facility. The FEMA grant funds under Public Law 110-329 remain available for the CNO to exercise the implementation of a mental and medical needs facility recipient project. The current Period of Performance for this project has expired, a proposed course of action and a time extension request is necessary to meet FEMA grant compliance.

Please see FEMA e-mail notifications dated October 8, 2020 (attachment 1) and November 18, 2020 (attachment 2) which provide more information concerning this project, the grant funds available and the FEMA program requirements to repurpose the previously approved alternate project funds.

If you have any questions regarding this matter, please contact Ronnie Fairley, FEMA Task Lead, at (703) 463-6938.

**Approved by**: Eddie Williams
**Title**: Louisiana Public Assistance Lead
**Date**:

EDDIE L WILLIAMS
Digitally signed by EDDIE L WILLIAMS
Date: 2022.01.20 11:52:22 -06'00'

Attachments:  1) FEMA e-mail notification dated October 8, 2020 without attachments
2) FEMA e-mail notification dated November 18, 2020 without attachments

---

[1] The Consolidated Security, Disaster Assistance and Continuing Appropriations Act of 2009, Public Law 110-329, provides authority for FEMA to provide 100 percent funding for the federal share of the approved Alternate Project for any fire, police and criminal justice facilities that were damaged by Hurricane Katrina or Rita.



**CITY OF NEW ORLEANS - PROJECT STATUS REPORT**
OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MARCH 16, 2022

## OJC Medical Facility Environmental Assessment Project

**Description:** OJC Project Progress Report
**Date:** March 16, 2022

In lieu of the weekly team meeting between CNO/Hill International/MMG/Ramboll on March 17, 2022, MMG has prepared the following interim progress report summarizing significant updates for the OJC Environmental Assessment Project. Project status updates as of 3/16/22 include:

- The majority of federal and state SOVs were distributed on Wednesday (3/2/22).
    - The SOV for Wildlife and Fisheries was distributed on Monday (3/7/22).
        - Agencies which originally received SOVs included LDEQ, LDNR, LDWF, NRCS, USACE, and USFWS.
        - As of Tuesday (3/15/22), 5 out of 7 agencies had responded to their SOV.
            - Ramboll has received and verified responses from LDNR, LDWF, NRCS, USFWS, and SHPO (provided by FEMA).
- CNO distributed Local Agency Questionnaires (LAQs) on Thursday (2/24/22).
    - Agencies which originally received questionnaires included DPW, Economic Development, HDLC, Health Department, NORD, Office of Neighborhood Engagement, Sewage and Water Board, Sanitation Department, and Safety and Permits
        - As of Tuesday (3/15/22), 6 out of 9 agencies had responded to their LAQ.
            - CNO/Ramboll have received and verified responses from HDLC, Health, NORD, Safety and Permits, Sanitation, and DPW.
- At CNO/Hill International's request, MMG/Ramboll has prepared the attached *Project Status Update Table* to present to FEMA.
    - The *Project Status Update Table* is ready for review by CNO/Hill.
        - Please don't hesitate to forward specific edits, suggestions for improvement, or other questions/concerns to braelinc@mmgnola.com or oliviaw@mmgnola.com at your earliest convenience.
- Update on additional Background Information requests as of Thursday (3/10/22)
    - Hill International has provided MMG/Ramboll with the "TDC Options" and "Alternatives to the Phase 3 Facility Program" documents requested last week.
        - These documents are under review by MMG/Ramboll.
    - Hill International has provided MMG/Ramboll with an expanded "Project Description" summary authored by Grace Hebert Curtis.
        - This document is under review by MMG/Ramboll.
- Outstanding questions
    - Given that we have received the expanded "Project Description" summary authored by Grace Hebert Curtis, is input from OPSO's Operations Plan Report necessary to incorporate in the final expanded Project Description?

