# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                  **CIVIL ACTION**

**VERSUS**                                                 **NUMBER: 12-0859**

**MARLIN N. GUSMAN, ET AL.**                               **SECTION: "I" (5)**

## ORDER

The Court will hold an in-person status conference on April 7, 2022 at 1:00 p.m. in District Court Judge Lance Africk's Courtroom, Room C427, 500 Poydras Street, New Orleans, Louisiana. The City shall be prepared to explain the apparent inconsistency between its representations at the recent status conference ("FEMA reviewed it, came back to us and said, because of all the controversy surrounding the project, they felt that we needed to do additional public outreach.") and the documents it recently produced ("FEMA staff advised CNO that it may not be in the public's best interest to continue to solicit public engagement while there are ongoing legal challenges which may affect the final design and character of CNO's solution to Consent Decree requirements.") (Rec. doc. 1498-5 at 6). The City is attempting to convince the Court that FEMA is requiring additional public engagement/hearings as justification for a significant delay in beginning the procurement phase of the Phase III project and the documents in the record simply do not support that contention. The Court expects a plausible explanation for this and a firm commitment from the City to begin procurement with no further delays.

New Orleans, Louisiana, this 4th day of April, 2022.

_____
**MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE**