UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | No. 12-859 |
| MARLIN GUSMAN, ET AL. | SECTION I |

### ORDER

Considering the United States' unopposed motion[1] to enroll additional counsel of record,

**IT IS ORDERED** that the motion is **GRANTED**. Ariona R. Jean-Johnson is **ENROLLED** as additional counsel of record for the United States in the above-captioned matter.

New Orleans, Louisiana, April 8, 2022.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1502.