## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL**                    **CIVIL ACTION**

**VERSUS**                                  **NO. 12-859**

**MARLIN GUSMAN, ET AL**                    **SECTION I**

## <u>O R D E R</u>

In view of the resignation of Dr. Raymond Patterson, who is the Court appointed Monitor of mental health at the Orleans Justice Center, and with the consent of the parties to the Consent Judgment, **Dr. Nicole Reed Johnson** is appointed as a Monitor for mental health at the Orleans Justice Center, pursuant to IX MONITORS of the Consent Judgment in the above captioned case.

New Orleans, Louisiana April 12, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**