UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-859 |
| MARLIN GUSMAN, ET AL | SECTION I |

### O R D E R

In view of the resignation of Dr. Robert B. Greifinger, the Court appointed medical Monitor at the Orleans Justice Center, and with the consent of the parties to the Consent Judgment, **Susi U. Vassallo, M.D., M.S.** is appointed as the medical Monitor in the above captioned case pursuant to IX MONITORS of the Consent Judgment.

New Orleans, Louisiana April 21, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE