# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] to withdraw Blake J. Arcuri, Laura C. Rodrigue, and Freeman R. Matthews as counsel of record for the Orleans Parish Sheriff.,

**IT IS ORDERED** that the motion is **GRANTED**. Blake J. Arcuri, Laura C. Rodrigue, and Freeman R. Matthews are **WITHDRAWN** as counsel of record in the above-captioned matter.

New Orleans, Louisiana, May 5, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1513.