UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

**ORDER**

The Court will hold a status conference to discuss the status of Phase III design and procurement on Friday, June 24 at 10:00 a.m. in the undersigned's courtroom. The City shall have present at the conference those persons able to answer questions about and discuss the City's final draft NEPA report submitted to FEMA.

New Orleans, Louisiana, this 17th day of June, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE