UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                               CIVIL ACTION

VERSUS                                                              NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                                            SECTION: "I"(5)

## ORDER RESCHEDULING STATUS CONFERENCE

The status conference scheduled for June 24, 2022 in the above matter is hereby RESCHEDULED for June 30, 2022 at 11:00 a.m. before Magistrate Judge Michael B. North.

New Orleans, Louisiana, this  21st  day of   June  , 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE