MINUTE ENTRY
NORTH, M.J.
JUNE 30, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

A status conference was convened on this date in the presence of a court reporter (Cathy Pepper).

PARTICIPATING:  Elizabeth Cumming   George Eppsteiner
                Emily Washington    Harry Rosenberg
                Margo Frasier       Graham Bosworth
                Margo Frasier       Shane Poole
                Kevin Hill          Vincent Smith

It is hereby ordered that beginning this date and continuing until the procurement phase of the Phase III project begins, on any occasion on which the City of New Orleans shares documents with or receives documents from FEMA, it shall immediately share those documents with the parties, monitors and the Court. As for email and other communications with FEMA, the City may file those in the record at the end of each week in a single filing, consistent with this Court's March 16, 2022 Order. (Rec. doc. 1497).

New Orleans, Louisiana, this  1st  day of        July        , 2022.

                                        _____
                                             MICHAEL B. NORTH
                                        UNITED STATES MAGISTRATE JUDGE

[MJSTAR: 00:30]