UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

**CITY OF NEW ORLEANS' NOTICE TO SUPPLEMENT COURT RECORD PURSUANT TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who respectfully submits this notice to supplement the record, pursuant to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . . to produce to the parties and to the Court all documentation of any sort (*i.e.*, written correspondence, emails, and/or minutes of meetings or telephone conferences) of communications between the City and/or its consultants on the one hand and FEMA on the other regarding the alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional public hearings are required prior to the procurement phase being initiated," and to supplement the record as the City continues to communicate with FEMA concerning Phase III. The City has produced documents[3] in response to the Court's order and, consistent with that ongoing directive,[4] hereby supplements its production with the following documentation:

---

[1] R. Doc. 1497.
[2] *Id*.
[3] R. Doc. 1498; R. Doc. 1506; R. Doc. 1511; R. Doc. 1516; R. Doc. 1517; R. Doc. 1522.
[4] R. Doc. 1497. *See also* R. Doc. 1526.

1.) June 24, 2022, email correspondence[5] from the City to FEMA, confirming the City's revised draft NEPA report to address the FEMA EHP Team's edits, comments, and recommendations to the City's initial draft NEPA report, and making the revised draft available for FEMA's review and consideration.

2.) June 30, 2022, email correspondence[6] between the City and FEMA, discussing the need for an extension of the project Period of Performance to accommodate the ongoing NEPA review process and FEMA's anticipated completion of same.

3.) June 30, 2024, correspondence[7] from the City to FEMA, through GOHSEP, requesting an extension of the project Period of Performance, following conversation with and guidance from FEMA.

4.) July 5, 2022, email correspondence[8] from the City to FEMA, submitting the June 30, 2022, request for extension of the project Period of Performance.

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

Respectfully submitted,

*/s/ Donesia D. Turner*
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
**CHURITA H. HANSELL (LSBA #25694)**
Chief Deputy City Attorney

---

[5] Attached hereto as **Exhibit A**.
[6] Attached hereto as **Exhibit B**.
[7] Attached hereto as **Exhibit C** (the City respectfully notes that the referenced attachment was previously filed into the record, at R. Doc. 1506-3, and is not being reproduced here).
[8] Attached hereto as **Exhibit D**.

Email: chhansell@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 8, 2022, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

/s/ Donesia D. Turner
**DONESIA D. TURNER**