RE: OJC MEDICAL SERVICES BUILDING
Connolly, John <John.Connolly2@fema.dhs.gov>
Thu 6/30/2022 2:42 PM
To:
- Vincent A. Smith <viasmith@nola.gov>;
- Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>;
- Lyons, Dawn (CTR) <dawn.lyons@associates.fema.dhs.gov>

Cc:
- LaNitrah B. Hasan <lbhasan@nola.gov>

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Vince,

I am not sure how to respond to your email. If we need to talk lets set up a call.

The TE on this PW21117 expires today, I encourage the CNO submit a TER through September 2022 to correlate with the NEPA process and the anticipated FEMA completion of the same.

A further TER can be submitted following this step, further we can begin formulating the PW version for the ~$30M of CJ/PS funds into the future PW version for the project. If additional CJ/PS funds are to be transferred now is the time to identify projects/funds for the consolidated roll up. This project will be going through the LPN/OMB process, time needs to be built into the process to accommodate this step.

On another related issue which was not covered at the last CPA meeting, what is the status of the temporary jail and its use as a medical facility? This project is within the current PoP under the OPSO but its continued TE is subject to it being employed in active use.

Thank you, John

John Connolly (john.connolly2@fema.dhs.gov)
Emergency Management Specialist/Public Assistance I Louisiana Integrated Recovery Office I FEMA Region 6
Cell 504-235-4570 PLEASE DO NOT TEXT AND DRIVE.
Federal Emergency Management Agency fema.gov

---

**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Thursday, June 30, 2022 10:01 AM
**To:** Connolly, John <John.Connolly2@fema.dhs.gov>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>
**Subject:** OJC MEDICAL SERVICES BUILDING

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

John,

By this email I'm documenting our conversation in response to a question from Tommy Vassel, consultant for the Federal Court Judges, who asked the City if a formal request to FEMA is required for release of the balance of OJC funds. In that conversation you noted the last letter submitted to FEMA by the City showing the progress with the EA report and FEMA's letter of response to extend the period of performance (PoP) to June 30, 2022 represents sufficient notification by the City, and the PoP extension granted by FEMA is acknowledgement of FEMA's understanding the City's need for the release of the FEMA funds.

Also, you reminded me, as previously stated, FEMA cannot release the funds until the EA report is approved. You mentioned that a part of FEMA's review and approval process for the release of funds includes approval from the Federal Office of Management and Budget (OMB).

Lastly, I informed you the City is identifying projects to cover the City's projected $30 million project deficit. The list will include projects from the CJ&PS Roll up with available funding. I will provide you with the CJ&PS project lists and amounts which is targeted to total $3 million.

Please advise if there are any modifications that need to be made in the conversation as noted.

Thanks.

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

Exhibit **B**