CHIEF ADMINISTRATIVE OFFICE
# CITY OF NEW ORLEANS

**LaToya Cantrell**
Mayor

**Joseph W. Threat Sr.**
Deputy Chief Administrative Officer

June 30, 2022

Lynne Browning, Assistant Deputy Director
Governor's Office of Homeland Security
And Emergency Preparedness
State of Louisiana
7667 Independence Blvd
Baton Rouge, LA 70806

Subject:  FEMA-1603-DR-LA; City of New Orleans; FIPS # 071-550000-00
Mental and Medical Needs – Inmates at OPSO – Time Extension Request
PW: 21117 – Criminal Justice Public Safety

Dear Mrs. Browning:

The City of New Orleans (City) is requesting a time extension for Project Worksheet 21117. This Project Worksheet represents Criminal Justice and Public Safety (CJ/PS) Alternate Project funding for permanent work associated with the Mental and Medical Needs Facility for Inmates at Orleans Parish Sheriff's Office (OPSO).

FEMA previously granted an extension through June 30, 2022, to complete the Environment and Historic Preservation (EHP) Section 106 process (Attachment 1). The City is diligently working to finalize the Environmental Assessment needed to complete the National Environmental Policy Act (NEPA) process. In anticipation of the NEPA process and FEMA's Section 106 review occurring within the next several months, the City requests that PW 21117 is granted a further extension through September 30, 2022. Once a FEMA determination is made regarding successful completion of the NEPA process, the City will put forth further requests to extend this project through construction procurement and the subsequent construction phases. This will ensure that the City adheres to FEMA's guidance regarding maintaining compliance with established work deadlines.

As outlined in 44 CFR 206.202 and 206.204, GOHSEP may request a time extension beyond their authority if the Applicant has not completed their project within the original work deadline. Based on the information provided herein, the City requests your support of this time extension and further requests you communicate that support to FEMA.  If you should require additional information regarding this request, please contact Donnell Bonneé at dabonnee@nola.gov for a prompt response.

Sincerely,

LaNitrah B. Hasan
Director of Federal Grants & Contract Management
Project Delivery Unit

Exhibit

C

Mrs. Browning
June 30, 2022
Page **2** of **2**


CC:    Joseph W. Threat, Sr., Deputy CAO of Infrastructure/ Chief Resilience Officer
          Donnell Bonneé, Grants Management Lead
          Vincent Smith, Director of Capital Projects Administration
          Jerry Harris, Project Manager Supervisor

Attachment:
1. FEMA correspondence dated April 7, 2022