**From:** Kelly T. Cryer <ktcryer@nola.gov>
**Sent:** Tuesday, July 5, 2022 8:47 AM
**To:** robin.kennard@la.gov <robin.kennard@la.gov>
**Cc:** Allison Hadley <Allison.Hadley@LA.GOV>; Anitra Adams <anitra.adams@la.gov>; Daniel.Crothers@la.gov <daniel.crothers@la.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; LaNitrah B. Hasan <lbhasan@nola.gov>; Donnell A. Bonnee <dabonnee@nola.gov>; Vincent A. Smith <viasmith@nola.gov>; Jerry D. Harris <jeharris@nola.gov>; Ronnie.Fairleysr@fema.dhs.gov <ronnie.fairleysr@fema.dhs.gov>; Albert.Walters@fema.dhs.gov <albert.walters@fema.dhs.gov>; FEMA-LA-PA-Correspondence@fema.dhs.gov <fema-la-pa-correspondence@fema.dhs.gov>; John.Connolly2@fema.dhs.gov <john.connolly2@fema.dhs.gov>
**Subject:** CJ/PS PW 21117 time extension request (#813)

Good morning Robin,

Please see the attached time extension request for PW 21117 CJ/PS Mental and Medical Needs and let me know if there are any questions. The request has been entered as #813.

Thanks,

Kelly T. Cryer

Exhibit D

Grants Management Specialist
Project Delivery Unit
City Hall | 1300 Perdido St. | Suite 2W87 | New Orleans, Louisiana | 70112
Work: (504) 658-8402
Cell: (504) 444-4566
ktcryer@nola.gov