UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, <u>ET AL</u>.                                          CIVIL ACTION

VERSUS                                                                    NUMBER: 12-0859

MARLIN N. GUSMAN, <u>ET</u> <u>AL</u>.                              SECTION: "I"(5)

<u>SUPPLEMENTAL MINUTE ENTRY</u>

At the July 28, 2022 status conference, the Court ordered the City to publish the Notice of Availability ("NOA") regarding the Phase III project no later than August 5, 2022. The Court has been informed that the City has yet to receive the final documents necessary to publish the NOA from FEMA. Accordingly, the City is hereby relieved of its obligation to publish anything by August 5, 2022. Rather, the City is ordered to publish the NOA no later than 48 hours after receiving FEMA's final approval of its Environmental Assessment, Notice of Finding of No Significant Impact, and NOA. The City shall notify the Court immediately upon receipt of said FEMA approval.

New Orleans, Louisiana, this  5th  day of _____August_____, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE