

U.S. Department of Homeland Security
FEMA Region 6
800 N. Loop 288
Denton, TX  76209

August 5, 2022

Lynne Browning, Assistant Deputy Director
Governor's Office of Homeland Security and Emergency Preparedness
7667 Independence Boulevard
Baton Rouge, LA  70806

RE:  FEMA-1603-DR-LA, PA ID:  071-55000-00
     City of New Orleans, Project Worksheet 21117
     Retroactive Time Extension Request

Dear Ms. Browning:

We received a letter from the Governor's Office of Homeland Security and Emergency Preparedness (Grantee) dated July 5, 2022, regarding a retroactive request from the City of New Orleans (Subgrantee) to extend the period of performance (PoP) for project worksheet (PW) 21117.  The Subgrantee is in the final stages of design and submitted a revised draft Environmental Assessment (EA) to FEMA on June 24, 2022.  A Finding of No Significant Impact (FONSI), under the National Environmental Policy Act is anticipated in September 2022.

PW 21117 is written to fund Architectural/Engineering design services for the new permanent Orleans Justice Center, which will house Orleans Parish Sheriff's Office inmates with mental and medical needs.  The Subgrantee states it is in the final stages of design and has engaged the FEMA Environmental and Historic Preservation (EHP) review process.  A time extension is being requested through September 30, 2022, to allow time for completion of the EHP process.  In support of the request, the Subgrantee submitted the draft Environmental Assessment (EA) to FEMA on June 24, 2022, and notes it will take additional time and consultation with FEMA before the draft EA and FONSI are published by FEMA.

FEMA-1603-DR-LA was declared on August 29, 2005.  In accordance with Title 44 Code of Federal Regulations (44 C.F.R.) § 206.204, a grantee may extend the deadline an additional 30 months for permanent work due to extenuating circumstances or unusual project requirements beyond the control of a subgrantee.  The PoP for PW 21117 was June 30, 2022.  Having exhausted the Grantee's ability to grant extensions, the Subgrantee is now requesting an extension from FEMA.

In consideration of the design progress and after review of the documentation submitted by the Subgrantee, per 44 C.F.R. § 206.204(d), FEMA approves extending the PoP for PW 21117 through September 30, 2022.  The PoP for FEMA-1603-DR-LA is August 29, 2023.  FEMA may review the Grantee's actions on time extensions on a periodic basis to ensure compliance with the regulations.  44 C.F.R. § 206.204(d) stipulates that time extension requests include:  *"1) the date and provisions of all previous time extensions on the project; and 2) a detailed*

Exhibit A

Ms. Browning
August 5, 2022
Page 2

*justification for the delay and a projected completion date."* Any further requests for time extensions on this PW must comply with these conditions.

As a reminder, the Subgrantee is required to report quarterly to FEMA on the progress of each large project, to include the status of work completion, amount of expenditures, and amount of payment for advancement or reimbursement of costs for each project. The approval of this time extension is not an approval for increased funding or scope of work. Please advise the Subgrantee of this determination and note this approved time extension in your next quarterly report. It will also be entered into our Emergency Management Mission Integrated Environment (EMMIE) system.

As a reminder, all PWs are required to reflect a PoP that covers the timeframe in work associated with the approved scope of work performed. After-the-fact time extensions are not encouraged as it is the responsibility of the Subgrantee and Grantee to ensure all PWs have current time extensions in place.

If you have any questions regarding this matter, please contact Donald Simko, Public Assistance Branch Chief, at (202) 322-9591.

Sincerely,

ARSANY H THOMAS
Digitally signed by ARSANY H THOMAS
Date: 2022.08.06 07:32:33 -05'00'

Arsany Thomas
Acting Director, Recovery Division

cc:   Casey Tingle, Director, GOHSEP
      Eddie Williams, Louisiana Public Assistance Team Lead, FEMA
      Joe Threat, Sr., Project Delivery Manager, City of New Orleans
      Vincent Smith, Director of Capital Projects, City of New Orleans
      LaNitrah Hasan, Management Consultant, City of New Orleans
      Kelly T. Cryer, Project Delivery Unit Contract Manager, City of New Orleans