# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who pursuant to the Court's Order of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes that the project timeline is subject to change.

The City continues to move forward with compliance measures, consistent with the Court's Orders. One July 29, 2022, the City submitted the Environmental Assessment (EA) Report to FEMA, which is currently under FEMA review. FEMA assumed the responsibility for getting all documents 508 compliant. The City submitted its formal extension request to extend the Period of Performance (PoP),[4] to correlate with the NEPA process and FEMA's anticipated completion of same.[5] On August 5, 2022, the City received correspondence from FEMA approving extension of the PoP to September 30, 2022.[6]

The City's Department of Safety and Permits is continuing to review the 100% plans submitted to their office. On Tuesday July 26, 2022, Grace Hebert Curtis Architects ("GHC")

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] See Project Status Report (August 9, 2022), attached hereto as **Exhibit A**.
[4] R. Doc. 1527-3. *See* R. Doc. 1527-4.
[5] R. Doc. 1527-2.
[6] R. Doc. 1542-1.

indicated that LDH/DHH (Louisiana Department of Health) approved the floor plans via approval-letter, and further indicated the requirement for the State Fire Marshal's approval. Documentation addressing same was sent to LDH/DHH on July 26, 2022. The mechanical and electrical reviews have been completed and were approved on August 4, 2022.

Once a contractor is selected, contracted, and the construction notice to proceed is issued, the permitted plans to issue building permits will be available.

With regard to project funding, the current total projected cost is $60 million, which is $24 million beyond the current FEMA allocation of $36 million. On August 4, 2022, the City Council approved the $30 Million project fund re-allocation for Phase III.

The August Executive Group meeting is planned for August 17, 2022.

    Respectfully submitted,

*/s/ Donesia D. Turner*
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
**AARON D. E. GREEN (LSBA #39078)**
Assistant City Attorney
Email: adegreen@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 15, 2022</u>, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*
**DONESIA D. TURNER**
