

# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
AUGUST 09, 2022

## I. PROJECT STATUS

### PHASE III CONSTRUCTION DOCUMENTS

The City's Department of Safety and Permits is continuing to review the 100% plans submitted to their office. On Tuesday July 26, 2022, Grace Hebert Curtis Architects ("GHC") indicated that LDH/DHH (Louisiana Department of Health) approved the floor plans via approval-letter, and further indicated the requirement for the State Fire Marshal's approval. Documentation addressing same was sent to LDH on July 26, 2022. The mechanical and electrical reviews have been completed and were approved on August 4, 2022.

Once the contractor is selected, contracted, and the construction notice to proceed is issued, the permitted plans to issue building permits will be available.

### FEMA 106 REVIEW

The City submitted the EA Report to FEMA on July 29, 2022. The EA report is currently under FEMA review. FEMA assumed responsibility for getting all the documents 508 compliant.

### PROJECT FUNDING

The current projected total cost is $60 Million, which is $24 Million beyond the current FEMA allocation of $36 Million. On August 4, 2022, the City Council approved the $30 Million project fund re-allocation for Phase III.

## II. MILESTONES

### 1. 30-DAY MILESTONES (COMPLETED)

a. City submitted the final draft NEPA report, FONSI, and NOA the Phase III Doc's (w/ Appendices) to FEMA, Court, Monitors, DOJ, Plaintiff, OPSO – July 29, 2022.

b. City responded to Emily Washington's questions - August 1, 2022.

c. Status Conference was held to provide a project status update to U.S. Magistrate Judge North – July 28, 2022.

d. City forwarded to Hill a "Public Records Request" from Plaintiff - August 4, 2022. Hill responded to same - August 9, 2022.

e. City received signed correspondence from FEMA regarding approval of the period of performance time extension request from June 30, 2022, to September 30, 2022 – August 5, 2022.

f. City forwards FEMA correspondence to the Court – August 12, 2022.

Exhibit A



# City of New Orleans - Project Status Report

OJC - Medical Services Building Phase III
Hill Project No. PTX-02349.00
August 09, 2022

2. **ACTIVITIES CURRENTLY IN PROGRESS**

    a. City Department of Safety and Permits review of 100% Plans.

    b. FEMA review of the City's EA Report.

3. **MILESTONES (FUTURE)**

    a. Monthly Executive Stakeholder Group (EG) meetings with OPSO, Federal Monitors, Department of Justice, Plaintiffs, and the Medical Provider – August 17, 2022

    b. Final approval of NEPA report/release of FEMA Funds – September 30, 2022.

    c. Assemble Bid Package and Submit to Procurement – October 7, 2022.

    d. Begin Procurement Phase – October 10, 2022.

    e. Bid Opening – November 10, 2022.

    f. Complete Procurement Phase/Issue Construction Notice to Proceed (NTP) – January 10, 2023.

    g. Complete Construction Phase – January 10, 2025 (Estimated duration from the Architect is 24 months from the issuance of the Construction NTP).

    h. Project Closeout and Turnover for Occupancy – March 10, 2025 (Estimated duration is 60 days after the completion of construction).