


# SUSAN HUTSON
### *Sheriff*

### OFFICE OF THE SHERIFF
*Parish of Orleans • State of Louisiana*

July 26, 2022

Magistrate Michael North
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: Accelerated Safety Enhancements to the OJC Facility

Judge North,

Thank you for meeting with me and my team recently. In following up on our discussion about the need to make needed improvements to the Orleans Justice Center – specifically to enhance the safety of the residents, and maximize the efficiency of our staff in light of the chronic, and extreme, staffing shortages - we have generated this document.

The identified improvements fall into four groups:

1. Physical security enhancements.
2. Expansion of dedicated program and counseling spaces;
3. Staffing level enhancements; and,
4. Jail population reductions.

The physical security enhancements include removing existing equipment and fixtures that are being used by residents to create weapons, adding food/communication slots to doors that do not have them, and installing railing systems in selected pods that house special management populations. The need for these enhancements became immediately apparent after the critical incidents occurring on June 10th and June 12th.

We are also requesting your assistance in securing funding to expand the jail's programming space. This plan includes building out new programming space and/or re-dedicating existing space to rehabilitative and treatment purposes. While the need for these improvements may not be as apparent as the physical security enhancements, they are just as important to the safety of the residents of the jail and the deputies who work there. We desperately need access to therapy space, both individual and group, to address violence between our residents. We also need to provide our residents with access to programming that will encourage cooperative behavior. Our

Magistrate Michael North
United States District Court
Eastern District of Louisiana
July 26, 2022
Page 2

_____

new Warden, Dr. Birgden, is already in contact with art programs that would like to come into the jail as well as musical programs, Alcoholics Anonymous, drug treatment programs, and formerly incarcerated mentorship programs. However, the jail as currently outfitted does not have the space to accommodate these programs. Relatively inexpensive changes to the facility will allow for this programming to be made available to our residents, with limited need for transport personnel, and by design, will decrease the tension that exists in the facility.

We are also planning on using 12 of the repurposed rooms to expand access to in-person and video visitation between our residents and their attorneys, all while decreasing the need for additional transport personnel to bring the residents to the current 3 rooms available on the ground floor.

Additionally, we are focusing efforts to both attract new recruits and retain current personnel. Direct supervision of the jail requires at least 65 deputies on the floor at any given point during the day, and 50 deputies on the floor overnight. We are only able to staff a portion of those positions during the day shifts, and only a fraction of those positions at night.

We are looking for ways to provide existing staff a 20% increase in their existing salaries and that entry level security positions also be increased by 20%. These increases should reduce staff turnover and attract more people to apply for vacant OPSO positions.

**Physical Security Enhancements**

*Task 1.  Remove all shelving and other fixtures in the housing units that can be used as weapons.*

In many of the housing units there are metal fixtures that can be used by residents as weapons.  The OPSO is already in the process of removing all such fixtures.

*Task 2.  Add food/communication slots to doors on floors 1 and 2 that lack them*

The inability to communicate with residents when they are locked in their cells is a significant safety concern. Residents behind closed doors during lockdown need to be able to communicate with staff on the floor in case of medical need or emergency. The staff on the floor need to be able to communicate with the residents during lockdown without having to open the door. There are 279 doors on floors 1 and 2 that would need to have slots added.

Magistrate Michael North
United States District Court
Eastern District of Louisiana
July 26, 2022
Page 3

_____

*Task 3.  Install mezzanine railing system in selected pod*s

We have identified four units on the 2nd floor in pods 2A, 2B, 2C and 2D as pods that need to be modified to include vertical railing systems on the stairs and mezzanines. We also have recognized that one unit in the IPC must also be similarly modified for newly admitted people who may be suffering from as yet undiagnosed mental illness and/or are suicidal (see Task 4 below).

*Task 4. Create pilot IPC MH safety pod 1C for new intake on first floor*

There is a need to have a more secure pod for newly admitted residents who have been screened and diagnosed with unstable mental illness(es).  These people typically must remain in the IPC for up to 14 days due to COVID-19 precautions.  This is also the pod where the most recent suicide occurred.  Making the following security enhancements will help reduce the potential for such incidents to occur.

