UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

**CITY OF NEW ORLEANS' NOTICE TO SUPPLEMENT COURT RECORD
PURSUANT TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who respectfully submits this notice to supplement the record, pursuant to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . . to produce to the parties and to the Court all documentation of any sort (*i.e.*, written correspondence, emails, and/or minutes of meetings or telephone conferences) of communications between the City and/or its consultants on the one hand and FEMA on the other regarding the alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional public hearings are required prior to the procurement phase being initiated," and to supplement the record as the City continues to communicate with FEMA concerning Phase III. The City has produced documents[3] in response to the Court's order and, consistent with that ongoing directive,[4] hereby supplements its production with the following documentation:

---

[1] R. Doc. 1497.
[2] *Id.*
[3] R. Doc. 1498; R. Doc. 1506; R. Doc. 1511; R. Doc. 1516; R. Doc. 1517; R. Doc. 1522; R. Doc. 1527; R. Doc. 1529; R. Doc. 1533; R. Doc. 1535; R. Doc 1540; R. Doc. 1542.
[4] R. Doc. 1497. *See also* R. Doc. 1526.

1.) August 15-17, 2022, email[5] correspondence between FEMA and the City regarding the following:

    a) Status of the 508 review of the NOA, draft EA and FONSI;

    b) FEMA providing the City with the 508 compliant NOA, draft EA and FONSI[6]; and

    c) FEMA EHP team allowing the City to move forward with publication of the NOA, and the manner in which to do so.

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

    Respectfully submitted,

    */s/ Donesia D. Turner*
    **DONESIA D. TURNER (LSBA #23338)**
    City Attorney
    Email: donesia.turner@nola.gov
    **KEVIN C. HILL (LSBA #26338)**
    Sr. Chief Deputy City Attorney
    Email: kchill@nola.gov
    1300 PERDIDO STREET
    CITY HALL - ROOM 5E03
    NEW ORLEANS, LOUISIANA 70112
    TELEPHONE:  (504) 658-9800
    FACSIMILE:   (504) 658-9868

    *Counsel for the City of New Orleans*

---

[5] Attached hereto as **Exhibit A**.
[6] Email attachments (Notice of Availability (NOA), draft Environmental Assessment (EA), and draft Finding of No Significant Finding (FONSI)) to **Exhibit A** were previously forwarded via email to this Honorable Court, the parties, and lead monitors as well.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 19, 2022, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

                                                */s/ Donesia D. Turner*
                                                **DONESIA D. TURNER**