# Tana R Scoby

| | |
|---|---|
| **From:** | Vincent A. Smith |
| **Sent:** | Wednesday, August 17, 2022 1:55 PM |
| **To:** | Harry Rosenberg (1219); Kevin C. Hill; Donesia D. Turner; Tana R Scoby |
| **Cc:** | Sousa, John |
| **Subject:** | Fw: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents |
| **Attachments:** | OJC EA NOA FEMA.docx; OJC EA_FONSI.pdf; OJC EA_FONSI.docx; OJC EA NOA FEMA.pdf; OJC Medical & Mental Health Services Building Final Draft EA.pdf; OJC Medical & Mental Health Services Building Final Draft EA.docx |

Please see the email below and attachments from FEMA authorizing us to move forward with the advertisements and public viewing of the EA report. John, please send to Tommy.

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Sent:** Tuesday, August 16, 2022 1:23 PM
**To:** Vincent A. Smith <viasmith@nola.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **EMAIL FROM EXTERNAL SENDER:** DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Thanks, Vince. Attached, please find the 508 compliant NOA, draft EA and FONSI, in both word and pdf documents. Yes, the appendices have over 15,000 errors. FEMA's Accessibility team has provided concurrence on inclusion of the below text in the NOA:

The appendices for this document are not accessible for individuals with any disability. Please contact ****** @ telephone and email address**** should a person with a disability require access.

This language will allow CNO to move forward with publication of the NOA. Please note: the draft EA and FONSI will not be published. However, these documents should be made available at several repositories. Publication coordination should consider providing FEMA 3-5 business days to ensure the document is posted to the FEMA web, and the issuing of media advisories. Black and white is appropriate, display ad, and single or double is acceptable. Please let us know if you have additional questions. Thank you!

Exhibit A

1

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov



**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Tuesday, August 16, 2022 12:18 PM
**To:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** Re: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Tiffany,
As a follow up to our conversation this email is to confirm you will be sending the City authorization to move forward with publication and advertisement of the EA document today.  You also mentioned that the 14k errors were associated with the conversion of the appendices ( in particular converting drawings) into the 508 format.  The appendices will be made available for viewing upon request (if that needs to be noted in the advertisement please provide the correct language).  Upon receipt of the authorization and approved report the City will move forward with establishing advertisement dates per the Court order (36 hours after receipt of the approval).  We will also send the documents out for printing and delivery to the libraries for public viewing.

Regarding the publication, please advise regarding printing in color or black and white (only), and single page versus double sided pages.

Thanks


CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Tuesday, August 16, 2022 11:58 AM
**To:** Tiffany Spann <tiffany.spann@fema.dhs.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** Re: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

Hi Tiffany;
Can you provide additional information on the types of errors and any other issues with the report that were found?  I would like to provide the Judge with more information and provide visibility to the consultants as well.

Thanks.

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Sent:** Monday, August 15, 2022 10:31 AM
**To:** Vincent A. Smith <viasmith@nola.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **EMAIL FROM EXTERNAL SENDER:** DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Thanks, Vince. I have requested an update on the status, should have more information this afternoon. The document had over 14,000 errors, which is more than anyone has ever rectified. Yes, the display ad should be published for 5 days which will include a 30 day comment period beginning on the last day of publication.

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Friday, August 12, 2022 11:00 AM
**To:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** Re: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Good morning Tiffany and all.  Checking on the status of the 508 review.  We want to make sure we are ready on our end to move the process into advertisement and public viewing.  The Judge issued a court order giving us 36 hours after formal approval to have the advertisement posted.  Regarding the advertisement, is there a specific specification (size) for the advertisement?  Also, please confirm the advertisement duration (30 days?).

Thanks.


CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Sent:** Friday, July 29, 2022 2:07 PM
**To:** Vincent A. Smith <viasmith@nola.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Good Afternoon All,

As a follow-up, FEMA will assume the responsibility for getting all of the documents 508 compliant. This process will take approximately 7-10 business days. EHP will need to request support from External Affairs as well OEHP. Please provide the draft EA, NOA FONSI and appendices in word and pdf documents as soon as possible. It is very unlikely these documents will be ready for posting by next Friday. However, we can aim for the following Friday. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



---

**From:** Spann, Tiffany
**Sent:** Thursday, July 28, 2022 6:43 PM
**To:** Vincent A. Smith <viasmith@nola.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

Thanks, Vince. I appreciate this information. Would you please provide the final draft version of the EA, FONSI, NOA, and Appendices? I will send these documents to OEHP and request an expedited turnaround.

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Thursday, July 28, 2022 5:03 PM
**To:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <JohnSousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** Re: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Attached for your information is the Draft EA report with revisions in response to the comments submitted to the City on July 26th. The additional phase I environmental documentation is being assembled and will be submitted tomorrow.

The City attended a Federal Court Hearing today to advise the Judge (North) on the status of the project. At the hearing, Judge North informed us he had a conversation w/John Connolly to get a better understanding of the EA process. He noted that based on the conversation, it was his opinion that the City should be able to begin advertising the FONSI the end of next week. We informed the Judge of our meeting discussions yesterday where you directed the City to re-format the report to meet current section 508 of the rehabilitation act of 1973. You noted that it would take some time to perform this task and that you had to go to a training for it. Our team is currently looking into the conversion including hiring a 508 conversion consultant to complete the task.

Judge North stated that if there was an extenuating circumstance that would prevent us from meeting his deadline to start advertisement of the FONSI by the end of next week, we needed to submit the circumstances to him in writing. We need your assistance in providing input on the 508 effort and what a reasonable timeline would be for this work to be done given. The City fully intends to perform the work but we need a reasonable timeframe to accomplish the task.

Your assistance would be greatly appreciated.

Thanks

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>
**Sent:** Tuesday, July 26, 2022 10:02 AM

**To:** Vincent A. Smith <viasmith@nola.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <johnsousa@hillintl.com>; Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** RE: OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

> **EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Good Morning All,

OCC has provided concurrence on the draft EA, FONSI, and NOA documents. Attached, please find each of these documents which includes OCC's comments. These comments are very minor and can be addressed in 24 hours. These documents (and the appendices) should be made 508 complaint for web posting and submitted to FEMA by COB Thursday, July 28th. Let's aim to publish the NOA next week.

Please update the below paragraph in the draft EA and NOA.

This public notice will run in the journal of record for the State of Louisiana, *The Advocate*, for five (5) days on Wednesdays, _____, 2022; _____, 2022; and _____, 2022; and in *The Times-Picayune/The New Orleans Advocate* in Orleans Parish for five (5) days on Monday, _____, through Friday, _____, 2022.

The draft EA and draft FONSI are available for review at the following locations during business hours:
- Capital Projects Administration – City Hall, 1300 Perdido St, Office 6E15, New Orleans, LA 70112
- Add library

The draft EA and draft FONSI can also be viewed and downloaded from FEMA's website at http://www.fema.gov/resource-document-library.

A 30-day comment period will begin on _____, 2022 and conclude on _____, 2022 at 4:00 p.m. CDT. Written comments may be mailed to: DEPARTMENT OF HOMELAND SECURITY-FEMA EHP - "OJC Medical and Mental Health Services Building – Phase III", 1500 Main Street, Baton Rouge, LA 70802. Comments may also be emailed to fema-liro-ehp-pa@fema.dhs.gov or faxed to ********. If no substantive comments are received, the draft EA and associated draft FONSI will become final.

We are available to discuss, if needed. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



**From:** Vincent A. Smith <viasmith@nola.gov>
**Sent:** Monday, July 18, 2022 5:00 PM
**To:** Spann, Tiffany <Tiffany.Spann@fema.dhs.gov>; Jeremy Holland <jholland@nftgr.com>; Connolly, John <John.Connolly2@fema.dhs.gov>; 'Ellen Ibert' <ellen.ibert@la.gov>; Anitra Adams <Anitra.Adams@LA.GOV>; Fairley sr, Ronnie <Ronnie.Fairleysr@fema.dhs.gov>
**Cc:** LaNitrah B. Hasan <lbhasan@nola.gov>; Joseph W. Threat Sr <Jwthreatsr@nola.gov>; Sousa, John <johnsousa@hillintl.com>; paull <paull@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>; Braelin Carter (braelinc@mmgnola.com) <braelinc@mmgnola.com>; Kelly T. Cryer <ktcryer@nola.gov>
**Subject:** OJC MEDICAL SERVICES BUILDING: FEMA Public-Notice + FONSI Documents

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Please see the link below.  If you have any questions or need additional information let us know.
Thanks.

