**UNITED  STATES  DISTRICT  COURT**
**EASTERN  DISTRICT  OF LOUISIANA**

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

**CITY OF NEW ORLEANS' NOTICE TO SUPPLEMENT COURT RECORD**
**PURSUANT TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City

of New Orleans ("City"), who respectfully submits this notice to supplement the record, pursuant

to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . .

to produce to the parties and to the Court all documentation of any sort (*i.e.*, written

correspondence, emails, and/or minutes of meetings or telephone conferences) of communications

between the City and/or its consultants on the one hand and FEMA on the other regarding the

alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional

public hearings are required prior to the procurement phase being initiated," and to supplement the

record as the City continues to communicate with FEMA concerning Phase III.  The City has

produced documents[3] in response to the Court's order and, consistent with that ongoing directive,[4]

hereby supplements its production with the following documentation:

---

[1] R. Doc. 1497.
[2] *Id.*
[3] R. Doc. 1498; R. Doc. 1506; R. Doc. 1511; R. Doc. 1516; R. Doc. 1517; R. Doc. 1522; R. Doc. 1527; R. Doc.
1529; R. Doc. 1533; R. Doc. 1535; R. Doc 1540; R. Document 1542, R. Doc. 1547.
[4] R. Doc. 1497. *See also* R. Doc. 1526.

**1.)** August 22-25, 2022, email[5] correspondence between the FEMA EHP team and the City regarding the following:

    a.  FEMA notifying the City of the need to extend publication of the Notice of Availability (NOA) two (2) additional days; and

    b.  FEMA uploading the draft EA and draft FONSI to FEMA's website for public viewing and issuance of media advisories.

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

Respectfully submitted,

/s/ Donesia D. Turner

**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:    (504) 658-9868

***Counsel for the City of New Orleans***

---

[5] Attached hereto as **Exhibit A**.

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>August 26, 2022</u>, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*

**DONESIA D. TURNER**
