UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who pursuant to the Court's Order of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes that the project timeline is subject to change.

The City continues to move forward with compliance measures, consistent with the Court's Orders. On Tuesday August 16, 2022, FEMA approved the EA Report and authorized the City to move forward with publication of the FONSI (Finding of No Significant Impact). Publishing began August 22, 2022, and ran through August 30, 2022. The EA Report was placed in six (6) public libraries and City Hall for public viewing. The public viewing period is currently in progress and will end September 30, 2022 (30-day duration). After the public viewing period, FEMA and the City will review any comments. The City will respond as directed by FEMA and await FEMA's final approval and issuance of notice to proceed into the Bid and Award Phase.

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] See Project Status Report (September 15, 2022), attached hereto as **Exhibit A**.

The City's Department of Safety and Permits is continuing to review the 100% plans submitted to their office. Grace Hebert Curtis Architects (GHC) has been coordinating with consultants to review all documents and specifications for bidding. The City and GHC are scheduled to meet on September 21, 2022, to verify bidding documents and conditional use requirements.

The City's Law Department is working with Safety and Permits to secure construction permits.

The permitted plans will be available for the issuance of building permits when the contractor is selected and contracted, and the construction notice to proceed is issued to begin construction.

The ordinance to appropriate an additional $30 Million to the project was approved by the City Council on August 4, 2022, and subsequently signed by the Mayor.

The September Executive Group meeting is planned for September 21, 2022.

                              Respectfully submitted,

*/s/ Kevin C. Hill*
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
***Counsel for the City of New Orleans***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>September 15, 2022</u>, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

> */s/ Kevin C. Hill*
> **KEVIN C. HILL**