# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

### CITY OF NEW ORLEANS' NOTICE TO SUPPLEMENT COURT RECORD PURSUANT TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who respectfully submits this notice to supplement the record, pursuant to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . . to produce to the parties and to the Court all documentation of any sort (*i.e.*, written correspondence, emails, and/or minutes of meetings or telephone conferences) of communications between the City and/or its consultants on the one hand and FEMA on the other regarding the alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional public hearings are required prior to the procurement phase being initiated," and to supplement the record as the City continues to communicate with FEMA concerning Phase III.  The City has produced documents[3] in response to the Court's order and, consistent with that ongoing directive,[4] hereby supplements its production with the following information:

---

[1] R. Doc. 1497.

[2] *Id.*

[3] R. Doc. 1498; R. Doc. 1506; R. Doc. 1511; R. Doc. 1516; R. Doc. 1517; R. Doc. 1522; R. Doc. 1527; R. Doc. 1529; R. Doc. 1533; R. Doc. 1535; R. Doc 1540; R. Doc. 1542, R. Doc. 1547; R. Doc. 1552; R. Doc. 1553: R. Doc. 1554.

[4] R. Doc. 1497. *See also* R. Doc. 1526.

**1.)** The City has not submitted any documentation to, nor has it received any documentation from, FEMA concerning Phase III.  Nor has the City communicated with FEMA concerning Phase III this past week.

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

Respectfully submitted,

*/s/ Donesia D. Turner*
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

***Counsel for the City of New Orleans***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2022, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*
**DONESIA D. TURNER**