## FW: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Thu 9/22/2022 9:58 AM
To: Vincent A. Smith <viasmith@nola.gov>
Cc: Connolly, John <John.Connolly2@fema.dhs.gov>;Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>



EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Good Morning Vince,

Please see comment below for your consideration and response. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: papigflores@everyactioncustom.com <papigflores@everyactioncustom.com>
Sent: Thursday, September 8, 2022 3:06 PM
To: FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Subject: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Dear FEMA FEMA,

I write to inform you that the draft environmental impact report on the construction of the New Orleans jail overlooks one key element of the environment: the people. We have opposed the wasteful construction of a massive jail complex for 17 years, and the sheriff's election last December served as a referendum on the subject. Only corrupt contractors, who neither provide nor receive mental health services, wish to further disrupt our environment and the public with another costly project.

None of these construction projects are made in cooperation with the people occupying them. They are designed by donors to politicians, such as Grace Hebert architects, the principal champion of this project (who donated over $36,000 to the former sheriff, at least $5000 to the current mayor, and much to other public officials with contracting authority). All of the other renovation options carry lower environmental impacts, cost less, and are easier to staff. Considering the sheriff's office has been unable to provide adequate mental health services in the past, we cannot believe that new construction will be able to resolve our existing social dilemmas.

I ask that you amend your report to expand on environmental impact to include the impact on the people of New Orleans. It seems we have a bottomless pit of funding to build jails and prisons, yet no funds for alternatives, nor even to provide programming in these warehouses of anxiety, depression, and hostility. These psychological impacts on our community are every bit as real as the toxic sludge leaking into the groundwater.

Exhibit

A

Sincerely,
Mr. George Flores
13001 N 2nd Pl  Phoenix, AZ 85022-5207
papigflores@yahoo.com

## FW: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>

Thu 9/22/2022 9:58 AM

To: Vincent A. Smith <viasmith@nola.gov>



Cc: Connolly, John <John.Connolly2@fema.dhs.gov>;Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Good Morning Vince,

Please see comment below for your consideration and response. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: lindawitkowski@everyactioncustom.com <lindawitkowski@everyactioncustom.com>
Sent: Thursday, September 8, 2022 3:08 PM
To: FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Subject: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Dear FEMA FEMA,

I write to inform you that the draft environmental impact report on the construction of the New Orleans jail overlooks one key element of the environment: the people. We have opposed the wasteful construction of a massive jail complex for 17 years, and the sheriff's election last December served as a referendum on the subject. Only corrupt contractors, who neither provide nor receive mental health services, wish to further disrupt our environment and the public with another costly project.

None of these construction projects are made in cooperation with the people occupying them. They are designed by donors to politicians, such as Grace Hebert architects, the principal champion of this project (who donated over $36,000 to the former sheriff, at least $5000 to the current mayor, and much to other public officials with contracting authority). All of the other renovation options carry lower environmental impacts, cost less, and are easier to staff. Considering the sheriff's office has been unable to provide adequate mental health services in the past, we cannot believe that new construction will be able to resolve our existing social dilemmas.

I ask that you amend your report to expand on environmental impact to include the impact on the people of New Orleans. It seems we have a bottomless pit of funding to build jails and prisons, yet no funds for alternatives, nor even to provide programming in these warehouses of anxiety, depression, and hostility. These psychological impacts on our community are every bit as real as the toxic sludge leaking into the groundwater.

Sincerely,
Ms. Linda Witkowski
New Orleans, LA 70119
lindawitkowski@gmail.com

**FW: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!**

FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>

Thu 9/22/2022 9:57 AM

To: Vincent A. Smith <viasmith@nola.gov>

Cc: Connolly, John <John.Connolly2@fema.dhs.gov>;Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.


Good Morning Vince,

Please see comment below for your consideration and response. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: tuckerparalegals@everyactioncustom.com <tuckerparalegals@everyactioncustom.com>
Sent: Thursday, September 8, 2022 3:16 PM
To: FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Subject: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.


Dear FEMA FEMA,

I write to inform you that the draft environmental impact report on the construction of the New Orleans jail overlooks one key element of the environment: the people. We have opposed the wasteful construction of a massive jail complex for 17 years, and the sheriff's election last December served as a referendum on the subject. Only corrupt contractors, who neither provide nor receive mental health services, wish to further disrupt our environment and the public with another costly project.

None of these construction projects are made in cooperation with the people occupying them. They are designed by donors to politicians, such as Grace Hebert architects, the principal champion of this project (who donated over $36,000 to the former sheriff, at least $5000 to the current mayor, and much to other public officials with contracting authority). All of the other renovation options carry lower environmental impacts, cost less, and are easier to staff. Considering the sheriff's office has been unable to provide adequate mental health services in the past, we cannot believe that new construction will be able to resolve our existing social dilemmas.

