UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

## ORDER SCHEDULING STATUS CONFERENCE

An in-person status conference in the above matter is hereby SCHEDULED for October 12, 2022 at 10:00 a.m. before Magistrate Judge Michael B. North, Hale Boggs Building, Room B419, 500 Poydras Street, New Orleans, Louisiana. It is ordered that Sheriff Susan Hutson shall be present at the conference.

New Orleans, Louisiana, this  27th  day of                September              , 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE