UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                          CIVIL ACTION

VERSUS                                                                    NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                                   SECTION: "I"(5)

**ORDER**

Regarding the October 12, 2022 status conference scheduled in this matter, it is further ordered that Dr. David Trautenberg and Gilbert Montano be in attendance.

New Orleans, Louisiana, this 30th day of _____ September _____, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE