# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

### CITY OF NEW ORLEANS' NOTICE TO SUPPLEMENT COURT RECORD PURSUANT TO THE COURT'S ORDER OF MARCH 16, 2022 (REC. DOC. 1497)

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who respectfully submits this notice to supplement the record, pursuant to the Court's order and directive of March 16, 2022,[1] and represents as follows:

In its Minute Entry of March 16, 2022 ("Minute Entry"),[2] the Court ordered the City ". . . to produce to the parties and to the Court all documentation of any sort (*i.e.*, written correspondence, emails, and/or minutes of meetings or telephone conferences) of communications between the City and/or its consultants on the one hand and FEMA on the other regarding the alleged need to 'reopen' or extend the 106 process, including FEMA's direction that additional public hearings are required prior to the procurement phase being initiated," and to supplement the record as the City continues to communicate with FEMA concerning Phase III. The City has produced documents[3] in response to the Court's order and, consistent with that ongoing directive,[4] hereby supplements its production with the following documentation:

---

[1] R. Doc. 1497.
[2] *Id.*
[3] R. Doc. 1498; R. Doc. 1506; R. Doc. 1511; R. Doc. 1516; R. Doc. 1517; R. Doc. 1522; R. Doc. 1527; R. Doc. 1529; R. Doc. 1533; R. Doc. 1535; R. Doc 1540; R. Doc. 1542, R. Doc. 1547; R. Doc. 1552; R. Doc. 1553: R. Doc. 1554, R. Doc 1557, R. Doc. 1558, R. Doc. 1561.
[4] R. Doc. 1497. *See also* R. Doc. 1526.

1.) August 17, 2022, Phase III executive group meeting minutes.[5]

2.) Email correspondence[6] to the City from FEMA, forwarding the remaining public comment received as of September 22, 2022, and referenced in the City's September 23, 2022, filing[7].

3.) September 23, 2022, email correspondence[8] from John Sousa of Hill International, Inc., regarding the September 21, 2022, executive group meeting, and the September 22, 2022, meeting between the City and FEMA confirming the Phase III project status and conveying next steps.

4.) September 30, 2022, email correspondence[9] from the City to FEMA enclosing one (1) handwritten comment card collected from the library locations.

5.) October 4, 2022, email correspondences[10] to the City from FEMA, forwarding nineteen (19) additional public comments received by end-of-day on September 30, 2022.

6.) October 4, 2022, email string[11] between the City, GOSHEP, and FEMA enclosing, for the City's review and input, a working draft of the Phase III Project Worksheet, PW-21117v2, in the amount of $38,690,791.55.

7.) September 21, 2022, Phase III executive group meeting minutes[12] received by the City from John Sousa, Hill International, Inc., on October 5, 2022.

The City respectfully acknowledges that it is under an ongoing obligation to supplement this production as it continues to communicate with FEMA concerning Phase III.

---

[5] Attached hereto as **Exhibit A.**
[6] Attached hereto as **Exhibit B.**
[7] The City respectfully notes that six (6) public comments were received by FEMA September 8-9, 2022. Five, of which, were filed into the record at R. Doc. 1558.
[8] Attached hereto as **Exhibit C.**
[9] Attached hereto as **Exhibit D.**
[10] Attached hereto as **Exhibit E.**
[11] Attached hereto as **Exhibit F.**
[12] Attached hereto as **Exhibit G.**

Respectfully submitted,

*/s/ Donesia D. Turner*
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE:  (504) 658-9868

*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 9, 2022, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Donesia D. Turner*
**DONESIA D. TURNER**