# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-0859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "I"(5)** |

## ORDER

**IT IS ORDERED** that Plaintiff Class' Motion to Enforce Access Provisions of Consent Judgment and Stipulated Order (Rec. doc. 1569) is **SET FOR ORAL HEARING** on **Wednesday, December 7, 2022 at 11:00 a.m.** The submission date on the motion – November 30, 2022 – remains the same.

The oral hearing shall also serve as a status conference, at which the Court will expect to discuss, at a minimum, the framework submitted by OPSO for incident reporting, the completion of the OPSO staffing plan, and any issues related to the OPSO budget that are properly discussed with the Court and the parties.

New Orleans, Louisiana, this 21st day of November, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE