**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LASHAWN JONES, ET AL.                                   CIVIL ACTION

VERSUS                                                  NUMBER:  12-0859

MARLIN N. GUSMAN, ET AL.                                SECTION:  "I"(5)

**ORDER**

The Court hereby orders that Document 1566-3 be **SEALED**.

New Orleans, Louisiana, this __7th__ day of __December__, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE