# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                           **NUMBER: 12-859**

**MARLIN N. GUSMAN, ET AL.**                            **SECTION: "I"(5)**

## ORDER

The City Attorney's office contacted the Court today, December 12, 2022, with a legitimate request to extend the deadline for opening bids to construct the Phase III project until December 22, 2022. The Court granted that request but does not expect to grant any further such requests.

New Orleans, Louisiana, this 15th day of December, 2022.

                                                               **MICHAEL B. NORTH**
                                         **UNITED STATES MAGISTRATE JUDGE**