UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

———————————————————— )
                                           )
LASHAWN JONES, ET AL,                      )
Plaintiffs; and                            )
UNITED STATES OF AMERICA                   )
Plaintiffs in Intervention                 )
                                           )
v.                                         )        Civil Action No. 2:12-cv-00859
                                           )        Section I, Division 5
SUSAN HUTSON, ET AL,                       )        Judge Lance M. Africk
Defendants                                 )        Magistrate Judge Michael B. North
———————————————————— )
                                           )
SUSAN HUTSON,                              )
Third-Party Plaintiff                      )
                                           )
v.                                         )
                                           )
THE CITY OF NEW ORLEANS,                   )
Third-Party Defendant                      )
———————————————————— )

## **REQUEST FOR STATUS CONFERENCE**

The Plaintiff Class files this Request for Status Conference so the City may advise the

Parties and the Court of the status of the Phase III facility bid and construction processes.

On December 22, 2022, counsel for the Plaintiff Class received electronic mail from John

Sousa, a Project Executive with Hill International, Inc., the City of New Orleans' project manager

for the Phase III facility. Mr. Sousa stated that bids for the Phase III facility had been opened that

day, that one bid was submitted, that "[b]ased on FEMA requirements, the CNO will re-bid the

project," that a meeting was held to "strategize" the "next move,"[1] and that the "team" will meet

---

[1] In a statement to local media, a spokesperson for the City said "they are currently conducting 'post bid analysis' with the project architect, after which 'adjustments will be made to the plans (if required), and the plans will be re-submitted to the City's Purchasing Department for re-bidding.'" Nick Chrastil, *Phase III jail facility likely much costlier than expected, renewing calls for alternatives*, THE LENS (Jan. 9, 2023), https://thelensnola.org/2023/01/09/phase-iii-jail-facility-likely-much-costlier-than-expected-renewing-calls-for-alternatives/.

again on January 12, 2023, "to discuss options and recommendations." On January 5, 2023, Mr. Sousa provided Plaintiff Class counsel with electronic mail from Julien Meyer, Chief Procurement Officer with the Office of Procurement/Bureau of Purchasing for the City of New Orleans, purporting to explain what "FEMA requirements" the City believes necessitate "re-bid[ding] the project."

Aside from these two communications, the Plaintiff Class has not received any other information about the current status of the Phase III project: the Plaintiff Class was not included in any discussions held since the bid submission meeting, and is not invited to attend the meeting scheduled for tomorrow.

Further, the Plaintiff Class is aware of statements made by Defendant Sheriff Susan Hutson in the local media following the City's representation that it "will re-bid the project," including her suggestion that "all parties" "devise a new course forward to ensure the care of [Orleans Justice Center] residents with serious mental illness."[2]

The Plaintiff Class seeks the opportunity for all Parties to confer with the Court as to the City's and the Sheriff's ongoing commitment to complete the Phase III facility, and the current status of the project.[3]

The United States supports the Plaintiff Class' request to hold a status conference as soon as possible, and the United States is available any time after January 20 to discuss these Phase III facility developments.

---

[2] Matt Sledge, *Price tag for New Orleans jail building soars; here's how much it could now cost taxpayers*, NOLA.COM (Jan. 4, 2023), https://www.nola.com/news/politics/cost-to-build-a-new-new-orleans-jail-building-soars/article_08eaaf0c-8c49-11ed-8e61-035bea13686d.html.

[3] *See* 2016 Stipulated Order for the Appointment of Independent Jail Compliance Director (ECF No. 1082), 2017 Supplemental Compliance Action Plan (ECF No. 1106), Order & Reasons denying City's Motion for Relief (ECF No. 1396), and United States Court of Appeals for the Fifth Circuit Judgment, No. 21-30072, affirming District Court Order (ECF No. 1548).

Respectfully Submitted,

**FOR THE PLAINTIFF CLASS:**


 */s/ Emily Washington*
EMILY WASHINGTON, La. Bar No. 34143
ELIZABETH CUMMING, La. Bar No. 31685
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Avenue
New Orleans, LA 70119
(504) 620-2259
emily.washington@macarthurjustice.org


Date:  January 11, 2023