UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION I** |

### ORDER

Before the Court is a motion[1] to schedule a status conference filed by Kent Anderson, Steven Dominick, Anthony Gioustavia, Jimmie Jenkins, Lashawn Jones, Greg Journee, Richard Lanford, Leonard Lewis, and Euell Sylvester (collectively, "plaintiffs"),

**IT IS ORDERED** that the plaintiffs' motion to schedule a status conference is **GRANTED**;

**IT IS FURTHER ORDERED** that a status conference will be held **IN PERSON** with respect to the above-captioned case on **Tuesday, January 24, 2023 at 9:00 A.M.** before the undersigned U.S. District Court Judge.

New Orleans, Louisiana, January 13, 2023.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1578.