MINUTE ENTRY
AFRICK, J.
January 24, 2023
JS-10 00:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION I** |

On January 24, 2023, an in-person status conference was held before the undersigned U.S. District Court Judge and U.S. Magistrate Judge North with counsel for all parties participating. The parties discussed the City of New Orleans' progress relative to the status of the Phase III project.

New Orleans, Louisiana, February 3, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**