UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-859 |
| MARLIN GUSMAN, ET AL | SECTION I (5) |

**O R D E R**

The City of New Orleans ("City") recently informed the parties and the Court that, in response to its request for bids to construct the OPSO Medical Services Building (previously referred to as "Phase III"), the City received only one bid, which was substantially costlier than the City anticipated. As such, the City expressed its desire to rebid the project, a course of action to which the Court does not object. Accordingly,

**IT IS ORDERED** that if the City intends to rebid the project rather than accept the single bid it previously received, it shall rebid the project no later than 30 days from entry of this Order.

New Orleans, Louisiana February 7, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE