UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who pursuant to the Court's Order of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes that the project timeline is subject to change.

The City continues to move forward with compliance measures, consistent with the Court's Orders. On February 17, 2023, way of email, the Law Department received and forwarded FEMA funding documents, along with the advertisement announcement for the Public Pre-Bid Webinar, which was held on February 28, 2023. The documents were forwarded by Hill International to the Law Department and the Law Department distributed them to the Court and the Executive Group. On February 19, 2023, Grace Hebert Construction submitted a link for Construction Documents and Specifications to the City of New Orleans, in preparation for re-bidding, which was scheduled to start on March 6, 2023.

On February 28, 2023, Capital Projects Administration hosted the Public Pre-Bid Webinar, which was attended by 28 participants, including representatives of 5 prime contractors

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] See Project Status Report (March 10, 2023), attached hereto as **Exhibit A**.

(Meyer Construction, Woodwork Construction, McDonnel Group, Gibbs, VNM Construction). One of the primes requested a change in the bid due date from April 10, 2023, to later in the week because of Easter weekend. On March 1, 2023, Hill International and Capital Projects Administration submitted to the Law Department and Tommie Vassel, a summary of the public webinar presentation, which included a list of primes, as well as a request for a new re-bid due date.  On Thursday March 2, 2023, the City made a request to Judge North to extend the re-bid due date, and on that same date, Judge North approved the request and extended it to April 14, 2023.

Also, on March 2, 2023, Hill International and Capital Projects Administration submitted a copy of the Solicitation – Notice of Advertisement to the Law Department, which was forwarded on to Tommie Vassel and the Executive Group. In light of the fact that the initial advertisement had been submitted to the Advocate for publishing prior to the request to change the re-bid date, an addendum was added to reflect the new due date, April 14, 2023.

The permitted plans will be available for the issuance of building permits when the contractor is selected, contracted and the construction notice to proceed is issued to begin construction.

The total current funds in place for the Phase III project, totals $71 million.  In response to the bid amount received on December 22, 2023, and the Federal Court Order issued on February 22, 2023, the City is moving forward with identifying an additional $37 million to build the project.

The February Executive Group meeting is scheduled for March 15, 2023.

        Respectfully submitted,

        */s/ Kevin C. Hill*
        **KEVIN C. HILL (LSBA #26338)**
        Sr. Chief Deputy City Attorney
        Email: kchill@nola.gov
        **DONESIA D. TURNER (LSBA #23338)**
        City Attorney
        Email: donesia.turner@nola.gov
        1300 PERDIDO STREET
        CITY HALL - ROOM 5E03
        NEW ORLEANS, LOUISIANA 70112
        TELEPHONE:  (504) 658-9800
        FACSIMILE:   (504) 658-9868
        *Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2023, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

        */s/ Kevin C. Hill*
        **KEVIN C. HILL**