# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] to "Enforce Access Provisions of Consent Judgment and Stipulated Order," filed by the plaintiff class,

**IT IS ORDERED** that the motion is **REFERRED** to U.S. Magistrate Judge North for appropriate disposition.

New Orleans, Louisiana, March 21, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 1585.