# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-0859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "I"(5)** |

## ORDER

Before the Court is the Motion to Enforce Access Provisions of Consent Judgment and Stipulated Order filed by Plaintiffs. (Rec. doc. 1585). That motion is set for submission on April 5, 2023 (rec. doc. 1585-3), making OPSO's response memorandum due March 28, 2023 pursuant to Local Rule 7.3. The OPSO has not, as yet, filed a response to the motion. However, on March 29, 2023, the Court issued an order granting Plaintiffs leave to file a supplemental memorandum, which is now in the record at document no. 1591. Accordingly, and in the interests of justice, the Court hereby continues the submission date on Plaintiffs' motion to April 12, 2023. OPSO is hereby ordered to file its response to the motion and supplemental memorandum in support no later than April 5, 2023.

New Orleans, Louisiana, this 30th day of March, 2023.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE