UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL, )
Plaintiffs; and )
UNITED STATES OF AMERICA )
Plaintiffs in Intervention )
 )
v. ) Civil Action No. 2:12-cv-00859
 ) Section I, Division 5
SUSAN HUTSON, ET AL, ) Judge Lance M. Africk
Defendants ) Magistrate Judge Michael B. North
 )

SUSAN HUTSON, )
Third-Party Plaintiff )
 )
v. )
 )
THE CITY OF NEW ORLEANS, )
Third-Party Defendant )

**DEFENDANT'S OPPOSITION TO PLAINTIFF CLASS' MOTION TO ENFORCE ACCESS PROVISIONS OF CONSENT JUDGMENT AND STIPULATED ORDER**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Susan Hutson, in her official capacity as Sheriff of Orleans Parish, who respectfully submits this Opposition to the Plaintiff Class' Motion to Enforce based on the following:

Sheriff Hutson acknowledges that the subject requests Plaintiffs' counsel were not responded to in a timely manner. With that being said, at the time of filing this response, Sheriff Hutson has provided complete responses to all inquiries by Plaintiffs.

Plaintiffs' counsel filed the original motion to enforce on March 15, 2023, after multiple attempts to obtain information regarding certain clients in OPSO custody. These attempts were unsuccessful, so on Friday, March 17, 2023, a meeting was held which included Sheriff Huston in

an attempt to identify and produce get documents. Following the March 17th meeting, several documents were produced, however, Plaintiffs' counsel reach out and indicated that several documents remained unsubmitted.

On Friday, March 31, 2023, Plaintiffs' counsel met with attorneys for OPSO to discuss additional documents that had not yet been produced but would be responsive to the requests noted in Plaintiffs' supplemental memoranda. After the March 31st meeting, Plaintiffs' counsel identified additional documents that remained outstanding. Finally, on Wednesday, April 5, 2023, John Williams, Chief of Staff for Sheriff Hutson, met with every investigatory unit and Plaintiffs, counsel concerning the incident for which class member T.A. is the subject. Specifically, Chief Williams used the email by Plaintiffs' counsel outlining outstanding documents to review with the investigatory unit to ensure that all material had been gathered and ultimately produced. Shortly after the April 5th meeting with all investigatory units, Chief Williams hand delivered documents provided by the investigatory team to Plaintiffs' counsel which satisfied outstanding requests, and therefore, renders moot the request sought by Plaintiffs.

Based on representations by all investigatory units involved in the investigations of Plaintiffs' underlying requests, absent inadvertence or mistake, Defendant, Sheriff Hutson attests that all material responsive to Plaintiffs' underlying request have been provided that exist.

**WHEREFORE**, the requests by Plaintiffs should be denied.

[See Signature and Certificate of Service on Next Page]

**RESPECTFULLY SUBMITTED,**
**ORLEANS PARISH SHERIFF'S OFFICE**

  ___/s/ John S. Williams_____ _____
**JOHN S. WILLIAMS (LSBA No. 32270)**
williamsjo@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile
*COUNSEL FOR DEFENDANTS*
**-PUBLIC ENTITY/FEE EXEMPT-**
 **(See La. R.S. 13:4521 & 13:5112)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  5th  day of  April  2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

  _____/s/ John S. Williams____ __
       **JOHN S. WILLIAMS**

3