# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "I"(5)** |

## ORDER ON MOTION
### APRIL 12, 2023

APPEARANCES:

MOTION:

(1) Plaintiff Class' Motion to Enforce Access Provisions of Consent Judgment and Stipulated Order (rec. doc. 1585)

_____ : Continued to

_____ : No opposition filed within the time prescribed by Local Rule 7.5.

\_\_\_1\_\_\_ : Opposition. (Rec. doc. 1594).

### ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

\_\_\_1\_\_\_ : Denied as moot as per record document 1596.

_____ : Other.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**