UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

### ORDER

**IT IS ORDERED** that a status hearing with all parties, including the court's monitors, will take place on **Monday, May 15, 2023 at 2:30 p.m.** before the undersigned U.S. District Court Judge, in Courtroom C427, 500 Poydras Street, New Orleans, Louisiana.

Members of the New Orleans City Council are invited to attend.

New Orleans, Louisiana May 3, 2023.

*[signature]*

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**