UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | **SECTION I, DIVISION 5** |
| **MARLIN GUSMAN, ET AL.** | **JUDGE LANCE M. AFRICK**<br>**MAGISTRATE JUDGE NORTH** |

## STATUS REPORT

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who pursuant to the Court's Order of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Phase III new jail building. Because of the ongoing COVID-19 global pandemic and unknowns generally associated with municipal capital projects, the City respectfully notes that the project timeline is subject to change.

The City continues to move forward with compliance measures, consistent with the Court's Orders. On Friday April 21, 2023, the City received one bid from The McDonnel Group (TMG) for the OJC – Medical Services Building Phase III project. The base bid was in the amount of $88,757,000.00. The City is acquiring post-bid information from the low bidder and preparing the construction contract for routing and execution. Meetings are also being held with the contractor to begin identifying potential cost-saving options without altering or impacting the main design features.

The permitted plans will be available for the issuance of building permits when the contractor is selected, contracted and the construction notice to proceed is issued to begin construction.

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] See Project Status Report (May 12, 2023), attached hereto as **Exhibit A**.

The current funds in place for the Phase III project total $71 Million. In response to the bid amount received on December 22, 2023, and the Federal Court Order issued on February 22, 2023, the City is moving forward with identifying an additional $37 Million to build the project. Meetings are being held with each City Council member to review current bond funded projects within their respective council districts to determine fund reallocations to the Phase III project to advance construction.

The May Executive Group meeting is scheduled for May 17, 2023.

Respectfully submitted,

*/s/ Kevin C. Hill*
**KEVIN C. HILL (LSBA #26338)**
Sr. Chief Deputy City Attorney
Email: kchill@nola.gov
**DONESIA D. TURNER (LSBA #23338)**
City Attorney
Email: donesia.turner@nola.gov
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
*Counsel for the City of New Orleans*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>May 12, 2023</u>, a copy of the foregoing was served, contemporaneously or prior, upon all counsel of record in this proceeding via the court's CM/ECF system.

*/s/ Kevin C. Hill*
**KEVIN C. HILL**
