**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL** | **SECTION I** |

## O R D E R

This Court is in receipt of the Court requested email from Dr. Nicole Johnson regarding concerns that she encountered at the Orleans Justice Center during her May 16, 2023 and December 6, 2022 visits.

The Court requests that Wellpath file a written response to each of the concerns and that Wellpath advise the Court how it intends to address the deficiencies noted in the email and at the hearing. Wellpath should provide a written response by June 19, 2023. Accordingly,

**IT IS ORDERED** that a copy of this Order be provided to Wellpath by mailing a copy of it to their attorney, E. Paige Sensenbrenner, Esq., Adams & Reese, LLP, 701 Poydras Street, Suite 4500, New Orleans, Louisiana 70139.

New Orleans, Louisiana this 17th day of May, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**