# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL** | * | **CIVIL ACTION NO. 2:12-CV-00859** |
| **Plaintiffs; and** | * | |
| | * | **JUDGE LANCE M. AFRICK** |
| **VERSUS** | * | |
| | * | **MAG. JUDGE MICHAEL B. NORTH** |
| **MARLIN N. GUSMAN, ET AL** | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Susan Hutson, Sheriff Orleans Parish ("Hutson"),  who respectfully moves this Honorable Court to withdraw James M. Williams (#26141), Inemesit U. O'Boyle (#30007), Patrick R. Follette (#34547) and the law firm of Chehardy, Sherman, Williams, Recile, & Hayes, LLP, One Galleria Boulevard, Suite 1100, Metairie,  Louisiana 70001 as counsel of record for Hutson and substitute in their place Andrew C. Abrams (#32280), aabrams@leakeandersson.com, and the law firm Leake & Andersson, LLP, 1100 Poydras Street, Suite 1700, New Orleans, Louisiana 70163-1701, as counsel of record for Hutson. Undersigned counsel certifies that Hutson and enrolling counsel have been notified of all deadlines and pending court appearances.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, RECILE, & HAYES, LLP**

*/s/ Patrick R. Follette*
JAMES M. WILLIAMS, BAR NO. 26141
INEMESIT U. O'BOYLE, BAR NO. 30007
PATRICK R. FOLLETTE, BAR NO. 34547
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
james@thetrialteam.com; inem@thetrialteam.com;
patrick@thetrialteam.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 22nd day of May, 2023, a copy of the foregoing was served

contemporaneously, upon all counsel of record in this proceeding via the court's CM/ECF system.

/s/ *Patrick R. Follette*