MINUTE ENTRY
AFRICK, J.
May 30, 2023
JS-10 00:05

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION I** |

On this date, the Court held a telephone status conference with counsel for all parties participating. The parties discussed the motion[1] to withdraw James M. Williams, Inemesit U. O'Boyle, and Patrick R. Follette as counsel of record and to enroll Andrew C. Abrams ("Mr. Abrams") as counsel of record filed by defendant Susan Hutson, Sheriff of Orleans Parish ("Sheriff Hutson"). Mr. Abrams informed the Court that he is no longer associated with the law firm O'Bryon & Schnabel, PLC, and is now employed by Leake & Andersson, LLP. Accordingly,

**IT IS ORDERED** that Sheriff Hutson's motion is **GRANTED**. James M. Williams, Inemesit U. O'Boyle, and Patrick R. Follette are **WITHDRAWN** as counsel of record for Sheriff Hutson, and Andrew C. Abrams shall be **ENROLLED** as counsel of record for Sheriff Hutson.

---

[1] R. Doc. No. 1603.

New Orleans, Louisiana, May 30, 2023.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**