UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** * | **CIVIL ACTION NO.:  12-859** |
| **Plaintiffs** * | |
| * | |
| **VERSUS** * | **SECTION I** |
| * | |
| * | |
| **MARLIN GUSMAN, ET AL.** * | |
| **Defendants** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Timothy R. Richardson, who respectfully moves this Honorable Court for an order withdrawing him as counsel of record for the Orleans Parish Sheriff's Department in this matter.  The address and telephone number of the defendants is:  2800 Perdido St., New Orleans, LA 70119; (504) 822-8000.

The filing of this Motion will not unduly delay these proceedings nor prejudice any of the parties.

WHEREFORE, Timothy R. Richardson prays that this motion be GRANTED and that he be withdrawn as counsel of record for the Orleans Parish Sheriff's Department, and Marlin Gusman in this proceeding.

    Respectfully submitted,
    **FROSCH RODRIGUE ARCURI, LLC**

    _ss/:Timothy R. Richardson_____
    Timothy R. Richardson (LSBN 27625)
    1615 Poydras Street, Suite 1250
    New Orleans, Louisiana 70112
    Telephone: (504) 592-4600
    Facsimile: (504) 592-4641
    Email: trichardson@fralawfirm.com

## CERTIFICATE OF SERVICE

    I do hereby certify that on this __31st__ day of __May__, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage pre-paid.

                                                              *ss/:Timothy R. Richardson*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** * | **CIVIL ACTION NO.:  12-859** |
| **Plaintiffs** * | |
| * | |
| **VERSUS** * | **SECTION I** |
| * | |
| * | |
| **MARLIN GUSMAN, ET AL.** * | |
| **Defendants** * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Timothy R. Richardson's Motion to Withdraw as Counsel of Record is GRANTED.  Timothy R. Richardson is hereby WITHDRAWN as counsel of record for Orleans Parish Sheriff's Department and Marlin Gusman.

                            *ss/:Timothy R. Richardson*