## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES, ET AL.**  **CIVIL ACTION**

**VERSUS**  **NUMBER: 12-0859**

**MARLIN N. GUSMAN, ET AL.**  **SECTION: "I" (5)**

### ORDER

The Sheriff's Motion to Terminate All Orders Regarding Construction of Phase III Jail (rec. doc. 1617) has been referred to the undersigned. The submission date suggested by the Sheriff is July 26, 2023. (Rec. doc. 1617-1). Given the well-established primacy of this project in the Court's eye and the importance of avoiding unwarranted delays in its completion, the Court hereby orders that the submission date on the aforementioned motion is expedited to July 17, 2023. All response memoranda shall be filed no later than July 10, 2023. Any reply memorandum filed by the Sheriff (limited to five pages) may be filed without leave of Court by July 13, 2023. Unless otherwise ordered by the Court, the motion will be decided on the briefs, without oral argument.

Additionally, in light of the Sheriff's counsel's statement at the recent status conference that the Sheriff does not intend to sign a cooperative endeavor agreement ("CEA") with the City for the construction of Phase III, the parties are directed to file memoranda addressing the question whether the Court should issue an order embodying the terms of the CEA currently before the City Council if the Sheriff does, in fact, refuse to sign that document. Those memoranda shall be filed no later than July 13, 2023.

New Orleans, Louisiana, this __28th__ day of _____June_____, 2023.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE