**MINUTE ENTRY**
**NORTH, M.J.**
**JUNE 28, 2023**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-0859** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "I" (5)** |

On this date, the undersigned held a status conference in the above-captioned lawsuit.  Present were:

| | |
|---|---|
| Margo Frasier | Tommie Vassel |
| Emily Washington | George Eppsteiner |
| Andrew Abrams | John Williams |
| Harry Rosenberg | Diana Surprenant |

The parties shall proceed as discussed at the conference.  The Court refers the parties to the transcript for reference.  The court reporter was Karen Ibos.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR: 01:03**