

**LORA W. JOHNSON, CMC, LMMC**
**CLERK OF COUNCIL**

1300 Perdido Street • Room 1E09
New Orleans, Louisiana 70112

*New Orleans City Council*

RECEIVED

JUL 05 2023

CHAMBERS OF
U.S. DISTRICT JUDGE
LANCE M. AFRICK

June 23, 2023

Honorable Lance M. Africk, Judge
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street. Room C405
New Orleans, LA 70130

Dear Honorable Judge Africk:

The New Orleans City Council adopted Resolution (R-23-296) at its meeting of June 22, 2023.

The Council of the City of New Orleans is respectfully requesting the U.S. District Court of the Eastern District of Louisiana assist the City of New Orleans and/or the Orleans Parish Sheriff's Office to determine the best approach to audit and analyze whether the significant increase in cost of construction for the new Medical and Mental Health Services Facility (Phase III) at the Orleans Justice Center is appropriate. The Council also respectfully requests the Court to allow this financial review to occur before public funds are appropriated.

Thanking you for your cooperation in this matter. If you have any questions, please feel free to contact the Clerk of Council's office at (504) 658-1085.

Sincerely,

Lora W. Johnson

Lora W. Johnson, LMMC, MMC
Clerk of Council

LWJ/ags

Enclosure

RESOLUTION

NO. R-23-296

CITY HALL:    June 22, 2023

BY:    COUNCILMEMBERS MORENO, MORRELL, HARRIS, GREEN AND THOMAS

A **RESOLUTION** requesting an official third-party audit to review the cost of construction for the new Medical and Mental Health Services Facility (Phase III) at the Orleans Justice Center to ensure the drastic rise in expenses is appropriate prior to the allocation of public funds.

**WHEREAS,** the City of New Orleans is currently poised to fund the construction of a new special needs jail building; the same construction that advocates and officials have consistently demanded alternatives for in lieu of the proposed 89-bed facility, infirmary, programming and counseling space, laundry, and expanded visitation areas; and

**WHEREAS,** the U.S. Department of Justice and federal court-appointed jail monitors, argue that the new facility – Phase III – must be built to provide constitutional care to people with serious mental illness who are awaiting trial at the Orleans Justice Center; and

**WHEREAS,** opposition from community groups who oppose the expansion of the jail's facilities argue that the public funds should instead be invested in providing expansive mental health care services in the community; and

**WHEREAS,** over the last few years, the project's cost estimates have grown both significantly and alarmingly; and

**WHEREAS,** according to Court filings from December 13, 2018, the Director of Capital Projects for the City conveyed to then-Compliance Director Darnley Hodge that the cost of an 89-bed Phase III facility was estimated to be $36 million; and

**WHEREAS,** in the early winter of 2022, the cost of the facility reportedly increased to $71 million; in January 2023, *The Lens* reported that following a multi-week open call for proposals, the single bid for the project came in at $89 million; and

**WHEREAS,** the Council has now been made aware that Phase III estimates have again ballooned to an estimated cost of $109 million funded by a proposed $41 million in FEMA funds and $30 million in bond funds, leaving a yawning gap of $38 million to be covered by yet-to-be-determined funding source(s); and

**WHEREAS,** while we must provide necessary care and humane conditions for people in custody at the Orleans Justice Center, it is imperative that City officials act as good stewards of public funds; having an accurate construction cost estimate and updated financial audit would allow the prioritization and potential funding of other continuum of mental health care programs throughout the community and/or other related critical services; **NOW THEREFORE**

**BE IT RESOLVED BY THE COUNCIL OF THE CITY OF NEW ORLEANS,** That the New Orleans City Council respectfully requests the U.S. District Court of the Eastern District of Louisiana assist the City of New Orleans and/or the Orleans Parish Sheriff's Office to determine the best approach to audit and analyze whether the significant increase in cost of construction for the new Medical and Mental Health Services Facility (Phase III) at the Orleans Justice Center is appropriate.

**BE IT FURTHER RESOLVED,** That the Council respectfully requests the Court allow for this financial review to occur before public funds are appropriated.

**BE IT FURTHER RESOVLED,** That the Clerk of Council transmit certified copies of this resolution to U.S. District Judge Lance Africk, Mayor LaToya Cantrell, Chief Administrative

2

Officer Gilbert Montaño, Orleans Parish Sheriff Susan Hutson, and Capital Projects Administrator Vincent Smith.

THE FOREGOING RESOLUTION WAS READ IN FULL, THE ROLL WAS CALLED ON THE ADOPTION THEREOF, THE RESULT WAS AS FOLLOWS:

YEAS:          Giarrusso, Green, Harris, King, Moreno, Morrell, Thomas – 7

NAYS:          0

ABSENT:     0

AND THE RESOLUTION WAS ADOPTED.

g:\mills\council\adopted m-r 2023\r-296.docx

THE FOREGOING IS CERTIFIED
TO BE A TRUE AND CORRECT COPY

*Lora W. Johnson*

CLERK OF COUNCIL

3



New Orleans City Council

LORA W. JOHNSON, CMC, LMMC ~ CLERK OF COUNCIL

1300 Perdido Street • Room 1E09
New Orleans, Louisiana 70112

FIRST-CLASS



US POSTAGE «PITNEY BOWES

ZIP 70112  $ 000.60°
02 7W
0008027044 JUN 26 2023

Honorable Lance M. Africk, Judge
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street. Room C405
New Orleans, LA 70130

U.S. Marshals