UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 12-0859** |
| **SUSAN HUTSON, ET AL.** | * | **SECTION: "I" (5)** |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1 and light of the Court's prior Order [Doc. 1621], Sheriff Susan Hutson (the "Sheriff") respectfully requests that the Court grant oral argument on her Motion to Terminate All Orders Regarding the Construction of the Phase III Jail (the "Motion") [Doc. 1617]. The Court has set the submission date for the Motion on July 17, 2023. The United States and the Plaintiff Class have filed oppositions to the Motion [Docs. 1624 & 1625], which have raised both overlapping and separate arguments for denying the Motion. The Sheriff has addressed these arguments in her Reply Brief, which she has filed contemporaneously with this request.

The Motion asks the Court to terminate all prospective relief regarding the construction of the Phase III jail because the Court's orders violate 18 U.S.C. § 3626(g)(6) of the Prisoner Litigation Reform Act (the "PLRA"). Although the parties and this Court have previously considered other aspects of, and prohibitions under, the PLRA, namely, § 3626(a)(1)(C), the Motion raises a challenge to the Court's orders under this provision—§ 3626(g)(6)—for the first time. Consequently, the Sheriff suggests that oral argument would permit a full opportunity for the parties to address § 3626(g)(6) of the PLRA and to answer the Court's questions.

Moreover, in its June 28, 2023 Order [Doc. 1621] regarding the Sheriff's Motion, the Court directed the parties to "file memoranda addressing the question whether the Court should issue an order embodying the terms of the CEA [i.e., Cooperative Endeavor Agreement] currently before

the City Council if the Sheriff does, in fact, refuse to sign that document." This issue is also a new one that neither the parties nor the Court has previously addressed. Oral argument would also allow the parties to present argument and respond to the Court's questions on this new issue.

Given the importance of the issues raised, for the first time, in the Motion as well as the importance of this litigation, the Sheriff respectfully requests that the Court grant oral argument to allow the parties to respond to the Court's inquiries regarding the Motion and, thus, to assist the Court in reaching the most well-considered ruling on the Motion.

                                      Respectfully submitted,

                                      /s/ John S. Williams
                                    JOHN S. WILLIAMS (# 32270)
                                    Chief of Staff
                                    ORLEANS PARISH SHERIFF'S OFFICE
                                    2800 Perdido Street
                                    New Orleans, LA 70119
                                    Telephone: (504) 202-9217
                                    Email: williamsjo@opso.us

                                    Attorney for SUSAN HUTSON, SHERIFF
                                    OF ORLEANS PARISH