MINUTE ENTRY
NORTH, M.J.
AUGUST 17, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

The Court held a status conference with the parties in the presence of a court reporter (Sammantha Morgan). James Austin, Ray Patterson, Gerry Hebert, and Margo Frasier made statements on the record. As directed at the conference, the City is to file Mr. Hebert's correspondence to Vincent Smith in July 2023 into the record, along with copies of the materials Mr. Hebert sought to discuss at the conference.

In response to the Court's Order setting the conference, the City Attorney indicated that the City would issue a Notice to Proceed to the Phase III contractor no later than September 15, 2023.

New Orleans, Louisiana, this 18th day of August, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (02:20)