UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 12-0859** |
| **SUSAN HUTSON, ET AL.** | * | **SECTION: "I" (5)** |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Sheriff Susan gives notice of her intent to appeal, to the United States Court of Appeals for the Fifth Circuit, this Court's September 8, 2023 Order & Reasons, which denied Sheriff Hutson's Motion to Terminate [Doc. 1648], entered the "Order Setting Conditions of Construction" [Doc. 1634-1] as an order of the Court, and adopted and amended the Magistrate Judge's July 19, 2023 Report & Recommendation [Doc. 1634].

Respectfully submitted,

/s/ John S. Williams
JOHN S. WILLIAMS (# 32270)
Chief of Staff
ORLEANS PARISH SHERIFF'S OFFICE
2800 Perdido Street
New Orleans, LA 70119
Telephone: (504) 202-9217
Email: williamsjo@opso.us
Attorney for SUSAN HUTSON, SHERIFF OF ORLEANS PARISH