UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| _____ ) | |
| LASHAWN JONES, ET AL, ) | |
| Plaintiffs; and ) | |
| UNITED STATES OF AMERICA ) | |
| Plaintiffs in Intervention ) | |
| ) | |
| v. ) | Civil Action No. 2:12-cv-00859 |
| ) | Section I, Division 5 |
| SUSAN HUTSON, ET AL, ) | Judge Lance M. Africk |
| Defendants ) | Magistrate Judge Michael B. North |
| _____ ) | |
| ) | |
| SUSAN HUTSON, ) | |
| Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| THE CITY OF NEW ORLEANS, ) | |
| Third-Party Defendant ) | |
| _____ ) | |

**PLAINTIFF CLASS OPPOSITION TO
SHERIFF HUTSON'S REQUEST TO EXPEDITE MOTION TO STAY**

The Plaintiff Class opposes Orleans Parish Sheriff Hutson's request for expedited consideration[1] of Hutson's motion to stay.[2]

In seeking to expedite consideration, Hutson misrepresents the date of this Court's order denying Hutson's "motion to terminate all orders regarding the construction of the Phase III jail."[3] This Court issued its order on the morning of Tuesday, September 5, 2023,[4] not Friday, September 8, 2023, as Hutson represents.[5] Hutson waited over five days before filing the motion to stay and

---

[1] ECF No. 1651.
[2] ECF No. 1651.
[3] ECF No. 1648, quoting ECF No. 1617.
[4] ECF No. 1648.
[5] ECF No. 1651 at 1.

the accompanying motion to expedite on a Sunday morning, September 10, 2023. Hutson offers no reason for this delay.

The motion to expedite relies solely on the City's commitment to issue the notice to proceed to its contractor by Friday, September 15, 2023,[6] as cause for this Court to grant the request. Further, Hutson asks this Court to rule on the motion to stay "at least before" that same date, a mere four working days away.[7] In this context, the Plaintiff Class also notes that all arguments offered in Hutson's now-denied "motion to terminate all orders regarding the construction of the Phase III jail" (and its accompanying memorandum) could have been advanced as early as May 2, 2022,[8] when Sheriff Hutson was sworn into office following a five month transition after her December 2021 election.

The Plaintiff Class submits that Hutson's decision to delay not only the filing of this motion to stay, but also the underlying "motion to terminate" itself, should not require this Court nor the parties to resolve Hutson's motion to stay within a matter of mere days. The Plaintiff Class respectfully requests that Hutson's motion to expedite be denied and this Court either maintain the briefing schedule on that motion as established by the local rules[9] or issue an appropriate briefing schedule that provides the Plaintiff Class and other parties with reasonable and substantive time to respond to Hutson's motion to stay.

---

[6] ECF No. 1649 at 104-105 (transcript of August 17, 2023, status conference); ECF No. 1643-1 (CNO project status report).
[7] ECF No. 1651 at 2.
[8] Hutson filed the "motion to terminate" over a year later, on June 26, 2023. ECF No. 1617.
[9] The motion to stay has been noticed for submission at this Court's next available date, October 4, 2023, making the Plaintiff Class opposition due September 26, 2023, per the local rules of the Eastern District. The Plaintiff Class fully intends to file such an opposition.

Respectfully submitted,

**FOR THE PLAINTIFF CLASS:**

*s/ Elizabeth Cumming*
EMILY WASHINGTON, LSBN 34143
ELIZABETH CUMMING, LSBN 31685
Roderick & Solange MacArthur Justice Center
4400 S. Carrollton Avenue
New Orleans, LA 70119
(504) 620-2259 (ph)
emily.washington@macarthurjustice.org
elizabeth.cumming@macarthurjustice.org

Date:  September 11, 2023