# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN ET AL.** | **SECTION I** |

## ORDER

Before the Court is Sheriff Susan Hutson's motion[1] "for expedited consideration" of her motion[2] "to stay all orders regarding the construction of the Phase III jail" pending her appeal of this Court's September 5, 2023 order.[3] The plaintiff class has filed an opposition[4] to Sheriff Hutson's motion to expedite.

Sheriff Hutson's motion to expedite was filed yesterday, on Sunday, September 10, 2023, five days after this Court's order. As the plaintiff class points out, Sheriff Hutson offers no reason for this delay and misrepresents that this Court's order was issued on Friday, September 8, 2023 rather than Tuesday, September 5, 2023.

Sheriff Hutson argues that expedited consideration of her motion to stay is warranted because "this Court has ordered construction to proceed, and there are multiple, upcoming events designed to move the construction forward."[5] Sheriff Hutson asks the Court to decide her motion to stay "at least before" this Friday,

---

[1] R. Doc. No. 1651.
[2] R. Doc. No. 1650.
[3] R. Doc. No. 1648.
[4] R. Doc. No. 1653.
[5] R. Doc. No. 1651, at 1.

September 15, 2023, the date by which the City of New Orleans has committed to issue the notice to proceed to its contractor.[6]

The plaintiff class responds that Sheriff Hutson chose to wait to file her motion to terminate all orders regarding the construction of the Phase III jail until June 26, 2023.[7] Sheriff Hutson could have filed this motion as early as May 2, 2022, when she was sworn into office following her December 11, 2021 election.[8] The plaintiff class also notes that Sheriff Hutson could have filed her motion for a stay several days earlier than Sunday.[9] The Court will not permit Sheriff Hutson's own unjustifiable delays to usher in an unusually expedited briefing schedule requiring the other parties in this case to rush a responsive pleading and this Court to rush consideration of the same. Accordingly,

**IT IS ORDERED** that the motion for expedited consideration is **DENIED**. The briefing schedule for Sheriff Hutson's motion to stay, as established by this Court's local rules, remains in place.

New Orleans, Louisiana, September 11, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[6] *Id.* at 2.
[7] R. Doc. No. 1653, at 2.
[8] *Id.*
[9] *Id.* at 1–2.