MINUTE ENTRY
NORTH, M.J.
SEPTEMBER 21, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                        CIVIL ACTION

VERSUS                                       NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                     SECTION: "I"(5)

A status conference in the above matter was held on this date.

PRESENT:    Elizabeth Cumming        Margo Frasier
            John Williams            Paige Sensenbrenner
            Annie Howard

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:40)