UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____ )
LASHAWN JONES, ET AL,                   )
Plaintiffs; and                         )
UNITED STATES OF AMERICA                )
Plaintiffs in Intervention              )
                                        )
v.                                      )        Civil Action No. 2:12-cv-00859
                                        )        Section I, Division 5
SUSAN HUTSON, ET AL,                    )        Judge Lance M. Africk
Defendants                              )        Magistrate Judge Michael B. North
_____ )
                                        )
SUSAN HUTSON,                           )
Third-Party Plaintiff                   )
                                        )
v.                                      )
                                        )
THE CITY OF NEW ORLEANS,                )
Third-Party Defendant                   )
_____ )

## PLAINTIFF CLASS' RESPONSE TO ORLEANS PARISH SHERIFF'S OBJECTION AND STATEMENT TO REPORT AND RECOMMENDATION

On October 18, 2023, the Magistrate Judge issued his report and recommendation to deny

the Orleans Parish Sheriff's motion to stay the District Court's order and reasons denying the

Sheriff's motion to terminate all orders regarding the construction of the Phase III facility.[1] The

Sheriff has now filed a cursory "objection and statement to report and recommendation,"[2] asking

---

[1] ECF No. 1674.

[2] Arguably, the Sheriff's filing is not compliant with Rule 76 of the Federal Rules of Civil Procedure which requires "specific written objections to the proposed findings and recommendations" of a magistrate judge. Other district courts of this circuit have explained that "[i]n order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's report and recommendation where the disputed determination is found." U.S. v. Rodriguez, No. 418CR00216ALMCAN18, 2020 WL 4689193, at *6 (E.D. Tex. July 27, 2020), report and recommendation adopted, No. 4:18-CR-216, 2020 WL 4674141 (E.D. Tex. Aug. 12, 2020); U.S. v. Turner, No. 418CR00216ALMCAN34, 2020 WL 6121481, at *3 (E.D. Tex. Sept. 15, 2020), report and recommendation

this Court to rule "as soon as possible, without formal submission of these objections or briefing by the parties." The Plaintiff Class files this response to the Sheriff's objection in compliance with this Court's order that any such filings be provided by November 7, 2023.[3]

In four bullet points, comprising less than half a page, the Sheriff asserts that the Magistrate Judge erred in his findings on each of the four Hilton[4] stay factors. Given the undetailed, conclusory nature of these objections, the Plaintiff Class relies in this response on the arguments advanced in opposition to the Sheriff's motion to stay, ECF No. 1663, and otherwise concurs with the factual and legal findings contained in the report and recommendation, ECF No. 1674.[5]

WHEREFORE, the Plaintiff Class respectfully request that this Court accept the report and recommendation in full and deny the Sheriff's motion to stay.

Respectfully submitted,

*s/ Emily Washington*
EMILY WASHINGTON, LSBN 34143
ELIZABETH CUMMING, LSBN 31685
Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (ph)
(504) 208-3133 (f)

*Counsel for the Plaintiff Class*

Date: November 7, 2023

---

adopted, No. 4:18-CR-216, 2020 WL 6118612 (E.D. Tex. Oct. 16, 2020). See also Martin v. Saul, No. 5-19-CV-00573-FB-RBF, 2020 WL 4382133, at *9 (W.D. Tex. July 30, 2020) ("the district court need not consider frivolous, conclusory, or general objections").

[3] ECF No. 1676.

[4] Hilton v. Braunskill, 481 U.S. 770, 776 (1987).

[5] In part, the Sheriff's objection argues that her appeal of this Court's denial of her motion to terminate will present "a serious legal question, which the Plaintiffs, United States, and Magistrate Judge did not address." Contrary to this suggestion, the Plaintiff Class has addressed this "question" and would direct this Court to the Plaintiff Class' oppositions to both the Sheriff's motion to terminate and motion to stay. ECF No. 1625; ECF No. 1663, including specifically the discussion at 12-15 regarding the first Hilton factor.