UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 12-0859 |
| MARLIN N. GUSMAN, ET AL. | SECTION: "I"(5) |

## ORDER

The Court will hold an in-chambers status conference with counsel for the parties of record on January 17, 2024 at 12:30 p.m., Room B-419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 10th day of January, 2024.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE