UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION |
| VERSUS | NO. 12-859 |
| MARLIN GUSMAN, ET AL. | SECTION I (5) |

### O R D E R

**IT IS ORDERED** that a status hearing with all parties, including the court's monitors, will take place on **Tuesday, May 14, 2024, at 8:30 a.m.** before the undersigned U.S. District Court Judge, in Courtroom C427, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana April 4, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE