MINUTE ENTRY
AFRICK, J. & NORTH, M.J.
MAY 14, 2024
JS10 - 03:00
MJSTAR - 01:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

## STATUS HEARING

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER:  Karen Ibos

APPEARANCES:
Elizabeth Cumming and Emily Washington, Counsel for plaintiffs
George Eppsteiner and Katherine Thompson, Counsel for intervenor plaintiff United States of America
John S. Williams, Counsel for defendant Orleans Parish Sheriff's Office
Donesia Tuner and Kevin Hill, Counsel for third party defendant City of New Orleans

Case called.
Dr. Patricia Hardyman, classification submonitor, addressed the Court.
Diane Skipworth, food service submonitor, addressed the Court.
Shane Poole, sanitation & environmental conditions, and fire & life safety submonitor, addressed the Court.
Tommie Vassel, compliance submonitor, addressed the Court.
Dr. Nicole Johnson, mental healthcare submonitor, addressed the Court.
Dr. Susi Vassallo, medical care submonitor, addressed the Court via telephone.
Margo L. Frasier, lead monitor, addressed the Court.
Court adjourned.