UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-859** |
| **MARLIN N. GUSMAN ET AL.** | **SECTION I** |

### ORDER

Pursuant to the discussion at the status hearing held on this date,

**IT IS ORDERED** that counsel for Sheriff Susan Hutson shall file into the record a status report regarding the status of repairs of boxes for grievances and medical issues, the status of the TDC shower floors, and the status of the emergency packs and cut-down tools no later than **Wednesday, MAY 29, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file into the record a stipulation regarding a corrective action plan with respect to non-compliance no later than **Thursday, JUNE 13, 2024**. Lead Monitor Margo Frasier shall inform the Court regarding an appropriate timeline for a stipulation regarding a corrective action plan with respect to partial compliance no later than **Thursday, JUNE 13, 2024**.

**IT IS FURTHER ORDERED** that the parties shall collaborate with each other to arrive at a revised staffing plan.

New Orleans, Louisiana, May 14, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE