UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, *et al.*, and <br> THE UNITED STATES OF AMERICA, <br><br> PLAINTIFFS <br><br><br> SUSAN HUTSON, Sheriff, <br><br><br><br> DEFENDANT. | § <br> § <br> § Civil Action No. 2:12-cv-00859 <br> § Section I, Division 5 <br> § Judge Lance M. Africk <br> § Magistrate Judge Michael B. North <br> § <br> § <br> § <br> § <br> § |

RECOMMENDED TIMELINE FOR CORRECTIVE ACTION PLAN

Lead Monitor Margo Frasier was ordered by the Court to inform the Court of an appropriate timelines for a corrective action plan for provisions in partial compliance in Report #19 of the Independent Monitors. After consultation with the parties, Lead Monitor Frasier informs the Court that the following would be appropriate timeline:

First third: (Due June 24, 2024)
Use of Force Policies and Procedures
IV. A.1.a.
IV. A.1.c.
Use of Force Training
IV. A.2.a.
IV. A.2.b.
Use of Force Reporting
IV. A.3.a.
IV. A.3.b.
IV. A.3.c.
IV. A.3.d.
IV. A.3.e.
IV. A.3.f.
IV. A.3.g.
IV. A.3.h.
Early Intervention System
IV. A.4.a.
IV. A.4.b.
IV. A.4.c.
IV. A.4.d.
IV. A.4.e.

1

Incidents and Referrals
IV. A.7.b.
IV. A.7.e.
Investigations
IV. A.8.a.
IV. A.8.c.
Classification
IV. A.10.a.
IV. A.10.c
Sanitation and Environmental Conditions
IV. D.1.b.
IV. D.1.c.
IV. D.1.d.
IV. D.1.e.
IV. D.1.f.
IV. D.1.h.
Environmental Control
IV. D.2.b.
Food Service
IV. D.3.c.
Fire and Life Safety
IV. E.1.c.
IV. E.1.d.

Second Third (Due August 2, 2024)
Safety and Supervision
IV. A.5.a.
IV. A.5.c.
IV. A.5.e.
IV. A.5.g.
IV. A.5.h.
IV. A.5.i.
IV. A.5.j.
IV. A.5.l.
Prisoner Grievance Process
IV. A.11.a.(1)
IV. A.11.a.(2)
IV. A.11.a.(3)
IV. A.11.a.(6)
Sexual Abuse
IV. A.12.
Suicide Prevention Training Program
IV. B.4.a.
IV. B.4.d
IV. B.4.e.
IV. B.4.f.
Suicide Precautions
IV. B.5.a.
IV. B.5.b.
IV. B.5.c.
IV. B.5.e.
IV. B.5.f.
IV. B.5.h.
IV. B.5.i.
IV. B.5.k.
Use of Restraints
IV. B.6.a.
Language Assistance Training
IV. F.3.a.
The New Jail Facility
VI. C.
Compliance and Quality Improvement
VII. A.
VI. B. (H)
Reporting Requirements
VIII. A.
VIII. C.

Third Third (Due September 11, 2024)
Screening and Assessment
IV. B.1.a.
IV. B.1.d.
IV. B.1.e.
IV. B.1.f
IV. B.1.h.
IV. B.1.i.
IV. B.1.j.
IV. B.1.k
Treatment
IV. B.2.a
IV. B.2.b.
IV. B.2.c.
IV. B.2.d.
IV. B.2.f.

2

| | |
|---|---|
| Counseling | IV. B.9.c. |
| IV. B.3.a | IV. B.9.d. |
| Detoxification and Training | IV. B.9.e. |
| IV. B.7.a. | Quality Management of Medication |
| IV. B.7.b. | Administration |
| IV. B.7.c. | IV. C.1.a. |
| IV. B.7.d. | IV. C.1.b. |
| Medical and Mental Health Staffing | IV. C.1.d |
| IV. B.8.a. | Health Care Delivered |
| Risk Management | IV. C.2.a. |
| IV. B.9.a. | IV. C.2.b. |
| IV. B.9.b. | |

Lead Monitor Frasier has recommended that the corrective action plan for the majority of the partially compliant provisions in medical and mental health be in the third group to allow time for the new medical contractor to provide input.

Dated: June 13, 2024

Respectfully submitted,

MARGO L. FRASIER
Lead Monitor

*[signature: Margo L. Frasier]*

3300 Plover Rain Way
Pflugerville, Texas 78660
Telephone: (512) 565-0464
Margo.frasier@yahoo.com

3