UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LASHAWN JONES, ET AL.** | * | **CIVIL ACTION NO. 12-859** |
| **VERSUS** | * | **SECTION I, DIVISION 5** |
| **SUSAN HUTSON, ET AL.** | * | **JUDGE LANCE AFRICK** <br> **MAGISTRATE JUDGE NORTH** |

**DEFENDANT'S STATUS REPORT RESPONDING TO ORDER**
 **[DOC. 1697]**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Orleans Parish Sheriff Susan Hutson, who pursuant to the Court's Order on May 15th, [Doc. 1697] hereby provides the following status report regarding, the first third of such corrective action plan," regarding areas in partial compliance according to Monitor's Report No. 19.   Please see attached exhibit of the proposed corrective action plan for the first third or the areas in partial compliance.

Respectfully submitted,

  /s/ John S. Williams
JOHN S. WILLIAMS (# 32270)
Chief of Staff
ORLEANS PARISH SHERIFF'S OFFICE
2800 Perdido Street
New Orleans, LA 70119
Telephone: (504) 202-9217
Email: williamsjo@opso.us

Attorney for SUSAN HUTSON, SHERIFF OF ORLEANS PARISH

**CERTIFICATE OF SERVICE**

1

**I HEREBY CERTIFY** that on June 24, 2024, a copy of the foregoing was served upon all counsel of record via the court's CM/ECF system.

   */s/JOHN S. WILLIAMS*

JOHN S. WILLIAMS