**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | **USE OF FORCE POLICIES AND PROCEDURES** | | | | |
| IV.A.1.a | To develop, implement, and maintain comprehensive policies and procedures in accordance with generally accepted correctional standards relating to the use of force, with emphasis on permissible and impermissible uses of force, and to ensure full adherence to these policies to achieve substantial compliance with the consent judgment. | The current OPSO use of force (UOF) policy, effective as of May 2016 and last reviewed in 2022, has significant deficiencies in its implementation. The August 2023 review did not result in any recommendations despite clear issues, such as the frequent failure to attempt de-escalation and the inappropriate use of force as retaliation. These issues have led to partial compliance with the consent judgment, specifically regarding the requirement to use de-escalation techniques and the involvement of mental health staff before resorting to force. | 1. Review current use of force policy and make recommendations for change. | Deputy Chief Debra Hammons Major Nicole Harris Major Silas Phipps Captain Daniel DeNoux Captain Troy Dickerson Lieutenant Karen Gant | 05/15/2024 | 05/02/2024 | Completed draft policy update. |
| | | | 2. Share draft of updated use of force policy with Lead Monitor, Plaintiff's Class, and DOJ. | Major Nicole Harris | 05/31/2024 | 05/21/2024 | Email to Lead Monitor, Plaintiff's Class, and DOJ. |
| | | | 3. Review draft of updated use of force policy and provide feedback within 15 days. | Lead Monitor Frasier Ms. Emily Washington Mr. George Eppsteiner, Esq. | 08/01/2024 | | Email with attachment of policy update recommendations. |
| | | | 4. Approve draft of updated use of force policy. | Mr. John Williams, Esq. | 08/15/2024 | | Approved policy. |
| | | | 5. Send approved policy to Major Silas Phipps. | Ms. Gina Curley | 08/15/2024 | | Email with approved policy. |
| | | | 6. Upload new use of force policy into Target Solutions and distribute to all staff with a deadline of 08/16/2024 for completion. | Ms. Selica White | 08/15/2024 | | Proof of upload and assignment in Target Solutions. |
| | | | 7. Review and acknowledge new policy in Target Solutions. | All POST Level 1, 2, and 3 staff | 09/06/2024 | | Completion list. |
| | | | 8. Send reminder email to all employees to review and acknowledge the new use of force policy in Target Solutions by 08/16/2024. | Ms. Selica White | 08/30/2024 | | Email to All OPSO Users. |
| | | | 9. Email list of staff members that did not review and acknowledge the new use of policy by the deadline to Major Nicole Harris. | Ms. Selica White | 09/09/2024 | | Email with deficiency list attached. |
| | | | 10. Issue DM-1 or DM-2 to staff that are deficient in reviewing and acknowledging the new use of force policy. | Major Nicole Harris | 09/13/2024 | | Completed DM-1 and DM-2 forms. |
| | | | 11. Schedule a meeting with Captain Dickerson to rewrite the use of force training curriculum for in-service and pre-service, to include the new policy updates. | Deputy Chief Debra Hammons | 08/09/2024 | | Email exchange between Deputy Chief Hammons and Captain Dickerson with agreed upon meeting date. |
| | | | 12. Meet to update the current use of force curriculum to include the updated policy. | Deputy Chief Debra Hammons Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 13. Update the lesson plan and training aids for the new use of force policy. | Lieutenant John Scott | 08/30/2024 | | Updated lesson plan and training aids. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 14. Set multiple dates for training all Level 1, 2, and 3, full-time, part-time, and reserve staff, on the updated use of force policy. | Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Schedule of training. |
| | | | 15. Provide the schedule of dates to all department leaders to schedule their staff to complete the training before the end of CY 2024. | Lieutenant John Scott | 08/15/2024 | | Email of list of dates to department leaders. |
| | | | 16. Schedule all Level 1, 2, and 3 staff for the updated use of force training. | All Captains Lieutenants Sergeants | 08/30/2024 | | Emails from Captains, Lieutenants, and Sergeants with the dates and times their staff members will attend the training. |
| | | | 17. Complete updated use of force training with at least 95% of full-time, part-time, and reserve staff, that hold a Level 1, 2, or 3 POST certificate. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 18. Send a list of employees that failed to complete the updated use of force training by the deadline to Major Nicole Harris. | Ms. Selica White | 12/23/2024 | | Email with deficiency list attached. |
| | | | 19. Issue discipline to all employees that failed to complete the mandatory use of force training. | Major Nicole Harris | 12/27/2024 | | Completed DM-1 or DM-2 forms. |
| | | | 20. Coordinate with Captain Dickerson to schedule two make-up sessions for the mandatory use of force training. | Major Nicole Harris | 12/20/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 21. Schedule two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Schedule of training. |
| | | | 22. Complete two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/31/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 23. Incorporate the new use of force policy into the CY '25 annual in-service courses. | Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | CY '25 in-service schedule. |
| | | | 24. Review and update de-escalation training curriculum to ensure it includes relevant, real life videos from OPSO. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | Updated de-escalation training curriculum and training aids. |
| | | | 25. Incorporate updated de-escalation curriculum into CY '25 in-service. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/13/2024 | | CY '25 in-service schedule. |
| IV.A.1.c | To ensure OPSO assesses, annually, all data collected regarding uses of | The most recent analysis of use of force data reveals significant | 1. Schedule a meeting to discuss the annual review of 2023 UOF data. | Sergeant Kevin Talley | 07/05/2024 | | Meeting calendar invitation and acceptance email. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | force and makes necessary changes to use of force policies or procedures to prevent unnecessary or excessive use of force, thereby achieving full compliance with the consent judgment. | deficiencies in timely report authoring and review, proper classification of use of force incidents, and adherence to de-escalation protocols. These issues contribute to partial compliance with the consent judgment. There is a need for comprehensive annual reviews, accurate data analysis, and effective policy adjustments to address these deficiencies. | 2. Meet to discuss the required data for a responsive analysis of CY '23 UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 07/26/2024 | | Meeting minutes or recording. |
| | | | 3. Complete the annual review of CY '23 UOF data to include an analysis by report timeliness, most frequent offenders of untimely reports, classification of uses of force, de-escalation attempts, locations of occurrence, frequency by staff and inmates, time of occurrence, and the most frequent culprits of unnecessary or excessive uses of force. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 08/30/2024 | | Completed annual review of CY '23 UOF data. |
| | | | 4. Schedule weekly meetings to review all UOF reports submitted during the previous week to review force level classification. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Julian Augustus Sergeant Kevin Talley | 09/02/2024 | | Schedule for weekly meetings. |
| | | | 5. Review all UOF reports submitted during the previous week and verify level of force listed is correct. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Julian Augustus Sergeant Kevin Talley | Weekly beginning 09/09/2024 | | Memorandum to CAB indicating which cases were reviewed and documenting the original classification, corrected classification, or note that the original classification was correct. |
| | | | 6. Send email to IT to correct the classification level of any UOF report improperly classified. | Ms. Aneka Gordon | Weekly beginning 09/09/2024 | | Memorandum that includes the corrected force level. Spreadsheet tracking the staff that are misclassifying force incidents. |
| | | | 7. Coordinate with training to schedule periodic UOF classification training. | Captain Daniel DeNoux Captain Troy Dickerson | 09/16/2024 | | Schedule for UOF classification training. |
| | | | 8. Conduct periodic UOF classification training with individuals identified as having misclassified 3 or more reports in the preceding 60 days. | Captain Troy Dickerson Lieutenant John Scott | Monthly beginning 10/02/2024 | | Sign-in sheets and Pre- and post-tests, which include scenarios. |
| | | | 9. Review 5% of UOF incidents to confirm if properly classified. | Performance Auditor | Quarterly beginning 01/10/2025 | | Audit notice indicating findings. |
| | | | 10. Produce an analysis of CY '23 UOF data to be presented to the Lead Monitor, Plaintiff's Class, and DOJ. | Captain Daniel DeNoux | 09/13/2024 | | CY '23 UOF analysis. |
| | | | 11. Share the completed analysis of CY '23 data to CAB. | Lieutenant Karen Gant | 09/20/2024 | | CY '23 UOF analysis shared with CAB. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 12. Email CY '23 analysis to Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 09/27/2024 | | Email to Lead Monitor, Plaintiff's Class, and DOJ. |
| | | | 13. Create quarterly schedule to review report timeliness, most frequent offenders of untimely reports, classification of uses of force, de-escalation attempts, locations of occurrence, frequency by staff and inmates, time of occurrence, and the most frequent culprits of unnecessary or excessive uses of force. | Major Nicole Harris | 07/26/2024 | | Quarterly schedule to review UOF data. |
| | | | 14. Conduct review of '24 2nd quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 07/19/2024 | | Written analysis of quarterly data. |
| | | | 15. Conduct review of '24 3rd quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 10/18/2024 | | Written analysis of quarterly data. |
| | | | 16. Conduct review of '24 4th quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 01/17/2025 | | Written analysis of quarterly data. |
| | | | 17. Schedule meeting to review the use of force data for CY '24. | Sergeant Kevin Talley | 01/03/2025 | | Meeting calendar invitation and acceptance email. |
| | | | 18. Meet to review CY'24 use of force data and provide data for analysis. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley<br><br>Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 01/31/2025 | | Meeting minutes or recording. |
| | | | 19. Produce an analysis of CY '24 UOF data to be presented to the Lead Monitor, Plaintiff's Class, and DOJ. | Captain Daniel DeNoux | 02/14/2025 | | CY '24 UOF analysis. |
| | | | 20. Share the completed analysis of CY '24 data to CAB. | Lieutenant Karen Gant | 02/14/2025 | | CY '24 UOF analysis shared with CAB. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 21. Email CY '24 analysis to Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 02/21/2025 | | Email to Lead Monitor, Plaintiff's Class, and DOJ. |
| | | | 22. Conduct review of '25 1st quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley

Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 04/18/2025 | | Written analysis of quarterly data. |
| | | | 23. Conduct review of '25 2nd quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley

Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 07/18/2025 | | Written analysis of quarterly data. |
| | | | 24. Conduct review of '25 3rd quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley

Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 10/17/2025 | | Written analysis of quarterly data. |
| | | | 25. Conduct review of '25 4th quarter UOF data. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Kevin Talley

Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris | 01/16/2026 | | Written analysis of quarterly data. |
| **Use of Force Training** | | | | | | | |
| IV.A.2.a | To ensure that all correctional officers at OPSO are knowledgeable and proficient in use of force policies and procedures by providing comprehensive pre-service and annual in-service training, including instruction on excessive force, de-escalation tactics, and management of prisoners with mental illness. | The Monitor's review revealed significant deficiencies in the completion rates of the use of force in-service training for CY 2023, with substantial declines compared to the previous year. Additionally, the defensive tactics training provided was insufficient, and despite implementing an expanded course in August 2023, completion rates remain below full compliance. | 1. Schedule a meeting with Captain Dickerson to rewrite the use of force training curriculum for in-service and pre-service, to include the new policy updates. | Deputy Chief Debra Hammons | 08/01/2024 | | Email exchange between Deputy Chief Hammons and Captain Dickerson with agreed upon meeting date. |
