# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 9, 2024
Lyle W. Cayce
Clerk

———————

No. 23-30633

———————

Kent Anderson; Steven Dominick; Anthony Gioustavia; Jimmie Jenkins; Greg Journee; Richard Lanford; Leonard Lewis; Euell Sylvester; Lashawn Jones,

*Plaintiffs—Appellees*,

United States of America,

*Intervenor Plaintiff—Appellee*,

*versus*

Susan Hutson, *Sheriff, Orleans Parish, Successor to Marlin N. Gusman*,

*Defendant/Third Party Plaintiff—Appellant*,

*versus*

City of New Orleans,

*Third Party Defendant—Appellee*.

———————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-859

———————

No. 23-30633

ORDER:

IT IS ORDERED that the motion of Appellees Kent Anderson, Steven Dominick, Anthony Gioustavia, Jimmie Jenkins, Lashawn Jones, Greg Journee, Richard Lanford, Leonard Lewis, and Euell Sylvester to supplement the record on appeal is GRANTED as to district court document numbers 1672 through 1681-1.

IT IS FURTHER ORDERED that the motion is DENIED as to district court document numbers 1682 through 1717-1.

_____
DANA M. DOUGLAS
*United States Circuit Judge*