No. 23-3063

In The
United States Court of Appeals
For the Fifth Circuit

United States of America,
*Intervenor Plaintiff-Appellee*

Steven Dominick; Anthony Gioustavia; Jimmie Jenkins;
Greg Journee; Richard Lanford; Leonard Lewis; Euell Sylvester; LaShawn Jones,
*Plaintiffs-Appellees*

v.

Susan Hutson, Sheriff, Orleans Parish, Successor to Marlin N. Gusman,
*Defendant/Third Party Plaintiff-Appellant*

v.

City of New Orleans,
*Third Party Defendant-Appellee*

On Appeal from the United States District Court
For the Eastern District of Louisiana, No. 2:12-cv-00859-LMA-MBN
District Court Judge Lance Africk

**PLAINTIFFS-APPELLEES' SECOND MOTION
TO SUPPLEMENT RECORD ON APPEAL**

NOW INTO COURT, through undersigned counsel, come Plaintiffs-Appellees, who hereby move to supplement the appellate record in this case pursuant to Federal Rules of Appellate Procedure 10(e) and 27. Plaintiffs-Appellees seek to supplement the record with District Court electronic court filing (ECF) entries numbered ECF No. 1672 through 1717-1. These docket entries, including the Report and Recommendation to deny the Orleans Sheriff's Motion to Stay and the Order adopting same, along with status reports from the City of New Orleans, were filed after the record lodged in the instant appeal, but are germane to the matter currently pending before this Court.[1]

The docket entries pertaining to the Orleans Sheriff's Motion to Stay and the status reports from the City of New Orleans are directly relevant to the proceedings before this Court particularly as regards the Orleans Sheriff's pending Petition for Rehearing for which the Court has requested a response. Further, status reports filed by the City of New Orleans relate to the progress of the construction of the Phase III facility and are relevant both to the pending petition for rehearing of the Sheriff's appeal of the district court's denial of the Orleans Sheriff's Motion to Terminate. Due only to the particular timing of the Orleans Sheriff's noticing of this appeal and

---

[1] This Court previously granted Plaintiffs-Appellees' motion to supplement the record on appeal with district court document numbers 1672 through 1681-1 on December 4, 2023, but the documents associated with these docket numbers were never actually added to the electronic record on appeal. The current electronic record on appeal for Anderson v. Hutson, 23-30633 (Supplement 1) only contains the District Court docket sheet for the case.

1

an administrative error with supplementing the record in December 2023 these relevant portions of the record not included in the record on appeal.

Federal Rule of Appellate Procedure 10(e)(2) provides "[i]f anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded: (A) on stipulate of the parties; (B) by the district court before or after the record has been forwarded; or (C) by the court of appeals."

The appellate record is incomplete without District Court entries in ECF No. 1672 through 1717-1.

Intervenor Plaintiff-Appellee United States and Third-Party Defendant-Appellee City of New Orleans do not object to this requested supplementation of the record. Defendant/Third Party Plaintiff-Appellant Orleans Parish Sheriff objects to this motion.

For the foregoing reasons, Plaintiffs-Appellees respectfully request that this Motion be granted and that the omission of relevant pleadings, orders, and other documents from the record on appeal be remedied by this Court through supplementation of the record with District Court ECF No. 1672 through 1717-1.

Respectfully submitted,

*s/ Elizabeth Cumming*

EMILY WASHINGTON, LSBN 34143
ELIZABETH CUMMING, LSBN 31685

2

Roderick and Solange MacArthur Justice Center
4400 S. Carrollton Ave.
New Orleans, LA 70119
(504) 620-2259 (ph)
(504) 208-3133 (f)

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I served the foregoing via the Court's CM/ECF system, which will automatically provide notice to all counsel of record, and additionally sent courtesy copies to Third Party Defendant-Appellee, Intervenor Plaintiff-Appellee, Defendant-Third Party Plaintiff-Appellant, and the District Court via electronic mail.

*s/ Elizabeth Cumming*
Elizabeth Cumming

## CERTIFICATE OF COMPLIANCE

This Motion complies with the length limits of Fed. R. App. P. 27(d)(2)(A) because this Motion contains 459 words. This Motion complies with the typeface requirements of Fed. R. App. R. 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(6) because this Motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*s/ Elizabeth Cumming*                                                September 27, 2024
Elizabeth Cumming