MINUTE ENTRY
AFRICK, J.
DECEMBER 17, 2024
JS10 - 02:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, et al | CIVIL ACTION |
| VERSUS | NUMBER: 12-859 |
| MARLIN N. GUSMAN, et al | SECTION: I |

**STATUS HEARING**

COURTROOM DEPUTY:  Bridget Gregory
COURT REPORTER:  Karen Ibos

APPEARANCES:
Elizabeth Cumming and Emily Washington, Counsel for plaintiffs
George Eppsteiner and Katherine Thompson, Counsel for intervenor plaintiff United States of America
John S. Williams, Counsel for defendant Orleans Parish Sheriff's Office
Harry Rosenberg and Kevin Hill, Counsel for third party defendant City of New Orleans

Case called.
Ben Smith, Director of Capital Projects for the City of New Orleans, addressed the Court.
Jewarski Mallett, Chief of Corrections at Orleans Parish Sheriff's Office, addressed the Court.
Silas Phipps, Director of Compliance and Accountability at Orleans Parish Sheriff's Office, addressed the Court.
Margo L. Frasier, lead monitor, addressed the Court.
Sheriff Susan Hutson, Orleans Parish Sheriff's Office, addressed the Court.
Dr. Nicole Johnson, mental healthcare submonitor, addressed the Court.
Dr. Susi Vassallo, medical care submonitor, addressed the Court.
Diane Skipworth, food service submonitor, addressed the Court.
Shane Poole, sanitation & environmental conditions, and fire & life safety submonitor, addressed the Court.
Counsel for the United States, the plaintiffs, and the Orleans Parish Sheriff's Office, addressed the Court.
Court addressed counsel and spectators.
Court adjourned.