UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

**O R D E R**

During the recent December 17, 2024 hearing in the above-captioned case, the Court discussed with counsel the need to have a written transition plan and staffing plan with respect to Phase III. That subject was also discussed during the meeting of all parties on December 16, 2024. In connection with those discussions,

**IT IS ORDERED** that the Orleans Parish Sheriff provide this Court with a written transition plan and written staffing plan addressing the needs of Phase III no later than February 19, 2025. The Court suggests that the Orleans Parish Sheriff work closely with the monitors when formulating such plan.

New Orleans, Louisiana, December 19, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE