UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, <u>ET</u> <u>AL</u>.                    CIVIL ACTION

VERSUS                                         NUMBER: 12-0859

MARLIN N. GUSMAN, <u>ET</u> <u>AL</u>.              SECTION: "I"(5)

## <u>ORDER</u>

The Court will hold an in-person status conference regarding the Phase III Transition Plan with counsel for the parties of record on March 19, 2025 at 9:30 a.m., Room B-419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this ___14th___ day of _____March_____ 2025.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE