# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, )<br>Plaintiffs, and )<br>UNITED STATES OF AMERICA, )<br>Plaintiffs in intervention )<br> )<br>v. )<br> )<br>SUSAN HUTSON, ET AL, )<br>Defendants. )<br> )<br> )<br>SUSAN HUTSON, )<br>Third-Party Plaintiff )<br> )<br>v. )<br> )<br>THE CITY OF NEW ORLEANS, )<br>Third-Party Defendant. )<br> ) | Civil Action No. 2:12-cv-00859<br>Section I, Division 5<br>Judge Lance M. Africk<br>Magistrate Judge Michael B. North |

## CONSENT MOTION TO WITHDRAW

George Eppsteiner, as counsel for the United States of America ("United States") in the above referenced case, submits this consent motion to withdraw as counsel. Mr. Eppsteiner is leaving the United States Department of Justice to accept an offer of new employment. The United States will continue to be represented in this action by the attorneys below. Mr. Eppsteiner respectfully requests that the Court terminate him as counsel of record for the United States in this matter. A proposed order is enclosed as Exhibit 1. It has been an honor representing the United States in this matter and the undersigned expresses his sincere thanks to the Court.

FOR THE PLAINTFF, THE UNITED STATES:

Dated:  April 14, 2025

        REGAN RUSH
        Chief
        Special Litigation Section

        */s/ George Eppsteiner*
        LAURA COWALL
        Deputy Chief (T.A.)
        GEORGE EPPSTEINER
        KATHERINE W. THOMPSON
        Special Litigation Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C.  20530
        Telephone: (202) 598-5165