# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL, Plaintiffs, and UNITED STATES OF AMERICA, Plaintiffs in intervention<br><br>v.<br><br>SUSAN HUTSON, ET AL, Defendants.<br><br>SUSAN HUTSON, Third-Party Plaintiff<br><br>v.<br><br>THE CITY OF NEW ORLEANS, Third-Party Defendant. | Civil Action No. 2:12-cv-00859<br>Section I, Division 5<br>Judge Lance M. Africk<br>Magistrate Judge Michael B. North |

## CONSENT MOTION TO WITHDRAW

Ariona Jean-Johnson, as counsel for the United States of America ("United States") in the above referenced case, submits this motion to withdraw as counsel. Attorney Jean-Johnson will be leaving employment with the Department of Justice and respectfully requests to be terminated as counsel of record for the United States in this matter. The United States will continue to be represented in this action by Natasha-Eileen Ulate. A proposed order is enclosed as Exhibit 1. It has been an honor representing the United States in this matter and the undersigned expresses sincere thanks to the Court.

FOR THE PLAINTFF, THE UNITED STATES:

Dated: May 15, 2025

        ANDREW DARLINGTON
Acting Chief
Special Litigation Section

*/s/ Ariona Jean-Johnson*
LAURA COWALL
Deputy Chief (T.A.)
Ariona Jean-Johnson
Telephone: 202-532-3838
Email: Ariona.jean-johnson@usdoj.gov
Natasha-Eileen Ulate
Telephone: 202-705-8762
Email: Natasha-Eileen.Ulate@usdoj.gov
Trial Attorneys
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530