

# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MAY 14, 2025

## I.    PROJECT STATUS

Construction is in progress at 56.70% completed through April 30, 2025.  Work completed during this period includes:

    a.   The slab pour at the mezzanine level and above the ceiling sprinkler rough-in in Sequences 3 & 4 was completed in early April;

    b.   Above ceiling rough-in HVAC in Area "A" - North 1st floor was completed in early April;

    c.   Installation of security door frames in Sequences 1, 2, and 7 (2nd floor Area "A" - North);

    d.   Fireproofing at mezzanine level;

    e.   Erected structural steel in Sequences 5 and 9, and structural steel roof decking in Sequence 8;

    f.   HVAC plumbing above ceiling rough-in in Sequence 7 and MEP deck rough-in in Sequences 3, 4 and 8; and

    g.   Completed door frames in Mezzanine in late April 2025.

Additional work in progress includes:

    a.   Continued installing detention frames on 1st and 2nd floors early May 2025;

    b.   Masonry 1st floor in Area **"A"** - North to be completed early May 2025;

    c.   Continue placing door frames mezzanine area early May 2025;

    d.   Continue electric, security/telecom room rough-in 1st floor mid-May 2025; and

    e.   Above ceiling sprinkler rough-in Sequence. 3 and 4 mid-May 2025.

### OTHER

    a.   SEWER LINE BACKUP: Since September 18, 2024, there have been 4 sewage spills caused by OPSO's existing lift station malfunctions.

        i.   This backup resulted in effluent overflowing onto the job site in Area "B" and stopped work in the affected area, specifically in "B2".

        ii.   MMG Environmental assisted with identifying remediation plans.

EXHIBIT

A



# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MAY 14, 2025

      iii.    OPSO was informed of the sewage spills impacting the Phase III site.

      iv.    This event delayed the contractor and will result in additional costs for remediation of associated environmental hazards.

    b.    On February 5, 2025, OPSO staff and GHC/BGA discuss the Phase II security electrical up-grades. OPSO indicated they will not move forward with repairs at this time.

    c.    On April 10, 2025, a tour of the Central Plant equipment data and equipment was conducted by the Commissioning Agent (CxA),along with OPSO, TMG, GHC, and the engineers, reported that  based on the service data provided and equipment reviewed, it appears that some generators have failed the maintenance and or testing requirements and must be operational when Phase III is complete.

## II.  MILESTONES

### 1.  30-DAY MILESTONES (COMPLETED)

    a.    Completed HVAC/Plumbing above ceiling Sequence 7 late April 2025.

    b.    Completed above ceiling rough-in HVAC Area "A" North 1st floor late April 2025.

    c.    Set masonry under mezzanine Electrical and Security rooms late April 2025.

    d.    Fireproofing Sequences 3 and 4 2nd floor early May 2025.

    e.    Tower crane #2 removal on-going and should be completed early May 2025.

    f.    See below Aerial Progress Photo Project Site April 4, 2025.

### 2.  MILESTONES (FUTURE)

    a.    Monthly Executive Stakeholder Group (EG) meetings with OPSO, Federal Monitors, Department of Justice, Plaintiffs, others – May 21, 2025.

    b.    Complete masonry on 1st floor under Mezzanine - late May 2025

    c.    Slab pour in Sequence 8, roof level - early May 2025.

    d.    Fireproofing Sequences 3 and 4 on 2nd floor - early May 2025.

    e.    Electrical, security, telecom room rough-in on 1st floor - late May 2025.

    f.    **Substantial Completion – Due to the remediation of unforeseen underground obstructions (existing piles and underground fuel tank). The current projected substantial completion date is May-June 2026.**

    g.    Project Closeout and Turnover for Occupancy – <u>**July-August 2026**</u> (60 days after the completion of construction).



# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
MAY 14, 2025

**III.**   **ISSUES**

    a.   OPSO Sewage Spill on site Area **"B2"** (TBD).

    b.   Phase II Security Electronics.

    c.   Central Plant repairs and testing of Chiller #3, Generators and existing equipment.

**IV.**   **PROJECT PHOTOGRAPH**



Aerial Progress Photo Project Site taken May 1, 2025.



2/16/2023 3:23:39 PM

# TO BE POURED 4-29-25

1 SECOND FLOOR FRAMING PLAN - OVERALL

1/16" = 1'-0"

TRUE N

OVERALL PLAN IS PRESENTED FOR GENERAL REFERENCE AND LEGENDS/SCHEDULES ONLY. REFER TO 1/8" SCALE PLANS FOR CONSTRUCTION INFORMATION.

