UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL** | **SECTION I** |

## O R D E R

A status conference, attended by the Chief Monitor and a representative of each of the parties, will take place in the above captioned case on this date at 2:30 p.m.   The Attorney General of the State of Louisiana and a representative of the Louisiana Department of Public Safety and Corrections have agreed to attend the status conference.

New Orleans, Louisiana this 19th day of May, 2025.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE