**MINUTE ENTRY**
**AFRICK, J.**
**June 11, 2025**
**JS-01:10**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LASHAWN JONES**                                         **CIVIL ACTION**

**VERSUS**                                                **No. 12-859**

**MARLIN N. GUSMAN, ET AL.**                              **SECTION I**

### MINUTE ENTRY

On June 11, 2025, the Court held an in-chambers status conference with representatives of all parties,including the lead monitor and the  Attorney General for the State of Louisiana, participating. The discussion related to maintenance, population, staffing, and budget. Pursuant to the discussion at the conference,

**IT IS ORDERED** that the parties will hold another in-chambers status  conference on **JULY 10, 2025** at **9:30 A.M.**

New Orleans, Louisiana, June 12, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**