UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LASHAWN JONES, ET AL. | CIVIL ACTION NO. 12-859 |
| VERSUS | SECTION I, DIVISION 5 |
| MARLIN GUSMAN, ET AL. | JUDGE LANCE M. AFRICK<br>MAGISTRATE JUDGE NORTH |

**STATUS REPORT**

**NOW INTO COURT**, through undersigned counsel, comes Third-Party Defendant, City of New Orleans ("City"), who pursuant to the Court's Order of March 18, 2019,[1] and February 4, 2021,[2] hereby submits an update[3] on the progress of the Phase III new jail building.

Construction is in progress at 78.60% complete. The City notes that the Project Status Report[4] contains issues that remain unresolved ("TBD"). Although these unforeseen events have already occurred, the contractor must submit change orders to add additional time and compensation to the contract. Given the contractor has not yet made these requests, these issues will not be resolved until appropriate documentation is submitted by the contractor and reviewed, approved, or rejected by the City.

The City reasserts its objections, and, therefore, it remains the City's position that there has been a significant change in circumstances which makes the building of a new jail facility in Orleans Parish unwarranted and unnecessary. Moreover, a new jail building is not required by the Consent Judgment to obtain the constitutional medical and mental health care of inmates at the Orleans Justice Center.

---

[1] R. Doc. 1227.
[2] R. Doc. 1403.
[3] See Project Status Report (September 16, 2025), attached hereto as **Exhibit A**.
[4] *Id*. at 3.

2

The September Executive Group meeting is scheduled for September 17, 2025.

    Respectfully submitted,

    */s/ Donesia D. Turner Morrison*
    **DONESIA D. TURNER MORRISON (LSBA #26338)**
    City Attorney
    Email: donesia.turner@nola.gov
    1300 PERDIDO STREET
    CITY HALL - ROOM 5E03
    NEW ORLEANS, LOUISIANA 70112
    TELEPHONE: (504) 658-9800
    FACSIMILE: (504) 658-9868

    *Counsel for the City of New Orleans*