

# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 16, 2025

## I.  PROJECT STATUS

Construction is in progress at 78.60% completed through August 31, 2025.  Work completed during this period included:

a.  Roofing in Area "A" and masonry in Area "B" roof

b.  Metal stud framing on 1st floor in Area "A"

c.  Stair tower 1 completed

d.  Block filler primer paint at Mezzanine

e.  Masonry in Sequences 5A and 5B

f.  Metal panels and steel supports in Areas "A" and "B"

g.  Waterproofing in Area "A"

h.  MEP Rough-in in Sequence 5, 1st Floor, Area "B" - North

Work in progress includes:

a.  Metal panels in Area "A" - started late August 2025

b.  Area "B" precast panels - started late August 2025

c.  Soffit framing in Area "A" - early September 2025

d.  Block filler primer paint in Area "A" – North, 1st Floor - mid-September 2025

### OTHER

a.  SEWER LINE BACKUP: Since September 18, 2024, there have been 4 sewage spills caused by OPSO's existing lift station malfunctions.

   i.  This backup resulted in effluent overflowing onto the job site in Area "B" and stopped work in the affected area, specifically in "B2".

   ii.  MMG Environmental assisted with identifying remediation plans.

   iii.  OPSO was informed of the sewage spills impacting the Phase III site.

   iv.  This event delayed the contractor and will result in additional costs for remediation of associated environmental hazards.

   v.  During the April 16, 2025, Commissioning Coordination Meeting, TMG indicated the sewage grinder motors are in disrepair and corroded and could be an issue in the future. OPSO acknowledged the equipment conditions.

EXHIBIT

A



**CITY OF NEW ORLEANS - PROJECT STATUS REPORT**

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 16, 2025

b. On February 5, 2025, OPSO staff and GHC/BGA discuss the **Phase II security electrical** upgrades. OPSO indicated they will not move forward with repairs at this time.

    i. At the Executive Group Meeting held April 16, 2025, OPSO indicated efforts are underway to obtain funds for upgrades.

    ii. Based on discussions with the Executive Group and OPSO staff, it was stated that during the design and bidding process the system could not be a sole source to a single vendor. In summary, the Control position in the Phase III building is in the Security Room (corridor – 2nd floor). A backup position is in Phase II Central Control (2nd floor). There will be a single computer with 2 monitors, which will be monitored/operated by one OPSO staff member.

    iii. Phase III and Phase II are meant to be stand-alone systems. Phase III was designed with all the components that Phase II has; however, Phase III will be ten years newer.

c. During review of the **Central Plant Equipment** data, the Commissioning Agent (CxA), along with OPSO, TMG, GHC, and the engineers, reported that based on the service data provided and equipment reviewed, it appears that some generators have failed the maintenance and or testing requirements and must be operational when Phase III is complete.

    i. On Monday, June 2, 2025, and Tuesday, June 3, 2025, letters were issued to OPSO expressing specific requirements concerning the Central Plant Equipment status and project schedule impact concerns. (See attached emails.)

    ii. Be on notice that ANY project delays associated with this issue will be OPSO's responsibility that includes $84k/day general conditions costs.

    iii. On Monday July 7, 2025, we are informed the Director of Operations is leaving OPSO. OPSO has identified John Williams, Bianka Brown and Major N. Harris as the interim contact staff for the project.

    iv. OPSO indicated internal repairs will be performed by hired 3rd party, Powerhouse Construction, who will coordinate ALL central plant issues.

d. **Security Clearances for Contractor Workforces –** On June 16, 2025, OPSO issued letter to contractor indicating OPSO will not accept a large influx of applicants (TMG submitted 309). Only individuals who will actively work on the construction site are eligible to apply for a background check/security clearance. OPSO is working with TMG in processing security checks in accordance with OPSO guidelines.



**CITY OF NEW ORLEANS - PROJECT STATUS REPORT**

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 16, 2025

II.   **MILESTONES**

1. **30-DAY MILESTONES (COMPLETED)**

   a. Waterproofing in Area "A" in mid-August 2025

   b. Masonry in Sequences 9A and 9B, 2nd Floor in mid-August 2025

   c. MEP Rough-in in Sequence 5, 1st Floor - Area "B" in mid-August 2025

   d. Electrical overhead rough-in in Sequence 5, 1st Floor, Area "B" - North in mid-August 2025

   e. Penthouse dry-in in August 2025

   f. See below Aerial Progress Photo Project Site taken September 5, 2025.

2. **MILESTONES (FUTURE)**

   a. Monthly Executive Stakeholder Group (EG) meetings with OPSO, Federal Monitors, Department of Justice, Plaintiffs, others – September 17, 2025.

   b. Commissioning Coordination Meeting with all parties scheduled for October 22, 2025.

   c. All masonry to be completed by October 6, 2025.

   d. Fireproofing inspections in mid-September 2025.

   e. Bridge structural tie-in to Phase II in late September 2025.

   f. Substantial Completion – Due to the remediation of unforeseen underground obstructions (existing piles and underground fuel tank), the current projected substantial completion date is May-June 2026.

   g. Project Closeout and Turnover for Occupancy – July-August 2026 (60 days after the completion of construction).

III.   **ISSUES**

   a. OPSO Sewage Spill on site Area "B2" (TBD)

   b. Phase II Security Electronics

   c. Central Plant repairs and testing of chiller #3, generators, and existing equipment

   d. Director of Operations departed OPSO on July 10, 2025

   e. Security clearances and site access badges



# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 16, 2025

## IV.   PROJECT PHOTOGRAPHS

Aerial Progress Photos of Project Site taken September 5, 2025.





