UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL.                                         CIVIL ACTION

VERSUS                                                        NUMBER: 12-0859

MARLIN N. GUSMAN, ET AL.                                      SECTION: "I" (5)

### ORDER SCHEDULING IN-PERSON STATUS CONFERENCE

Pursuant to the District Judge's Order of September 30, 2025 (rec. doc. 1762), a status conference will take place in the undersigned's courtroom at 10:00 a.m. on Tuesday, October 14, 2025. The Sheriff's Office is ordered to bring a person or persons familiar and experienced with OPSO's efforts to address the recent data breach that it claims has prevented it from providing the Plaintiffs and monitors with timely information required under the Consent Judgment in this case.

New Orleans, Louisiana, this  8th  day of  October , 2025.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE