UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LASHAWN JONES, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-859** |
| **MARLIN GUSMAN, ET AL.** | **SECTION I** |

**O R D E R**

The Court finds that it is prudent to schedule a status conference for the purpose of discussing future transition related issues. Orleans Parish Sheriff Susan Hutson, Chief Monitor Margo Frasier, and Monitor Tommie Vassell are to attend. Sheriff-elect Michelle Woodfork is also invited by the Court to attend. Representatives of the other parties in the above captioned lawsuit should not attend. Accordingly,

**IT IS ORDERED** that a status conference will be held in the undersigned U.S. District Court Judge's chambers on **Monday, November 3, 2025, at 9:00 a.m.**

New Orleans, Louisiana, October 22, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**