**MINUTE ENTRY**
**AFRICK, J.**
**February 3, 2026**
**JS-10 0:26**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LASHAWN JONES, ET AL                              CIVIL ACTION

VERSUS                                                      NO. 12-859

MARLIN GUSMAN, ET AL                            SECTION I

### MINUTE ENTRY

On February 3, 2026, an in-person conference was held for the purpose of discussing the status of the transition between the current sheriff and the sheriff-elect and introducing the newly-appointed transition monitor. Among other issues discussed, the Court and the parties discussed the necessity of the Orleans Parish Sheriff's Office's ("OPSO") utilization of the Louisiana Department of Corrections' ("DOC") portal for receipt of inmates. U.S. Magistrate Judge Michael North will coordinate communication with the Orleans Parish Criminal District Court judges regarding parole and probation holds on inmates previously convicted of felony offenses. The scope of the transition monitor's access and duties was also discussed. Pursuant to the discussion at the conference,

**IT IS ORDERED** that OPSO shall upload all required documentation, including the jail credit letter and related materials, to the DOC electronic submission portal within five (5) days of the Orleans Parish Criminal District Court Clerk uploading a Uniform Commitment Order ("UCO").

**IT IS FURTHER REQUESTED** that the Orleans Parish Criminal District Court Clerk supply the Court with a biweekly report, beginning February 19, 2026, identifying newly-sentenced felony inmates. This will allow the Court to monitor timely transmission of required documentation.

**IT IS FURTHER ORDERED** that, beginning February 19, 2026, OPSO shall submit to the Court a biweekly portal submission report reflecting document submissions by the OPSO to the DOC portal.

**IT IS FURTHER ORDERED** that, consistent with this Court's previous order,[1] the transition monitor shall have access to everything that he deems necessary to ensure and facilitate a seamless transition between Sheriff Hutson and Sheriff-Elect Woodfork. This includes, but is not limited to, access to OPSO's personnel and personnel records, as well as all records reflecting budget materials for both the criminal and civil sections of the OPSO, payroll records, and records involving compliance issues. Should there be any dispute regarding access to personnel or documents, the transition monitor shall immediately advise U.S. Magistrate Judge Michael North of the same.

---

[1] Discussion at the conference revealed a misunderstanding of this Court's order appointing the transition monitor. *See* R. Doc. No. 1793. The Court's previous order states that the transition monitor is "tasked with facilitating a seamless transition between Sheriff Hutson and Sheriff-Elect Woodfork, *which includes* facilitating the communication of requested information to Sheriff-Elect Woodfork, *such as* information related to financial documents, payroll, staff assignments, and contracts." *Id.* at 5 (emphasis added). Nothing in that language represents that the examples given in the order are exhaustive of the transition monitor's duties or scope of his authority.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of this order to the Orleans Parish Criminal District Court Clerk at 2700 Tulane Avenue, Suite 114, New Orleans, LA 70119.

New Orleans, Louisiana, February 4, 2026.

 

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**