**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

LASHAWN JONES, ET AL.                     *      CIVIL ACTION NO. 12-859

VERSUS                                    *      SECTION I, DIVISION 5

SUSAN HUTSON, ET AL.                      *      JUDGE LANCE AFRICK
                                                 MAGISTRATE JUDGE NORTH

**DEFENDANT'S CIPRIS STATUS REPORT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Orleans Parish Sheriff Susan Hutson, who hereby provides the following status report responding to the court's March 17, 2026 order regarding OPSO's entries into the Louisiana DOC Correction Information Program and Records System (CIPRS) portal. Specifically, the court orders that OPSO shall, "[e]xplain the status of each portal entry." [Doc. 1805]. Attached as Exhibit A is the CIPRS handbook provided by LA Department of Corrections. The handbook explains the meaning of the entries as follows:

Packet Statuses

The following is a list of Upload Packet Statuses and what they mean:
- Pending - Packet started by Clerk of Court but not addressed by Local Facility yet,  or after a rejected packet has been addressed by the Clerk of Courts.
- Review - Packet has been updated by Local Facility and is ready for PreClass to review.
- Assigned - Packet is assigned to a PreClass user.
- Rejected - Packet was rejected by PreClass and needs correction by either the Clerk of Courts or Local Facility.
- Completed - Packet processing has been completed at all levels.
- Deferred - Local Facility does not have all the necessary paperwork so the case is put on hold.
- Response Requested - Packet has a problem case tied to it and needs correction by either the Clerk of Courts or Local Facility.

For purposes of the above referenced chart, "Local Facility" refers to the Orleans Justice Center

1

and Pre-Class user refers to the Department of Corrections.  If the court requires additional information regarding the various statuses listed in the portal documents, please advise.  OPSO plans to file its second CIPRS filing this week and will provide any additional explanation of the portal if need be.

Respectfully submitted,


 /s/ John S. Williams
JOHN S. WILLIAMS (# 32270)
Chief of Staff
ORLEANS PARISH SHERIFF'S OFFICE
2800 Perdido Street
New Orleans, LA 70119
Telephone: (504) 202-9217
Email: williamsjo@opso.us

Attorney for SUSAN HUTSON, SHERIFF
OF ORLEANS PARISH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2026, a copy of the foregoing was served upon all counsel of record via the court's CM/ECF system.

3

_/s/JOHN S. WILLIAMS_

JOHN S. WILLIAMS