# CORRECTION INFORMATION PROGRAM AND RECORDS SYSTEM (CIPRS) Document Upload - External Users

# User Guide



- Click "Sign in using your MyLA account" button.
- Enter your MyLA account credentials and select "Sign On"
- The system displays a dashboard based on your assigned privileges



*Figure 4 Sign in using existing account*

# 5. Packet Statuses

- The following is a list of Upload Packet Statuses and what they mean:
  - Pending - Packet started by Clerk of Court but not addressed by Local Facility yet,  or after a rejected packet has been addressed by the Clerk of Courts.
  - Review - Packet has been updated by Local Facility and is ready for PreClass to review.
  - Assigned - Packet is assigned to a PreClass user.
  - Rejected - Packet was rejected by PreClass and needs correction by either the Clerk of Courts or Local Facility.
  - Completed - Packet processing has been completed at all levels.
  - Deferred - Local Facility does not have all the necessary paperwork so the case is put on hold.
  - Response Requested - Packet has a problem case tied to it and needs correction by either the Clerk of Courts or Local Facility.

Last Updated: 11/7/2025