

# SUSAN HUTSON
## *Sheriff*



OFFICE OF THE SHERIFF

*Parish of Orleans • State of Louisiana*

## IMMEDIATE RESPONSE REQUIRED

**March 25, 2026**

Wexford Health Sources, Inc.
John M. Froehlich
Senior Vice President & Chief Financial Officer
501 Holiday Drive, Suite 300, Foster Plaza Four
Pittsburgh, PA 15220

***VIA EMAIL & U.S. MAIL***
dmote@wexfordhealth.com
egedman@wexfordhealth.com

**RE:    Termination of Medical Director and OPSO Medical Treatment Services**

I am writing to formally address Wexford Health Sources, Inc.'s ("Wexford") recent decision to terminate its employment relationship with Dr. Andrea Blake, M.D., Medical Director, and the lack of notification to the Orleans Parish Sheriff's Office ("OPSO") regarding the same.

As you know, timely communication of leadership changes, particularly for roles with medical oversight or authority within a correctional setting, is critical to maintaining orderly operations and quality healthcare. However, OPSO did not receive any advance notice of Wexford's termination decision, and OPSO only just learned of Dr. Blake's termination by indirect and unofficial communications this afternoon. It goes without saying that this is unacceptable, and while I am concern with Wexford's failure to properly and professionally communicate its termination decision, I am more concern about uninterrupted medical services for our residents and Wexford's immediate plans for medical leadership at OPSO.

Pursuant to the effective Professional Services Agreement entered into by OPSO, Wexford, and the City of New Orleans, Wexford represents and warrants that it, "has and will maintain the requisite expertise, qualifications, staff, materials, equipment, licenses, permits, consents, registrations, and certifications in place and available for the performance of all work required under the Agreement."(**emphasis added**) In addition, the subject Agreement includes multiple provisions whereby Wexford must timely and adequately communicate and report on its operations and care planning, including Wexford's obligation to communicate and report to OPSO and others under the Consent Judgment in 2:12-cv-00859-LMA-MBN *Jones et al v. Gusman et al.*

Accordingly, please immediately provide me with the following information:

- The effective date and time of Dr. Blake's termination;
- The basis for Wexford's decision to terminate Dr. Blake;
- Copies of any documentation supporting the termination decision, including notices, correspondences, and internal reports;
- The status of Dr. Blake's medical license at the time of termination;



## SUSAN HUTSON
*Sheriff*

OFFICE OF THE SHERIFF

*Parish of Orleans • State of Louisiana*



- Identifications and credentials of the individual(s) that are currently serving or who will serve as Medical Director or responsible physician;
- A detailed medical service plan that ensures high-quality continuity of care within OJC;
- The steps taken to properly notify relevant stakeholders, including OPSO, and the timing of such notifications; and
- Any known or anticipated impact on resident care, medical services, or Wexford staffing.

Along with the immediate need for detailed medical service plans going forward, my team has expressed heightened plan of care concerns for certain residents that we are prepared to discuss through proper and confidential means.

Please treat this matter with urgency. I expect a prompt response **no later than close of business tomorrow, March 26, 2026**. If any portion of this request cannot be fulfilled by tomorrow, you are expected to provide a written explanation and a date by which the information will be provided.

Respectfully,

Susan A. Hutson
Sheriff
Orleans Parish Sheriff's Office

Tracey J. Comeaux
Chief Legal Officer
Orleans Parish Sheriff's Office

**cc'd via email:**
John S. Williams, OPSO Chief of Staff
Jeworski Mallet, OPSO Chief of Corrections
Charline K. Gipson, City Attorney for New Orleans
Margo Frasier, Federal Consent Judgment Lead Monitor

2800 Perdido Street • New Orleans LA 70119