**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| LASHAWN JONES, ET AL. | * | CIVIL ACTION NO. 12-859 |
| VERSUS | * | SECTION I, DIVISION 5 |
| SUSAN HUTSON, ET AL. | * | JUDGE LANCE AFRICK |
| | | MAGISTRATE JUDGE NORTH |

**DEFENDANT'S CIPRS STATUS REPORT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Orleans Parish Sheriff Susan Hutson, who hereby provides the following status report regarding inmates' information that has been entered into the Louisiana Department of Corrections CIPRS portal. Said information is being provided pursuant to the court's minute entry, filed February 3, 2026.  Previously filed, below please find an image from the DOC CIPRS handbook regarding the meaning of the report regarding status of data entry.

## 5. Packet Statuses

- The following is a list of Upload Packet Statuses and what they mean:
  - Pending - Packet started by Clerk of Court but not addressed by Local Facility yet,  or after a rejected packet has been addressed by the Clerk of Courts.
  - Review - Packet has been updated by Local Facility and is ready for PreClass to review.
  - Assigned - Packet is assigned to a PreClass user.
  - Rejected - Packet was rejected by PreClass and needs correction by either the Clerk of Courts or Local Facility.
  - Completed - Packet processing has been completed at all levels.
  - Deferred - Local Facility does not have all the necessary paperwork so the case is put on hold.
  - Response Requested - Packet has a problem case tied to it and needs correction by either the Clerk of Courts or Local Facility.

Respectfully submitted,

/s/ John S. Williams

1

JOHN S. WILLIAMS (# 32270)
Chief of Staff
ORLEANS PARISH SHERIFF'S OFFICE
2800 Perdido Street
New Orleans, LA 70119
Telephone: (504) 202-9217
Email: williamsjo@opso.us

Attorney for SUSAN HUTSON, SHERIFF
OF ORLEANS PARISH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 9, 2026, a copy of the foregoing was served upon all counsel

of record via the court's CM/ECF system.

_/s/JOHN S. WILLIAMS_

JOHN S. WILLIAMS

2