#  Local Facility Documents

## Recently Uploaded

**Upload date range**   **Filter by Status**

| 1 Month | — Select — |

| ⇕ SID | ⇕ Name | ⇕ Sex | ⇕ Document Type | ⇕ Sentence Date | ⇕ Sentence Length | ▾ Date Uploaded | ⇕ Status |
|---|---|---|---|---|---|---|---|
| 003237655 | JEFFERSON, RYAN | Male | ▶ Documents | 11/05/2025 | 0 Y, 18 M, 0 D | 04/07/2026 | Assigned |
| 003285256 | RIOS FLORES, ANTHONY | Male | ▶ Documents | 11/17/2025 | 1 Y, 6 M, 0 D | 04/07/2026 | Assigned |
| 002243142 | LEWIS, DWAYNE | Male | ▶ Documents | 01/09/2025 | 2 Y, 0 M, 0 D | 04/06/2026 | Assigned |
| 002808780 | WILKES, TERREL | Male | ▶ Documents | 05/20/2024 | 10 Y, 0 | 04/06/2026 | Assigned |

| SID | Name | Sex | Document Type | Sentence Date | Sentence Length | Date Uploaded | Status | |
|---|---|---|---|---|---|---|---|---|
| | | | | | M, 0 D | | | |
| 002121177 | KING, KENSHAWN | Male | ▶ Documents | 02/24/2026 | 4 Y, 0 M, 0 D | 04/06/2026 | Assigned | |
| 002789985 | James, Alexusdnecia | Female | ▶ Documents | 03/19/2025 | 3 Y, 0 M, 0 D | 04/05/2026 | Review | Add Docume |
| 002832283 | HANSEL, MICHAEL | Male | ▶ Documents | 03/26/2026 | 7 Y, 0 M, 0 D | 04/05/2026 | Rejected - Local Facility Error | Add Docume |
| 002561597 | Massey, Antoine | Male | ▶ Documents | 01/10/2024 | 1 Y, 0 M, 0 D | 04/02/2026 | Assigned | |
| 002910602 | Buckley, Raymond | Male | ▶ Documents | 03/27/2024 | 3 Y, 0 M, | 04/02/2026 | Assigned | |

