# CITY OF NEW ORLEANS - PROJECT STATUS REPORT

OJC - MEDICAL SERVICES BUILDING PHASE III
HILL PROJECT NO. PTX-02349.00
SEPTEMBER 11, 2026

## I. PROJECT STATUS

a. Construction is in progress at 99.31% based on the Payment Application through the end of August 31, 2026. **Actual construction is at 98% complete**. The reason for the difference is construction materials are ordered in advance, stored and cost are indicated on the monthly Payment Application. Work completed during this period includes:

   i. Corridor Ceiling Grid – Level 1 and 2.
   ii. Irrigation and Landscaping.
   iii. Sealed Concrete B2 – Remaining Rooms.
   iv. Corridor Ceiling Tiles (AC2) – Levels 1 and 2.
   v. Chain Link Security Fencing – Razor Wire and Gates.
   vi. Final Paint Area A.
   vii. TMG + Subs started their Punch List items.
   viii. Final Clean.

b. Additional work on progress includes:

   i. Signage.
   ii. Open Bridge Connection Wall to Phase II.
   iii. Finish Miscellaneous Steel – Stairs, Ramp Railing.
   iv. Entry Plaza Handrails.
   v. Clean Agent Extinguishing System.
   vi. Install FAC Security Screens.

**OTHER**

a. **Sewer Line Backup**: **REVISION** - Since Sept. 18, 2024, there have been 5 sewage spills caused by OPSO's existing lift station malfunction and maintenance issues.

   a. The original backup resulted in effluent overflowing onto job site Area "B" and stopping work in the affected area specifically "B2".
   b. During April 16, 2025, Commissioning Coordination Mtg. TMG indicated the sewage grinder motors are in disrepair, corroded and could be an issue at future time. OPSO acknowledged the equipment conditions.
   c. **On Nov. 11, 2025, the system fails, spills sewage onto site exposing Area B** – TEAM assessing conditions and plan accordingly:
      i. Legacy Environmental (Remediation Contractor) and MMG mobilized on Nov. 19th to begin work. The Owner/City approved the remediation based on a not-to-exceed amount of $25,000.
      ii. Team identifies one (1) underground pipe was fractured potentially due to this spill-backup.
      iii. Design and construction team review best options for repairing the cracked pipe (crack location at the load bearing exterior wall). TMG completes repairs week of March 21, 2026.
   d. **On Nov. 26, 2025, the system has major failures, flooding the entire project site and spilling onto Perdido street**. The Construction Team discovers the spill on Monday Dec. 1st and notifies the city.
      i. The team requested OPSO prepare a corrective action report to include 1-Cause of Spill, 2-Cleanup method and Remediation procedures, 3-Testing and Sanitation of Site and Hazardous material (see item d-v below).

EXHIBIT "A"

HILL

ii. Positive sewer flow on the site was stopped on Wed. Dec. 10th.
iii. Thursday Dec. 11th S+WB collected soil samples for OPSO to send to Laboratory testing.
iv. On Friday Dec. 12th agency still vacuuming and cleaning sewer lines to Phase I and II facilities.
v. OPSO issues two reports concerning the spill on Dec. 17, 2025, and Jan. 6, 2026, the reports lack (team) requested information and remediation recommendation(s).
vi. During the Executive Group meeting of Dec. 17, 2025, the City/Hill issued to the entire E-G-TEAM a comprehensive report with clean-up recommendations prepared by consultant MMG Environmental for (past) and current sewer spill(s).
vii. Late Dec 2025 City/Hill requests TMG to notify OPSO in writing about the criteria required by their insurance carrier for the resumption of work on the site (**TMG has not submitted insurance criteria request**). Team coordinates with MMG/Legacy to issue a clean-up recommended process.
On Jan. 21, 2026, MMG issues report and TMG started working on exterior areas least impacted by spill (West Side). City/Hill + GHC reviewing the current project schedule to assess the construction status and evaluate potential impacts.
TMG indicates scheduled items affected by the November 26th sewer spill include installation of metal panels at Area B, West Ramp/Stairs slab, Glazing at Area B, Metal Panel Support Steel, Laundry room louver, grease trap, MEP work at Area B chase, Data Box, and water softener rough-in. The team is tracking the impacted areas in the proj. schedule (all areas since completed).
Week of Feb. 9, 2026, TMG/Subcontractor video the Phase III underground pipes to confirm status and verify any damage. Report submitted Feb. 16th, no significant issues reported.
During the OAC meeting on March 5, 2026, TMG stated they will not submit a request for time extension due to the spill.