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | % of Task Complete |
|---|---|---|---|---|---|
| Approval of Project Description | Two weeks | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22; CNO distributed Project Description with questionnaires to local agencies<br><br>Work on expanded final Project Description requested by FEMA prior to general publication is ongoing. | Local- 100% Complete<br><br>Final- 70% Complete |
| SOV (Local, State, Federal) Preparation and Solicitation | Two weeks | 2/24/22 | 3/7/22 | All local, state, and federal SOVs were distributed between 3/2/22 - 3/7/22 | 100% Complete |
| Agency Review and Comment | Four Weeks | 3/2/22 | 4/2/22* | **Local SOVs**<br>☒DPW<br>☐Economic Development<br>☒HDLC<br>☒Health Department<br>☒NORD<br>☐Office of Neighborhood Engagement<br>☐Sewage and Water Board<br>☒Sanitation Department<br>☒Safety and Permits<br>**Total: 6/9 responses received**<br><br>**State/Federal SOV's**<br>☒LDNR<br>☐LDEQ<br>☒LDWF<br>☒NRCS<br>☐USACE<br>☒USFWS<br>☒SHPO<br>**Total: 5/7 responses received** | 70% Complete |
| Environmental Review Record Development | Four Weeks** | 4/10/22 | 5/10.22 | N/A | TBD |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | N/A | 0% Complete |
| ***Final ERR Issued to FEMA | One Week | 5/14/22 | 5/24/22 | N/A | 0% Complete |

* A 30-day response period is required by law; to expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and inter-agency

**The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary.

\*\*\* Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.

## CJ/PS PW 21117 Mental and Medical Needs Facility (#798)

Kelly T. Cryer <ktcryer@nola.gov>
Fri 3/18/2022 2:55 PM
To: robin.kennard@la.gov <robin.kennard@la.gov>
Cc: Allison Hadley <Allison.Hadley@LA.GOV>; Anitra Adams <anitra.adams@la.gov>; ellen.ibert@la.gov <ellen.ibert@la.gov>; Daniel.Crothers@la.gov <daniel.crothers@la.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; LaNitrah B. Hasan <lbhasan@nola.gov>; Vincent A. Smith <viasmith@nola.gov>; Jerry D. Harris <jeharris@nola.gov>; Rachelle Jones <Rachelle.Jones@nola.gov>; Ronnie.Fairleysr@fema.dhs.gov <ronnie.fairleysr@fema.dhs.gov>; Albert.Walters@fema.dhs.gov <albert.walters@fema.dhs.gov>; FEMA-LA-PA-Correspondence@fema.dhs.gov <fema-la-pa-correspondence@fema.dhs.gov>; Jerame Cramer (jerame.cramer@fema.dhs.gov) <jerame.cramer@fema.dhs.gov>; Tiffany Spann <tiffany.spann@fema.dhs.gov>; megan.myers@fema.dhs.gov <megan.myers@fema.dhs.gov>; Margaret Dejean <margaret.dejean@la.gov>; Amy Maglone <Amy.Maglone@LA.GOV>

Good afternoon Robin,

Please see the attached time extension request for CJ/PS PW 21117 Mental and Medical Needs at OPSO which also includes updated project status and 95% plans. The request and associated attachments have been uploaded to LAPA under time extension request #798.

Have a great weekend,

Kelly T. Cryer
Document Support Specialist II
Project Delivery Unit
City Hall | 1300 Perdido St. | Suite 2W87 | New Orleans, Louisiana | 70112
Work: (504) 658-8402
Cell: (504) 444-4566
ktcryer@nola.gov