1. Ensure that each cell is single occupant without a bunk bed.
2. Suicide proof cells
3. Install floor to ceiling vertical railing system on mezzanine
4. Mandatory 15-minute cell checks
5. Reduce 14-day quarantine to 10 days per CDC guidance
6. Classification Unit provides daily listing of people who require close supervision at all times
7. Daily rounds by Wellpath mental health workers

**Expand Program, Attorney Visitation, and Counseling Service Capacity**

*Task 5. Refurbish all 12 OJC interlock interview rooms and begin using for individual and small group counseling*

Dedicated counseling spaces are needed so that treatment sessions can be conducted with the patients according to their treatment plans.  There are three existing counseling rooms on each floor (a total of 12) that need to be modified and dedicated for such purposes.

1. Paint walls
2. Install carpet
3. Install ceiling acoustic
4. Install two large window blinds
5. Furnish with table/desk and chairs

Magistrate Michael North
United States District Court
Eastern District of Louisiana
July 26, 2022
Page 4

_____

*Task 6. Create two interview rooms in pods 2A through 2F – total of 12 new dedicated interview rooms*

Given the lack of security staff to escort residents to and from program services held outside of the housing units, there is a need to convert two cells in pods 2A through 2F into interview rooms. In order to accomplish this, the following steps need to be completed:

1. Remove toilet/sink/bed
2. Paint walls
3. Install carpet
4. Install ceiling acoustic
5. Furnish with desk and chairs
6. Replace sliding doors with swinging doors.

*Task 7.  Create new counseling rooms on floors 1 and 2*

1. Build out 1 group room and 1 individual counseling room on the 2nd floor corridor
2. Open up existing 1st floor unused large room (G1081) as a group room and replace door
3. Open up existing 1st floor unused small room (G1083) as an individual group room and replace door

*Task 8. Install electronic tablet system for residents to facilitate attorney and family visits and participation in risk reduction programs, and to reduce idleness*

Our Warden and Assistant Sheriff over technology in the jail both agree that these tablet systems will assist in reducing jail violence and idleness, and reduce the strain on transport by allowing attorney visitation in individual cells.

 **Increase Number of Security Staff**

*Task 9.  Increase salaries of existing security staff and entry level positions by 20%*

To recruit new staff and retain current security staff higher levels of compensation are needed immediately.  Effective immediately, all current security staff should receive a 20% increase in their salaries.  Entry level compensation levels should also be increased by 20%.

**Estimated Costs:**

Not included is the recommended 20% salary increase in all OPSO security positions.  The cost of this will have to be estimated by the City and OPSO.

Magistrate Michael North
United States District Court
Eastern District of Louisiana
July 26, 2022
Page 5

_____

**Projected Costs of Security and Program Enhancements to the OJC**

| Item | Units | Unit Cost | Total |
|---|---|---|---|
| Refurbish Interlock Interview Rooms (3 Per Floor) | 12 | $9,000 | $108,000 |
| Refurbish 2 Cells Per Pod as Counseling Rooms (1C, 2A, 2B, 2C, 2D, 2E, & 2F) | 14 | $22,000 | $308,000 |
| Add Electronic Communications w/ cameras (1C, 2A, 2B, 2C, 2D, 2E, & 2F) | 14 | $15,000 | $210,000 |
| Replace Sliding Doors with Swing Doors (1C, 2A, 2B, 2C, 2D, 2E, & 2F) | 14 | $10,000 | $140,000 |
| Security Doors 1st Floor Counseling Rooms | 2 | $9,000 | $18,000 |
| Add Electronic Communications w/ cameras (1st Floor Counseling) | 2 | $16,000 | $32,000 |
| Build Out 2nd Floor Corridor | 1 | $210,000 | $215,000 |
| Add Electronic Communications w/ cameras (2nd Floor Corridor Rooms) | 2 | $20,000 | $40,000 |
| Install Railing Systems (Pods 1C, 2A, 2B, 2C, & 2D) | 5 | $93,000 | $465,000 |
| Replace 1st Floor Bunk Beds W/ Single Beds (Pods 2B & 2D) | 26 | $6,000 | $156,000 |
| Install Food/Communication Slots in Doors where Lacking (1st and 2nd floors) | 276 | $1,581 | $436,356 |
| Sub-Total | | | $2,128,356 |
| Contingency @20% | | | $425,671 |
| Fees, Permits, and Soft Costs @30% | | | $638,507 |
| Total Estimate | | | $3,192,534 |

I hope that this letter helps to illustrate the financial support that OPSO needs to help keep our residents safe at OJC. If you have any questions, please do not hesitate to contact me.

Sincerely,

*Susan A. Hutson*

Susan Hutson
Orleans Parish Sheriff