CAPITAL PROJECTS ADMINISTRATION
Vincent A. Smith
Director
(504)658-8670
viasmith@nola.gov

---

**From:** Alie Nicotera <ANicotera@ramboll.com>
**Sent:** Monday, July 18, 2022 2:30 PM
**To:** Sousa, John <JohnSousa@hillintl.com>; braelinc <braelinc@mmgnola.com>; Olivia Whitcomb <oliviaw@mmgnola.com>; Vincent A. Smith <viasmith@nola.gov>
**Cc:** Richard Lo <richardl@mmgnola.com>; paull <paull@mmgnola.com>
**Subject:** RE: FEMA Public-Notice + FONSI Documents

**EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.**

Team,

The NOA and FONSI have been uploaded to this OneDrive folder [CNO OJC](). As it appeared everyone was having issues with the previous link, I made a new folder that will provide access to anyone with the link. Please let me know if anyone has issues with this particular link.

**Alie Nicotera**
Senior Consultant 2

D +1 (504) 6482125
anicotera@ramboll.com

**From:** Sousa, John <JohnSousa@hillintl.com>
**Sent:** Monday, July 18, 2022 11:04 AM
**To:** Alie Nicotera <ANicotera@ramboll.com>; braelinc <braelinc@mmgnola.com>; Olivia Whitcomb <oliviaw@mmgnola.com>; Vincent A. Smith <viasmith@nola.gov>
**Cc:** Richard Lo <richardl@mmgnola.com>; paull <paull@mmgnola.com>
**Subject:** RE: FEMA Public-Notice + FONSI Documents

Alie:

As a clarification to your question, the CNO would like to use:
- Make the location be **CPA's Office (6E15) in City Hall**.

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com



**From:** Alie Nicotera <ANicotera@ramboll.com>
**Sent:** Monday, July 18, 2022 9:40 AM
**To:** Sousa, John <JohnSousa@hillintl.com>; braelinc <braelinc@mmgnola.com>; Olivia Whitcomb <oliviaw@mmgnola.com>; Vincent A. Smith <viasmith@nola.gov>
**Cc:** Richard Lo <richardl@mmgnola.com>; paull <paull@mmgnola.com>
**Subject:** RE: FEMA Public-Notice + FONSI Documents

Team,

Attached are the two notices for FEMA's review. I wanted to give everyone the chance to review prior to uploading to the OneDrive. Please let me know if there are questions/comments, and if there are none, please let me know if I can upload.

Thanks,

**Alie Nicotera**
Senior Consultant 2

D +1 (504) 6482125
anicotera@ramboll.com

**From:** Sousa, John <JohnSousa@hillintl.com>
**Sent:** Friday, July 15, 2022 12:17 PM
**To:** braelinc <braelinc@mmgnola.com>; Olivia Whitcomb <oliviaw@mmgnola.com>; Alie Nicotera <ANicotera@ramboll.com>
**Cc:** Richard Lo <richardl@mmgnola.com>; paull <paull@mmgnola.com>
**Subject:** FEMA Public-Notice + FONSI Documents

Braelin:

As requested, see attached documents from FEMA:
1. JDEC PEA Public Notice document.
2. 2022.06.17 JDEC PEA FONSI.Final Draft document.

**John H. Sousa, AIA.**
Project Executive
**Hill International, Inc.**
1431 Greenway Dr., Suite #700
Irving, TX 75038
Dir. 469-242-4706
Cell 972-523-1852
JohnSousa@HillIntl.com
www.hillintl.com