I ask that you amend your report to expand on environmental impact to include the impact on the people of New Orleans. It seems we have a bottomless pit of funding to build jails and prisons, yet no funds for alternatives, nor even to provide programming in these warehouses of anxiety, depression, and hostility. These psychological impacts on our community are every bit as real as the toxic sludge leaking into the groundwater.

Sincerely,
Mr. Randy TUCKER
1749 –1789 PACE Blvd  New Orleans, LA 70114 tuckerparalegals@gmail.com

## FW: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>

Thu 9/22/2022 9:57 AM

To: Vincent A. Smith <viasmith@nola.gov>

Cc: Connolly, John <John.Connolly2@fema.dhs.gov>;Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.


Good Morning Vince,

Please see comment below for your consideration and response. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: rbienes@everyactioncustom.com <rbienes@everyactioncustom.com>
Sent: Friday, September 9, 2022 5:22 AM
To: FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Subject: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.


Dear FEMA FEMA,

I write to inform you that the draft environmental impact report on the construction of the New Orleans jail overlooks one key element of the environment: the people. We have opposed the wasteful construction of a massive jail complex for 17 years, and the sheriff's election last December served as a referendum on the subject. Only corrupt contractors, who neither provide nor receive mental health services, wish to further disrupt our environment and the public with another costly project.

None of these construction projects are made in cooperation with the people occupying them. They are designed by donors to politicians, such as Grace Hebert architects, the principal champion of this project (who donated over $36,000 to the former sheriff, at least $5000 to the current mayor, and much to other public officials with contracting authority). All of the other renovation options carry lower environmental impacts, cost less, and are easier to staff. Considering the sheriff's office has been unable to provide adequate mental health services in the past, we cannot believe that new construction will be able to resolve our existing social dilemmas.

I ask that you amend your report to expand on environmental impact to include the impact on the people of New Orleans. It seems we have a bottomless pit of funding to build jails and prisons, yet no funds for alternatives, nor even to provide programming in these warehouses of anxiety, depression, and hostility. These psychological impacts on our community are every bit as real as the toxic sludge leaking into the groundwater.

Sincerely,
Mrs. Rowan Bienes-Allen
1410 Joliet St  New Orleans, LA 70118-1328 rbienes@tulane.edu

**FW: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!**

FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Thu 9/22/2022 9:56 AM

To: Vincent A. Smith <viasmith@nola.gov>

Cc: Connolly, John <John.Connolly2@fema.dhs.gov>;Cramer, Jerame <Jerame.Cramer@fema.dhs.gov>

EMAIL FROM EXTERNAL SENDER: DO NOT click links, or open attachments, if sender is unknown, or the message seems suspicious in any way. DO NOT provide your user ID or password. If you believe that this is a phishing attempt, use the reporting tool in your Outlook to send this message to Security.

Good Morning Vince,

Please see comment below for your consideration and response. Thank you!

Tiffany Spann-Winfield
Deputy EHP Program Lead| EHP | FEMA Region VI
Mobile: (504) 218-6800
tiffany.spann@fema.dhs.gov

Federal Emergency Management Agency
fema.gov

-----Original Message-----
From: ehr929@everyactioncustom.com <ehr929@everyactioncustom.com>
Sent: Friday, September 9, 2022 12:48 PM
To: FEMA-LIRO-EHP-PA <fema-liro-ehp-pa@fema.dhs.gov>
Subject: Only the Corrupt Contractors want to expand the New Orleans jail. The people do NOT!

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Dear FEMA FEMA,

I write to inform you that the draft environmental impact report on the construction of the New Orleans jail overlooks one key element of the environment: the people. We have opposed the wasteful construction of a massive jail complex for 17 years, and the sheriff's election last December served as a referendum on the subject. Only corrupt contractors, who neither provide nor receive mental health services, wish to further disrupt our environment and the public with another costly project.

None of these construction projects are made in cooperation with the people occupying them. They are designed by donors to politicians, such as Grace Hebert architects, the principal champion of this project (who donated over $36,000 to the former sheriff, at least $5000 to the current mayor, and much to other public officials with contracting authority). All of the other renovation options carry lower environmental impacts, cost less, and are easier to staff. Considering the sheriff's office has been unable to provide adequate mental health services in the past, we cannot believe that new construction will be able to resolve our existing social dilemmas.

I ask that you amend your report to expand on environmental impact to include the impact on the people of New Orleans. It seems we have a bottomless pit of funding to build jails and prisons, yet no funds for alternatives, nor even to provide programming in these warehouses of anxiety, depression, and hostility. These psychological impacts on our community are every bit as real as the toxic sludge leaking into the groundwater.

Sincerely,
Emily Rhodes
New Orleans, LA 70117
ehr929@gmail.com