| | | | 2. Meet to update the current use of force curriculum to include the updated policy. | Deputy Chief Debra Hammons Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 3. Update the lesson plan and training aids for the new use of force policy. | Lieutenant John Scott | 08/30/2024 | | Updated lesson plan and training aids. |
| | | | 4. Set multiple dates for training all Level 1, 2, and 3, full-time, part-time, and reserve staff, on the updated use of force policy. | Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Schedule of training. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 5. Provide the schedule of dates to all department leaders to schedule their staff to complete the training before the end of CY 2024. | Lieutenant John Scott | 08/15/2024 | | Email of list of dates to department leaders. |
| | | | 6. Schedule all Level 1, 2, and 3 staff for the updated use of force training. | All Captains Lieutenants Sergeants | 08/30/2024 | | Emails from Captains, Lieutenants, and Sergeants with the dates and times their staff members will attend the training. |
| | | | 7. Review current defensive tactics curriculum to ensure all required trainings are conducted. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 08/01/2024 | | Meeting minutes or recording. |
| | | | 8. Complete updated defensive tactics curriculum. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 08/15/2024 | | Updated lesson plan and curriculum. |
| | | | 9. Add updated defensive tactics training into CY '24 and CY'25 in-service. | Lieutenant John Scott | 08/30/2024 | | Updated in-service calendar. |
| | | | 10. Review current special management curriculum to ensure all required trainings are conducted. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 08/01/2024 | | Meeting minutes or recording. |
| | | | 11. Complete updated special management curriculum. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 08/15/2024 | | Updated lesson plan and curriculum. |
| | | | 12. Add updated special management training into CY '24 and CY '25 in-service. | Lieutenant John Scott | 08/30/2024 | | Updated in-service calendar. |
| | | | 13. Complete updated use of force training with at least 95% of full-time, part-time, and reserve staff, that hold a Level 1, 2, or 3 POST certificate. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 14. Send a list of employees that failed to complete the updated use of force training by the deadline to Major Nicole Harris. | Ms. Selica White | 12/23/2024 | | Email with deficiency list attached. |
| | | | 15. Issue discipline to all employees that failed to complete the mandatory use of force training. | Major Nicole Harris | 12/27/2024 | | Completed DM-1 or DM-2 forms. |
| | | | 16. Coordinate with Captain Dickerson to schedule two make-up sessions for the mandatory use of force training. | Major Nicole Harris | 12/20/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 17. Schedule two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Schedule of training. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | | | 18. Complete two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/31/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 19. Incorporate the new use of force policy into the CY '25 annual in-service courses. | Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | CY '25 in-service schedule. |
| | | | 20. Review and update de-escalation training curriculum to ensure it includes relevant, real life videos from OPSO. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | Updated de-escalation training curriculum and training aids. |
| | | | 21. Incorporate updated de-escalation curriculum into CY '25 in-service. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/13/2024 | | CY '25 in-service schedule. |
| IV.A.2.b | To ensure that all OPSO officers are continuously aware of and compliant with use of force policies and practices, specifically prohibiting inappropriate use of force and emphasizing de-escalation techniques, the duty to intervene, and mental health training for all security staff. | A thorough review of use of force reports has revealed deficiencies in officers' adherence to use of force policies, particularly concerning inappropriate uses of force, failure to de-escalate situations, and lack of intervention when witnessing inappropriate force. There is a need for comprehensive training that includes specific prohibitions on use of force, enhanced de-escalation techniques, and mandatory mental health training for all security staff. | 1. Send approved policies to Training for distribution to all staff in Target Solutions. | Major Silas Phipps | 08/01/2024 | | |
| | | | 2. Schedule a meeting with Captain Dickerson to rewrite the use of force training curriculum for in-service and pre-service, to include the new policy updates. | Deputy Chief Debra Hammons | 08/01/2024 | | Email exchange between Deputy Chief Hammons and Captain Dickerson with agreed upon meeting date. |
| | | | 3. Meet to update the current use of force curriculum to include the updated policy. | Deputy Chief Debra Hammons Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 4. Update the lesson plan and training aids for the new use of force policy. | Lieutenant John Scott | 08/30/2024 | | Updated lesson plan and training aids. |
| | | | 5. Set multiple dates for training all Level 1, 2, and 3, full-time, part-time, and reserve staff, on the updated use of force policy. | Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Schedule of training. |
| | | | 6. Provide the schedule of dates to all department leaders to schedule their staff to complete the training before the end of CY 2024. | Lieutenant John Scott | 08/15/2024 | | Email of list of dates to department leaders. |
| | | | 7. Schedule all Level 1, 2, and 3 staff for the updated use of force training. | All Captains Lieutenants Sergeants | 08/30/2024 | | Emails from Captains, Lieutenants, and Sergeants with the dates and times their staff members will attend the training. |
| | | | 8. Complete updated use of force training with at least 95% of full-time, part-time, and reserve staff, that hold a Level 1, 2, or 3 POST certificate. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 9. Send a list of employees that failed to complete the updated use of force training by the deadline to Major Nicole Harris. | Ms. Selica White | 12/23/2024 | | Email with deficiency list attached. |
| | | | 10. Issue discipline to all employees that failed to complete the mandatory use of force training. | Major Nicole Harris | 12/27/2024 | | Completed DM-1 or DM-2 forms. |
| | | | 11. Coordinate with Captain Dickerson to schedule two make-up sessions for the mandatory use of force training. | Major Nicole Harris | 12/20/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 12. Schedule two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Schedule of training. |
| | | | 13. Complete two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/31/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 14. Review and update de-escalation training curriculum to ensure it includes relevant, real life videos from OPSO. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | Updated de-escalation training curriculum and training aids. |
| | | | 15. Incorporate updated de-escalation curriculum into CY '25 in-service. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/13/2024 | | CY '25 in-service schedule. |
| | | | **USE OF FORCE REPORTING** | | | | |
| IV.A.3.a | To ensure all OPSO staff members report use of force incidents timely and completely, with clear consequences for failure to report, thereby achieving full compliance with the consent judgment. | The current use of force policy requires timely and complete reporting of all use of force incidents and outlines potential discipline for non-compliance. However, documentation reveals deficiencies in the actual administration of discipline for failure to report, with several incidents unreported and lacking documentation of discipline. This results in partial compliance with the consent judgment. | 1. Issue a directive to all staff regarding the initial completion of all incident reports, inclusive of use of force reports prior to the end of the shift on which the incident occurs. | Deputy Chief Debra Hammons | 07/14/2024 | | Directive to staff sent via Target Solutions and acknowledged. |
| | | | 2. Create a checklist for staff, which indicates the required data for all incident reports, inclusive of use of force reports. | Major Nicole Harris | 07/14/2024 | | Checklist created for staff. |
| | | | 3. Review the current lesson plan and curriculum to ensure it incorporates the most recent policy. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 07/14/2024 | | Updated lesson plan and curriculum. |
| | | | 4. Review all incident reports completed each month by the 7th to ensure the reports were completed prior to the end of the staff member's shift or at the latest, within 24-hours of the incident's occurrence, inclusive of use of force reports, during the preceding month. Include an analysis of any reports in | Captain Trenica Steele | 08/07/2024 09/06/2024 10/07/2024 11/07/2024 12/06/2024 01/07/2025 02/07/2025 03/07/2025 04/07/2025 05/07/2025 | | Monthly report produced by 10th of each month. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | | | which a use of force was not indicated and identify the offenders. | | 06/06/2025 07/07/2025 | | |
| | | | 5. Issue a monthly report by the 10th, indicating the staff members that did not complete incident reports, inclusive of use of reports, within 24-hours of the incident's occurrence, during the preceding month. | Captain Trenica Steele | 08/09/2024 09/10/2024 10/10/2024 11/08/2024 12/10/2024 01/10/2025 02/10/2025 03/10/2025 04/10/2025 05/09/2025 06/10/2025 07/10/2025 | | Completed monthly report. |
| | | | 6. Issue DM-1 or DM-2 to any employee that failed to complete reports timely as indicated in the monthly reports. | Captain Trenica Steele | 08/15/2024 09/13/2024 10/15/2024 11/15/2024 12/13/2024 01/15/2025 02/14/2025 03/14/2025 04/15/2025 05/15/2025 06/13/2025 07/15/2025 | | Completed disciplinary actions. |
| | | | 7. Review surveillance footage of 10% of monthly use of force incidents and identify staff members that witnessed or participated in the use of force that did not provide a written force statement. | Sergeant Dwi'Shana Smith | Monthly | | Report on findings and submit to Captain Steele for disciplinary action. |
| | | | 8. Issue DM-1 or DM-2 to any employee that failed to report a use of force by providing a written statement. | Captain Trenica Steele | Monthly | | Completed disciplinary forms. |
| IV.A.3.b | To ensure comprehensive and accurate documentation of all Level 1 use of force incidents at OPSO, thereby allowing for effective assessment of policy compliance, the necessity of corrective actions, the effectiveness of training and policies, and overall conditions within the facility in compliance with the consent judgment. | Provision A.3.b is in Partial Compliance due to the ==incomplete or inadequate documentation of use of force reports==. Despite the use of force policy including required provisions, adherence remains inconsistent. A ==checklist provided by the Monitor== to assist in report completeness | 1. Review and update the use of force reporting policy to include clear, detailed guidelines on what information must be documented in each report. Ensure the policy explicitly lists the necessary details such as incident precursors, actions taken, de-escalation efforts, injuries, and medical attention timelines. | Deputy Chief Debra Hammons Major Silas Phipps Major Nicole Harris Captain Daniel DeNoux Ms. Tori Howze Lieutenant Karen Gant | 07/15/2024 | | Completed draft policy update. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | has not resolved the issue, with missing details such as incident precursors, actions taken, de-escalation efforts, injuries, and medical attention timelines. Additionally, there is no evidence of accountability for deputies and supervisors failing to include the required information. | 2. Share draft of updated use of force policy with Lead Monitor, Plaintiff's Class, and DOJ. | Major Nicole Harris | 08/01/2024 | | Email to Lead Monitor, Plaintiff's Class, and DOJ |
| | | | 3. Review Draft of updated use of force policy and provide feedback within 15 days. | Lead Monitor Frasier Emily Washington George Eppsteiner, Esq. | 08/01/2024 | | Email with attachment of policy update recommendations. |