SECOND FRAMING PLAN LEGEND/NOTES

| MARK | DESCRIPTION | MARK | DESCRIPTION |
|---|---|---|---|
| A | 4 1/2" NORMAL WT. CONCRETE W/ 4x4 - W4xW4 OVER 1 1/2" x 18 GA. GALV. COMPOSITE DECK W/ 3/4" PUDDLE WELDS 36/5 PATTERN W/ # 12 SIDE LAP SCREWS @ 12"o.c. | | BM.-TO-BM. MOMENT CONN. |
| B | 3 1/2" NORMAL WT. CONCRETE W/ 4x4 - W2.9xW2.9 OVER 1 1/2" x 20 GA. GALV. COMPOSITE DECK W/ 3/4" PUDDLE WELDS 36/5 PATTERN W/ # 12 SIDE LAP SCREWS @ 12"o.c. | | BM.-TO-COLUMN MOMENT CONN. |
| C | 4 1/2" NORMAL WT. CONCRETE W/ 4x4 W4xW4 OVER 1 1/2" x 18 GA. GALV. COMPOSITE DECK W/ 3/4" PUDDLE WELDS 36/5 PATTERN W/ #12 SIDE LAP SCREWS @ 12"o.c. | | CHANGE IN TOP OF CONCRETE ELEVATION. |
| D | 5" TOTAL SLAB THICKNESS W/ 1 1/2" 20 GA. GALV. COMPOSITE DECK W/ NORM. WT. CONCRETE W/ 4x4 W2.9xW2.9 WWF SHEET. | | TOP OF CONCRETE ELEVATION. |
| E | #4 x 16'-0" @ 16"o.c. TOP (UNDERSIDE OF WWF) CENTERED AT GIRDER TYP. ALONG GIRDER LINE. | | TOP OF STEEL ELEVATION (UNDERSIDE OF STEEL DECK). |
| F | #4 x 10'-0" @ 16"o.c. TOP (UNDERSIDE OF WWF) CENTERED AT GIRDER TYP. ALONG GIRDER LINE. | XXK | SERVICE LOAD STEEL CONNECTION DESIGN REQUIREMENT. REFER TO SPECS. FOR STEEL CONN. DESIGN REQUIREMENTS. |
| SWXX | SHEARWALL DESIGNATION. | W27X84 (28) | GIRDER SIZE WITH QUANTITY OF 3/4"Ø x 5" AEWS EQUALLY SPACED ALONG CENTERLINE OF GIRDER. |

GRACE HEBERT CURTIS ARCHITECTS, APAC

SEAL:

© THIS SET OF DOCUMENTS INCLUSIVE OF DRAWINGS, SPECIFICATIONS, AND ADDENDUMS MAY NOT BE COPIED, SCANNED, NOR ELECTRONICALLY DISTRIBUTED OR USED FOR CONSTRUCTION WITHOUT THE EXPRESSED WRITTEN CONSENT OF GraceHebert Architects, APAC. NO PLAN ROOM, ELECTRONIC PLAN SERVICE (INTERNET PLAN SERVICE), NOR REPRODUCTION COMPANY SHALL BE PERMITTED TO POST THESE DOCUMENTS WITHOUT THE EXPRESSED WRITTEN CONSENT OF THE ARCHITECT. Grace Hebert Curtis Architects, APAC.

KEY PLAN:

RFI 40

RFI#40 - Slab Edge Dimensions

## OJC MEDICAL SERVICES BUILDING

2900 Perdido St., New Orleans, Louisiana

City of New Orleans

| No. | Description | Date |
|---|---|---|

DATE: February 17, 2023

PHASE: CONSTRUCTION DOCUMENTS

ISSUED FOR

PROJECT NO: 561772

SECOND FLOOR FRAMING PLAN - OVERALL

sheet number

S102



TO BE POURED 4-29-25

2 PENTHOUSE PLAN

1 MECH. MEZZANINE PLAN

NOTE: 3" EXPOSED SPRAY APPLIED ACOUSTIC INSULATION AT UNDERSIDE OF MEZZANINE CEILING

4 SECTION AT PENTHOUSE STAIRS

3 STAIRS AT PENTHOUSE

**OJC MEDICAL SERVICES BUILDING**

2900 Perdido St., New Orleans, Louisiana

City of New Orleans

MECH. MEZZANINE & PENTHOUSE PLAN

CONSTRUCTION DOCUMENTS

February 17, 2023

A101M