GENERAL NOTES

FLOOR PLAN LEGEND

WALL PARTITION LEGEND

NEW WALL CONSTRUCTION

NEW ACOUSTICAL PARTITION

NEW CMU WALL

NEW CONCRETE SHEAR WALL

PARTITION TYPES

DOOR NUMBER - REFER TO PROJECT MANUAL AND SHEET 1A000 FOR TYPES

WINDOW TAG







KEY PLAN:



Seq 1

Seq 2

Seq 3

Seq 4

Seq 5A

Seq 5B

Seq 6A

Seq 6B

LAUNDRY

VISITATION

FEMALE ACUTE MENTAL HEALTH

BRIDGE ABOVE

MEDICAL/MENTAL HEALTH HOUSING SUPPORT

MALE ACUTE MENTAL HEALTH

**OJC MEDICAL SERVICES BUILDING**

2900 Perdido St., New Orleans, Louisiana

City of New Orleans

| No. | Description | Date |
|-----|-------------|------|

February 17, 2023

CONSTRUCTION DOCUMENTS

561772

1ST FLOOR OVERALL PLAN

**A101**

1   1ST FLOOR PLAN
1/16" = 1'-0"





**GHC**

OJC MEDICAL SERVICES BUILDING

2900 Perdido St.   New Orleans, Louisiana

City of New Orleans

| No. | Description | Date |
|---|---|---|

February 17, 2023
CONSTRUCTION DOCUMENTS

561772

MECH. MEZZANINE & PENTHOUSE PLAN

**A101M**

Seq 4M

Seq 3M

NOTE: 3" EXPOSED SPRAY APPLIED ACOUSTIC INSULATION AT UNDERSIDE OF MEZZANINE CEILING

**1** MECH. MEZZANINE PLAN   1/8" = 1'-0"

Seq 10

Seq 10

STEEL BAR GRATING LANDING AND TREADS

ROOF WALKWAY PADS, TYP.

ROOF ACCESS LADDER

**2** PENTHOUSE PLAN   1/8" = 1'-0"

12" RAIL EXTENSION AT BOTH SIDE OF STAIRS

12" RAIL EXTENSION AT BOTH SIDES OF THE STAIR

EXTERIOR WALL

ROOF WALKWAY PADS, TYP.

PRE-FABRICATED ACCESS STAIR WITH RAILINGS

PRE-FABRICATED STAIR AND RAILINGS WITH NON-PENETRATING MOUNTS

**3** STAIRS AT PENTHOUSE   1/2" = 1'-0"

EXTERIOR PAIR DOOR AS SCHEDULED

PRE-FABRICATED ROOF ACCESS STAIR AND RAILINGS

INSULATED METAL PANEL, BEYOND

PRE-FABRICATED ROOF ACCESS STAIR AND RAILINGS (ON NON-PENETRATING MOUNTS)

12" RAIL EXTENSION

12" RAIL EXTENSION

T.O. PARAPET 1

CONCRETE CURB, RE: STRUCT.

ROOF

**4** SECTION AT PENTHOUSE STAIRS   1/2" = 1'-0"

GENERAL NOTES

1. ALL DIMENSIONS ARE FROM THE EXTERIOR FACE OF THE BUILDING TO COLUMN CENTER LINE TO FACE OF GYP BD EXCLUDING INTERIOR FINISHES UNLESS NOTED OTHERWISE ON PLAN.
2. ALL DOOR NUMBERS ARE THE SAME AS THE ROOM NUMBER THAT THE DOOR SWINGS INTO UNLESS NOTED OTHERWISE ON PLAN. IN ROOMS WITH MORE THAN ONE (1) DOOR SWINGING INTO IT, THE DOORS WILL BE DISTINGUISHED BY A LETTER A, B, ETC. AT THE END OF THE DOOR NUMBER. THE BUILDING AREA IS EXCLUDED FROM THE DOOR NUMBER PLAN DESIGNATION FOR CLARITY.
3. REFER TO SHEET A000 FOR TYPICAL PARTITION TYPE AND DETAILS.
4. REFER TO ENLARGED PLANS FOR ADDITIONAL DETAILS & INFORMATION.

FLOOR PLAN LEGEND

A1 — PARTITION TYPES

AXX — ACOUSTICAL PARTITION

DOOR NUMBER - REFER TO PROJECT MANUAL AND SHEET A000 FOR TYPES

WINDOW TAG

WALL PARTITION LEGEND

NEW WALL/CONSTRUCTION

NEW ACOUSTICAL PARTITION

NEW CMU WALL

NEW CONCRETE SHEAR WALL





KEY PLAN:



OJC MEDICAL SERVICES BUILDING

2900 Perdido St.   New Orleans, Louisiana

City of New Orleans

MEDICAL / MENTAL HEALTH CLINIC

MALE & FEMALE INFIRMARY

BRIDGE TO KITCHEN / WAREHOUSE

Seq 7B

Seq 7A

Seq 8B

Seq 8A

Seq 11

MEDICAL / MENTAL HEALTH ADMIN.

Seq 9B

Seq 9A

MEDICAL/MENTAL HEALTH HOUSING SUPPORT

Seq 9D

Seq 9C

MALE ACUTE MENTAL HEALTH

EB-A    EB-B

EB-1

EB-C

February 17, 2023
CONSTRUCTION DOCUMENTS
ISSUED FOR

PROJECT NO.   561772

| No. | Description | Date |
| --- | --- | --- |

2ND FLOOR OVERALL PLAN

1   2ND FLOOR OVERALL PLAN
1/16" = 1'-0"

A102