| SID | Name | Sex | Document Type | Sentence Date | Sentence Length | Date Uploaded | Status |
|---|---|---|---|---|---|---|---|
| | | | | | 1 D | | |
| 003015243 | JEFFERSON, DESEAN | Male | ▶ Documents | 03/27/2026 | 15 Y, 0 M, 0 D | 04/02/2026 | Assigned |
| 003034572 | LASSEIGNE, BRYAN | Female | ▶ Documents | 03/30/2026 | 2 Y, 0 M, 0 D | 04/02/2026 | Assigned |
| 002242549 | Ard, John | Male | ▶ Documents | 03/24/2026 | 4 Y, 0 M, 0 D | 04/01/2026 | Assigned |
| 002049770 | Hall, Landon | Male | ▶ Documents | 09/30/2025 | 5 Y, 0 M, 0 D | 04/01/2026 | Assigned |
| 002690462 | Powell Jr, Ryan | Male | ▶ Documents | 05/09/2024 | 1 Y, 6 M, 0 D | 04/01/2026 | Assigned |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ⬇ Date Uploaded | ⬍ Status |
|---|---|---|---|---|---|---|---|
| 002910602 | Buckley, Raymond | Male | ▶ Documents | 03/20/2025 | 3 Y, 0 M, 0 D | 04/01/2026 | Assigned |
| 001730532 | Jackson, Leon | Male | ▶ Documents | 02/05/2026 | 5 Y, 0 M, 0 D | 04/01/2026 | Assigned |
| 003279347 | GLOVER, JAMAR | Male | ▶ Documents | 03/26/2026 | 1 Y, 6 M, 30 D | 04/01/2026 | Assigned |
| 003228053 | BURL III, GRAYLIN | Male | ▶ Documents | 03/30/2026 | 5 Y, 0 M, 0 D | 04/01/2026 | Assigned |
| 002520628 | GARCIA, CORKY | Male | ▶ Documents | 03/30/2026 | 0 Y, 7 M, 0 D | 04/01/2026 | Assigned |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ⬇ Date Uploaded | ⬍ Status | |
|---|---|---|---|---|---|---|---|---|
| 002269490 | Monroe, Michael | Male | ▶ Documents | 03/20/2026 | 25 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 002395172 | Monroe, Terrell | Male | ▶ Documents | 03/20/2026 | 25 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 002702669 | Dorsey, Leo | Male | ▶ Documents | 11/10/2025 | 0 Y, 12 M, 0 D | 03/29/2026 | Rejected - Local Facility Error | Add Docume |
| 003140833 | Griffin, Kelvin | Male | ▶ Documents | 10/27/2025 | 2 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 003140833 | Griffin, Kelvin | Male | ▶ Documents | 10/27/2025 | 2 Y, 0 M, 0 D | 03/29/2026 | Assigned | |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ▾ Date Uploaded | ⬍ Status | |
|---|---|---|---|---|---|---|---|---|
| 003140833 | Griffin, Kelvin | Male | ▶ Documents | 10/27/2025 | 3 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 001370075 | Lewis, Andre | Male | ▶ Documents | 03/04/2026 | 0 Y, 6 M, 0 D | 03/29/2026 | Assigned | |
| 003121618 | Jones, Jermaine | Male | ▶ Documents | 01/06/2026 | 2 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 001368956 | Horne, Leon | Male | ▶ Documents | 01/07/2026 | 4 Y, 0 M, 0 D | 03/29/2026 | Assigned | |
| 003222320 | Saulter, Victoria | Female | ▶ Documents | 02/23/2026 | 5 Y, 0 M, 0 D | 03/29/2026 | Review | Add Docume |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ⬇ Date Uploaded | ⬍ Status |
|---|---|---|---|---|---|---|---|
| 003031844 | Sylvester, Antonio | Male | ▶ Documents | 03/09/2026 | 1 Y, 6 M, 0 D | 03/29/2026 | Assigned |
| 002857018 | Hyams, Adam | Male | ▶ Documents | 01/06/2026 | 2 Y, 0 M, 0 D | 03/29/2026 | Assigned |
| 003224842 | Robinson III, Samuel | Male | ▶ Documents | 02/19/2025 | 2 Y, 6 M, 0 D | 03/29/2026 | Assigned |
| 002808263 | Benjamin, Devon | Male | ▶ Documents | 03/23/2026 | 5 Y, 0 M, 0 D | 03/26/2026 | Assigned |
| 002421635 | Harris, Sterling | Male | ▶ Documents | 03/23/2026 | 15 Y, 0 M, 0 D | 03/26/2026 | Assigned |

| ⇅ SID | ⇅ Name | ⇅ Sex | ⇅ Document Type | ⇅ Sentence Date | ⇅ Sentence Length | ▾ Date Uploaded | ⇅ Status | |
|---|---|---|---|---|---|---|---|---|
| 002421635 | Harris, Sterling | Male | ▶ Documents | 03/23/2026 | 15 Y, 0 M, 0 D | 03/26/2026 | Assigned | |
| 002696482 | Craddock, Dylan | Male | ▶ Documents | 03/23/2026 | 40 Y, 0 M, 0 D | 03/26/2026 | Assigned | |
| 002929912 | Dours, Brooke | Male | ▶ Documents | 10/27/2025 | 2 Y, 6 M, 0 D | 03/25/2026 | Rejected - Local Facility Error | Add Docume |
| 003253550 | Kelly, Chaz | Male | ▶ Documents | 03/17/2026 | 15 Y, 0 M, 0 D | 03/24/2026 | Assigned | |
| 002385091 | Durel Jr, Milton | Male | ▶ Documents | 03/17/2026 | 5 Y, 0 M, 0 D | 03/22/2026 | Assigned | |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ⬇ Date Uploaded | ⬍ Status |
|---|---|---|---|---|---|---|---|
| 002206984 | Falkins, Lionel | Male | ▶ Documents | 03/17/2026 | 5 Y, 0 M, 0 D | 03/22/2026 | Assigned |
| 002385091 | Durel Jr, Milton | Male | ▶ Documents | 03/17/2026 | 5 Y, 0 M, 0 D | 03/22/2026 | Assigned |
| 002566748 | Matthews, Robert | Male | ▶ Documents | 03/17/2026 | 5 Y, 0 M, 0 D | 03/22/2026 | Assigned |
| 002721582 | Dwyer, Fredrick | Male | ▶ Documents | 02/06/2026 | 10 Y, 0 M, 0 D | 03/22/2026 | Assigned |
| 002139841 | Emery, Gregory | Male | ▶ Documents | 02/12/2026 | 5 Y, 0 M, 0 D | 03/22/2026 | Assigned |