- TMG informed team that on Monday Feb. 2nd OPSO staff remove the sanitary sewer safety plugs from underground pipes to the Phase III facility. Hill notifies OPSO and Fed. Monitors the Phase III facility is at risk for another Sewer Backup without these plugs in place. Late Friday Feb. 13th, OPSO agreed to replace the plugs.

- **Be on notice that ANY project delays associated with this issue will be OPSO and TMG's insurance responsibility**.

b. On Feb. 5, 2025, OPSO staff and GHC/BGA discuss **<u>Phase II Security Elect</u>**. up-grades. OPSO indicates they will not move forward with repairs at this time.
   a. On April 16, 2025, Exec. Group mtg. OPSO indicates effort is on the way to obtain funds for Phase II Security Elect. up-grades.
   b. Discussions with E-G and OPSO staff: It was stated during design and bidding process the system could not be sole source to a single vendor. Summary: Control position in the Phase III building is located at the Security Rm (corridor–2nd floor). A backup position is in the existing building Phase II Central Control (2nd floor). There will be a single computer with 2 monitors to be monitored-operated by one OPSO staff member.

   c. Phase III and Phase II are meant to be stand-alone systems. Phase III was designed with all components that Phase II has, however Phase III will be 10 years newer.

c. Reviewing **Central Plant Equipment** data, Commissioning Agent (CxA) makes observations to OPSO: Based on the service data provided, it appears some generators have failed the maintenance and or testing requirements and must be operational when Phase III is complete. Since early April 2025 OPSO, TMG, GHC, Eng's, and CxA reviewing status of existing Central Plant Equipment.
   a. On Monday 6-2-25 and Tuesday 6-3-25 letters are issued to OPSO expressing specific requirements concerning the Central Plant Equipment status and project schedule impact concerns.
   b. Be on notice that ANY project delays associated with this issue will be OPSO's responsibility that include an $84k/day general conditions costs.
   c. On Monday July 7th, OPSO informs the team that John Williams, Bianka Brown and Col. N. Harris will serve as contact staff for the project.
   d. OPSO indicates internal repairs will be performed by 3rd party hired: Powerhouse Construction and will coordinate ALL central Plant issues.
   e. On Tuesday Jan. 27th, 2026, CxA, Hill and Fed. Monitor review the Central Plant Issues Log items. Fed. Monitor to discuss with OPSO staff.
   f. On March 3rd Judge North, Fed. Monitors, OPSO, CxA, Design Team, GC and Hill meet to review status of Central Plant Eq., and future tie-in. Week of March 30, 2026, Team issues recommendations to OPSO outlining pre-checks & tests for tie-in readiness. On April 9th Information is shared with New Administration Transition team.
   g. Team has coordinated with OPSO Admin. and shared latest Issues-Log and List of Training Requirements. **Waiting on OPSO for status update**.
   h. August 5, 2026, CxA-TMG schedule a benchmark status review with trades to establish a clear benchmark and determine the project status.

d. **OJC-MSBldg. Phase III**: On Aug. 26, 2026, CxA agent issued to OPSO and TMG required deliverables. Prerequisites to achieve facility commissioning. Including: Scope of work to complete, remaining items and estimated completion date requirements.

## II. MILESTONES

### 1. 30-DAY MILESTONES (COMPLETED)

a. Final Clean early Sept. 2026.
b. Punch List Paint early Sept. 2026.
c. Rubber Base and Transitions early Sept. 2026.
d. Open Bridge Connection to Phase II early Sept. 2026.
e. See below Aerial Progress Photo Project Site Sept. 4, 2026.

### 2. MILESTONES (FUTURE)

a. Monthly Executive Stakeholder Group (EG) meeting with OPSO, Court Representative, Federal Monitors, Department of Justice, Plaintiffs, City and others – Wednesday, September 16, 2026.
**b. Substantial Completion – Due to remediation of unforeseen underground obstructions (existing piles and underground fuel tank), the Sewer Spills and MEP requirements, current projected subst. completion date is October 2026.**

c. Project Closeout and Turnover for Occupancy – **Nov.-Dec. 2026** (60 days after the completion of construction - See item II.2b above).

**III. ISSUES**

a. OPSO Sewage Spill on site.
b. Phase II Security Electronics.
c. Central Plant repairs and testing of Chiller #3, Generators and existing equipment.

**IV. PROJECT PHOTOGRAPH**



**Aerial Progress Photo Project Site September 11, 2026**.



**Aerial Progress Photo Project Site September 11, 2026**.