| Deliverable/Task | Anticipated Duration | Anticipated Start Date | Anticipated Date of Completion | Current Status | % of Task Complete |
|---|---|---|---|---|---|
| Approval of Project Description | Two weeks | 2/10/22 | 2/24/22 | Local Agency OJC Project Description distributed to CNO/Hill International on 2/24/22; CNO distributed Project Description with questionnaires to local agencies<br><br>Work on expanded final Project Description requested by FEMA prior to general publication is ongoing. | Local- 100% Complete<br><br>Final- 70% Complete |
| SOV (Local, State, Federal) Preparation and Solicitation | Two weeks | 2/24/22 | 3/7/22 | All local, state, and federal SOVs were distributed between 3/2/22 - 3/7/22 | 100% Complete |
| Agency Review and Comment | Four Weeks | 3/2/22 | 4/2/22* | **Local SOVs**<br>☒DPW<br>☐Economic Development<br>☒HDLC<br>☒Health Department<br>☒NORD<br>☐Office of Neighborhood Engagement<br>☐Sewage and Water Board<br>☒Sanitation Department<br>☒Safety and Permits<br>**Total: 6/9 responses received**<br><br>**State/Federal SOV's**<br>☒LDNR<br>☐LDEQ<br>☒LDWF<br>☒NRCS<br>☐USACE<br>☒USFWS<br>☒SHPO<br>**Total: 5/7 responses received** | 70% Complete |
| Environmental Review Record Development | Four Weeks** | 4/10/22 | 5/10.22 | N/A | TBD |
| FEMA Review and Comment | One Week | 5/10/22 | 5/17/22 | N/A | 0% Complete |
| ***Final ERR Issued to FEMA | One Week | 5/14/22 | 5/24/22 | N/A | 0% Complete |

* A 30-day response period is required by law; to expedite the project timeline, Ramboll will continue developing the EA draft as questionnaires are returned and inter-agency

**The 4-week estimated duration is a conservative estimate and leaves adequate time for additional agency correspondence, if necessary.

\*\*\* Note that publication of ERR and Draft FONSI, and publication of final FONSI for comment will be conducted by FEMA and timing for those efforts is not included within the schedule provided here. Further consultation with FEMA would be required to determine overall timing for these publications leading to FEMA issuing approval to use grant funds.

# OJC Medical Facility Environmental Assessment Project

**Description:** OJC Project Progress Report
**Date:** March 16, 2022

In lieu of the weekly team meeting between CNO/Hill International/MMG/Ramboll on March 17, 2022, MMG has prepared the following interim progress report summarizing significant updates for the OJC Environmental Assessment Project. Project status updates as of 3/16/22 include:

- The majority of federal and state SOVs were distributed on Wednesday (3/2/22).
    - The SOV for Wildlife and Fisheries was distributed on Monday (3/7/22).
        - Agencies which originally received SOVs included LDEQ, LDNR, LDWF, NRCS, USACE, and USFWS.
        - As of Tuesday (3/15/22), 5 out of 7 agencies had responded to their SOV.
            - Ramboll has received and verified responses from LDNR, LDWF, NRCS, USFWS, and SHPO (provided by FEMA).
- CNO distributed Local Agency Questionnaires (LAQs) on Thursday (2/24/22).
    - Agencies which originally received questionnaires included DPW, Economic Development, HDLC, Health Department, NORD, Office of Neighborhood Engagement, Sewage and Water Board, Sanitation Department, and Safety and Permits
        - As of Tuesday (3/15/22), 6 out of 9 agencies had responded to their LAQ.
            - CNO/Ramboll have received and verified responses from HDLC, Health, NORD, Safety and Permits, Sanitation, and DPW.
- At CNO/Hill International's request, MMG/Ramboll has prepared the attached *Project Status Update Table* to present to FEMA.
    - The *Project Status Update Table* is ready for review by CNO/Hill.
        - Please don't hesitate to forward specific edits, suggestions for improvement, or other questions/concerns to braelinc@mmgnola.com or oliviaw@mmgnola.com at your earliest convenience.
- Update on additional Background Information requests as of Thursday (3/10/22)
    - Hill International has provided MMG/Ramboll with the "TDC Options" and "Alternatives to the Phase 3 Facility Program" documents requested last week.
        - These documents are under review by MMG/Ramboll.
    - Hill International has provided MMG/Ramboll with an expanded "Project Description" summary authored by Grace Hebert Curtis.
        - This document is under review by MMG/Ramboll.
- Outstanding questions
    - Given that we have received the expanded "Project Description" summary authored by Grace Hebert Curtis, is input from OPSO's Operations Plan Report necessary to incorporate in the final expanded Project Description?