| | | | 4. Approve draft of updated use of force policy. | Chief John Williams | 08/31/2024 | | Approved policy |
| | | | 5. Send approved policy to Major Silas Phipps. | Ms. Gina Curley | 08/01/2024 | | Email with approved policy. |
| | | | 6. Upload new use of force policy into Target Solutions and distribute to all staff with a deadline of 08/16/2024 for completion. | Ms. Selica White | 08/02/2024 | | Proof of upload and assignment in Target Solutions. |
| | | | 7. Review and acknowledge new policy in Target Solutions. | All POST Level 1, 2, and 3 staff | 08/16/2024 | | Completion list. |
| | | | 8. Send reminder email to all employees to review and acknowledge the new use of force policy in Target Solutions by 08/16/2024. | Ms. Selica White | 08/13/2024 | | Email to All OPSO Users. |
| | | | 9. Email list of staff members that did not review and acknowledge the new use of policy by the deadline to Major Nicole Harris. | Ms. Selica White | 08/19/2024 | | Email with deficiency list attached. |
| | | | 10. Issue DM-1 or DM-2 to staff that are deficient in reviewing and acknowledging the new use of force policy. | Major Nicole Harris | 08/23/2024 | | Completed DM-1 and DM-2 forms. |
| | | | 11. Schedule a meeting with Captain Dickerson to rewrite the use of force training curriculum for in-service and pre-service, to include the new policy updates. | Deputy Chief Debra Hammons | 08/01/2024 | | Email exchange between Deputy Chief Hammons and Captain Dickerson with agreed upon meeting date. |
| | | | 12. Meet to update the current use of force curriculum to include the updated policy. | Deputy Chief Debra Hammons Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 13. Update the lesson plan and training aids for the new use of force policy. | Lieutenant John Scott | 08/30/2024 | | Updated lesson plan and training aids. |
| | | | 14. Set multiple dates for training all Level 1, 2, and 3, full-time, part-time, and reserve staff, on the updated use of force policy. | Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Schedule of training. |

Last Updated:  6/24/2024 12:00 PM

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 15. Provide the schedule of dates to all department leaders to schedule their staff to complete the training before the end of CY 2024. | Lieutenant John Scott | 08/15/2024 | | Email of list of dates to department leaders. |
| | | | 16. Schedule all Level 1, 2, and 3 staff for the updated use of force training. | All Captains Lieutenants Sergeants | 08/30/2024 | | Emails from Captains, Lieutenants, and Sergeants with the dates and times their staff members will attend the training. |
| | | | 17. Complete updated use of force training with at least 95% of full-time, part-time, and reserve staff, that hold a Level 1, 2, or 3 POST certificate. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 18. Send a list of employees that failed to complete the updated use of force training by the deadline to Major Nicole Harris. | Ms. Selica White | 12/23/2024 | | Email with deficiency list attached. |
| | | | 19. Issue discipline to all employees that failed to complete the mandatory use of force training. | Major Nicole Harris | 12/27/2024 | | Completed DM-1 or DM-2 forms. |
| | | | 20. Coordinate with Captain Dickerson to schedule two make-up sessions for the mandatory use of force training. | Major Nicole Harris | 08/15/2024 | | Schedule of training. |
| | | | 21. Schedule two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Schedule of training. |
| | | | 22. Complete two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/31/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 23. Incorporate the new use of force policy into the CY '25 annual in-service courses. | Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | CY '25 in-service schedule. |
| | | | 24. Review and update de-escalation training curriculum to ensure it includes relevant, real life videos from OPSO. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | Updated de-escalation training curriculum and training aids. |
| | | | 25. Incorporate updated de-escalation curriculum into CY '25 in-service. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/13/2024 | | CY '25 in-service schedule. |
| | | | 26. Implement UOF changes into the reporting of all incidents | Major Anthony Giovingo Captains Lieutenant Sergeants | 12/31/2024 | | New Policy updates implemented after completed training. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 27. Develop a checklist for Supervisors to ensure all information required in the UOF report is being captured. | Major Nicole Harris | 07/31/2024 | | Checklist. |
| | | | 28. Supervisors review of all reports before approval for accuracy of required information | Major Anthony Giovingo Captains Lieutenants Sergeants | Daily beginning 08/01/2024 | | Supervisors review of all reports for accuracy and if all information is not captured, report must be rejected by approving supervisor. |
| | | | 29. Supervisor must inform the staff member responsible for the report that the report has been rejected, and more information is needed. | Major Captain Lieutenant Sergeant | Daily beginning 08/01/2024 | | The rejections noted in the JMS. |
| | | | 30. The rejected report must be corrected and returned immediately if staff is on site, if staff is off within 24 hours. | Deputies Sergeants Lieutenant Captains | Daily beginning 08/01/2024 | | Review for required information. |
| | | | 31. DM-1 issued to all staff not providing correct information within the reports. | Major Captains Lieutenant Sergeants | Weekly beginning 08/02/2024 | | Disciplinary action forms. |
| | | | 32. DM-1Turned into IAD | Ms. Tarana Lawrence | Weekly beginning 08/02/2024 | | IAD Control Number obtained |
| | | | 33. Internal Review of UOF reports for accuracy of required information. | Major Nicole Harris | 01/31/2025 | | Report compiled of Audit findings |
| | | | 34. Audit findings sent to jail leadership for review and comments. | Major Nicole Harris | 01/31/2025 | | Draft Audit sent to jail leadership |
| | | | 35. 10 Days to review audit findings and comment. | Chief Debra Hammons Major Anthony Giovingo | 02/10/2025 | | Review and comments of audit findings |
| IV.A.3.c | To ensure comprehensive and accurate documentation of all Level 2 use of force incidents at OPSO, allowing for effective assessment of policy compliance, the necessity of corrective actions, the effectiveness of training and policies, and overall conditions within the facility in compliance with the consent judgment. | Provision A.3.c is in Partial Compliance due to the ==incomplete or inadequate documentation of use of force reports==. Despite the use of force policy including required provisions, adherence remains inconsistent. A ==checklist provided by the Monitor== to assist in report completeness ==has not resolved the issue==, with missing details such as ==incident precursors, actions taken, de-escalation efforts, injuries, and medical attention timelines==. Additionally, there is ==no evidence of accountability for deputies and supervisors failing== | 1. Supervisors review of all reports before approval for accuracy of required information | Major Anthony Giovingo Captains Lieutenants Sergeants | Daily beginning 08/01/2024 | | Supervisors review of all reports for accuracy and if all information is not captured, report must be rejected by approving supervisor. |
| | | | 2. Supervisor must inform the staff member responsible for the report that the report has been rejected, and more information is needed. | Major Captain Lieutenant Sergeant | Daily beginning 08/01/2024 | | The rejections noted I the AS400. |
| | | | 3. The rejected report must be corrected and returned immediately if staff is on site, if staff is off within 24 hours. | Deputies Sergeants Lieutenant Captains | Daily beginning 08/01/2024 | | Review for required information. |
| | | | 4. DM-1 issued to all staff not providing correct information within the reports. | Major Captains Lieutenant Sergeants | Weekly beginning 08/02/2024 | | DM-1 |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | to include the required information. Similar deficiencies are noted in Provision A.3.c. | 5. DM-1 Turned into IAD | Ms. Lawrence | Weekly beginning 08/02/2024 | | IAD Control Number obtained |
| | | | 6. Internal Review of UOF reports for accuracy of required information. | Major Nicole Harris | 01/31/2025 | | Report compiled of Audit findings |
| | | | 7. Audit findings sent to jail leadership for review and comments. | Major Nicole Harris | 01/31/2025 | | Draft Audit sent to jail leadership |
| | | | 8. 10 Days to review audit findings and comment | Chief Debra Hammons Major Anthony Giovingo | 02/10/2025 | | Review and comments of audit findings |
| IV.A.3.d | To ensure OPSO watch commanders consistently comply with the requirements of the consent judgment regarding the notification, response, and documentation of use of force incidents, thereby improving the timeliness and accuracy of reporting and investigations. | Watch commanders are not consistently compliant with the requirements of the consent judgment regarding their specific duties and the time requirements for performing these duties. The consent judgment mandates that use of force reports be submitted to the Assistant Warden/Deputy Chief of Corrections within 36 hours, but current audits indicate that it takes, on average, one and a half times as long as policy allows. | 1. Training watch commanders on the requirements of the Use of Force report requirement and the importance of timely and accurate reporting. | Major Anthony Giovingo Captain Troy Dickerson | 10/31/2024 | | Email of communication for training |
| | | | 2. Provide UOF requirement refresher annually | Captain Troy Dickerson | 01/01/2025 | | Annual Inservice calendar |
| | | | 3. Conduct quarterly Audits | Major Nicole Harris CAB Division | Beginning 09/30/2024 | | Quarterly Audit reports |
| | | | 4. Submit Findings to Jail leadership for review and comments | Chief Debra Hammons | Quarterly beginning 09/30/2024 | | Email with attachment |
| | | | 5. Comments and review from jail leadership | Chief Debra Hammons | | | Email review and comments |
| | | | 6. Corrective Actions Plan | Chief Debra Hammons | As Needed | | Email with attachment |
| | | | 7. Final Audit report drafted | Major Nicole Harris Major Silas Phipps | Quarterly beginning 10/31/2024 | | Final report |
| | | | 8. Send final draft to Senior Leadership | Major Silas Phipps | Quarterly beginning 10/31/2024 | | Email report to Chief John Williams. |
| IV.A.3.e | To ensure that a first-line supervisor is present during all pre-planned uses of force, such as cell extractions, and that de-escalation techniques are utilized effectively to achieve full compliance with the consent judgment. | Provision A.3.e requires the presence of a supervisor for planned uses of force to allow for de-escalation before force is carried out. Despite improvements in recognizing what constitutes a planned use of force, OPSO supervisors seldom utilize de-escalation techniques. This results in the provision remaining in Partial Compliance. | 1. Provide De-escalation training. | Training Division | Ongoing | | Training calendar |
| | | | 2. Deputy makes notification of non-compliant resident | Supervisor on Duty | Ongoing | | Timeline in report and body - Cam |
| | | | 3. Supervisor activates body Cam | Supervisor on Duty | Ongoing | | Body Cam |
| | | | 4. Supervisor arrives on Scene to access incident and de-escalate. | Supervisor on Duty | Ongoing | | Body cam footage and report timeline |
| | | | 5. Medical and Social Worker notified | Supervisor on Duty | Ongoing | | Timeline in report and body cam footage |
| | | | 6. Supervisor notify Major that a planned use of force is warranted | Supervisor on Duty | Ongoing | | Timeline in report and body cam footage |
| | | | 7. Staff prepare for a planned Level of Force needed. (OC Spray, Cell extraction Etc.) | Supervisor on Duty | Ongoing | | Timeline in report and body cam footage. |
| | | | 8. A incident report is generated and submitted to the supervisor detailing what led to the UOF. | Deputy involved in the initial incident | Ongoing | | Incident report |
| | | | 9. Planned UOF report generated by the supervisor on duty. | Supervisor on duty | Ongoing | | UOF report |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 10. Quarterly Audits of Planned UOF reports | Major Nicole Harris Major Silas Phipps | Quarterly beginning 10/31/2024 | | Audit report and findings |
| | | | 11. Submit audit findings to the jail leadership for review and comments. | Major Nicole Harris Major Silas Phipps Deputy Chief Debra Hammons | Quarterly beginning 10/31/2024 | | Email audit findings |
| | | | 12. Review, Comments and corrective action of audit findings. | Deputy Chief Debra Hammons | Quarterly beginning 10/31/2024 | | Email response to audit findings |