| ⬍ SID | ⬍ Name | ⬍ Sex | ⬍ Document Type | ⬍ Sentence Date | ⬍ Sentence Length | ⬇ Date Uploaded | ⬍ Status |
|---|---|---|---|---|---|---|---|
| 002008994 | Despenza, John | Male | ▶ Documents | 01/15/2026 | 0 Y, 6 M, 0 D | 03/22/2026 | Assigned |
| 002299498 | Wilbon, Darrius | Male | ▶ Documents | 12/09/2025 | 9 Y, 0 M, 0 D | 03/22/2026 | Assigned |
| 002197668 | Pleasant, Dennis | Male | ▶ Documents | 03/12/2026 | 2 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 002197668 | Pleasant, Dennis | Male | ▶ Documents | 03/12/2026 | 0 Y, 26 M, 0 D | 03/19/2026 | Assigned |
| 002197668 | Pleasant, Dennis | Male | ▶ Documents | 03/12/2026 | 2 Y, 0 M, 0 D | 03/19/2026 | Assigned |

| ⇕ SID | ⇕ Name | ⇕ Sex | ⇕ Document Type | ⇕ Sentence Date | ⇕ Sentence Length | ⇣ Date Uploaded | ⇕ Status |
|---|---|---|---|---|---|---|---|
| 001448738 | Sims, August | Male | ▶ Documents | 05/12/2025 | 3 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 001448738 | Sims, August | Male | ▶ Documents | 05/12/2025 | 3 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 001448738 | Sims, August | Male | ▶ Documents | 05/12/2025 | 3 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 002031298 | Duckett, Durmaine | Male | ▶ Documents | 03/16/2026 | 0 Y, 13 M, 0 D | 03/19/2026 | Assigned |
| 003133406 | Batiste, Malike | Male | ▶ Documents | 09/12/2025 | 10 Y, 0 M, 0 D | 03/19/2026 | Assigned |

| SID | Name | Sex | Document Type | Sentence Date | Sentence Length | Date Uploaded | Status |
|---|---|---|---|---|---|---|---|
| 003097447 | Randall, Antonio | Male | ▶ Documents | 09/11/2025 | 3 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 002918037 | Reddick, Cinque | Male | ▶ Documents | 12/18/2025 | 10 Y, 0 M, 0 D | 03/19/2026 | Assigned |
| 001448738 | Sims, August | Male | ▶ Documents | 05/12/2025 | 3 Y, 0 M, 0 D | 03/18/2026 | Assigned |
| 002921742 | Green, Terrance | Male | ▶ Documents | 03/11/2026 | 3 Y, 0 M, 0 D | 03/17/2026 | Assigned |
| 002656059 | Jones, David | Male | ▶ Documents | 01/20/2026 | 1 Y, 0 M, 0 D | 03/16/2026 | Assigned |

| ⇅ SID | ⇅ Name | ⇅ Sex | ⇅ Document Type | ⇅ Sentence Date | ⇅ Sentence Length | ▾ Date Uploaded | ⇅ Status |
|---|---|---|---|---|---|---|---|
| 000806165 | Russell, Anthony | Male | ▶ Documents | 11/19/2025 | 2 Y, 0 M, 0 D | 03/13/2026 | Completed |

Show All



Showing **1** to **60** of **60** items.