| | | | 13. Finalize Audit report and send to Senior leadership for review. | Major Nicole Harris Major Silas Phipps | Quarterly beginning 10/31/2024 | | Final report |
| IV.A.3.f | To ensure that the Warden or Assistant Warden reviews all use of force reports and supervisory reviews within 36 hours, exclusive of weekends and holidays, to determine the appropriateness of the force used and whether policy was followed, thereby improving accountability and adherence to the consent judgment. | Provision IV.A.3.f requires the Warden or Assistant Warden to review use of force reports and supervisory reviews within 36 hours. The position responsible for this review must be clearly defined in the use of force policy. Currently, the review is completed within 36 hours only 82% of the time, with many reports sent back for incompleteness. This provision remains in Partial Compliance due to inconsistent documentation and review practices. | 1. Review Current Process and ensure the protocols in place are working for the Agency. | Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris Captain Troy Dickerson | 08/01/2024 | | Review and findings sent to policy manager if changes are to be made. |
| | | | 2. Provide training on updates of policy changes | Major Anthony Giovingo Captain Troy Dickerson | 09/30/2024 | | Email coordinating training on updated policy changes. |
| | | | 3. Conduct Monthly internal audits of compliance with the UOF 36- hour reporting requirement. | Major Nicole Harris | Monthly beginning 08/01/2024 | | Report on findings of internal audit conducted. |
| | | | 4. Send draft audit report to Chief of Corrections of audit findings. | Chief Debra Hammons | 09/1/2024 | | Review and comments of draft audit report. |
| | | | 5. Review and comments send to Major Nicole Harris | Chief Debra Hammons | | | Email receipt of response |
| | | | 6. Update draft report if needed. | Major Nicole Harris | | | Finalize report |
| | | | 7. Email audit findings to CAB | Major Silas Phipps | | | Email receipt. |
| IV.A.3.g | To ensure OPSO provides the Monitor with periodic reports detailing use of force by staff, including all required information, within the specified time frames, thereby achieving full compliance with the consent judgment. | Provision IV.A.3.g requires OPSO to provide the Monitor with periodic reports detailing use of force by staff. These reports must contain specific information, but the current FIT quarterly reports do not contain all the required data, particularly for compliance with sections (3), (4), (5), and (6). As a result, this provision remains in Partial Compliance. | 1. Prepare a bi-weekly list by Wednesday, of staff members that have been involved in uses of force during the preceding two weeks, which will include, the locations, times, whether they physically used force, and the residents involved. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | The bi-weekly list. |
| | | | 2. Share the bi-weekly list with Sgt. Julian Augustus for cross referencing to determine staff involved in potentially problematic uses of force. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | Email to Sgt. Augustus with the list attached. |
| | | | 3. Review list provided by Det. Wiltz and cross-reference with open use of force cases to identify repeated offenders. | Sergeant Julian Augustus | Bi-weekly beginning 07/03/2024 | | Memorandum analyzing data provided by Det. Wiltz. |
| | | | 4. Review use of force cases of repeated offenders and identify potentially problematic uses of force. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Memorandum analyzing data provided by Det. Wiltz. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 5. Provide a list of potentially problematic uses of force to Det. Wiltz to distribute the EIS documents. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Email to Det. Wiltz w/ Memorandum analyzing data. |
| | | | 6. Prepare the EIS documents for staff members involved in multiple problematic uses of force or multiple uses of force with the same inmates. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Completed EIS forms. |
| | | | 7. Share the EIS documents with the Chief of Corrections with instructions for retraining or reassignment of the staff member. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Email to Chief of Corrections w/ completed EIS forms attached. |
| | | | 8. Determine if the staff members involved in multiple problematic uses of force need immediate retraining or to be reassigned pending the outcome of their cases. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |
| | | | 9. Speak with identified staff members and have them sign their EIS notification forms. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |
| | | | 10. Reassign staff members with multiple problematic uses of force to a position without inmate contact or without contact with the residents they are most frequently engaged in uses of force. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Memorandum to Human Resources, ISB, and CAB, indicating which employees have been reassigned. |
| | | | 11. Quarterly report on data received from EIS alerts on staff; the findings and what actions were taken. | Chief Debra Hammons Major Anthony Giovingo | 10/05/2024 | ongoing | Report send to Major Nicole Harris to include with quarterly data report. |
| | | | 12. Include this data and report into quarterly data report and power point presentation to leadership. | Major Nicole Harris | 10/10/2024 | Ongoing | Quarterly data Meeting |
| | | | 13. Minutes from quarterly meeting, incorporated into the quarterly report for Monitors, DOJ and Plaintiff Class. | Major Nicole Harris | 10/12/2024 | Ongoing | Quarterly report prepared for review and sent out for review. |
| | | | 14. Review of quarterly report. | Chief John Williams Chief Yolanda Singleton Chief Debra Hammons Major Silas Phipps | 10/13/2024 | Ongoing | Report reviewed and send back with any updates and changes if needed. (Emailed) |
| | | | 15. Quarterly report and Data forwarded to Monitors, DOJ and Plaintiff Class. | Major Nicole Harris | 10/15/2024 | Ongoing | Uploaded into dropbox by the end of work day. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| IV.A.3.h | To ensure that OPSO conducts an annual review of the use of force reporting system to assess its effectiveness in reducing unnecessary or excessive uses of force, and to document and provide these reviews and conclusions to the Monitor, SPLC, and DOJ in compliance with the consent judgment. | Provision IV.A.3.h requires an annual review of the use of force reporting system. The review for CY 2022, conducted in August 2023, did not include all required items. The ==documentation provided== in March 2023 ==did not demonstrate the adoption of recommendations==, and serious issues such as frequent use of force in mental health housing units and lack of de-escalation were not addressed. This has resulted in the compliance rating remaining at partial compliance. | 1. Review current use of force policy and make recommendations for change. | Deputy Chief Debra Hammons Major Nicole Harris Major Silas Phipps Captain Daniel DeNoux Captain Troy Dickerson Lieutenant Karen Gant | 05/15/2024 | 05/02/2024 | Completed draft policy update. |
| | | | 2. Share draft of updated use of force policy with Lead Monitor, Plaintiff's Class, and DOJ. | Major Nicole Harris | 05/31/2024 | 05/21/2024 | Email to Lead Monitor, Plaintiff's Class, and DOJ. |
| | | | 3. Review draft of updated use of force policy and provide feedback within 15 days. | Lead Monitor Frasier Ms. Emily Washington Mr. George Eppsteiner, Esq. | 07/01/2024 | | Email with attachment of policy update recommendations. |
| | | | 4. Approve draft of updated use of force policy. | Mr. John Williams, Esq. | 08/01/2024 | | Approved policy. |
| | | | 5. Send approved policy to Major Silas Phipps. | Ms. Gina Curley | 08/01/2024 | | Email with approved policy. |
| | | | 6. Upload new use of force policy into Target Solutions and distribute to all staff with a deadline of 08/16/2024 for completion. | Ms. Selica White | 08/02/2024 | | Proof of upload and assignment in Target Solutions. |
| | | | 7. Review and acknowledge new policy in Target Solutions. | All POST Level 1, 2, and 3 staff | 08/16/2024 | | Completion list. |
| | | | 8. Send reminder email to all employees to review and acknowledge the new use of force policy in Target Solutions by 08/16/2024. | Ms. Selica White | 08/13/2024 | | Email to All OPSO Users. |
| | | | 9. Email list of staff members that did not review and acknowledge the new use of policy by the deadline to Major Nicole Harris. | Ms. Selica White | 08/19/2024 | | Email with deficiency list attached. |
| | | | 10. Issue DM-1 or DM-2 to staff that are deficient in reviewing and acknowledging the new use of force policy. | Major Nicole Harris | 08/23/2024 | | Completed DM-1 and DM-2 forms. |
| | | | 11. Schedule a meeting with Captain Dickerson to rewrite the use of force training curriculum for in-service and pre-service, to include the new policy updates. | Deputy Chief Debra Hammons | 08/01/2024 | | Email exchange between Deputy Chief Hammons and Captain Dickerson with agreed upon meeting date. |
| | | | 12. Meet to update the current use of force curriculum to include the updated policy. | Deputy Chief Debra Hammons Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 13. Update the lesson plan and training aids for the new use of force policy. | Lieutenant John Scott | 08/30/2024 | | Updated lesson plan and training aids. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | | | 14. Set multiple dates for training all Level 1, 2, and 3, full-time, part-time, and reserve staff, on the updated use of force policy. | Captain Troy Dickerson Lieutenant John Scott | 08/15/2024 | | Schedule of training. |
| | | | 15. Provide the schedule of dates to all department leaders to schedule their staff to complete the training before the end of CY 2024. | Lieutenant John Scott | 08/15/2024 | | Email of list of dates to department leaders. |
| | | | 16. Schedule all Level 1, 2, and 3 staff for the updated use of force training. | All Captains Lieutenants Sergeants | 08/30/2024 | | Emails from Captains, Lieutenants, and Sergeants with the dates and times their staff members will attend the training. |
| | | | 17. Complete updated use of force training with at least 95% of full-time, part-time, and reserve staff, that hold a Level 1, 2, or 3 POST certificate. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 18. Send a list of employees that failed to complete the updated use of force training by the deadline to Major Nicole Harris. | Ms. Selica White | 12/23/2024 | | Email with deficiency list attached. |
| | | | 19. Issue discipline to all employees that failed to complete the mandatory use of force training. | Major Nicole Harris | 12/27/2024 | | Completed DM-1 or DM-2 forms. |
| | | | 20. Coordinate with Captain Dickerson to schedule two make-up sessions for the mandatory use of force training. | Major Nicole Harris | 12/20/2024 | | Meeting calendar invitation and acceptance email. |
| | | | 21. Schedule two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/20/2024 | | Schedule of training. |
| | | | 22. Complete two make-up sessions for the mandatory use of force training. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/31/2024 | | Sign-in sheets, pre- and post-tests, and course evaluations. |
| | | | 23. Incorporate the new use of force policy into the CY '25 annual in-service courses. | Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | CY '25 in-service schedule. |
| | | | 24. Review and update de-escalation training curriculum to ensure it includes relevant, real life videos from OPSO. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/06/2024 | | Updated de-escalation training curriculum and training aids. |
| | | | 25. Incorporate updated de-escalation curriculum into CY '25 in-service. | Captain Troy Dickerson Lieutenant John Scott Sergeant Rynika Stewart | 12/13/2024 | | CY '25 in-service schedule. |
| | | | **EARLY INTERVENTION SYSTEM** | | | | |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| IV.A.4.a | To ensure OPSO develops and effectively utilizes a computerized relational database (EIS) to document and track staff members involved in use of force incidents and complaints related to inappropriate or excessive use of force, thereby improving management quality practices, identifying patterns and trends, and taking necessary corrective actions. | OPSO's EIS system is currently unreliable, leading to the abandonment of the original system and creation of an alternative within the AS400. However, the current manual monitoring process lacks documented reviews and follow-ups, negating the value of data collection. Continued inappropriate use of force by the same staff members indicates the EIS is not being effectively utilized. | 1. Prepare a bi-weekly list by Wednesday, of staff members that have been involved in uses of force during the preceding two weeks, which will include, the locations, times, whether they physically used force, and the residents involved. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | The bi-weekly list. |
| | | | 2. Share the bi-weekly list with Sgt. Julian Augustus for cross referencing to determine staff involved in potentially problematic uses of force. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | Email to Sgt. Augustus with the list attached. |
| | | | 3. Review list provided by Det. Wiltz and cross-reference with open use of force cases to identify repeated offenders. | Sergeant Julian Augustus | Bi-weekly beginning 07/03/2024 | | Memorandum analyzing data provided by Det. Wiltz. |
| | | | 4. Review use of force cases of repeated offenders and identify potentially problematic uses of force. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Memorandum analyzing data provided by Det. Wiltz. |
| | | | 5. Provide a list of potentially problematic uses of force to Det. Wiltz to distribute the EIS documents. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Email to Det. Wiltz w/ Memorandum analyzing data. |
| | | | 6. Prepare the EIS documents for staff members involved in multiple problematic uses of force or multiple uses of force with the same inmates. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Completed EIS forms. |
| | | | 7. Share the EIS documents with the Chief of Corrections with instructions for retraining or reassignment of the staff member. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Email to Chief of Corrections w/ completed EIS forms attached. |
| | | | 8. Determine if the staff members involved in multiple problematic uses of force need immediate retraining or to be reassigned pending the outcome of their cases. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |
| | | | 9. Speak with identified staff members and have them to sign their EIS notification forms. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 10. Reassign staff members with multiple problematic uses of force to a position without inmate contact or without contact with the residents they are most frequently engaged in uses of force. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Memorandum to Human Resources, ISB, and CAB, indicating which employees have been reassigned. |
| | | | 11. Roll out an efficient Case Management System that speaks directly to the new Jail Management and Report Management systems to automatically flag staff involved in multiple uses of force, in accordance with the current policy. | Mr. Christopher Dickerson | 01/31/2025 | | An effective and efficient case management system that automates EIS data. |
| | | | 12. Automate the EIS process to automatically notify FIT and the Chief of Corrections of all staff members involved in multiple uses of force or 3 or more uses of force with the same inmate during a rolling 90-day period. | Mr. Christopher Dickerson | 02/28/2025 | | Weekly alerts from the Case Management system to the senior management. |
| | | | 13. Conduct quarterly reviews of the EIS data by the 20th of the following month, to include but not be limited to:  Staff involved in uses of force, classification of use of force, inmates involved in the uses of force, and locations of uses of force. | Captain Daniel DeNoux  Deputy Chief Debra Hammons | 07/19/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/18/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/20/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 04/18/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 07/18/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/20/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | | | | | 01/20/2026 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| IV.A.4.b | To ensure OPSO senior management uses EIS information to improve quality management practices, identify patterns and trends, and take necessary corrective action on both individual and systemic levels, thereby achieving full compliance with the consent judgment. | Provision IV.A.4 requires OPSO senior management to use EIS information to improve quality management practices and take corrective actions. However, the original EIS system was unreliable, and the alternative version within the AS400 is manually monitored without documented reviews and follow-ups. This has resulted in continued inappropriate uses of force and partial compliance with the consent judgment. | 1. Conduct quarterly reviews of the EIS data by the 20th of the following month, to include but be limited to: Staff involved in uses of force, classification of use of force, inmates involved in the uses of force, and locations of uses of force. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris Captain Troy Dickerson Captain Daniel DeNoux | 07/19/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/18/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/20/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 04/18/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 07/18/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/20/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/20/2026 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | 2. Provide quarterly use of force review data to Captain DeNoux and Lieutenant Gant for presentation to the OPSO senior management in the quarterly review meetings. | Sergeant Julian Augustus | 07/19/2024 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | | | 10/18/2024 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | | | 01/20/2025 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | | | 04/18/2025 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | | | 07/18/2025 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | | | 10/20/2025 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | | | 01/20/2026 | | Email to Lt. Gant and Capt. DeNoux with quarterly use of force data attached. |
| | | | 3. Create a schedule for quarterly reviews of use of force data with OPSO senior management. | Captain Daniel DeNoux | 07/01/2024 | | Schedule of quarterly reviews. |
| | | | 4. Conduct quarterly reviews by the 28th of the month in which the quarterly report is completed with OPSO senior management (Chief of Corrections, Deputy Chief of Corrections, Security Major, Compliance Major, Training Manager, IAD Commander, FIT Commander). | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris Captain Troy Dickerson Captain Daniel DeNoux | 07/26/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/28/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 04/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 07/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/28/2026 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | 5. Review the quarterly data to determine which staff members are in need retraining on use of force policies and/or defensive tactics. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris Captain Troy Dickerson Captain Daniel DeNoux | 07/26/2024 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 10/28/2024 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | | | 01/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 04/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 07/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 10/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 01/28/2026 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | 6. Provide quarterly review data from all four quarters to Captain DeNoux for the completion of the annual report to be presented to the Use of Force committee for review and identification of trends, policy challenges, etc. | Sergeant Julian Augustus | 01/20/2025 | | Email to Capt. DeNoux with quarterly data attached. |
| | | | 7. Conduct the annual review of use of force data to identify trends, policy challenges, problematic inmates, etc. | Captain Daniel DeNoux | 02/14/2025 | | Minutes from the annual review and audio recording w/ a memorandum identifying trend data. |
| | | | 8. Complete the annual report regarding the recommendations of the Use of Force committee and senior management which identifies trends, policy challenges and recommended changes. | Captain Daniel DeNoux | 02/14/2025 | | Annual report. |
| | | | 9. Share the annual report with CAB for distribution to the Lead Monitor, Plaintiff's Class, and DOJ. | Captain Daniel DeNoux | 02/21/2025 | | Email to CAB with completed annual report attached. |
| | | | 10. Share the annual report with Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 02/26/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with annual report attached. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| **IV.A.4.c** | To ensure OPSO effectively utilizes the EIS to identify staff members involved in use of force incidents, take necessary corrective actions, and provide documented reviews and actions to SPLC, DOJ, and the Monitor within 180 days of EIS implementation, thereby achieving full compliance with the consent judgment. | This provision requires OPSO to provide a list of all staff members identified through the EIS and the corrective actions taken to SPLC, DOJ, and the Monitor within 180 days of EIS implementation. | 1. Prepare a bi-weekly list by Wednesday, of staff members that have been involved in use of force during the preceding two weeks, which will include, the locations, times, whether they physically used force, and the residents involved. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | The bi-weekly list. |
| | | | 2. Share the bi-weekly list with Sgt. Julian Augustus for cross referencing to determine staff involved in potentially problematic uses of force. | Detective Anthony Wiltz | Bi-weekly beginning 07/03/2024 | | Email to Sgt. Augustus with the list attached. |
| | | | 3. Review list provided by Det. Wiltz and cross-reference with open use of force cases to identify repeated offenders. | Sergeant Julian Augustus | Bi-weekly beginning 07/03/2024 | | Memorandum analyzing data provided by Det. Wiltz. |
| | | | 4. Review use of force cases of repeated offenders and identify potentially problematic uses of force. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Memorandum analyzing data provided by Det. Wiltz. |
| | | | 5. Provide a list of potentially problematic uses of force to Det. Wiltz to distribute the EIS documents. | Sergeant Julian Augustus | Bi-weekly beginning 07/04/2024 | | Email to Det. Wiltz w/ Memorandum analyzing data. |
| | | | 6. Prepare the EIS documents for staff members involved in multiple problematic uses of force or multiple uses of force with the same inmates. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Completed EIS forms. |
| | | | 7. Share the EIS documents with the Chief of Corrections with instructions for retraining or reassignment of the staff member. | Detective Anthony Wiltz | Bi-weekly beginning 07/04/2024 | | Email to Chief of Corrections w/ completed EIS forms attached. |
| | | | 8. Determine if the staff members involved in multiple problematic uses of force need immediate retraining or to be reassigned pending the outcome of their cases. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |
| | | | 9. Speak with identified staff members and have them to sign their EIS notification forms. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Minutes from meeting or audio recording w/ memorandum indicating how each employee was addressed. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 10. Reassign staff members with multiple problematic uses of force to a position without inmate contact or without contact with the residents they are most frequently engaged in uses of force. | Major Anthony Giovingo | Bi-weekly beginning 07/05/2024 | | Memorandum to Human Resources, ISB, and CAB, indicating which employees have been reassigned. |
| | | | 11. Share a quarterly list of all staff members identified through the EIS as having multiple uses of force, potentially problematic uses of force, and multiple uses of force with the same inmates, and any corrective action that was taken regarding retraining, reassignment, and discipline with CAB. | Sergeant Julian Augustus | 07/26/2024 | | Email to CAB with quarterly list attached. |
| | | | | | 10/28/2024 | | Email to CAB with quarterly list attached. |
| | | | | | 01/28/2025 | | Email to CAB with quarterly list attached. |
| | | | | | 04/28/2025 | | Email to CAB with quarterly list attached. |
| | | | | | 07/28/2025 | | Email to CAB with quarterly list attached. |
| | | | | | 10/28/2025 | | Email to CAB with quarterly list attached. |
| | | | | | 01/28/2026 | | Email to CAB with quarterly list attached. |
| | | | 12. Share the quarterly report with the Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 07/31/2024 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 10/31/2024 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 01/31/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 04/30/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 07/31/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 10/31/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |
| | | | | | 01/30/2026 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with quarterly list attached. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| IV.A.4.d | To ensure the EIS protocol includes all required components, with a focus on implementing effective supervisory assessment and intervention, thereby achieving full compliance with the consent judgment. | Section A.4.d of the consent judgment requires the EIS protocol to include data storage, data retrieval, reporting, data analysis, pattern identification, supervisory assessment, supervisory intervention, documentation, and audit. While the EIS protocol lists these elements, there is currently no effective supervisory assessment or intervention, resulting in partial compliance. | 1. Create a schedule for quarterly reviews of use of force data with OPSO senior management. | Captain Daniel DeNoux | 07/01/2024 | | Schedule of quarterly reviews. |
| | | | 2. Conduct quarterly reviews by the 28th of the month in which the quarterly report is completed with OPSO senior management (Chief of Corrections, Deputy Chief of Corrections, Security Major, Compliance Major, Training Manager, IAD Commander, FIT Commander). | Captain Daniel DeNoux | 07/26/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/28/2024 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 04/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 07/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 10/28/2025 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | | | 01/28/2026 | | Minutes from the quarterly review and audio recording w/ a memorandum identifying trend data. |
| | | | 3. Review the quarterly data to determine which staff members are in need retraining on use of force policies and/or defensive tactics. | Chief of Corrections Deputy Chief Debra Hammons Major Anthony Giovingo Major Nicole Harris Captain Troy Dickerson Captain Daniel DeNoux | 07/26/2024 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 10/28/2024 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 01/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | | | 04/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 07/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 10/28/2025 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | | | 01/28/2026 | | Memorandum indicating how each staff member will be addressed based upon the data presented. |
| | | | 4. Provide quarterly review data from all four quarters to Captain DeNoux for the completion of the annual report to be presented to the Use of Force committee for review and identification of trends, policy challenges, etc. | Sergeant Julian Augustus | 01/20/2025 | | Email to Capt. DeNoux with quarterly data attached. |
| | | | 5. Conduct the annual review of use of force data to identify trends, policy challenges, problematic inmates, etc. | Captain Daniel DeNoux | 02/14/2025 | | Minutes from the annual review and audio recording w/ a memorandum identifying trend data. |
| | | | 6. Complete the annual report regarding the recommendations of the Use of Force committee and senior management which identifies trends, policy challenges and recommended changes. | Captain Daniel DeNoux | 02/14/2025 | | Annual report. |
| | | | 7. Share the annual report with CAB for distribution to the Lead Monitor, Plaintiff's Class, and DOJ. | Captain Daniel DeNoux | 02/21/2025 | | Email to CAB with completed annual report attached. |
| | | | 8. Share the annual report with Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 02/26/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with annual report attached. |
| IV.A.4.e | To ensure OPSO conducts an annual review of the EIS to assess its effectiveness in identifying concerns regarding policy, training, or the need for discipline, and to document and provide these reviews and conclusions to the Monitor, DOJ, and | Provision IV.A.4.e requires OPSO to conduct an annual review of the EIS to ensure it effectively identifies concerns regarding policy, training, or the need for discipline. The review for CY 2022 did not | 1. Provide quarterly review data from all four quarters to Captain Julian Augustus for the completion of the annual report to be presented to the Use of Force committee for review and identification of trends, policy challenges, etc. | Sergeant Julian Augustus | 01/20/2025 | | Email to Capt. DeNoux with quarterly data attached. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | SPLC, thereby achieving full compliance with the consent judgment. | include all required items, and ==no proof was provided that the UOFRB evaluated the EIS== data. This resulted in partial compliance. | 2. Conduct the annual review of use of force data to identify trends, policy challenges, problematic inmates, etc. | Captain Daniel DeNoux | 02/14/2025 | | Minutes from the annual review and audio recording w/ a memorandum identifying trend data. |
| | | | 3. Complete the annual report regarding the recommendations of the Use of Force committee and senior management which identifies trends, policy challenges and recommended changes. | Captain Daniel DeNoux | 02/14/2025 | | Annual report. |
| | | | 4. Share the annual report with CAB for distribution to the Lead Monitor, Plaintiff's Class, and DOJ. | Captain Daniel DeNoux | 02/21/2025 | | Email to CAB with completed annual report attached. |
| | | | 5. Share the annual report with Lead Monitor, Plaintiff's Class, and DOJ. | Major Silas Phipps | 02/26/2025 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with annual report attached. |
| | | | **INCIDENTS AND REFERRALS** | | | | |
| IV.A.7.b | To ensure OPSO watch commanders document all reportable incidents by the end of their shift, but no later than 24 hours after the incident, thereby achieving full compliance with the consent judgment and improving the accuracy and completeness of incident reporting. | Provision IV.A.7.b requires OPSO ==watch commanders to document all reportable incidents by the end of their shift or within 24 hours.== While a sergeant has improved the quality of reviews of inmate routes to hospitals and clinic logs, there is a lack of follow-through on unreported items, resulting in partial compliance. | 1. Update End of Shift report to include drop downs for all reportable incidents. | Major Anthony Giovingo | 07/01/2024 | | Updated form to include drop downs for all reportable incidents. |
| | | | 2. Issue directive to all supervisors to ensure an End of Shift report is completed at the end of each shift, even in the absence of the watch commander. | Major Anthony Giovingo | 07/01/2024 | | Written directive distributed to all supervisors. |
| | | | 3. Complete End of Shift report at the end of every single shift and ensure all reportable incidents are listed, with incident numbers. | Watch Commanders Lieutenants Sergeants | Beginning 07/01/2024 | | Daily end of shift reports. |
| | | | 4. Review submitted end of shift reports weekly and issue disciplinary action to each supervisor on the shifts without a submitted document. | Major Nicole Harris | Weekly beginning 07/08/2024 | | Disciplinary paperwork. |
| IV.A.7.e | To ensure that all supervisors and security staff at OPSO are held accountable for failing to report any reportable incidents that occurred during their shift, thereby achieving full compliance with the consent judgment and improving the timeliness and accuracy of incident reporting. | Provision IV.A.7.e requires OPSO to ==hold supervisors and security staff accountable for failing to report any reportable incident, including prisoner injuries.== Despite this requirement, OPSO has ==not enforced accountability,== resulting in late reports and partial compliance with the consent judgment. | 1. Update End of Shift report to include drop downs for all reportable incidents. | Major Anthony Giovingo | 07/01/2024 | | Updated form to include drop downs for all reportable incidents. |
| | | | 2. Issue directive to all supervisors to ensure an End of Shift report is completed at the end of each shift, even in the absence of the watch commander. | Major Anthony Giovingo | 07/01/2024 | | Written directive distributed to all supervisors. |
| | | | 3. Complete End of Shift report at the end of every single shift and ensure all reportable incidents are listed, with incident numbers. | Watch Commanders Lieutenants Sergeants | Beginning 07/01/2024 | | Daily end of shift reports. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 4. Review submitted end of shift reports weekly and issue disciplinary action to each supervisor on the shifts without a submitted document. | Major Nicole Harris | Weekly beginning 07/08/2024 | | Disciplinary paperwork. |
| **INVESTIGATIONS** | | | | | | | |
| IV.A.8.a | To ensure the timely and thorough investigation of alleged staff misconduct, sexual assaults, and physical assaults of prisoners resulting in serious injury, in accordance with the consent judgment, and to address issues of conflict of interest, comprehensive interviewing, and thorough evidence collection. | Provision IV.A.8.a requires OPSO to maintain comprehensive policies, procedures, and practices for investigating alleged staff misconduct, sexual assaults, and physical assaults of prisoners resulting in serious injury. Although there has been improvement, FIT investigations still often lack thorough interviews and rely on self-serving statements. Additionally, ISB has not consistently recognized or included other contributing factors in investigation reports, partly due to push back from leadership. | 1. Review FIT Policy # 1501.04 to ensure it still meets the needs of the agency. | Captain Daniel DeNoux Lieutenant Karen Gant Sergeant Julian Augustus Sergeant Kevin Talley | 07/31/2024 | | Meeting minutes or recording. |
| | | | 2. Send a memorandum of recommended policy changes to Policy Manager to incorporate into the current document. | Lieutenant Karen Gant | 08/01/2024 | | Email w/ memorandum attached. |
| | | | 3. Prepare a draft policy update with tracked changes activated to show the recommended changes and share with CAB. | Ms. Tori Howze | 08/09/2024 | | Draft policy. |
| | | | 4. Share draft changes with the Lead Monitor, Plaintiff's Counsel, and DOJ. | Major Silas Phipps | 08/09/2024 | | Email to Lead Monitor, Plaintiff's Counsel, and DOJ, with draft attached. |
| | | | 5. Review, provide feedback, and approved draft policy. | Lead Monitor Frasier Ms. Emily Washington, Esq. Mr. George Eppsteiner, Esq. | 08/30/2024 | | Emailed corrections or feedback for draft policy. |
| | | | 6. Finalize the updated policy and share with Chief of Staff for approval. | Ms. Tori Howze | 09/06/2024 | | Updated policy incorporating suggestions by parties. |
| | | | 7. Approve draft policy. | Mr. Johns Williams, Esq. | 09/09/2024 | | Approved policy. |
| | | | 8. Share approved policy with the Lead Monitor, Plaintiff's Counsel, and DOJ. | Major Silas Phipps | 09/09/2024 | | Email w/ approved policy attached. |
| | | | 9. Create a checklist of what is needed in each investigative file for staff misconduct, sexual assaults, and physical assaults of inmates. | Lieutenant Karen Gant Ms. Aneka Gordon | 07/05/2024 | | |
| | | | 10. Prohibit investigators from asking leading or self-serving questions of staff being interviewed or inmates involved in or witnessing incidents. | Captain Daniel DeNoux | 07/01/2024 | | |
| | | | 11. Require staff to interview inmates involved or witnessing major incidents on the day of the incident's occurrence. Require that interviews and attempts to interview inmates be captured on body-worn camera. | Captain Daniel DeNoux | 07/01/2024 | | |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | 12. Audit 5% of completed investigations monthly to ensure investigations are thorough and contain all necessary information account to the checklists. | Lieutenant Karen Gant | Monthly by the 15th beginning 07/15/2024 | | Memorandum summarizing findings, including recommendations for retaining, reinvestigation, or discipline. |
| IV.A.8.c | To ensure that any investigative report indicating possible criminal behavior by staff is referred to IAD/SOD and subsequently to the Orleans Parish District Attorney's Office if appropriate, thereby achieving full compliance with the consent judgment. | Provision IV.A.8.c requires OPSO to refer any investigative report indicating possible criminal behavior by staff to IAD/SOD and then to the Orleans Parish District Attorney's Office. However, ISB has not consistently made these referrals based on their own assessment of the case's prosecutorial worthiness, resulting in partial compliance. | 1. Review all incident reports of a potential criminal nature by staff. | Captain Daniel DeNoux | As Needed | | Copy of completed investigation and Concur or Do Not Concur cover sheet. |
| | | | 2. Within 7 days of the completed investigation, present the case to the District Attorney's Office at a Charge Conference. | Captain Daniel DeNoux Sergeant Kevin Talley | As Needed | | Completed investigative file. |
| | | | 3. If the District Attorney agrees to charge, apply for an arrest warrant to the Magistrate and upon approval, arrest the employee. | IAD Criminal Investigator | As Needed | | Arrest warrant for staff member. |
| **CLASSIFICATION** | | | | | | | |
| IV.A.10.a | To implement and maintain an objective and validated classification system at OPSO that assigns prisoners to housing units based on security levels and other valid factors, thereby protecting prisoners from unreasonable risk of harm and ensuring compliance with the consent judgment. | Provision IV.A.10.a requires OPSO to maintain a classification system that considers a prisoner's security needs, severity of the current charge, prior commitments, suicide risk, history of escape attempts, history of violence, gang affiliations, and special needs. Despite improved staffing in the Classification Unit, there are still issues with high overtime hours, compromised classification in special population pods, and security staff overriding classification staff decisions. These issues result in partial compliance. | 1. Revalidation company has been chosen as UCR. In the hands of Chief Legal Mrs. Yolanda Singleton for review. | Classification Manager Gorum<br><br>Chief Legal Officer Yolanda Singleton | 07/07/2024 | | Initial Zoom call to University of Cincinnati Research was May 21st at 12 pm via zoom |
| | | | 2. Sheriffs signature for approval of revalidation contract. | Sheriff Susan Hutson | 07/11/2024 | | Initial Zoom call to University of Cincinnati Research was May 21st at 12 pm via zoom |
| | | | 3. Revalidation review completion per University of Cincinnati Research | University of Cincinnati Research Team | 09/2024 | | Initial Zoom call to University of Cincinnati Research was May 21st at 12 pm via zoom |
| | | | 4. Revalidation company has been chosen as UCR. In the hands of Chief Legal Mrs. Yolanda Singleton for review. | Classification Manager Gorum<br><br>Chief Legal Officer Yolanda Singleton | 07/07/2024 | | Initial Zoom call to University of Cincinnati Research was May 21st at 12 pm via zoom |
| IV.A.10.c | To ensure that OPSO classification staff has sufficient and timely access to current information regarding cell availability in each division, thereby improving the accuracy and efficiency of inmate housing assignments in compliance with the consent judgment. | Provision IV.A.10.c requires OPSO to ensure classification staff has access to current information regarding cell availability. Currently, the classification staff relies on outdated or inconsistent information, leading to potential errors in housing | Update housing assignments/population reports daily via email to all internal stakeholders. Report will show population, capacity, offline beds/cells, filled beds/cells. | Classification Staff Deputy Chief of Corrections | Daily beginning 07/01/2024 | | Daily list. |
| | | | Additional classification supervision will be added on each shift. | Human resources Classification Manager | 11/01/2024 | | Increased staffing. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | assignments and reduced efficiency. | Quarterly Classification training will occur. | Classification Manager/ Training Department | Quarterly beginning 10/31/2024 | | Sign-in sheets, pre- and post-tests. |
| | | | **SANITATION AND ENVIRONMENTAL CONDITIONS** | | | | |
| IV.D.1.b | To ensure the effective implementation of a preventive maintenance plan that addresses routine and emergency maintenance needs in a timely manner, thereby improving facility conditions and complying with the consent judgment. | Provision IV.A.10.b requires OPSO to maintain a preventive maintenance plan that responds to routine and emergency maintenance needs, including ensuring that showers, toilets, and sink units are adequately installed and maintained. Despite the ongoing preventive maintenance program, issues with water, electric, or HVAC services in individual cells were not addressed in a timely fashion, and there were delays in replacing broken cell door windows and repairing vandalized light switches. | 1. Create a monthly schedule of pods to be checked for maintenance issues, to include the dates by which the inspections will be completed, and by whom. | Mr. Charles Reed Mr. Ronald Coleman | 07/01/2024 | | Schedule for inspections. |
| | | | 2. Update the inspection form to include identifying, by pod, issues concerning showers, toilets, and sink units in disrepair; broken cell and pod door windows; and, repairing vandalized light switches, electrical or wiring covers. | Mr. Charles Reed Mr. Ronald Coleman | 07/01/2024 | | Updated monthly inspection form. |
| | | | 3. Conduct monthly inspections of each pod to identify issues concerning showers, toilets, and sink units in disrepair; broken cell and pod door windows; and, repairing vandalized light switches, electrical or wiring covers. | Plumbers Electricians Engineers | Monthly beginning 08/01/2024 | | Monthly inspection forms. |
| | | | 4. Submit routine work orders within 48 hours of the observed or reported deficiencies and within 24 hours for emergency deficiencies. | Plumbers Electricians Engineers | Within 24-28 hours of discovery beginning 08/01/2024 | | Submitted work orders. |
| | | | 5. Report broken or damaged glass through the work order process before the end of the shift on which it was discovered. | Pod Deputies | Before end of shift beginning 08/01/2024 | | Submitted work orders. |
| | | | 6. Coordinate with the vendor to ensure that broken glasses are measured within 48 hours of being broken or damaged. | Mr. Charles Reed Mr. Ronald Coleman Star Glass | Within 24-48 hours of discovery beginning 08/01/2024 | | Work order updates indicating when measurements were taken. |
| | | | 7. Coordinate with the vendor to ensure that broken glasses are replaced or repaired within 7 calendar days of the work order being submitted. | Mr. Charles Reed Mr. Ronald Coleman Star Glass | Within 7 days of work order submission beginning 08/01/2024 | | Work order updates indicating when the replacement or repair has been completed. |
| IV.D.1.c | To ensure OPSO maintains adequate ventilation throughout its facilities, providing prisoners with adequate airflow and reasonable levels of heating and cooling, and to achieve compliance with the consent judgment. | Provision IV.D.1.c requires OPSO to maintain adequate ventilation, heating, and cooling in its facilities. While some improvements have been noted, airflow in inmate cells is often impeded by blocked air vents, and there are issues with the maintenance and | 1. Onboard an updated Building Automation System (BAS) to ensure accurate readings and allow for enhanced readings regarding ventilation, heating, cooling, air flow, water temperature, and water pressure. | Mr. Keith Schroth Mr. Charles Reed | 07/31/2024 | | New reports indicating the requisite data is being provided to stationary engineers. |
| | | | 2. Monitor out of range cell checks daily via the BAS. | Engineer on Duty | Daily beginning 08/01/2024 | | Daily temperatures in BAS and logbook. |

Last Updated: 6/24/2024 12:00 PM

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3ʳᵈ of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | monitoring of the HVAC system. The system requires routine audits and better utilization of the Building Automation System (BAS) to ensure continuous compliance. | 3. Conduct weekly check of supply and air grills on assigned units for cleanliness. | Maintenance Rovers Stationary Engineers | Weekly beginning 08/05/2024 | | Report to Engineer on Duty with findings which are documented in the Engineer's logbook. |
| | | | 4. Clean air vents quarterly on each housing unit and common areas. | Maintenance Rovers Stationary Engineers | 10/11/2024 | | Quarterly report with photographs showing vents have been cleaned. |
| | | | | | 01/10/2025 | | Quarterly report with photographs showing vents have been cleaned. |
| | | | | | 04/11/2025 | | Quarterly report with photographs showing vents have been cleaned. |
| | | | | | 07/11/2025 | | Quarterly report with photographs showing vents have been cleaned. |
| | | | | | 10/10/2025 | | Quarterly report with photographs showing vents have been cleaned. |
| IV.D.1.d | To ensure that adequate lighting is provided in all prisoner housing units and that malfunctioning lighting fixtures in living areas are replaced or repaired promptly within five days, unless the item must be specially ordered, thereby achieving full compliance with the consent judgment. | Provision IV.D.1.d requires OPSO to ensure adequate lighting in all prisoner housing units and to replace or repair malfunctioning lighting fixtures within five days. Currently, the average time to complete "cell light" work orders exceeds the five-day requirement, resulting in partial compliance. | 1. Within 30 days of the date of finality of this corrective action plan, conduct a facility-wide assessment of lighting in OJC, IPC, and TDC, to identify where lighting needs replacement. | Mr. Charles Reed Mr. Ronald Coleman Mr. David Carr Mr. Juan Crusto Ms. Saveria Thomas | 07/24/2024 | | Facility-wide assessment with required information. |
| | | | 2. Produce a report specifically indicating where lighting issues are. The report will also include the dates and times of open work orders to address lighting, including but not limited to, the date and time or the original work order, to whom it is assigned, the estimated time of completion, and the reason for any delay in completion. | Mr. Charles Reed Mr. Ronald Coleman | 07/30/2024 | | Written assessment with required information. |
| | | | 3. Share the facility-wide lighting assessment with Jail Operations staff and CAB. | Mr. Charles Reed Mr. Ronald Coleman | 08/02/2024 | | Email to Jail Operations leaders and CAB with lighting assessment attached. |
| | | | 4. Schedule monthly lighting assessments by the 5ᵗʰ of each month by assigned maintenance staff for continuous identification of malfunctioning lighting fixtures. | Mr. Charles Reed Mr. Ronald Coleman | 09/05/2024 | | Report on malfunctioning lighting fixtures. |
| | | | | | 10/04/2024 | | Report on malfunctioning lighting fixtures. |
| | | | | | 11/05/2024 | | Report on malfunctioning lighting fixtures. |
| | | | | | 12/05/2024 | | Report on malfunctioning lighting fixtures. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3ʳᵈ of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | | | 01/03/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 02/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 03/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 04/04/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 05/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 06/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 07/04/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 08/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | | | 09/05/2025 | | Report on malfunctioning lighting fixtures. |
| | | | 5. By the 10ᵗʰ of each month, produce a monthly memorandum to Jail Operations and CAB, regarding the results of the lighting assessments conducted within the previous two weeks. | Mr. Charles Reed Mr. Ronald Coleman | 09/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 10/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 11/08/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 12/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 01/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 02/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 03/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 04/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 05/09/2025 | | Memorandum with information from lighting assessments. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | | | | 06/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 07/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 08/08/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 09/10/2025 | | Memorandum with information from lighting assessments. |
| | | | 6. Share monthly memorandum with Jail Operations staff and CAB by the 10th of each month. | Mr. Charles Reed Mr. Ronald Coleman | 09/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 10/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 11/08/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 12/10/2024 | | Memorandum with information from lighting assessments. |
| | | | | | 01/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 02/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 03/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 04/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 05/09/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 06/10/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 07/10/2025 | | Memorandum with information from lighting assessments. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | | | | | 08/08/2025 | | Memorandum with information from lighting assessments. |
| | | | | | 09/10/2025 | | Memorandum with information from lighting assessments. |
| | | | 7. Direct maintenance staff to ensure all work orders are accurately reflected in the electronic system to allow to real-time tracking of information. | Mr. Charles Reed Mr. Ronald Coleman | 07/01/2024 | | Written directive to Facilities Maintenance staff. |
| | | | 8. Ensure that all lighting work orders are consistently completed within 5 days of submission. | Mr. Charles Reed Mr. Ronald Coleman | 09/30/2024 | | Work orders. |
| | | | 9. Conduct quarterly audit of 5% of lighting work orders to ensure compliance with the requirement to ensure completion within 5 days of submission. | Performance Auditor | 10/18/2024 | | Audit report of findings. |
| | | | | | 01/17/2025 | | Audit report of findings. |
| | | | | | 04/18/2025 | | Audit report of findings. |
| | | | | | 07/18/2025 | | Audit report of findings. |
| | | | | | 10/17/2025 | | Audit report of findings. |
| **IV.D.1.e** | To ensure adequate pest control throughout OPSO housing units by implementing routine and additional pest control measures, thereby achieving full compliance with the consent judgment and improving the overall cleanliness and safety of the facility. | Provision IV.D.1.e requires OPSO to ensure adequate pest control through routine quarterly pest control spraying and additional spraying as needed. Current issues include drain flies, insects, and lizards in various housing units, as well as significant clutter and debris that contribute to pest problems. While the pest control program is in place, the effectiveness is compromised by cleanliness issues and inconsistent remediation. | 1. Review and update inspection forms used by the Environmental Inspectors. | Ms. Tracey Jefferson | 07/01/2024 | | Updated inspection forms. |
| | | | 2. Conduct weekly inspection of housing units and complete the inspection forms to identify pest control issues and clutter. | Mr. Terrance Richard | Weekly beginning 07/02/2024 | | Completed weekly inspection forms. |
| | | | 3. Submit Orkin work orders when deficiencies are observed. | Mr. Terrance Richard | As needed beginning 07/02/2024 | | Submitted work orders. |
| | | | 4. Submit a quarterly report of issues observed, work orders submitted, and status of work orders. | Mr. Terrance Richard | 10/18/2024 | | Completed quarterly report. |
| | | | | | 01/17/2025 | | Completed quarterly report. |
| | | | | | 04/18/2025 | | Completed quarterly report. |
| | | | | | 07/18/2025 | | Completed quarterly report. |
| | | | | | 10/17/2025 | | Completed quarterly report. |
| **IV.D.1.f** | To ensure that any prisoner or staff assigned to clean a biohazardous area is properly trained in universal precautions, outfitted with protective materials, and properly supervised, thereby achieving full compliance with the consent judgment. | Provision IV.D.1.f requires OPSO to ensure proper training, equipment, and supervision for anyone assigned to clean a biohazardous area. While some progress has been made, there are still issues with incomplete reporting and inadequate provision of PPE and cleaning | 1. Conduct training with all Sanitation staff on the proper cleanup of bio-hazards. | Ms. Tracey Jefferson | 07/12/2024 | | Sign-in sheets, pre- and post-tests. |
| | | | 2. Inventory all crash bags to ensure each pod has a bio-hazard cleanup kit that has not been used. | Ms. Bradrika Brown | 07/01/2024 | | Memorandum indicating the presence of an unopened bio-hazard kit in each pod control or indication where it needs to be replaced. |
| | | | 3. Conduct bi-weekly inspection of pod controls to ensure bio-hazard cleanup kits are still in place. | Sergeant Kevin Poret | Bi-weekly beginning 07/02/2024 | | Bi-weekly inspection form. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| Consent Judgment Provision | Objective | Matter to be Remediated | Actions to be Taken | Assigned Personnel | Due Date | Completion Date | Proof of Work |
|---|---|---|---|---|---|---|---|
| | | supplies to inmates, resulting in partial compliance. | 4. Issue a written directive to staff to ensure that all uses of bio-hazard kits must be submitted prior to the end of each shift in which they are used. | Major Anthony Giovingo | 07/01/2024 | | Written directive to Jail Operations staff. |
| | | | 5. Prior to the end of each shift upon usage, submit a bio-hazard usage report in the JMS to ensure Sanitation is aware that it needs to be replaced. | Pod Deputies | Upon usage beginning 07/02/2024 | | Submitted reports in JMS. |
| | | | 6. Within 48 hours of report submittal, replace bio-hazard kits in pod control. | Sanitation Staff | Upon notification beginning 07/02/2024 | | Completed reports. |
| **IV.D.1.h** | To maintain an effective infection control plan that addresses contact, blood-borne, and airborne hazards and infections, including the identification, treatment, and control of Methicillin-Resistant Staphylococcus Aureus (MRSA), thereby achieving full compliance with the consent judgment. | Provision IV.D.1.h requires OPSO to maintain an infection control plan that addresses various hazards and infections, including MRSA. Current issues include improper handling and accountability of bio-hazard cleanup kits and violations related to the sanitation of inmate mattresses. These issues result in partial compliance. | 1. Conduct training with all Sanitation staff on the proper cleanup of bio-hazards. | Ms. Tracey Jefferson | 07/12/2024 | | Sign-in sheets. |
| | | | 2. Inventory all crash bags to ensure each pod has a bio-hazard cleanup kit that has not been used. | Ms. Bradrika Brown | 07/01/2024 | | Memorandum indicating the presence of an unopened bio-hazard kit in each pod control or indication where it needs to be replaced. |
| | | | 3. Conduct bi-weekly inspection of pod controls to ensure bio-hazard cleanup kits are still in place. | Sergeant Kevin Poret | Bi-weekly beginning 07/02/2024 | | Bi-weekly inspection form. |
| | | | 4. Issue a written directive to staff to ensure that all uses of bio-hazard kits must be submitted prior to then end of each shift in which they are used. | Major Anthony Giovingo | 07/01/2024 | | Written directive to Jail Operations staff. |
| | | | 5. Prior to the end of each shift upon usage, submit a bio-hazard usage report in the JMS to ensure Sanitation is aware that it needs to be replaced. | Pod Deputies | Upon usage beginning 07/02/2024 | | Submitted reports in JMS. |
| | | | 6. Within 48 hours of report submittal, replace bio-hazard kits in pod control. | Sanitation Staff | Upon notification beginning 07/02/2024 | | Completed reports. |
| | | | 7. Sanitize returned mattresses upon receipt but prior to distribution to a new inmate. | Sanitation Staff | As needed beginning 07/02/2024 | | Weekly log of number of mattresses returned and sanitized. |
| | | | **Environmental Control** | | | | |
| **IV.D.2.b** | To develop and implement a system for the maintenance and timely repair of electrical panels, devices, and exposed electrical wires, thereby achieving full compliance with the consent judgment and improving | Provision IV.D.2.b requires OPSO to maintain and timely repair electrical panels, devices, and exposed electrical wires. Current issues include damaged light switch assemblies in inmate interview | | | | | |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* Consent Judgment
**Monitor's Report # 19 – First 3rd of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | overall safety and functionality within OPSO facilities. | rooms, chronic problems with the inmate intercom system, and insufficient supervision of inmates in certain areas, resulting in partial compliance. | | | | | |
| **FOOD SERVICE** | | | | | | | |
| **IV.D.3.c** | To ensure that the temperatures in refrigerators, coolers, walk-in refrigerators, the dishwasher water, and all other kitchen equipment with temperature monitors are checked and recorded daily, ensuring proper maintenance of food service equipment and compliance with the consent judgment. | Provision IV.D.3.c requires OPSO to check and record temperatures in food service equipment daily. Previous compliance reviews found significant problems with refrigeration, including coolers and freezers being turned off and no awareness of unsafe food temperatures, resulting in non-compliance with regulatory requirements. | 1. Check and record temperatures of all refrigerators, coolers, walk-in refrigerators, and freezers daily.<br><br>2. Within 24 hours of discovery, submit a work order for any refrigerator, cooler, walk-in refrigerator, or freezer, that is not within regulatory requirements. | Kitchen Staff<br><br>Kitchen Supervisors | Daily beginning 07/01/2024<br><br>Daily beginning 07/01/2024 | | Daily logs to show temperatures in various coolers, refrigerators, and freezers.<br><br>Submitted work order number. |
| **FIRE AND LIFE SAFETY** | | | | | | | |
| **IV.E.1.c** | To ensure comprehensive fire drills are conducted every six months, with proper documentation including start and stop times and the number and location of prisoners who were moved, thereby achieving full compliance with the consent judgment. | Provision IV.E.1.c requires OPSO to conduct comprehensive fire drills every six months. Recent documentation showed insufficient coverage of squads and lack of inmate participation, resulting in partial compliance. | 1. Create and distribute a fire drill schedule to ensure that each building, OJC, IPC, and TDC, receive at minimum, one Level 1 drill bi-annually and conduct a Level 2 drill each quarter, with all squads having one Level 2 drill every year. Include an annual Level 1 and Level 2 drill for the Kitchen/Warehouse.<br><br>2. Complete 1 Level 1 fire drill for all OJC/IPC squads, with 4 being conducted weekly, until all squads and all pods have been conducted.<br><br>3. Complete 1 Level 1 fire drill for all TDC squads before, with 4 being conducted weekly, until all squads and all pods have been conducted.<br><br>4. Complete 1 Level fire drill per year in the Kitchen/Warehouse by September 1st each year.<br><br>5. Begin adhering to the fire drill schedule upon completion of catch up drills. | FLSO Jaime Lampard<br><br>FLSO Jaime Lampard Major Anthony Giovingo<br><br>FLSO Jaime Lampard Major Anthony Giovingo<br><br>FLSO Jaime Lampard Major Chaz Ruiz<br><br>FLSO Jaime Lampard | 07/01/2024<br><br>Weekly beginning 07/01/2024<br><br>Weekly beginning 08/01/2024<br><br>09/01/2024<br><br>10/01/2024 | | Written schedule of fire drills.<br><br>Written documentation on which pods and squads were conducted each week.<br><br>Written documentation on which pods and squads were conducted each week.<br><br>Written documentation of fire drills.<br><br>Written documentation of fire drills. |
| **IV.E.1.d** | To ensure that all OPSO staff receive competency-based training on proper fire and emergency practices and procedures at least annually, thereby | Provision IV.E.1.d requires OPSO to provide annual competency-based training on fire and emergency practices | 1. Coordinate with Training to ensure fire and emergency practices training is taught in in-service and pre-service classes. | FLSO Jaime Lampard Lieutenant John Scott | 07/05/2024 | | Updated in-service schedule. |

**Orleans Parish Sheriff's Office**
*Jones et. al vs. Hutson* **Consent Judgment**
**Monitor's Report # 19 – First 3ʳᵈ of Areas of Partial Compliance Action Plan**

| CONSENT JUDGMENT PROVISION | OBJECTIVE | MATTER TO BE REMEDIATED | ACTIONS TO BE TAKEN | ASSIGNED PERSONNEL | DUE DATE | COMPLETION DATE | PROOF OF WORK |
|---|---|---|---|---|---|---|---|
| | achieving full compliance with the consent judgment. | and procedures to all staff. While pre-service training has been documented, there is <mark>a lack of documentation for in-service training</mark>, resulting in partial compliance. | 2. Coordinate with training to develop written lesson plans and a curriculum for the in-service and pre-service training. | FLSO Jaime Lampard Lieutenant John Scott | 07/05/2024 | | Updated lesson plans and curriculum. |
| | | | 3. Conduct training at annual in-service based upon remaining CY '24 schedule and going forward. | FLSO Jaime Lampard | Beginning 07/01/2024 | | Sign-in sheets, pre- and post-tests. |
| | | | 4. Schedule and conduct bi-annual roll call refresher training. | FLSO Jaime Lampard | Beginning 08/01/2024 | | Roll call schedule and sign-in sheets. |